# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | | |
|---|---|---|
| CRAIG PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-02554-JAR-JPO |
| | ) | |
| v. | ) | |
| | ) | |
| SUN LIFE ASSURANCE COMPANY | ) | |
| OF CANADA et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

**PLEASE TAKE NOTICE** that on the **9th day of June 2017**, the undersigned filed with the court's electronic filing system Defendant Sun Life Assurance Company of Canada's Administrative Record, generated during the review of Plaintiff Craig Parker's claim at issue in this lawsuit, and bates labeled AR 1 through 1025, a copy of which is attached hereto.

Dated this 9th day of June, 2017   Respectfully Submitted,

**SUN LIFE ASSURANCE COMPANY
OF CANADA, Defendant**

By:   */s/ Matthew R. Brunkhorst*
Matthew R. Brunkhorst #25873
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
816-221-3420
816-221-0786 (facsimile)
mbrunkhorst@armstrongteasdale.com

and

*/s/Edna S. Kersting*
Edna S. Kersting
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street - Suite 3800
Chicago, IL 60603-5001
312-821-6162 (Direct)

1

312-704-0550 (Main)
312-704-1522 (Fax)
edna.kersting@wilsonelser.com

2338384v.1

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on June 9, 2017, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which sends notification of such filing to all counsel of record.

/s/ Matthew R. Brunkhorst
Attorney for the Defendant
Sun Life Assurance Company of Canada

2338384v.1