

# Sun Life Assurance Company of Canada
*Group LTD Claims*

## TELEPHONE MEMO

Date:     11/05/14                         Benefits Consultant:  Michelle Doucette

*Claimant:  Craig Parker*
*Claim No:   091014-05930-00*

_____

913-829-9311

_____

Medical History & Condition:
Chronic fatigue and Fibromyalgia is the dx he has been given.  He has a sinus infection right now and cannot take meds for this.  He feels like he has a fever all the time and muscle and joint pain.  He also has cognitive issues with the swelling in the brain.  He was given this dx about a year ago.  In April 2014 he took a couple of weeks off  because of a sinus infection flare up, he returned to work full time through Mid May 2014.  He went back to work in September for about a two week period to help re-assign team members to other people; this didn't end well because he ended up getting sick again in the last two week period due to the flare up of the sinus infection again.  He cannot take any medications or "not many" as these make him ill and that is worse.

Symptoms, Diagnosis:
Feeling of fever, body aches, joint pain, dizzy, double vision at times, chronic sinusitis, muscle spasms, ears ringing, eye pain.  This started a few years ago but were milder and as time went on intensity increased, or they would come and go and have periods of relief.  Now it is all the time and it has not gone away, it is non-stop now.

Treatment & Providers:
Treatment is HO path, there is a whole pile of things they are trying to do for Chronic fatigue and Fibro, there is a regiment to follow.  He feels he has some ability to tolerate some of the treatment but no sign yet of fixing or keeping symptoms at bay.
Dr. Steven Ellis- ENT
Dr. Cynthia Rometo –allergist
EE will obtain pertinent doctors names and addresses and email this to me.

Restrictions & Limitations:
At present time, he can't always drive because he gets dizzy at times or has flue like systems.  He can take care of own ADL's, does not need any walking or assisted devices, Can sit, and lay down etc. Only way to describe it is like having the flue 24/7 every day.  He doesn't sleep well, coughing, muscle spasms wake him up.  He can sleep for a couple of hours at a time.

Activities:
He doesn't do much, gets a little exercise up and down stairs, when able drives himself to store or doctors, has an elliptical machine at home will do a ¼ mile on this when able.  On days when he feels like it he will take walk around block.

Occupational questions:
He is an Engineer team leader, for design in aviation and electronics, first shift, a few

weekends but not often.  A job he was confident at and did not cause a lot of stress. Nothing out of the ordinary.   They held the position open throughout family leave, they extended it out another month, that is why he went back in for another two weeks to disburse team.  He is still on payroll until 11/17/14 if unable to return at this time they will probably have to terminate him.  They have been very generous and want him back and made as many concessions for him to make this possible,.. he wants to go back also.

<u>Plans:</u>

Doctors are optimistic that now that he can handle more of the meds that is the first step, but physically he is feeling as bad as ever do to chronic sinus infection.  He has not filed for SSD or anything else at this time, hoping treatment will allow him to return to work.  Dr. Brown feels this will happen , the time frame is usually six months or so once all the supplements are in him and stay in him.

<u>Policy Provisions:</u>

I explained the EP and that I am clarifiy onset of DOD etc, TME is 60% of total monthly earnings prior to DOD.  Offsets, other income, monthly checks, ERISA

<u>Summary:</u>

He will work on getting me treating doctor information, he thanked me for the call and will keep in touch with any questions he may have.



# Fax

**TO:** Sun Life Financial

**Fax Number:** 781 304 5537

**Date:** 11/5/14

6717 West 110th Street
Suite 270
Overland Park, KS 66210
**T** 913.906.7788
**F** 913.766.0436

www.kcwellnessdimensions.com

**From:**

Dr. Pries    Dr. Brown    Yvette Alicia    Eli Porter    Dr. Blankinship    Dr. Revels

**Number of pages including cover:** 8

This facsimile is in regards to:

\#

Craig PARKER
DOB [REDACTED] 61
Policy # 231948 Long Term Dis.
Control # 091014-05930-00

## Confidentiality Notice: Possible confidential health information enclosed

Medical information is personal and sensitive information related to the individual enclosed in these papers. this information is being faxed to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain these enclosed documents in a safe, secure, and confidential manner. Re-disclosure without the appropriate consent is prohibited by law. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal law. This facsimile is intended for the use of the person or entity to which it is addressed. If you are not the intended recipient, entity or employee of the preceding, you are herby notified that disclosure of this information is STRICTLY PROHIBITED. If you received in error please notify the sender immediately to arrange return or destruction of documents.



**Sun**
**Life Financial®**

Sun Life Assurance
Company of Canada
SC 3208
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

October 22, 2014

Ms. Craig Parker

████████████████

Olathe KS  66061

Re.    Policy No.       231948-Long Term Disability
       Control No.      091014-05930-00

Dear Mr. Parker:

We are in receipt of your potential claim for Long Term Disability benefits. At this time, we await the Employer Long Term Disability claim form, six months of payroll prior to your last day worked, Job Description, and Enrollment cards from your employer. The Long Term Disability Attending Physicians Statement to be completed by your treating doctor. In addition to these forms, please contact us at your earliest convenience to conduct a telephone interview. In the meantime we have requested records from the doctors you have indicated you have seen..

This letter will provide you with an explanation of the claim review process and an overview of certain important provisions of the above-referenced Group Policy.

We will send you a written notice of decision on your claim within a reasonable period of time but not later than 45 days after receipt of the claim. If we cannot make a decision within 45 days after receiving your claim, we will request a 30-day extension as permitted by U.S. Department of Labor regulations. If we cannot render a decision within that extension period, we will request an additional 30-day extension. Any request for extension will specifically explain:

1. The standards on which entitlement to benefits is based;
2. The unresolved issues that prevent a decision on the claim; and
3. The additional information needed to resolve those issues.

If a period of time is extended because you failed to provide necessary information, the period for making the benefit determination is tolled from the date we send notice of the extension to you until the date on which you respond to the request for additional information. You will have 45 days to provide the specified information.

The Group Policy provides a monthly Long Term Disability benefit if your claim satisfies all the terms and conditions of the policy. The policy has a 90 days or the end of short term disability whichever is later elimination period. This means that benefits under this policy begin to accrue on the 91st day or the end of short term disability whichever is later of Total Disability as defined by the policy. Benefits are paid on a monthly basis by the last day of the month, and will continue to be paid so long as you continue to qualify for benefits under the policy.

AR 293

# Sun Life Assurance Company of Canada
## Long-Term Disability Claim Packet – Attending Physician



## Attending Physician's Statement – Physical conditions only

### 1 Patient Information

Please print clearly

The patient is responsible for any costs associated with the completion of this form.

| Name of Patient (first, middle initial, last) | ☒M ☐F | Social Security number | Date of birth (m/d/y) |
|---|---|---|---|

Craig Parker

Do you believe this patient is competent to endorse checks? .................................... ☒ Yes ☐ No

### 2 Diagnosis and History

Provide general information about diagnosis and history in this section. Then, please elaborate in section(s) 3 – 6 as appropriate.

Primary diagnosis    *IBS*

Chronic Fatigue/Fibromyalgia, Adrenal Insufficiency

Secondary diagnosis    Diplopia

Other Endocrine Anomolities, Chronic Sinusitis

Objective findings/investigative testing (i.e., x-rays, EKGs, MRIs, laboratory data, etc.)

Numerous labs

Subjective symptoms    *Focus issues*

fatigue, weakness, GI issues, sinusitis, brain fog, anxiety

Date symptoms first appeared or date of accident  Oct 2013

If injury is due to a motor vehicle accident, indicate in which state the accident occurred.

Is condition due to injury/sickness arising out of patient's employment?... ☐ Yes ☐ No ☒ Unknown

Names and addresses of other treating physicians (if applicable)

Many

If pregnancy, please provide the following information:
• Expected delivery date: _____  • Actual delivery date: ~~N/A~~  • C-Section? ☐ Yes ☐ No

### 3 Treatment

Include in description any surgery, therapeutic modalities, psychological intervention and medications prescribed.

| Date of first visit | Date of most recent visit | Blood pressure |
|---|---|---|
| 10/21/13 | 9/24/14 | |

Frequency of treatment............☒ Weekly  ☐ Monthly  ☐ Other (please specify: _____ )

Description of Treatment

Evaluation of ongoing symptoms + dietary + intracranial adjustments

AR 294

## 4 Progress

| Patient: | ☒ Unchanged | ☐ Improved | ☐ Retrogressed | ☐ Ambulatory | ☐ Bed confined |

If retrogressed, please explain:

Has patient been hospital confined?........☐ Yes ☒ No | From: | To:

If yes, provide name of hospital, address and dates of confinement

## 5 Restrictions and Limitations

Restrictions:  What activities your patient **should not** do
Limitations:   What activities your patient **cannot** do

Patient's dominant hand is:    ☐ Left    ☒ Right

Patient is able to use hand for repetitive actions such as:

|  | Simple Grasping | | Firm Grasping | | Fine Manipulation | | Key Boarding | |
|---|---|---|---|---|---|---|---|---|
| Left | ☒ Yes | ☐ No | ☒ Yes | ☐ No | ☒ Yes | ☐ No | ☐ Yes | ☐ No |
| Right | ☒ Yes | ☐ No | ☒ Yes | ☐ No | ☒ Yes | ☐ No | ☐ Yes | ☐ No |

In a typical work day, patient is able to:  (**This is not considered an FCE**)

*varies day to day*

| | Continuously | Frequently | Occasionally | Negligible |
|---|---|---|---|---|
| Walk | ☒ | ☒ | ☐ | ☐ |
| Sit | ☒ | ☒ | ☐ | ☐ |
| Stand | ☐ | ☒ | ☐ | ☐ |
| Bend | ☐ | ☒ | ☐ | ☐ |
| Squat | ☐ | ☒ | ☒ | ☒ |
| Climb | ☐ | ☐ | ☒ | ☒ |
| Twist | ☒ | ☒ | ☐ | ☐ |
| Push | ☒ | ☒ | ☐ | ☐ |
| Pull | ☒ | ☒ | ☐ | ☐ |
| Balance | ☒ | ☒ | ☒ | ☐ |
| Kneel | ☒ | ☒ | ☒ | ☐ |
| Crawl | ☒ | ☒ | ☒ | ☐ |
| Reach above shoulder level | ☒ | ☐ | ☐ | ☐ |
| Lift | ☐ ___ lbs. | ☐ ___ lbs. | ☐ ___ lbs. | ☐ ___ lbs. |
| Carry | ☐ ___ lbs. | ☐ ___ lbs. | ☐ ___ lbs. | ☐ ___ lbs. |

Is the patient able to drive during a typical work day?........................................☒ Yes ☐ No

AR 295

Nov. 5. 2014 12:32PM                                                    No. 6216   P. 5

**5 Restrictions and Limitations continued**

**Physical Impairment**

- [ ] No limitation of functional capacity -- (no restrictions)
- [x] Medium capacity -- (lifting, carrying, pushing, pulling 20-50 lbs. occasionally; 10-25 lbs. frequently; or up to 10 lbs. constantly)
- [ ] Light capacity -- (lifting, carrying, pushing, pulling 20 lbs. occasionally; 10 lbs. frequently; or negligible amount constantly. Can include walking and/or standing frequently even if the weight is negligible. Can include pushing or pulling of arm or leg controls.)
- [ ] Sedentary capacity -- (lifting, carrying, pushing, pulling 10 lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.)
- [ ] Comments (please explain):

**Cardiac (if applicable)** - Functional capacity (American Heart Association)
- [x] No limitation
- [ ] Slight limitation
- [ ] Marked limitation
- [ ] Complete limitation

**6 Prognosis**

How long will those limitations apply? (estimated)
- [ ] 6-8 weeks
- [ ] 8-12 weeks
- [x] 12-26 weeks
- [ ] Expected recovery date: _____

**7 Remarks**

Please use this space for any additional comments.

*His day to day condition varies greatly so it is difficult to assess ability to doily activities*

If needed, what would be a convenient day/time of day for our benefits administrator or medical doctor consultant to call you? *9-5 M-Thurs*

**8 Certification and Signature**

Remember to provide your full address, phone number, and Tax ID number. A stamp or signature of a person other than the examining physician, physician's assistant, or nurse practitioner is not acceptable.

I certify that the above statements are true and complete. I have read and understand the Fraud Warnings on pages 2 and 3 of this packet.

| Name of Attending Physician (first, middle initial, last) | Degree/Specialty |
|---|---|
| *Michael D Brown* | *MD* |

| Street address | City | State | Zip Code |
|---|---|---|---|
| *8712 W. 110th St   Ste 270* | *Overland Park* | *KS* | *66210* |

| Tax ID number | Telephone number | Fax number |
|---|---|---|
| | *913-906-7788* | |

| Attending Physician Signature | Date |
|---|---|
| X | *9-26-14* |

Please be sure to return the completed Attending Physician's Statement to:

Sun Life Assurance Company of Canada
Group Long-Term Disability Claims
P.O. Box 81830
Wellesley Hills, MA 02481
Fax: 781-304-5537

AR 296

# Sun Life Assurance Company of Canada
## Long-Term Disability Claim Packet – Attending Physician



## Attending Physician's Statement – Behavioral health conditions only

### 1 Patient Information

Please print clearly

The patient is responsible for any expense involved in the completion of this form. Please be sure to respond to all items as specifically and completely as possible.

Name of patient (first, middle initial, last)    ☑ M    ☐ F
*Craig Voiker*

| Claimant control number | Social Security number | Date of birth (m/d/y) |
|---|---|---|

*Use DSM IV-TR multiaxial nomenclature and code numbers.*

Axis I _____
Axis II _____
Axis III _____
Axis IV _____
Axis V   Current GAF: _____   Baseline: _____   Highest in past year: _____

### 2 Treatment Information

| Date of first signs of illness | Date of first exam | Date of recent exam |
|---|---|---|
| *6/21/13* | | |

Frequency of visits: ☑ Weekly   ☐ Monthly   ☐ Other (specify):

Has the patient ever had a psychiatric hospitalization, partial hospitalization, intensive outpatient treatment? .................................................................................................... ☐ Yes ☐ No

| Facility name | Address | Admission date | Discharge date |
|---|---|---|---|

Describe the patient's initial reason for seeking treatment. Specify how and when the symptoms first appeared and the progression of symptoms to current level.
*CES – brain fog & confusion, lack of focus, fatigue, GI issues, anxiety*

Describe the patient's current symptoms.

Have any quantitative evaluations of functional impairment been performed? ....... ☐ Yes ☑ No

If yes, please list the psychological/neuropsychological testing performed and provide copies of the test and the raw data.

If no, have any evaluations been planned? Specify scheduled dates, if any.

Describe the patient's mental status.   *anxiety, possible minor depression*

Describe if/how the patient's psychiatric condition is limiting the patient's functional capacity.
*inability to focus, concentrate, communicate clearly*

AR 297

## 2  Treatment Information continued

Degree of Impairment

0 = None – no impairment in this area

1 = Slight – suspected impairment of slight importance that does not affect functional ability

2 = Moderate – impairment that affects but does not preclude ability to function

3 = Severe – extreme impairment of ability to function

Comments (please explain):

| Activity | Degree of Impairment | | | | Comments |
|---|---|---|---|---|---|
| Interpersonal relations | ☐ 0 | ☒ 1 | ☐ 2 | ☐ 3 | |
| Daily activities (e.g. hygiene, shopping, household chores, caring for children) | ☐ 0 | ☒ 1 | ☐ 2 | ☐ 3 | |
| Occupational/social (e.g., respond appropriately to supervision, supervise or manage others) | ☐ 0 | ☐ 1 | ☒ 2 | ☐ 3 | |
| Ability to think/reason | ☐ 0 | ☐ 1 | ☒ 2 | ☐ 3 | |
| Understand and carry out instructions | ☐ 0 | ☐ 1 | ☒ 2 | ☐ 3 | |
| Sustain work performance | ☐ 0 | ☐ 1 | ☐ 2 | ☒ 3 | |
| Attention span | ☐ 0 | ☐ 1 | ☐ 2 | ☒ 3 | |
| Concentration | ☐ 0 | ☐ 1 | ☐ 2 | ☒ 3 | |
| Past/present memory disturbance | ☐ 0 | ☒ 1 | ☐ 2 | ☐ 3 | |

Do you feel that the patient's condition is precipitated by a situation at their place of employment?
☐ Yes  ☒ No

If yes, please provide the details of the employment situation.

Are the patient's problems related to alcohol or drug abuse? .................................. ☐ Yes ☒ No

If yes, please specify, including onset, severity, types of drugs used, and prior treatment.

Is return-to-work part of your treatment plan? ........................................................ ☒ Yes ☐ No

Please provide estimated return-to-work date  3- 6 months   ☐ Part-time  ☒ Full-time

Specify any other factors that may have precipitated and could influence recovery and return to work. (e.g. family history, effects of physical illness, psychological history, educational history, inability to tolerate medications, legal or licensing difficulties, financial difficulties, occupational issues, etc.)

AR 298

Nov. 5. 2014 12:33PM                                No.6216   P. 8

                                                                        /0

**2  Treatment Information continued**

| Has this patient ever suffered from symptoms of the same, similar or other mental or emotional disorder in the past? ................................................................ ☐ Yes  ☐ No  ☑ Don't know |
|---|
| If yes, please provide details, including previous treatment, names and addresses of providers, and patient's response to treatment. |

Please provide a list of medication.

| Medication | Dosage | Date Started | Response | Date Discontinued |
|---|---|---|---|---|
| Various Nutraceuticals | varies week to week | | | |
| | | | | |
| | | | | |
| Is the patient capable of managing his/her financial affairs? ......................................... ☑ Yes  ☐ No |
| If yes, do you believe this patient is competent to endorse checks? .......................... ☑ Yes  ☐ No |

**3  Certification and Signature**

Remember to provide your full address and Tax ID number.

A stamp or signature of a person other than the examining physician is not acceptable.

Attached is the claimant's signed authorization form for release of records. Please attach copies of all treatment notes, including initial evaluation, with the submission of this statement.

You may be contacted to further discuss or clarify the claimant's psychiatric information.

I certify that the above statements are true and complete. I have read and understand the Fraud Warnings on pages 2 and 3 of this packet.

| Name of Attending Physician (first, middle initial, last) | Degree/Specialty |
|---|---|
| Michael D Brown | ND |

| Street address | City | State | Zip Code |
|---|---|---|---|
| 8217 W. 110th St   Ste 270 | Overland Park | KS | 66210 |

| Tax ID number | Telephone number | Fax number |
|---|---|---|
| | 913-906-7781 | |

| Attending Physician Signature | Date |
|---|---|
| X | 9-26-10 |

Please be sure to return the completed Attending Physician's Statement to:

Sun Life Assurance Company of Canada
Group Long-Term Disability Claims
P.O. Box 81830
Wellesley Hills, MA 02481
Fax: 781-304-5537

Sun Life Assurance Company of Canada is a member of the Sun Life Financial group of companies.
© 2012 Sun Life Assurance Company of Canada, Wellesley Hills, MA 02481. All rights reserved.
Sun Life Financial and the globe symbol are registered trademarks of Sun Life Assurance Company of Canada.

AR 299

RE: Additional Info
Craig or Amy Parker
to:
Michelle.Annette.Doucette
11/05/2014 12:44 PM
Show Details


Correction:
Dr. Cynthia Romito MD
Heartland Alllergy
10960 Quivira Rd
Suite 310
Overland Park, KS 66215
(913) 894-2894


From: Craig or Amy Parker [mailto:cp-ap@swbell.net]
Sent: Wednesday, November 05, 2014 11:10 AM
To: 'Michelle.Annette.Doucette@sunlife.com'
Subject: Additional Info

Hi Michelle,
I think we covered this on the phone, but here is a complete list of the
symptoms I have been experiencing:
·       Dizziness, headache, muscle spasms and twitching, muscle
weakness, muscle and joint pain
·       Flush feeling, sinus congestion, and bronchial inflammation –
often worse after eating or taking meds
·       Tingling, cold, and numbness in extremities and head, feeling of
pressure in head, ringing in ears – has escalated to vomiting and passing
out
·       Stomach pain and spasms
·       Brain fog and confusion
·       Feverish flu-like chills without fever
·       Painful sometimes bloodshot eyes with double and blurred vision
·       Unable to tolerate meds, most supplements, carbs, or sugar – all
make symptoms much worse
·       Highly sensitive to chemical smells and fumes – especially bleach

·        Orthostatic hypotension

Dr. Michael Brown ND is treating me for chronic fatigue
disorder/fibromyalgia. I will ask him to re-FAX the claim form including
the claim number.

The other doctors (not included on the form) currently treating my
sinusitis and bronchitis are:
Dr. Steven Ellis MD
Head and Neck Surgery of KC
5370 College Blvd
Suite 100
Overland Park, KS 66211
(913) 599-4800

Dr. Cynthia Romito MD
Heartland Alllergy
10650 Quivira Rd
Suite 310
Overland Park, KS 66215
(913) 894-2894

Thanks very much!
Craig Parker

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

# Earnings Statement

Period Ending:          04/05/2014
Pay Date:               04/04/2014

Social Security Number:    ███████
Taxable Marital Status:    Single
Exemptions/Allowances:
  Federal:  01
  State:    01

**CRAIG B. PARKER**
███████
**OLATHE, KS  66061**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 5079.6000 | 80.00 | 5,079.60 | |
| LTD Plus | | | 4.25 | |
| **Gross Pay** | | $ | 5,083.85 | 89,783.88 |

**Important Notes**

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Withholding Tax | 936.41- | 17,032.50- |
| | Social Security Tax | 311.75- | 5,488.47- |
| | Medicare Tax | 72.91- | 1,283.59- |
| | KS Withholding Tax | 195.16- | 3,474.37- |

| | Other | |
|--|-------|--|
| | *DenPlEE+FAM | 11.97- |
| | 401-K | 507.96- |
| | LifeEEVol | 86.31- |
| | LifeSPVol | 17.26- |
| | LTD Taxation | 4.25- |
| | *MedEE+Fam-PPO | 52.43- |
| | U-Way | 25.00- |
| | Check | 2,862.44- |
| | **Net Pay** | $ | 0.00 |

* This deduction reduces taxable gross.

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

**Payroll check number:**    **0000144381**
Period Ending:              04/05/2014
Pay Date:                   04/04/2014
Employee ID:                3184

Pay to the
order of     **CRAIG B. PARKER**

This Amount:   **NO AND 00/100 DOLLARS**                              $0.00

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

AR 302

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

# Earnings Statement

| | |
|---|---|
| Period Ending: | 04/19/2014 |
| Pay Date: | 04/17/2014 |

Social Security Number: ████████
Taxable Marital Status: Single
Exemptions/Allowances:
Federal:   01
State:     01

**CRAIG B. PARKER**
████████
**OLATHE, KS  66061**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5079.6000 | 80.00 | 5,079.60 | |
| LTD Plus | | | 4.25 | |
| **Gross Pay** | | $ | 5,083.85 | 89,783.88 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 936.41- | 17,032.50- |
| | Social Security Tax | 311.74- | 5,488.47- |
| | Medicare Tax | 72.91- | 1,283.59- |
| | KS Withholding Tax | 195.16- | 3,474.37- |

| | Other | |
|---|---|---|
| | *DenPlEE+FAM | 11.97- |
| | 401-K | 507.96- |
| | LifeEEVol | 86.31- |
| | LifeSPVol | 17.26- |
| | LTD Taxation | 4.25- |
| | *MedEE+Fam-PPO | 52.43- |
| | U-Way | 25.00- |
| | Check | 2,862.45- |
| | **Net Pay** | $    0.00 |

Important Notes

* This deduction reduces taxable gross.

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

| | |
|---|---|
| **Payroll check number:** | **0000160378** |
| Period Ending: | 04/19/2014 |
| Pay Date: | 04/17/2014 |
| Employee ID: | 3184 |

Pay to the
order of     **CRAIG B. PARKER**

| This Amount: | **NO AND 00/100 DOLLARS** | **$0.00** |
|---|---|---|

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

AR 303

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

# Earnings Statement

Period Ending:          05/03/2014
Pay Date:               05/02/2014

Social Security Number:        ██████████
Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:     01
   State:       01

**CRAIG B. PARKER**
██████████
**OLATHE, KS  66061**

| Earnings | rate | hours | this period | year to date | Important Notes |
|---|---|---|---|---|---|
| Regular | 5079.6000 | | 2,149.31 | | |
| Paid Time Off | | 25.85 | | | |
| Holiday | | 8.00 | | | |
| LTD Plus | | | 4.25 | | |
| **Gross Pay** | | $ | 2,153.56 | 89,783.88 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 251.75- | 17,032.50- |
| | Social Security Tax | 130.07- | 5,488.47- |
| | Medicare Tax | 30.41- | 1,283.59- |
| | KS Withholding Tax | 68.58- | 3,474.37- |
| | **Other** | | |
| | *DenPlEE+FAM | 11.97- | |
| | 401-K | 214.93- | |
| | LifeEEVol | 86.31- | |
| | LifeSPVol | 17.26- | |
| | LTD Taxation | 4.25- | |
| | *MedEE+Fam-PPO | 52.43- | |
| | U-Way | 25.00- | |
| | Check | 1,260.60- | |
| | **Net Pay** | $ | 0.00 |

\* This deduction reduces taxable gross.

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

**Payroll check number:**    **0000180381**
Period Ending:              05/03/2014
Pay Date:                   05/02/2014
Employee ID:                3184

Pay to the
order of        **CRAIG B. PARKER**

| This Amount: | **NO AND 00/100 DOLLARS** | **$0.00** |
|---|---|---|

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

AR 304

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS 66062

# Earnings Statement

Period Ending:          05/17/2014
Pay Date:               05/16/2014

Social Security Number:        ████████
Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:   01
  State:     01

**CRAIG B. PARKER**
████████
**OLATHE, KS 66061**

| Earnings | rate | hours | this period | year to date | Important Notes |
|----------|------|-------|-------------|--------------|-----------------|
| Regular | 5079.6000 | 80.00 | 5,079.60 | | |
| LTD Plus | | | 4.25 | | |
| **Gross Pay** | | $ | 5,083.85 | 89,783.88 | |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Withholding Tax | 936.41- | 17,032.50- |
| | Social Security Tax | 311.75- | 5,488.47- |
| | Medicare Tax | 72.91- | 1,283.59- |
| | KS Withholding Tax | 195.16- | 3,474.37- |

| | Other | this period |
|---|-------|-------------|
| | *DenPlEE+FAM | 11.97- |
| | 401-K | 507.96- |
| | LifeEEVol | 86.31- |
| | LifeSPVol | 17.26- |
| | LTD Taxation | 4.25- |
| | *MedEE+Fam-PPO | 52.43- |
| | U-Way | 25.00- |
| | Check | 2,862.44- |
| | **Net Pay** | $ | 0.00 |

\* This deduction reduces taxable gross.

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS 66062

**Payroll check number:**     0000200379
Period Ending:                05/17/2014
Pay Date:                     05/16/2014
Employee ID:                  3184

Pay to the
order of        **CRAIG B. PARKER**

| This Amount: | **NO AND 00/100 DOLLARS** | **$0.00** |
|--------------|---------------------------|-----------|

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS 66062

# Earnings Statement

Period Ending:         05/31/2014
Pay Date:              05/30/2014

Social Security Number:    ███████
Taxable Marital Status:    Single
Exemptions/Allowances:
   Federal:   01
   State:     01

**CRAIG B. PARKER**
████████
**OLATHE, KS 66061**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5079.6000 | | 507.96 | |
| Paid Time Off | | 19.25 | | |
| LTD Plus | | | 4.25 | |
| **Gross Pay** | | $ | 512.21 | 89,783.88 |

**Important Notes**

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 16.73- | 17,032.50- |
| | Social Security Tax | 28.30- | 5,488.47- |
| | Medicare Tax | 6.62- | 1,283.59- |
| | KS Withholding Tax | 5.50- | 3,474.37- |
| | **Other** | | |
| | *DenPlEE+FAM | 11.97- | |
| | 401-K | 50.80- | |
| | LifeEEVol | 86.31- | |
| | LifeSPVol | 17.26- | |
| | LTD Taxation | 4.25- | |
| | *MedEE+Fam-PPO | 52.43- | |
| | U-Way | 25.00- | |
| | Check | 207.04- | |
| | **Net Pay** | $ | 0.00 |

\* This deduction reduces taxable gross.

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS 66062

| Payroll check number: | 0000220381 |
|---|---|
| Period Ending: | 05/31/2014 |
| Pay Date: | 05/30/2014 |
| Employee ID: | 3184 |

Pay to the
order of      **CRAIG B. PARKER**

| This Amount: | **NO AND 00/100 DOLLARS** | $0.00 |
|---|---|---|

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

AR 306

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

# Earnings Statement

Period Ending:          06/14/2014
Pay Date:               06/13/2014

Social Security Number:    ███████
Taxable Marital Status:    Single
Exemptions/Allowances:
    Federal:    01
    State:      01

**CRAIG B. PARKER**
███████
**OLATHE, KS  66061**

| Earnings | rate | hours | this period | year to date | Important Notes |
|----------|------|-------|-------------|--------------|-----------------|
| Holiday  |      | 8.00  |             |              |                 |
|          | **Gross Pay** |  |           | 89,783.88    |                 |

| Deductions | Statutory | | | |
|------------|-----------|--|--|--|
|  | Federal Withholding Tax |  |  | 17,032.50- |
|  | Social Security Tax |  |  | 5,488.47- |
|  | Medicare Tax |  |  | 1,283.59- |
|  | KS Withholding Tax |  |  | 3,474.37- |
|  | **Other** | | | |
|  | **Net Pay** | $ | 0.00 | |

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

**Payroll check number:**    0000244390
Period Ending:               06/14/2014
Pay Date:                    06/13/2014
Employee ID:                 3184

Pay to the
order of    **CRAIG B. PARKER**

| This Amount: | **NO AND 00/100 DOLLARS** | **$0.00** |
|---|---|---|

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS 66062

# Earnings Statement

Period Ending:          06/28/2014
Pay Date:               06/27/2014

Social Security Number:        ▮▮▮▮▮▮▮▮
Taxable Marital Status:    Single
Exemptions/Allowances:
   Federal:   01
   State:     01

**CRAIG B. PARKER**
▮▮▮▮▮▮▮
**OLATHE, KS 66061**

| Earnings | rate | hours | this period | year to date | Important Notes |
|----------|------|-------|-------------|--------------|-----------------|
| **Gross Pay** | | | | 89,783.88 | |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Withholding Tax | | 17,032.50- |
| | Social Security Tax | | 5,488.47- |
| | Medicare Tax | | 1,283.59- |
| | KS Withholding Tax | | 3,474.37- |

**Other**

| **Net Pay** | $ | 0.00 |
|-------------|---|------|

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS 66062

**Payroll check number:**     0000264398
Period Ending:               06/28/2014
Pay Date:                    06/27/2014
Employee ID:                 3184

Pay to the
order of      **CRAIG B. PARKER**

| This Amount: | **NO AND 00/100 DOLLARS** | **$0.00** |
|--------------|---------------------------|-----------|

# NON-NEGOTIABLE
#### (THIS IS NOT A CHECK)

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

# Earnings Statement

| | |
|---|---|
| Period Ending: | 07/12/2014 |
| Pay Date: | 07/11/2014 |

Social Security Number:  ███████
Taxable Marital Status:    Single
Exemptions/Allowances:
  Federal:    01
  State:       01

**CRAIG B. PARKER**
███████
**OLATHE, KS  66061**

| Earnings | rate | hours | this period | year to date | Important Notes |
|---|---|---|---|---|---|
| Regular | 5079.6000 | | 507.96 | | |
| Holiday | | 8.00 | | | |
| **Gross Pay** | | $ | 507.96 | 89,783.88 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 3.42- | 17,032.50- |
| | Social Security Tax | 20.05- | 5,488.47- |
| | Medicare Tax | 4.69- | 1,283.59- |
| | KS Withholding Tax | 1.91- | 3,474.37- |
| | **Other** | | |
| | *DenPlEE+FAM | 35.91- | |
| | 401-K | 50.80- | |
| | LifeEEVol | 182.11- | |
| | LifeSPVol | 51.78- | |
| | *MedEE+Fam-PPO | 157.29- | |
| | **Net Pay** | $ | 0.00 |

\* This deduction reduces taxable gross.

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

| | |
|---|---|
| **Payroll check number:** | **0000280406** |
| Period Ending: | 07/12/2014 |
| Pay Date: | 07/11/2014 |
| Employee ID: | 3184 |

Pay to the
order of    **CRAIG B. PARKER**

| This Amount: | **NO AND 00/100 DOLLARS** | **$0.00** |
|---|---|---|

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

AR 309

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

# Earnings Statement

Period Ending:                          07/26/2014
Pay Date:                               07/25/2014

Social Security Number:     ▮▮▮▮▮▮
Taxable Marital Status:     Single
Exemptions/Allowances:
   Federal:   01
   State:     01

**CRAIG B. PARKER**
▮▮▮▮▮▮

**OLATHE, KS  66061**

| Earnings | rate | hours | this period | year to date | Important Notes |
|----------|------|-------|-------------|--------------|-----------------|
| **Gross Pay** | | | | 89,783.88 | |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Withholding Tax | | 17,032.50- |
| | Social Security Tax | | 5,488.47- |
| | Medicare Tax | | 1,283.59- |
| | KS Withholding Tax | | 3,474.37- |

**Other**

| **Net Pay** | $ | 0.00 |
|-------------|---|------|

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

**Payroll check number:**     0000300409
Period Ending:                07/26/2014
Pay Date:                     07/25/2014
Employee ID:                  3184

Pay to the
order of    **CRAIG B. PARKER**

This Amount:    **NO AND 00/100 DOLLARS**                              **$0.00**

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS 66062

# Earnings Statement

Period Ending:        08/09/2014
Pay Date:             08/08/2014

Social Security Number:        ▮▮▮▮▮▮▮▮
Taxable Marital Status:    Single
Exemptions/Allowances:
  Federal:   01
  State:     01

**CRAIG B. PARKER**
▮▮▮▮▮▮▮▮
**OLATHE, KS 66061**

| Earnings | rate | hours | this period | year to date | Important Notes |
|----------|------|-------|-------------|--------------|-----------------|
| Regular | 5079.6000 | | 2,952.52 | | |
| Paid Time Off | | 38.50 | | | |
| **Gross Pay** | | $ | 2,952.52 | 89,783.88 | |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Withholding Tax | 415.31- | 17,032.50- |
| | Social Security Tax | 175.61- | 5,488.47- |
| | Medicare Tax | 41.07- | 1,283.59- |
| | KS Withholding Tax | 99.98- | 3,474.37- |
| | **Other** | | |
| | *DenPlEE+FAM | 23.94- | |
| | 401-K | 295.25- | |
| | LifeEEVol | 249.44- | |
| | LifeSPVol | 34.52- | |
| | *MedEE+Fam-PPO | 104.86- | |
| | U-Way | 25.00- | |
| | Check | 1,487.54- | |
| | **Net Pay** | $ | 0.00 |

* This deduction reduces taxable gross.

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS 66062

**Payroll check number:**    0000324410
Period Ending:              08/09/2014
Pay Date:                   08/08/2014
Employee ID:                3184

Pay to the
order of    **CRAIG B. PARKER**

| This Amount: | **NO AND 00/100 DOLLARS** | $0.00 |
|---|---|---|

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

AR 311

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

# Earnings Statement

Period Ending:                08/23/2014
Pay Date:                     08/22/2014

Social Security Number:      ███████
Taxable Marital Status:      Single
Exemptions/Allowances:
    Federal:   01
    State:     01

**CRAIG B. PARKER**
███████

**OLATHE, KS  66061**

| Earnings | rate | hours | this period | year to date | Important Notes |
|----------|------|-------|-------------|--------------|-----------------|
| Regular | 5079.6000 | | 4,762.13 | | |
| Paid Time Off | | 7.70 | | | |
| **Gross Pay** | | $ | 4,762.13 | 89,783.88 | |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Withholding Tax | 855.22- | 17,032.50- |
| | Social Security Tax | 291.80- | 5,488.47- |
| | Medicare Tax | 68.25- | 1,283.59- |
| | KS Withholding Tax | 181.25- | 3,474.37- |

| | **Other** | |
|---|-----------|---|
| | *DenPlEE+FAM | 11.97- |
| | 401-K | 476.21- |
| | LifeEEVol | 86.31- |
| | LifeSPVol | 17.26- |
| | *MedEE+Fam-PPO | 52.43- |
| | U-Way | 25.00- |
| | Check | 2,696.43- |
| | **Net Pay** | $ | 0.00 |

* This deduction reduces taxable gross.

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

**Payroll check number:**     0000344408
Period Ending:                08/23/2014
Pay Date:                     08/22/2014
Employee ID:                  3184

Pay to the
order of    **CRAIG B. PARKER**

| This Amount: | **NO AND 00/100 DOLLARS** | $0.00 |
|---|---|---|

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

AR 312

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

# Earnings Statement

Period Ending:          09/06/2014
Pay Date:               09/05/2014

Social Security Number:     ▮▮▮▮▮▮▮
Taxable Marital Status:     Single
Exemptions/Allowances:
    Federal:    01
    State:      01

**CRAIG B. PARKER**
▮▮▮▮▮▮▮
**OLATHE, KS  66061**

| Earnings | rate | hours | this period | year to date | Important Notes |
|---|---|---|---|---|---|
| Regular | 5079.6000 | 80.00 | 5,079.60 | | |
| LTD Plus | | | 29.75 | | |
| **Gross Pay** | | $ | 5,109.35 | 89,783.88 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 943.55- | 17,032.50- |
| | Social Security Tax | 313.33- | 5,488.47- |
| | Medicare Tax | 73.27- | 1,283.59- |
| | KS Withholding Tax | 196.39- | 3,474.37- |
| | **Other** | | |
| | *DenPlEE+FAM | 11.97- | |
| | 401-K | 507.96- | |
| | LifeEEVol | 86.31- | |
| | LifeSPVol | 17.26- | |
| | LTD Taxation | 29.75- | |
| | *MedEE+Fam-PPO | 52.43- | |
| | U-Way | 25.00- | |
| | Check | 2,852.13- | |
| | **Net Pay** | $ | 0.00 |

\* This deduction reduces taxable gross.

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

**Payroll check number:**     0000360392
Period Ending:              09/06/2014
Pay Date:                   09/05/2014
Employee ID:                3184

Pay to the
order of       **CRAIG B. PARKER**

| This Amount: | **NO AND 00/100 DOLLARS** | | **$0.00** |
|---|---|---|---|

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

# Earnings Statement

Period Ending:        09/20/2014
Pay Date:             09/19/2014

Social Security Number:     ███████
Taxable Marital Status:     Single
Exemptions/Allowances:
  Federal:    01
  State:      01

**CRAIG B. PARKER**
███████
**OLATHE, KS  66061**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 5079.6000 | 72.00 | 5,079.60 | |
| Holiday | | 8.00 | | |
| LTD Plus | | | 4.25 | |
| **Gross Pay** | | $ | 5,083.85 | 89,783.88 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Withholding Tax | 936.41- | 17,032.50- |
| | Social Security Tax | 311.74- | 5,488.47- |
| | Medicare Tax | 72.91- | 1,283.59- |
| | KS Withholding Tax | 195.16- | 3,474.37- |
| | **Other** | | |
| | *DenPlEE+FAM | 11.97- | |
| | 401-K | 507.96- | |
| | LifeEEVol | 86.31- | |
| | LifeSPVol | 17.26- | |
| | LTD Taxation | 4.25- | |
| | *MedEE+Fam-PPO | 52.43- | |
| | U-Way | 25.00- | |
| | Check | 2,862.45- | |
| | **Net Pay** | $ | 0.00 |

**Important Notes**

* This deduction reduces taxable gross.

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

**Payroll check number:**    0000380394
Period Ending:              09/20/2014
Pay Date:                   09/19/2014
Employee ID:                3184

Pay to the
order of      **CRAIG B. PARKER**

| This Amount: | **NO AND 00/100 DOLLARS** | | **$0.00** |
|---|---|---|---|

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

# Earnings Statement

Period Ending:          10/04/2014
Pay Date:               10/03/2014

Social Security Number:     ████████
Taxable Marital Status:     Single
Exemptions/Allowances:
  Federal:   01
  State:     01

**CRAIG B. PARKER**
████████
**OLATHE, KS  66061**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Paid Time Off | | 23.10 | | |
| **Gross Pay** | | | | 89,783.88 |

**Important Notes**

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Withholding Tax | | 17,032.50- |
| | Social Security Tax | | 5,488.47- |
| | Medicare Tax | | 1,283.59- |
| | KS Withholding Tax | | 3,474.37- |
| | **Other** | | |
| **Net Pay** | $ | 0.00 | |

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

| Payroll check number: | 0000400392 |
|------------------------|------------|
| Period Ending: | 10/04/2014 |
| Pay Date: | 10/03/2014 |
| Employee ID: | 3184 |

Pay to the
order of     **CRAIG B. PARKER**

| This Amount: | **NO AND 00/100 DOLLARS** | $0.00 |
|--------------|---------------------------|-------|

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

# Earnings Statement

Period Ending:          10/18/2014
Pay Date:               10/17/2014

Social Security Number:        ████████
Taxable Marital Status:    Single
Exemptions/Allowances:
  Federal:    01
  State:      01

**CRAIG B. PARKER**
████████
**OLATHE, KS  66061**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 5079.6000 | | 1,295.30 | |
| | **Gross Pay** | $ | 1,295.30 | 89,783.88 |

**Important Notes**

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Withholding Tax | 103.63- | 17,032.50- |
| | Social Security Tax | 72.87- | 5,488.47- |
| | Medicare Tax | 17.04- | 1,283.59- |
| | KS Withholding Tax | 28.39- | 3,474.37- |
| | **Other** | | |
| | *DenPlEE+FAM | 23.94- | |
| | 401-K | 129.53- | |
| | LifeEEVol | 172.62- | |
| | LifeSPVol | 34.52- | |
| | *MedEE+Fam-PPO | 104.86- | |
| | U-Way | 25.00- | |
| | Check | 582.90- | |
| | **Net Pay** | $ | 0.00 |

* This deduction reduces taxable gross.

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS  66062

| | | |
|---|---|---|
| **Payroll check number:** | **0000420397** | |
| Period Ending: | 10/18/2014 | |
| Pay Date: | 10/17/2014 | |
| Employee ID: | 3184 | |

Pay to the
order of    **CRAIG B. PARKER**

| This Amount: | **NO AND 00/100 DOLLARS** | | **$0.00** |
|---|---|---|---|

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

AR 316

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS 66062

# Earnings Statement

Period Ending:          11/01/2014
Pay Date:               10/31/2014

Social Security Number:        ████████
Taxable Marital Status:    Single
Exemptions/Allowances:
  Federal:    01
  State:      01

**CRAIG B. PARKER**
████████
**OLATHE, KS 66061**

| Earnings | rate | hours | this period | year to date | Important Notes |
|---|---|---|---|---|---|
| Regular | 5079.6000 | 80.00 | 5,079.60 | | |
| LTD Plus | | | 12.75 | | |
| **Gross Pay** | | $ | 5,092.35 | 89,783.88 | |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Withholding Tax | 938.79- | 17,032.50- | |
| | Social Security Tax | 312.27- | 5,488.47- | |
| | Medicare Tax | 73.03- | 1,283.59- | |
| | KS Withholding Tax | 195.57- | 3,474.37- | |
| | **Other** | | | |
| | *DenPlEE+FAM | 11.97- | | |
| | 401-K | 507.96- | | |
| | LifeEEVol | 86.31- | | |
| | LifeSPVol | 17.26- | | |
| | LTD Taxation | 12.75- | | |
| | *MedEE+Fam-PPO | 52.43- | | |
| | U-Way | 25.00- | | |
| | Check | 2,859.01- | | |
| | **Net Pay** | $ | 0.00 | |

* This deduction reduces taxable gross.

GARMIN INTERNATIONAL, INC.
1200 E 151st STREET
OLATHE, KS 66062

**Payroll check number:**    0000440395
Period Ending:               11/01/2014
Pay Date:                    10/31/2014
Employee ID:                 3184

Pay to the
order of      **CRAIG B. PARKER**

This Amount:  **NO AND 00/100 DOLLARS**                                    **$0.00**

# NON-NEGOTIABLE
### (THIS IS NOT A CHECK)

AR 317

RE: Craig Parker LTD claim (Securely delivered)
Stephanie.Prell
to:
Michelle.Annette.Doucette
11/06/2014 10:31 AM
Show Details

Hi Michelle,

Craig was off work a total of 536 hours between the dates of 4/1 to current. Since he is exempt, he does not have time punches, but I've attached the report that shows the total number of FMLA time he took during this period (480 hours) and the accomdoation of time off that we've been providing him once he exhausted his 12 weeks of FMLA starting on July 31st. Craig attempted to return to work a few times between April and October but the very last time I show him working was a partial day on 10/7/2014.

I've requested his payroll records and will foward those to you as soon as possible.

Please don't hesitate to call me if you would like to discuss: 913-440-2150.

Thanks,
Stephanie

-----Original Message-----
From:Michelle.Annette.Doucette@sunlife.com
Sent:11/5/2014 10:37:41 AM
Subject:Craig Parker LTD claim

Hello Stephanie,

I received the Employer LTD claim form today on Craig Parker. I need some clarification. Mr. Parker indicated his last day worked was 4/4/14 he returned to work with restrictions 9/22/14. The employer LTD form indicates his last day worked was 10/7/14 and the payroll you provided shows he was working regular hours through May 17, 2014.

Would you clarify and supply attendance records from 4/4/14 through October 31, 2014 as well as payroll from May 2014 through the present. Thank you

Michelle Annette Doucette | Sr. Benefit Analyst - LTD Claims, National Accounts | Sun Life Financial, 1-800-432-1102, ext 303 4964 | Direct 1-781-431-4964
|   Michelle.Annette.Doucette@sunlife.com | 273 Corporate Drive, Suite 110 Portsmouth, NH 03801
Life's brighter under the sun

# Employee Transactions & Totals

| | | |
|---|---|---|
| Time Period: | 3/01/2014 - 11/06/2014 | Data Up to Date: 11/6/2014 9:20 AM |
| Query: | Previously Selected Employee(s) | Executed on: 11/6/2014 9:20 AM |
| Pay Codes: | (6) (FM - FMLA NON PAID/FPTO - FMLA PTO/FPTOP - FMLA PTO PREMIUM/HRM - HR APPROVED NON PD/HRPTO - HR APPROVED PTO... | Printed for: pell |
| Actual/Adjusted: | Show hours credited to this period plus historical edits made | |

| Employee: | Parker, Craig B. | | | ID: 3184 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Pay Code | | Hours | Money | Days | | |
| | Mon | 9/22/2014 | FM - FMLA NON PAID | -8.00 | $0.00 | 0.00 | millerlie | Timecard Editor |
| | Mon | 9/22/2014 | HRM - HR APPROVED NON PD | 8.00 | $0.00 | 0.00 | millerlie | Timecard Editor |
| | Mon | 9/22/2014 | FM - FMLA NON PAID | -8.00 | $0.00 | 0.00 | millerlie | Timecard Editor |
| | Mon | 9/22/2014 | FPTO - FMLA PTO | -8.00 | $0.00 | 0.00 | millerlie | Timecard Editor |
| | Mon | 9/22/2014 | HRM - HR APPROVED NON PD | 8.00 | $0.00 | 0.00 | millerlie | Timecard Editor |
| | Mon | 9/22/2014 | HRPTO - HR APPROVED PTO | 8.00 | $0.00 | 0.00 | millerlie | Timecard Editor |

| Totals: | | Pay Code | Hours | Money | Days | | |
|---|---|---|---|---|---|---|---|
| | | FM - FMLA NON PAID | 415.90 | $0.00 | 0.00 | | |
| | | FPTO - FMLA PTO | 64.80 | $0.00 | 0.00 | | |
| | | HRM - HR APPROVED NON PD | 33.80 | $0.00 | 0.00 | | |
| | | HRPTO - HR APPROVED PTO | 21.50 | $0.00 | 0.00 | | |
| | | Total: | 536.00 | $0.00 | 0.00 | | |

| Summary Total: | | Hours | Money | Days |
|---|---|---|---|---|
| FM - FMLA NON PAID | | 415.90 | $0.00 | 0.00 |
| FPTO - FMLA PTO | | 64.80 | $0.00 | 0.00 |
| HRM - HR APPROVED NON PD | | 33.80 | $0.00 | 0.00 |
| HRPTO - HR APPROVED PTO | | 21.50 | $0.00 | 0.00 |
| | Grand Total: | 536.00 | $0.00 | 0.00 |

Total Number of Employees: 1

AR 319



| | |
|---|---|
| Case #: | C463660 |
| Worked By: | Jonathan Charnquist |
| Method Received: | Fax |
| Number of Pages: | 3 |
| Date: | 11/10/2014 |

# Records Request

**Name:** CRAIG PARKER
**SSN:**
**DOB:**
**State:** KS
**Policy #:** 014-05930-00

**Company:** SUN LIFE GROUP LTD
**Account#:** 28663
**Requester:** MICHELLE A
**U/W Team:**
**Doc Type(s):**

**Facility:** ROMITO MD        CYNTHIA
**Address:** 10550 QUIVIRA RD STE 310
**City, St:** OVERLAND PARK, KS 66215
**Phone/Fax:** 913-894-2894 / 0

091014-05930
UNKNOWN

**Special Instructions:**        AGENCY: SUN LIFE FINACIAL AGENT: MICHELLE DOUCETTE

7814314964   PLEASE OBTAIN ALL TREATMENT NOTES

DIAGNOSTIC TEST RESULTS  LAB TEST RESULTS FROM

JANUARY 2014 TO THE PRESENT

These documents may contain confidential health information that is privileged and legally protected from disclosure by federal law including the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this correspondence is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy these documents.

11/10/2014 MON 14:22 FAX 913 894 2899 Cynthia Romito MD ☑004/005

Name: CRAIG PARKER  (____) BD ▓ - 61  Date 8-12-14

Address: ▓▓▓▓, OLATHE, KS 66061

LMD ____  Phone (913) 645-5285  Work (____)

Dx: Dr Katz - New Rheumat.
Sed Rate ok
RA neg
ANA - borderlin

C/O: Chronic fatigue for 2 yrs, getting worse, Dizziness, feels flush, muscle spasms, nausea, First started after taking medicine, Now this is happening after eating, NO specific Rx and any food

**NAS** Blk-Muc-Snz-Ep
Ruri  Dur ___ Cyt ___
PE
Stopped up
Can't taste or smell

**THRT** Muc-Sur
Rti  Lar

**BRON** Cof-Dys-Whz-Muc  Dur ___
Rbr  Pnm
PE  FEV'
bronchial spasms

**EYE** Red-Itch
Water-Irrit
Double vision in May off and

**EAR** Ring

**HA** Sev 7tti  Frq 2-3X WK Dur ___
Frt-Occ-Tem-Vet-Ro-FC
c̄ nausea
N/V-Dlz-Sct-Blr-Par

**GI** Con-Diar-Dist
Aph  Pain

**URT** NO known cause
AE

**ECZ**

T/F Aching
Swt GU

Insect Tick

Mayo Clinic - GI Clinic, complete Work-up 2/14 E'63 neg BW but was red

Fth-Fo-Sn-Pc  Ct-Pc-Sn-Ft-Wb  Cat  Dog  Jn Fb Mr Ap My Jn Jy Ag Sp Oc Nv Dc
Hot Dryer  Bichon

**Occupation**
*Has not worked all summer due to 3xs
Engineer

House
Neg ?
Hepa filters test

Non-AI
Dr Michael ___ Wellness Clinic

Col Con Diar Vom Ecz
Resp

Dog  Smoke
Cat  Chr trees poll
Horse  Sawdust
Bird  Paint
Feathers  Thinner
House dust  Chalk
Grass Ctng  Paper
Mustiness  Fabrics
Hay  Hair spray
Grain dust  Perfumes
Road dust  Cooking
Traffic  Wind
  Ragweed  Smokers NO

Drugs used
PROBIOTICS
IV Vit B+C

Drug Suspects
Antihistamine
Antibiotics
Tylenol
decongestants
PPI
Antidepressants

Height 72"
Weight 165 lbs
Blood Pressure 109/55

Prev Rx Dr Pfeizer  City O.P.
Dates 1996 - 2006  Exts ___  Rslt ___
Reactions

AR 321

11/10/2014 MON 14:23  FAX 913 894 2899 Cynthia Romito MD                    ☑005/005

CRAIG PARKER ▮▮ '61

**Contact suspects:**

**Food Intolerance:**

| | |
|---|---|
| apple | beans |
| orange | win/pec |
| ch/c | banana |
| melons | coffee |
| ✱ corn | fish |
| ✱ wheat | shrimp |
| cinnam | egg |
| onion | ✱ milk |
| tomato | pork |
| peanut | colors |

✱ whey
✱ Strawberries

✱ mild reactions
    on these foods
    on test

On Paleo Diet

**Elimination diets:**

ok to use oil for
    omega 3

**HISTORY**
    PE, FEV , non-al

**ALLERGEN SURVEY**
    Bed, Pets, Season,
    Inhalents, Foods, Drugs

**SKIN TESTS**

**ELIMINATION DIETS**

**DIAGNOSIS**

**TREATMENT**
    Avoid: Bed, Pets,
    Foods, Drugs

Hyposensitization
Drug Treatment

**REVIEW:** Pets, Molds, Bed,
    Foods, Drugs

Shots: agree?

PE Skin test

**Hyposensitization:**

**Extracts**

AR 322



Sun Life Assurance
Company of Canada
SC 3208
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

November 14, 2014

Ms. Craig Parker

████████████

Olathe KS  66061

Re:     Policy No.     231948-Long Term Disability
        Control No.    091014-05930-00

Dear Mr. Parker:

This correspondence is to provide you with an update on the status of your Long Term Disability benefits, on behalf of the above stated.

The Employee Retirement Income Security Act (ERISA), a federal law that sets minimum standards for health plans, indicates that we must make a claim determination within 45 days of receipt of your claim. Since we await the medical records from your treating doctor (Dr. Ellis) remains outstanding, we are continuing to toll (temporarily stop) the 45-day initial decision making period, pending receipt of the requested Proof of Claim.

We have utilized 13 days of the 45-day review period to date.  When the requested Proof of Claim has been received, we will render a claim determination within 32 days, unless there are extenuating circumstances beyond our control.

Please contact me at your earliest convenience so we may go over your claim status and any questions you may have.

We will strive to make a determination as quickly as possible.   If you have any questions or concerns, please contact us at 1-800-786-5433, ext 303 4964.

Sincerely,

Michelle Doucette
Sr. LTD Benefits Analyst

cc:     Garmin International Inc.
        Attn: Sally McEntarfer
        1200 E 151 Street
        Olathe KS  66062

AR 323

AR 324



EMSI
lead and innovate

| | |
|---|---|
| Case #: | C463661 |
| Worked By: | Randy Franke |
| Method Received: | FTP |
| Number of Pages: | 15 |
| Date: | 11/28/2014 |

# Records Request

**Name:**  CRAIG PARKER
**SSN:**
**DOB:**
**State:**  KS
**Policy #:**  014-05930-00

**Company:**  SUN LIFE GROUP LTD
**Account#:**  28663
**Requester:**  MICHELLE A
**U/W Team:**
**Doc Type(s):**

**Facility:**  HEAD & NECK SURGERY OF KANSAS CITY PA
**Address:**  5370 COLLEGE BLVD STE 100
**City, St:**  OVERLAND PARK, KS 66211
**Phone/Fax:**  913-599-4800 / 913-599-2992

091014-05930
UNKNOWN

**Special Instructions:**      AGENT: MICHELLE DOUCETTE  7814314964   AGENCY: SUN LIFE

FINACIAL PLEASE OBTAIN ALL TREATMENT NOTES

DIAGNOSTIC TEST RESULTS  LAB TEST RESULTS FROM

JANUARY 2014 TO THE PRESENT

These documents may contain confidential health information that is privileged and legally protected from disclosure by federal law including the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this correspondence is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy these documents.

**HISTORY AND PHYSICAL REPORT**

Patient Name: Craig B Parker          DOB: ▇▇/1961          Visit Date: 10/24/2014

**History of Present Illness**

    The patient is a 53 year old male who presents with sinusitis. Symptoms include nasal congestion and cough. Onset was more than 3 year(s) ago, he reports he has had sinus issues his whole life. The symptoms occur constantly and frequently. The patient describes this as moderate in severity and improving, since he began taking antibiotics and steroids. However, he had an allergic reaction to Vancomycin and presents today wanting to switch antibiotics. He took it for a few days and had improvement, and then had a reaction.

**Review of Systems**

**General:** Present- Feeling Sick, Night Sweats, Persistent Infections and Seasonal Allergies. Not Present- Appetite Loss, Chills, Excessive Perspiration, Fatigue, Fever, Weight Gain and Weight Loss.
**Skin:** Not Present- Dryness, Itching, Nail Changes, Poor Wound Healing, Rash, Skin Color Changes and Ulcer.
**HEENT:** Present- Blurred Vision, Eye Pain, Ringing in the Ears and Nasal Congestion. Not Present- Double Vision, Decreased Hearing, Ear Discharge, Earache, Nose Bleed, Hoarseness, Sore Throat, Halos Around Lights, Eye Discharge, Vision Loss 1 Eye, Eye Irritation, Vision Loss Both and Light Sensitivity.
**Respiratory:** Present- Cough. Not Present- Bloody sputum, Snoring, Sputum Production, Wheezing and Wakes up from Sleep Wheezing or Short of Breath.
**Cardiovascular:** Not Present- Chest Pain, Difficulty Breathing Lying Down, Difficulty Breathing On Exertion, Leg Cramps, Palpitations, Swelling of Extremities and Bluish Discoloration of Lips Nails.
**Gastrointestinal:** Not Present- Abdominal Pain, Black, Tarry Stool, Bloody Stool, Change in Bowel Habits, Constipation, Diarrhea, Difficulty Swallowing, Gas, Indigestion, Jaundice, Nausea, Vomiting, Vomiting Blood and Excessive Appetite.
**Male Genitourinary:** Not Present- Blood in Urine, Frequency, Incontinence, Painful Urination, Urgency, Urinating at Night, Trouble Starting Urinary Stream, Pelvic Pain, Inability To Empty Bladder and Genital Sores.
**Musculoskeletal:** Present- Muscle Cramps and Muscle Weakness. Not Present- Back Pain, Joint Pain, Joint Stiffness, Joint Swelling and Muscle Pain.
**Neurological:** Not Present- Decreased Memory, Fainting, Headaches, Incoordination, Numbness, Spinning Sensation, Tingling, Tremor, Weakness In Extremities, Falling Down and Poor Balance.
**Psychiatric:** Present- Inability to Concentrate. Not Present- Anxiety and Depression.
**Endocrine:** Not Present- Cold Intolerance, Excessive Thirst, Excessive Urination, Heat Intolerance and Excessive Hunger.
**Hematology:** Not Present- Abnormal Bleeding, Easy Bruising, Enlarged Lymph Nodes, HIV Exposure and Skin Discoloration.

**History**

**Allergy**
    No Known Drug Allergies (08/15/2014)
**Past Medical**
    EXCESSIVE CERUMEN IN EAR CANAL, BILATERAL
    FATIGUE
    NASAL POLYPS
    SMELL AND TASTE DISORDER
    CHRONIC SINUSITIS
**Other Medical History**
    Migraine Headache
    Severe allergy
**Past Surgical**
    Low Back Disc Surgery
    Straighten Nasal Septum
    Colon Polyp Removal - Colonoscopy
    Gallbladder Surgery laporoscopic
    Sinus Surgery (08/21/2014)

**Medications**
    NeilMed Sinus Rinse (1 Nasal daily) Active.
    Cats Claw ( Oral daily) Specific dose unknown - Active.
    Probiotic ( Oral daily) Active.
    Vitamin B Complex ( Oral daily) Active.
    Vitamin C ( Oral) Specific dose unknown - Active.
    Vitamin D ( Oral daily) Specific dose unknown - Active.
**Social**
    Illicit drug use none
    Seat Belt Use always
    Sun Exposure occasionally
    Tobacco use Never smoker: smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.
    Alcohol use Never drinks.
    HIV risk factors no
    Tobacco / smoke exposure No
    Exercise Does other exercise occasionally.
**Family**
    Cancer
    Colon Cancer
    Diabetes Mellitus

10/24/2014 09:27 AM
**Weight:** 169 lb, 2 oz 76.7138 kg **Height:** 72 in
**Body Surface Area:** 1.97 m² **Body Mass Index:** 22.94 kg/m²
**Pulse:** 73 (Regular)
**BP:** 119/79 Electronic (Sitting, Right Arm, Standard)

AR 326

**Physical Exam**
The physical exam findings are as follows:

<u>General</u>
**Mental Status** - Alert. **General Appearance** - Not in acute distress.


<u>Head and Neck</u>
<u>Head</u> - normocephalic, atraumatic with no lesions or palpable masses.
<u>Face</u>
**Global Assessment** - Normal.
<u>Neck</u>
**Global Assessment** - no palpable mass on the right and no palpable mass on the left. No adenopathy or thyromegaly.
<u>Thyroid</u>
**Gland Characteristics** - normal size and consistency and no palpable nodules.


<u>Eye</u>
**Eyeball** - **Left** - Extraocular muscles intact. **Bilateral** - Extraocular muscles intact. **Sclera/Conjunctiva** - **Left** - Normal.
**Right** - Normal. **Pupil** - **Left** - Direct reaction to light normal, Equal and Round. **Right** - Direct reaction to light normal, Equal and Round.


<u>ENMT</u>
<u>Ears</u>
**Pinna** - **Left** - no generalized tenderness observed. **Right** - no generalized tenderness observed. **External Auditory Canal** - **Left** - no bloody discharge noted, no cerumen impaction noted, no edema noted in EAC and no tenderness noted. **Right** - no bloody discharge noted, no edema noted in EAC and no tenderness noted. **Otoscopic Exam: Tympanic Membrane** - **Left** - Normal. **Right** - Normal.
<u>Nose and Sinuses</u>
External Inspection of the Nose - symmetric. Inspection of the nares - **Left** - Normal. **Right** - Normal. **Nasal Mucosa** - **Left** - no congestion observed. **Right** - no congestion observed.
**Nasal Septum: Bony Septum** - no perforation noted. **Cartilaginous Septum** - midline.
**Turbinates: Inferior** - **Left** - no hypertrophy and no inflammation noted. **Right** - no hypertrophy and no inflammation noted.
**Frontal Sinuses** - **Left** - no tenderness observed. **Right** - no tenderness observed. **Maxillary Sinuses** - **Left** - no overlying swelling palpable. **Right** - no overlying swelling palpable.
<u>Mouth and Throat</u>
**Lips: Upper Lip** - normal color, moist, no cracks or lesions. **Lower Lip** - normal color, moist, no cracks or lesions.
**Nasopharynx** - no swelling of pharyngeal mucosa.
**Oral Cavity/Oropharynx: Teeth** - no loose teeth. **Gingiva** - no bleeding observed. **Soft Palate** - no ulcers noted. **Tongue** - normal, no pallor noted and no white patches present. **Oral Mucosa** - no discoloration noted. **Oropharynx** - no uvular edema is observed and no edema of posterior pharyngeal walls observed.
**Tonsils: Characteristics** - **Left** - no hypertrophy. **Right** - no hypertrophy.
**Floor of Mouth** - not ulcerated.
**Salivary Glands: Submandibular Glands** - **Left** - no palpable swelling. **Right** - no palpable swelling. **Parotid Glands** - **Left** - normal. **Right** - normal.


<u>Neurologic</u>
<u>Cranial Nerves:</u>
**VII Facial:** - Normal Bilaterally.
**VIII Acoustic** - **Left** - Hearing normal. **Right** - Hearing normal. **IX Glossopharyngeal / X Vagus** - No impairment of swallowing.
**XII Hypoglossal** - **Left** - Normal. **Right** - Normal.


**Assessment & Plan**
**CHRONIC SINUSITIS (473.9)**
**Today's Impression:** Patient will continue taking steroids, and take Levaquin. He will irrigate with baby shampoo. After he is off antibiotics, he will add grapefruit seed extract and oil of oregano to his irrigation.

---

AR 327

Steven F Ellis MD FACS

Craig B Parker

Patient #: 625460

DOB: ███ 1961 (53 years)

Saturday, November 8, 2014

Page 4 / 4

AR 328

## HISTORY AND PHYSICAL REPORT

Patient Name: Craig B Parker          DOB: ____/1961          Visit Date: 10/03/2014

**History of Present Illness**

The patient is a 53 year old male who presents with sinusitis. Symptoms include nasal congestion, cheek pressure, forehead pressure, ear fullness, ear pressure and headache. Onset was gradual month(s) ago. The symptoms occur frequently. The patient describes this as moderate in severity and worsening. He saw an infectious disease doctor yesterday, who told him he has symptoms of a tick-borne diease.

Additional reasons for visit:

Smell/taste disturbance is described as the following:
Symptoms include anosmia. Onset was gradual. The patient describes this as moderate in severity. He is also having trouble with his taste.

Blocked ear is described as the following:
The course has been constant. It is moderate. It affects the right ear .

**Review of Systems**

**General:** Present- Chills and Seasonal Allergies. Not Present- Appetite Loss, Excessive Perspiration, Fatigue, Feeling Sick, Fever, Night Sweats, Persistent Infections, Weight Gain and Weight Loss.
**Skin:** Not Present- Dryness, Itching, Nail Changes, Poor Wound Healing, Rash, Skin Color Changes and Ulcer.
**HEENT:** Present- Blurred Vision, Eye Pain, Ringing in the Ears, Nasal Congestion and Light Sensitivity. Not Present- Double Vision, Decreased Hearing, Ear Discharge, Earache, Nose Bleed, Hoarseness, Sore Throat, Halos Around Lights, Eye Discharge, Vision Loss 1 Eye, Eye Irritation and Vision Loss Both.
**Respiratory:** Present- Wheezing. Not Present- Bloody sputum, Cough, Snoring, Sputum Production and Wakes up from Sleep Wheezing or Short of Breath.
**Cardiovascular:** Not Present- Chest Pain, Difficulty Breathing Lying Down, Difficulty Breathing On Exertion, Leg Cramps, Palpitations, Swelling of Extremities and Bluish Discoloration of Lips Nails.
**Gastrointestinal:** Present- Abdominal Pain. Not Present- Black, Tarry Stool, Bloody Stool, Change in Bowel Habits, Constipation, Diarrhea, Difficulty Swallowing, Gas, Indigestion, Jaundice, Nausea, Vomiting, Vomiting Blood and Excessive Appetite.
**Male Genitourinary:** Not Present- Blood in Urine, Frequency, Incontinence, Painful Urination, Urgency, Urinating at Night, Trouble Starting Urinary Stream, Pelvic Pain, Inability To Empty Bladder and Genital Sores.
**Musculoskeletal:** Present- Joint Pain, Joint Stiffness and Muscle Cramps. Not Present- Back Pain, Joint Swelling, Muscle Pain and Muscle Weakness.
**Neurological:** Present- Headaches. Not Present- Decreased Memory, Fainting, Incoordination, Numbness, Spinning Sensation, Tingling, Tremor, Weakness In Extremities, Falling Down and Poor Balance.
**Psychiatric:** Present- Inability to Concentrate.
**Endocrine:** Not Present- Cold Intolerance, Excessive Thirst, Excessive Urination, Heat Intolerance and Excessive Hunger.
**Hematology:** Not Present- Abnormal Bleeding, Easy Bruising, Enlarged Lymph Nodes, HIV Exposure and Skin Discoloration.

**History**

**Allergy**
No Known Drug Allergies (08/15/2014)
**Past Medical**
EXCESSIVE CERUMEN IN EAR CANAL, BILATERAL
NASAL POLYPS
SMELL AND TASTE DISORDER
CHRONIC SINUSITIS
FATIGUE
**Other Medical History**
Migraine Headache
Severe allergy
**Past Surgical**
Colon Polyp Removal - Colonoscopy
Gallbladder Surgery laporoscopic
Low Back Disc Surgery
Straighten Nasal Septum
Sinus Surgery (08/21/2014)

**Medications**
NeilMed Sinus Rinse (1 Nasal daily) Active.
**Social**
Alcohol use Never drinks.
Exercise Does other exercise occasionally.
HIV risk factors no
Tobacco / smoke exposure No
Seat Belt Use always
Sun Exposure occasionally
Illicit drug use none
Tobacco use Never smoker: smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.
**Family**
Colon Cancer
Diabetes Mellitus
Cancer

AR 329

10/03/2014 01:10 PM
**Weight:** 168 lb 76.2035 kg **Height:** 72 in
**Body Surface Area:** 1.97 m² **Body Mass Index:** 22.78 kg/m²
**Pulse:** 75 (Regular)
**BP:** 116/70 Electronic (Sitting, Right Arm, Standard)

**Physical Exam**
The physical exam findings are as follows:

**General**
**Mental Status** - Alert. **General Appearance** - Not in acute distress.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - Normal.
**Neck**
**Global Assessment** - no palpable mass on the right and no palpable mass on the left. No adenopathy or thyromegaly.
**Thyroid**
**Gland Characteristics** - normal size and consistency and no palpable nodules.

**Eye**
**Eyeball** - **Left** - Extraocular muscles intact. **Bilateral** - Extraocular muscles intact. **Sclera/Conjunctiva** - **Left** - Normal.
**Right** - Normal. **Pupil** - **Left** - Direct reaction to light normal, Equal and Round. **Right** - Direct reaction to light normal,
Equal and Round.

**ENMT**
**Ears**
**Pinna** - **Left** - no generalized tenderness observed. **Right** - no generalized tenderness observed. **External Auditory**
**Canal** - **Left** - no bloody discharge noted, no cerumen impaction noted, no edema noted in EAC and no tenderness noted.
**Right** - **excessive cerumen present**, no bloody discharge noted, no edema noted in EAC and no tenderness noted.
**Otoscopic Exam: Tympanic Membrane** - **Left** - Normal. **Right** - Normal.
**Nose and Sinuses**
External Inspection of the Nose - symmetric. Inspection of the nares - **Left** - Normal. **Right** - Normal. **Nasal Mucosa** -
**Left** - no congestion observed. **Right** - no congestion observed.
**Nasal Septum: Bony Septum** - no perforation noted. **Cartilaginous Septum** - midline.
**Turbinates: Inferior** - **Left** - no hypertrophy and no inflammation noted. **Right** - no hypertrophy and no inflammation
noted.
**Frontal Sinuses** - **Left** - no tenderness observed. **Right** - no tenderness observed. **Maxillary Sinuses** - **Left** - no
overlying swelling palpable. **Right** - no overlying swelling palpable.
**Mouth and Throat**
**Lips: Upper Lip** - normal color, moist, no cracks or lesions. **Lower Lip** - normal color, moist, no cracks or lesions.
**Nasopharynx** - no swelling of pharyngeal mucosa.
**Oral Cavity/Oropharynx: Teeth** - no loose teeth. **Gingiva** - no bleeding observed. **Soft Palate** - no ulcers noted.
**Tongue** - normal, no pallor noted and no white patches present. **Oral Mucosa** - no discoloration noted. **Oropharynx** - no
uvular edema is observed and no edema of posterior pharyngeal walls observed.
**Tonsils: Characteristics** - **Left** - no hypertrophy. **Right** - no hypertrophy.
**Floor of Mouth** - not ulcerated.
**Salivary Glands: Submandibular Glands** - **Left** - no palpable swelling. **Right** - no palpable swelling. **Parotid Glands** -
**Left** - normal. **Right** - normal.

**Neurologic**
**Cranial Nerves:**
**VII Facial:** - Normal Bilaterally.
**VIII Acoustic** - **Left** - Hearing normal. **Right** - Hearing normal. **IX Glossopharyngeal / X Vagus** - No impairment of
swallowing.
**XII Hypoglossal** - **Left** - Normal. **Right** - Normal.

AR 330

**Assessment & Plan**
**EXCESSIVE CERUMEN IN EAR CANAL, BILATERAL (380.4)**

- CERUMENECTOMY (69210) Routine (right ear)

| | |
|---|---|
| Procedure Note | The patient is supine in the ear room.  Affected ears are examined under microscopic guidance.  Wax is completely removed from the right external auditory canal.  The tympanic membrane is intact.  The patient tolerated the procedures well. |

**SMELL AND TASTE DISORDER (781.1)**
**Today's Impression:** Johnson's Baby shampoo added to sinus rinse. Start abx rinse. He will follow up with me in a few weeks.

**CHRONIC SINUSITIS (473.9)**
**Today's Impression:** Dymista trial. Follow up based on symptoms.

_Steven F Ellis MD FACS_

## HISTORY AND PHYSICAL REPORT

Patient Name: Craig B Parker          DOB: ▮▮/1961          Visit Date: 09/05/2014

### History of Present Illness

The patient is a 53 year old male presenting for a post-operative visit. The patient is status post endoscopic sinus surgery. The date of surgery was 08/21/2014. Patient is 15 days postop procedure.

### Review of Systems

**General:** Present- Fatigue and Seasonal Allergies. Not Present- Appetite Loss, Chills, Excessive Perspiration, Feeling Sick, Fever, Night Sweats, Persistent Infections, Weight Gain and Weight Loss.
**Skin:** Not Present- Dryness, Itching, Nail Changes, Poor Wound Healing, Rash, Skin Color Changes and Ulcer.
**HEENT:** Present- Eye Pain and Ringing in the Ears. Not Present- Blurred Vision, Double Vision, Decreased Hearing, Ear Discharge, Earache, Nose Bleed, Nasal Congestion, Hoarseness, Sore Throat, Halos Around Lights, Eye Discharge, Vision Loss 1 Eye, Eye Irritation, Vision Loss Both and Light Sensitivity.
**Respiratory:** Not Present- Bloody sputum, Cough, Snoring, Sputum Production, Wheezing and Wakes up from Sleep Wheezing or Short of Breath.
**Cardiovascular:** Not Present- Chest Pain, Difficulty Breathing Lying Down, Difficulty Breathing On Exertion, Leg Cramps, Palpitations, Swelling of Extremities and Bluish Discoloration of Lips Nails.
**Gastrointestinal:** Present- Diarrhea. Not Present- Abdominal Pain, Black, Tarry Stool, Bloody Stool, Change in Bowel Habits, Constipation, Difficulty Swallowing, Gas, Indigestion, Jaundice, Nausea, Vomiting, Vomiting Blood and Excessive Appetite.
**Male Genitourinary:** Not Present- Blood in Urine, Frequency, Incontinence, Painful Urination, Urgency, Urinating at Night, Trouble Starting Urinary Stream, Pelvic Pain, Inability To Empty Bladder and Genital Sores.
**Musculoskeletal:** Present- Joint Pain and Muscle Cramps. Not Present- Back Pain, Joint Stiffness, Joint Swelling, Muscle Pain and Muscle Weakness.
**Neurological:** Present- Tingling and Weakness In Extremities. Not Present- Decreased Memory, Fainting, Headaches, Incoordination, Numbness, Spinning Sensation, Tremor, Falling Down and Poor Balance.
**Psychiatric:** Not Present- Anxiety, Depression and Inability to Concentrate.
**Endocrine:** Not Present- Cold Intolerance, Excessive Thirst, Excessive Urination, Heat Intolerance and Excessive Hunger.
**Hematology:** Not Present- Abnormal Bleeding, Easy Bruising, Enlarged Lymph Nodes, HIV Exposure and Skin Discoloration.

### History

**Allergy**
  No Known Drug Allergies (08/15/2014)
**Past Medical**
  SMELL AND TASTE DISORDER
  NASAL POLYPS
  EXCESSIVE CERUMEN IN EAR CANAL, BILATERAL
  CHRONIC SINUSITIS
  FATIGUE
**Other Medical History**
  Severe allergy
  Migraine Headache
**Past Surgical**
  Sinus Surgery (08/21/2014)
  Straighten Nasal Septum
  Low Back Disc Surgery
  Colon Polyp Removal - Colonoscopy
  Gallbladder Surgery laporoscopic

**Medications**
  Cats Claw ( Oral daily) Specific dose unknown - Active.
  Probiotic ( Oral daily) Active.
  Vitamin B Complex ( Oral daily) Active.
  Vitamin C ( Oral) Specific dose unknown - Active.
  Vitamin D ( Oral daily) Specific dose unknown - Active.
**Social**
  Seat Belt Use always
  Sun Exposure occasionally
  Tobacco / smoke exposure No
  Exercise Does other exercise occasionally.
  HIV risk factors no
  Illicit drug use none
  Tobacco use Never smoker: smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.
  Alcohol use Never drinks.
**Family**
  Cancer
  Colon Cancer
  Diabetes Mellitus

AR 332

**Physical Exam**
The physical exam findings are as follows:

**General**
**Mental Status** - Alert.

**ENMT**
**Nose and Sinuses**
**Turbinates: Inferior** - **Left** - post-operative eschar. **Right** - post-operative eschar. **Maxillary Sinuses** - **Bilateral** -
Note: Patent antrotomies. **Ethmoid Sinuses** - **Bilateral** - Note: debris and granulation in the ethmoid cavity.

**Assessment & Plan**
**CHRONIC SINUSITIS (473.9)**

- P.O. NASAL DEBRIDEMENT (31237) Routine
  bilateral Nasal endoscopy is performed in the office under 1% Neo-Synephrine and 4% topical
  lidocaine anesthesia. The nasal cavities are examined with a 30° nasal endoscope bilaterally. The
  debris that is present within affected  sinuses is removed endoscopically utilizing suction. Any crusts
  presents on turbinates are also removed. The patient tolerates the procedure well with no significant
  Comments     complication.
- P.O. NASAL DEBRIDEMENT (31237) Routine
  Nasal endoscopy is performed in the office under 1% Neo-Synephrine and 4% topical lidocaine
  anesthesia. The nasal cavities are examined with a 30° nasal endoscope bilaterally. The debris that
  is present within affected  sinuses is removed endoscopically utilizing suction. Any crusts presents on
  turbinates are also removed. The patient tolerates the procedure well with no significant
  Comments     complication.

_Steven F Ellis_

_____
Steven F Ellis MD FACS

AR 333

## HISTORY AND PHYSICAL REPORT

Patient Name: Craig Parker            DOB: ▮▮▮1961            Visit Date: 08/15/2014

### History of Present Illness

The patient is a 53 year old male who presents with sinusitis. Symptoms include nasal congestion, cheek pain and cheek pressure. Onset was month(s) ago. The symptoms occur frequently. The patient describes this as severe. Has tried Patanase and Flonase and thinks they just make things worse. Has a chemical sensitivity. Keeps getting esophagitis as well. Does irrigate daily. Has been getting double vision.

Additional reasons for visit:

Follow up diagnostic procedure is described as the following:
The patient had CT scan of the sinuses (ordered by his primary care physician ). The diagnostic test was performed on - 8/13/204. Current symptoms include sinus problems. CT shows chronic sinusitis and nasal polyps.

Fatigue is described as the following:
Symptoms include fatigue. Onset was year(s) ago. The symptoms occur constantly. The patient describes this as moderate in severity and worsening. Has been getting thrush and fighting fungal infections. Gets constant sinus infections. Started with a sinus infection back in 2011. Has done multiple antibiotics.

Smell/taste disturbance is described as the following:
Symptoms include anosmia and ageusia. The symptoms occur constantly. The patient describes this as moderate in severity.

Ceruminosis is described as the following:
Symptoms include ear fullness. Symptoms are located in both ears. The patient describes this as moderate in severity.

Nasal polyps is described as the following:
Symptoms include nasal congestion. The symptoms occur constantly. The patient describes this as moderate in severity.

### Review of Systems

**General:** Present- Chills, Excessive Perspiration, Fatigue, Feeling Sick, Persistent Infections, Seasonal Allergies and Weight Loss. Not Present- Appetite Loss, Fever, Night Sweats and Weight Gain.
**Skin:** Not Present- Dryness, Itching, Nail Changes, Poor Wound Healing, Rash, Skin Color Changes and Ulcer.
**HEENT:** Present- Blurred Vision, Double Vision, Eye Pain, Ringing in the Ears and Nasal Congestion. Not Present- Decreased Hearing, Ear Discharge, Earache, Nose Bleed, Hoarseness, Sore Throat, Halos Around Lights, Eye Discharge, Vision Loss 1 Eye, Eye Irritation, Vision Loss Both and Light Sensitivity.
**Respiratory:** Present- Sputum Production and Wheezing. Not Present- Bloody sputum, Cough, Snoring and Wakes up from Sleep Wheezing or Short of Breath.
**Cardiovascular:** Not Present- Chest Pain, Difficulty Breathing Lying Down, Difficulty Breathing On Exertion, Leg Cramps, Palpitations, Swelling of Extremities and Bluish Discoloration of Lips Nails.
**Gastrointestinal:** Present- Abdominal Pain and Diarrhea. Not Present- Black, Tarry Stool, Bloody Stool, Change in Bowel Habits, Constipation, Difficulty Swallowing, Gas, Indigestion, Jaundice, Nausea, Vomiting, Vomiting Blood and Excessive Appetite.
**Male Genitourinary:** Not Present- Blood in Urine, Frequency, Incontinence, Painful Urination, Urgency, Urinating at Night, Trouble Starting Urinary Stream, Pelvic Pain, Inability To Empty Bladder and Genital Sores.
**Musculoskeletal:** Present- Joint Stiffness and Muscle Cramps. Not Present- Back Pain, Joint Pain, Joint Swelling, Muscle Pain and Muscle Weakness.
**Neurological:** Present- Headaches, Numbness and Tingling. Not Present- Decreased Memory, Fainting, Incoordination, Spinning Sensation, Tremor, Weakness In Extremities, Falling Down and Poor Balance.
**Psychiatric:** Present- Inability to Concentrate. Not Present- Anxiety and Depression.
**Endocrine:** Not Present- Cold Intolerance, Excessive Thirst, Excessive Urination, Heat Intolerance and Excessive Hunger.
**Hematology:** Not Present- Abnormal Bleeding, Easy Bruising, Enlarged Lymph Nodes, HIV Exposure and Skin Discoloration.

AR 334

## History
### Allergy
No Known Drug Allergies (08/15/2014)
### Other Medical History
Migraine Headache
Severe allergy
### Past Surgical
Colon Polyp Removal - Colonoscopy
Gallbladder Surgery laporoscopic
Low Back Disc Surgery
Straighten Nasal Septum

### Medications
Cats Claw ( Oral daily) Specific dose unknown - Active.
Probiotic ( Oral daily) Active.
Vitamin B Complex ( Oral daily) Active.
Vitamin C ( Oral) Specific dose unknown - Active.
Vitamin D ( Oral daily) Specific dose unknown - Active.
### Social
Alcohol use Never drinks.
Exercise Does other exercise occasionally.
HIV risk factors no
Illicit drug use none
Seat Belt Use always
Sun Exposure occasionally
Tobacco / smoke exposure No
Tobacco use Never smoker: smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.
### Family
Cancer
Colon Cancer
Diabetes Mellitus

08/15/2014 10:28 AM
**Weight:** 165 lb 74.8427 kg **Height:** 72 in
**Body Surface Area:** 1.95 m² **Body Mass Index:** 22.38 kg/m²
**Pulse:** 74 (Regular)
**BP:** 114/71 Electronic (Sitting, Right Arm, Standard)

### Physical Exam
The physical exam findings are as follows:

### General
**Mental Status** - Alert. **General Appearance** - Not in acute distress.

### Head and Neck
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - Normal.
**Neck**
**Global Assessment** - no palpable mass on the right and no palpable mass on the left. No adenopathy or thyromegaly.
**Thyroid**
**Gland Characteristics** - normal size and consistency and no palpable nodules.

### Eye
**Eyeball** - **Left** - Extraocular muscles intact. **Bilateral** - Extraocular muscles intact. **Sclera/Conjunctiva** - **Left** - Normal.
**Right** - Normal. **Pupil** - **Left** - Direct reaction to light normal, Equal and Round. **Right** - Direct reaction to light normal, Equal and Round.

### ENMT
**Ears**
**Pinna** - **Left** - no generalized tenderness observed. **Right** - no generalized tenderness observed. **External Auditory**
**Canal** - **Left** - no bloody discharge noted, no cerumen impaction noted, no edema noted in EAC and no tenderness noted.
**Right** - no bloody discharge noted, no cerumen impaction noted, no edema noted in EAC and no tenderness noted.
**Otoscopic Exam: Tympanic Membrane** - **Left** - Normal. **Right** - Normal.
**Nose and Sinuses**
External Inspection of the Nose - symmetric. Inspection of the nares - **Left** - Normal. **Right** - Normal. **Nasal Mucosa** -
**Left** - no congestion observed. **Right** - no congestion observed. **Bilateral** - **diffuse polyposis**.
**Nasal Septum: Bony Septum** - no perforation noted. **Cartilaginous Septum** - midline.
**Turbinates: Inferior** - **Left** - no hypertrophy and no inflammation noted. **Right** - no hypertrophy and no inflammation noted.
**Frontal Sinuses** - **Left** - no tenderness observed. **Right** - no tenderness observed. **Maxillary Sinuses** - **Left** - no overlying swelling palpable. **Right** - no overlying swelling palpable.
**Mouth and Throat**
**Lips: Upper Lip** - normal color, moist, no cracks or lesions. **Lower Lip** - normal color, moist, no cracks or lesions.

AR 335

**Nasopharynx** - no swelling of pharyngeal mucosa.
**Oral Cavity/Oropharynx: Teeth** - no loose teeth. **Gingiva** - no bleeding observed. **Soft Palate** - no ulcers noted.
**Tongue** - normal. no pallor noted and no white patches present. **Oral Mucosa** - no discoloration noted. **Oropharynx** - no uvular edema is observed and no edema of posterior pharyngeal walls observed.
**Tonsils: Characteristics - Left** - no hypertrophy. **Right** - no hypertrophy.
**Floor of Mouth** - not ulcerated.
**Salivary Glands: Submandibular Glands** - **Left** - no palpable swelling. **Right** - no palpable swelling. **Parotid Glands** - **Left** - normal. **Right** - normal.

**Neurologic**
**Cranial Nerves:**
**VII Facial:** - Normal Bilaterally.
**VIII Acoustic** - **Left** - Hearing normal. **Right** - Hearing normal. **IX Glossopharyngeal / X Vagus** - No impairment of swallowing.
**XII Hypoglossal** - **Left** - Normal. **Right** - Normal.

**Assessment & Plan**
**EXCESSIVE CERUMEN IN EAR CANAL, BILATERAL (380.4)**

**CHRONIC SINUSITIS (473.9)**
**Today's Impression:** We discussed the risks of endoscopic sinus surgery. Including the risk of bleeding infection orbital damage visual loss and CSF leak. The patient is willing to proceed.

- REMOVAL OF ETHMOID SINUS (31255) Routine
- ENDOSCOPY MAXILLARY SINUS (31267) Routine
- NASAL/SINUS ENDOSCOPY SURG (31287) Routine
- SINUS ENDOSCOPY SURGICAL (31276) Routine
- PRE-OPERATIVE INSTRUCTIONS
- POST-OPERATIVE INSTRUCTIONS - ENDOSCOPIC SINUS SURGERY
- Post op Sinus Instruction MSW SFE

**NASAL POLYPS (471.9)**

**SMELL AND TASTE DISORDER (781.1)**

**FATIGUE (780.79)**

Steven F Ellis MD FACS

cc:
    Cynthia L Romito  MD

AR 336

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

Diagnostic Imaging   8/14/2014 9:20:20 AM   PAGE   1/001   Fax Server



DIAGNOSTIC
IMAGING CENTERS, P.A.

Edwin M. Herman, MD, FACR•Jennifer H. Crawley, MD•Angela M. Noto, MD, FACR•Neal K. Lurz, MD•Thomas B. Summers, MD
Linda A. Harrison, MD•Patricia A. McGhie, MD•Scott L. Shar, MD•Jeffrey B. Herman, MD•Gregory C. Reuter, MD
John A. Siradino, MD•Sidney A. Crawley, MD•Jeffrey F. Brent, MD•William C. Koury, MD•Kristen W. Fore, MD

OLATHE DIC LOCATION

DR CYNTHIA L ROMITO
10550 QUIVIRA RD
SHAWNEE MISSION, KS 66215

DATE: 8/13/2014  4:22:00PM        DOB:███1961             MR#: 000884726
NAME: CRAIG PARKER               ACCR: 4733168

CT SINUS WITHOUT CONTRAST:

TECHNIQUE: Multislice axial image acquisition was performed through the paranasal sinuses. 3 mm axial and coronal images
have been reformatted from the source data set.

INDICATION: Chronic sinusitis.

COMPARISON: None.

DISCUSSION: The visualized soft tissue structures of the posterior nasopharynx are normal in appearance. The visualized
orbits are grossly normal in appearance. The visualized intracranial soft tissue structures are grossly normal in appearance.
Within the right inferior lateral sphenoid sinus, there is mucosal thickening measuring 0.2 cm. Trace mucosal thickening within
the floor of the left sphenoid sinus measures 0.1 to 0.2 cm. There is near complete opacification of bilateral anterior, mid, and
posterior ethmoid air cells. There is near complete opacification of the bilateral frontal sinuses. There is circumferential
mucosal thickening within the right maxillary sinus, measuring up to 1.0 cm. Circumferential mucosal thickening within the left
max or sinus measures up to 1.2 cm. Mucosal thickening obstructs the infundibulum of the ostiomeatal complex, bilaterally.
The cribriform plate, optic canals, and anterior clinoid processes are normal in appearance. There is no evidence of nasal
septal perforation or erosion. There is increased soft tissue density within the superior aspect of the nasal cavity, bilaterally,
raising the possibility of nasal polyps. The visualized skull base is normal in appearance, without evidence of destructive bone
lesion or foraminal expansion. The visualized mastoid air cells are normal in appearance. The visualized teeth are normal in
appearance.

IMPRESSION: Extensive bilateral ethmoid, bilateral frontal, and bilateral maxillary sinus inflammatory disease, as well as trace
sphenoid sinus inflammatory change. Findings raise the possibility of sinonasal polyposis.

Dictated By: JEFFREY B HERMAN, MD
Electronically Signed By: JEFFREY B HERMAN, MD 8/13/2014  5:01:37PM

4811 S Arrowhead Dr  Suite 100 • Independence, MO 64055 • 816-795-7040
301 NE Mulberry, Suite 100 • Lee's Summit, MO 64086 • 816-554-3040
5800-5900 College Blvd • Overland Park, KS 66211 • 913-491-5500
13785 S Mur-Len Rd, Suite 100 • Olathe, KS 66062 • 913-367-7272
5808 North Oak • North Kansas City, MO 64116 • 816-453-1959
4801 Main, Suite 200 • Kansas City, MO 64112 • 816-561-5151
Scheduling: 913-344-9989 • 816-444-9989

Page 1 of 1

11/25/2014 10:37 am          Craig B Parker DOB ███/1961                    1/1

AR 337

From: 19153416297     Page: 2/3     Date: 8/17/2014 10:01:39 AM



**Mid America Pathology Laboratory, LLC**
7301 College Blvd., Suite 110
Overland Park, KS 66211
Ph: (913) 341.6275  Fax: (913) 341.6285
www.mapidx.com

| PATIENT INFORMATION | PHYSICIAN(S) |
|---|---|
| Parker, Craig B. | Steven F. Ellis, M.D. |
| Sex: M | |
| DOB: ███/1961 (Age: 53) | |
| MRN  37510 | |

| CLIENT AND SPECIMEN INFORMATION | |
|---|---|
| **Overland Park Surgery Center** | |
| Collected:  8/21/2014 | Reported: |
| Received:  8/21/2014 | Accession #: R14-844 |
| | *Preliminary* |

## Specimen(s) Received

A. Aerobic and Fungal: Left maxilla

**Status:** Complete

## Interpretation

**SOURCE: MAXILLARY WOUND**

| **GRAM STAIN FINAL** | | 08-22-14-0001 |
|---|---|---|
| GRAM STAIN | NO POLYMORPHONUCLEAR LEUKOCYTES | |
| | NO SQUAMOUS EPITHELIAL CELLS | |
| | RARE GRAM NEGATIVE BACILLI | |
| | RARE GRAM POSITIVE COCCI | |

| **WOUND CULTURE FINAL** | | 08-25-14-1400 |
|---|---|---|
| ORGANISM 1 | COAGULASE NEG STAPHYLOCOCCUS | |
| QUANTITATION | FEW | |
| ORGANISM 2 | MICROCOCCUS SPECIES | |
| QUANTITATION | FEW | |
| ORGANISM 3 | CORYNEBACTERIUM SPECIES | |
| QUANTITATION | FEW | |

1. COAGULASE NEG STAPHYLOCOCCUS

| | INTERP | VALUE |
|---|---|---|
| CLINDAMYCIN | S | 0.5 |
| ERYTHROMYCIN | S | <=0.25 |
| OXACILLIN | S | <=0.25 |
| TETRACYCLINE | S | <=1 |
| VANCOMYCIN | S | 1 |

*For a Staphylococcus isolate, a Cefazolin interpretation can be deduced from the Oxacillin result.*

**Rifampin should only be used in combination with a potent anti-Staphylococcal antibiotic.**

| WOUND CULTURE PRELIMINARY | | 08-24-14-1000 |
|---|---|---|
| ORGANISM 1 | COAGULASE NEG STAPHYLOCOCCUS | |
| QUANTITATION | FEW | |
| ORGANISM 2 | COAGULASE NEG STAPHYLOCOCCUS #2 | |
| QUANTITATION | FEW | |
| TO FOLLOW | SUSCEPTIBILITY TO FOLLOW | |

1. COAGULASE NEG STAPHYLOCOCCUS

| | INTERP | VALUE |
|---|---|---|
| CLINDAMYCIN | S | 0.5 |
| ERYTHROMYCIN | S | <=0.25 |
| OXACILLIN | S | <=0.25 |
| TETRACYCLINE | S | <=1 |
| VANCOMYCIN | S | 1 |

Parker, Craig B                                    Page 1 of 2

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

AR 338

From: 19133416297      Page: 3/3      Date: 9/17/2014 10:01:40 AM

| Parker, Craig B. | Culture Report (8/21/2014) | R14-944 |
|---|---|---|

**For a Staphylococcus isolate, a Cefazolin interpretation can be deduced from the Oxacilin result.**

**Rifampin should only be used in combination with a potent anti-Staphylococcal antibiotic.**

| WOUND CULTURE | | 08-22-14-0001 |
|---|---|---|
| | PENDING | |
| **FUNGUS CULTURE FINAL** | | 09-16-14-1402 |
| FUNGUS CULTURE PRELIMINARY | NO FUNGUS ISOLATED AT 3 WEEKS | 09-05-14-1401 |
| FUNGUS CULTURE | NO FUNGUS ISOLATED AT 2 WEEKS | 08-22-14-0001 |
| | PENDING | |
| **FUNGUS SMEAR FINAL** | | 08-22-14-0001 |
| FUNGAL SMEAR | NO YEAST OR FUNGAL ELEMENTS SEEN | |

Testing performed at RMC, Meyer Blvd, Kansas City, MO.

msbu/9/16/2014

**Billing Fee Codes:**  A; 87205, 87075, 87102, 87070, 87206

<span style="background:black">End of Report</span>

Parker, Craig B.                                                   Page 2 of 2

This fax was received by GFI FaxMaker fax server. For more information, visit http://www.gfi.com

AR 339

RE: FW: Craig Parker
Prell, Stephanie
to:
Michelle.Annette.Doucette@sunlife.com
12/10/2014 05:07 PM
Show Details

Hi Michelle: I received your voicemail and the Payroll Manager provided me the information pasted below. Will this suffice for the time off for Craig?

From Laurie Gillen:
I thought it might be easier for me to summarize the weeks, instead of giving you all the EA forms.  If you need them, I can email everything that hasn't been filed away.  The last EA form Payroll received on Craig was for the week of 9/15.

| Week of: | Total Hours Off: | |
|----------|------------------|---|
| 4/7      | 40               | |
| 4/13     | 40               | |
| 5/5      | 40               | |
| 5/12     | 40               | |
| 5/19     | 40               | |
| 5/26     | 40               | |
| 6/2      | 40               | |
| 6/9      | 40               | |
| 6/23     | 40               | |
| 6/30     | 40               | |
| 7/7      | 40               | |
| 7/14     | 40               | |
| 7/21     | 40               | |
| 7/28     | 40               | |
| 8/4      | 22               | (8/4-2 hours, 8/5=2 hours, 8/6=2 hours, 8/7=8 hours, 8/8=8 hours) |
| 8/11     | 18               | (8/11=4 hours, 8/12=6 hours, 8/13=4 hours, 8/15=4 hours) |
| 8/18     | 40               | |
| 8/25     | 40               | |
| 9/1      | 40               | |
| 9/8      | 40               | |
| 9/15     | 40               | |

From: Michelle.Annette.Doucette@sunlife.com [mailto:Michelle.Annette.Doucette@sunlife.com]
Sent: Thursday, November 06, 2014 10:15 AM
To: Prell, Stephanie
Subject: Re: FW: Craig Parker

Thank you

AR 340

Michelle Annette Doucette | Sr. Benefit Analyst - LTD Claims, National Accounts | Sun Life
Financial, 1-800-432-1102, ext 303 4964 | Direct 1-781-431-4964 |
Michelle.Annette.Doucette@sunlife.com | 273 Corporate Drive, Suite 110 Portsmouth, NH 03801 Life's
brighter under the sun


From:        "Prell, Stephanie" <Stephanie.Prell@garmin.com>
To:          "Michelle.Annette.Doucette@sunlife.com" <Michelle.Annette.Doucette@sunlife.com>
Date:        11/06/2014 10:45 AM
Subject:     FW: Craig Parker



Hi Michelle: Attached are Craig's pay stubs 4/4 through 10/31.

Thanks,
Stephanie

From: Millerlile, Mahta
Sent: Thursday, November 06, 2014 9:41 AM
To: Prell, Stephanie
Subject: RE: Craig Parker

Here are the pay stubs.

Thanks.

Mahta Millerlile
Human Resources|Payroll Analyst
Phone:  913-440-2898|Fax:  913-397-9107
Garmin International, Inc.


1200 E. 151st Street  | Olathe, KS 66062, USA
www.garmin.com


From: Prell, Stephanie
Sent: Thursday, November 06, 2014 9:20 AM
To: Millerlile, Mahta
Subject: Craig Parker

Hi Mahta:

Do you mind providing me with pay stubs for Craig Parker for 4/4 through 10/31?

Thanks,
Stephanie


CONFIDENTIALITY NOTICE: This email and any attachments are for the sole use of the intended
recipient(s) and contain information that may be confidential and/or legally privileged. If you
have received this email in error, please notify the sender by reply email and delete the message.
Any disclosure, copying, distribution or use of this communication (including attachments) by
someone other than the intended recipient is prohibited. Thank you.[attachment "Parker.pdf" deleted
by Michelle Annette Doucette/Group/US/SunLife]

-----------------------------------------------------------------------
This e-mail message (including attachments, if any) is intended for the use of the individual or
entity to which it is addressed and may contain information that is privileged, proprietary ,
confidential and exempt from disclosure. If you are not the intended recipient, you are notified
that any dissemination, distribution or copying of this communication is strictly prohibited. If
you have received this communication in error, please notify the sender and erase this e-mail
message immediately.
-----------------------------------------------------------------------
Le présent message électronique (y compris les pièces qui y sont annexées, le cas échéant)
s'adresse au destinataire indiqué et peut contenir des renseignements de caractère privé ou
confidentiel. Si vous n'êtes pas le destinataire de ce document, nous vous signalons qu'il est
strictement interdit de le diffuser, de le distribuer ou de le reproduire. Si ce message vous a été
transmis par erreur, veuillez en informer l'expéditeur et le supprimer immédiatement.

--------------------------------------------------------------------------



Sun Life Assurance
Company of Canada
SC 3208
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

December 12, 2014

Ms. Craig Parker

███████████████

Olathe KS  66061

Re:    Policy No.      231948-Long Term Disability
       Control No.     091014-05930-00

Dear Mr. Parker:

This correspondence is to provide you with an update on the status of your Long Term Disability benefits, on behalf of the above stated.

The Employee Retirement Income Security Act (ERISA), a federal law that sets minimum standards for health plans, indicates that we must make a claim determination within 45 days of receipt of your claim. We await the following:

- Correct breakdown of FMLA hours and Salary Continuation begin and end dates

we are continuing to toll (temporarily stop) the 45-day initial decision making period, pending receipt of the requested Proof of Claim.  In the meantime the medical records needed have been received and we are currently in the process of an internal medical review to move forward with this portion of the claim evaluation.

We have utilized 25 days of the 45-day review period to date.  When the requested Proof of Claim has been received, we will render a claim determination within 20 days, unless there are extenuating circumstances beyond our control.

Please contact me at your earliest convenience so we may go over your claim status and any questions you may have.

We will strive to make a determination as quickly as possible.   If you have any questions or concerns, please contact us at 1-800-786-5433, ext 303 4964.

Sincerely,

Michelle Doucette
Sr. LTD Benefits Analyst

cc:     Garmin International Inc.
        Attn: Sally McEntarfer
        1200 E 151 Street
        Olathe KS  66062

| Total Monthly Earnings (TME) Calculation, non-W2 |
|---|

| Insured Name | Craig Parker | Disability Date | 4/5/2014 |
|---|---|---|---|

| Basic Earnings - per payroll records |
|---|

**Hourly Employee - Avg Hours tab**

| | | **Earnings Definition (generally non-hourly) - Earnings tab** | |
|---|---|---|---|
| Hours | 0.00 | Salary or Earnings | $5,079.60 | From Avg Earnings tab |
| Rate | $0.00 | | |
| Earnings | $0.00 | Rounds rate to the nearest hundredth |
| Total | $5,079.60 | | |

| Pay Period - choose only one |
|---|

| | | | |
|---|---|---|---|
| No | Weekly | $0.00 | $0.00 |
| Yes | Bi-Weekly | $5,079.60 | $11,005.80 |
| No | Semi-Monthly | $0.00 | $0.00 |
| No | Monthly | $0.00 | $0.00 |
| No | Annually | $0.00 | $0.00 |
| No | Defined 12 mos. | $0.00 | $0.00 | Definition states defined period (i.e. full calendar year) of earnings and the full period was |
| No | Defined 24 mos. | $0.00 | $0.00 | provided. Earnings should be entered on Avg Earnings tab. |
| | **I.** | | **$11,005.80** Monthly Basic Earnings |

| Commissions, Bonuses, Overtime, any other extra compensation |
|---|

| | | # of months | Avg |
|---|---|---|---|
| No | Commissions | $0.00 | $0.00 |
| No | Bonuses | $0.00 | $0.00 |
| No | Overtime | $0.00 | $0.00 |
| No | Other | $0.00 | $0.00 |
| | **II.** | | **$0.00** Extra Compensation |

| LTD Total Monthly Earnings (monthly basic earnings plus extra compensation, I. + II.) |
|---|
| **$11,005.80** |

| Comments |
|---|
| |

TME

## Total Monthly Earnings (TME) Calculation, W2

**Insured Name** _____    **Disability Date** _____

### Earnings Definition

**W-2 Earnings Definition**

Other Earnings Definitions and suggested documentation

| Choose one | Type | Documentation |
|---|---|---|
| No | Partner Prior Year K-1 | Obtain prior year Form 1065 K1 from the partnership |
| No | Sole Propieter | Obtain prior years Individual Income Tax Returns for years per def |
| No | S-Corp Shareholder | Obtain prior years Form 1120S K-1s and W-2s for years per def |
| No | Teachers Contracts | Obtain annual teachers contract in effect just prior to date of dis |
| No | LLC/LLP Partner/Member | Obtain 1065 K-1 and W-2 for years covered by earnings def |
| No | Other Definitions | Determine what financial documentation to obtain |

*Always read the policy to obtain the appropriate documentation

### Earnings

**W-2 form calendar year** _____

**Box 1 Wages, Tips and Other Compensation**    $0.00

TME =    **$0.00**

### Documentation

**Description of Documentation obtained for this file**    **TME Calculation**

_____    _____

_____    _____

_____    _____

_____    _____

### Comments

W2

AR 346

| Craig Parker | |
|---|---|
| **Pay Period Ending** | **Hours** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| Average Hours | | |
|---|---|---|
| Selected on TME tab | Pay Period | Average Hours |
| No | Weekly | 0.00 |
| Yes | Bi-Weekly | 0.00 |
| No | Semi-Monthly | 0.00 |
| No | Monthly | 0.00 |
| No | Annually | 0.00 |

*If average is greater than 40 hours, or equivalent, the average is reduced to 40 hours or the equivalent.

The calculation will average all entries in the hours column, column B, regardless of pay period selected. Only make entries for applicable periods.

Avg Hours

AR 347

| Craig Parker | |
|---|---|
| **Pay Period Ending** | **Hours** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Avg Hours

| Craig Parker | |
|---|---|
| **Pay Period Ending** | **Hours** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Avg Hours

| Craig Parker | |
| --- | --- |
| **Pay Period Ending** | **Eligibility Hours** |

| Average Eligibility Hours | | | |
| --- | --- | --- | --- |
| Selected on TME tab | Pay Period | Average Hours per pay period | Average hours per week |
| No | Weekly | 0.00 | 0.00 |
| Yes | Bi-Weekly | 0.00 | 0.00 |
| No | Semi-Monthly | 0.00 | 0.00 |
| No | Monthly | 0.00 | 0.00 |
| No | Annually | 0.00 | 0.00 |

The calculation will average all entries in the hours column, column B, regardless of pay period selected. Only make entries for applicable periods.

Avg Hours Elig

AR 350

| Craig Parker | |
|---|---|
| **Pay Period Ending** | **Eligibility Hours** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Avg Hours Elig

AR 351

| Craig Parker | |
|---|---|
| **Pay Period Ending** | **Eligibility Hours** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Avg Hours Elig

| Craig Parker | |
|---|---|
| **Pay Period Ending** | **Earnings** |
| 03/08/14 | $5,079.60 |
| 03/22/14 | $5,079.60 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Average =**   **$5,079.60**

**Sum =**   **$10,159.20**

The calculation will average and sum all entries in the earnings column, column B, regardless of pay period selected. Only make entries for applicable periods.

Avg Earnings

| Craig Parker | |
|---|---|
| **Pay Period Ending** | **Earnings** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Avg Earnings

| Craig Parker | |
|---|---|
| **Pay Period Ending** | **Earnings** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Avg Earnings

| Craig Parker | |
|---|---|
| **Pay Period Ending** | **Commissions** |
| | |

**Total =**               **$0.00**

The calculation will sum all entries in the commissions column, column B, regardless of pay period selected. Only make entries for applicable periods.

Total Commissions

AR 356

| Craig Parker | |
|---|---|
| **Pay Period Ending** | **Commissions** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Total Commissions

| Craig Parker | |
|---|---|
| **Pay Period Ending** | **Commissions** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Total Commissions

| Craig Parker | |
|---|---|
| **Pay Period Ending** | **Bonuses** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Total =**    **$0.00**

The calculation will sum all entries in the bonuses column, column B, regardless of pay period selected. Only make entries for applicable periods.

Total Bonuses

AR 359

| Craig Parker | |
|---|---|
| **Pay Period Ending** | **Bonuses** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Total Bonuses

| Craig Parker | |
|---|---|
| **Pay Period Ending** | **Bonuses** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Total Bonuses

| Craig Parker | |
|---|---|
| **Pay Period Ending** | **Overtime** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Total =**   **$0.00**

The calculation will sum all entries in the overtime column, column B, regardless of pay period selected. Only make entries for applicable periods.

Total Overtime

| Craig Parker | |
|---|---|
| **Pay Period Ending** | **Overtime** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Total Overtime

| Craig Parker | |
|---|---|
| **Pay Period Ending** | **Overtime** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Total Overtime

| Craig Parker | |
|---|---|
| **Pay Period Ending** | **Other** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Total =                    **$0.00**

The calculation will sum all entries in the other column, column B, regardless of pay period selected. Only make entries for applicable periods.

Total Other

| Craig Parker | |
|---|---|
| **Pay Period Ending** | **Other** |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Total Other

| Craig Parker | |
|---|---|
| Pay Period Ending | Other |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Total Other

## MED PSYCH REFERRAL

Work Type
Medical Opinion

| | | |
|---|---|---|
| Claim Control #: | Claim Status: | Claim Type: |
| 091014-05930-00 | Pending Approval | LTD |
| Policy #: | Cert #: | Group Office: |
| 231948 | 514781613 | LOWER MIDWEST |
| Last Name: | First Name: | Claim Office: |
| PARKER | CRAIG | Boston |
| Last Payment Date: | | |
| 15/Jul/2014 | | |
| Start Date: | Due Date: | Priority: |
| 8/Dec/2014 | 10/Dec/2014 | 2 |

| | | | |
|---|---|---|---|
| Created Date: | 8/Dec/2014 | Referred By: | Michelle Doucette |
| Sex: | Male | City: | OLATHE |
| Age at Referral: | | Province/State: | KS |
| Home Phone Num: | (913) 829-9311 | | |
| Job/Occupation Title: | | Job/Occupation On File: | |
| Regularly scheduled work week: | | | |
| Days per week: | | Hours per day: | |

| | | | |
|---|---|---|---|
| Disability Date: | 7/Apr/2014 | Transition Date STD/ECI to LTD: | |
| LTD Change of Def Date: | 3/Jul/2016 | Employment Date: | 1/Jan/2000 |

| | |
|---|---|
| Primary Diagnosis: | Cholera |

Secondary Diagnosis:

Attending Physicians Name:
   Specialty:
   Telephone No:
   Ext:
Other Attending Physicians Name:
   Specialty:
   Telephone No:
   Ext:
Other Attending Physicians Name:
   Specialty:
   Telephone No:
   Ext:
Other Attending Physicians Name:
   Specialty:
   Telephone No:
   Ext:

### REASON FOR REFERRAL

Reason for Referral:
FILE PRIORITY: 2- Pending

Craig Parker

AGE: 53

DOD: 04/05/14

OCCUPATION:   Engineering team lead (light)

DIAGNOSIS:  Chronic Fatigue and Fibromyalgia

DATE OF MOST RECENT MEDICAL DATA:  Dr. Ellis visit 10/2014

DATE OF MOST RECENT APS (include physician name and specialty): signed 9/26/14 Dr. Brown

BRIEF OUTLINE OF AVAILABLE MEDICAL DATA (including treatment provider name, specialty, date of notes, ope rating reports/diagnostics):

94 pages Dr. Brown notes from
Dr. Romito's records (3 pages)
Dr. Ellis records

APS signed 9/26/14 Dr. Michael Brown

SUMMARY OF ANY IMPORTANT FILE INFORMATION NOT NOTED ABOVE:

During the telephone interview the employee states he was given Chronic Fatigue and Fibromyalgia as a dx about a year ago, he indicated in April he came down with a sinus infection.

**Should you have any questions Please contact me
Michelle Annette Doucette
781-431-4964-direct line
Questions for Medical Consultants:
1.  Based on the medical available does the documentation support that the extent of Mr. Parkers impairments precl ude him from sustaining a light capacity from April 5, 2014 to the present?
2. It appears the employee may have been working with this condition for a while, what changed on or around April 2014 to prevent the employee from doing his pre-disability level of function?
3. Based on the medical data available doe the documentation support that the extent of Mr. parkers impairments w ould preclude him from sustaining a sedentary capacity from April 5, 2014 to anytime to the present?
Special Reply Instructions For Medical Consultant/Support Staff:

---

MEDICAL CONSULTANT RESPONSE

Response Created Date:          12/29/2014          Created By:          Bethany Drabik
Medical Consultants Comments:
Full Medical Review
Parker, Craig
MEDICAL INFORMATION REVIEWED:  DMAP reviewed; Dr Michael Brown (Naturopathic MD) 4/15-9/18/14; Dr St even Ellis (ENT)8/15-10/24/14; Dr Cynthia Romito (Allergist) 8/12/14.
SUMMARY OF DATA: 53 y.o. right hand dominant engineering team lead (light) with DOD (4/5/14) for chronic fatig ue and fibromyalgia. PMH significant for anxiety, chronic fatigue/fibromyalgia, headaches, shingles. Height 62 inche s, weight 165 pounds.
4/15/14 office visit (Brown) Seen for initial consult: clmt reports symptoms of: chronic lower right flank pain, tinnitus, muscle spasms in upper and lower back, hamstring and esophageal spasms, nausea, brain fog, blurred vision and t innitus, prostate pain with inflamed blood vessels on scrotum—all symptoms get worse after eating. No physical exa m documented. Labs: AST/AL:T slightly elevated at 61 and 70 Plan: start antifungals( Nizoral/Nystatin for 2 weeks), office visit 3-5 weeks, consider Vitamin, use activated Charcoal or Epsom salts bath
5/8/14 office visit (Brown) Seen in follow up; labs have normalized. Clmt states he was seen by neurologist on 5/7/1 4.
5/19/14 office visit (Brown) Seen in follow up; clmt reports symptoms when he restarts Interphase (supplements?)in cluding BP dropping, feeling feverish and issues with eyesight. Plan: continue current meds, consider Vitamix
5/29/14 office visit (Brown) Seen in follow up; c/o dark tarry stools,
6/4/14 office visit (Brown) Seen in follow up; clmt states "bad weekend" can't eat or tolerate anything with reported s peech and vision issues when food arrives at a certain spot in GI tract, clmt gets dizzy and feels faint".PPI  helps wit

h some of symptoms.

6/24/14 office visit (Brown) Seen in follow up; all supplements have been stopped and clmt feels better; clmt diagnosed with varicocele. Plan: ophthalmology appt to evaluate occasional double vision, supplements 3 days off, 4 days on

7/1/14 office visit (Brown) Seen in follow up; Clmt reports"a lot of mucus coming out of bowel movements", less split vision

8/12/14 office visit(Romito) Seen for chronic fatigue—worsening symptoms of dizziness , feeling flushed, muscle spasms, nausea-symptoms worse after eating( no specific foods appear to trigger symptoms.) Negative GI workup in 2/14 at Mayo Clinic per clmt; EGD negative. Clmt currently on Paleo diet takes Nexium probiotics, Antifungals. No physical exam noted.

8/13/14 CT of sinuses revealed chronic sinusitis and nasal polyps.

8/15/14 office visit (Ellis) Seen for sinusitis; clmt has been getting thrush and fighting fungal infections and sinus infections due to constant use of antibiotics. Physical exam reveals diffuse polyps in nasal passages, excessive wax in bilateral ear canals. Plan: endoscopic sinus surgery for removal of ethmoid sinus/nasal polyps

8/19/14 office visit (Brown) Seen in follow up; clmt to be seen in office next Monday following sinus surgery.

8/21/14 (Ellis) Clmt underwent endoscopic sinus surgery.

8/25/14 office visit (Brown) Seen in follow up; clmt states he woke up after surgery with sense of taste and smell' pain in eyes is now gone; left eye shift better. Clmt states that dizziness after eating, drainage in throat then returned. Cultures of throat currently pending.

8/29/14 Hepatic function panel normal; free testosterone and serum testosterone low. Cortisol very slightly elevated at 19.9, insulin very slightly elevated at 26.6.

9/5/14 Post-op Visit (Ellis) Seen in follow up; physical exam reveals post op eschar (scar tissue) in left and right inferior sinuses. Nasal passages were gently cleaned out in office

10/3/14 office visit (Ellis) Seen for sinusitis and right ear pressure. Physical exam reveal right ear with excessive wax noted; frontal and maxillary sinuses reveal no tenderness of swelling to palpation. Wax removed from right external auditory canal. Plan: add baby shampoo to sinus rinse. Plan: start antibiotic rinse, office visit 2 weeks

10/11/14 Normal hepatic function panel and complete blood count; vitamin D level low.

10/24/14 office visit (Ellis) Seen for sinusitis; c/o nasal congestion and cough. Clmt states he has had sinus issues his whole life. Recent antibiotics (Vancomycin) and steroids; noted improvement but had an allergic reaction to Vanco. Current meds: NeilMed Sinus Rinse/Cats Claw oral supplement/Probiotic/Vitamin E, B and C oral supplements daily. Physical exam reveals no tenderness of sinuses, normal oral exam, any hypertrophy or issues with tympanic membranes in ears noted. Plan: continue steroids, start Levaquin (antibiotic), irrigate with baby shampoo then add grapefruit seed extract/oil of oregano

R/L: 9/26/14 Dr Michael Brown (Naturopathic MD) Dx: chronic fatigue/fibromyalgia, irritable bowel syndrome, adrenal insufficiency. Secondary dx: other endocrine abnormalities, diplopia and chronic sinusitis  Treatment: evaluation of symptoms, dietary and nutraceutical supplements  may use bilat upper extremities for simple/firm grasping and fine manipulation( keyboarding left blank); walk/sit/twist/push/pull/balance/kneel/reach above shoulder level continuously;walk/sit/stand/bend/twist/push/pull/balance/kneel/crawl frequently; squat/climb/balance/kneel/crawl occasionally; squat/climb negligible with comment of "varies from day to day " for all activities'" may drive during workday; no cardiac limitation; medium capacity for 12-26 weeks; comment of " has day to day condition, so it is difficult to assess ability to  daily activities"

QUESTIONS:

1.  Based on the medical available does the documentation support that the extent of Mr. Parker's impairments preclude him from sustaining a light capacity from April 5, 2014 to the present?

2. It appears the employee may have been dealing with this condition for a while, what changed on or around April 2014 to prevent the employee from doing his pre-disability level of function?

It is not clear to this reviewer what changed on/around April 2014 to precipitate the clmt's decreased functional capacity; he was seen in initial consultation by Dr Brown (Naturopathic physician) and appears to have been started on a number of supplements which may or may not have added to his gastric distress and other symptoms noted from DOD through present.

3. Based on the medical data available does the documentation support that the extent of Mr. Parker's impairments would preclude him from sustaining a sedentary capacity from April 5, 2014 to anytime to the present?

Although the clmt reports symptoms of chronic lower right flank pain, tinnitus, muscle spasms in upper and lower back, hamstring and esophageal spasms, nausea, brain fog, blurred vision and tinnitus, there is insufficient objective evidence in the file at present to support that he would be unable to exert up to 10-20  pounds of force occasionally, sit or stand occasionally   or exert  a negligible amount of force frequently to lift, carry, push, pull, or otherwise move objects, including the human body from DOD through his sinus surgery on 8/21/14 ( with a recovery period of 2 weeks to include no activities at all) through present.

Pertinent lab testing has been essentially normal; there is mention of early diagnostic testing in 2/2014 at Mayo clinic which was normal (EGD and complete GI workup). The clmt continue to treat only with a naturopathic physician at  present.

RECOMMENDATIONS:

AR 370

Obtain Neurology, Ophthalmology OV notes for review if further medical comment needed
Bethany Drabik RN BSN 12/29/14

Special Reply Instructions For Medical Consultant/Support Staff:

| **Assigned To:** | **Created:** | **Work Item ID:** |
|---|---|---|
| Michelle Doucette | 8/Dec/2014 | 11337778 |

DIANA SMITH APRN, LPC – SUPERBILL   NPI 1902800600

FED. ID 462376780

Olathe LAD Clinic, LLC

1946 E Santa Fe – Suite H

Olathe, Kansas 66062

913-221-0750 – fax 913-221-0751

Douglas Brosius, MD

Diana Smith, LPC, APRN

NAME: _Craig Roades_

DOB: ▓▓▓▓▓▓ /61   DATE _12-12-14_

| CK | ICD9 | ANS/CNS Disease | CK | ICD9 | Tick Borne Diseases | CK | ICD9 | Infections |
|----|------|-----------------|----|------|---------------------|----|------|------------|
| | 337.00 | Disease of CNS | ✓ | 088.82 | Babesiasis | | 041.02 | Beta Strep |
| | 064 | Viral Encephalitis | ✓ | 088.0 | Bartonellosis | | 0008.45 | C Diff |
| | 046.9 | CNS Vasculitis | | 082.80 | Ehrlichiosis | | 079.98 | Chlamydia |
| CK | ICD9 | Adrenals/Endocrine | | 088.81 | Lyme Disease | | 079.2 | Coxsackie |
| | 255.41 | Cortico Adrenal Insuff. | ✓ | 082.0 | Rocky Mt. Sp. Fever | | 771.2 | CMV |
| | 255.3 | Overproductive Cort Hyper | | 083.9 | Rickettsialis | ✓ | 780.71 | Chronic Fatigue Syndrome |
| | 253.3 | GH Deficiency | | 063.9 | Tick Born Encephalitis | | 041.4 | E. Coli |
| | 257.2 | Hypogonadism (male) | CK | ICD9 | Neuropathy | | 780.79 | EBV - Malaise & Fatigue |
| CK | ICD9 | Pain Conditions | | 251.1 | Hypoglycemia | | 041.04 | Enterococcus |
| | 338.29 | Acute Pain | | 357.2 | Due to Diabetes | | 729.1 | Fibromyalgia |
| | 789.00 | Pain, Abdominal | | 355.8 | of Lower Extremity | | 041.86 | Halicobacter Pylori |
| | 724.5 | Pain, Back | | 354.9 | of Upper Extremity | | 041.5 | H. Influenza |
| | 723.1 | Pain Cervical | | 357.4 | B Complex deficiency | | 058.81 | HHV6 |
| | 338.4 | Chronic Pain Syndrome | | 356.4 | Poly Neuropathy | | 079.4 | HPV |
| | 786.50 | Pain, chest | CK | ICD9 | Psychological Conditions | | 070.54 | Hepatitis C Chronic |
| | 719.04 | Pain in Joint (site) | | 314.01 | ADHD | | 053.9 | Herpes Zoster NOS |
| | 719.37 | Pain in Knee | | 300.02 | General Anxiety Disorder | | 041.81 | Mycoplasma |
| | 729.5 | Pain, Limb | | 296.52 | Bipolar Aff. Depressed | | 079.99 | Viral Syndrome |
| | 724.2 | Lumbar (lower) Back | | 301.13 | Cyclothymic disorder | CK | ICD9 | Encephalitis/Encephalopy |
| | 733.90 | Pain in Skeletal (bone) | | 296.32 | Mjr. Depression Moderate | | 348.1 | Anoxic Brain Damage |
| | 719.41 | Pain in Shoulder | | 296.23 | Mjr. Depression Severe | | 323.41 | Encephalitis |
| CK | ICD9 | Coagulation Diseases | | 293.83 | Mood Disorder Medical | | 323.51 | Encephalitis Immunization |
| | 289.81 | Coagulation - Primary | | 296.21 | Major Depression Mild | | 349.82 | Toxic Encephalitis |
| | 289.82 | Coagulation - Secondary | | 300.3 | Obsessive-Compl disorder | | 348.30 | Encephalopathy |
| | 286.9 | 32GPI Defect | | 309.81 | PTSD | CK | ICD9 | Nutritional Conditions |
| | 286.3 | Genetic Coag. Defect | | 298.8 | Reactive Psychosis | | 269.6 | Nutritional Deficiency |
| | 964.2 | Anti-Coagulant Poisoning | CK | ICD9 | Debility | | 266.2 | Vitamin B Deficiency |
| | | | | 799.3 | Debility Unspecified | | 268.9 | Vitamin D Deficiency |

CHECK OUT INFORMATION

NOTES:

_Jan 20th_
_12 - 2:00_

| | TYPE OF SERVICE PROVIDED | | CK | TIME AMOUNT |
|--|--------------------------|--|----|-------------|
| | Nurse Visit | | ✓ | Initial Evaluation |
| | Nurse Phone Visit | | | 3 HR |
| | After hours Nurse Phone | | | 2 1/2 HR |
| | Nurse Counseling | | | 2 HR |
| | Consulting | | | 1 1/2 HR |
| | DNK | | | 1 HR |
| | | | | 1/2 HR |

DIANA SMITH, APRN

CPT 99205 plus
99354 plus 99355
X 4

AR 372

RE: Additional Info
Craig or Amy Parker
to:
Michelle.Annette.Doucette
12/30/2014 09:45 PM
Show Details

Thank you Michelle.  I will go ahead and attach my initial diagnosis from Diana Smith at Olathe LAD Clinic – and note that she also diagnosed Chronic Fatigue Syndrome.  This is the condition that Dr. Brown has been treating me for, and you already have all of his records.  The sinus infection and asthma are also ongoing, and I have not been able to return to work.  We are currently testing for Babesiosis, Bartonellosis, Lyme Disease, and Rocky Mountain Spotted fever.  Let me know if I can help in any other way.
Craig Parker

From: Michelle.Annette.Doucette@sunlife.com [mailto:Michelle.Annette.Doucette@sunlife.com]
Sent: Tuesday, December 30, 2014 3:20 PM
To: Craig or Amy Parker
Subject: RE: Additional Info

Thank you,

I placed the request for the records. Upon receipt I will move forward with the evaluation of your claim.

Michelle Annette Doucette | Sr. Benefit Analyst - LTD Claims, National Accounts | Sun Life Financial, 1-800-432-1102, ext 303 4964 | Direct 1-781-431-4964 |
Michelle.Annette.Doucette@sunlife.com | 273 Corporate Drive, Suite 110 Portsmouth, NH 03801 Life's brighter under the sun

From:        "Craig or Amy Parker" <cp-ap@swbell.net>
To:          <Michelle.Annette.Doucette@sunlife.com>
Date:        12/30/2014 04:01 PM
Subject:       RE: Additional Info

Hi Michelle,
Here are the additional doctors that I have seen regarding my illness:
Neurologist – no neurological disease was found
Dr. Laura Reilly, MD
College Park Family Care
10600 Mastin
Overland Park, KS 66212
913-438-0868

Neuro Opthamologist - double vision had improved before this exam
Dr. Billi Wallace, MD

Sabtes Eye Center
5811 NW Barry Road
Kansas City, MO 64154
913-261-2020

Lyme Associated Diseases – being tested now for Lyme and associated tickborne illness
Diana Smith, RN, LPC, LPRN
Olathe LAD Clinic
1948 E. Santa Fe
Suite H
Olathe, KS 66062
913-221-0750

Thanks,
Craig Parker

From: Craig or Amy Parker [mailto:cp-ap@swbell.net]
Sent: Thursday, November 06, 2014 3:40 PM
To: 'Michelle.Annette.Doucette@sunlife.com'
Subject: RE: Additional Info

Hi Michelle,
Dr. Brown FAX'd the doctor form again yesterday afternoon including the case #.  Please let me know
if you did not receive it. Thanks,
Craig Parker

From: Craig or Amy Parker [mailto:cp-ap@swbell.net]
Sent: Wednesday, November 05, 2014 11:45 AM
To: 'Michelle.Annette.Doucette@sunlife.com'
Subject: RE: Additional Info

Correction:
Dr. Cynthia Romito MD
Heartland Alllergy
10960 Quivira Rd
Suite 310
Overland Park, KS 66215
(913) 894-2894


From: Craig or Amy Parker [mailto:cp-ap@swbell.net]
Sent: Wednesday, November 05, 2014 11:10 AM
To: 'Michelle.Annette.Doucette@sunlife.com'
Subject: Additional Info

Hi Michelle,
I think we covered this on the phone, but here is a complete list of the symptoms I have been
experiencing: ·        Dizziness, headache, muscle spasms and twitching, muscle weakness, muscle
and joint pain ·        Flush feeling, sinus congestion, and bronchial inflammation – often worse
after eating or taking meds ·        Tingling, cold, and numbness in extremities and head, feeling
of pressure in head, ringing in ears – has escalated to vomiting and passing out ·        Stomach
pain and spasms ·        Brain fog and confusion
·        Feverish flu-like chills without fever
·        Painful sometimes bloodshot eyes with double and blurred vision
·        Unable to tolerate meds, most supplements, carbs, or sugar – all make symptoms much worse
·        Highly sensitive to chemical smells and fumes – especially bleach
·        Orthostatic hypotension

Dr. Michael Brown ND is treating me for chronic fatigue disorder/fibromyalgia. I will ask him to
re-FAX the claim form including the claim number.
The other doctors (not included on the form) currently treating my sinusitis and bronchitis are:
Dr. Steven Ellis MD
Head and Neck Surgery of KC
5370 College Blvd
Suite 100
Overland Park, KS 66211
(913) 599-4800

Dr. Cynthia Romito MD
Heartland Alllergy
10650 Quivira Rd
Suite 310

AR 374

Overland Park, KS 66215
(913) 894-2894

Thanks very much!
Craig Parker

------------------------------------------------------------------------
This e-mail message (including attachments, if any) is intended for the use of the individual or
entity to which it is addressed and may contain information that is privileged, proprietary ,
confidential and exempt from disclosure. If you are not the intended recipient, you are notified
that any dissemination, distribution or copying of this communication is strictly prohibited. If
you have received this communication in error, please notify the sender and erase this e-mail
message immediately.
------------------------------------------------------------------------
Le présent message électronique (y compris les pièces qui y sont annexées, le cas échéant)
s'adresse au destinataire indiqué et peut contenir des renseignements de caractère privé ou
confidentiel. Si vous n'êtes pas le destinataire de ce document, nous vous signalons qu'il est
strictement interdit de le diffuser, de le distribuer ou de le reproduire. Si ce message vous a été
transmis par erreur, veuillez en informer l'expéditeur et le supprimer immédiatement.
------------------------------------------------------------------------

Dr. Michael Brown, ND
Naturea'e Path, LLC
5251 W. 116ᵗʰ Place
Suite 200
Leawood, Ks 66211
Phone: (913) 333-8798
Fax: (913) 440-9294
www.naturaespath.com
drbrown@naturaespath.com

January 11, 2015

To: Ms. Doucette
Sr. Benefit Analyst, LTB Claims
Sun Life Financial
273 Corporate Drive, Suite 110
Portsmouth, NH 03801
Cc: Stephanie Prell, Garmin

Dear Ms. Doucette,

I am writing to summarize and help clarify the issues preventing Craig Parker from returning to his job at Garmin. As my records have indicated, Craig is suffering from chronic fatigue syndrome and associated fibromyalgia. As someone who has treated this condition for 15+ years, I can tell you that most individuals suffering from Fibromyalgia/Chronic Fatigue Syndrome deal with a very broad range of symptoms impacting several key systems in his body. Craig suffers from a chronic sinus infection, visual processing issues, asthmatic and allergenic issues including severe reactions to many foods, Rx and OTC medications, chemicals, and airborne pollutants. In addition, his condition is complicated by several systemic endocrine imbalances and deficiencies. These issues, though varied from day to day in their severity, manifest as flu-like symptoms, allergic reactions, and debilitating muscle fatigue and/or spasms that often cause a great deal of pain and discomfort restricting him to bed rest. This illness has also created significant cognitive processing issues, depression, and severe anxiety. All of these symptoms significantly inhibit Craig from adequately carrying out the daily requirements of his job at Garmin.

Other doctors continue to treat Craig for more specific problems in their areas of specialty such as the sinus infection, vision problems, asthma, and allergies. In addition, Craig is currently being tested for Lyme's disease and other associated co-infections by a specialist in tick born diseases. He has also being referred to Dr Jude LeClaire, PhD psychologist, to help with his anxiety and depression.

I have provided all requested medical records in support of my diagnosis and treatment of Craig. Please let me know if I can provide any additional help in this matter.

Sincerely,

Dr Michael Brown

**Integrative Medicine Specialist**
**Functional Medicine Doctor**
**Naturopathic Doctor**
**Defeat Autism Now (DAN!) Doctor**

**Naturae's Path**
Navigating your way to health, fitness, & vitality
www.naturaespath.com

Summary of current condition
Craig or Amy Parker
to:
Michelle.Annette.Doucette
01/11/2015 06:22 PM
Cc:
stephanie.prell
Show Details

Michelle,
With so many doctors involved in my treatment, and knowing that you are still considering my
disability claim, I asked Dr. Brown if he could summarize my current overall health condition.  He
generously provided the attached letter.  I hope this will help clarify my current disability,
which has prevented me from performing my job at Garmin since last summer.  I was forced to resign
my position at Garmin on December 15 as the illness continues.  I appreciate your help in
expediting my disability claim.
Thank you,
Craig Parker

AR 377



Sun Life Assurance
Company of Canada
SC 3208
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

January 12, 2015

Mr. Craig Parker

█████████

Olathe KS  66061

Re:      Policy No.     231948-Long Term Disability
         Control No.    091014-05930-00

Dear Mr. Parker:

This correspondence is to provide you with an update on the status of your Long Term Disability benefits, on behalf of the above stated.

The Employee Retirement Income Security Act (ERISA), a federal law that sets minimum standards for health plans, indicates that we must make a claim determination within 45 days of receipt of your claim. We await the following:

- additional records from  Dr. Wallace and Dr. Reilly

we are continuing to toll (temporarily stop) the 45-day initial decision making period, pending receipt of the requested Proof of Claim.  We are currently in the process of obtaining the additional records we discussed as a result of the internal medical review to move forward with this portion of the claim evaluation.

Please contact me should you wish to go over your claim status and any questions you may have.

We will strive to make a determination as quickly as possible.   If you have any questions or concerns, please contact us at 1-800-786-5433, ext 303 4964.

Sincerely,

Michelle Doucette
Sr. LTD Benefits Analyst

cc:      Garmin International Inc.
         Attn: Sally McEntarfer
         1200 E 151 Street
         Olathe KS  66062



| | |
|---|---|
| Case #: | C736850 |
| Worked By: | Jill Davis |
| Method Received: | Fax |
| Number of Pages: | 26 |
| Date: | 1/17/2015 |

# Records Request

**Name:**  CRAIG PARKER
**SSN:**  ███
**DOB:**
**State:**  KS
**Policy #:**  014-05930-00

**Company:**  SUN LIFE GROUP LTD
**Account#:**  28663
**Requester:**  MICHELLE A
**U/W Team:**
**Doc Type(s):**

**Facility:**  SABATES EYE CENTER
**Address:**  11261 NALL RD
**City, St:**  LEEWOOD, KS 66211
**Phone/Fax:**  913-261-2020 / 913-261-2090

091014-05930
UNKNOWN

**Special Instructions:**     AGENT: MICHELLE DOUCETTE  7814314964   AGENCY: SUN LIFE
FINACIAL PLEASE OBTAIN ALL TREATMENT NOTES
DIAGNOSTIC TEST RESULTS  LAB TEST RESULTS FROM APRIL
2014 TO THE PRESENT

The reproductions we received were made from the facility's original records. Every effort has
been made to produce the best availiable copy for imaging purposes, however we still encountered
these problems:  Best available for some/all pages

These documents may contain confidential health information that is privileged and legally protected from disclosure by federal law including the Health Insurance Portability and Accountability Act (HIPAA).  This information is  intended only for the use of the individual or entity named above.  If you are not the intended recipient, you  are  hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using  the information contained in this correspondence is strictly prohibited.  If you have received this information in error, please notify the sender immediately and destroy these documents.

321YZ1H_00RFQ53M2000ZNR - 8

**Craig Parker  #    64121**
**Date of birth:** ███ 1961
**Medical Record # 451113**
**Encounter Date: 09/02/2014 2:00 PM**

## Exam Report

### Chief Complaint and HPI

The 53 year old male presents Neurologic Disorder consultation in both eyes. The referring doctor is Robert Schuchardt MD. Patient hx of diplopia starting May 11, 2014. Patient tested negative for MG. Recent sx for sinonasal polyposis (frontal and ethmoid). Some improvement to diplopia just prior and after sx. Pt reports eye pain with movement and blurred va that improved some since sinus sx.

Motility is constantly present. The onset was acute. Diplopia occurs diagonally, binocularly. The motility problem(s) is/are present with glasses. Patient reported no history of childhood strabismus. No reported prior eye muscle surgery, and no prior stroke or neurologic disorder. Patient's lids droop (left). Pt had stick on prism on reading glasses (pt states "better off without them). No history of prior head injury

History detail: 5-11-14---awoke during night and noted diplopia, with images vertically offset. Present binocularly only. Saw Dr. Berwald who dx'ed left CN 4 palsy. MRI brain done and neg by pt and formal report. Saw Dr. Reilly. MG panel and EMG neg. Pt reports for about 6 weeks, he wore Fresnel prism. Eventually improved to point of resolution. Denies diplopia if not wearing prism now. Diplopia gone since early July. Has not recurred. Denies prior head injury.

MRI 5/16/14, no intracranial abnormalities, sinus mucosal thickening.

**Ocular examination was as follows:**

### Visual Acuity

|       | Cc | Cc Mod | Sc    | Sc Mod | Ph    | Ph Mod | Other |
|-------|----|--------|-------|--------|-------|--------|-------|
| OD DVA |   |        | 20/40 | -1     | 20/25 |        |       |
| OD NVA | 5 |        |       |        |       |        | w/OU  |

Best corrected vision OD: 20/20

|       | Cc | Cc Mod | Sc    | Sc Mod | Ph    | Ph Mod | Other |
|-------|----|--------|-------|--------|-------|--------|-------|
| OS DVA |   |        | 20/50 | -1     | 20/25 | -1     |       |
| OS NVA | 5 |        |       |        |       |        |       |

Best corrected vision OS: 20/20

### Lensometry

|    | Sph   | Cyl | Axis | Add | Prism1 | Base1 | Prism2 | Base2 |
|----|-------|-----|------|-----|--------|-------|--------|-------|
| OD | +2.50 | SPH |      |     |        |       |        |       |
|    | Sph   | Cyl | Axis | Add | Prism1 | Base1 | Prism2 | Base2 |
| OS | +2.50 | SPH |      |     |        |       |        |       |

| Type of Glasses | Comments |
|-----------------|----------|
| OTC Reading     |          |

### Refraction- Jennifer Kidd

|    | Sph   | Cyl   | Axis | Add   | Prism1 | Base1 | Prism2 | Base2 | Dva   | Nva   | Comments  |
|----|-------|-------|------|-------|--------|-------|--------|-------|-------|-------|-----------|
| OD | +1.00 | SPH   |      | +2.00 |        |       |        |       | 20/20 | J1+OU | scoped OU |
| OS | +1.25 | -0.25 | 106  | +2.00 |        |       |        |       | 20/20 | J1+   |           |

### Intraocular Pressure

| DATE       | IOP TIME | METHOD      | OD | OS | BY                 | COMMENTS |
|------------|----------|-------------|----|----|--------------------|----------|
| 09/02/2014 | 3:41 PM  | Applanation | 9  | 10 | Billi S. Wallace MD |          |

Entry Meds:None
Ishihara OD:  14/14 Ishihara OS:  14/14

1 of 4

AR 380

321YZ1H_00RFQ53M2000ZNR - 9

Craig Parker #    64121
Date of birth: ███1961
Medical Record # 451113
Encounter Date: 09/02/2014 2:00 PM

**Dilation:** dilated with 2.5% Fluress & 2.5% Neo & 1% Myd OU @ 3:45 PM  by Billi S. Wallace MD
Patient was advised of all side affects associated with dilation.

**External Examination**
   **Pupils**
      OD Bright light: 4 mm  OD Dim light: 5.5 mm
      OD: pupils equal, round, reactive, no APD
      OS Bright light: 4 mm  OS Dim light: 5.5 mm
      OS: pupils equal, round, reactive, no APD
   **Confrontation Fields**
      OD: confrontation fields full to finger counting
      OS: confrontation fields full to finger counting
   **Motility**
      OD: full
      OS: full
   **Adnexae**
      OD: adnexae normal; MRD 5 mm  , CN 5, 7 and 8 intact
      OS: adnexae normal; MRD 5 mm  , CN 5, 7 and 8 intact
   **Muscle Balance**
      OD: see neuro details
      OS: see neuro details
**Slit Lamp Examination**
   **Conjunctiva**
      OD: conjunctiva clear
      OS: conjunctiva clear
   **Cornea**
      OD: Fuch's dystrophy
      OS: Fuch's dystrophy
   **Anterior Chamber**
      OD: deep and quiet
      OS: deep and quiet
   **Iris**
      OD: iris normal
      OS: iris normal
   **Lens**
      OD: clear lens
      OS: clear lens
**Posterior Segment Examination**
   **Vitreous**
      OD: vitreous clear
      OS: vitreous clear
   **Optic Nerve**
      OD: flat and sharp
      OS: flat and sharp
   **CD Ratio**
      OD Overall:0.2

2 of 4

AR 381

321YZ1H_00RFQ53M2000ZNR - 10

**Craig Parker  #    64121**
**Date of birth:** ████1961
**Medical Record # 451113**
**Encounter Date: 09/02/2014 2:00 PM**

OS Overall:0.2
**Macula**
　OD: flat, no hemes, exudate or pigment epithelial changes
　OS: flat, no hemes, exudate or pigment epithelial changes
**Vessels**
　OD: normal vessels
　OS: normal vessels
**Periphery**
　OD: attached 360 degrees, no holes or tears
　OS: attached 360 degrees, no holes or tears
**Neurological Exam**
Stereo fly: Y Stereo animals: 0/3 Stereo circles: 0/9
Worth 4 Dot test result: Fusion

**Up/rt:**　**Up:**　**Up/left:**

**Right:** 2pd LH, 2pd E　**Prim:** 2pd , LH. 1pd E　**Left:** 1-2pd LH, 1-2pd E

**Dwn/rt:**　**Dwn:**　**Dwn/lft:**
Comments: Right head tilt: 1-2 pd LH
Left head tilt: 1 pd LH

**Impression/Plan and Discussion**
1.  Hypertropia (378.31), Left.
Previously noted to have pattern of left CN4 palsy though improving to point of minimal comitant phoria only.  Unclear if parainfectious vs ischemic nerve palsy but appears self-limited.  Pt has had neg eval for MG (labs and EMG) though could theoretically still represent NMJ disease.  Discussed and reassured.  Instructed to call for recurrent diplopia.  Mrx today for progressive lenses w/o prism.  RTC w/me PRN and w/primary eye provider annually.
2.  Corneal Dystrophy (Fuchs/Guttae) (371.57), OU.
Patient education materials were provided to the patient.
**Please refer to our website (sabateseye.com) for additional information regarding your eye condition.**

**Medications:**
Entry Meds:None

Exit Meds:None

Stereo Vision: 0/3 1 of  9 :0/9
Ishihara Color Test:　　　Ishihara OD:  14/14　　　Ishihara OS:  14/14

Billi S. Wallace MD
**Digitally authenticated and signed by Billi S. Wallace MD for Billi S. Wallace MD on 09/02/2014 03:56 PM**

 **Sabates Eye Centers**

**All offices 913 261-2020**

3 of 4

AR 382

321YZ1H_00RFQ53M2000ZNR - 11

**Craig Parker #    64121**
**Date of birth:** ▮▮▮/1961
**Medical Record # 451113**
**Encounter Date: 09/02/2014 2:00 PM**

Craig Parker
▮▮▮▮▮▮
Olathe, KS. 66061

Date: 09/02/14
Rx Date: 09/02/14
Rx Expires: 09/03/2015

**Ultra violet and antireflective coating recommended.**

| | SPH | CYL | Axis | Prism B | Prism B | PD |
|---|---|---|---|---|---|---|
| DVa OD | | +1.00 | SPH | | | |
| OS | | +1.25 | -0.25 | 106 | | |
| NVa OD | | +2.00 | VD: | | | |
| OS | | +2.00 | | | | |

**Remarks:** Vertex:
**Notes to Optician:**
**Provider Signature:** Billi S. Wallace MD

Billi S. Wallace MD
This document was electronically generated and digitally signed by Billi S. Wallace MD for Billi S. Wallace MD on 09/02/2014 03:56 PM

Electronically signed by Billi S. Wallace MD on 09/02/2014 04:10 PM

AR 383

321YZ1H_00RFQ53M2000ZNR - 12



**SABATES**
EYE CENTERS

The most trusted name in eye care.™

11261 Nall Ave Leawood, KS 66211
Telephone: (913) 261-2020 Fax: (913) 261-2090
sabateseye.com

Tuesday, September 02, 2014

**Re:** Craig B. Parker                                    Lori Berwald OD
                                                          21020 W 151st Street
Olathe, KS. 66061                                         Olathe, KS 660615353
███/1961 Age:53 Years

Dear Dr. Berwald,

The above patient was seen in consultation on 09/02/14 with the following complaint(s):
The 53 year old male presents Neurologic Disorder consultation in both eyes. The referring doctor is Robert Schuchardt MD. Patient hx of diplopia starting May 11, 2014. Patient tested negative for MG. Recent sx for sinonasal polyposis (frontal and ethmoid). Some improvement to diplopia just prior and after sx. Pt reports eye pain with movement and blurred va that improved some since sinus sx.
History detail: 5-11-14---awoke during night and noted diplopia, with images vertically offset. Present binocularly only. Saw Dr. Berwald who dx'ed left CN 4 palsy. MRI brain done and neg by pt and formal report. Saw Dr. Reilly. MG panel and EMG neg. Pt reports for about 6 weeks, he wore Fresnel prism. Eventually improved to point of resolution. Denies diplopia if not wearing prism now. Diplopia gone since early July. Has not recurred. Denies prior head injury.
MRI 5/16/14, no intracranial abnormalities, sinus mucosal thickening.
Motility is constantly present. The onset was acute. Diplopia occurs diagonally, binocularly, The motility problem(s) is/are present with glasses. Patient reported no history of childhood strabismus. No reported prior eye muscle surgery, and no prior stroke or neurologic disorder. Patient's lids droop (left). Pt had stick on prism on reading glasses (pt states "better off without them). No history of prior head injury
**Clinical Impression and Plan:**
**1. Hypertropia (378.31), Left.** Previously noted to have pattern of left CN4 palsy though improving to point of minimal comitant phoria only. Unclear if parainfectious vs ischemic nerve palsy but appears self-limited. Pt has had neg eval for MG (labs and EMG) though could theoretically still represent NMJ disease. Discussed and reassured. Instructed to call for recurrent diplopia. Mrx today for progressive lenses w/o prism. RTC w/me PRN and w/primary eye provider annually.
**2. Corneal Dystrophy (Fuchs/Guttae) (371.57), OU.**

Please see attached report for exam details.
**Medications**
Entry Meds:None
Exit Meds:None

Thank you for your referral and the opportunity to participate in the care of this patient. If I can answer any further questions, please do not hesitate to contact me at your convenience by calling (913) 261-2020.

Sincerely,

Billi S. Wallace MD
**Digitally authenticated and signed by Marilyn Hodges for Billi S. Wallace MD on 09/02/2014 04:18 PM**

**Sabates Eye Centers**
**Patient:** Craig B. Parker
████/1961
Date of Service: 09/02/14

AR 384

321YZ1H_00RFQ53M2000ZNR - 13

321YZ1H_00RFQ53M2000ZNR - 14

## Exam Report
### External Examination

| | |
|---|---|
| **Pupils** | OD: pupils equal, round, reactive, no APD OD Bright light: 4 mm OD Dim light: 5.5 mm |
| | OS: pupils equal, round, reactive, no APD OS Bright light: 4 mm OS Dim light: 5.5 mm |
| **Confrontation Fields** | OD: confrontation fields full to finger counting |
| | OS: confrontation fields full to finger counting |
| **Motility** | OD: full |
| | OS: full |
| **Adnexae** | OD: adnexae normal; MRD 5 mm, CN 5, 7 and 8 intact |
| | OS: adnexae normal; MRD 5 mm, CN 5, 7 and 8 intact |
| **Muscle Balance** | OD: see neuro details |
| | OS: see neuro details |

### Dilation
dilated with 2.5% Fluress & 2.5% Neo & 1% Myd OU @ 3:45 PM  by Billi S. Wallace MD

### Slit Lamp Examination

| | |
|---|---|
| **Conjunctiva** | OD: conjunctiva clear |
| | OS: conjunctiva clear |
| **Cornea** | OD: Fuch's dystrophy |
| | OS: Fuch's dystrophy |
| **Anterior Chamber** | OD: deep and quiet |
| | OS: deep and quiet |
| **Iris** | OD: iris normal |
| | OS: iris normal |
| **Lens** | OD: clear lens |
| | OS: clear lens |

### Posterior Segment Examination

| | |
|---|---|
| **Vitreous** | OD: vitreous clear |
| | OS: vitreous clear |
| **Optic Nerve** | OD: flat and sharp |
| | OS: flat and sharp |
| **CD Ratio** | OD Overall:0.2 |
| | OS Overall:0.2 |
| **Macula** | OD: flat, no hemes, exudate or pigment epithelial changes |
| | OS: flat, no hemes, exudate or pigment epithelial changes |
| **Vessels** | OD: normal vessels |
| | OS: normal vessels |
| **Periphery** | OD: attached 360 degrees, no holes or tears |
| | OS: attached 360 degrees, no holes or tears |

### Neurological Examination

Stereo fly: Y  Stereo animals: 0/3  Stereo circles: 0/9

Worth 4 Dot test result: Fusion

| Up/right gaze: | Upgaze: | Up/left gaze: |
|---|---|---|
| Right gaze: 2pd LH, 2pd E | Primary: 2pd , LH, 1pd E | Left gaze: 1-2pdLH,1-2pdE |
| Down/right gaze: | Down gaze: | Down/left gaze: |

Comments: Right head tilt: 1-2 pd LH
Left head tilt: 1 pd LH

### Medications:
Entry Meds:None Exit Meds:None

Stereo Vision: 0/3 1 of  9 :0/9
Ishihara Color Test:        Ishihara OD:  14/14        Ishihara OS:  14/14
**Ocular examination was as follows**
### Visual Acuity

| | Cc | Cc Mod | Sc | Sc Mod | Ph | Ph Mod | Other |
|---|---|---|---|---|---|---|---|
| OD DVA | | | 20/40 | -1 | 20/25 | | |
| OD NVA | 5 | | | | | | w/OU |

Best corrected vision OD: 20/20

**Sabates Eye Centers**
**Patient:** Craig  B. Parker
████ 1961
Date of Service: 09/02/14

321YZ1H_00RFQ53M2000ZNR - 15

OS DVA                              20/50      -1        20/25      -1

OS NVA      5
Best corrected vision OS: 20/20
**Refraction:**

|      | Sph   | Cyl   | Axis | Add   | Prism1 | Base1 | Prism2 | Base2 | Dva   | Nva   | Comments  |
|------|-------|-------|------|-------|--------|-------|--------|-------|-------|-------|-----------|
| OD   | +1.00 | SPH   |      | +2.00 |        |       |        |       | 20/20 | J1+OU | scoped OU |
| OS   | +1.25 | -0.25 | 106  | +2.00 |        |       |        |       | 20/20 | J1+   |           |

**Intraocular Pressure:**

| DATE       | IOP TIME | METHOD      | OD | OS | BY                 | COMMENTS |
|------------|----------|-------------|----|----|--------------------|----------|
| 09/02/2014 | 3:41 PM  | Applanation | 9  | 10 | Billi S. Wallace MD |          |

Billi S. Wallace MD
**Digitally authenticated anBilli S. Wallace MDd signed by Marilyn Hodges  for  Billi S. Wallace MD on 09/02/2014**

CC:
Robert L. Schuchardt MD
Laura Riley MD


Electronically signed by Billi S. Wallace MD on 09/02/2014 04:21 PM

321YZ1H_00RFQ53M2000ZNR - 16



**SABATES**
EYE CENTERS

The most trusted name in eye care.™

11261 Nall Ave Leawood, KS 66211
Telephone: (913) 261-2020 Fax: (913) 261-2090
sabateseye.com

Tuesday, September 02, 2014

**Re:** Craig B. Parker

Olathe, KS. 66061
1961 Age:53 Years

Laura Riley MD
10600 Mastin Entrance C
Overland Park, KS 66212

Dear Dr. Riley,

The above patient was seen in consultation on 09/02/14 with the following complaint(s):
 The 53 year old male presents Neurologic Disorder consultation in both eyes. The referring doctor is Robert Schuchardt MD. Patient hx of diplopia starting May 11, 2014. Patient tested negative for MG. Recent sx for sinonasal polyposis (frontal and ethmoid). Some improvement to diplopia just prior and after sx. Pt reports eye pain with movement and blurred va that improved some since sinus sx.
History detail: 5-11-14---awoke during night and noted diplopia, with images vertically offset.  Present binocularly only.  Saw Dr. Berwald who dx'ed left CN 4 palsy.  MRI brain done and neg by pt and formal report.  Saw Dr. Reilly. MG panel and EMG neg.  Pt reports for about 6 weeks, he wore Fresnel prism.  Eventually improved to point of resolution.  Denies diplopia if not wearing prism now.  Diplopia gone since early July.  Has not recurred.  Denies prior head injury.
MRI 5/16/14, no intracranial abnormalities, sinus mucosal thickening.
Motility is constantly present. The onset was acute. Diplopia occurs diagonally, binocularly, The motility problem(s) is/are present with glasses. Patient reported no history of childhood strabismus. No reported prior eye muscle surgery, and no prior stroke or neurologic disorder. Patient's lids droop (left). Pt had stick on prism on reading glasses (pt states "better off without them).  No history of prior head injury
**Clinical Impression and Plan:**
**1. Hypertropia (378.31), Left.**  Previously noted to have pattern of left CN4 palsy though improving to point of minimal comitant phoria only.  Unclear if parainfectious vs ischemic nerve palsy but appears self-limited.  Pt has had neg eval for MG (labs and EMG) though could theoretically still represent NMJ disease.  Discussed and reassured. Instructed to call for recurrent diplopia.  Mrx today for progressive lenses w/o prism.  RTC w/me PRN and w/primary eye provider annually.
**2. Corneal Dystrophy (Fuchs/Guttae) (371.57), OU.**

Please see attached report for exam details.
**Medications**
Entry Meds:None
Exit Meds:None

Thank you for your referral and the opportunity to participate in the care of this patient.  If I can answer any further questions, please do not hesitate to contact me at your convenience by calling (913) 261-2020.

Sincerely,

Billi S. Wallace MD
**Digitally authenticated and signed by Marilyn Hodges  for  Billi S. Wallace MD on 09/02/2014 04:15 PM**

**Sabates Eye Centers**
**Patient:** Craig B. Parker
1961
Date of Service: 09/02/14

AR 388

321YZ1H_00RFQ53M2000ZNR - 17

**Sabates Eye Centers**
**Patient:** Craig B. Parker
▮▮▮▮▮ 1961
Date of Service: 09/02/14

321YZ1H_00RFQ53M2000ZNR - 18

## Exam Report
### External Examination

| | |
|---|---|
| **Pupils** | OD: pupils equal, round, reactive, no APD OD Bright light: 4 mm OD Dim light: 5.5 mm |
| | OS: pupils equal, round, reactive, no APD OS Bright light: 4 mm OS Dim light: 5.5 mm |
| **Confrontation Fields** | OD: confrontation fields full to finger counting |
| | OS: confrontation fields full to finger counting |
| **Motility** | OD: full |
| | OS: full |
| **Adnexae** | OD: adnexae normal; MRD 5 mm, CN 5, 7 and 8 intact |
| | OS: adnexae normal; MRD 5 mm, CN 5, 7 and 8 intact |
| **Muscle Balance** | OD: see neuro details |
| | OS: see neuro details |

### Dilation
dilated with 2.5% Fluress & 2.5% Neo & 1% Myd OU  @ 3:45 PM  by Billi S. Wallace MD

### Slit Lamp Examination

| | |
|---|---|
| **Conjunctiva** | OD: conjunctiva clear |
| | OS: conjunctiva clear |
| **Cornea** | OD: Fuch's dystrophy |
| | OS: Fuch's dystrophy |
| **Anterior Chamber** | OD: deep and quiet |
| | OS: deep and quiet |
| **Iris** | OD: iris normal |
| | OS: iris normal |
| **Lens** | OD: clear lens |
| | OS: clear lens |

### Posterior Segment Examination

| | |
|---|---|
| **Vitreous** | OD: vitreous clear |
| | OS: vitreous clear |
| **Optic Nerve** | OD: flat and sharp |
| | OS: flat and sharp |
| **CD Ratio** | OD Overall:0.2 |
| | OS Overall:0.2 |
| **Macula** | OD: flat, no hemes, exudate or pigment epithelial changes |
| | OS: flat, no hemes, exudate or pigment epithelial changes |
| **Vessels** | OD: normal vessels |
| | OS: normal vessels |
| **Periphery** | OD: attached 360 degrees, no holes or tears |
| | OS: attached 360 degrees, no holes or tears |

### Neurological Examination

Stereo fly: Y  Stereo animals: 0/3  Stereo circles: 0/9

Worth 4 Dot test result: Fusion

| Up/right gaze: | Upgaze: | Up/left gaze: |
|---|---|---|
| Right gaze: 2pd LH, 2pd E | Primary: 2pd , LH, 1pd E | Left gaze: 1-2pdLH,1-2pdE |
| Down/right gaze: | Down gaze: | Down/left gaze: |

Comments: Right head tilt: 1-2 pd LH

Left head tilt: 1 pd LH

### Medications:
Entry Meds:None Exit Meds:None

Stereo Vision: 0/3 1 of  9 :0/9
Ishihara Color Test:          Ishihara OD: 14/14        Ishihara OS: 14/14
### Ocular examination was as follows
### Visual Acuity

| | Cc | Cc Mod | Sc | Sc Mod | Ph | Ph Mod | Other |
|---|---|---|---|---|---|---|---|
| OD DVA | | | 20/40 | -1 | 20/25 | | |
| OD NVA | 5 | | | | | | w/OU |

Best corrected vision OD: 20/20

**Sabates Eye Centers**
**Patient: Craig  B. Parker**
▬▬/1961
Date of Service: 09/02/14

AR 390

321YZ1H_00RFQ53M2000ZNR - 19

OS DVA                      20/50      -1      20/25      -1

OS NVA     5
Best corrected vision OS: 20/20

**Refraction:**

|      | Sph   | Cyl   | Axis | Add   | Prism1 | Base1 | Prism2 | Base2 | Dva   | Nva   | Comments  |
|------|-------|-------|------|-------|--------|-------|--------|-------|-------|-------|-----------|
| OD   | +1.00 | SPH   |      | +2.00 |        |       |        |       | 20/20 | J1+OU | scoped OU |
| OS   | +1.25 | -0.25 | 106  | +2.00 |        |       |        |       | 20/20 | J1+   |           |

**Intraocular Pressure:**

| DATE       | IOP TIME | METHOD     | OD | OS | BY                 | COMMENTS |
|------------|----------|------------|----|----|--------------------|----------|
| 09/02/2014 | 3:41 PM  | Applanation| 9  | 10 | Billi S. Wallace MD|          |

Billi S. Wallace MD
Digitally authenticated anBilli S. Wallace MDd signed by Marilyn Hodges  for  Billi S. Wallace MD on 09/02/2014

CC:
Robert L. Schuchardt MD
Lori Berwald OD


Electronically signed by Billi S. Wallace MD on 09/02/2014 04:18 PM

321YZ1H_00RFQ53M2000ZNR - 20



## SABATES
### EYE CENTERS
The most trusted name in eye care.™

11261 Nall Ave Leawood, KS 66211
Telephone: (913) 261-2020 Fax: (913) 261-2090
sabateseye.com

Tuesday, September 02, 2014

**Re:** Craig B. Parker

Olathe, KS. 66061
/1961 Age:53 Years

Robert L. Schuchardt MD
15101 Glenwood Ave
Overland Park, KS 66210

Dear Dr. Schuchardt,

The above patient was seen in consultation on 09/02/14 with the following complaint(s):
 The 53 year old male presents Neurologic Disorder consultation in both eyes. The referring doctor is Robert Schuchardt MD. Patient hx of diplopia starting May 11, 2014. Patient tested negative for MG. Recent sx for sinonasal polyposis (frontal and ethmoid). Some improvement to diplopia just prior and after sx. Pt reports eye pain with movement and blurred va that improved some since sinus sx.
History detail: 5-11-14---awoke during night and noted diplopia, with images vertically offset. Present binocularly only. Saw Dr. Berwald who dx'ed left CN 4 palsy. MRI brain done and neg by pt and formal report. Saw Dr. Reilly. MG panel and EMG neg. Pt reports for about 6 weeks, he wore Fresnel prism. Eventually improved to point of resolution. Denies diplopia if not wearing prism now. Diplopia gone since early July. Has not recurred. Denies prior head injury.
MRI 5/16/14, no intracranial abnormalities, sinus mucosal thickening.
Motility is constantly present. The onset was acute. Diplopia occurs diagonally, binocularly, The motility problem(s) is/are present with glasses. Patient reported no history of childhood strabismus. No reported prior eye muscle surgery, and no prior stroke or neurologic disorder. Patient's lids droop (left). Pt had stick on prism on reading glasses (pt states "better off without them). No history of prior head injury
**Clinical Impression and Plan:**
**1. Hypertropia (378.31), Left.** Previously noted to have pattern of left CN4 palsy though improving to point of minimal comitant phoria only. Unclear if parainfectious vs ischemic nerve palsy but appears self-limited. Pt has had neg eval for MG (labs and EMG) though could theoretically still represent NMJ disease. Discussed and reassured. Instructed to call for recurrent diplopia. Mrx today for progressive lenses w/o prism. RTC w/me PRN and w/primary eye provider annually.
**2. Corneal Dystrophy (Fuchs/Guttae) (371.57), OU.**

Please see attached report for exam details.
**Medications**
Entry Meds:None
Exit Meds:None

Thank you for your referral and the opportunity to participate in the care of this patient. If I can answer any further questions, please do not hesitate to contact me at your convenience by calling (913) 261-2020.

Sincerely,

Billi S. Wallace MD
**Digitally authenticated and signed by Marilyn Hodges for Billi S. Wallace MD on 09/02/2014 04:14 PM**

**Sabates Eye Centers**
**Patient:** Craig B. Parker
/1961
Date of Service: 09/02/14

AR 392

321YZ1H_00RFQ53M2000ZNR - 21

**Sabates Eye Centers**
**Patient:** Craig B. Parker
█████/1961
Date of Service: 09/02/14

321YZ1H_00RFQ53M2000ZNR - 22

## Exam Report

### External Examination

| | |
|---|---|
| **Pupils** | OD: pupils equal, round, reactive, no APD OD Bright light: 4 mm OD Dim light: 5.5 mm |
| | OS: pupils equal, round, reactive, no APD OS Bright light: 4 mm OS Dim light: 5.5 mm |
| **Confrontation Fields** | OD: confrontation fields full to finger counting |
| | OS: confrontation fields full to finger counting |
| **Motility** | OD: full |
| | OS: full |
| **Adnexae** | OD: adnexae normal; MRD 5 mm, CN 5, 7 and 8 intact |
| | OS: adnexae normal; MRD 5 mm, CN 5, 7 and 8 intact |
| **Muscle Balance** | OD: see neuro details |
| | OS: see neuro details |

### Dilation

dilated with 2.5% Fluress & 2.5% Neo & 1% Myd OU  @ 3:45 PM  by Billi S. Wallace MD

### Slit Lamp Examination

| | |
|---|---|
| **Conjunctiva** | OD: conjunctiva clear |
| | OS: conjunctiva clear |
| **Cornea** | OD: Fuch's dystrophy |
| | OS: Fuch's dystrophy |
| **Anterior Chamber** | OD: deep and quiet |
| | OS: deep and quiet |
| **Iris** | OD: iris normal |
| | OS: iris normal |
| **Lens** | OD: clear lens |
| | OS: clear lens |

### Posterior Segment Examination

| | |
|---|---|
| **Vitreous** | OD: vitreous clear |
| | OS: vitreous clear |
| **Optic Nerve** | OD: flat and sharp |
| | OS: flat and sharp |
| **CD Ratio** | OD Overall:0.2 |
| | OS Overall:0.2 |
| **Macula** | OD: flat, no hemes, exudate or pigment epithelial changes |
| | OS: flat, no hemes, exudate or pigment epithelial changes |
| **Vessels** | OD: normal vessels |
| | OS: normal vessels |
| **Periphery** | OD: attached 360 degrees, no holes or tears |
| | OS: attached 360 degrees, no holes or tears |

### Neurological Examination

Stereo fly: Y  Stereo animals: 0/3  Stereo circles: 0/9

Worth 4 Dot test result: Fusion

| Up/right gaze: | Upgaze: | Up/left gaze: |
|---|---|---|
| Right gaze: 2pd LH, 2pd E | Primary: 2pd , LH,  1pd E | Left gaze: 1-2pdLH,1-2pdE |
| Down/right gaze: | Down gaze: | Down/left gaze: |

Comments: Right head tilt: 1-2 pd LH

Left head tilt: 1 pd LH

### Medications:

Entry Meds:None Exit Meds:None

Stereo Vision: 0/3 1 of  9 :0/9

**Ishihara Color Test:**     Ishihara OD:  14/14     Ishihara OS:  14/14

## Ocular examination was as follows

### Visual Acuity

| | Cc | Cc Mod | Sc | Sc Mod | Ph | Ph Mod | Other |
|---|---|---|---|---|---|---|---|
| OD DVA | | | 20/40 | -1 | 20/25 | | |
| OD NVA | 5 | | | | | | w/OU |

Best corrected vision OD: 20/20

**Sabates Eye Centers**
**Patient: Craig B. Parker**
████ 1961
Date of Service: 09/02/14

AR 394

321YZ1H_00RFQ53M2000ZNR - 23

OS DVA                          20/50      -1        20/25      -1

OS NVA      5
Best corrected vision OS: 20/20
**Refraction:**

|    | Sph   | Cyl   | Axis | Add   | Prism1 | Base1 | Prism2 | Base2 | Dva   | Nva   | Comments  |
|----|-------|-------|------|-------|--------|-------|--------|-------|-------|-------|-----------|
| OD | +1.00 | SPH   |      | +2.00 |        |       |        |       | 20/20 | J1+OU | scoped OU |
| OS | +1.25 | -0.25 | 106  | +2.00 |        |       |        |       | 20/20 | J1+   |           |

**Intraocular Pressure:**

| DATE       | IOP TIME | METHOD      | OD | OS | BY                 | COMMENTS |
|------------|----------|-------------|----|----|--------------------|----------|
| 09/02/2014 | 3:41 PM  | Applanation | 9  | 10 | Billi S. Wallace MD |          |

Billi S. Wallace MD
**Digitally authenticated anBilli S. Wallace MDd signed by Marilyn Hodges  for  Billi S. Wallace MD on 09/02/2014**

CC:
Laura Riley MD
Lori Berwald OD


Electronically signed by Billi S. Wallace MD on 09/02/2014 04:18 PM

321YZ1H_00RFQ53M2000ZNR - 24



**SABATES**
**EYE CENTERS**

The most trusted name in eye care.™

**All Offices:  (913) 261-2020 • www.sabateseye.com**

Craig  Parker                                          Date: 09/02/2014

Olathe, KS. 66061                                      Rx Date:09/02/2014
                                                       DOB:        /1961

**Ultra violet and antireflective coating recommended**
**Glasses Prescription 1**

|       | Sph   | Cyl   | Axis | Add   | Prism | B | Prism | B | PD |
|-------|-------|-------|------|-------|-------|---|-------|---|----|
| DVa OD | +1.00 | SPH   |      | +2.00 |       |   |       |   |    |
|     OS | +1.25 | -0.25 | 106  | +2.00 |       |   |       |   |    |

VD:

Remarks:

Notes to Optician:

Provider: Billi S. Wallace MD

*B Wallace MD*

Billi S. Wallace MD
This document was electronically generated and digitally signed by Billi S. Wallace MD for Billi S. Wallace MD on 09/02/2014 03:45 PM

**Optical Locations:**
11261 Nall Ave. Leawood, KS 66211                      5811 NW Barry Road Kansas City, MO
64154
3800 W 75th Street Prairie Village, KS 66208           4320 Wornall, Suite 220 Kansas City, MO 64111
4741 South Arrowhead Dr. Independence, MO 64055

AR 396

321YZ1H_00RFQ53M2000ZNR - 25

Craig Parker #    64121
████1961
Medical Record# 451113
09/02/14

## Medical History

**Ocular Disease** (no known ocular history)

| Ocular Disease | Eye | Year Dx |
|---|---|---|
| Fuch's dystrophy | OU | |

**Systemic Disease**

| Disease | Sx Procedure |
|---|---|
| | sinus surgery (ethmoid and frontal) for infection |
| Fibromyalgia | |

**Ocular Procedures** (no known ocular history)

| Ocular Procedures | Eye | When |
|---|---|---|

**Systemic Procedures**

| Sx Procedure | Year Px |
|---|---|
| sinus surgery (ethmoid and frontal) for infection | |

**Active Systemic Medications**

| Medication |
|---|
| PROBIOTIC |
| VITAMIN B COMPLEX |
| VITAMIN C |
| VITAMIN D3 |

**Allergies** No known allergies

**Family History**

| Family Member | Diagnosis |
|---|---|
| Grandmother (m) | Macular Degeneration |
| Father | Diabetes |
| Grandfather (m) | Cancer |

**Social History**

The patient does not drink.
Patient does not smoke.
Patient does not use caffeine.

1 of 1

AR 397

321YZ1H_00RFQ53M2000ZNR - 26

Electronically Signed By: Wallace MD, Billi S MD 09/22/2014 08:32:40 AM
...ent through eClinicalWorks EMR/PM          16:15 PM 13/06/2014          page  2

Page 1 of 2

451113
Appt 9/5/14 BW@

## REFERRAL

Robert L. Schuchardt, MD
Family Medicine
**College Park STA**
15101 Glenwood Ave , Stanley, KS-662213154
Tel: 913-681-8866  Fax: 913-338-1311

Craig B Parker
[redacted] 1961

Date:                    06/13/2014

**Patient Information:**

| | |
|---|---|
| Patient Name: | Craig B Parker |
| Patient DOB: | 05/11/1961 |
| Patient Insurance: | BCBS PE PPO |
| Patient Subscriber No: | GP505R192546 |
| Patient Address: | 11728 S SUMAC ST, OLATHE, KS 66061-6002 |
| Patient Phone: | 913-823-0311 |
| Patient Work Phone: | 913-469-1423 |
| Patient Cell Phone | 913-645-5265 |

**Insurance Information**

| | |
|---|---|
| Insurance Name: | BCBS PE PPO |
| Subscriber Name: | Parker, Craig B. |
| Subscriber DOB: | 05/11/1961 |
| Subscriber No: | GP505R192546 |
| Subscriber Group No: | 11406020 |
| Subscriber Address: | 11728 S SUMAC ST, OLATHE, KS 66061-6002 |
| Subscriber Phone | 913-823-9311 |

**Referral From Information:**

| | |
|---|---|
| Provider Name: | Robert L. Schuchardt, MD |
| Provider ID Number: | 38203326 |
| Provider UPIN: | |
| Provider NPI: | 1346297723 |
| Provider Facility: | College Park STA |
| Provider Specialty: | Family Medicine |
| Address1: | 15101 Glenwood Ave |
| Address2: | |
| City, State, Zip: | Stanley, KS, 662232154 |
| Phone: | 913-681-8866 |
| Fax: | 913-338-1311 |

**Referral To Information:**

| | |
|---|---|
| Provider Name: | Billi S Wallace, MD |
| Provider ID Number: | |
| Provider UPIN: | |
| Provider NPI: | 1407812407 |
| Provider Facility: | |
| Provider Specialty: | Ophthalmology |
| Address1: | 4321 Washington Ste 2100 |
| Address2: | |
| City, State, Zip: | Kansas City, MO, 64111 |
| Phone: | 913-26...-2020 |
| Appt. Date/Time: | |
| Fax: | 1-866-503-5199 |

Facility Tax ID
Number:

6/13/2014

321YZ1H_00RFQ53M2000ZNR - 27

sent through eClinicalWorks EMR/PM    16:15 PM 13/06/2014    page  3

Page 2 of 2

## REFERRAL



Robert L. Schuchardt, MD
Family Medicine
**College Park STA**
15103 Glenwood Ave., Stanley, KS-662233154
Tel: 913-681-8866 Fax: 913-338-1311

Craig B Parker
1961

**Reason For Referral:**

| **Authorization No:** | No authorization required | **Authorization Type:** |
| Reason: | Double Vision, Nerve Palsy | |
| Diagnosis: | 368.2 - Double Vision | |
| Procedures: | | |
| Visits Allowed: | 0 | |
| Unit Type: | V (VISIT) | |
| Start Date: | 06/13/2014 | |
| End Date: | 06/13/2015 | |

**Notes:**    Smith (MOS), Alysa 16/13/2014 5:37:01 PM > CMR to fax records directly to Dr. Wallace office.
**Clinical Notes:**
**Structured Data:**

6/13/2014

AR 399

321YZ1H_00RFQ53M2000ZNR - 30

sent through eClinicalWorks EMR/PM        16:32 PM 13/06/2014        page  2

Page 1 of 5



**College Park Family
Care Center, P.A.**

*Compassionate, quality care.*

Parker, Craig B

53 Y old Male, DOB          1961
Account Number: 16885
KS 66063-8162
Home: 913-829-9311
Insurance: Parker, Craig B   Insurance: BCBS PT PPO
Payer ID: 88392
Appointment Facility: College Park STA

06/73/2014                                    Progress Notes: Robert L. Schuchardt, MD

## Current Medications
Taking
● Pro.biotic 225 mg Capsule 1 tablet once daily
● PrevacidSoluTab 30 MG Tablet
Disperse 1 tablet on the tongue and allow to dissolve before a meal Once a day
● Vitamin B12-Folic Acid 500-400 MCG Tablet
● Medication List reviewed and reconciled with the patient

## Past Medical History
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

## Surgical History
Gall bladder removal 05/2012
Sinus surgery 1996
Laminectomy 2008
Colonoscopy 2011

## Family History
Father: alive, diabetes mellitus, hypertension
Mother: alive, Good health, auto-immune disease, polymyalgia
Sisters: alive, Good health
Maternal Grand Father: pancreatic CA
Maternal Grand Mother: colon CA at 80
Children: alive
Spouse: alive, Good health
Family History positive for colon ca in grandmother, positive for pancreatic cancer in grandfather. Family history negative for MI, CVA, lung disease.

## Social History

## Reason for Appointment
1. Possible malnutrition, still has double vision

## History of Present Illness
History of Present Illness:
    Problem 1: Diplopia. Patient with complaint of persistent double vision. Has been seen by optometrist. Has not been seen by ophthalmologist. Would like to have ophthalmologist referral. Denies other recent change complaint. Has had persistent complaint of problems with concentration and double vision. Has been seen for evaluation by neurologist and optometrist..
    Problem 2: Disorientation. Patient complaint of weakness dizziness and problems with his orientation. Has been seen by neurologist and psychiatrist. Would like to be seen for referral to KU Medical Center. Also had questions in regards to Mayo Clinic referral. Patient is frustrated in regards to his progression of symptoms. Has had approximately 60 pound weight loss over the past year with no change in his appetite. Has complaint of ongoing dizziness and fatigue..

## Vital Signs
Wt 163.6 lbs, Ht 73 in, BMI 21.58 Index. BP 128/82 mm Hg. HR 72 /min.

## Examination

General Examination:
    GENERAL APPEARANCE: well developed, well nourished, alert, in no acute distress.
    HEAD: normocephalic, atraumatic.
    EYES: extraocular movement full and smooth, conjunctiva clear.
    EARS: auditory canal clear, BOTH EARS, tympanic membrane intact, clear.
    NOSE: nares patent.

Patient: Parker, Craig B    DOB: 09/11/1961    Progress Note: Robert L. Schuchardt, MD    06/13/2014

6/13/2014

From DatafileTechnologies    Sat 17 Jan 2015 04:47:18 AM CST    Page 32 of 35

321YZ1H_00RFQ53M2000ZNR - 31

ORAL CAVITY: good dentition, good gag reflex, gums normal, no lesions.

THROAT: tonsils normal, no exudate, pharynx normal.

NECK/THYROID: neck supple, full range of motion, no lymphadenopathy, no thyromegaly.

LYMPH NODES: no cervical adenopathy.

LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.

CHEST: no costochondral tenderness, no gross rib deformity.

HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs, rubs, gallops.

ABDOMEN: soft, nontender, nondistended, no organomegaly , no guarding or rigidity.

EXTREMITIES: full range of motion.

NEUROLOGIC: alert and oriented, gait normal, motor strength normal upper and lower extremities.

PSYCH: alert, oriented, cognitive function intact, cooperative with exam.

**Assessments**
1. 4th nerve palsy - 378.53 (Primary)
2. Weakness - 780.79
3. Anxiety - 300.00
4. Disorientation - 780.99

**Treatment**
**1. 4th nerve palsy**
Clinical Notes: Recommend referral to ophthalmologist. Recommend referral to KU Medical Center. Patient will contact neurology office in regards to referral to KU Medical Center. See back in office for reevaluation if increase complaint. We will consider referral to Mayo Clinic if negative workup at KU Medical Center. Will obtain results of referral to ophthalmologist.

Follow Up
prn

Alcohol Use
 Patient: does not use alcohol
Smoking Status
 Patient is a never smoker
Caffeine none
Marital Status: Married.

Allergies
Prevacid: diarr. Allergy
Prabutic: dizzy Allergy
Demerol: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Xalatal: headaches: allergy

Hospitalizations/Major
Diagnostic Procedure
above surgeries

Review of Systems
General/Constitutional:
 Chills denies. Fever denies.
Respiratory:
 Cough denies.
Cardiovascular:
 Chest pain denies.
Gastrointestinal:
 Abdominal pain denies.

6/13/2014

AR 401

321YZ1H_00RFQ53M2000ZNR - 32

sent through eClinicalWorks EMR/PM        16:33 PM 13/06/2014        page  4
                                                                    Page 3 of 5

Electronically signed by Robert Schuchardt , MD on
06/13/2014 at 04:29 PM CDT

Sign off status: Pending

College Park STA
12101 Glenrood Ave
Stanley, KS 66223-3154
Tel: 913-661-3308
Fax: 913-338-1311

Patient: Parker, Craig B.  DOB: 05/13/1961    Progress Note: Robert L. Schuchardt, MD    06/13/2014

6/13/2014

321YZ1H_00RFQ53M2000ZNR - 33

sent through eClinicalWorks EMR/PM    16:34 PM 13/06/2014    page 5

Page 4 of 5



**College Park Family Care Center, P.A.**

*Compassionate, quality care.*

**Parker, Craig B**

53 Y old Male, DOB: ██████ 1961
Account Number: 10886
Olathe, KS 66061
Phone: 913-809-9311
Guarantor: Parker, Craig B    Insurances: BCBS PC PPO
Pager ID: 98790
Appointment Facility: College Park STA

06/13/2014    Progress Notes: Robert L. Schuchardt, MD

**Current Medications**
Taking
- Pepcid 20 MG Tablet 1 tablet Twice a day
- Triamcinolone Acetonide 0.5 % Cream 1 application to affected area Twice a day
- Probiotic 225 mg Capsule 1 tablet once daily
- Potassic 0.6 % Solution 1 spray QD
- Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed every 4 hrs
- Anusol-HC 25 MG Suppository 1 suppository Twice a day, stop date 06/03/2014
- Singulair 10 MG Tablet 1 tablet in the evening Once a day

**Past Medical History**
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Destructable syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

**Family History**
Father: alive, diabetes mellitus, hypertension
Mother: alive, Good health, auto immune disease, pulmonary ?
Sister: alive, Good health
Maternal Grand Father: pancreatic CA
Maternal Grand Mother: colon CA at 80
Children: alive
Spouse: alive, Good health
Family History positive for colon ca in grandmother, positive for pancreatic cancer in grandfather. Family history negative for MI, CVA, lung disease.

**Allergies**
Prevacid: dizzy: Allergy
Protonix: dizzy: Allergy

**Reason for Appointment**
1. Double vision

**History of Present Illness:**
History of Present Illness:
    Problem 1: Double vision. Patient for evaluation with recent onset of acute diplopia. Patient had evaluation by neurologist and here for evaluation and for MRI scan of the head and orbit. Patient denies history of other significant change complaint. Patient was seen recently by neurology consultation in old records reviewed. Had recent physical exam and laboratory evaluation and results reviewed. Denies other recent change complaint.

**Vital Signs**
Wt 166 lbs, Ht 73 in, BMI 21.90 Index, BP 110/72 mm Hg, RR 14 /min.

**Examination**

General Examination:
    GENERAL APPEARANCE: well developed, well nourished, alert, in no acute distress.
    HEAD: normocephalic, atraumatic.
    EYES: extraocular movement full and smooth, conjunctiva clear.
    NOSE: nares patent.
    LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.
    CHEST: no costochondral tenderness, no gross rib deformity.
    HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs, rubs, gallops.
    ABDOMEN: soft, nontender.
    EXTREMITIES: full range of motion.
    NEUROLOGIC: alert and oriented, gait normal.
    PSYCH: alert, oriented, cognitive function intact,

Patient: Parker, Craig B    DOB: 05/11/1961    Progress Note: Robert L. Schuchardt, MD    06/13/2014
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

6/13/2014

321YZ1H_00RFQ53M2000ZNR - 34

Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headaches: Allergy

**Review of Systems**
General/Constitutional:
    Chills **denies**. Fever **denies**.
Respiratory:
    Cough **denies**
Cardiovascular:
    Chest pain **denies**.
Gastrointestinal:
    Abdominal pain **denies**.

cooperative with exam.

Assessments
1. Double vision - 368.2 (Primary)
2. Fourth nerve palsy of left eye - 378.53

**Treatment**
**1. Double vision**
Referral To: Laura Reilly   Neurology
    Reason: double vision

**2. Fourth nerve palsy of left eye**
Notes: Recommend MRI scan of the head and orbits with and without
contrast. Will call with results. Recommend referral to
ophthalmologist. Recommend referral to neurology. See back in office
following consultation with specialist.

Follow Up
2 Weeks

Electronically signed by Robert Schuchardt, MD on
05/30/2014 at 02:06 PM CDT
Sign off status: Completed

College Park STA
13101 Glenwood Ave
Stanley, KS 66223-1154
Tel: 913-681-8966
Fax: 913-338-1315

Patient: Parker, Craig S   DOB: 05/11/1961   Progress Note: Robert L. Schuchardt, MD   05/13/2014

6/13/2014

AR 404



| | |
|---|---|
| Case #: | C736849 |
| Worked By: | Tracy Bridgeford |
| Method Received: | FTP |
| Number of Pages: | 50 |
| Date: | 1/20/2015 |

# Records Request

**Name:** CRAIG PARKER
**SSN:**
**DOB:**
**State:** KS
**Policy #:** 014-05930-00

**Company:** SUN LIFE GROUP LTD
**Account#:** 28663
**Requester:** MICHELLE A
**U/W Team:**
**Doc Type(s):**

**Facility:** COLLEGE PARK NEUROLOGY
**Address:** 10600 MASTIN ST
**City, St:** OVERLAND PARK, KS 66212
**Phone/Fax:** 913-438-0868 / 913-338-1311

091014-05930
UNKNOWN

**Special Instructions:**          AGENT: MICHELLE DOUCETTE  7814314964   AGENCY: SUN LIFE

FINACIAL PLEASE OBTAIN ALL TREATMENT NOTES

DIAGNOSTIC TEST RESULTS  LAB TEST RESULTS FROM APRIL

2014 TO THE PRESENT

These documents may contain confidential health information that is privileged and legally protected from disclosure by federal law including the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this correspondence is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy these documents.



**College Park Family Care Center, P.A.**
*Compassionate, quality care.*

**Parker, Craig B**
53 Y old Male, DOB: ▮▮▮ 1961
Account Number: 16886
OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B   Insurance: BCBS PC PPO
Payer ID: SB740
Appointment Facility: College Park STA

---

**10/09/2014**                    **PROGRESS NOTES: Robert L. Schuchardt, MD**

### Current Medications
**Taking**
- Probiotic 225 mg Capsule 1 tablet once daily
- Vitamin B12-Folic Acid 500-400 MCG Tablet
- Vitamin C 250 MG Tablet Chewable 1 tablet Once a day
- Vitamin C Powder
- Betamethasone
- Vancomycin 1 tab
- Tobramycin 300 MG/5ML Nebulization Solution 5 ml Twice a day
- Medication List reviewed and reconciled with the patient

### Past Medical History
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

### Surgical History
Gall bladder removal 05/2012
Sinus surgery 1999
Laminectomy 2008
Colonoscopy 2011

### Family History
Father: alive, diabetes mellitus, hypertension
Mother: alive, Good health, auto immune disease, pollymyalgia
Sister1: alive, Good health
Maternal Grand Father: pancreatic CA
Maternal Grand Mother: colon CA at 80
Children: alive
Spouse: alive, Good health

Family History positive for colon ca in grandmother, positive for pancreatic cancer

### Reason for Appointment
1. Sinus headache

### History of Present Illness
History of Present Illness:
   Problem 1: Sinusitis. Patient complaint recent sinus surgery per Dr. Stephen Ellis. Has been treated with topical antibiotics, vancomycin, and steroids. States had improvement of sinus symptoms. States did have recurrence of a sinus infection. Is not scheduled for followup with ENT. Denies fever chills. Eyes purulent drainage. Has complaint of some recent cough and congestion.

### Vital Signs
Wt 171 lbs, BP 118/80 mm Hg, HR 68 /min, Temp 98.4 F, Oxygen Sat 98 %.

### Examination
General Examination:
   GENERAL APPEARANCE: well developed, well nourished, alert, in no acute distress.
   HEAD: normocephalic, atraumatic.
   EYES: extraocular movement full and smooth, conjunctiva clear.
   EARS: auditory canal clear, BOTH EARS, tympanic membrane intact, clear.
   NOSE: nares patent.
   ORAL CAVITY: good dentition, good gag reflex, gums normal, no lesions.
   THROAT: tonsils normal, no exudate, pharynx normal.
   NECK/THYROID: neck supple, full range of motion, no lymphadenopathy, no thyromegaly.
   LYMPH NODES: no cervical adenopathy.
   LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.
   CHEST: no costochondral tenderness, no gross rib deformity.
   HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs, rubs, gallops.
   ABDOMEN: soft, nontender, nondistended, no organomegaly , no guarding or rigidity.
   EXTREMITIES: full range of motion.
   NEUROLOGIC: alert and oriented, gait normal, motor strength normal upper and lower extremities.

---

Patient: Parker, Craig B   DOB: ▮▮▮ 1961   Progress Note: Robert L. Schuchardt, MD   10/09/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

in grandfather. Family history negative for MI, CVA, lung disease.

## Social History
Alcohol Use
    Patient: *does not use alcohol*
Smoking Status
    Patient is *a never smoker*
Caffeine: none.
Marital Status: Married.
Residence: House with hardwood and carpeting, 1 Bison and no smokers..

## Allergies
Prevacid: dizzy: Allergy
Prolonix: dizzy: Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache: Allergy

## Hospitalization/Major Diagnostic Procedure
above surgeries

## Review of Systems
General/Constitutional:
    Chills denies. Fever denies.
Respiratory:
    Cough denies.
Cardiovascular:
    Chest pain denies.
Gastrointestinal:
    Abdominal pain denies.

PSYCH: alert, oriented, cognitive function intact, cooperative with exam.

## Assessments
1. Headache - 784.0 (Primary)

## Treatment
### 1. Headache
Notes: Headache: After Your Visit material was published to portal.
Clinical Notes: Continue present regimen. Followup with ENT. Followup with allergist. See back in office sooner if increase complaint. Recheck in office following completion of therapy for his allergies and sinusitis per specialist.

## Follow Up
prn, 4 Weeks

*[signature]* Robert Schuchardt MD

**Electronically signed by Robert Schuchardt , MD on 10/29/2014 at 09:43 AM CDT**

**Sign off status: Completed**

**College Park STA
15101 Glenwood Ave
Stanley, KS 662233154
Tel: 913-681-8866
Fax: 913-338-1311**

---

Patient: Parker, Craig B    DOB: ▆▆▆▆ 1961    Progress Note: Robert L. Schuchardt, MD    10/09/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**College Park Family
Care Center, P.A.**

*Compassionate, quality care.*

**Parker, Craig B**
53 Y old Male, DOB: ███ 1961
Account Number: 16886
███████████ OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B   Insurance: BCBS PC PPO
Payer ID: SB740
PCP: Robert L Schuchardt
Appointment Facility: College Park ALC

**08/11/2014**                    **PROGRESS NOTES: Bruce L. Pfuetze, MD**

## Current Medications
**Taking**
- Probiotic 225 mg Capsule 1 tablet once daily
- Vitamin B12-Folic Acid 500-400 MCG Tablet
- Vitamin C 250 MG Tablet Chewable 1 tablet Once a day
- Vitamin C Powder

**Discontinued**
- Ceftin 500 MG Tablet 1 BID, stop date 08/14/2014
- Medication List reviewed and reconciled with the patient

## Past Medical History
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

## Surgical History
Gall bladder removal 05/2012
Sinus surgery 1999
Laminectomy 2008
Colonoscopy 2011

## Family History
Father: alive, diabetes mellitus, hypertension
Mother: alive, Good health, auto immune disease, pollymyalgia
Sister1: alive, Good health
Maternal Grand Father: pancreatic CA
Maternal Grand Mother: colon CA at 80
Children: alive
Spouse: alive, Good health

Family History positive for colon ca in grandmother, positive for pancreatic cancer

## Reason for Appointment
1. Recheck - allergies

## History of Present Illness
PCMH:
   This 53-year-old male was seen for reevaluation/followup related to multiple food sensitivities. He recently returned from Mayo Clinic where his gastrointestinal evaluation was normal and his evaluation by the dietitian was also normal for the diet he was currently on. He is off milk and milk products but drinks approximately 24 ounces per day of coconut milk which would equal 900 mg of calcium per day. He states that any time he eats anything he gets symptoms including nasal congestion, upper bronchial congestion, some wheezing, dizziness, ears ringing and eyes burning. He carries his sons EpiPen because of his concern related to airway obstruction possibilities. By history he has always been able to talk and could breathe okay even though he has some respiratory congestion and mucus. See previous notes regarding food allergy evaluation and recommendations.

## Vital Signs
Wt 167 lbs, Ht 73 in, BMI 22.03 Index, BP 110/70 mm Hg, HR 66 / min, Oxygen Sat 98 %.

## Examination
General Examination:
   General Appearance: Patient in no distress but does seem slightly anxious. Eyes: 2+ allergic shiners. TMs normal. Nose: Moderately swollen nasal mucosa without polyps or purulent mucus. Mouth and pharynx: Normal with no evidence of thrush. Lungs: Slight harsh breath sounds on expiration otherwise normal auscultation. Skin: No eczema or allergic rash.

## Assessments
1. GERD (gastroesophageal reflux disease) - 530.81 (Primary)
2. Food allergy - 995.7
3. Seasonal allergies - 477.9
4. Recurrent sinusitis - 473.9

## Procedures
On allergy injections (Y/N) :
If yes, frequency:

Patient: Parker, Craig B   DOB: ███ 1961   Progress Note: Bruce L. Pfuetze, MD   08/11/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://ecwapplb:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encounter...    1/12/2015

AR 408

in grandfather. Family history negative for MI, CVA, lung disease.

### Social History

Alcohol Use
   Patient: *does not use alcohol*
Smoking Status
   Patient is *a never smoker*
Caffeine: none.
Marital Status: Married.
Residence: House with hardwood and carpeting, 1 Bison and no smokers..

### Allergies

Prevacid: dizzy: Allergy
Prolonix: dizzy: Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache: Allergy

### Hospitalization/Major Diagnostic Procedure

above surgeries

### Review of Systems

See ROS in chart.

Any problems:
Any changes:
Previously on AIs (Y/N): If so, how long off AIs?
Provider's Time
Face to face minutes:.

### Preventive Medicine

Summary comment: Craig is having symptoms every time he eats and this is documented above in HPI. He has no definite specific food allergy although he does avoid milk and milk products as well as sugar which seem to bother him. I have referred him to Dr. Cynthia Romito who does evaluation for chemical sensitivities and some food allergy and recommended that he just see her in consultation and then get back to me. He will return in 2 months or call me sooner if she needs assistance.
I did not prescribe EpiPen today as his history did not indicate this was needed. I recommended he get back to me if things change.

### Follow Up

2 Months

BPfuetzeMD

**Electronically signed by Bruce Pfuetze , MD on 09/10/2014 at 08:17 AM CDT**

**Sign off status: Completed**

**College Park ALC**
**11725 W 112th**
**Overland Park, KS 66210 2761**
**Tel: 913-469-5452**
**Fax: 913-338-1311**

Patient: Parker, Craig B    DOB: ███ 1961    Progress Note: Bruce L. Pfuetze, M D    08/11/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**College Park Family Care Center, P.A.**
*Compassionate, quality care.*

**Parker, Craig B**
53 Y old Male, DOB: ▮▮ 1961
Account Number: 16886
OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B   Insurance: BCBS PC PPO
Payer ID: SB740
Appointment Facility: College Park STA

**08/04/2014**                    **PROGRESS NOTES: Robert L. Schuchardt, MD**

## Current Medications
**Taking**
● Probiotic 225 mg Capsule 1 tablet once daily
● Vitamin B12-Folic Acid 500-400 MCG Tablet
● Vitamin C 250 MG Tablet Chewable 1 tablet Once a day
● Vitamin C Powder
**Discontinued**
● Prevacid SoluTab 30 MG Tablet Dispersible 1 tablet on the tongue and allow to dissolve before a meal Once a day
● Medication List reviewed and reconciled with the patient

## Past Medical History
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

## Surgical History
Gall bladder removal 05/2012
Sinus surgery 1999
Laminectomy 2008
Colonoscopy 2011

## Family History
Father: alive, diabetes mellitus, hypertension
Mother: alive, Good health, auto immune disease, pollymyalgia
Sister 1: alive, Good health
Maternal Grand Father: pancreatic CA
Maternal Grand Mother: colon CA at 80
Children: alive
Spouse: alive, Good health

Family History positive for colon ca in grandmother, positive for pancreatic cancer

## Reason for Appointment
1. Anxiety
2. Nausea
3. Possible food allergy
4. Sinusitis

## History of Present Illness
History of Present Illness:
    Problem 1: Nausea. Patient's complaint of recurrent GI complaints with nausea. Was recently seen by Mayo Clinic. Old records are not available for review. Patient has concerns in regards to possible food allergies. States his been seen by allergist in the past. Would like to consider referral for this. Has had evaluation with multiple physicians in regards to his ongoing complaints. Denies other recent changes..
    Problem 2: Sinusitis. Patient when recent sinus headache and sinus drainage. Denies fever chills. Has been on nasal steroid in the past. Denies other recent complaint. States had complained slight yellow drainage. Would like to begin on antibiotics Ceftin..
    Problem 3: Anxiety. Patient has had history of ongoing anxiety. Has been seen by psychiatrist in the past. Has had difficulty tolerating medications. Denies other recent concerns. Has been seen by an alternative medicine physician. Has been attempting use of supplements.

## Vital Signs
Wt 166 lbs, BP 124/80 mm Hg, HR 60 / min.

## Examination
General Examination:
    GENERAL APPEARANCE: well developed, well nourished, alert, in no acute distress.
    HEAD: normocephalic, atraumatic.
    EYES: extraocular movement full and smooth, conjunctiva clear.
    NOSE: nares patent.
    LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.
    CHEST: no costochondral tenderness, no gross rib deformity.
    HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs, rubs, gallops.
    ABDOMEN: soft, nontender.
    EXTREMITIES: full range of motion.

---

**Patient: Parker, Craig B   DOB:** ▮▮ **1961   Progress Note: Robert L. Schuchardt, MD   08/04/2014**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

in grandfather. Family history negative for MI, CVA, lung disease.

### Social History
Alcohol Use
   Patient: *does not use alcohol*
Smoking Status
   Patient is *a never smoker*
Caffeine: none.
Martial Status: Married.

### Allergies
Prevacid: dizzy: Allergy
Prolonix: dizzy: Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache: Allergy

### Hospitalization/Major Diagnostic Procedure
above surgeries

### Review of Systems
General/Constitutional:
   Chills denies. Fever denies.
Respiratory:
   Cough denies.
Cardiovascular:
   Chest pain denies.
Gastrointestinal:
   Abdominal pain denies.

NEUROLOGIC: alert and oriented, gait normal.
PSYCH: alert, oriented, cognitive function intact, cooperative with exam.

### Assessments
1. Sinusitis - 473.9 (Primary)
2. Anxiety - 300.00
3. Food allergy - 995.7

### Treatment
**1. Sinusitis**
Clinical Notes: Sinusitis instructions given. Recommend to begin on Flonase 2 puffs q. day. Mucinex over-the-counter. Recommend saline rinse with Nettie pot as directed. Increase fluids and warm compresses to sinuses. Hot showers and vaporizer as directed. See back in office for recheck if not improved.

**2. Anxiety**
Clinical Notes: Recommend referral to psychiatrist.

**3. Food allergy**
Clinical Notes: Refer for allergy consult. Obtain results of records from Mayo Clinic.

**4. Others**
Start Ceftin Tablet, 500 MG, 1, Orally, BID, 10 days, 20, Refills 0
Referral To:CPK OFFICE (PFUETZE) .CPFCC ALLERGY
Allergy/Immunology
   Reason:Allergies

### Follow Up
4 Weeks, prn

**Electronically signed by Robert Schuchardt , MD on 08/14/2014 at 06:18 PM CDT**

**Sign off status: Completed**

---

Patient: Parker, Craig B  DOB: ██████ 1961  Progress Note: Robert L. Schuchardt, MD  08/04/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eclinicalworks.com)*

**College Park STA**
**15101 Glenwood Ave**
**Stanley, KS 662233154**
**Tel: 913-681-8866**
**Fax: 913-338-1311**

Patient: Parker, Craig B    DOB: ████ 1961    Progress Note: Robert L. Schuchardt, MD    08/04/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**College Park Family
Care Center, P.A.**
*Compassionate, quality care.*

# Parker, Craig B

53 Y old Male, DOB: ████ 1961
**Account Number: 16886**
████ OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B    Insurance: BCBS PC PPO
Payer ID: SB740
Appointment Facility: College Park STA

---

**06/13/2014**                                      **Progress Notes: Robert L. Schuchardt, MD**

## Current Medications
**Taking**
● Probiotic 225 mg Capsule 1 tablet once daily
● Prevacid SoluTab 30 MG Tablet Dispersible 1 tablet on the tongue and allow to dissolve before a meal Once a day
● Vitamin B12-Folic Acid 500-400 MCG Tablet
● Medication List reviewed and reconciled with the patient

## Past Medical History
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

## Surgical History
Gall bladder removal 05/2012
Sinus surgery 1999
Laminectomy 2008
Colonoscopy 2011

## Family History
Father: alive, diabetes mellitus, hypertension
Mother: alive, Good health, auto immune disease, pollymyalgia
Sister 1: alive, Good health
Maternal Grand Father: pancreatic CA
Maternal Grand Mother: colon CA at 80
Children: alive
Spouse: alive, Good health
Family History positive for colon ca in grandmother, positive for pancreatic cancer in grandfather. Family history negative for MI, CVA, lung disease.

## Social History

## Reason for Appointment
1. Possible malnutrition, still has double vision

## History of Present Illness
History of Present Illness:
    Problem 1: Diplopia. Patient with complaint of persistent double vision. Has been seen by optometrist. Has not been seen by ophthalmologist. Would like to have ophthalmologist referral. Denies other recent change complaint. Has had persistent complaint of problems with concentration and double vision. Has been seen for evaluation by neurologist and optometrist..
    Problem 2: Disorientation. Patient complaint of weakness dizziness and problems with his orientation. Has been seen by neurologist and psychiatrist. Would like to be seen for referral to KU Medical Center. Also had questions in regards to Mayo Clinic referral. Patient is frustrated in regards to his progression of symptoms. Has had approximately 60 pound weight loss over the past year with no change in his appetite. Has complaint of ongoing dizziness and fatigue..

## Vital Signs
Wt 163.6 lbs, Ht 73 in, BMI 21.58 Index, BP 128/82 mm Hg, HR 72 /min.

## Examination
General Examination:
    GENERAL APPEARANCE: well developed, well nourished, alert, in no acute distress.
    HEAD: normocephalic, atraumatic.
    EYES: extraocular movement full and smooth, conjunctiva clear.
    EARS: auditory canal clear, BOTH EARS, tympanic membrane intact, clear.
    NOSE: nares patent.
    ORAL CAVITY: good dentition, good gag reflex, gums normal, no lesions.
    THROAT: tonsils normal, no exudate, pharynx normal.
    NECK/THYROID: neck supple, full range of motion, no lymphadenopathy, no thyromegaly.
    LYMPH NODES: no cervical adenopathy.
    LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.
    CHEST: no costochondral tenderness, no gross rib deformity.

---

Patient: Parker, Craig B    DOB: ████ 1961    Progress Note: Robert L. Schuchardt, MD    06/13/2014
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Alcohol Use
  Patient: *does not use alcohol*
Smoking Status
  Patient is *a never smoker*
Caffeine: none.
Martial Status: Married.

## Allergies

Prevacid: dizzy: Allergy
Prolonix: dizzy: Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache: Allergy

## Hospitalization/Major Diagnostic Procedure

above surgeries

## Review of Systems

General/Constitutional:
  Chills denies. Fever denies.
Respiratory:
  Cough denies.
Cardiovascular:
  Chest pain denies.
Gastrointestinal:
  Abdominal pain denies.

HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs, rubs, gallops.
ABDOMEN: soft, nontender, nondistended, no organomegaly , no guarding or rigidity.
EXTREMITIES: full range of motion.
NEUROLOGIC: alert and oriented, gait normal, motor strength normal upper and lower extremities.
PSYCH: alert, oriented, cognitive function intact, cooperative with exam.

## Assessments

1. 4th nerve palsy - 378.53 (Primary)
2. Weakness - 780.79
3. Anxiety - 300.00
4. Disorientation - 780.99

## Treatment

**1. 4th nerve palsy**
Clinical Notes: Recommend referral to ophthalmologist. Recommend referral to KU Medical Center. Patient will contact neurology office in regards to referral to KU Medical Center. See back in office for reevaluation if increase complaint. We will consider referral to Mayo Clinic if negative workup at KU Medical Center. Will obtain results of referral to ophthalmologist.

**Follow Up**
prn

*[signature]*

**Electronically signed by Robert Schuchardt , MD on 07/18/2014 at 12:49 PM CDT**

**Sign off status: Completed**

**College Park STA**
**15101 Glenwood Ave**
**Stanley, KS 662233154**
**Tel: 913-681-8866**
**Fax: 913-338-1311**

Patient: Parker, Craig B   DOB: ▮▮▮ 1961   Progress Note: Robert L. Schuchardt, MD   06/13/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**College Park Family Care Center, P.A.**
*Compassionate, quality care.*

**Parker, Craig B**

53 Y old Male, DOB: ███ 1961
Account Number: 16886
OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B    Insurance: BCBS PC PPO
Payer ID: SB740
PCP: Robert L Schuchardt
Appointment Facility: College Park NEU

---

**06/10/2014**                                    **Progress Notes: Laura G. Reilly, MD**

## Current Medications
**Taking**
● Probiotic 225 mg Capsule 1 tablet once daily
● Prevacid SoluTab 30 MG Tablet Dispersible 1 tablet on the tongue and allow to dissolve before a meal Once a day
● Vitamin B12-Folic Acid 500-400 MCG Tablet
**Discontinued**
● Pepcid 20 MG Tablet 1 tablet Twice a day
● Triamcinolone Acetonide 0.5 % Cream 1 application to affected area Twice a day
● Patanase 0.6 % Solution 1 spray QD
● Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed every 4 hrs
● Singulair 10 MG Tablet 1 tablet in the evening Once a day
● Medication List reviewed and reconciled with the patient

## Past Medical History
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

## Surgical History
Gall bladder removal 05/2012
Sinus surgery 1999
Laminectomy 2008
Colonoscopy 2011

## Family History
Father: alive, diabetes mellitus, hypertension
Mother: alive, Good health, auto immune disease, pollymyalgia
Sister1: alive, Good health

## Reason for Appointment
1. Weakness

## History of Present Illness
New symptom(s):
Patient returns for follow up today. He states he has ben seeing Dr. Brown ( a natural doctor) on a regular basis and he has prescribed B12 and Folate. Since he started taking this supplement his double vision has decreased some, as one would anticipate. He also says that he does not feel as weak as he was during her last office visit.

A. paraneoplastic profile taken on May 27, 2014 was negative for anti-hu, anti-yo, anti-ri antibodies. Outside labs from Dr. Katz' were reviewed and revealed normal liver and renal functioning. Electrolytes were normal. acetylcholine receptor binding antibody was negative. Westergren sedimentation rate was 6. A CBC was normal to include an MCV of 94.7. ANA screen was positive. He ANA pattern with speckled titer of 1:40. Complements C4 C was low at 14 with C3 C. being in the normal range at 117. Sjogren's antibodies were negative.

The patient was seen at Grin Eyecare on May 13, 2014. I had an opportunity to review the note. He had a new onset left 4th nerve palsy. An MRI of the brain was recommended.

An MRI of the brain was performed on May 16, 2014 done with a without IV contrast and compared to an MRI dated July 12, 2012. The study with regard to intracranial contents and specifically the course of the 4th nerves was reportedly normal. There were no areas of abnormal enhancement. Notation is made of some sinus disease: Very minimal bilateral maxillary and ethmoid sinus mucosal thickening was noted and an "extremely small right maxillary sinus air-fluid level.".

## Vital Signs
Wt 162 lbs, Ht 73 in, BMI 21.37 Index, BP 98/64 mm Hg, HR 71/min, Temp 96.4 F, Oxygen Sat 97 %.

## Examination
General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: sclera non-icteric.
ORAL CAVITY: mucosa moist.

---

Patient: Parker, Craig B    DOB ███ 1961    Progress Note: Laura G. Reilly, MD    06/10/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eclinicalworks.com)*

http://ecwapplb:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encounter...    1/12/2015

AR 415

Maternal Grand Father: pancreatic CA
Maternal Grand Mother: colon CA at 80
Children: alive
Spouse: alive, Good health
Family History positive for colon ca in
grandmother, positive for pancreatic cancer
in grandfather. Family history negative for
MI, CVA, lung disease.

### Social History
Alcohol Use
   Patient: *does not use alcohol*
Smoking Status
   Patient is *a never smoker*
Caffeine: none.

### Allergies
Prevacid: dizzy: Allergy
Protonix: dizzy: Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache: Allergy

### Hospitalization/Major Diagnostic Procedure
above surgeries

### Review of Systems
General/Constitutional:
   Fatigue denies. Fever denies. Weight
gain denies. Weight loss **admits**.
Ophthalmologic:
   Loss of vision denies. Blurred
vision admits. Diplopia admits.
ENT:
   Dysphagia denies.
Respiratory:
   Apnea denies. Shortness of breath with
exertion denies. Snoring denies.
Cardiovascular:
   edema denies. Chest pain denies.
Chest pain with exertion denies.
Gastrointestinal:
   Constipation denies. Nausea denies.
Vomiting denies.
Genitourinary:
   Hesitancy denies. Frequent
urination denies. Incontinence denies.
Musculoskeletal:
   Muscle aches denies.
Spasticity denies. Stiffness denies.
Weakness denies.
Neurologic:
   Falls denies. Coordination good.
Dizziness admits. Headache denies.
Memory loss denies.
Tingling/Numbness admits.
Psychiatric:
   Depressed mood denies.

PERIPHERAL VASCULAR no clubbing, cyanosis, or edema.
Ophthalmology:
   PUPIL
      LEFT  5
      Reacts to  3
      RIGHT  5
      Reacts to  3

   AFFERENT PUPILLARY DEFECT: absent OU.
   LID EXAM ptosis absent.
Neuro 1997:
   GENERAL APPEARANCE: no acute distress; much brighter and
energetic than at the visit to the EMG lab.
   LEVEL OF CONSCIENCE alert.
   ORIENTATION person, place, time.
   SPEECH: normal.
   FACIAL (CN VII) intact bilaterally.
   HEARING (CN VIII)
      Status:  *intact bilaterally*

   MOTOR STRENGTH (Arm AB-duction) R5, L5.
   MOTOR STRENGTH (Arm flexion) R5, L5.
   MOTOR STRENGTH (Arm extension) R5, L5.
   MOTOR STRENGTH (Hip Flexors) R5, L5.
   MOTOR STRENGTH (Leg Flexion) R5, L5.
   MOTOR STRENGTH (Leg extension) R5, L5.
   MOTOR STRENGTH (Foot dorsiflexion) R5, L5.
   TRUNK STRENGTH full.
   PRONATOR DRIFT absent.
   SENSORY (Pinprick) intact R upper intact L upper intact R lower
intact L lower.
   STATION normal .
   GAIT normal - energetic, long stride.

### Assessments
1. Fourth nerve palsy of left eye - 378.53 (Primary)
2. Weight loss - 783.21
3. Nervous indigestion - 306.4

### Treatment
**1. Weight loss**
Notes: Craig mentions that the abnormal ANA titer has normalized
from 1:80 6 months ago to 1:40 most recently. His low C3 complement
may very well be a sign of his starvation as he may be auto metabolizing
his immunoglobulins for amino acids. I have asked him to followup
with Dr. Katz for plan for the future in this regard. I encouraged him to
continue focusing on essentially puree and a wide variety of foods for
easy digestion ability and absorption from the got into his body. His
4th nerve palsy is likely nutritional in etiology. Thank you for lying me
to participate in the care of this very nice gentleman. My door is always
open should there be some new neurologic issue in the future.


**Follow Up**

---

Patient: Parker, Craig B  DOB: ████ 1961  Progress Note: Laura G. Reilly, MD  06/10/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eclinicalworks.com)*

prn

Electronically signed by Laura Reilly, MD on 06/28/2014 at 07:17 AM CDT

Sign off status: Completed

College Park NEU
10600 Mastin
Overland Park, KS 662125723
Tel: 913-438-0868
Fax: 913-338-1311

Patient: Parker, Craig B   DOB: ████ 1961   Progress Note: Laura G. Reilly, MD   06/10/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**College Park Family Care Center, P.A.**
*Compassionate, quality care.*

**Parker, Craig B**
53 Y old Male, DOB: ███/1961
Account Number: 16886
OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B   Insurance: BCBS PC PPO
Payer ID: SB740
Appointment Facility: College Park STA

**05/30/2014**                    **Progress Notes:  Robert L. Schuchardt, MD**

## Current Medications
**Taking**
- Pepcid 20 MG Tablet 1 tablet Twice a day
- Triamcinolone Acetonide 0.5 % Cream 1 application to affected area Twice a day
- Probiotic 225 mg Capsule 1 tablet once daily
- Patanase 0.6 % Solution 1 spray QD
- Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed every 4 hrs
- Anusol-HC 25 MG Suppository 1 suppository Twice a day, stop date 06/03/2014
- Singulair 10 MG Tablet 1 tablet in the evening Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

## Surgical History
Gall bladder removal 05/2012
Sinus surgery 1999
Laminectomy 2008
Colonoscopy 2011

## Family History
Father: alive, diabetes mellitus, hypertension
Mother: alive, Good health, auto immune disease, pollymyalgia
Sister1: alive, Good health
Maternal Grand Father: pancreatic CA
Maternal Grand Mother: colon CA at 80
Children: alive
Spouse: alive, Good health

## Reason for Appointment
1. Anxiety
2. GERD
3. 4th nerve palsy

## History of Present Illness
History of Present Illness:
    Problem 1: Anxiety. Patient had a history of anxiety and depression. Would like to consider evaluation for counseling. Has appointment scheduled for neurocognitive testing her neurologist. Has not been seen by psychiatrist in the past. Has been increased stress. Has recently been out of work secondary to his 4th nerve palsy..
    Problem 2: GERD. Patient significant history GERD reflux symptoms. States was seen in the emergency room and an IV proton pump inhibitor with improvement of symptoms. Unable to tolerate oral pills. Would like to try dissolving tablet Prevacid..
    Problem 3: 4th nerve palsy. Patient has appointment scheduled with eye doctor for followup. Denies improvement. Patient has been unable work secondary to his eye complaints..

## Vital Signs
Wt 162 lbs, Ht 73 in, BMI 21.37 Index, BP 102/70 mm Hg, Temp 98.3 F.

## Examination
General Examination:
    GENERAL APPEARANCE: well developed, well nourished, alert, in no acute distress.
    HEAD: normocephalic, atraumatic.
    EYES: extraocular movement full and smooth, conjunctiva clear.
    EARS: auditory canal clear, BOTH EARS, tympanic membrane intact, clear.
    NOSE: nares patent.
    ORAL CAVITY: good dentition, good gag reflex, gums normal, no lesions.
    THROAT: tonsils normal, no exudate, pharynx normal.
    NECK/THYROID: neck supple, full range of motion, no lymphadenopathy, no thyromegaly.
    LYMPH NODES: no cervical adenopathy.
    LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.

Patient: Parker, Craig B   DOB: ███/1961   Progress Note: Robert L. Schuchardt, MD   05/30/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Family History positive for colon ca in grandmother, positive for pancreatic cancer in grandfather. Family history negative for MI, CVA, lung disease.

## Allergies

Prevacid: dizzy: Allergy
Protonix: dizzy: Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache: Allergy

## Hospitalization/Major Diagnostic Procedure

above surgeries

## Review of Systems

General/Constitutional:
 Chills denies. Fever denies.
Respiratory:
 Cough denies.
Cardiovascular:
 Chest pain denies.
Gastrointestinal:
 Abdominal pain denies.

CHEST: no costochondral tenderness, no gross rib deformity.
HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs, rubs, gallops.
ABDOMEN: soft, nontender, nondistended, no organomegaly , no guarding or rigidity.
EXTREMITIES: full range of motion.
NEUROLOGIC: alert and oriented, gait normal, motor strength normal upper and lower extremities.
PSYCH: alert, oriented, cognitive function intact, cooperative with exam.

## Assessments

1. GERD (gastroesophageal reflux disease) - 530.81 (Primary)
2. Anxiety - 300.00
3. 4th nerve palsy - 378.53

## Treatment

### 1. GERD (gastroesophageal reflux disease)

Start Prevacid SoluTab Tablet Dispersible, 30 MG, 1 tablet on the tongue and allow to dissolve before a meal, Orally, Once a day, 30 day (s), 30
Clinical Notes: Will begin Prevacid 30 mg p.o. q.a.m. Refer precautions given. See back in office for reevaluation in 4-6 weeks.

### 2. Anxiety

Clinical Notes: Recommend referral to psychiatrist regarding chronic anxiety.
Referral To: Chris VanHorn    Psychiatry
 Reason: anxiety

### 3. 4th nerve palsy

Clinical Notes: Followup with ophthalmologist. See back in office if further concerns. Will sign disability form work secondary to his eye complaints. Will sign FMLA papers.

## Follow Up

6 Weeks

Electronically signed by Robert Schuchardt , MD on 06/19/2014 at 09:47 PM CDT

Sign off status: Completed

---

Patient: Parker, Craig B    DOB: ███ 1961    Progress Note: Robert L. Schuchardt, MD    05/30/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**College Park STA**
**15101 Glenwood Ave**
**Stanley, KS 662233154**
**Tel: 913-681-8866**
**Fax: 913-338-1311**

Patient: Parker, Craig B    DOB: ████ 1961    Progress Note: Robert L. Schuchardt, M D    05/30/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**College Park Family
Care Center, P.A.**

*Compassionate, quality care.*

# Parker, Craig B

53 Y old Male, DOB: ███ 1961
Account Number: 16886
OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B    Insurance: BCBS PC PPO
Payer ID: SB740
PCP: Robert L Schuchardt
Appointment Facility: College Park NEU

**05/27/2014**                              **PROGRESS NOTES: Laura G. Reilly, MD**

## Current Medications
Taking
- Pepcid 20 MG Tablet 1 tablet Twice a day
- Triamcinolone Acetonide 0.5 % Cream 1 application to affected area Twice a day
- Probiotic 225 mg Capsule 1 tablet once daily
- Patanase 0.6 % Solution 1 spray QD
- Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed every 4 hrs
- Anusol-HC 25 MG Suppository 1 suppository Twice a day, stop date 06/03/2014
- Singulair 10 MG Tablet 1 tablet in the evening Once a day

## Past Medical History
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

## Allergies
Prevacid: dizzy: Allergy
Prolonix: dizzy: Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache: Allergy

## Review of Systems
General/Constitutional:
  Fever denies. Admits Fatigue, , denies. Weight gain denies.
Admits Weight loss, , denies.
Ophthalmologic:
  Loss of vision admits, denies.
Admits Blurred vision, , denies.

## Reason for Appointment
1. EMG left arm

## History of Present Illness
New symptom(s):
    The patient presents to the electrodiagnostic lab per the request of Dr. Arnold Katz for further evaluation of his weakness. Thank you Dr. Katz for sending this very nice gentleman to my clinic.
    With regards our conversation last week, the patient again to have diplopia and generalized weakness. Further history reveals that he has been to see an optometrist on 2 occasions and has been told that his double vision is due to 4th nerve palsy. The exam findings were stable over the course of 2 serial exams per the patient. He is accompanied by his wife Amy today.
    I have requested the ophthalmology notes. I have also requested you her myasthenia panel the ran last week. It was pending as of today.
    I have discussed Craig's case with his primary care Dr. Schuchardt. The patient makes note that he has been lying flat on his back for 2 weeks due to exhaustion. He last saw Dr. Nichols in February of 2014 but does not wish to continue her relationship with him. He would like to go back and see Dr. Eaker, but he will discuss this with you when he sees on Thursday.

## Vital Signs
Wt 160 lbs, Ht 73 in, BMI 21.11 Index, BP 134/80 mm Hg, HR 81/min, Oxygen Sat 99 %.

## Examination

Neuro 1997:
    GENERAL APPEARANCE: no acute distress.
    LEVEL OF CONSCIENCE alert.
    ORIENTATION person, place, time.
    SPEECH: normal.
    FACIAL (CN VII) intact bilaterally.
    HEARING (CN VIII)
      Status: *intact bilaterally*
    GAG (CN IX) present .
    TONGUE (CN XII) protrudes in the midline.
    MOTOR TONE normal the left quads which have minimally less tone in the right..

Patient: Parker, Craig B    DOB: ███ 1961    Progress Note: Laura G. Reilly, MD    05/27/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://ecwapplb:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encounter...    1/12/2015

AR 421

Diplopia admits, denies.
ENT:
   Dysphagia denies.
Respiratory:
   Apnea denies. Shortness of breath with
exertion denies. Snoring denies.
Cardiovascular:
   edema denies. Chest pain denies.
Chest pain with exertion denies.
Gastrointestinal:
   Constipation denies. Nausea denies.
Vomiting denies.
Genitourinary:
   Hesitancy denies. Frequent
urination denies. Incontinence denies.
Musculoskeletal:
   Muscle aches denies.
Spasticity admits, denies.
Stiffness denies. Admits Weakness, ,
denies.
Neurologic:
   Falls denies. Coordination good.
Admits Dizziness, , denies.
Headache denies. Memory loss denies.
Tingling/Numbness denies.
Psychiatric:
   Patient admits admits. Depressed
mood denies.

MOTOR BULK full except for diminished bulk in the left lateral
gastrocnemius muscle-no fasciculations were noted; hamstrings were
normal bilaterally in appearance and to palpation.
MOTOR STRENGTH (Arm AB-duction) R5, L5.
MOTOR STRENGTH (Arm flexion) R5, L5.
MOTOR STRENGTH (Arm extension) R5, L5.
MOTOR STRENGTH (Hand intrinsics) R5, L5.
MOTOR STRENGTH (Finger flexors) R5, L5.
MOTOR STRENGTH (Finger extensors) R5, L5.
MOTOR STRENGTH (Hip Flexors) R5, L5.
MOTOR STRENGTH (Leg Flexion) R5, L5.
MOTOR STRENGTH (Leg extension) R5, L5.
MOTOR STRENGTH (Foot dorsiflexion) R5, L5.
TRUNK STRENGTH full.
PRONATOR DRIFT absent.
SENSORY (Pinprick) intact R upper intact L upper intact R lower
intact L lower.
REFLEXES: Biceps R 2, L 2.
REFLEXES: Triceps R 2, L 2.
REFLEXES: Brachioradialis R 2, L 2.
REFLEXES: Knees R 2, L 2.
REFLEXES: Ankles R 2, L 2.
REFLEXES: Babinksi absent.
Nerve conductions of the left upper extremity to include the median
and ulnar motor potential as well as median, ulnar and radial sensory
potentials were normal. Repetitive stimulation of the ulnar nerve to
ADM was normal at the baseline but had nondiagnostic stimulation
inconsistencies. Stimulation of the facial nerve to left nasalis was
entirely normal.

**Assessments**
1. Weakness - 780.79 (Primary)
2. Fourth nerve palsy of left eye - 378.53
3. Weight loss - 783.21

I did not find any pre-or post synaptic repetitive stimulation
abnormalities to suggest a neuromuscular junction disorder in this
gentleman.
With respect to the 4th nerve palsy, we discussed using antiplatelets
but because it is very sensitive digestive tract he is unable to take
aspirin or fish oil. I suggested he increased the servings of whole fish to
approximately 4 per week to increase the amount of omega-3 fatty
acids in his diet. I also recommended that he continue to keep himself
very well hydrated.
On the off chance that his 4th nerve palsy and weight loss is related to a
paraneoplastic etiology, I have requested a paraneoplastic antibody
panel.
He seems to have something of a morbid preoccupation with food. He
mentioned he was seeing a naturopath for "treatments" of some type of
yeast overgrowth.
We discussed exploration of all diagnostic avenues in this gentleman.
He was open to paraneoplastic testing. I did not address the possibility
of depression with him today because I do not think I have a
therapeutic relationship with this man. It would be worthwhile to

Patient: Parker, Craig B  DOB:    1961  Progress Note: Laura G. Reilly, MD  05/27/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://ecwapplb:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encounter...  1/12/2015

AR 422

pursue this avenue as well as, in my opinion, the most obvious cause for his overall weakness is lack of energy/nutrition. At this point, I am not certain if he has been able to maintain his micronutrients/mineral levels etc.

**Treatment**
**1. Weakness**
   IMAGING: Electromyography (EMG in NEURO CPFCC)

**2. Fourth nerve palsy of left eye**
   LAB: Paraneoplastic Profile 1 LC808968

**3. Weight loss**
   LAB: Paraneoplastic Profile 1 LC808968
Notes: Anti-Hu/Ro/La antibody panel.

**Procedures**
Refer to attachment for EMG/NCV study report and findings.


**Procedure Codes**
95910 NRV CNDJ TEST 7-8 STUDIES
95937 NEUROMUSCULAR JUNCTION TEST

**Follow Up**
June 10th with me


**Electronically signed by Laura Reilly, MD on 06/19/2014 at 08:22 AM CDT**

**Sign off status: Completed**

---

**College Park NEU**
**10600 Mastin**
**Overland Park, KS 662125723**
**Tel: 913-438-0868**
**Fax: 913-338-1311**

---

Patient: Parker, Craig B   DOB: ███ 1961   Progress Note: Laura G. Reilly, MD   05/27/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Patient:** Parker, Craig B                                    **Provider:** John S Yungmeyer

**DOB:** ▮▮▮▮/1961  **Age:** 53 Y  **Sex:** Male                    **Date:** 05/16/2014
**Phone:** 913-829-9311
**Address:** ▮▮▮▮▮▮▮▮, Olathe, KS-66061
**Pcp:** Robert L Schuchardt

..................................................................................................................

**Subjective:**

  **CC:**
  1. MRI BRAIN W/WO ATTN:ORBITS.

  **HPI:**

  **Medical History:** Seasonal allergies, gastroesophageal reflux disease (GERD), Migraine headaches, frequent headaches, Hemorrhoids, Lower lumbar pain, Heart murmur, Hyperlipidemia, Gastritis, Chronic cough, Dysmetabolic syndrome, Rectal bleeding, Prediabetes, Overweight, SIBO.

  **Medications:** Pepcid 20 MG Tablet 1 tablet Twice a day, Triamcinolone Acetonide 0.5 % Cream 1 application to affected area Twice a day, Probiotic 225 mg Capsule 1 tablet once daily, Patanase 0.6 % Solution 1 spray QD, Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed every 4 hrs, Anusol-HC 25 MG Suppository 1 suppository Twice a day, stop date 06/03/2014, Singulair 10 MG Tablet 1 tablet in the evening Once a day

  **Allergies:** Prevacid: dizzy: Allergy, Protonix: dizzy: Allergy, Dexilant: FELT LIKE PASSING OUT: Allergy, Lexapro: GI side effects: Allergy, Zoloft: headache: Allergy.


**Objective:**

  **Past Orders:**

  **Examination:**


**Assessment:**

  **Assessment:**
  1. Double vision - 368.2 (Primary)

**Plan:**

  **1. Double vision**
  Diagnostic Imaging:MR Brain with and without contrast (CPFCC IMG)
  **Immunizations:**

  **Therapeutic Injections:**

  **Labs:**
  **Procedure Codes:** 70553 MRI BRAIN W/O&W DYE, A9579 GAD (10 ML)-BASE MR CONTRAST NOS,1ML

  **Follow Up:** prn




**Provider:** John S Yungmeyer
**Patient:** Parker, Craig B  **DOB:** ▮▮▮▮/1961  **Date:** 05/16/2014

**Electronically signed by Danielle Luethye (BILLING) on 05/22/2014 at 10:54 AM CDT**
**Sign off status: Completed**

College Park Family
Care Center, P.A.
*Compassionate, quality care.*

**Parker, Craig B**
53 Y old Male, DOB: ████ 1961
Account Number: 16886
Olathe, KS-66061
Home: 913-829-9311
Guarantor: Parker, Craig B    Insurance: BCBS PC PPO
Payer ID: SB740
Appointment Facility: College Park STA

**05/13/2014**                    **Progress Notes: Robert L. Schuchardt, MD**

## Current Medications
**Taking**
- Pepcid 20 MG Tablet 1 tablet Twice a day
- Triamcinolone Acetonide 0.5 % Cream 1 application to affected area Twice a day
- Probiotic 225 mg Capsule 1 tablet once daily
- Patanase 0.6 % Solution 1 spray QD
- Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed every 4 hrs
- Anusol-HC 25 MG Suppository 1 suppository Twice a day, stop date 06/03/2014
- Singulair 10 MG Tablet 1 tablet in the evening Once a day

## Past Medical History
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

## Family History
Father: alive, diabetes mellitus, hypertension
Mother: alive, Good health, auto immune disease, pollymyalgia
Sister 1: alive, Good health
Maternal Grand Father: pancreatic CA
Maternal Grand Mother: colon CA at 80
Children: alive
Spouse: alive, Good health
Family History positive for colon ca in grandmother, positive for pancreatic cancer in grandfather. Family history negative for MI, CVA, lung disease.

## Allergies
Prevacid: dizzy: Allergy
Protonix: dizzy: Allergy

## Reason for Appointment
1. Double vision

## History of Present Illness
History of Present Illness:
Problem 1: Double vision. Patient for evaluation with recent onset of acute diplopia. Patient had evaluation by neurology and here for evaluation and for MRI scan of the head and orbit. Patient denies history of diabetes. Denies history of other significant change complaint. Patient was seen recently by neurology consultation in old records reviewed. Had recent physical exam and laboratory evaluation and results reviewed. Denies other recent change complaint..

## Vital Signs
Wt 166 lbs, Ht 73 in, BMI 21.90 Index, BP 110/72 mm Hg, RR 14 / min.

## Examination
General Examination:
GENERAL APPEARANCE: well developed, well nourished, alert, in no acute distress.
HEAD: normocephalic, atraumatic.
EYES: extraocular movement full and smooth, conjunctiva clear.
NOSE: nares patent.
LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.
CHEST: no costochondral tenderness, no gross rib deformity.
HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs, rubs, gallops.
ABDOMEN: soft, nontender.
EXTREMITIES: full range of motion.
NEUROLOGIC: alert and oriented, gait normal.
PSYCH: alert, oriented, cognitive function intact, cooperative with exam.

## Assessments
1. Double vision - 368.2 (Primary)
2. Fourth nerve palsy of left eye - 378.53

## Treatment
**1. Double vision**
Referral To:Laura Reilly    Neurology
         Reason:double vision

---

Patient: Parker, Craig B    DOB: ████ 1961    Progress Note: Robert L. Schuchardt, MD    05/13/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eclinicalworks.com)*

Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache: Allergy

**Review of Systems**
<u>General/Constitutional</u>:
    Chills denies. Fever denies.
<u>Respiratory</u>:
    Cough denies.
<u>Cardiovascular</u>:
    Chest pain denies.
<u>Gastrointestinal</u>:
    Abdominal pain denies.

**2. Fourth nerve palsy of left eye**
Notes: Recommend MRI scan of the head and orbits with and without contrast. Will call with results. Recommend referral to ophthalmologist. Recommend referral to neurology. See back in office following consultation with specialist.

**Follow Up**
2 Weeks

**Electronically signed by Robert Schuchardt , MD on 05/30/2014 at 02:26 PM CDT**

**Sign off status: Completed**

**College Park STA**
**15101 Glenwood Ave**
**Stanley, KS 662233154**
**Tel: 913-681-8866**
**Fax: 913-338-1311**

Patient: Parker, Craig B    DOB: ███ 1961    Progress Note: Robert L. Schuchardt, MD    05/13/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**College Park Family Care Center, P.A.**
*Compassionate, quality care.*

**Parker, Craig B**
52 Y. old Male, DOB: ████ 1961
Olathe, KS-66061
Home: 913-829-9311
Guarantor: Parker, Craig B    Insurance: BCBS PC PPO
Payer ID: SB740
PCP: Robert L Schuchardt
Appointment Facility: College Park NEU

**05/07/2014**

**Progress Notes: Laura G. Reilly, MD**

## Current Medications

Pepcid 20 MG Tablet 1 tablet Twice a day
Triamcinolone Acetonide 0.5 % Cream 1 application to affected area Twice a day
Probiotic 225 mg Capsule 1 tablet once daily
Patanase 0.6 % Solution 1 spray QD
Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed every 4 hrs
Lamisil 250 MG Tablet 1 tablet for 7 days, every 3 months Once a day, stop date 04/22/2014
Anusol-HC 25 MG Suppository 1 suppository Twice a day, stop date 06/03/2014
Singulair 10 MG Tablet 1 tablet in the evening Once a day
Medication List reviewed and reconciled with the patient

## Past Medical History

Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

## Surgical History

Gall bladder removal 05/2012
Sinus surgery 1999
Laminectomy 2008
Colonoscopy 2011

## Family History

Father: alive diabetes mellitus, hypertension
Mother: alive Good health, auto immune disease, polymyalgia
Sister 1: alive Good health
Maternal Grand Father: pancreatic CA
Maternal Grand Mother: colon CA at 80
Children: alive
Spouse: alive Good health

## Reason for Appointment

1. Fatigue

## History of Present Illness

New symptom(s):

This is a new patient referred by Dr. Schuchardt for evaluation and treatment of Fatigue and weakness. Thank you Dr. Schuchardt for referring him to my clinic. Pt states he has ongoing digestive problems for the past few years. He has been having allergies to foods and medications. He wonders if this may be due to neurological problems. The patient and I had a pleasant conversation about his problems. At this time they mainly involve his GI tract for which he has had a very thorough workup. He then gets discomfort drinking water.

He also makes note that he has problems going down stairs, feeling as though his left leg does not move the way he wants it to. Dr. Stephen Hess did an L5-S1 laminectomy on him on the left in 2008. About 6 months after the laminectomy he began noticing some problems. He had a repeat MRI of the lumbar spine and bladder which did not show any vigorous scar formation etc. He feels that his difficulty is improving over time.

He also shared with me the summary of his Mayo workup for his digestive concerns. I have scanned those into the chart. The overall thought was that his gut issues may be secondary to stress. He was referred to a counselor at the Nazarene College here in town. Together, and they felt that his stress was secondary to his unnamed physical digestive problem. He has never been through cognitive behavioral therapy. He has never pursued Qigong or Tai Chi.

On April 30, 2014 fasting lipid profile showed a total cholesterol of 141; triglyceride 74; HDL 51; LDL 75. A vitamin D 25 was 29.2 which is low. A cardiac C-reactive protein was 0.29 which is normal. TSH 1.69. A complete metabolic panel was normal. Hemoglobin A1c 5.1. He has been seen by a rheumatologist, Dr. Katz, and had blood work done on November 22, 2013 to include his done antibodies which were negative. An ANA was 1:80 and speckled. Anti-Smith, RNP and Sjogren antibodies were all negative.

In 2012 he was part of the functional medicine clinic. He saw Ms. Mary Willis in that forum who was very helpful with regard to his overall food allergies and sources of food he q.d. She only saw her on one occasion. He lost 30 pounds through the metabolic syndrome clinic. He saw her on October 30, 2012. On November 07, 2012 he saw Dr. Bruce Pfeutze as part of ongoing treatment who identified multiple

Patient: Parker, Craig B   DOB: ████ 1961   Progress Note: Laura G. Reilly, MD   05/07/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://ecwapplb:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encounter...   1/12/2015

AR 428

## Social History

Household:
Household: Marital status: married x11years, Number of children in household: 2 children.

## Allergies

Prevacid: dizzy: Allergy
Protonix: dizzy: Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache: Allergy

## Hospitalization/Major Diagnostic Procedure

above surgeries

## Review of Systems

General/Constitutional:
    Fatigue admits. Fever denies. Weight gain denies. Weight loss denies.
Ophthalmologic:
    Loss of vision denies. Blurred vision admits. Diplopia denies.
ENT:
    Dysphagia denies.
Respiratory:
    Apnea denies. Shortness of breath with exertion denies. Snoring denies.
Cardiovascular:
    edema denies. Chest pain denies. Chest pain with exertion denies.
Gastrointestinal:
    Constipation denies. Nausea admits. Vomiting denies.
Genitourinary:
    Hesitancy denies. Frequent urination denies. Incontinence denies.
Musculoskeletal:
    Muscle aches denies. Spasticity admits. Stiffness denies. Weakness denies.
Neurologic:
    Falls denies. Coordination good. Dizziness admits. Headache admits. Memory loss denies. Tingling/Numbness denies.
Psychiatric:
    Depressed mood denies.

potential allergens.

His GI workup has included an EGD with a bravo probe placement on August 14, 2012. Mild patchy rotation in the antrum was found at that time. 48 hour pH studies revealed only a mildly abnormal pH. A prior study 4 which biopsies were done for a concern of candidiasis in the esophagus did not show evidence for Candida. Colonoscopy done on September 29, 2011 showed no colon polyps. In the past Lexapro and Zoloft taken for 2-3 days caused migraine headaches. Low frequency and total testosterone levels were alluded to by Dr. Nichols.

And October 25, 2012 he had a CT of his abdomen and pelvis done for right flank and right lower quadrant pain. This was done with contrast. His gallbladder was noted to be surgically absent. He had a bit of prostate enlargement. He stomach small bowel and colon were all unremarkable. There is no mesenteric or retroperitoneal lymphadenopathy present. On May 08, 2013 the patient had a Pill-Cam test which showed normal small bowel transit time.

Epworth Sleepiness Scale:
    Sitting and Reading 1 - Slight chance of dozing. Watching television 1 - Slight chance of dozing. Sitting inactively in a public place 1 - Slight chance of dozing. As a passenger in a car for about an hour 1 - Slight chance of dozing. Lying down to rest in the afternoon 3 - High chance of dozing. Sitting and talking to someone 0 - Would never doze. Sitting quietly after lunch without alcohol 0 - Would never doze. In a car while stopped for a few minutes 0 - Would never doze. Total Score: 7.

STOP-BANG Assessment for OSA:
    Positive for: **Age (>50 yrs old)**, **Gender (male)**. Increased risk for OSA: **no**.

## Vital Signs

Wt 167 lbs, Ht 73 in, BMI 22.03 Index, BP 110/70 mm Hg, HR 70 / min, Temp 97.4 F, Oxygen Sat 97 %.

## Examination

General Examination:
    GENERAL APPEARANCE: in no acute distress, well developed, well nourished. HEAD: normocephalic, atraumatic. EYES: sclera non-icteric. ORAL CAVITY: mucosa moist. THROAT: pharynx pink and moist, uvula midline, no ulcers or lesions. NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy, no thyromegaly. LUNGS: clear to auscultation bilaterally. HEART: S1, S2 normal, no murmurs. PERIPHERAL VASCULAR no clubbing, cyanosis or edema. CAROTIDS: symmetric upstrokes, no bruits.
Ophthalmology:
    PUPIL LEFT **5**, Reacts to **3**, RIGHT **5**, Reacts to **3**. AFFERENT PUPILLARY DEFECT: absent OU. VISUAL FIELDS: full to confrontation. EXTRAOCULAR MOVEMENT: intact, no nystagmus, . LID EXAM ptosis absent.
Neuro 1997:
    GENERAL APPEARANCE: no acute distress. LEVEL OF CONSCIENCE alert. ORIENTATION person, place, time. SPEECH: normal. FACIAL (CN VII) intact bilaterally. HEARING (CN VIII) Status: **intact bilaterally**. GAG (CN IX) present . TONGUE (CN XII) protrudes in the midline.

Patient: Parker, Craig B  DOB: ___ 1961  Progress Note: Laura G. Reilly, M D  05/07/2014
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://ecwapplb:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encounter...  1/12/2015

AR 429

MOTOR TONE normal the left quads which have minimally less tone in the right..  MOTOR BULK full except for diminished bulk in the left lateral gastrocnemius muscle-no fasciculations were noted; hamstrings were normal bilaterally in appearance and to palpation.  MOTOR STRENGTH (Arm AB-duction) R5, L5.  MOTOR STRENGTH (Arm flexion) R5, L5.  MOTOR STRENGTH (Arm extension) R5, L5.  MOTOR STRENGTH (Hand intrinsics) R5, L5.  MOTOR STRENGTH (Finger flexors) R5, L5.  MOTOR STRENGTH (Finger extensors) R5, L5.  MOTOR STRENGTH (Hip Flexors) R5, L5.  MOTOR STRENGTH (Leg Flexion) R5, L5.  MOTOR STRENGTH (Leg extension) R5, L5.  MOTOR STRENGTH (Foot dorsiflexion) R5, L5.  TRUNK STRENGTH full.  PRONATOR DRIFT absent.  SENSORY (Pinprick) intact R upper intact L upper intact R lower intact L lower.  REFLEXES: Biceps R 2, L 2.  REFLEXES: Triceps R 2, L 2.  REFLEXES: Brachioradialis R 2, L 2.  REFLEXES: Knees R 2, L 2.  REFLEXES: Ankles R 2, L 2.  REFLEXES: Babinksi absent.  COORDINATION: bilateral finger-to-nose, rapid alternating movements, and heel-to-shin intact.  STATION normal .  GAIT normal.

**Assessments**
1. Nervous indigestion - 306.4 (Primary)
2. Leg weakness - 729.89

**Treatment**
**1. Nervous indigestion**
Cognitive behavioral therapy would be a very good place to start in this patient. Also, qigong is offered through turning point which is free to the public. A brochure was given to the patient.
Referral To:Jim Lemons   Pain Medicine
        Reason: Nervous indigestion eval and treat

**2. Leg weakness**
I demonstrated some focal leg exercises that the patient could do with a band such as leg extensions and hip flexion to further strengthen the left leg. I also advised him to stretch his hamstrings at least daily if not twice daily as the left hamstring area is always going to be problematic for him.

**3. Others**
I reviewed some supplements that he had questions about. I also suggested that he look into 5 HTP as a serotonin precursor to help with energy level.

**Preventive Medicine**
Thank you Dr. Schuchardt for the opportunity to participate in the care of this patient today. Please see above plan of care. Greater than 45 minutes of face to face time spent today, with greater than 50% of time spent in discussion and counseling of the above assessments and plan of care. This includes, but is not limited to, discussion and interpretation of lab and/or imaging results - approximately 80 pages of outside medical materials were reviewed and need for further, specific treatments above stated problems.

Patient: Parker, Craig B  DOB: █████ 1961   Progress Note: Laura G. Reilly, M D   05/07/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://ecwapplb:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encounter...    1/12/2015

AR 430

**Follow Up**
prn

**Electronically signed by Laura Reilly , MD on 05/21/2014 at 06:10 PM CDT**

**Sign off status: Completed**

College Park NEU
10600 Mastin
Overland Park, KS 662125723
Tel: 913-438-0868
Fax: 913-338-1311

Patient: Parker, Craig B   DOB: ███ 1961   Progress Note: Laura G. Reilly, MD   05/07/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**College Park Family Care Center, P.A.**

*Compassionate, quality care.*

# Parker, Craig B

52 Y old Male, DOB: ████ 1961
Account Number: 16886
████████ Olathe, KS-66061
Home: 913-829-9311
Guarantor: Parker, Craig B   Insurance: BCBS PC PPO
Payer ID: SB740
Appointment Facility: College Park STA

---

**05/06/2014**                    **PROGRESS NOTES: Robert L. Schuchardt, MD**

## Current Medications
**Taking**
- Pepcid 20 MG Tablet 1 tablet Twice a day
- Triamcinolone Acetonide 0.5 % Cream 1 application to affected area Twice a day
- Probiotic 225 mg Capsule 1 tablet once daily
- Patanase 0.6 % Solution 1 spray QD
- Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed every 4 hrs
- Lamisil 250 MG Tablet 1 tablet for 7 days, every 3 months Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

## Surgical History
Gall bladder removal 05/2012
Sinus surgery 1999
Laminectomy 2008
Colonoscopy 2011

## Family History
Father: alive, diabetes mellitus, hypertension
Mother: alive, Good health, auto immune disease, polymyalgia
Sister 1: alive, Good health
Maternal Grand Father: pancreatic CA
Maternal Grand Mother: colon CA at 80
Children: alive
Spouse: alive, Good health

## Allergies
Prevacid: dizzy: Allergy

## Reason for Appointment
1. Complete Physical

## History of Present Illness
General:
    52 year old Caucasian male presents for comprehensive PE. He has been in his normal state of health. His problem list and complaints are as noted. He has a desire to improve his health. He is aware of the preventative recommendations that correspond to his age.
History of Present Illness:
    Problem 1: Patient history of right inguinal hernia. Has not been seen by surgeon. Denies pain. Denies progression of hernia. Denies other concerns..
    Problem 2: GERD. Patient history of GERD. Has been on Pepcid and p.r.n. basis. States has presently been doing well. Has been by gastro-Raulerson the past. Had past history of Candida esophagitis. Would like to be seen for followup by GI..
    Problem 3: Hemorrhoids. Patient's complaint of recurrent hemorrhoids. Recent complaint is some slight rectal bleeding and irritation..
    Problem 4: Adenomatous colon polyps. Patient has history of adenomatous colon polyp 2009. Had previous colonoscopy 2011. Would like to be seen for followup by gastroenterology..
    Problem 5: Allergies. Patient's been on antihistamines. States is noted increase in allergy symptoms recently. Has not been on Singulair. Denies other concerns..

## Vital Signs
Wt 164 lbs, Ht 73 in, BMI 21.63 Index, BP 108/58 mm Hg, HR 68 /min.

## Examination

General Examination:
    GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
    HEAD: normocephalic, atraumatic.
    EYES: pupils equal, round, reactive to light and accommodation.
    EARS: External ears, EAC's and TM's appear normal.
    NOSE: nares patent, no lesions.
    ORAL CAVITY: mucosa moist, no lesions.
    THROAT: pharynx normal.

---

Patient: Parker, Craig B   DOB: ████ 1961   Progress Note: Robert L. Schuchardt, MD   05/06/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Protonix: dizzy: Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache: Allergy

## Hospitalization/Major Diagnostic Procedure
above surgeries

## Review of Systems

Allergy/Immunology:
    Patient denies hives, wheezing, cough, sneezing,nose itching, runny nose.
Ophthalmologic:
    Patient denies blurred vision, double vision, blind spots, pain, red eye, excessive tearing, or dryness. Blurred vision admits.
ENT:
    Patient denies decreased hearing, ringing in the ears, pain, drainage, spinning sensation. Nasal Congestion admits. Postnasal drainage denies. Ringing in the ears admits.
Endocrine:
    Patient denies heat intolerance, cold intolerance, weight loss ,lack of energy .
Respiratory:
    Patient denies shortness of breath ,wheezing,dry cough, , productive cough, hemoptysis.
Cardiovascular:
    Patient denies chest pain at rest, chest pain with exertion, irregular heartbeat, shortness of breath, fluid accumulation in the legs, claudication, palpitations, weakness or numbness on one side of body, fainting spells or near syncope.
Gastrointestinal:
    Patient denies abdominal pain, nausea, vomiting, diarrhea, constipation, heartburn,burning in stomache after meals, difficulty swallowing,feeling full after eating, decreased appetite, blood in stool, melena,. Abdominal pain admits. Heartburn admits.
Hematology:
    Patient denies easy bruising, prolonged bleeding, swolland glands,.
Men Only:

NECK/THYROID: no cervical lymphadenopathy or other neck masses, no thyromegaly, no thyroid nodules.
    SKIN: no suspicious lesions, warm and dry, no rashes.
    LUNGS: good air movement, clear to auscultation bilaterally.
    CHEST: normal shape and expansion.
    HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
    ABDOMEN: soft, nontender, nondistended, no hepatosplenomegaly, no masses palpable.
    RECTAL: Positive stool Hemocult. Positive internal hemorrhoids.
    MALE GENITOURINARY:  circumcised, no testicular masses, no hernias.
    EXTREMITIES: no clubbing, cyanosis, or edema.
    NEUROLOGIC: alert and oriented, gait normal.
    PSYCH: mood/affect appear normal.

## Assessments
1. Routine general medical examination at health care facility - V70.0 (Primary)
2. GERD (gastroesophageal reflux disease) - 530.81
3. Candida esophagitis - 112.84
4. Anxiety - 300.00
5. Hemorrhoids - 455.6
6. Seasonal allergies - 477.9
7. Occult GI bleeding - 792.1

## Treatment
### 1. Routine general medical examination at health care facility
    IMAGING: EKG (CPFCC) (MIDMARK DEVICE)

### 2. Hemorrhoids
Start Anusol-HC Suppository, 25 MG, 1 suppository, Rectal, Twice a day, 14 day(s), 28, Refills 1

### 3. Seasonal allergies
Start Singulair Tablet, 10 MG, 1 tablet in the evening, Orally, Once a day, 30 day(s), 30, Refills 6

### 4. Occult GI bleeding
Notes: Anusol HC suppository. Refer for GI consult.

### 5. Others
Referral To:Ervin Eaker    Gastroenterology
        Reason:tubular adenoma's in 2009

## Preventive Medicine

Counseling:
    BMI Management
        BMI management provided  Yes
    Diet:  pros / cons of various vitamins and/or supplements reviewed as it applies to patient. The siginificant health benefits of regular exercise and diet to achieve ideal body weight, cardiovascular

---

Patient: Parker, Craig B   DOB: ████ 1961   Progress Note: Robert L. Schuchardt, MD   05/06/2014
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

*Patient denies* penile discharge, penile growth, sores or lesions, blood in semen, problem with erections, scrotal pain lump in groin, low sex drive, or infertility.

Genitourinary:

*Patient denies* painful urination, urgency to urinate, frequent urination, blood in the urine, nocturia more than once per night, incontinence, weak stream, difficulty starting steam in urinating.

Musculoskeletal:

*Patient denies* muscle aches, cramps, joint pains, swollen joints, joint stiffness. *Patient admits* cramps.

Skin:

*Patient denies* acne, rash, lumps, changing moles, new lesions, , nail problems.

Neurologic:

*Patient denies* headache, unusal weakness, tremors, tics or involuntary movements, numbness or tingling, burning or painful sensations, difficulty with balance, seizures, memory problems, dizziness. *Dizziness* admits.

Psychiatric:

*Patient denies* anxiety difficult to control, frequent obsessing , compulsive checking arranging cleaning etc, extreme shyness, fear of public speaking, nervous in social situations, frequnet nightmares, prolonged sadness, loss of feelings of enjoyment, frequent feelings of guilt , frequent feelings of suicide or death, lack of energy, increased or decreased appetite, experience mood swings, irritability or anger problems, racing thoughts, .

Last Total Colonoscopy 2011
Last Td 2006.

conditioning, chronic disease & cancer prevention, and maximize their health status were reviewed and emphasized to the patient.

Testicular self-exam: recommended.

Nutrition Counseling:

Weight management .

GENERAL: Discussed importance of adequate sleep, and healthy life style recommendations. recommend regular skin exams: avoid prolonged sun exposure, use sunscreen and routine precautions. Recommend avoidance of Smoking and if smoking to cease. Annual DRE for men > 40 years old. Recommended for Colon Cancer screening with Colonoscopy per USPTFS guidelines.Recommend regular Testicular Cancer screening with monthly self exams.

**Procedure Codes**

93000 ELECTROCARDIOGRAM, COMPLETE

**Follow Up**

1 Year - for rec annual preventative screenings; 2 Weeks - to review labs with interactive management discussion & further recommendations

*[signature]* Robert Schuchardt MD

**Electronically signed by Robert Schuchardt , MD on 05/30/2014 at 02:24 PM CDT**

**Sign off status: Completed**

............................................................................

**College Park STA**
**15101 Glenwood Ave**
**Stanley, KS 662233154**
**Tel: 913-681-8866**
**Fax: 913-338-1311**

---

Patient: Parker, Craig B    DOB: ▇▇▇ 1961    Progress Note: Robert L. Schuchardt, MD    05/06/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**LAB ONLY**

**Patient:** Parker, Craig B
**DOB:** ▮▮/1961  **Age:** 52 Y  **Sex:** Male
**Phone:** 913-829-9311
**Address:** ▮▮▮▮▮▮▮▮ Olathe, KS-66061

**Provider:** Robert L. Schuchardt, MD
**Date:** 04/30/2014

**Subjective:**
**CC:**
1. Fasting labs.

**HPI:**
**Medical History:** Seasonal allergies, gastroesophageal reflux disease (GERD), Migraine headaches, frequent headaches, Hemorrhoids, Lower lumbar pain, Heart murmur, Hyperlipidemia, Gastritis, Chronic cough, Dysmetabolic syndrome, Rectal bleeding, Prediabetes, Overweight, SIBO.

**Medications:** Pepcid 20 MG Tablet 1 tablet Twice a day, Triamcinolone Acetonide 0.5 % Cream 1 application to affected area Twice a day, Probiotic 225 mg Capsule 1 tablet once daily, Patanase 0.6 % Solution 1 spray QD, Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed every 4 hrs, Lamisil 250 MG Tablet 1 tablet for 7 days, every 3 months Once a day, stop date 05/20/2014

**Allergies:** Prevacid: dizzy: Allergy, Protonix: dizzy: Allergy, Dexilant: FELT LIKE PASSING OUT: Allergy, Lexapro: GI side effects: Allergy, Zoloft: headache: Allergy.

**Objective:**
**Past Orders:**
**Examination:**

**Assessment:**
**Assessment:**
1. Routine lab draw - V72.62 (Primary)
2. Dyslipidemia - 272.4
3. Vitamin D deficiency - 268.9
4. Prediabetes - 790.29
5. Screening for iron deficiency anemia - V78.0
6. Screening for hypothyroidism - V77.0
7. Prostate cancer screening - V76.44

**Plan:**
1. **Dyslipidemia**
   LAB: Fasting Lipid Panel**LC098657
   LAB: C-Reactive Protein, Cardiac**LC120766
2. **Vitamin D deficiency**
   LAB: Vitamin D, 25-Hydroxy**LC081950
3. **Prediabetes**
   LAB: CMP Comp Metabolic Panel**LC322000
   LAB: A1c Hemoglobin A1c**LC001453
   LAB: Urinalysis complete(w/micro)**LC003772

**4. Screening for iron deficiency anemia**
LAB: CBC (Includes Diff/Plt)**LC5009
**5. Screening for hypothyroidism**
LAB: TSH**LC004259
**6. Prostate cancer screening**
LAB: PSA**LC010322

**Immunizations:**

**Therapeutic Injections:**

**Labs:**

**Procedure Codes:** 82306 VITAMIN D, lab value, 80061 LIPID PANEL, 86141 C-REACTIVE PROTEIN, HS, 83036 GLYCATED HEMOGLOBIN TEST, 84153 ASSAY OF PSA, TOTAL, 81001 URINALYSIS, AUTO W/SCOPE, 80050 GENERAL HEALTH PANEL, 36415 VENIPUNCT, ROUTINE*

**Provider:** Robert L. Schuchardt, MD
**Patient:** Parker, Craig B  **DOB:** ████/1961  **Date:** 04/30/2014

**Electronically signed by Teri Adams (BILLING) on 05/06/2014 at 01:15 PM CDT**
**Sign off status: Completed**

**College Park Family Care Center, P.A.**
*Compassionate, quality care.*

**Parker, Craig B**
52 Y old Male, DOB: ████ 1961
Olathe, KS-66061
Home: 913-829-9311
Guarantor: Parker, Craig B    Insurance: BCBS PC PPO
Payer ID: SB740
Appointment Facility: College Park STA

---

**04/22/2014**                    **Progress Notes: Robert L. Schuchardt, MD**

## Current Medications
Pepcid 20 MG Tablet 1 tablet Twice a day
Triamcinolone Acetonide 0.5 % Cream 1
application to affected area Twice a day
Probiotic 225 mg Capsule 1 tablet once daily
Patanase 0.6 % Solution 1 spray QD
Ventolin HFA 108 (90 Base) MCG/ACT
Aerosol Solution 2 puffs as needed every 4 hrs
Medication List reviewed and reconciled with
the patient

## Past Medical History
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

## Surgical History
Gall bladder removal 05/2012
Sinus surgery 1999
Laminectomy 2008
Colonoscopy 2011

## Family History
Father: alive diabetes mellitus, hypertension
Mother: alive Good health, auto immune
disease, polymyalgia
Sister 1: alive Good health
Children: alive
Spouse: alive Good health

## Social History
Household:
Household Marital status: married x11years,
Number of children in household: 2 children.

Habits:
Tobacco Use/Smoking Smoker::
nonsmoker .
Alcohol Screen

## Reason for Appointment
1. Follow up sinus infection

## History of Present Illness
History of Present Illness:
    Problem 1: Sinusitis. Patient for followup of sinusitis 3rd of is on
recent course of antibiotic with improvement of symptoms. Has been
attempting Nettie pot and nasal steroid spray. Results Mucinex. Denies
other recent concerns..
    Problem 2: Reflex. Patient significant history of reflux symptoms.
States had a burning discomfort recently and began himself on Nizoral
that he had in the past with improvement of symptoms. Patient
believes he has recurrent fungal infection about the esophagus. Would
like to begin a prescription of a different antifungal vacation such as
Lamisil to use on p.r.n. basis. Denies other recent complaint. Otherwise
been in usual health..

## Vital Signs
Wt 164 lbs, Ht 73 in, BMI 21.63 Index, BP 107/71 mm Hg, HR 76 / min,
Temp 98.3 F.

## Examination
General Examination:
    GENERAL APPEARANCE: well developed, well nourished, alert, in
no acute distress.
    HEAD: normocephalic, atraumatic.
    EYES: extraocular movement full and smooth, conjunctiva clear.
    NOSE: nares patent.
    THROAT: tonsils normal, no exudate, pharynx normal.
    NECK/THYROID: neck supple, full range of motion.
    LUNGS: clear to auscultation bilaterally, good air movement, no
wheezes, rales, rhonchi.
    CHEST: no costochondral tenderness, no gross rib deformity.
    HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no
murmurs, rubs, gallops.
    ABDOMEN: soft, nontender.
    EXTREMITIES: full range of motion.
    NEUROLOGIC: alert and oriented, gait normal.
    PSYCH: alert, oriented, cognitive function intact, cooperative with
exam.

## Assessments

---

Patient: Parker, Craig B    DOB: ████ 1961    Progress Note: Robert L. Schuchardt, MD    04/22/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

use: *Past*
Caffeine use: no.

## Allergies
Prevacid: dizzy: Allergy
Protonix: dizzy: Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache: Allergy

## Hospitalization/Major
## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
General/Constitutional:
    Chills denies. Fever denies.
Respiratory:
    Cough denies.
Cardiovascular:
    Chest pain admits.
Gastrointestinal:
    Abdominal pain denies.

1. Fungal infection - 117.9 (Primary)
2. GERD (gastroesophageal reflux disease) - 530.81
3. Candida esophagitis - 112.84

## Treatment
### 1. Fungal infection
Start Lamisil Tablet, 250 MG, 1 tablet for 7 days, every 3 months,
Orally, Once a day, 28 day(s), 28, Refills 0

### 2. Candida esophagitis
Patient given prescription for pulse therapy with Lamisil. We will
consider beginning on Diflucan if patient desires. Reflux precautions
given. See back in office if further complaint.

## Follow Up
3 Months, prn

*[signature]* Robert Schuchardt MD

**Electronically signed by Robert Schuchardt , MD on
05/09/2014 at 03:45 PM CDT**

**Sign off status: Completed**

**College Park STA**
**15101 Glenwood Ave**
**Stanley, KS 662233154**
**Tel: 913-681-8866**
**Fax: 913-338-1311**

Patient: Parker, Craig B    DOB: ▇▇▇ 1961    Progress Note: Robert L. Schuchardt, M D    04/22/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**College Park Family
Care Center, P.A.**

*Compassionate, quality care.*

**Parker, Craig B**

52 Y old Male, DOB: ███ 1961
Olathe, KS-66061
Home: 913-829-9311
Guarantor: Parker, Craig B   Insurance: BCBS PC PPO
Payer ID: SB740
PCP: Robert L Schuchardt
Appointment Facility: College Park ALC

**04/15/2014**                                    **PROGRESS NOTES: Bruce L. Pfuetze, MD**

### Current Medications
Pepcid 20 MG Tablet 1 tablet Twice a day
Triamcinolone Acetonide 0.5 % Cream 1
application to affected area Twice a day
Probiotic Capsule as directed
Patanase 0.6 % Solution 1 spray QD
Ventolin HFA 108 (90 Base) MCG/ACT
Aerosol Solution 2 puffs as needed every 4 hrs
Medication List reviewed and reconciled with
the patient

### Past Medical History
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

### Surgical History
Gall bladder removal 05/2012
Sinus surgery 1999
Laminectomy 2008
Colonoscopy 2011

### Family History
Father: alive diabetes mellitus, hypertension
Mother: alive Good health, auto immune
disease, pollymyalgia
Sister1: alive Good health
Children: alive
Spouse: alive Good health

### Social History
Household:
Household  Marital status: married x11years,
Number of children in household: 2 children.

Occupation:
Occupation: engineer.
Habits:

### Reason for Appointment
1. Wkin allergies

### History of Present Illness
New symptom(s):
   This 52-year-old male was seen as a work in for acute symptoms
which have been present for about one week and involve his esophagus
and stomach. I had spoken with Craig (see note 04/11/2014) and
thought he was perhaps reacting to his probiotic and discontinued that. 
I suggested he continue taking his Pepcid AC on a p.r.n. basis as this
seemed to help symptoms and use Allegra 180 one daily for allergy. He
reports he has not improved any however last night he took Nizoral
200 mg one quarter tablet in the evening and feels much better today
with his respiratory symptoms and esophagus and gastric symptoms..
he says he has used Nizoral 200 mg 1 daily successfully for yeast
overgrowth of his GI tract but after 3 or 4 days he develops side effects
from this medication and/or yeast overgrowth. The Allegra did not
seem to help his symptoms and possibly made worse.

### Vital Signs
Wt 160 lbs, Ht 73 in, BMI 21.11 Index, BP 98/60 mm Hg, HR 68 / min,
Temp 97.9 F, Oxygen Sat 99 %.

### Examination
General Examination:
   Gen. appearance: Somewhat pale and thin and depressed and
anxious. Eyes: 2+ allergic shiners. TMs normal. Nose: Moderately
swollen pale boggy nasal mucosa without polyps or purulent mucus.
Mouth and pharynx: Normal with no whitish exudate of pharynx or
throat. Lungs: Normal breath sounds bilaterally without wheezing or
rhonchi. Skin: Slight erythematous rash of mid back area bilaterally
with minimal excoriations.

### Assessments
1. Candida esophagitis - 112.84 (Primary)
2. GERD (gastroesophageal reflux disease) - 530.81
3. Recurrent sinusitis - 473.9
4. Seasonal allergies - 477.9
5. Gastritis - 535.50

Patient: Parker, Craig B   DOB: ███ 1961   Progress Note: Bruce L. Pfuetze, MD   04/15/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://ecwapplb:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encounter...   1/12/2015

AR 439

Tobacco Use/Smoking: Smoker.:
nonsmoker . Alcohol Screen use:
**Past** . Caffeine use: no.
<u>Diet/Exercise:</u>
Diet: TRYING TO INCREASE:, fiber,
TRYING TO LIMIT:, fat. Exercise: does not
exercise regularly.
<u>Miscellaneous:</u>
Pets: 1 dog.

## Allergies
Prevacid: dizzy: Allergy
Protonix: dizzy: Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache: Allergy

## Hospitalization/Major
## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
See ROS in chart.

## Preventive Medicine
Summary comment: Craig's symptoms of Candida esophagitis/gastritis
have dramatically improved with Nizoral 200 mg one quarter tablet
within 12 hours. I recommended that he take this dose daily for 4 days
and if his symptoms are under control to discontinue it. If needed he
could continue this for another 3-4 days. He will followup with
Dr.Schuchardt next week to recheck his liver function studies. He will
continue Ventolin one spray Q4H p.r.n. which has been helpful for
chest symptoms without side effects. If Craig's allergy symptoms or
other problems are not controlled he will contact me. I also gave him
the name of an allergist who does deal with chemical sensitivities, Dr.
Cynthia Romito and said that she might be able to help him with this
very difficult problem. He is having symptoms with many chemicals as
well as inhalant allergens.

## Follow Up
6 Months

*BPfuetze MD*

**Electronically signed by Bruce Pfuetze , MD on 05/09/2014 at
09:27 AM CDT**

**Sign off status: Completed**

**College Park ALC**
**11725 W 112th**
**Overland Park, KS 66210 2761**
**Tel: 913-469-5452**
**Fax: 913-338-1311**

Patient: Parker, Craig B    DOB:▮▮▮▮/1961    Progress Note: Bruce L. Pfuetze, MD    04/15/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**College Park Family
Care Center, P.A.**

*Compassionate, quality care.*

# Parker, Craig B

52 Y old Male, DOB: ▇▇ 1961
Olathe, KS-66061
Home: 913-829-9311
Guarantor: Parker, Craig B    Insurance: BCBS PC PPO
Payer ID: SB740
Appointment Facility: College Park STA

**04/10/2014**                     **Progress Notes:  Robert L. Schuchardt, MD**

## Current Medications

Pepcid 20 MG Tablet 1 tablet Twice a day
Triamcinolone Acetonide 0.5 % Cream 1
application to affected area Twice a day
Probiotic Capsule as directed
Patanase 0.6 % Solution 1 spray QD
Medication List reviewed and reconciled with
the patient

## Past Medical History

Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

## Surgical History

Gall bladder removal 05/2012
Sinus surgery 1999
Laminectomy 2008
Colonoscopy 2011

## Family History

Father: alive diabetes mellitus, hypertension
Mother: alive Good health, auto immune
disease, pollymyalgia
Sister 1: alive Good health
Children: alive
Spouse: alive Good health

## Social History

Household:
Household  Marital status: married x11years,
Number of children in household: 2 children.

Occupation:
Occupation: engineer .
Habits:
Tobacco Use/Smoking Smoker::
nonsmoker .
Alcohol Screen

## Reason for Appointment

1. Food sensitivities

## History of Present Illness

History of Present Illness:
    Problem 1: Patient is here to follow up on ongoing multiple food and medication sensitivities. Patient states this has worsened in severity and he cannot eat some things which he has previously been able to eat. Patient states has been seen by gastroenterology and allergy. States had worsening of symptoms. His complaint of increased reactions with me in foods. Has complaint of some increased fatigue. States had multiple reactions to antibiotics and to foods. Has been unable to cope with the diagnosis. Has attempted changing diet without improvement. Had recent EGD performed per gastroenterology and results reviewed. Patient's complaint of increased "acid reflux" over the past week..
    Problem 2: Sinusitis. Patient's complaint of increased sinus pressure congestion drainage present discolored drainage and fatigue. States would like to begin an antibiotic. Has had difficulty tolerating a bikies in the past. Has done well on Ceftin. Would like a refill of this. Denies other concerns..

## Vital Signs

Wt 162.4 lbs, Ht 73 in, BMI 21.42 Index, BP 116/75 mm Hg, HR 76 /min, Temp 98.3 F.

## Examination

General Examination:
    GENERAL APPEARANCE: well developed, well nourished, alert, in no acute distress.
    HEAD: normocephalic, atraumatic.
    EYES: extraocular movement full and smooth, conjunctiva clear.
    NOSE: nares patent.
    THROAT: tonsils normal, no exudate, pharynx normal.
    NECK/THYROID: neck supple, full range of motion.
    LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.
    CHEST: no costochondral tenderness, no gross rib deformity.
    HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs, rubs, gallops.
    ABDOMEN: soft, nontender.
    EXTREMITIES: full range of motion.

Patient: Parker, Craig B    DOB:▇▇ 1961    Progress Note: Robert L. Schuchardt, MD    04/10/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://ecwapplb:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encounter...    1/12/2015

AR 441

use: *Past*
Caffeine use: no.

## Allergies
Prevacid: dizzy: Allergy
Protonix: dizzy: Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache: Allergy

## Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
General/Constitutional:
    Chills denies. Fever denies.
Respiratory:
    Cough denies.
Cardiovascular:
    Chest pain denies.
Gastrointestinal:
    Abdominal pain denies.

NEUROLOGIC: alert and oriented, gait normal.
PSYCH: alert, oriented, cognitive function intact, cooperative with exam.

## Assessments
1. Sinusitis - 473.9 (Primary)
2. Fatigue - 780.79

## Treatment
### 1. Sinusitis
Start Ceftin Tablet, 250 MG, 1 tablet, Orally, every 12 hrs, 10 day(s), 20, Refills 1
Recommend Nettie pot. Flonase nasal spray. Sinusitis instructions. See back in office for followup and reevaluation if not improved.

### 2. Fatigue
Recommend referral back to allergist. Recommend neurology referral. See back in office for followup if further complaint. Patient had FMLA papers today to be completed.
Referral To:Laura Reilly    Neurology
        Reason:fatigue

### 3. Others
Start Ventolin HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs as needed, Inhalation, every 4 hrs, 30 days, 30 day supply, Refills 2

## Follow Up
prn

**Electronically signed by Robert Schuchardt , MD on 04/18/2014 at 12:13 PM CDT**

**Sign off status: Completed**

**College Park STA**
**15101 Glenwood Ave**
**Stanley, KS 662233154**
**Tel: 913-681-8866**

Patient: Parker, Craig B   DOB: ████ 1961   Progress Note: Robert L. Schuchardt, MD   04/10/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eclinicalworks.com)*