Fax: 913-338-1311

Patient: Parker, Craig B   DOB ███ 1961   Progress Note: Robert L. Schuchardt, MD   04/10/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



College Park Family
Care Center, P.A.
*Compassionate, quality care.*

**Parker, Craig B**
52 Y old Male, DOB: ██████1961
Olathe, KS-66061
Home: 913-829-9311
Guarantor: Parker, Craig B   Insurance: BCBS PC PPO
Payer ID: SB740
PCP: Robert L Schuchardt
Appointment Facility: College Park ALC

**04/01/2014**                    **PROGRESS NOTES: Bruce L. Pfuetze, MD**

## Current Medications
Pepcid 20 MG Tablet 1 tablet Twice a day
Triamcinolone Acetonide 0.5 % Cream 1
application to affected area Twice a day
Patanase 0.6 % Solution 1 spray QD
Probiotic Capsule as directed
Medication List reviewed and reconciled with
the patient

## Past Medical History
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

## Surgical History
Gall bladder removal 05/2012
Sinus surgery 1999
Laminectomy 2008
Colonoscopy 2011

## Family History
Father: alive diabetes mellitus, hypertension
Mother: alive Good health, auto immune
disease, pollymyalgia
Sister1: alive Good health
Children: alive
Spouse: alive Good health

## Social History
Household:
Household Marital status: married x11years,
Number of children in household: 2 children.

Habits:
Tobacco Use/Smoking Smoker::
nonsmoker . Alcohol Screen use:
 Past .Caffeine use: no.
Miscellaneous:

## Reason for Appointment
1. Recheck - allergies

## History of Present Illness
New symptom(s):
     This 52-year-old male was seen for annual recheck for evaluation
for inhalant allergy and food allergy. He also has recurrent sinusitis
and low pneumococcal antibody titers. Medications were reviewed and
chart was reviewed. He continues to struggle with bacteria and yeast
overgrowth problems in his small intestine. He is sensitive to sugars,
grains, milk and milk products. In the past 12 months he only had one
sinus infection. Since receiving the pneumococcal vaccine this has
helped his recurrent sinusitis problems. We reviewed his diet and I
gave him information on calcium supplementation and requirement.

## Vital Signs
Wt 165 lbs, Ht 73 in, BMI 21.77 Index, BP 110/60 mm Hg, HR 77 / min,
Oxygen Sat 98 %.

## Examination
General Examination:
     Eyes: 1-2+ allergic shiners. TMs normal. Nose: Moderately swollen
slightly pale bluish nasal mucosa. Mouth and pharynx: Normal. Lungs:
Normal breath sounds bilaterally. Skin: No eczema or allergic rash at
this time.

## Assessments
1. Seasonal allergies - 477.9 (Primary)
2. Sinusitis - 473.9
3. Food allergy - 995.7
4. GERD (gastroesophageal reflux disease) - 530.81

## Treatment
**1. Seasonal allergies**
Refill Patanase Solution, 0.6 %, 1 spray, Nasally, QD, 1, Refills 12

## Preventive Medicine
Summary comment: Craig continues to do reasonably well with his
inhalant allergy and food sensitivities. Today we discussed calcium
supplementation and I gave him information regarding Prevnar 13 and
discuss this and recommended that for him. Medication refilled.

---

Patient: Parker, Craig B   DOB: ████1961   Progress Note: Bruce L. Pfuetze, MD   04/01/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eclinicalworks.com)*

Pets: 1 dog.

## Allergies

Prevacid: dizzy: Allergy
Protonix: dizzy: Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache: Allergy

## Hospitalization/Major
## Diagnostic Procedure

Denies Past Hospitalization

## Review of Systems

See ROS in chart.

**Follow Up**
1 Year

**Electronically signed by Bruce Pfuetze , MD on 05/09/2014 at 09:26 AM CDT**

**Sign off status: Completed**

**College Park ALC**
**11725 W 112th**
**Overland Park, KS 66210 2761**
**Tel: 913-469-5452**
**Fax: 913-338-1311**

Patient: Parker, Craig B    DOB: ███ 1961    Progress Note: Bruce L. Pfuetze, MD    04/01/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**College Park Family Care Center, P.A.**

*Compassionate, quality care.*

**Parker, Craig B**

52 Y old Male, DOB: ████ 1961
Olathe, KS-66061
Home: 913-829-9311
Guarantor: Parker, Craig B   Insurance: BCBS PC PPO
Payer ID: SB740
Appointment Facility: College Park STA

**03/24/2014**                    **Progress Notes:  Robert L. Schuchardt, MD**

## Current Medications

Veramyst 27.5 MCG/SPRAY Suspension 1 puff in each nostril Once a day
Pepcid 20 MG Tablet 1 tablet Twice a day
Medication List reviewed and reconciled with the patient

## Past Medical History

Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight

## Surgical History

Gall bladder removal 05/2012
Sinus surgery 1999
Laminectomy 2008
Colonoscopy 2011

## Family History

Father: alive diabetes mellitus, hypertension
Mother: alive Good health, auto immune disease, pollymyalgia
Sister1: alive Good health
Children: alive
Spouse: alive Good health

## Social History

Household:
Household  Marital status: married x11years,
Number of children in household: 2 children.

Habits:
Tobacco Use/Smoking  Smoker::
nonsmoker .
Alcohol Screen
    use: *Past*
Caffeine use: no.

## Allergies

## Reason for Appointment

1. F/U Weight loss

## History of Present Illness

History of Present Illness:
    Problem 1: rash on left arm Patient for recent itching rash about the left wrist. Has been using hydrocortisone p.r.n. over-the-counter without improvement. Denies other recent complaint. Denies known contact with poison ivy..
    Problem 2: Esophagitis. Patient was seen for evaluation but by gas ROM is present improvement of symptoms. States he is told he had esophageal fungal infection..

## Vital Signs

Wt 169 lbs, Ht 73 in, BMI 22.29 Index, BP 108/64 mm Hg, HR 68 / min.

## Examination

General Examination:
    GENERAL APPEARANCE: well developed, well nourished, alert, in no acute distress.
    HEAD: normocephalic, atraumatic.
    EYES: extraocular movement full and smooth, conjunctiva clear.
    NOSE: nares patent.
    THROAT: tonsils normal, no exudate, pharynx normal.
    NECK/THYROID: neck supple, full range of motion.
    SKIN: Erythematous vesicular rash over the left wrist..
    LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.
    CHEST: no costochondral tenderness, no gross rib deformity.
    HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs, rubs, gallops.
    ABDOMEN: soft, nontender.
    EXTREMITIES: full range of motion.
    NEUROLOGIC: alert and oriented, gait normal.
    PSYCH: alert, oriented, cognitive function intact, cooperative with exam.

## Assessments

1. Dyslipidemia - 272.4 (Primary)
2. Prediabetes - 790.29
3. Prostate cancer screening - V76.44

---

Patient: Parker, Craig B   DOB: ████ 1961   Progress Note: Robert L. Schuchardt, MD   03/24/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Prevacid: dizzy: Allergy
Protonix: dizzy: Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache: Allergy

**Review of Systems**

General/Constitutional:
   Chills denies. Fever denies.
Respiratory:
   Cough denies.
Cardiovascular:
   Chest pain denies.
Gastrointestinal:
   Abdominal pain denies.

4. Screening for iron deficiency anemia - V78.0
5. Screening for hypothyroidism - V77.0
6. Vitamin D deficiency - 268.9
7. Rash - 782.1

**Treatment**

**1. Dyslipidemia**
   LAB: Fasting Lipid Panel**LC098657 (Ordered for 07/24/2014)
   LAB: C-Reactive Protein, Cardiac**LC120766 (Ordered for 07/24/2014)

**2. Prediabetes**
   LAB: CMP Comp Metabolic Panel**LC322000 (Ordered for 07/24/2014)
   LAB: A1c Hemoglobin A1c**LC001453 (Ordered for 07/24/2014)
   LAB: Urinalysis complete(w/micro)**LC003772 (Ordered for 07/24/2014)

**3. Prostate cancer screening**
   LAB: PSA**LC010322 (Ordered for 07/24/2014)

**4. Screening for iron deficiency anemia**
   LAB: CBC (Includes Diff/Plt)**LC5009 (Ordered for 07/24/2014)

**5. Screening for hypothyroidism**
   LAB: TSH**LC004259 (Ordered for 07/24/2014)

**6. Vitamin D deficiency**
   LAB: Vitamin D, 25-Hydroxy**LC081950 (Ordered for 07/24/2014)

**7. Rash**
Start Triamcinolone Acetonide Cream, 0.5 %, 1 application to affected area, Externally, Twice a day, 30 days, 15 g, Refills 3
Will begin on triamcinolone cream p.r.n. See back in office if not improved.

**8. Others**
Obtain fasting laboratory. With obtain results will records from gastro-allergies. Recommend followup in office for annual physical in 3 months.

**Follow Up**
4 Months

*[signature]* Robert Schuchardt MD

Patient: Parker, Craig B   DOB: ████ 1961   Progress Note: Robert L. Schuchardt, M D   03/24/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Electronically signed by Robert Schuchardt , MD on 04/07/2014 at 05:08 PM CDT**

**Sign off status: Completed**

College Park STA
15101 Glenwood Ave
Stanley, KS 662233154
Tel: 913-681-8866
Fax: 913-338-1311

Patient: Parker, Craig B    DOB: ███ 1961    Progress Note: Robert L. Schuchardt, MD    03/24/2014

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Patient Name:** Parker, Craig B
**Date of Birth:** ▮▮▮▮ 1961
**Telephone:** 913-829-9311

**College Park CPK**
**11725 W 112th Street**
**Overland Park, KS - 66210**
**913-338-1311**

| Paraneoplastic Profile 1 LC808968 | |
|---|---|
| COLLECTION DATE | 05/27/2014 |
| ORDER DATE | 05/27/2014 |
| RESULT DATE | 06/02/2014 |
| ORDERING PHYSICIAN | Reilly, Laura |
| Anti-Ri Antibodies* | < 1:10 ( Titer) |
| Anti-Yo Antibodies* | < 1:10 ( titer) |
| Anti-Hu Antibodies* | < 1:10 ( Titer) |

| Vitamin D, 25-Hydroxy** LC081950 | |
|---|---|
| COLLECTION DATE | 04/30/2014 |
| ORDER DATE | 04/30/2014 |
| RESULT DATE | 05/01/2014 |
| ORDERING PHYSICIAN | Schuchardt, Robert |
| Vitamin D, 25-Hydroxy | 29.2 (30.0-100.0 ng/mL) L |

| Fasting Lipid Panel** LC098657 | |
|---|---|
| COLLECTION DATE | 04/30/2014 |
| ORDER DATE | 04/30/2014 |
| RESULT DATE | 05/01/2014 |
| ORDERING PHYSICIAN | Schuchardt, Robert |
| LDL/HDL Ratio | 1.5 (0.0-3.6 ratio units) |
| T. Chol/HDL Ratio | 2.8 (0.0-5.0 ratio units) |
| LDL Cholesterol Calc | 75 (0-99 mg/dL) |
| VLDL Cholesterol Cal | 15 (5-40 mg/dL) |
| HDL Cholesterol | 51 (>39 mg/dL) |
| Cholesterol, Total | 141 (100-199 mg/dL) |
| Triglycerides | 74 (0-149 mg/dL) |

| C-Reactive Protein, Cardiac** LC120766 | |
|---|---|
| COLLECTION DATE | 04/30/2014 |
| ORDER DATE | 04/30/2014 |
| RESULT DATE | 05/01/2014 |
| ORDERING PHYSICIAN | Schuchardt, Robert |
| C-Reactive Protein, Cardiac | 0.29 (0.00-3.00 mg/L) |

| TSH** LC004259 | |
|---|---|
| COLLECTION DATE | 04/30/2014 |
| ORDER DATE | 04/30/2014 |
| RESULT DATE | 05/01/2014 |
| ORDERING PHYSICIAN | Schuchardt, Robert |

Patient: Parker, Craig B     DOB: ▮▮▮▮ 1961

| TSH | 1.690 (0.450-4.500 uIU/mL) |
|---|---|

| CMP Comp Metabolic Panel** LC322000 | |
|---|---|
| COLLECTION DATE | 04/30/2014 |
| ORDER DATE | 04/30/2014 |
| RESULT DATE | 05/01/2014 |
| ORDERING PHYSICIAN | Schuchardt, Robert |
| A/G Ratio | 2.4 (1.1-2.5 ) |
| eGFR If NonAfricn Am | 101 ( >59 mL/min/1.73) |
| ALT (SGPT) | 33 (0-44 IU/L) |
| AST (SGOT) | 23 (0-40 IU/L) |
| Bilirubin, Total | 0.3 (0.0-1.2 mg/dL) |
| Globulin, Total | 1.9 (1.5-4.5 g/dL) |
| Albumin, Serum | 4.6 (3.5-5.5 g/dL) |
| Protein, Total, Serum | 6.5 (6.0-8.5 g/dL) |
| BUN/Creatinine Ratio | 27 (9-20 ) H |
| Alkaline Phosphatase, S | 74 (39-117 IU/L) |
| Calcium, Serum | 9.0 (8.7-10.2 mg/dL) |
| Creatinine, Serum | 0.83 (0.76-1.27 mg/dL) |
| Glucose, Serum | 86 (65-99 mg/dL) |
| Sodium, Serum | 139 (134-144 mmol/L) |
| Potassium, Serum | 4.1 (3.5-5.2 mmol/L) |
| Chloride, Serum | 102 (97-108 mmol/L) |
| Carbon Dioxide, Total | 23 (19-28 mmol/L) |
| BUN | 22 (6-24 mg/dL) |
| eGFR If Africn Am | 117 ( >59 mL/min/1.73) |

| A1c Hemoglobin A1c** LC001453 | |
|---|---|
| COLLECTION DATE | 04/30/2014 |
| ORDER DATE | 04/30/2014 |
| RESULT DATE | 05/01/2014 |
| ORDERING PHYSICIAN | Schuchardt, Robert |
| Hemoglobin A1c | 5.1 (4.8-5.6 %) |

| PSA** LC010322 | |
|---|---|
| COLLECTION DATE | 04/30/2014 |
| ORDER DATE | 04/30/2014 |
| RESULT DATE | 05/01/2014 |
| ORDERING PHYSICIAN | Schuchardt, Robert |
| Prostate Specific Ag, Serum | 0.8 (0.0-4.0 ng/mL) |

| Urinalysis complete(w/micro)** LC003772 | |
|---|---|
| COLLECTION DATE | 04/30/2014 |
| ORDER DATE | 04/30/2014 |
| RESULT DATE | 05/01/2014 |

Patient: Parker, Craig B    DOB: █████ 1961

| ORDERING PHYSICIAN | Schuchardt, Robert |
|---|---|
| Appearance | Clear (Clear ) |
| Bacteria | None seen (None seen/Few ) |
| Bilirubin | Negative (Negative ) |
| Epithelial Cells (non renal) | None seen (0 - 10 /hpf) |
| Glucose | Negative (Negative ) |
| Ketones | Negative (Negative ) |
| Microscopic Examination | Comment ( ) |
| Microscopic Examination | See below: ( ) |
| Nitrite, Urine | Negative (Negative ) |
| Occult Blood | Negative (Negative ) |
| pH | 6.0 (5.0-7.5 ) |
| Protein | Negative (Negative/Trace ) |
| RBC | None seen (0 - 3 /hpf) |
| Specific Gravity | 1.013 (1.005-1.030 ) |
| Urine-Color | Yellow (Yellow ) |
| Urobilinogen, Semi-Qn | 0.2 (0.0-1.9 mg/dL) |
| WBC | 0-5 (0 - 5 /hpf) |
| WBC Esterase | Negative (Negative ) |

| CBC (Includes Diff/Plt)**LC5009 | |
|---|---|
| COLLECTION DATE | 04/30/2014 |
| ORDER DATE | 04/30/2014 |
| RESULT DATE | 05/01/2014 |
| ORDERING PHYSICIAN | Schuchardt, Robert |
| Baso (Absolute) | 0.0 (0.0-0.2 x10E3/uL) |
| Basos | 1 (0-3 %) |
| Eos | 5 (0-5 %) |
| Eos (Absolute) | 0.2 (0.0-0.4 x10E3/uL) |
| Hematocrit | 44.2 (37.5-51.0 %) |
| Hemoglobin | 14.4 (12.6-17.7 g/dL) |
| Immature Grans (Abs) | 0.0 (0.0-0.1 x10E3/uL) |
| Immature Granulocytes | 0 (0-2 %) |
| Lymphs | 29 (14-46 %) |
| Lymphs (Absolute) | 1.3 (0.7-3.1 x10E3/uL) |
| MCH | 30.8 (26.6-33.0 pg) |
| MCHC | 32.6 (31.5-35.7 g/dL) |
| MCV | 95 (79-97 fL) |
| Monocytes | 9 (4-12 %) |
| Monocytes(Absolute) | 0.4 (0.1-0.9 x10E3/uL) |
| Neutrophils | 56 (40-74 %) |
| Neutrophils (Absolute) | 2.4 (1.4-7.0 x10E3/uL) |
| Platelets | 204 (155-379 x10E3/uL) |
| RBC | 4.67 (4.14-5.80 x10E6/uL) |
| RDW | 14.2 (12.3-15.4 %) |

Patient: Parker, Craig B    DOB: ███ 1961

| WBC | 4.4 (3.4-10.8 x10E3/uL) |

Patient: Parker, Craig B    DOB: ████ 1961

Parker, Craig B, M. ▆▆▆ 1961

College Park IMG
10600 Mastin , Overland Park, KS 662125723
913-956-4200

913-829-9311  **MRN:** ParkCr-00

Accession Id: 1489856

| Order Date: 05/16/2014 | Procedure: 05/16/2014 00:00:00 | Transcribed: 05/16/2014 14:57:00 |

Requesting Physician: Schuchardt, Robert L  Ordering Physician: Schuchardt, Robert

# MR Brain with and without contrast (CPFCC IMG)

REPORT

## Exam:

EXAMINATION:
MRI brain without and with IV contrast

INDICATION:
53-year-old male with history of fungal sinusitis. Complains of double vision and lightheadedness.

COMPARISON:
MRI brain July 12, 2012.

PROCEDURE:
Routine MR scan of the brain was performed before and after the intravenous administration of 15 cc OptiMARK contrast.

RESULTS:
The midline ventricular system is normal in size, contour and configuration. There is no abnormal mass effect or midline shift. No abnormal intra-or extra-axial masses or fluid collections are identified. Diffusion-weighted images demonstrate no evidence of acute infarct. Signal intensity this regard hemispheric white matter is normal. The VII-VIII cranial nerve complexes, globes and optic nerves are normal. Normal vascular flow voids are demonstrated at the skull base. There is a very minimal bilateral maxillary and ethmoid sinus mucosal thickening. There is an extremely small right maxillary sinus air-fluid level. Postcontrast images demonstrate a normal pattern of enhancement.

IMPRESSION:
1. No intracranial abnormality is identified.
2. Minimal maxillary and ethmoid sinus mucosal thickening. Tiny right maxillary sinus air-fluid level.

Electronically Signed By: JOHN S. YUNGMEYER, M.D.

Parker, Craig B , M. ▆▆ 1961

Accession ID: 1489856

REPORT

Parker, Craig B , M,███1961                                                        Accession ID: 1489856

Tickborne illness confirmed
Craig or Amy Parker
to:
Michelle.Annette.Doucette
01/21/2015 12:41 AM
Cc:
stephanie.prell
Show Details

Hi Michelle,

I had my follow-up office visit with tick specialist Diana Smith today and she has updated my records to document today's visit.  Testing has confirmed that I likely do have Lyme disease and associated tickborne coinfections.  And a SPECT brain scan from KU Medical Center has confirmed lack of blood flow to certain areas of the brain which causes much of the cognitive dysfunction that I have experienced.  This loss of blood flow is consistent with tickborne illness.

This illness is treatable, but takes many months or even years to see improvement, and it is often never completely cured.  As devastating as the news is to me (not to mention the medical expenses), I am pleased to finally know the root cause of my health problems.  I hope that this new info will allow you to move forward with my disability claim.

Thanks,
Craig Parker

The University Of Kansas Hospital
3901 Rainbow Blvd.
Kansas City, Kansas 66160
Department of Radiology

**RADIOLOGY REPORT**

PATIENT NAME: CRAIG B  PARKER                          MEDICAL RECORD #: 1217965
BIRTHDATE: ____/1961                                   SEX: M CLASS: Outpatient
REFERRING AGENCY:                                      ROOM/BED:
ADMITTING DIAGNOSIS:  780.93  333.1  337.1  346.22  046.9
INSURANCE: BCBS KC
ADMISSION #: E02016173

| ORDERING DOCTOR | ATTENDING DOCTOR | REFERRING DOCTOR |
|---|---|---|
| DIANA SMITH | DIANA SMITH | DIANE SMITH |
|  | 1948 E SANTE FE ST | 1948 E SANTA FE ST |
|  | STE H | STE H |
|  | OLATHE, KS. 66062 | OLATHE, KS. 66062 |
| PHONE #: (913) 221-0750 | PHONE #: (913) 221-0750 | PHONE #: (913) 221-0750 |
| BEEPER: | BEEPER: | |
| FAX #: | FAX #: (913) 221-0751 | |

Dr. Yap has personally reviewed these images and formulated the interpretations and
opinions expressed in this report.

Tomographic slices were rendered into a cortical perfusion mapping report using the
NeuroGam analysis. Significant decreased perfusion is seen within the anterior and medial
aspect of the bilateral temporal lobes, greatest affecting the temporal lobe tips, more
pronounced on the left than right. There is also mild to moderate decreased perfusion of
the most inferior aspect of the bilateral frontal lobes, greatest medially and slightly
more pronounced on the right, though to a lesser degree relative to the temporal lobes.

Age matched cortical map shows significant decreased perfusion of the bilateral temporal
lobes, up to three and four standard deviations when compared to age match population
data. The left temporal lobe tip is the greatest affected region with slightly more
prominent decreased perfusion and mildly larger surface area involvement relative to the
right. Mildly decreased perfusion in the bilateral inferior frontal lobes is 2 to 3
standard deviations below the age-matched population, slightly greater on the right.


IMPRESSION:

**MILD DECREASED PERFUSION IN THE INFERIOR FRONTAL LOBES AND MODERATE TO MARKED DECREASED
PERFUSION IN THE BILATERAL TEMPORAL LOBES, GREATER ON THE LEFT. THESE FINDINGS CAN BE SEEN
IN FRONTOTEMPORAL DEMENTIA, CLINICAL CORRELATION IS RECOMMENDED.**

Residents: BRANDY CONNER  D.O.
Electronically signed on: Dec 22 2014  8:00PM by WENDELL YAP


By my electronic signature, I attest that I have personally reviewed the images for this
examination and formulated the interpretations and opinions expressed in this report.


Dictated on: Dec 22 2014 10:13AM
Transcribed on: Dec 22 2014 10:13AM        Last Corrected by n/a on: Dec 22 2014 10:13AM
Electronically signed on: Dec 22 2014  8:00PM by WENDELL YAP
Printed on: December 23, 2014 (4:30AM)    Page: 2 of 2                    RADRPT

## MED PSYCH REFERRAL

Work Type
   Medical Opinion

| Claim Control #: | Claim Status: | Claim Type: |
|---|---|---|
| 091014-05930-00 | Pending Approval | LTD |

| Policy #: | Cert #: | Group Office: |
|---|---|---|
| 231948 | 514781613 | LOWER MIDWEST |

| Last Name: | First Name: | Claim Office: |
|---|---|---|
| PARKER | CRAIG | Boston |

Last Payment Date:
   15/Jul/2014

| Start Date: | Due Date: | Priority: |
|---|---|---|
| 27/Jan/2015 | 29/Jan/2015 | 2 |

| Created Date: | 27/Jan/2015 | Referred By: | Michelle Doucette |
|---|---|---|---|
| Sex: | Male | City: | OLATHE |
| Age at Referral: | | Province/State: | KS |
| Home Phone Num: | (913) 829-9311 | | |
| Job/Occupation Title: | | Job/Occupation On File: | |

Regularly scheduled work week:
   Days per week:                               Hours per day:

| Disability Date: | 7/Apr/2014 | Transition Date STD/ECI to LTD: | |
|---|---|---|---|
| LTD Change of Def Date: | | Employment Date: | 1/Jan/2000 |

| Primary Diagnosis: | Cholera |
|---|---|

Secondary Diagnosis:

Attending Physicians Name:
   Specialty:
   Telephone No:
   Ext:

Other Attending Physicians Name:
   Specialty:
   Telephone No:
   Ext:

Other Attending Physicians Name:
   Specialty:
   Telephone No:
   Ext:

Other Attending Physicians Name:
   Specialty:
   Telephone No:
   Ext:

### REASON FOR REFERRAL

Reason for Referral:
FILE PRIORITY: 2

Craig Parker

AGE: 53

DOD: 04/05/14

OCCUPATION:    Engineering team lead (light)

DIAGNOSIS: Original dx given Chronic Fatigue and Fibromyalgia however email from EE stated:
"I had my follow-up office visit with tick specialist Diana Smith today and she has updated my records to document today's visit.  Testing has confirmed that I likely do have Lyme disease and associated tickborne coinfections."

*To date I have not received a copy of any office notes from the Specialist Diana Smith

BRIEF OUTLINE OF AVAILABLE MEDICAL DATA (including treatment provider name, specialty, date of notes, operating reports/diagnostics):

• See RN Bethany Drabik prior review of 12/29/14 –recommended additional notes be obtained
Please see letter dated 1/21/15 from Dr. Brown
Emails from the employee in medical folder and general folder
Dr. Wallace notes –Sabates Eye Center (26 pages)
Dr. Reilly's notes –College Park Neurology (50 pages)
Questions for Medical Consultants:

1.  Based on the additional medical available does the documentation support that the extent of Mr. Parker's impairments preclude him from sustaining a light capacity from April 5, 2014 to the present?
2. It appears the employee may have been working with this condition for a while, does the additional documentation help clarify what may have changed on or around April 2014 to prevent the employee from doing his pre-disability level of function? Explain.
3. Based on the additional medical data available does the documentation support that the extent of Mr. Parker's impairments would preclude him from sustaining a sedentary capacity from April 5, 2014 to anytime to the present?
Special Reply Instructions For Medical Consultant/Support Staff:

---

## MEDICAL CONSULTANT RESPONSE

Response Created Date:        02/10/2015        Created By:        Anita Bolster
Medical Consultants Comments:

Claimant Name: Craig Parker
Benefit Analyst: Michelle Doucette
Claim #: 091014 05930 00

MEDICAL INFORMATION REVIEWED:
Documentation in D Map
Dr. Michael Brown – Integrative Medicine
Dr. Robert Schuchardt – Family Medicine
Dr. Bruce Pfuetz – Allergist
Dr. Billi Wallace – Ophthalmologist
Dr. Laura Reilly – Neurologist

SUMMARY OF DATA:
This 53 year old male Engineering Team Leader has a DOD of 4.7.2014.  Records from Dr. Pfuetz, Allergist dated 4.1.2014 reveal that he is seen for annual recheck for known inhalant and food allergies.  It is noted that he continues to struggle with bacteria and yeast overgrowth in the small intestines.  He has also had recurrent sinus infections but since receiving pneumonia vaccine this has reduced the frequency.  Dr. Pfuetz adds that he is doing reasonably well at this time.  He did recommend the Prevnar vaccine (another pneumonia vaccine) and provided refills on his current medications.

He was then seen on 4.10.2014 by Dr. Schuchardt, Family Medicine reporting worsening of food and medication allergies.  He reports increased reaction to some foods that he had been able to eat but now he cannot.  He reports increased fatigue as well.  He is working on changing his diet and recently underwent EGD but the results are not noted.  He does have GERD and states these symptoms have worsened over the past week.  In addition, he complains of increased sinus pressure and discolored drainage.  Dr. Schuchardt prescribed Ceftin as he had been able to tolerate this in the past.  He was referred back to the Allergist and he also recommended a referral to Neurology for his complaints of fatigue.  Dr. Schuchardt completed FMLA forms on this day.

On 4.15.2014 he returned to Dr. Pfuetz, Allergist for acute symptoms.  He recalls talking to him when he was last se

en suggesting that he may be reacting to the Probiotic he was taking and recommended that he stop. He was also advised to continue Pepcid and Allegra. He reports no improvement although he did admit to taking Nizoral 200 mg ¼ tablet and reports feeling much better on this day. He is advised to take this dose for another 4 days and then if he improves, stop it. He gave him the name of an Allergist who deals with chemical sensitivities as well.

He returned to Dr. Schuchardt on 4.22.2014 requesting prescription for a different antifungal medication as he feels he has a recurrent esophageal infection. He was prescribed Lamisil 250 mg daily for 7 days, repeating every 3 months.

He is then seen on 5.7.2014 in consultation by Dr. Reilly, Neurologist for complaints of fatigue and weakness. She documents his history of ongoing digestive problems, food allergies and medication allergies. He reports having difficulty going down stairs, feeling like the left leg does not move as he wants. He has a prior history of L5-S1 laminectomy in 2008. He noticed some problems about 6 months ago so a repeat lumbar MRI was done which did not show any scar formation. It is also noted that he had undergone a workup at Mayo for digestive concerns. It was felt that his symptoms were secondary to stress. He was referred to a Counselor who also felt that his unnamed GI problem was secondary to stress. He has also undergone a Rheumatology evaluation including lab tests which were all negative. She also noted that in 2012 he underwent GI evaluation including biopsy which was negative for Candida. Dr. Reilly recommended cognitive behavioral therapy. She also referred him to Pain Management for evaluation and treatment of nervous indigestion. She instructed him on leg exercises.

Then on 5.13.2014 he returned to Dr. Schuchardt with complaints of double vision. An MRI of the head and orbits was requested and he was referred to Ophthalmology and back to Neurology.

In a follow up visit with Dr. Reilly on 5.27.2014 she notes that he is seen for EMG studies. She is also notes his complaints of diplopia and generalized weakness. She indicates that he had previously seen Optometry and he was told that the double vision is due to 4th nerve palsy. Dr. Reilly requested those records as well as results of recent myasthenia panel that was performed the week prior. He reports that he has been lying flat for two weeks due to exhaustion.
He underwent the NCS/EMG of the left upper arm and the results were normal. She further explains that there is no evidence to suggest neuromuscular junction disorder. With regards to the 4th nerve palsy she recommended that he add omega-3 fatty acids to his diet and increase servings of whole fish. She then adds that he has a morbid preoccupation with food and he is seeing a Naturopath for treatment of yeast overgrowth. She states that she did not discuss the possibility of depression with him as she did not feel she had established a therapeutic relationship with him. She recommended that his PCP explore this issue as she feels this is the most obvious cause of his overall weakness.

On 5.30.2014 Dr. Schuchardt indicates that he is open to considering counseling for his history of anxiety and depression. He is scheduled for Neurocognitive testing. Dr. Schuchardt adds that he is out of work due to 4th nerve palsy. He is scheduled to see an Ophthalmologist. There is also mention that he was recently seen in the ER for GERD and treated with IV PPI. He requested dissolving Pevacid tablets as he is not able to tolerate the pills.

He returned to Dr. Reilly on 6.10.2014 and he reported that Dr. Brown, Naturopath started him on B12 and Folate and since then his double vision has improved (as one would expect). He also reports feeling less weak. Dr. Reilly notes that recent Paraneoplastic profile testing done on 5.27.2014 was negative. LFTs and renal panel were also normal. Rheumatology lab studies were also negative. He was recently seen for eye evaluation for new onset of left 4th nerve palsy. An MRI showed the 4th nerve was normal. There was mention of very minimal sinus disease. Dr. Reilly suspects that the nerve palsy is nutritional etiology and recommended that he focus on essentially puree and wide variety of foods for easy digestion and absorption.

Dr. Schuchardt referred him to KU Medical Center for further evaluation of his complaints of weakness and dizziness when he returned on 6.13.2014. He also reports continued double vision but he has not yet seen an Ophthalmologist, only an Optometrist.
On 8.4.2014 Dr. Schuchardt prescribed Ceftin for recurrent sinus pressure and drainage.

A letter from Dr. Wallace, Ophthalmologist dated 9.2.2014 indicates that he has been previously diagnosed with 4th nerve palsy but she also documents that the brain MRI was negative. He wore prism glasses for about 6 weeks and eventually the diplopia resolved. He has not had symptoms since early 7.2014. He was now dispensed progressive lenses without prism. He will return only as needed.

In a follow up visit with Dr. Pfuetze, Allergist on 9.10.2014 he reports having allergy symptoms whenever he eats including nasal congestion, upper bronchial congestion, wheezing, dizziness, ears ringing and eyes burning. He avoids mild and milk products. He states that he carries his son's EpiPen although he has never had a severe reaction he is fearful that he will. On exam he does have moderate swollen nasal mucosa but no polyps or purulent mucus.

Dr. Pfeutz recommended a referral to Dr. Romito for evaluation for chemical sensitivities and food allergies. He then adds that he did not prescribe an EpiPen as his history does not indicate that it is needed.

He returned to Dr. Schuchardt on 10.9.2014 indicating that he recently had sinus surgery with Dr. Ellis. He reported a sinus headache but there was no evidence of sinus infection. He was referred back to ENT and Allergist.

A brain CT done on 12.22.2014 revealed mild decreased perfusion in the inferior frontal lobes and moderate to marked decreased perfusion in the bilateral temporal lobes, greater on the left. These findings can be seen in frontotemporal dementia.

A letter from Dr. Brown, Integrative Medicine dated 1.11.2015 describes his conditions of fibromyalgia and chronic fatigue syndrome as well as other systemic endocrine imbalances and deficiencies. He has symptoms that vary from day to day such as flu-like symptoms, allergic reactions, debilitating muscle fatigue and spasms and pain that often restrict him to bed rest. There is also mention that he is being evaluated for possible Lyme disease.

QUESTIONS POSED BY BA WITH RATIONALES/CONCLUSIONS:
1. Based on the additional medical available does the documentation support that the extent of Mr. Parker's impairments would preclude him from sustaining a light capacity from April 5, 2014 to the present?
The updated records include records from his PCP, Allergist, Ophthalmologist and Neurologist as well as a letter from his Naturopathy. He has had chronic symptoms including recurrent sinus infections, reported food allergies, sensitivities to medications, complaints of muscle fatigue and weakness, and GERD. He claims to have recurrent esophageal fungal infections but biopsies were negative for function. He claims muscle weakness but EMG and brain MRI were negative. He reported double vision beginning around 5.2014 and diagnosed with possible 4th nerve palsy but MRI and EMG were normal. He wore prism glasses and started taking B12 and Folate and by early 7.2014 the symptoms resolved. There is also mention of Rheumatologic evaluation by labs also proved to be normal. There is some suggestion that his chronic symptoms may be resulting from anxiety and depression and thus he was referred to a psychiatrist.
While he has multiple vague complaints there is no objective evidence to support a level of impairment that would preclude his prior level of function except for a brief period when he reported onset of double vision in 5.2014 (though diagnostics were negative for 4th nerve palsy) through resolution of diplopia in early 7.2014 after he started B12 and Folate supplements.
2. It appears the employee may have been working with this condition for a while, does the additional documentation help clarify what may have changed on or around April 2014 to prevent the employee from doing his pre-disability level of function? Explain.
He was seen by his PCP on 4.10.2014 for complaints of sinus pressure and increased fatigue. Dr. Schuchardt completed FMLA forms on this day. While he did report these symptoms, he had been working with these complaints prior to stopping work. It was not until 5.13.2014 that he reported double vision. This issue resolved after starting B12 and Folate and wearing prism glasses. Symptoms resolved by early 7.2014.
3. Based on the additional medical data available does the documentation support that the extent of Mr. Parker's impairments would preclude him from sustaining a sedentary capacity from April 5, 2014 to anytime to the present?
While diagnostics were negative for 4th nerve palsy, he did have double vision that was resolved with supplements and prism glasses, so from 5.13.2014 when he reported symptoms through early 7.2014 he would have been precluded from engaging in any activity requiring vision including light and sedentary. There is no objective evidence to support impairment based on his other self- reported complaints including muscle weakness and fatigue. He has worked previously with sinus symptoms, GERD which had not changed on or around the DOD.

NAME/CREDENTIALS: Anita Bolster, RN, BS
Professional Disability Associates
DATE: 2.10.2015
Please feel free to contact me should you have any further questions. I can be reached at 207-229-3340 on Mondays, Tuesdays, Thursdays and Fridays.

Special Reply Instructions For Medical Consultant/Support Staff:

| Assigned To: | Created: | Work Item ID: |
|---|---|---|
| Michelle Doucette | 27/Jan/2015 | 11571659 |

# Occupational Analysis

**Date:**            02/10/2015
**Examiner:**        Michelle Doucette
**Claimant:**        Craig Parker
**Ctl#/Acct#:**      091014-05930-00
**Employer:**        Garmin International, Inc.
**VR Consultant:**   Kristin Esposito

Based on my review and analysis of job information contained in the Employer Job Description, Employer Statement and Employee Statement for a position titled <u>Design Engineer Team Leader</u>, and utilizing the Economic Research Institute (ERI) Occupational Assessor, the claimant's occupation corresponds to **Design Engineering Supervisor** (SVP 8), e/DOT# **019.137-042** (see description below).

Claimant's occupation typically exists in the national economy, according to ERI, at a **Light** exertion level –Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly to move objects. Physical demand requirements are in excess of those for Sedentary Work.  Sitting is required frequently and standing and walking are is required occasionally.

This occupation also typically requires:

Frequent:  reaching, talking, handling, keyboarding, hearing, near acuity, depth perception

Occasional:  reaching upwards, reaching downwards, fingering, sit/stand option, far acuity and accommodation

Scale:

O- Occasionally: Up to 1/3 of the time
F- Frequently:    1/3 to 2/3 of the time
C- Constantly:    Over 2/3 of the time

The employer statement indicates that no lifting/carrying any weight is required.  This requirement is less than what is required for this occupation as it typically exists in the national economy.

## Occupational Description:

### Primary Duty
Supervises employees engaged in design engineering.

### Functions
Oversees activities related to design engineering, including staffing, scheduling, coordinating, and planning.

Analyzes and resolves work problems, or aids employees in solving work problems.

Supervises professional and paraprofessional engineering personnel.

Organizes and coordinates various sections of engineering.

Assists in administering personnel functions, including recruiting, review and approval of job descriptions and salary classifications, and selection and placement of personnel.

Plans and establishes engineering schedules and follows up performance against estimates.

Supervises assembly of cost control and statistical data.

May supervise development of material selection standards.

May recruit, hire, train staff, evaluate employee performance, and recommend or initiate promotions, transfers, and disciplinary action.

May recommend new policies or procedures as necessary.

### Specific Vocational Preparation (SVP): Level (8)
8 - Over 4 years up to and including 10 years

### Literacy Demands - Reasoning: Level (5)
Apply principles of logical or scientific thinking to define problems, collect data, establish facts, and draw valid conclusions.  Interpret an

extensive variety of technical instructions in mathematical or diagrammatic form.  Deal with several abstract and concrete variables.

**Literacy Demands - Mathematics: Level (5)**
**Calculus:** Apply concepts of analytic geometry, differentiation and integration of algebraic functions with applications.
**Algebra:** Work with exponents and logarithms, linear equations, quadratic equations, mathematical induction and binomial theorem, and permutations.
**Statistics:** Apply mathematical operations to frequency distributions, reliability and validity of tests, normal curve, analysis of variance, correlation techniques, chi-square application and sampling theory, and factor analysis.

**Literacy Demands - Language: Level (5)**
**Reading:** Read literature, book and play reviews, scientific and technical journals, abstracts, financial reports, and legal documents.
**Writing:** Write novels, plays, editorials, journals, speeches, manuals, critiques, poetry, and songs.
**Speaking:** Conversant in the theory, principles, and methods of effective and persuasive speaking, voice and diction, phonetics and discussion and debate.

**Submitted by:**

*Kristin Esposito*

Kristin Esposito, MA, CRC
**Vocational Rehabilitation Consultant**

| | |
|---|---|
| **Position Title:** | **Design Engineering Team Leader** |
| **Department:** | **Engineering** |
| **Reports To:** | **Engineering Management** |
| **Job Status:** | **Exempt** |

**POSITION SUMMARY:** Direct and coordinate activities of an Electrical Engineering team that is responsible for developing electronic components, products, and systems.

**ESSENTIAL FUNCTIONS:**

- Lead a team of Electrical Engineers and Technicians to design new products, enhance existing designs, improve production techniques, and develop test procedures
- Directly supervise Engineers and Technicians on the design team with daily observation, assuring appropriate attendance, and providing assistance to team members
- Work with Human Resources to address employee relations issues as needed including writing and conducting annual performance evaluations
- Interview and hire new associates as directed by engineering management
- Mentor and train new associates in the arts of Electrical Engineering and project management
- Participate in design reviews, assuring proper attendees and proper coverage of topics, imparting lessons learned and good design practices to all that attend
- Create Product Development Plans as directed by engineering management
- Ensure the team meets overall design goals in accordance with the product development plan or market requirements
- Ensure the design is partitioned appropriately and assigned to qualified engineers
- Monitor progress of the design team in meeting product requirements and schedule compliance
- Mentor and evaluate the Design Engineers and Technicians ability to design and troubleshoot circuits and products
- Ensure appropriate lab and field testing is performed
- Assist Design Engineers and Technicians in performing tradeoff analysis of different circuit options
- Understand production needs and ensure that engineers are working effectively with the production group
- Facilitate team work with other groups both inside and outside of Garmin (software, mechanical, sales, QA...)

**OTHER RESPONSIBILITIES:**

- Assist Human Resource with recruitment through attendance at recruitment events
- Perform other job-related duties as assigned

**EDUCATION, EXPERIENCE, AND SKILLS REQUIRED:**

- Bachelors or Masters of Science Degree in Electrical Engineering or Computer Engineering OR a minimum of ten years work experience performing a role substantially similar to the essential functions of this job description
- Excellent academics (cumulative GPA greater than or equal to 3.0 as a general rule)
- Knowledge of engineering and manufacturing processes and documentation
- Knowledge of GARMIN's product lines and customer needs
- Broad technical knowledge and skills in various areas of Electrical Engineering (e.g., analog, digital, RF, and/or DSP
- Detailed knowledge and experience with test equipment and software tools for electronics design, testing and documentation
- Strong written and verbal communication skills
- Ability to effectively manage technical human resources
- Garmin Cochrane: Registered as a Professional Engineer (P. Eng) in Alberta

| ENGJD001<br>Page 1 of 2 | Job Description, Design Engineering Team Leader | Rev: L<br>03-27-14 |
|---|---|---|
| This document must be referenced in its entirety. The absence of "controlled document" stamp indicates an unofficial copy that may have been superseded. |||
| *Garmin International, Inc./Garmin Cochrane/Garmin AT*<br>Olathe, Kansas/Cochrane, Alberta/Salem, Oregon |||

US: EEO/AA/Minorities/Females/Disabled/Veterans

**DISTRIBUTION:**

- This document is uncontrolled in its paper base form. The current revision of this document is maintained electronically within the Garmin International network as a read only file

**REVISION HISTORY**

| REVISION | DESCRIPTION OF CHANGES | CHANGED BY | DATE |
|---|---|---|---|
| A | Initial Release | Mike Wiegers | 07-13-98 |
| B | Added JD to title | Karen Laube | 2-18-99 |
| C | Changed Reports To: Vice President of Engineering | Becky Shepard | 06-09-00 |
| D | Changed Reports To: Director of Engineering | K.Thompson | 04-08-02 |
| E | Changed Reports To: Design Engineering Manager or Director of Engineering | K.Thompson | 04-11-02 |
| F | Updated E,E, and Skills | M. Harris | 09-15-06 |
| G | Changed "Reports to" Title from Director of Engineering to Vice President, Engineering | N. Martindale | 08-15-07 |
| H | Added EEO statement | J. Donovan | 4-9-08 |
| I | Updated essential functions to reflect current responsibilities | Mike Wiegers | 7-17-08 |
| J | Changed the reports to title to Vice President, Consumer Engineering or Director, Aviation Design Engineering | L. Hengeli | 08-03-10 |
| K | Added Design Engineering Manager or Manager, Handset Design & Program Management or Director, Marine Engineering or Senior Design Engineering Team Leader or Director, Fitness Engineering to the Reports to Section | L. Hengeli | 08-11-10 |
| L | Updated to reflect use by Garmin Cochrane and Garmin AT. Changed reports to section to engineering management. Added P.Eng requirement for Garmin Cochrane only. Specified EEO for US only. | J. Mehnert/R. Stirling | 03-27-14 |

| ENGJD001 Page 2 of 2 | Job Description, Design Engineering Team Leader | Rev: L 03-27-14 |
|---|---|---|

This document must be referenced in its entirety. The absence of 'controlled document' stamp indicates an unofficial copy that may have been superseded.

*Garmin International, Inc./Garmin Cochrane/Garmin AT*
*Olathe, Kansas/Cochrane, Alberta/Salem, Oregon*

```
LTB Claim
Craig or Amy Parker
to:
Michelle.Annette.Doucette
02/18/2015 10:11 PM
Cc:
stephanie.prell
Show Details
```

Michelle,

Thank you for the phone call today.  I was very disappointed to learn that my disability will not be approved – because delays will result in further financial hardship for me and my family.  But I do appreciate your honesty in providing updates on the claim process for the past months.

I have a very real and debilitating disease, and I am being treated by multiple doctors that agree I have been unable to work.  These same doctors have expressed their surprise that my claim would be denied, and I am not certain that you have the records from the psychologist I have started seeing.  Also, I will be returning to KU Medical Center for follow-up on the abnormal brain SPECT scan that I sent to you.  While we continue to make progress in identifying root cause and in treatment of my illness, there is no dispute that I have the illness.  So I can assure you that I will continue to fight for the benefit that I am entitled to, and feel confident that my claim will be validated in the appeal process.

As I mentioned on the phone, I would ask that your letter provide explicit details on the reasons why the claim is being denied.

Thank you!
Craig Parker



Sun Life Assurance
Company of Canada
SC 3208
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

February 20, 2015

Mr. Craig Parker

███████████

Olathe KS  66061

Re:     Policy No.     231948-Long Term Disability
        Control No.    091014-05930-00

Dear Mr. Parker:

This correspondence is to provide you with an update on the status of your Long Term Disability benefits, on behalf of the above stated and in response your email of February 18, 2015 as well as a follow up to our telephone conversation of February 18, 2015.

Your email brought up a couple points regarding further treatment, however based on our telephone conversation of February 20, 2015, it was determined we have all records available covering your treatment from April 2014 to the present excluding the notes from Dr. Jude LeClair who you began seeing in January 2015.

At this time your claim has been reviewed by an RN Medical Consultant.  Based on the nature of your claim and our discussion today, I have requested a second level review by an MD before making my final determination on your claim.  Should this review allow for a favorable determination we will at that time request you're more recent treating doctors notes, however  as discussed, they do not appear to be necessary for the current MD evaluation.

The Employee Retirement Income Security Act (ERISA), a federal law that sets minimum standards for health plans, requires that we must make a claim determination within 45 days of receipt of your claim. We were notified of your claim on October 9, 2014 and our first request for information from you was made on October 22, 2014.  The initial 45-day time-frame was tolled (temporarily stopped) pending receipt of satisfactory Proof of Claim. We received the remaining information necessary to continue with our review on January 29, 2015 from The University of Kansas Hospital referring doctor, Dr. Diana Smith. Therefore as of today February 20, 2015, 36 days of the initial 45-day decision making period have been to date and 9 days remain.

We expect to have a decision on or before February 28, 2015 which is the 45th day.  However, if we do not receive our consultant's report by February 28, 2015 we will need to request a 30-day extension as permitted by U.S. Department of Labor regulations.  If we cannot render a decision

within that extension period, we may request an additional 30-day extension.  Any request for extensions will specifically explain:

1.     The standards on which entitlement to benefits is based;
2.     The unresolved issues that prevent a decision on the claim; and
3.     The additional information needed to resolve those issues.

Please contact me should you wish to go over your claim status and any questions you may have.

We will strive to make a determination as quickly as possible.   If you have any questions or concerns, please contact us at 1-800-786-5433, ext 303 4964.

Sincerely,

Michelle Doucette
Sr. LTD Benefits Analyst



Michelle Annette Doucette        Sun Life Assurance
Sr. LTD Benefit Analyst          Company of Canada
Direct:  1-781-431-4946          SC 4328
Toll Free:                       One Sun Life Executive Park
1-800-786-5433, Ext 303 4964     Wellesley Hills, MA 02481-5699

                                 1-800-247-6875
                                 Fax: 1-781-304-5537

February 20, 2015


Garmin International Inc.
Attn: Sally McEntarfer
1200 E 151 Street
Olathe KS  66062


Re:    Claimant:      Mr. Craig Parker
       Policy No.:    231948-GD-Long Term Disability (LTD)
       Claim No.:     091014-05930-00


Dear Ms. McEntarfer:

This letter is being written in regards to your employee, Mr. Parker's claim for Long Term Disability (LTD) benefits and is meant to provide you with an update on the status of his claim.

As of the date of this letter, we are in the process of reviewing Mr. Parker's claim medically.

Please be advised that a detailed letter has been mailed to Mr. Parker advising as to the specific status of his claim.  We are not able to provide a copy of this letter to you because of confidentiality reasons.

Ms. McEntarfer, should you have any questions or concerns about this correspondence please contact me directly at 1-800-786-5433, extension 303 4964.  Our fax number is 781-304-5537.

Sincerely,

*Michelle Doucette*

Michelle Doucette
Sr. LTD Benefit Analyst

AR 469

# US CLAIMS TO REHAB REFERRAL

Work Type
Claims To Rehab Referral

| Claim Control #: | Claim Status: | Claim Type: |
|---|---|---|
| 091014-05930-00 | Pending Approval | LTD |

| Policy #: | Cert #: | Group Office: |
|---|---|---|
| 231948 | 514781613 | LOWER MIDWEST |

| Last Name: | First Name: | Claim Office: |
|---|---|---|
| PARKER | CRAIG | Boston |

Last Payment Date:
15/Jul/2014

| Start Date: | Due Date: | Priority: |
|---|---|---|
| 10/Feb/2015 | 10/Feb/2015 | 3 |

Referred By:                                   Michelle Doucette

## REASON FOR REFERRAL

Comments:
Referred by: Michelle Doucette                  Date of Referral: 02/10/15
Extension #: 303 4964


Occupational Analysis (OA) Referral:
   Name: Craig Parker
   Include: Physical: ___x__
  Cognitive: _____
   Other (i.e. environmental, travel):


SEE DMAP triage entry regarding occ

## REHAB RECOMMENDATIONS

Comments:
OA complete, please see rehab folder. EE's occ is a Design Engineer Supervisor which typically exists at a Light
exertion level. Kristin Esposito, MA, CRC

| Assigned To: | Created: | Work Item ID: |
|---|---|---|
| Michelle Doucette | 10/Feb/2015 | 11637457 |

## US CLAIMS TO REHAB REFERRAL

Work Type
Claims To Rehab Referral

| | | |
|---|---|---|
| Claim Control #: | Claim Status: | Claim Type: |
| 091014-05930-00 | Pending Approval | LTD |
| Policy #: | Cert #: | Group Office: |
| 231948 | 514781613 | LOWER MIDWEST |
| Last Name: | First Name: | Claim Office: |
| PARKER | CRAIG | Boston |
| Last Payment Date: | | |
| 15/Jul/2014 | | |
| Start Date: | Due Date: | Priority: |
| 10/Feb/2015 | 10/Feb/2015 | 3 |

Referred By:                                             Michelle Doucette

### REASON FOR REFERRAL

Comments:
Referred by: Michelle Doucette                     Date of Referral: 02/10/15
Extension #: 303 4964


Occupational Analysis (OA) Referral:
    Name: Craig Parker
    Include: Physical: ___x___
    Cognitive: _____
    Other (i.e. environmental, travel):


SEE DMAP triage entry regarding occ

### REHAB RECOMMENDATIONS

Comments:
OA complete, please see rehab folder. EE's occ is a Design Engineer Supervisor which typically exists at a Light exertion level. Kristin Esposito, MA, CRC

| Assigned To: | Created: | Work Item ID: |
|---|---|---|
| Michelle Doucette | 10/Feb/2015 | 11637457 |

Letter dated February 20
Craig or Amy Parker
to:
Michelle.Annette.Doucette
02/27/2015 12:21 PM
Show Details

Hi Michelle,

I just received your letter dated February 20.  In that letter, you noted
that you did not have the records of Dr. Jude LaClair.  But it seems that
her records could be important in support of my claim because Dr. LaClair
is a psychologist with good credentials to evaluate my ability to perform
cognitive functions required for my work.

Although my double vision had improved by the end of last summer, I still
have the rest of the daily symptoms that have prevented me from working
since April of 2014.

I also wanted to make certain that you had the latest notes from Diana
Smith/Dr. Douglas Brooks, because they have diagnosed me with several
tickborne infections as the cause of my chronic fatigue
syndrome/fibromyalgia and other symptoms.

Brain inflammation (encephalomyelitis) is commonly seen in these
illnesses, and this was confirmed by my SPECT brain scan at KU Medical
Center which you have a copy of.  As a follow-up to that test, this week I
was referred to a KU Medical Center infectious disease doctor and it has
been recommended that I have a spinal tap in an attempt to gain further
insight into the cause of my brain inflammation.

My allergist has restarted me on allergy injections, my asthma and sinus
treatments continue, and Dr. Brown is pursuing some additional allergy
testing to find root cause of my highly elevated IgE allergic response.

Finally, I wanted to confirm that Dr. Brown will be happy to do a case
review with your reviewing doctor as you mentioned in our phone
conversation.  Chronic fatigue syndrome has recently been renamed to

systemic exertion intolerance disease (SEID).  Dr. Brown is familiar with
diagnosing and treating this illness and has been seeing and treating me
on a weekly basis since April of 2014.

Thanks,
Craig Parker



Sun Life Assurance
Company of Canada
SC 3208
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

February 27, 2015

Mr. Craig Parker
██████████████
Olathe KS  66061

Re:     Policy No.     231948-Long Term Disability
        Control No.    091014-05930-00

Dear Mr. Parker:

This correspondence is to provide you with an update on the status of your Long Term Disability benefits, on behalf of the above stated.

In our previous letters to you, we informed you that if we could not render a claim determination within the initial 45-day review period, we would advise you of the special circumstances requiring an extension of time and the date by which we expect to render a decision. Accordingly, this letter constitutes written notice to you that we require an extension of time to make a determination.

- Allow time for review by our internal Medical Physician Consultant

Based upon the above reason, we are unable to make a decision at this time. To allow time to properly review your file, we are requesting a 30-day extension as permitted by the U.S. Department of Labor regulations.  This 30-day extension will end on March 29, 2015.

If we cannot render a decision within that extension period, we may request an additional 30-day extension.  Any request for extensions will specifically explain:

1.     The standards on which entitlement to benefits is based;
2.     The unresolved issues that prevent a decision on the claim; and
3.     The additional information needed to resolve those issues.

We will strive to make a determination as quickly as possible.   If you have any questions or concerns, please contact us at 1-800-786-5433, ext 303 4964.

AR 474

Sincerely,

Michelle Doucette
Sr. LTD Benefits Analyst

Memorandum:

To: Michelle Doucettte

From: Calvin P. Fuhrmann, MD

Date: February 27, 2015

Re: Craig Parker

Claim Control #: 091014-05930-00

**Disclaimer:**

It is not possible for me to personally evaluate the claimant.  The opinions expressed in this review are based entirely on the medical records supplied to me.

**Synopsis:**

The claimant is a Team Leading Engineer.  He apparently stopped working in the spring of 2014 because of progressive symptoms of weakness and generalized malaise.  He also apparently had an episode of double vision.  He was seen and evaluated and an eye muscle abnormality was noted.  This condition cleared over a relatively short period of time.  The claimant has been followed by a number of different physicians.  He is currently under the care of Dr. Michael Brown, who describes himself as a naturopathic physician.  He also is followed by an ear, nose and throat specialist, Dr. Ellis, and an allergist, Dr. Romito.  His family doctor is Dr. Robert Schuchardt.  His eye physician most recently was Dr. Billi Wallace and he has been seen by Dr. Laura Riley.

I have reviewed each one of these practitioners' notes including recent correspondence from Dr. Brown in which he indicated on 1/11/15 that he had been following the claimant for an extended period of time, that he had extensive experience with fibromyalgia/chronic fatigue syndrome, and that he anticipated that the claimant would have limitation in his ability to carry out his usual activities.  He also noted that the claimant had other symptoms including his being treated for neuropsychiatric problems. He apparently has been referred to a psychologist.  He also indicated that the claimant was being treated for Lyme disease.  Dr. Brown complete an Attending Physician Statement in September 2014 in which he indicated that the claimant would have limitations in his ability to carry out full-time functions, but when he was functioning, he would not have difficulty.  He described his symptomatology as intermittent.

**Referral Questions:**

1. Does the medical evidence support that the claimant's symptoms and conditions of recurrent sinus infections, food allergies, double vision, sensitivity to medications,

AR 476

Craig Parker
February 27, 2015
Page 2 of 4

muscle fatigue and weakness, GERD, fibromyalgia, and chronic fatigue are resulting in functional impairment? Please explain.

The medical records in this case clearly indicate that from an objective point of view the conditions that can be identified that are limiting would be the period of time when he had double vision. This condition improved after the institution of vitamin therapy and according to his ophthalmologist, Dr. Billi Wallace, this condition has cleared completely.

The symptoms of gastroesophageal reflux disease were carefully worked up at the Mayo Clinic. He does not have significant pathology at the present time and this symptom has improved. The claimant indicates that he has multiple food allergies. There is no objective evidence and this is a self-reported condition. He described in detail when food reached a certain point in his GI tract that he would develop symptomatology. He was given careful instructions on what diet to follow and apparently these symptoms have improved.

As regards the specific symptoms associated with the claimant's diagnosis of chronic fatigue syndrome/fibromyalgia, again these are subjective complaints. A series of tests have been carried out to rule out the presence of significant neurologic disease and these diagnoses are diagnoses of exclusion. The claimant's symptomatology, however, is compatible with fibromyalgia and chronic fatigue, and it is my considered medical opinion that this is the part of the claimant's complaints that is the limiting factor in terms of his ability to carry out full-time activities.

2. If the claimant's symptoms and conditions are resulting in functional impairment, what specific restrictions and limitations are supported?

According to Dr. Brown, the claimant has intermittent symptoms of fatigue, muscle weakness, and generalized pain. It is my considered medical opinion that the claimant would be able to function in his usual capacity provided he was given periods of time to rest and this might translate into part-time employment. The records clearly indicate that the claimant has had these symptoms for an extended period of time and that he has worked with them in the past, and I am really unable to identify why there is any specific change or increase in his symptomatology that caused him to stop carrying out his usual activities.

Translating this into restrictions and limitations, I believe the claimant should be given the opportunity to have periods of rest during the day and that a modified schedule allowing for example working from home would be reasonable. I do not

AR 477

Craig Parker
February 27, 2015
Page 3 of 4

believe at the present time the claimant is totally unable to carry out his full-time activities, and this is confirmed by the Attending Physician Statement completed by Dr. Brown in which he said the claimant's symptoms are intermittent.

3.  Is the severity of the reported symptoms and their impact on the claimant's reported daily function consistent and credible with the medical evidence?  Please explain.

    As noted, Dr. Brown has written a letter saying that he has extensive experience with this syndrome.  Serious other neurologic and neuromuscular disease has been ruled out and the symptomatology described is that of an individual who has fibromyalgia/chronic fatigue.  This is a diagnosis of exclusion and at the present time, based on the length of time the claimant has had these symptoms, the diagnosis of fibromyalgia and chronic fatigue syndrome is supported.

4.  It appears Mr. Parker may have been working with this condition for a while.  What may have changed on or about April 2014 to prevent him from sustaining his predisability level of function?

    I am unable to identify any specific event or significant change in the claimant's symptomatology other than the fact that he reached a point where he described to his physician that he could not work on a full-time basis.

5.  Please consider a peer-to-peer call to Dr. Brown and to his primary care physician, Dr. Schuchardt, in order to clarify the claimant's condition and functional capacity.

    I believe the outline carried out by Dr. Brown and review of the medical record support the diagnosis as described.  I believe the claimant should be followed very regularly with at least three-month follow-ups.  As noted, issues regarding when and how he can work on a full-time basis are still open.  What is quite clear is that if he is given appropriate time to rest that he will be able to work on a part-time basis and work through this.  Dr. Brown has indicated that he is likely to improve over a 12- to 26-week period.  This statement was made in September.  It is apparent to me that the claimant's condition should be reaching the point where he can return to full-time activity.  I would also be interested to find out to whom the claimant has been referred for his "chronic Lyme disease", as this is a diagnosis that is not supported in the records I have reviewed.

Craig Parker
February 27, 2015
Page 4 of 4


If you have any questions regarding this review or if you have additional materials that require review, please do not hesitate to contact me directly.


Calvin P. Fuhrmann, MD, FCCP
Board Certified, Internal & Pulmonary Medicine

CPF/dao

Job #08-03866193

AR 479

## MED PSYCH REFERRAL

Work Type
  Medical Opinion

| | | |
|---|---|---|
| Claim Control #: | Claim Status: | Claim Type: |
| 091014-05930-00 | Pending Approval | LTD |
| Policy #: | Cert #: | Group Office: |
| 231948 | 514781613 | LOWER MIDWEST |
| Last Name: | First Name: | Claim Office: |
| PARKER | CRAIG | Boston |
| Last Payment Date: | | |
| 15/Jul/2014 | | |
| Start Date: | Due Date: | Priority: |
| 23/Feb/2015 | 25/Feb/2015 | 2 |

| | | | |
|---|---|---|---|
| Created Date: | 23/Feb/2015 | Referred By: | Michelle Doucette |
| Sex: | Male | City: | OLATHE |
| Age at Referral: | | Province/State: | KS |
| Home Phone Num: | (913) 829-9311 | | |
| Job/Occupation Title: | | Job/Occupation On File: | |
| Regularly scheduled work week: | | | |
|   Days per week: | | Hours per day: | |

| | | | |
|---|---|---|---|
| Disability Date: | 7/Apr/2014 | Transition Date STD/ECI to LTD: | |
| LTD Change of Def Date: | | Employment Date: | 1/Jan/2000 |

| | |
|---|---|
| Primary Diagnosis: | Cholera |
| Secondary Diagnosis: | |

Attending Physicians Name:
  Specialty:
  Telephone No:
  Ext:
Other Attending Physicians Name:
  Specialty:
  Telephone No:
  Ext:
Other Attending Physicians Name:
  Specialty:
  Telephone No:
  Ext:
Other Attending Physicians Name:
  Specialty:
  Telephone No:
  Ext:

### REASON FOR REFERRAL

Reason for Referral:
FILE PRIORITY: 2

Craig Parker

AGE: 53

DOD: 04/07/14

OCCUPATION:   Engineering Team Lead (light)

DIAGNOSIS: Chronic Fatigue and Fibromyalgia

DATE OF MOST RECENT APS (include physician name and specialty):  signed 9/26/14 Dr. Brown

BRIEF OUTLINE OF AVAILABLE MEDICAL DATA (including treatment provider name, specialty, date of notes, ope rating reports/diagnostics):

See prior RN reviews

Dr. Michael Brown, Naturopathic MD, Integrative Medicine
Dr. Steven Ellis, ENT
Dr. Cynthia Romito, Allergist
Dr. Robert Schuchardt, Family Medicine
Dr. Bruce Pfuetz, Allergist
Dr. Billi Wallace, Opthalmologist
Dr. Laura Reilly, Neurologist

If the above information is not clear please conduct a Peer to Peer call with either Dr. Brown or Dr. Schuchardt to cl arify any concerns.

Dr. Michael Brown, Naturopathic, MD Inegrative Medicine, phone #913-333-8798
Dr. Robert Schuchardt, Family Medicine, phone number #913-681-8866
Questions for Medical Consultants:
1. Does the medical evidence support that the claimant's symptoms and conditions of recurrent sinus infections, foo d allergies, double vision, sensitivities to medications, muscle fatigue and weakness, GERD, Fibromyalgia, and Chr onic Fatigue are resulting in functional impairment? Please explain.

2. If the claimant's symptoms and conditions are resulting in functional impairment, what specific restrictions and lim itations are supported?

3. Is the severity of reported symptoms and their impact on the claimant's reported daily function consistent and cre dible with the medical evidence? Please explain.

4. It appears Mr. Parker may hav been working with this condition for a while, what may have changed on or around April 2014 to prevent him from sustaining his pre-disability level of function?

5. Please consider a peer to peer call with Dr. Michael Brown and/or Dr. Robert Schuchardt in order to clarify the cla imant's conditions and functional capacity.
Special Reply Instructions For Medical Consultant/Support Staff:
_____

MEDICAL CONSULTANT RESPONSE
Response Created Date:          03/01/2015          Created By:          Loretta Dionne
Medical Consultants Comments:
I imported to the file the medical report on Craig Parker form Dr. Fuhrmann today. Loretta Dionne, RN
Special Reply Instructions For Medical Consultant/Support Staff:

**Assigned To:**              **Created:**              **Work Item ID:**
Michelle Doucette          23/Feb/2015          11697585

| **Employer: Garmin** | **Policy #:  231948** | **Sun Life Effective Date:   1/1/14** |
|---|---|---|
| **Prior Carrier**:  Standard Insurance Company | | **Prior Carrier Effective Date**: 5/1/08 |

**COMPARISON FOR CLASSES:**

| | **Sun Life Plan** | **Prior Carrier Plan** |
|---|---|---|
| **Benefit Percentage** | 60% | 60% |
| **Maximum Benefit Amount** | $6000.00 | $6,000 before reduction by Deductible Income. |
| **Maximum Benefit Duration** (if applicable) | To age 65, or to SSNRA | To age 65, or to SSNRA |

**Lesser Plan:  Plans are equal**

**Benefit Analyst:  Christy McKinney**



Sun Life Assurance
Company of Canada
SC 3208
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

March 3, 2015

Mr. Craig Parker
██████████
Olathe KS  66061

Re:    Policy No.    231948-Long Term Disability
       Control No.   091014-05930-00

Dear Mr. Parker:

We have completed our evaluation of your request for Long Term Disability benefits, and we are pleased to inform you that we have approved payment of benefits at this time.  Benefits have been calculated as follows:

|  |  |  |
|---|---|---|
| Basic Monthly Earnings | $ | 11,005.80 |
| Monthly Gross Benefit at 60% or max benefit $6,000.00 | | 6,000.00 |
| | $ | |
| Less  other income | | 0.00 |
| | $ | |
| Minimum Monthly Benefit | $ | 100.00 |
| Net monthly benefit eff. 07/15/14 | | 6,000.00 |
| | $ | |

This policy has a 90 days or the end of short term disability whichever is later elimination period.

**"Elimination Period means** a period of continuous days of Total or Partial Disability for which no LTD Benefit is payable. The Elimination Period is shown in Section I, Schedule of Benefits and begins on the first day of Total or Partial Disability.

If the Employee returns to work for 15 working days or less during the Elimination Period and cannot continue working, the Total or Partial Disability will be treated as continuous. However, only those days that the Employee is Totally or Partially Disabled will count toward satisfying the Elimination Period."

The information in our file indicates that you became disabled April 7, 2014, and as we discussed you worked 10 full time days during your elimination period which were added to the end of your 90 day elimination period.  Therefore, benefits under the policy begin to accrue on July 15, 2014.  The first check representing benefits payable from July 15, 2014 through February 28, 2015, will be released and mailed under separate cover.  Future checks will be mailed around the 20th of the month.

**Retro Disability Benefit Rider**

"If an Employee is receiving a Total Disability Benefit, an additional Retro Disability Benefit may be payable if Sun Life receives proof that the Employee had a Retro Disability that was due to the same Injury or Sickness that caused Total Disability.

The Retro Disability Benefit is the Employee's Gross Monthly Benefit multiplied by the number of months (each 30 days) in the Elimination Period. This amount is not subject to reduction due to Other Income.

The Retro Disability Benefit will be paid in a single lump sum amount. Sun Life must receive proof that the Employee had a Retro Disability within 90 days following the date the Employee completes the Elimination Period.

Any Long Term Disability Benefits payable after completion of the Elimination Period will be subject to the terms of this Policy, including reductions by any Other Income.

Retro Disability means an Injury or Sickness that results in:
1. Hospital Confinement that begins on the date the Employee becomes Totally Disabled or within 48 hours of the
date the Employee's Total Disability begins; and
2. such Hospital Confinement continues for at least 14 consecutive days; and
3. the Employee's Total Disability remains continuous throughout the Elimination Period."

We have determined that you are not eligible for the Retro Disability Benefit Rider, because you were not hospital confined for a period of at least 14 consecutive days and within 48 hours of your disability onset date of April 7, 2014.

**Limitations**
No LTD benefit will be payable for any Total or Partial Disability during any of the following periods:

"3. any period of Total or Partial Disability due to Mental Illness, unless the Employee is under the continuing care of a specialist in psychiatric care.

Benefits will be payable for the first 24 months after the Employee completes his Elimination Period.

Benefits after the first 24 months will only be payable if the Employee is confined in a Hospital or Institution licensed to provide psychiatric treatment.

If the Employee continues to be Totally or Partially Disabled when discharged from a Hospital or Institution licensed to provide psychiatric treatment, Sun Life will continue an Employee's LTD benefit payment for up to 90 days. If the Employee becomes reconfined in a Hospital or Institution during the 90 day period and remains confined for at least 14 consecutive days, Sun Life will continue LTD benefit payments during the reconfinement.

Upon discharge, the Employee will be eligible for up to an additional 90 days of LTD benefit payments, if the Employee continues to be Totally or Partially Disabled."

**"Mental Illness means** mental, nervous, emotional, behavioral, psychological, personality, cognitive, mood or stressrelated abnormality, disorder, dysfunction or syndrome regardless of cause, including any biological or biochemical disorder or imbalance of the brain. Mental Illness includes, but is not limited to, bipolar affective disorder, schizophrenia, psychotic illness, manic depressive illness, depression and

depressive disorders, anxiety and anxiety disorders and any other mental and nervous condition classified in the Diagnostic and Statistical Manual (DSM) of the American Psychiatric Association, in effect on the date of Total or Partial Disability or a comparable manual if the American Psychiatric Association stops publishing the (DSM)."

"7. any period of Total or Partial Disability due to Chronic Fatigue Illness, unless the Employee is under the continuing care of a Physician providing appropriate treatment and regular examination and testing in accordance with the disabling condition.

Benefits will be payable for the first 24 months after the Employee completes his Elimination Period. Benefits after the first 24 months will only be payable if the Employee is confined in a Hospital or Institution."

**"Chronic Fatigue Illness means** an Illness that is characterized by a debilitating fatigue in the absence of known medical or psychological conditions, which includes but is not limited to:
a) Chronic Fatigue Syndrome as supported by Center for Disease Control Guidelines
b) Chronic Fatigue Immunodeficiency Syndrome as supported by Center for Disease Control Guidelines
c) Post Viral Syndrome
d) Limbic Encephalopathy
e) Epstein-Barr virus infection
f) Herpes virus type 6 infection
g) Myalgic Encephalomyelitis"

"8. any period of Total or Partial Disability due to Musculoskeletal and Connective Tissue Illness, unless the Employee is under the continuing care of a Physician providing appropriate treatment and regular examination and testing in accordance with the disabling condition.

Benefits will be payable for the first 24 months after the Employee completes his Elimination Period.

Benefits after the first 24 months will only be payable if the Employee is confined in a Hospital or Institution."

**"Musculoskeletal and Connective Tissue Illness** means a disease or disorder of the neck and back and sprains and strains of
joints and adjacent tissues, including but not limited to:
a) cervical, thoracic and lumbosacral back and its surrounding soft tissue
b) Carpal Tunnel or repetitive motion syndrome
c) Fibromyalgia
d) Temporomandibular joint or craniomandibular joint disorder
e) Myofascial pain
f) Scoliosis that does not require surgery"

Your claim for Long Term Disability has been approved under the diagnosis of Chronic Fatigue Syndrome and Fibromyalgia and is subject to the 24 month limitation as outlined above.

Please also be advised that the amount of benefits may be reduced by income you receive from other sources. These sources include Social Security Disability, Workers' Compensation, state disability, employer sick leave, salary continuation programs, certain pension benefits and/or income provided in settlement of an employment contract, etc. Please refer to the Other Income provision of the Group Policy and the employee booklet for additional information. If you have applied for or do apply for any other of these benefits in the future, please let us know the status of your applications and provide us

with a copy of any award showing the benefit amount and period paid.

Your claim will be reviewed to determine if you are a potential candidate for Social Security Disability benefits. If it is determined that you are a potential candidate, you will be contacted directly by The Advocator Group, a third party group of professionals who specialize in Social Security Disability benefits, and they will assist you beginning with initial application for Social Security Disability benefits through any necessary appeals.

As you may know, benefits are issued on a monthly basis subject to ongoing proof of Total or Partial Disability. Any benefits payable are issued at the end of each month of continued disability. To assist you with sending ongoing proof of loss, we commonly forward periodic attending physician's statements, statements of information, and activity questionnaires. These forms, when completed fully and properly, generally will provide sufficient information to determine ongoing benefit eligibility. Please note, however, that sometimes this information may not be sufficient, and we may require further documentation to determine if you qualify for ongoing benefits.

The policy provides a Long Term Disability benefit for a **potential** maximum benefit period to age 67. For the first 24 months of the benefit period, "total disability" is evaluated against your ability/inability to perform your own occupation as it existed immediately before any period of disability for which a claim is filed. After benefits have been paid for 24 months, "total disability" is evaluated against your ability/inability to perform any gainful occupation for which you are/become suited given your education, training and experience.

Our Rehabilitation Services Unit will be reviewing your claim to determine if you could benefit from return to work assistance. As part of that review, we may contact you directly. Any rehabilitation services we offer are provided free of charge to you. While participating in an approved rehabilitation plan, you may be eligible for additional benefit incentives, equal to 10% of your gross monthly benefit for up to 12 months. Please be advised that if you do not participate in the rehabilitation assessment process, or if you refuse to participate in a rehabilitation plan without good cause, we have the right to terminate your benefit under the Group Policy. Please refer to the enclosed brochure for more information or call us at (800) 247-6875.

Your disability coverage is offered through your employer. As such, it is considered a third-party sick pay plan, and the benefits provided may be taxable to you. If you have any questions or concerns in this regard, you should discuss them with a tax professional or the Internal Revenue Service (http://www.irs.gov). We are able to withhold federal taxes for you upon your written request. The minimum withholding amount is $88.00 per month, per IRS publication 15-A "Employers Supplemental Tax Guide". If you wish to take advantage of this optional withholding service, please send a written request to us indicating the amount to be withheld for federal income taxes. Please include a completed IRS Form W4S with your request.

**<u>Appeal Rights</u>**

If you disagree with our decision, you may request in writing a review of the denial within 180 days after receiving this notice of denial.

You may submit written comments, documents, records or other information relating to your claim for benefits, and may request free of charge copies of all documents, records, and other information relevant to your claim for benefits.

We will review your claim on receipt of the written request for review, and will notify you of our

decision within a reasonable period of time but not later than 45 days after the request has been received. If an extension of time is required to process the claim, we will notify you in writing of the special circumstances requiring the extension and the date by which we expect to make a determination on review.  The extension cannot exceed a period of 45 days from the end of the initial review period.

If a period of time is extended because we did not receive information necessary to decide your claim, the period for making the decision on review is tolled from the date we send notice of the extension to you until the date on which you respond to the request for additional information.  You will have 45 days to provide the specified information.

You may have the right to bring a civil action under the Employee Retirement Income Security Act of 1974 (ERISA), §502(a) following an adverse determination on review.

Your request for a review should be addressed to:

> **Sun Life Financial**
> **Appeals Unit**
> **PO Box 81601**
> **Wellesley Hills, MA  02481-0006**"

Should you have any questions about this claim, or if we may be of any assistance to you, please feel free to call me at 1-800-786-5433 ext. 303 4964.

Sincerely,

Michelle Doucette
Sr. LTD Benefits Analyst



Michelle Doucette
Sr. LTD Benefit Analyst
Direct: 1-781-431-4964
Toll Free:
1-800-786-5433, Ext 3034964

Sun Life Assurance
Company of Canada
SC 4328
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

Fax: 1-781-304-5537

March 3, 2015

Garmin International Inc.
Attn: Sally McEntarfer
1200 E 151 Street
Olathe KS  66062

Re:    Claimant:        Mr. Craig Parker
       Policy No.:      231948-GD-Long Term Disability (LTD)
       Claim No.:       091014-05930-00

Dear Ms. McEntarfer:

This letter is being written in regards to your employee, Mr. Parker's claim for Long Term Disability (LTD) benefits and is meant to provide you with an update on the status of his claim.

As of the date of this letter, we have completed our evaluation of Mr. Parker's request for Long Term Disability benefits, and we are pleased to inform you that we have approved payment of benefits at this time.  Benefits have been calculated as follows:

|  |  |  |
|---|---|---|
| Basic Monthly Earnings | $ | 11,005.80 |
| Monthly Gross Benefit at 60% or max benefit $6,000.00 | $ | 6,000.00 |
| Less  other income | $ | 0.00 |
| Minimum Monthly Benefit | $ | 100.00 |
| Net monthly benefit eff. 07/15/14 | $ | 6,000.00 |

This policy has a 90 days or the end of short term disability whichever is later elimination period. The first check representing benefits payable from July 15, 2014 through February 28, 2015, has been released and mailed to Mr. Parker.  Future checks will be mailed around the 20th of the month.

Please be advised that a detailed letter has been mailed to Mr. Parker advising as to the specific status of his claim.  We are not able to provide a copy of this letter to you because of confidentiality reasons.

Should you have any questions or concerns about this correspondence please contact me directly at 1-800-786-5433, extension 303 4964.  Our fax number is 781-304-5537.

Sincerely,

Michelle Doucette
Sr. LTD Benefit Analyst

## TEAM LEAD/MANAGER REFERRAL

Work Type
    Team Lead / Manager Referral

| | | |
|---|---|---|
| Claim Control #: | Claim Status: | Claim Type: |
| 091014-05930-00 | End Pay Period | LTD |
| Policy #: | Cert #: | Group Office: |
| 231948 | 514781613 | LOWER MIDWEST |
| Last Name: | First Name: | Claim Office: |
| PARKER | CRAIG | Boston |
| Last Payment Date: | | |
| 28/Feb/2015 | | |
| Start Date: | Due Date: | Priority: |
| 2/Mar/2015 | 2/Mar/2015 | 3 |

REFERRAL

\_\_ Complaint received dated:                    From

\_\_ See Second Appeal Dated:

and Medical Opinion Dated:

\_\_ See correspondence dated:                    From

\_\_ Cheque over authority level:

\_\_ See File Summary/D-MAP:

   \_X\_ Handle Approval

   \_\_ Provide Recommendation

\_X\_ See Comments

This is a 53 year old married man, Team Lead Engineer (occ light), who has been stopped working in April 2014.

At this time I am requsting approval.
* Updated CHESS DOD, EE's last day worked was a Friday 4/4/14, he is not scheduled to work weekends and did not make immediate medical treatment therefore used Monday 4/7/14 as onset of disability date. EE did work durti ng the elimination period.  ER confirmed the weeks of 4/21 and 4/28 EE worked full time hours, therefore he work ed less than 15 days, EP will be treated as consecutive, but added 10 days to end of EP as EE worked full time du ring these days making first potential begin date for LTD 07/15/14.
* The employee received salary through November 2014 however this income is considered  PTO and is not an of fset to the LTD Benefit.  Special instructions also indicate: "
The group does not have salary continuation or sick time. Any monies paid to an EE after they go out on leave are from a PTO bank and as such, are not offsets to LTD. There is no need to verify other income (salary continuatio n, sick pay) from the ER given this finding."
* This employee opted to contribute to the LTD premium making the benefit Tax free, CHESS class reflects this.
* File was reviewed by RN however additional information from the employee warrented a second level review.  M D review completed, ee has many complaints but the limiting factor preventing the employee from carring out full ti me work is Fibromyalgia and Chronic Fatigues Syndrome.  Approving claim under this diagnosis, however the AP S completed by Dr. Brown and the MD review indicate the employees symptoms are intermittent and Dr. Brown th e employees naturopath physician felt the employee was likely to improve over a 12-26 week period, which the e mployee is reaching that period of time.
*ONGOING PLAN: The current medical records supports current total disability but will need to obtain the recent r ecords from Dr. Smith regarding confirmation of tick born origin "Chronic Lyme Disease" as implied and current no tes do not support this diagnosis as well as all treatment notes from the Psychiatrist (Dr. Jude LeClair) the employ ee has indicated he began seeing end of January 2015 into February 2015 for anxiety and cognitive issues and ha s currently seen about five or six times already
*Send letter of approval quoting 24 month max for fibro and chronic fatigue as well as mental illness
*Release benefits which employee TME would be the max benefit of $6,000.00 per month vs the 60%
*Per NA data base this group welcomes the opportunity to discuss part-time, however the employee did officially r esigne as of 12/15/14, although resigned, the medical indicate the employee has had improvements since April 20 14, will refer to Voc once any r/l's are evaluated from any cognitive point, as well as updated information from Dr.

AR 490

Brown, EE has sent and email on 2/27/15 indicating his CFS has recently been renamed to systemic exertion intol orance disease (SEID)

RESPONSE

Team Leader/Manager Response:

    _X_ Agree with action plan

    _X_ See Comments/Recommendations

_X_ See Comments

Received Manager referral for IL/Liability determination.

I reviewed claim in regards to recommending approval.

Per my review of info on file:

• Doc. supports EE is in an eligible class – All other F/T U.S. EE's working in the U.S. scheduled to work at least 3 0 hours/week.   BA verified AAW through LTD ERS and Payroll records that indicate hours worked.
• DOD and First Pay Date:  04/07/14 & 07/15/14.
• Class 411.04 in CHESS appears accurate.
• Diagnosis code in CHESS of A00.00/A is accurate.
• Policy: Yes – In file.
• Eligibility Review:  BA completed.
• Pre ex:  No -  Policy contains 3/12 Pre-Ex provision. EE's DOD is within first 12m from EDOC.  However, C of C. applies and plans are equal.  Thus, No  Pre-Ex.
• Plan comp: N/A – Previously completed and plans are equal.
• Contributory – enrollment card and documentation of deductions w/in file:  N/A – LTD is Non-Contrib.  However, EE elected to Contribute.  Thus, Non-Taxable.
• Claims Forms:  Yes – In file.  However, updated AU's needed.
• Job Description:  Yes – In file.
• Photo I.D.:   Yes
• Detail Call:  Yes – 11/05/14.
• Documentation supports TME and benefit amount:  $11,005.80 & $6,000.00
• Face to Face Interview:  Given that Detail Call completed, not needed currently.  However, BA to complete at ne xt medical update.
• Offsets entered in CHESS:  N/A – EE does not have OIB.  BA to confirm during TPC.
• Retro – does not appear eligible.

Agree w/ BA's assessment of DOD and First Pay Date.  Reasonable to use 04/07/14 as DOD and 07/15/14 as Fir st Pay Date.

OA completed on 02/10/15 and EE's Occ. is classified as Light.

Policy contains 24 month Limitations for, in part:  Chronic Fatigue Illness & Mental Illness.

Medical Rvw by R.N. and M.D. have taken place.  M.D. opined, in part, that the Dx of Fibro. & CFS are supported.  In regards to R&L's, M.D. opined, that the EE would be able to function in his usual capacity provided EE was giv en period of time to rest and this might translate into part-time employment.

As such, it is reasonable that EE would be unable to perform M&S duties of Own Occ. from DOD through the pres ent; on a F/T sustained basis.  LTD First Pay Date 07/15/14.  I support your recommendation for approval.

Agree with part of the action plan.

Prior to determination, I am recommending the following:

• Proceed with determination.
• Place TPC to EE to advise of claim Det., Inq. about current status and plans for future.
• Mail out Claim Approval LTR to EE to include all applicable policy Info, policy limitations of CFS and that review i s ongoing for Mental Illness, determination on Retro, and Mandatory Rehab.  Include Appeals Text.  Of note, polic y delivered/Situs in K.S. and EE resides in K.S.  As such, No State required Denial Language/Appeals Text neede d.  Please req. updated LTD AU's.
• Mail out redacted Approval LTR to ER.

AR 491

• Consider discussion with resource for Alt/Res. then Mand. Rehab. if appropriate.
• At next medical update, please req. Face to Face Interview.
• After next medical update, assess need for referral to AG.
• Set future FLUP's as indicated in referral & Det. on Mental Illness.
• Monitor for improvement.

Happy to discuss.

Thank you,

David D. Cairns
02 March 2015

**Assigned To:**              **Created:**              **Work Item ID:**
Michelle Doucette              2/Mar/2015                11729542


lead and innovate

| | |
|---|---|
| Case #: | D077361 |
| Worked By: | Rebecca Wyant |
| Method Received: | Fax |
| Number of Pages: | 8 |
| Date: | 3/5/2015 |

# Records Request

**Name:** CRAIG PARKER
**SSN:**
**DOB:** ███████
**State:** KS
**Policy #:** 014-05930-00

**Company:** SUN LIFE GROUP LTD
**Account#:** 28663
**Requester:** MICHELLE A
**U/W Team:**
**Doc Type(s):**

**Facility:** OLATHE LAD CLINIC
**Address:** 1948 E SANTA FE SUITE H
**City, St:** OLATHE, KS 66062
**Phone/Fax:** 913-221-0750 / 913-221-0751

091014-05930
UNKNOWN

**Special Instructions:**        AGENT: MICHELLE DOUCETTE  7814314964  AGENCY: SUN LIFE

FINACIAL PLEASE OBTAIN ALL TREATMENT NOTES

DIAGNOSTIC TEST RESULTS  LAB TEST RESULTS FOR JANUARY

2015  FEBRUARY 2015 AND ANYTHING FOR MARCH 2015

These documents may contain confidential health information that is privileged and legally protected from disclosure by federal law including the Health Insurance Portability and Accountability Act (HIPAA).  This information is  intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are  hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using  the information contained in this correspondence is strictly prohibited.  If you have received this information in error, please notify the sender immediately and destroy these documents.

# OFFICE NOTES

Diana Smith LPC, APRN

DATE: 2-24-15

PATIENT: Craig Parker

DOB: ▮▮ 61

I Spent: 2hr Check One: ___ Office Visit ___ Phone Call Visit

Phone #: _____

| | |
|---|---|
| Allergies: | Asthma - exercise asthma *5 inhalers* |
| BP: 130/ | left eye red droopy - small cut |
| RR & P: | fatigue 1-10 → 4    *facial close* |
| Temp: | *articulations* |
| WT: | Review of lab |
| HT: | Free testosterone 1.5 |
| LMP: | Vit 3  83.8 |
| Current Meds: | Spoke c̄ Dr Bussing |

AR 494

# OFFICE NOTES

Diana Smith LPC, APRN

**DATE:** 1-20-15

**PATIENT:** Craig Parker          **DOB:** ▮▮▮▮▮-61

**I Spent:** 4 hrs  **Check One:** ✓ Office Visit ___ Phone Call Visit   **Phone #:** _____

| | |
|---|---|
| Allergies: | *Asthma is really bothering me* |
| 6'1" | ECP 2-10                     Sept 14 — |
| BP: 170 | vit ↓ 38            Glucose ✓ |
| RR & P: | WBC 4.8            No gallbladder |
| Tempt: | HLA-DRB1            H/O gastula |
| WT: | DRB — 03 multisusceptibility |
| HT: | multisusceptibility |
| LMP: | Dinoflagellates |
| | DRB3-01  Mold |
| Current | DRB4-0 — mold |
| Meds: | DQ B1-02 → mold |
| | 03 — mold multiple susceptibility   MTHFR |
| | (2)-C677 |
| | Testosterone ↓237          A 1298C |
| | Influenza 1:64   Pos Ochiatoxin 3.49  Hypogonadism |
| | B 1:32   Pos. Trichothecene 6.19  Influenza A-1:64 |
| | Ig A 2.29/7.71/1:64          B-1:32 |
| | Mycoplasma pos 1.10          CFS-EBC |
| | TAT          mycoplasma |
| | 7-9 AB — ↑ 6.19          Whooping cough |
| | 11 — 1 OM — POS          Hypercoagulation |
| | Dhea ↓ 164          Hypoadrenalism |
| | Dhea/Rate ↓ 143          ↓ Dhea |
| | | Mold Ochratoxin Trichothecene |

# OFFICE NOTES

Diana Smith LPC, APRN

*II of II*    DATE _1-20?5_

PATIENT: _Craig Parker_    DOB: _____ ?4

I Spent: _4 hrs_ Check One: _X_ Office Visit ____ Phone Call Visit    Phone #: ____

| | |
|---|---|
| **Allergies:** | KCDSA 2.0   ↓ putrefactive |
| | n-Butyrate V.SiO |
| **BP:** | ↓ LCA  ↓ DCA |
| **RR & P:** | Beneficial Bacteria |
| **Tempt:** | Alpha 4+ ↓ Cdn bactr |
| **WT:** | ↓ Klebsiella 4+ |
| **HT:** | Fry labs Substantial level |
| **LMP:** antibiotics | may seen kill activity |
| **Current** month of | No Protozoa |
| **Meds:** | IgA - HO - equivocal |
| | IgM - neg |
| | HP - 2nd |
| | IgG - neg - 18, 31, 39, 41, 58+ |
| | Plan: Testosterone = troche |
| | DC androgel |
| | Lypo Boost 1cc 2x/week |
| | Vitta Clear |
| | ↑ Dhea 25mg 7-9AM |
| | arenone 5 Pin 4pins   X 60 ued |
| | 9 Pin 3 Spray |
| | Cholycalciferol 1.25 |
| | Turmeric 900 1 Sq |
| | 5 days mo |
| | monthly labs |

02/24/2015 6:07:36 AM    FROM: LABCORP LCLS BLK    TO: 9132210751    LABCORP LCLS BLK    Page 1 of 3    A
TO:                        ATTN:Olathe Lad Clinic

# LabCorp
Laboratory Corporation of America®

LabCorp Dallas
7777 Forest Lane Suite C350
Dallas, TX 75230-2544

Phone: 972-598-6000

| Specimen Number 048-849-5351-0 | Patient ID | | Control Number | Account Number 15006815 | Account Phone Number 913-221-0750 | Route 00 |
|---|---|---|---|---|---|---|

Patient Last Name
**PARKER**

Patient First Name
**CRAIG**                    Patient Middle Name

| Patient SS# | Patient Phone 913-221-0750 | Total Volume |
|---|---|---|

| Age (Y/M/D) 53/09/06 | Date of Birth /61 | Sex M | Fasting |
|---|---|---|---|

Patient Address
OLATHE   KS   66061

Account Address
Olathe Lad Clinic

1948 E. Santa Fe #H
OLATHE KS  66062

Additional Information
NFPR FOR 117006

| Date and Time Collected 02/17/15 14:00 | Date Entered 02/17/15 | Date and Time Reported 02/24/15 06:07ET | Physician Name SMITH       D | NPI 1902800600 | Physician ID SMITH |
|---|---|---|---|---|---|

Tests Ordered
Urinalysis, Complete; Testosterone Free MS/Dialysis; Candida Antibodies IgG,IgA,IgM; Testosterone, Total, LC/MS; Estradiol; DHEA, Serum; Vitamin D, 25-Hydroxy; Request Problem; QNSTEC Special Handling

General Comments
A courtesy copy of this report has been sent to
913-221-0751.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Urinalysis, Complete** | | | | | 01 |
| Urinalysis Gross Exam | | | | | 01 |
| Specific Gravity | 1.021 | | | 1.005 - 1.030 | 01 |
| pH | 5.5 | | | 5.0 - 7.5 | 01 |
| Urine-Color | Yellow | | | Yellow | 01 |
| Appearance | Clear | | | Clear | 01 |
| WBC Esterase | Negative | | | Negative | 01 |
| Protein | Negative | | | Negative/Trace | 01 |
| Glucose | Negative | | | Negative | 01 |
| Ketones | Negative | | | Negative | 01 |
| Occult Blood | Negative | | | Negative | 01 |
| Bilirubin | Negative | | | Negative | 01 |
| Urobilinogen,Semi-Qn | 0.2 | | mg/dL | 0.0 - 1.9 | 01 |
| Nitrite, Urine | Negative | | | Negative | 01 |
| Microscopic Examination | | | | | |
|   Microscopic follows if indicated. | | | | | 01 |
| Microscopic Examination   See below: | | | | | 01 |
|   Microscopic was indicated and was performed. | | | | | |
| WBC | 0-5 | | /hpf | 0 - 5 | 01 |
| RBC | 0-2 | | /hpf | 0 - 2 | 01 |
| Epithelial Cells (non renal) | | | | | |
| | None seen | | /hpf | 0 - 10 | 01 |
| Bacteria | Few | | | None seen/Few | 01 |
| | | | | | |
| **Testosterone Free MS/Dialysis** | | | | | |
| Testosterone, Serum (Total) | 613 | | ng/dL | | 02 |
|   Reference Range: | | | | | |
|   Adult Males | | | | | |
|   >18 years    348 - 1197 | | | | | |

| **PARKER, CRAIG** | | 048-849-5351-0 | Seq # 0994 |
|---|---|---|---|

02/24/15 06:07 ET          **FINAL REPORT**                    Page 1 of 3

This document contains private and confidential health information protected by state and federal law.    ©2004-15 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call **800-457-1177**                                              All Rights Reserved
                                                                                                                      DOC1 Ver 1.49

# LabCorp
Laboratory Corporation of America®

LabCorp Dallas
7777 Forest Lane Suite C350
Dallas, TX 75230-2544

Phone: 972-598-6000

| Patient Name | | | | | Specimen Number |
|---|---|---|---|---|---|
| PARKER, CRAIG | | | | | 048-849-5351-0 |

| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Age(Y/M/D) | Date of Birth |
|---|---|---|---|---|---|---|---|
| 15006815 | | | 02/17/15 14:00 | 02/24/15 | M | 53/09/06 | /61 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| % Free Testosterone (Dialysis) | 1.5 | | % | | 02 |
|   Reference Range: | | | | | |
|   Adult Males: 1.5 - 3.2 | | | | | |
| Free Testosterone, Serum | 92 | | pg/mL | | 02 |
|   Reference Range: | | | | | |
|   Adult Males: 52 - 280 | | | | | |

**Candida Antibodies IgG,IgA,IgM**

| | | | | | |
|---|---|---|---|---|---|
| Candida Antibodies IgG | <30 | | U/mL | 0 - 29 | 03 |

  Results for this test are for research purposes only by the assay's
manufacturer. The performance characteristics of this product have
not been established. Results should not be used as a diagnostic
procedure without confirmation of the diagnosis by another medically
established diagnostic product or procedure.

| | | | | | |
|---|---|---|---|---|---|
| Candida Antibodies IgM | <10 | | U/mL | 0 - 9 | 03 |

  Results for this test are for research purposes only by the assay's
manufacturer. The performance characteristics of this product have
not been established. Results should not be used as a diagnostic
procedure without confirmation of the diagnosis by another medically
established diagnostic product or procedure.

| | | | | | |
|---|---|---|---|---|---|
| Candida Antibodies IgA | <10 | | U/mL | 0 - 9 | 03 |

  Results for this test are for research purposes only by the assay's
manufacturer. The performance characteristics of this product have
not been established. Results should not be used as a diagnostic
procedure without confirmation of the diagnosis by another medically
established diagnostic product or procedure.

**Testosterone, Total, LC/MS**

| | | | | | |
|---|---|---|---|---|---|
| Testosterone, Total, LC/MS | 613 | | ng/dL | | 02 |
|   Reference Range: | | | | | |
|   Adult Males | | | | | |
|   >18 years    348 - 1197 | | | | | |

  Comment:
  Adult male reference interval is based on a population of lean males
up to 40 years old.

| | | | | | |
|---|---|---|---|---|---|
| **Estradiol** | 22.9 | | pg/mL | 7.6 - 42.6 | 01 |
|   Roche ECLIA methodology | | | | | |

**DHEA, Serum**

| | | | | | |
|---|---|---|---|---|---|
| Dehydroepiandrosterone (DHEA) | | | | | |
| | 74 | | ng/dL | 31 - 701 | 03 |

                         Age

| Age | |
|---|---|
| 1 - 5 years | 0 - 67 |
| 6 - 7 years | 0 - 110 |
| 8 - 10 years | 0 - 185 |
| 11 - 12 years | 0 - 201 |

| PARKER, CRAIG | | 048-849-5351-0 | Seq # 0994 |
|---|---|---|---|

02/24/15 06:07 ET        **FINAL REPORT**        Page 2 of 3

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-457-1177

©2004-15 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOC1 Ver 1.49

# LabCorp
Laboratory Corporation of America

LabCorp Dallas
7777 Forest Lane Suite C350
Dallas, TX 75230-2544

Phone: 972-598-6000

| Patient Name | | | | | | Specimen Number |
|---|---|---|---|---|---|---|
| PARKER, CRAIG | | | | | | 048-849-5351-0 |

| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Age(Y/M/D) | Date of Birth |
|---|---|---|---|---|---|---|---|
| 15006815 | | | 02/17/15 14:00 | 02/24/15 | M | 53/09/06 | /61 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | | | 13 - 14 years | 0 - 318 | |
| | | | 15 - 16 years | 39 - 481 | |
| | | | 17 - 19 years | 40 - 491 | |
| | | | >19 years | 31 - 701 | |
| **Vitamin D, 25-Hydroxy** | 83.8 | | ng/mL | 30.0 - 100.0 | 01 |

Vitamin D deficiency has been defined by the Institute of
Medicine and an Endocrine Society practice guideline as a
level of serum 25-OH vitamin D less than 20 ng/mL (1,2).
The Endocrine Society went on to further define vitamin D
insufficiency as a level between 21 and 29 ng/mL (2).
1. IOM (Institute of Medicine). 2010. Dietary reference
   intakes for calcium and D. Washington DC: The
   National Academies Press.
2. Holick MF, Binkley NC, Bischoff-Ferrari HA, et al.
   Evaluation, treatment, and prevention of vitamin D
   deficiency: an Endocrine Society clinical practice
   guideline. JCEM. 2011 Jul; 96(7):1911-30.

**Request Problem**                                                                          03
         No frozen plasma received.
         TEST:  117006  VEGF, Plasma

| 01 | DA | LabCorp Dallas                           Dir: CN Etufugh, MD |
|---|---|---|
| | | 7777 Forest Lane Suite C350, Dallas, TX 75230-2544 |
| 02 | ES | Esoterix Endocrinology                    Dir: Samuel Pepkowitz, MD |
| | | 4301 Lost Hills Road, Calabasas Hills, CA 91301-5358 |
| 03 | BN | LabCorp Burlington                        Dir: William F Hancock, MD |
| | | 1447 York Court, Burlington, NC 27215-3361 |

For inquiries, the physician may contact **Branch: 800-457-1177  Lab: 972-598-6000**

| PARKER, CRAIG | | 048-849-5351-0 | Seq # 0994 |
|---|---|---|---|

02/24/15 06:07 ET          **FINAL REPORT**                    Page 3 of 3

This document contains private and confidential health information protected by state and federal law.   ©2004-15 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call **800-657-1177**                                              All Rights Reserved
                                                                                                         DOC1 Ver: 1.49

AR 499

 Quest
Diagnostics

Report Status: Final

PARKER, CRAIG B

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| PARKER, CRAIG B<br><br>DOB: ▇/1961  AGE: 53<br>Gender:  M<br>Phone:  913.440.1423<br>Patient ID: 1217965<br>Health ID: 8573009080051031 | Specimen:  KS169133B<br>Requisition: 0000454<br><br>Collected:  01/26/2015 / 11:12 CST<br>Received:  01/26/2015 / 23:58 CST<br>Reported:  01/27/2015 / 14:21 CST<br>(* A Copy From) | Client #: Not Given    COPY999<br>PARKER CRAIG B<br>▇▇▇▇▇▇<br>OLATHE, KS 66061 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| IMMUNOGLOBULIN E | | 755 H | <OR=114 kU/L | KS |

PERFORMING SITE:
KS      QUEST DIAGNOSTICS LENEXA, 10101 RENNER BLVD, LENEXA, KS 66219-9752 Laboratory Director: WILLIAM J BECKER,DO,MPH, CLIA: 17D0648226

* KS PULMONARY & SLEEP SPEC has requested a copy of this report be sent to you. Ordering Physician: BALMACEDA, DANIEL Z

LIENT SERVICES: 866.697.8378                    SPECIMEN: KS169133B                    PAGE 1 OF 1
uest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

From 9132210751 1.0,913,221,0751 Thu Mar  5 11:42:32 MST 2015 Page 9 of 9

AR 500



Sun Life Assurance
Company of Canada
SC4375
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

1-800-247-6875

March 10, 2015

Craig Parker

████████████████
Olathe, KS 66061

RE:   Name of Insured:        Craig Parker
      Group Policy Number:     231948- Group Life Insurance Benefit
      Policyholder Name:       Garmin International, Inc.

Dear Mr. Parker:

We received a request for a review of your claim for **Life Waiver Premium** benefits on 10/13/14. The initial 45-day review period is due to expire on 3/12/15.

In our letter to you dated 10/15/14 we told you that if we could not render a decision within 45 days due to special circumstances, we would advise you of the special circumstances requiring an extension of time and the date by which we expect to render a decision on review. Accordingly, this letter constitutes written notice to you that we require an extension of time to make a determination on review.

1. We are continuing our review: a Transferable Skills Analysis may be required.
2. We are also confirming your Optional coverage & have requested supporting documentation.

The extension period cannot exceed a period of 30 days from the end of the initial review period, or by 4/10/15.

However, because we may need additional information to decide your claim, the period for making the benefit determination on review is tolled from the date on which this notice of extension is sent to you until the date on which you respond to our request for additional information. You will have 45 days to provide the specified information. Upon receipt, we will have 45 days to render a determination.

We appreciate your attention to this matter. Should you have any questions, please call us at (800) 247-6875.

Sincerely,

*Michelle Christian*

Michelle Christian
Sr. Claims Analyst
Group Life Department
SC4375

Sun Life Assurance Company of Canada
is a member of the Sun Life Financial group of companies.

www.sunlife-usa.com                              SLPC 7505

AR 501



| | |
|---|---|
| Case #: | D078664 |
| Worked By: | Randy Franke |
| Method Received: | Fax |
| Number of Pages: | 19 |
| Date: | 3/27/2015 |

# Records Request

**Name:** CRAIG PARKER
**SSN:**
**DOB:**
**State:** KS
**Policy #:** 014-05930-00

**Company:** SUN LIFE GROUP LTD
**Account#:** 28663
**Requester:** MICHELLE A
**U/W Team:**
**Doc Type(s):**

**Facility:** BROWN MD          MICHAEL
**Address:** 5251 W 116 PLACE.STE200
**City, St:** LEAWOOD, KS 66211
**Phone/Fax:** 913-333-8798 / 913-440-9294

091014-05930
UNKNOWN

**Special Instructions:**        AGENCY: SUN LIFE FINACIAL AGENT: MICHELLE DOUCETTE

7814314964   PLEASE OBTAIN THE OFFICE TREATMENT NOTES

DIAGNOSTIC TEST RESULTS  LAB TEST RESULTS FROM

JANUARY AND FEBRUARY 2015 AS WELL AS ANY VISITS FOR

MARCH 2015

These documents may contain confidential health information that is privileged and legally protected from disclosure by federal law including the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this correspondence is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy these documents.

Mar 27 15 04:00p          Naturae's Path                          913-440-9294                    p.3

**Craig Parker**
**Patient ID:** 36723273     **DOB:** ▮▮/1961     **Sex:** M     **Account No.:**
**Encounter ID:** 120768728     **Encounter Date:** 09/30/2014
**Encounter Type:** Office Visit

## SUBJECTIVE:

| | |
|---|---|
| **Chief Complaint:** | unable to tolerate meds, most supplements, carbs, or sugar |
| | muscle spasms in upper and lower back, hamstring, and esophageal spasms |
| | chronic lower right flank pain around appendix |
| | itchy skin |
| | slimy coating (sometimes painful) from mouth to esophagus |
| | feverish flu like feeling w/o fever |
| | nausea sxs - dizziness, tingling, and numbness in extremities and on head |
| | feeling of pressure on head |
| | tinnitus - which can escalate to passing out |
| | painfuls bloodshot eyes and blurred vision |
| | depression and fatigue - symptoms worse with less sleep |
| | brain fog - poor memory and concentration |
| | prostate pain - |
| | inflammed blood vessels on scotum which repeatedly gets better and then reoccurs |
| | lowered body temp |
| **History Of Present Illness:** | lab/chart review 1230-1; f/u 410-510 ;  doing OK at work;  having good days and bad days;  sinus infection is back; going back to ENT on friday + will have path report back again;  when FBS is 90 or above feels good; if lower feels bad;  stools - more solid although a ton of stringy slime; tried caprylic acid - but has a bad rxn in GI tract;  SAMe and TMG - able to get in 1 sachet but makes him feel bad - dizzy, sweats, etc;  Cats Claw causing similar issues; kava helping w/ anxiety;  pregnenelone and DHEA in everyday; trying to get an appt w/ John Freid, MD, infections dz doc - complete workup;  eye pain still an issue; |
| **Medical History:** | allergies, GB dz, gastritis, HAs, hemorrhoids, shingles, ulcer, prostate issues, rocky mtn spotted fever, mono |
| **Allergies:** | all rx meds |
| | carbs & sugar - most |
| | chemicals in general |
| | soy, dairy, wheat, yeast, sugar |
| **Current Medications:** | prevacid - 30mg qd |

## OBJECTIVE:

## ASSESSMENT:

| | |
|---|---|
| **Diagnosis:** | ICD-9 Codes: |
| | 1)78071; CHRONIC FATIGUE SYNDROME |

## PLAN:

| | |
|---|---|
| **Procedures:** | 1) 99215; Level 5 ( 40min) |
| | 2) 99354; Prolonged visit (30min-74min) |
| | 3) 99355; Prolonged visit,w/ 99354, ( 75-104min) |

Mar 27 10 04:00p        Nature's Path                          913-440-9294                    p.4

**Craig Parker**
**Patient ID:** 36723273        **DOB:**05/11/1961        **Sex:**M    **Account No.:**
**Encounter ID:** 120768728        **Encounter Date:**09/30/2014
**Encounter Type:**  Office Visit

**Patient Instructions:**        to focus on:
                                increase 1 - 400mcg 5mthf capsule per day
                                consider:  udo's 3/6/9 Blend and/or phosphaline 4:1 liquid by xymogen as a
                                great source of good fats - let's start w/ udos - take after a meal and be sure
                                to take ox bile capsules along w/ it

                                f/u as needed

_____ Date: _____

[Provider]: Michael Brown

Mar 27 15 04:00p        Naturae's Path                913-440-9294                    p.5

**Craig Parker**
**Patient ID:** 36723273    **DOB:** ▉/1961    **Sex:** M    **Account No.:**
**Encounter ID:** 120900917    **Encounter Date:** 10/06/2014
**Encounter Type:** Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| **Chief Complaint:** | unable to tolerate meds, most supplements, carbs, or sugar |
| | muscle spasms in upper and lower back, hamstring, and esophageal spasms |
| | chronic lower right flank pain around appendix |
| | itchy skin |
| | slimy coating (sometimes painful) from mouth to esophagus |
| | feverish flu like feeling w/o fever |
| | nausea sxs - dizziness, tingling, and numbness in extremities and on head |
| | feeling of pressure on head |
| | tinnitus - which can escalate to passing out |
| | painfuls bloodshot eyes and blurred vision |
| | depression and fatigue - symptoms worse with less sleep |
| | brain fog - poor memory and concentration |
| | prostate pain - |
| | inflammed blood vessels on scotum which repeatedly gets better and then reoccurs |
| | lowered body temp |
| **History Of Present Illness:** | lab/chart review 130-2; f/u 2-235;  see email from 10-5-14;  pt sick right now;  infectious dz doc didn't have many ideas... most things have been looked at;  having increased muscle spasms w/ this illness; |
| **Medical History:** | allergies, GB dz, gastritis, HAs, hemorrhoids, shingles, ulcer, prostate issues, rocky mtn spotted fever, mono |
| **Allergies:** | all rx meds |
| | carbs & sugar - most |
| | chemicals in general |
| | soy, dairy, wheat, yeast, sugar |
| **Current Medications:** | prevacid - 30mg qd |

**OBJECTIVE:**

**ASSESSMENT:**

| | |
|---|---|
| **Diagnosis:** | ICD-9 Codes: |
| | 1)78071; CHRONIC FATIGUE SYNDROME |

**PLAN:**

| | |
|---|---|
| **Procedures:** | 1) 99215; Level 5 ( 40min) |
| | 2) 99354; Prolonged visit (30min-74min) |
| **Patient Instructions:** | see 10-6-14 plan sheet |

_____ Date: _____

[Provider]: Michael Brown

Mar 27 15 04:00p          Naturae's Path                      913-440-9294                      p.6

**Craig Parker**
**Patient ID:** 36723273    **DOB:** [REDACTED] /1961    **Sex:** M    **Account No.:**
**Encounter ID:** 120970389    **Encounter Date:** 10/08/2014
**Encounter Type:** Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| **Chief Complaint:** | unable to tolerate meds, most supplements, carbs, or sugar |
| | muscle spasms in upper and lower back, hamstring, and esophageal spasms |
| | chronic lower right flank pain around appendix |
| | itchy skin |
| | slimy coating (sometimes painful) from mouth to esophagus |
| | feverish flu like feeling w/o fever |
| | nausea sxs - dizziness, tingling, and numbness in extremities and on head |
| | feeling of pressure on head |
| | tinnitus - which can escalate to passing out |
| | painfuls bloodshot eyes and blurred vision |
| | depression and fatigue - symptoms worse with less sleep |
| | brain fog - poor memory and concentration |
| | prostate pain - |
| | inflammed blood vessels on scotum which repeatedly gets better and then reoccurs |
| | lowered body temp |
| **History Of Present Illness:** | lab/chart review 1-130; f/u 130-2;  see 10-8-14 email regarding acute illness;  has started Ceftin; |
| **Medical History:** | allergies, GB dz, gastritis, HAs, hemorrhoids, shingles, ulcer, prostate issues, rocky mtn spotted fever, mono |
| **Allergies:** | all rx meds |
| | carbs & sugar - most |
| | chemicals in general |
| | soy, dairy, wheat, yeast, sugar |
| **Current Medications:** | prevacid - 30mg qd |

**OBJECTIVE:**

**ASSESSMENT:**

| | |
|---|---|
| **Diagnosis:** | ICD-9 Codes: |
| | 1)78071; CHRONIC FATIGUE SYNDROME |
| | 2)9953; ALLERGY, UNSPEC, OTH |
| | 3)2599; UNSPEC ENDOCRINE DISORDER |

**PLAN:**

| | |
|---|---|
| **Procedures:** | 1) 99215; Level 5 ( 40min) |
| | 2) 99354; Prolonged visit (30min-74min) |
| **Patient Instructions:** | see 10-6-14 plan sheet |

_____ Date: _____

[Provider]: Michael Brown

**Craig Parker**
**Patient ID:** 36723273    **DOB** ████ 1961    **Sex:** M    **Account No.:**
**Encounter ID:** 121147126    **Encounter Date:** 10/15/2014
**Encounter Type:** Office Visit

**Patient Instructions:**    over weekend: mucinex - childrens - 12 hrs max - ideally liquid but can do pellet
also - alternate days on arsenicum album and kali bic

HHv6 - consider this/research
lets start monoluarin and anti-viral/anit-microbial protocol Monday after
testing

f/u next week

_____ Date: _____

[Provider]: Michael Brown

Mar 27 15 04:01p        Nature's Path                    913-440-9294              p.6

**Craig Parker**
**Patient ID:** 36723273    **DOB:** ▓▓▓ 1961    **Sex:** M    **Account No.:**
**Encounter ID:** 121147126    **Encounter Date:** 10/15/2014
**Encounter Type:** Office Visit

SUBJECTIVE:

| | |
|---|---|
| **Chief Complaint:** | unable to tolerate meds, most supplements, carbs, or sugar |
| | muscle spasms in upper and lower back, hamstring, and esophageal spasms |
| | chronic lower right flank pain around appendix |
| | itchy skin |
| | slimy coating (sometimes painful) from mouth to esophagus |
| | feverish flu like feeling w/o fever |
| | nausea sxs - dizziness, tingling, and numbness in extremities and on head |
| | feeling of pressure on head |
| | tinnitus - which can escalate to passing out |
| | painfuls bloodshot eyes and blurred vision |
| | depression and fatigue - symptoms worse with less sleep |
| | brain fog - poor memory and concentration |
| | prostate pain - |
| | inflammed blood vessels on scotum which repeatedly gets better and then reoccurs |
| | lowered body temp |
| **History Of Present Illness:** | lab/chart review 130-210; f/u 210-235; getting less slime in stool but lots of stringy mucous; getting cough episodes at 4am… due to mucous in lungs and wheezes are present - then goes away and goes back to sleep - takes about an hour to go away b/f he can go back to sleep; today having mucous around larynx… |
| **Medical History:** | allergies, GB dz, gastritis, HAs, hemorrhoids, shingles, ulcer, prostate issues, rocky mtn spotted fever, mono |
| **Allergies:** | all rx meds |
| | carbs & sugar - most |
| | chemicals in general |
| | soy, dairy, wheat, yeast, sugar |
| **Current Medications:** | prevacid - 30mg qd |

OBJECTIVE:

ASSESSMENT:

| | |
|---|---|
| **Diagnosis:** | ICD-9 Codes: |
| | 1)78071; CHRONIC FATIGUE SYNDROME |
| | 2)5641; IRRITABLE BOWEL SYNDROME |
| | 3)4739; UNSPEC SINUSITIS (CHRONIC) |

PLAN:

| | |
|---|---|
| **Procedures:** | 1) 99215; Level 5 ( 40min) |
| | 2) 99354; Prolonged visit (30min-74min) |

Mar 27 16 04:01p    Naturae's Path    913-440-9294    p.9

Page: 1 of 1

**Craig Parker**
**Patient ID:** 36723273    **DOB:** [redacted] 1961    **Sex:** M    **Account No.:**
**Encounter ID:** 121325350    **Encounter Date:** 10/22/2014
**Encounter Type:** Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| **Chief Complaint:** | unable to tolerate meds, most supplements, carbs, or sugar |
| | muscle spasms in upper and lower back, hamstring, and esophageal spasms |
| | chronic lower right flank pain around appendix |
| | itchy skin |
| | slimy coating (sometimes painful) from mouth to esophagus |
| | feverish flu like feeling w/o fever |
| | nausea sxs - dizziness, tingling, and numbness in extremities and on head |
| | feeling of pressure on head |
| | tinnitus - which can escalate to passing out |
| | painfuls bloodshot eyes and blurred vision |
| | depression and fatigue - symptoms worse with less sleep |
| | brain fog - poor memory and concentration |
| | prostate pain - |
| | inflammed blood vessels on scotum which repeatedly gets better and then reoccurs |
| | lowered body temp |
| **History Of Present Illness:** | lab/chart review 130-2; f/u 200-  ;  barely crawled out of bed this AM;  didn't sleep all night;  so much worse w/ re to sinus infection; had stopped nasal antibiotic - ENT did call back - suggested stopping steroid component and going just w/ nasal antibiotic and ayr saline gel (due to bleeding and raw); doing just vancomycin nasal alone - strong rxn to nasal antibiotics - ver swollen and painful;  no mucous in stool x 1 week;  no thrush x 1 week either; |
| **Medical History:** | allergies, GB dz, gastritis, HAs, hemorrhoids, shingles, ulcer, prostate issues, rocky mtn spotted fever, mono |
| **Allergies:** | all rx meds |
| | carbs & sugar - most |
| | chemicals in general |
| | soy, dairy, wheat, yeast, sugar |
| **Current Medications:** | prevacid - 30mg qd |

**OBJECTIVE:**

**ASSESSMENT:**

| | |
|---|---|
| **Diagnosis:** | ICD-9 Codes: |
| | 1)78071; CHRONIC FATIGUE SYNDROME |
| | 2)5641; IRRITABLE BOWEL SYNDROME |
| | 3)4739; UNSPEC SINUSITIS (CHRONIC) |

**PLAN:**

| | |
|---|---|
| **Procedures:** | 1) 99215; Level 5 ( 40min) |
| | 2) 99354; Prolonged visit (30min-74min) |
| **Patient Instructions:** | update me after ENT appt on friday |

_____ Date: _____

[Provider]: Michael Brown

AR 509

Mar 27 15 04:01p        Naturae's Path                913-440-9294              p.10

Page: 1 of 1

**Craig Parker**
**Patient ID:** 36723273     **DOB** ▮▮▮▮1961     **Sex:** M   **Account No.:**
**Encounter ID:** 121535975     **Encounter Date:** 10/30/2014
**Encounter Type:** Office Visit

**SUBJECTIVE:**

**Nurse Note:**     f/u visit today reveals - antibiotic and anti fungal are challenging - antibiotic (pack) started yesterday; and anti-
fungal (diflucan) tuesday evening - getting allergic rxn - runny sneeze, wheezing, congestion,  see 10-30-14 plan
sheet;rx - zpack - noon
diflucan - morning
probiotics - before bed
activated charcoal - ~ 5pmish

try phosphorous 30c - 5pellets before bed for cough

**OBJECTIVE:**

**ASSESSMENT:**

**PLAN:**

_____ Date: _____

[Provider]: Michael Brown

Mar 27 15 04:01p          Naturae's Path                    913-440-9294          p.11

**Craig Parker**
**Patient ID:** 36723273      **DOB:** ████/1961      **Sex:** M     **Account No.:**
**Encounter ID:** 121779920      **Encounter Date:** 11/10/2014
**Encounter Type:** Office Visit

**Patient Instructions:**      rx - zpack - noon
diflucan - morning
probiotics - before bed
activated charcoal - ~ 5pmish


strongly consider: proline based product - gi integrity - low on plasma
aminos

_____ Date: _____

[Provider]: Michael Brown

Page: 1 of 2

**Craig Parker**
Patient ID: 36723273     DOB██████ 1961     Sex: M     Account No.:
Encounter ID: 121779920     Encounter Date: 11/10/2014
Encounter Type: Office Visit

## SUBJECTIVE:

| | |
|---|---|
| **Chief Complaint:** | unable to tolerate meds, most supplements, carbs, or sugar |
| | muscle spasms in upper and lower back, hamstring, and esophageal spasms |
| | chronic lower right flank pain around appendix |
| | itchy skin |
| | slimy coating (sometimes painful) from mouth to esophagus |
| | feverish flu like feeling w/o fever |
| | nausea sxs - dizziness, tingling, and numbness in extremities and on head |
| | feeling of pressure on head |
| | tinnitus - which can escalate to passing out |
| | painfuls bloodshot eyes and blurred vision |
| | depression and fatigue - symptoms worse with less sleep |
| | brain fog - poor memory and concentration |
| | prostate pain - |
| | inflammed blood vessels on scotum which repeatedly gets better and then reoccurs |
| | lowered body temp |
| **History Of Present Illness:** | lab/chart review 11-1130; fu 1135-1210;  put on oral antibiotic (on friday - dosed 2x/day - and just started full dose today)  and diflucant and on it over weekend;  5 hrs after taking diflucan he gets a HUGE systemic reaction and has to use albuterol to be able to breathe;  GI stools are daily formed and normal - a little cramp but overall; |
| **Medical History:** | allergies, GB dz, gastritis, HAs, hemorrhoids, shingles, ulcer, prostate issues, rocky mtn spotted fever, mono |
| **Allergies:** | all rx meds |
| | carbs & sugar - most |
| | chemicals in general |
| | soy, dairy, wheat, yeast, sugar |
| **Current Medications:** | prevacid - 30mg qd |

## OBJECTIVE:

## ASSESSMENT:

| | |
|---|---|
| **Diagnosis:** | ICD-9 Codes: |
| | 1)78071; CHRONIC FATIGUE SYNDROME |
| | 2)5641; IRRITABLE BOWEL SYNDROME |
| | 3)4739; UNSPEC SINUSITIS (CHRONIC) |

## PLAN:

| | |
|---|---|
| **Procedures:** | 1) 99214; Level 4 ( 25 min) |
| | 2) 99354; Prolonged visit (30min-74min) |

Mar 27 15 04:02p        Naturae's Path                913-440-9294              p.13

Page: 1 of 1

**Naturae's Path, LLC**
**5251 W. 116th Place**
**Suite 200**
**Leawood, Ks 66211**

**Craig Parker**
**Patient ID:** 46552370    **DOB** ████ 1961    **Sex:** M    **Account No.:** 36723273
**Encounter ID:** 122317819    **Encounter Date:** 12/02/2014
**Encounter Type:** Office Visit

**SUBJECTIVE:**

**Chief Complaint:** records from former clinic's OA need to be brought over

**History Of Present Illness:** pt here for f/u visit (340-  ): Thanksgiving things went downhill - developed some sort of bronchitis/allergic rxn - thinks he reacted to nasal steroid; nothing on culture from ENT; running a complete tick vector work up thru nurse Nancy - nurse who took over carolyn reiser's old clinic; ENT wants to try another round of nasal antibiotic in nasal rinse and nasal anti fungal; pt out of bed today - 1st day since turkey day; GI tract fairly normal at moment; no signs of thrush; seeing pulmonologist tomorrow for lungs; sinuses a little more open of late; oxygen sat is good until he has an episode;

**Onset Date:** 12/02/2014

**OBJECTIVE:**

**ASSESSMENT:**

**PLAN:**

**Procedures Notes:** Igenex tick born vector testing

**Patient Instructions:** slowly restarting supplements
f/u next week

_____ Date: _____

[Provider]: MIchael Brown, ND

Page: 1 of 1

**Naturae's Path, LLC**
**5251 W. 116th Place**
**Suite 200**
**Leawood, Ks 66211**

**Craig Parker**
**Patient ID:** 46552370     **DOB:** 05/11/1961     **Sex:** M     **Account No.:** 36723273
**Encounter ID:** 122497670     **Encounter Date:** 12/09/2014
**Encounter Type:** Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| **Chief Complaint:** | CF/FM<br>chronic sinusitis<br>fatigue/malaise<br>brain fog<br>notes from WD OA need to be p/o and added to this |
| **History Of Present Illness:** | f/u appt reveals (215-255): started TD NAC & GSH on friday… and used bid - no negative issues and has noticed less congestion and has small instances of being able to smell; sleep - going ok; last 3 mornings - awakened by asthma; decreased yellow mucus formation from sinuses; waiting on nasal steroid and nasal antibiotic and anti-fungal; breathing tests per pulmonologist - did not have pneumonia; energy swings drastic; BMs WNL; still waiting on DI payments; |
| **Onset Date:** | 12/09/2014 |

**OBJECTIVE:**

**Physical Examination:** Constitutional: Pt is A+O to ppt; color is better but looks fatigued;

**ASSESSMENT:**

| | |
|---|---|
| **Diagnosis:** | ICD-9 Codes:<br>1)78071; CHRONIC FATIGUE SYNDROME<br>2)2599; UNSPEC ENDOCRINE DISORDER<br>3)4739; UNSPEC SINUSITIS (CHRONIC) |

**PLAN:**

**Patient Instructions:**     F/U next week

_____ Date: _____

[Provider]: Michael Brown, ND

AR 514

Mar 27 10 04:02p          Naturae's Path                    913-440-9294                p.73

Page: 1 of 1

**Naturae's Path, LLC**
**5251 W. 116th Place**
**Suite 200**
**Leawood, Ks 66211**

**Craig Parker**
**Patient ID:** 46552370    **DOB:** ████/1961    **Sex:** M    **Account No.:** 36723273
**Encounter ID:** 122852032    **Encounter Date:** 12/23/2014
**Encounter Type:** Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| **Chief Complaint:** | CF/FM<br>chronic sinusitis<br>fatigue/malaise<br>brain fog<br>notes from WD OA need to be p/o and added to this |
| **History Of Present Illness:** | lab/chart review 11--1125; 1125 -  1230;  pt not doing well - does not feel like getting out of bed;  dizzy and confused and emotional;  going off all adrenal and sex steroid support for 3 days to collect salivary cortisol testing thru tick nurse - collected samples on saturday but has not recovered from being of off them;  also has been a very stressful week;  sinuses are doing better; |
| **Onset Date:** | 12/09/2014 |

**OBJECTIVE:**

**Physical Examination:** Constitutional: Pt is A+O to ppt;  color is better but looks fatigued;

**ASSESSMENT:**

| | |
|---|---|
| **Diagnosis:** | ICD-9 Codes:<br>1)78071; CHRONIC FATIGUE SYNDROME<br>2)2599; UNSPEC ENDOCRINE DISORDER<br>3)2699; UNSPEC NUTRITIONAL DEFICIENCY |

**PLAN:**

**Patient Instructions:**    f/u next week; restart all supplements and increase amounts as indicated on 12-23-14 plan sheet

_____ Date: _____

[Provider]: MIchael Brown, ND

AR 515

Mar 27 15 04:03p        Naturae's Path                            913-440-9294                    p.16

Page: 1 of 1

**Naturae's Path, LLC**
**5251 W. 116th Place**
**Suite 200**
**Leawood, Ks 66211**

**Craig Parker**
**Patient ID:** 46552370    **DOB:** 05/11/1961    **Sex:** M    **Account No.:** 36723273
**Encounter ID:** 123097736    **Encounter Date:** 01/06/2015
**Encounter Type:** Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| **Chief Complaint:** | CF/FM |
| | chronic sinusitis |
| | fatigue/malaise |
| | brain fog |
| | notes from WD OA need to be p/o and added to this |
| **History Of Present Illness:** | f/u appt reveals (330-   ): pt wants to try something to raise serotonin levels but feels SAMe/TMG flairs asthma; |
| **Onset Date:** | 12/09/2014 |

**OBJECTIVE:**

| | |
|---|---|
| **Physical Examination:** | Constitutional: Pt is A+O to ppt; color is better but looks fatigued; |

**ASSESSMENT:**

| | |
|---|---|
| **Diagnosis:** | ICD-9 Codes: |
| | 1)78071; CHRONIC FATIGUE SYNDROME |
| | 2)2599; UNSPEC ENDOCRINE DISORDER |
| | 3)2699; UNSPEC NUTRITIONAL DEFICIENCY |

**PLAN:**

| | |
|---|---|
| **Care Plans:** | bone marrow broth - for building blood |
| | |
| | f/u after labs |
| | beef broth - free range bones + add:  shittake, astragalus, ginger, onions, garlic, carrots, celery |
| | |
| | to consider if determined lymes is an issue:  borrelia homeopathic, colloidal silver, cats claw, thymus, Baptisia, black walnut, artimesia, hoxey(?) |
| **Patient Instructions:** | to consider: mito dna test by cortagen |
| | |
| | retest the following - test f&t, dhea, andro |
| | e2 - in jan 2015 |
| | do 2 weeks after being on troches and time |
| | blood draw so that you take morning dose |
| | of troche and dhea and pregenenlone 6 hrs |
| | before hand |

_____  Date: _____

[Provider]: Michael Brown, ND

AR 516

Page: 1 of 1

**Naturae's Path, LLC**
**5251 W. 116th Place**
**Suite 200**
**Leawood, Ks 66211**

**Craig Parker**
**Patient ID:** 46552370     **DOB:** ▆▆▆1961     **Sex:** M     **Account No.:** 36723273
**Encounter ID:** 123545471     **Encounter Date:** 01/22/2015
**Encounter Type:** Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| **Chief Complaint:** | CF/FM<br>chronic sinusitis<br>fatigue/malaise<br>brain fog<br>notes from WD OA need to be p/o and added to this |
| **History Of Present Illness:** | f/u appt reveals 215-315; pt has info back from tick nurse - SPECT scan showed sig inflammation temporal lobes and mild inflammation in inferior lower frontal lobes; this is, according to her, is similar to what she sees in Lyme's Dz profiles and these areas she suspects are impacting speech, leg, digestion, and emotion/anxiety; nothing came back in all the labs that said that he had active lymes or babesia but past IgG for lymes indicating at least an exposure; no past IgG for babesia or bartonella; her overall assessment |
| **Onset Date:** | 12/09/2014 |

**OBJECTIVE:**

**Physical Examination:** Constitutional: Pt is A+O to ppt; color is better but looks fatigued;

**ASSESSMENT:**

| | |
|---|---|
| **Diagnosis:** | ICD-9 Codes:<br>1)78071; CHRONIC FATIGUE SYNDROME<br>2)2599; UNSPEC ENDOCRINE DISORDER<br>3)2699; UNSPEC NUTRITIONAL DEFICIENCY<br>4)4739; UNSPEC SINUSITIS (CHRONIC)<br>5)30000; ANXIETY STATE, UNSPEC<br>6)7807; MALAISE AND FATIGUE |

**PLAN:**

| | |
|---|---|
| **Care Plans:** | to consider: mito dna test by cortagen<br><br>retest the following - test f&t, dhea, andro<br>e2 - in jan 2015<br>do 2 weeks after being on troches and time<br>blood draw so that you take morning dose<br>of troche and dhea and pregenenlone 6 hrs<br>before hand |
| **Patient Instructions:** | I would recommend 50,000iu of vit d3 for 10 days then repeat vit d3 levels<br><br>consider brain flow perfusion protocol: high dose curcumin, gingko, vinpocitine, huperizine, wobenzyme/serratozyme (empty stomach)<br>at some point add in hydrastis tincture b/c berberine had decent inhibition activity - to address pathogenic activity<br>to consider if determined lymes is an issue: borrelia homeopathic, colloidal silver, cats claw, thymus, Baptisia, black walnut, artimesia, hoxey(?) |

_____ Date: _____

[Provider]: Michael Brown, ND

Mar 27 16 04:08p          Naturae's Path                          913-440-9294                    p.76

Page: 1 of 1

**Naturae's Path, LLC**
**5251 W. 116th Place**
**Suite 200**
**Leawood, Ks 66211**

**Craig Parker**
**Patient ID:** 46552370     **DOB:**▮ /1961     **Sex:** M     **Account No.:** 36723273
**Encounter ID:** 124058561     **Encounter Date:** 02/10/2015
**Encounter Type:** Office Visit

**SUBJECTIVE:**

**Chief Complaint:**          CF/FM
chronic sinusitis
fatigue/malaise
brain fog
notes from WD OA need to be p/o and added to this

**History Of Present**     f/u appt reveals: 2-245; saw rheumatologist this AM - not ? w/ autoimmune based on recent bloodworm; IgE is
**Illness:**          VERY high - not sure why (per allergist);  breathing better; sleep better; on testo troches;  pt washed his car -
worked on it for 4 hours - had issues the next day but has bounced back now;  appt w neurologist on thursday;

**Onset Date:**          12/09/2014

**OBJECTIVE:**

**Physical Examination:** Constitutional: Pt is A+O to ppt;  color is better but looks fatigued;

**ASSESSMENT:**

**Diagnosis:**          ICD-9 Codes:
1)78071; CHRONIC FATIGUE SYNDROME
2)2599; UNSPEC ENDOCRINE DISORDER
3)2699; UNSPEC NUTRITIONAL DEFICIENCY
4)9953; ALLERGY, UNSPEC, OTH

**PLAN:**

**Care Plans:**          to consider: mito dna test by cortagen

retest the following - test f&t, dhea, andro
e2 - in jan 2015
do 2 weeks after being on troches and time
blood draw so that you take morning dose
of troche and dhea and pregenenlone 6 hrs
before hand

**Patient Instructions:**     f/u x 2 weeks

_____ Date: _____

[Provider]: Michael Brown, ND

Page: 1 of 1

**Naturae's Path, LLC**
**5251 W. 116th Place**
**Suite 200**
**Leawood, Ks 66211**

**Craig Parker**
**Patient ID:** 46552370    **DOB:** ████/1961    **Sex:** M    **Account No.:** 36723273
**Encounter ID:** 124840250    **Encounter Date:** 03/10/2015
**Encounter Type:** Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| **Chief Complaint:** | CF/FM<br>chronic sinusitis<br>fatigue/malaise<br>brain fog<br>notes from WD OA need to be p/o and added to this |
| **History Of Present Illness:** | f/u appt (first 60min of 120min for march on concierge) reveals 210-310; saturday pt felt better than he had in a long time; did an "audio-frequency" (AF) tx - pt did not get a negative response or herxheimer; felt good doing it; tx session was only 1 min; still doing 2 Rife systems - still feels bad for 24 hrs afterwards; going back for this AF tx over the weekend and the wed RF tx; saw neurologist at KU med - she did not help w/ PET scan; she didn't think he had a dementia dx"; has an appt w/ infx dz in april; has another appt set up w/ 'nat med friendly' allergist to ideally try to get IgE panels done thru Quest |
| **Onset Date:** | 12/09/2014 |

**OBJECTIVE:**

**Physical Examination:** Constitutional: Pt is A+O to ppt; color is better but looks fatigued;

**ASSESSMENT:**

| | |
|---|---|
| **Diagnosis:** | ICD-9 Codes:<br>1)78071; CHRONIC FATIGUE SYNDROME<br>2)2599; UNSPEC ENDOCRINE DISORDER<br>3)2699; UNSPEC NUTRITIONAL DEFICIENCY<br>4)9953; ALLERGY, UNSPEC, OTH |

**PLAN:**

**Patient Instructions:** f/u x 2 weeks

_____ Date: _____

[Provider]: Michael Brown, ND

Mar 27 15 04:04p        Naturae's Path                    913-440-9294              p.20

Page: 1 of 1

**Naturae's Path, LLC**
**5251 W. 116th Place**
**Suite 200**
**Leawood, Ks 66211**

**Craig Parker**
**Patient ID:** 46552370    **DOB** ▮▮ 1961    **Sex:** M    **Account No.:** 36723273
**Encounter ID:** 125236255    **Encounter Date:** 03/24/2015
**Encounter Type:** Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| **Chief Complaint:** | CF/FM<br>chronic sinusitis<br>fatigue/malaise<br>brain fog<br>notes from WD OA need to be p/o and added to this |
| **History Of Present Illness:** | f/u appt (f2nd 60min of 120min for march on concierge) reveals (220- ); pt has worked his butt off the last two days... has been tired and allergies are flaired BUT not crashing; saw allergist yesterday...so still getting allergy shots; she agreed to order all of the IgE panels I sent him; labs to be drawn today - back in a few days; blood blisters in scrotal area are better but ones in mouth... still no change - they come and go; appt w/ infxz dz doc.. tick born vector expert; |
| **Onset Date:** | 12/09/2014 |

**OBJECTIVE:**

**Physical Examination:** Constitutional: Pt is A+O to ppt; color is better but looks fatigued;

**ASSESSMENT:**

| | |
|---|---|
| **Diagnosis:** | ICD-9 Codes:<br>1)78071; CHRONIC FATIGUE SYNDROME<br>2)2599; UNSPEC ENDOCRINE DISORDER<br>3)2699; UNSPEC NUTRITIONAL DEFICIENCY<br>4)9953; ALLERGY, UNSPEC, OTH<br>5)4739; UNSPEC SINUSITIS (CHRONIC) |

**PLAN:**

| | |
|---|---|
| **Procedures Notes:** | very broad ige panel - for foods, environmental, airborne, etc, etc - as wide and comprehensive as they can do |
| **Patient Instructions:** | at some point - let's start hydrastis and borrelial burgdafori homeopathic consider hyperbaric - susan anschutz, dc<br><br>consider brain flow perfusion protocol: high dose curcumin, gingko, vinpocitine, huperizine, wobenzyme/serratozyme (empty stomach) strongly consider: quercetin, bioflavonex<br><br>at some point add in hydrastis tincture b/c berberine had decent inhibition activity - to address pathogenic activity to consider if determined lymes is an issue: borrelia homeopathic, colloidal silver, cats claw, thymus, Baptisia, black walnut, artimesia, hoxey(?) |

_____ Date: _____

[Provider]: MIchael Brown, ND

AR 520



lead and innovate

| | |
|---|---|
| Case #: | D078727 |
| Worked By: | Jill Davis |
| Method Received: | Fax |
| Number of Pages: | 3 |
| Date: | 3/31/2015 |

# Records Request

**Name:** CRAIG PARKER
**SSN:**
**DOB:**
**State:** KS
**Policy #:** 014-05930-00

**Company:** SUN LIFE GROUP LTD
**Account#:** 28663
**Requester:** MICHELLE A
**U/W Team:**
**Doc Type(s):**

**Facility:** LA CLAIRE MD          JUDE
**Address:** 5453 W 61ST PLACE
**City, St:** MISSION, KS 66205
**Phone/Fax:** 913-322-0023 / 913-322-0025

091014-05930
UNKNOWN

**Special Instructions:**          AGENCY: SUN LIFE FINACIAL AGENT: MICHELLE DOUCETTE

7814314964   PLEASE OBTAIN ALL TREATMENT NOTES FROM

JANUARY 2015 TO THE PRESENT  AS WELL AS ANY NEURO

PSYCHIATRIC EXAM TESTING

These documents may contain confidential health information that is privileged and legally protected from disclosure by federal law including the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this correspondence is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy these documents.



Jude LaClaire, Ph.D, LCPC
5453 W. 61st Place
913-322-5622
913-322-0025 (FAX)
jude@kcholistic.com

March 31, 2015

Re: Craig Parker
Case #: D078727
DOB: ███/1961

**DIAGNOSIS:**
**DSM-V-TR:**
**300.4: Dysthymic Disorder**
**309.24: Adjustment Disorder with Anxiety (Chronic)**

**Dates of Service:**
1/9/15, 1/13/15, 1/23/15, 1/30/15, 2/5/15, 2/19/15, 3/10/15, 3/19/15

    Mr. Parker began counseling 1/9/15. He reports poor appetite, low energy and fatigue, low self-esteem, poor concentration, difficulty making decisions and feelings of hopelessness. He also reports worry, nervousness, and anxious feelings.

    He reports that he had been employed in a highly responsible job as an Engineer. He began experiencing symptoms of double vision, infections, chronic fatigue and pain. He was subsequently diagnosed with Lyme's disease and was unable to work.

    He is learning to control his stress, anxious thoughts and looking at the symptoms that are causing his disability differently. This has helped his feelings of hopelessness and reduced his stress. His physical symptoms have remained unchanged but his attitude towards them has changed.

    His wife and children have been affected by his severe illness and inability to work outside the home and participate in activities with them. They report feelings of anxiety, depression and hopelessness. As Mr. Parker's attitude towards his illness has changed, his family is feeling less stress, anxiety and hopelessness.

    Mr. Parker and his family have been highly motivated and cooperative in working with the severe physical issues and subsequent mental health issues. Coping with chronic pain, fatigue, memory and concentration issues is difficult for the family and Mr. Parker.

    He is under the care of a Neurologist who continues to work with him regarding his neurological issues.

**Prognosis**: Mr. Parker's mental health is improving, as is his family's. According to the neurological findings and other medical diagnosis, it would appear that Mr. Parker has permanent damage that will keep him from functioning adequately in his job. At this time he is permanently disabled and unable to work full or part-time.

**Recommendations:**  Mr. Parker should continue counseling to deal with the effects of his medical condition on himself and his family. People with chronic fatigue and pain suffer from depression and anxiety so on-going counseling is necessary to his continued improved mental health functioning.

Dr. Jude LaClaire, LCPC                                      March 31, 2015

AR 523



Sun Life Assurance
Company of Canada
SC4375
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

Tel. 1-800-247-6875
Fax. 1-888-551-2084

April 6, 2015

Mr. Craig Parker
████████████
Olathe, KS 66061

RE:  Name of Insured:        Craig Parker
     Policyholder Name:       Garmin International, Inc.
     Group Policy Number:     231948 – Group Life Insurance Benefit

Dear Mr. Parker:

*Please note that this letter is in reference to your claim for Group Life Insurance waiver of premium benefits. This is for the continuation of your life insurance coverage due to your disability. This letter does not apply to your Long Term Disability claim.*

As you know, Michelle Christian from the Group Life Waiver department wrote to you on March 10, 2015 requesting additional information to decide your claim. At this time your file has been transferred to myself – Paul MacArthur – and I will be reviewing all of the available information to determine if you qualify for a Group Life Waiver of Premium Benefit.

In order to be eligible for a Group Life Waiver of Premium benefit, an employee must be totally disabled from any occupation based upon your education, training and experienced. The policy defines total disability for life insurance as follows:

"**Total Disability** or **Totally Disabled** for purposes of determining eligibility for Waiver of Premium, means an Employee, because of Injury or Sickness, is unable to perform the material and substantial duties of any occupation for which he is or becomes reasonably qualified for by education, training or experience."

Our consulting physician recently completed a medical review of your file and indicated that "It is my considered medical opinion that the claimant would be able to function in his usual capacity provided he was given period of time to rest and this might translate into part-time employment."

However, we note recent correspondence from Dr. Jude LaClaire which indicates that you have been diagnosed with dysthymic disorder and adjustment disorder with anxiety. For this reason, we need to obtain additional information from you before we can make a decision on your Group Life Waiver of Premium Claim.

Sun Life Assurance Company of Canada
is a member of the Sun Life Financial group of companies.

www.sunlife-usa.com                          SLPC 7556

AR 524

Please provide us with:

1) Copies of Dr. LaClaire's office progress notes from January 9, 2015 through present along with copies of all psychotherapy notes and/or counseling notes.

2) Please have Dr. LaClaire complete the enclosed Behavioral Health Physician Statement.

3) We have not received a response from Garmin International, Inc. for the previously requested optional life insurance enrollment forms. Please have your employer provide us with your initial Optional Life Insurance Enrollment Form and any other subsequent Optional Enrollment forms.

** Coordination with your Long Term Disability claim. We understand that our disability department plans on requesting both the Behavioral Attending Physician Statement and copies of the office notes, psychotherapy and/or counseling notes from Dr. LaClaire. Please note that we only need this information once and the information will be shared between both of your claims.

Because we have not received the additional information necessary to evaluate your claim for Option Life Insurance coverage, the period for making the benefit determination is tolled from the date we send notice requesting the information from you until the date on which the information is received. Upon receipt of the above requested information, we will render a determination within 30 days, unless there are extenuating circumstances beyond the control of the plan. You will have 30 days to provide the necessary information.

If the requested information is not received by May 6, 2015 (30th day), or we have not heard from you, we will make a decision on Group Life Waiver of Premium benefits based upon the information contained in your file at that time.

Should you have any questions, please call us at (800) 247-6875.

Sincerely,

Paul MacArthur
Sr. Benefit Consultant
Life Waiver Claims, SC4375

Sun Life Assurance Company of Canada
is a member of the Sun Life Financial group of companies.

www.sunlife-usa.com                    SLPC 7556

AR 525



Sun Life Assurance
Company of Canada
SC 3208
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

April 8, 2015

Mr. Craig Parker
██████████
Olathe KS  66061

Re:     Policy No.     231948-Long Term Disability
        Control No.    091014-05930-00

Dear Mr. Parker:

During an ongoing claim, you need to provide periodic updates regarding various aspects of your claim, including your medical condition, your financial status and your activities.

**At this time, please have your treating doctor complete the enclosed Attending Physician's Statement.  Please be sure to have the physical update done as well as your psychiatric physician to complete the Behavioral portion.**

Please complete and return this form no later than April 29, 2015 to avoid an interruption or termination of benefits.

Should you have any questions about your claim, or if we may offer assistance, please feel free to call me at 1-800-786-5433, ext. *303 4964.

Sincerely,

*Michelle Doucette*

Michelle Doucette
Sr. LTD Benefits Analyst

AR 526

Apr 22 15 08:59a        Naturae's Path

## Naturae's Path, LLC
5251 W. 116th Place   Suite 200
Leawood, Ks 66211

Phone:    **913-333-8798**
Fax:    **913-440-9294**
**www.naturaespath.com**

# FAX

**To:** *Michelle Doucette*    **From:** Dr Michael Brown

**Fax:** 781-304-5537    **Pages:** 5

**Phone:**    **Date:** 4-22-15

**Re:** Policy # 231948    **CC:**

□ Urgent    □ For Review    □ Please Comment    □ Please Reply

AR 527

Apr 22 15 08:59a        Naturae's Path        913-440-9294        p.2

# Sun Life Assurance Company of Canada
## Long-Term Disability Claim Packet – Attending Physician



---

**Instructions for the Attending Physician**

---

Please be sure to submit the Attending Physician's Statement directly to Sun Life Financial.

**The Attending Physician must:**

☐ Complete, sign and date the Attending Physician's Statement

☐ Submit the Attending Physician's Statement directly to Sun Life Financial

Mail or fax the completed claim form to:

Sun Life Assurance Company of Canada
Group Long-Term Disability Claims
P.O. Box 81830
Wellesley Hills, MA 02481
Fax: 781-304-5537

**Failure to provide complete and accurate information could result in the need for additional claims investigation which could delay the initial benefit payment.**

---

AR 528

Apr 22 15 08:59a          Naturae's Path

# Sun Life Assurance Company of Canada
## Long-Term Disability Claim Packet – Attending Physician



## Attending Physician's Statement – Physical conditions only

**1  Patient Information**

Please print clearly

The patient is responsible for any costs associated with the completion of this form.

| Name of Patient (first, middle initial, last) | ☑M ☐F | Social Security number | Date of birth (m/d/y) |
|---|---|---|---|
| Craig B. Parker | | ▇▇▇ | 61 |

Do you believe this patient is competent to endorse checks? .................... ☐ Yes ☐ No

**2  Diagnosis and History**

Provide general information about diagnosis and history in this section. Then, please elaborate in section(s) 3 – 6 as appropriate.

Primary diagnosis
CF/FM, Allergies, IBS, Adrenal Insufficiency

Secondary diagnosis
Other endocrine abnormalities, sinusitis, diplopia, _____

Objective findings/investigative testing (i.e., x-rays, EKGs, MRIs, laboratory data, etc.)
Numerous labs

Subjective symptoms   anxiety, depression, weakness, lethargy
Prostate issues, fatigue, brain fog, GI issues, sinusitis, allergies

Date symptoms first appeared or date of accident   Oct 2013

If injury is due to a motor vehicle accident, indicate in which state the accident occurred.

Is condition due to injury/sickness arising out of patient's employment? ... ☐ Yes ☐ No ☒ Unknown

Names and addresses of other treating physicians (if applicable)
Many

If pregnancy, please provide the following information:
• Expected delivery date: _____   • Actual delivery date: _____   • C-Section? ☐ Yes ☐ No

**3  Treatment**

Include in description any surgery, therapeutic modalities, psychological intervention and medications prescribed.

| Date of first visit | Date of most recent visit | Blood pressure |
|---|---|---|
| 10-21-13 | 4-21-15 | |

Frequency of treatment .......... ☐ Weekly  ☐ Monthly  ☒ Other (please specify: q 2 weeks )

Description of Treatment
evaluation & adjustment of tx plan: dietary, nutraceuticals, labs, counseling

AR 529

Apr 22 15 09:00a          Naturae's Path                913-440-9294                p.4

## 4  Progress

| Patient: | ☑ Unchanged | ☐ Improved | ☐ Retrogressed | ☐ Ambulatory | ☐ Bed confined |

If retrogressed, please explain:

| Has patient been hospital confined? ......... ☐ Yes ☑ No | From: | To: |

If yes, provide name of hospital, address and dates of confinement

## 5  Restrictions and Limitations

| Restrictions:  What activities your patient **should not** do |
| Limitations:   What activities your patient **cannot** do |

Patient's dominant hand is:  ☐ Left   ☑ Right

Patient is able to use hand for repetitive actions such as:

|  | **Simple Grasping** | | **Firm Grasping** | | **Fine Manipulation** | | **Key Boarding** | |
|---|---|---|---|---|---|---|---|---|
| **Left** | ☑ Yes | ☐ No | ☑ Yes | ☐ No | ☑ Yes | ☐ No | ☐ Yes | ☐ No |
| **Right** | ☑ Yes | ☐ No | ☑ Yes | ☐ No | ☑ Yes | ☐ No | ☐ Yes | ☐ No |

In a typical work day, patient is able to:  **(This is not considered an FCE)**

*varies day to day*

| | Continuously | Frequently | Occasionally | Negligible |
|---|---|---|---|---|
| Walk | ☐ | ☑ | ☐ | ☐ |
| Sit | ☐ | ☑ | ☐ | ☐ |
| Stand | ☐ | ☑ | ☐ | ☐ |
| Bend | ☐ | ☑ | ☐ | ☐ |
| Squat | ☐ | ☐ | ☑ | ☐ |
| Climb | ☐ | ☐ | ☑ | ☐ |
| Twist | ☐ | ☑ | ☐ | ☐ |
| Push | ☐ | ☑ | ☐ | ☐ |
| Pull | ☐ | ☑ | ☐ | ☐ |
| Balance | ☐ | ☑ | ☐ | ☐ |
| Kneel | ☐ | ☑ | ☐ | ☐ |
| Crawl | ☐ | ☑ | ☐ | ☐ |
| Reach above shoulder level | ☐ | ☑ | ☐ | ☐ |
| Lift | ☐ ___ lbs. | ☐ ___ lbs. | ☐ ___ lbs. | ☐ ___ lbs. |
| Carry | ☐ ___ lbs. | ☐ ___ lbs. | ☐ ___ lbs. | ☐ ___ lbs. |

Is the patient able to drive during a typical work day? ..................................................... ☑ Yes  ☐ No

AR 530

Apr 22 15 09:01a        Naturae's Path

## 5 Restrictions and Limitations continued

**Physical Impairment**

- ☐ No limitation of functional capacity – (no restrictions)
- ☑ Medium capacity – (lifting, carrying, pushing, pulling 20-50 lbs. occasionally; 10-25 lbs. frequently; or up to 10 lbs. constantly)
- ☐ Light capacity – (lifting, carrying, pushing, pulling 20 lbs. occasionally; 10 lbs. frequently; or negligible amount constantly. Can include walking and/or standing frequently even if the weight is negligible. Can include pushing or pulling of arm or leg controls.)
- ☐ Sedentary capacity – (lifting, carrying, pushing, pulling 10 lbs. occasionally. Mostly sitting, may involve standing or walking for brief periods of time.)
- ☐ Comments (please explain):

**Cardiac** (if applicable) - Functional capacity (American Heart Association)
- ☑ No limitation                ☐ Marked limitation
- ☐ Slight limitation            ☐ Complete limitation

## 6 Prognosis

How long will those limitations apply? (estimated)
- ☐ 6-8 weeks    ☐ 8-12 weeks    ☑ 12-26 weeks    ☐ Expected recovery date: _____

## 7 Remarks

Please use this space for any additional comments.
He is overall about the same w/ regards to fatigue/mental fog/concentration. He is able to tolerate more intravenous ? + Zx fx than he previously was could

If needed, what would be a convenient day/time of day for our benefits administrator or medical doctor consultant to call you? _____ 9-5 M-F _____

## 8 Certification and Signature

Remember to provide your full address, phone number, and Tax ID number.
**A stamp or signature of a person other than the examining physician, physician's assistant, or nurse practitioner is not acceptable.**

I certify that the above statements are true and complete. I have read or had read to me the fraud warning for my state.

| Name of Attending Physician (first, middle initial, last) | Degree/Specialty |
|---|---|
| Michael D Rau | MD |

| Street address | City | State | Zip Code |
|---|---|---|---|
| # 5251 W 116th Place Ste 200 | Leawood | KS | 66221 |

| Tax ID number | Telephone number | Fax number |
|---|---|---|
| | 913-333-8798 | 913-440-9294 |

| Attending Physician Signature | Date |
|---|---|
| X | 4-21-15 |

Please be sure to return the completed Attending Physician's Statement to:

Sun Life Assurance Company of Canada
Group Long-Term Disability Claims
P.O. Box 81830
Wellesley Hills, MA 02481
Fax: 781-304-5537

AR 531

# Sun Life Assurance Company of Canada
## Long-Term Disability Claim Packet – Attending Physician


Sun
Life Financial®

---

**Instructions for the Attending Physician**

**Please be sure to submit the Attending Physician's Statement directly to Sun Life Financial.**

**The Attending Physician must:**

☐ Complete, sign and date the Attending Physician's Statement

☐ Submit the Attending Physician's Statement directly to Sun Life Financial

Mail or fax the completed claim form to:

Sun Life Assurance Company of Canada
Group Long-Term Disability Claims
P.O. Box 81830
Wellesley Hills, MA 02481
Fax: 781-304-5537

**Failure to provide complete and accurate information could result in the need for additional claims investigation which could delay the initial benefit payment.**

4/27/15

Attention:
Michelle Doucette
Policy # 231948
From: Dr. Jude LaClare, LCPC
Re: Craig Parker
DOB: ████ /61
7 pages

---

AR 532

# Sun Life Assurance Company of Canada
## Long-Term Disability Claim Packet – Attending Physician



### Attending Physician's Statement – Behavioral health conditions only

**1 Patient Information**

The patient is responsible for any expense involved in the completion of this form. Please be sure to respond to all items as specifically and completely as possible.

Please print clearly

Name of patient (first, middle initial, last)   ☑M ☐F
*Craig B. Parker*

Claimant control number
*091014-05930-00*

Social Security number

Date of birth (m/d/y)
*61*

*DSM-V-TR*

Use DSM IV-TR multiaxial nomenclature and code numbers

*DSM-V-TR is not flybeing currently nor is used multiaxial or GAF*

Axis I    *300.4 Dysthmic Dis 309.24 Adj Dis with Anxiety*

Axis II    *DNA*

Axis III   *best answered by MD*

Axis IV   *Occupational problems*

Axis V   Current GAF: *50.*   Baseline: *Assessed Serious impairment in occupational functioning*   Highest in past year: *Unknown*   *Unknown*

**2 Treatment Information**

Date of first signs of illness *record*   Date of first exam *11/9/15*   Date of recent exam *4/13/15*
*See patient's medical*

Frequency of visits: ☑ Weekly   ☐ Monthly   ☐ Other (specify):

Has the patient ever had a psychiatric hospitalization, partial hospitalization, intensive outpatient treatment? .................................................................................................. ☐ Yes ☑ No

| Facility name | Address | Admission date | Discharge date |
|---|---|---|---|
|  |  |  |  |

Describe the patient's initial reason for seeking treatment. Specify how and when the symptoms first appeared and the progression of symptoms to current level.
*Depression, anxiety, poor concentration, fatigue, memory problems, difficulty making decisions*

Describe the patient's current symptoms.

Have any quantitative evaluations of functional impairment been performed?...... ☐ Yes ☑ No *not by me*

If yes, please list the psychological/neuropsychological testing performed and provide copies of the test and the raw data. *9 sessions of interview with patient one with family, two with wife*

If no, have any evaluations been planned? Specify scheduled dates, if any.
*DNA*

Describe the patient's mental status. *low functioning, intermittently able to function*

Describe if/how the patient's psychiatric condition is limiting the patient's functional capacity. *see*
*Depression + Anxiety: see above symptoms   neurologist report*

AR 533

Holistic Centre                                      9133220025                    p.3

## 2  Treatment Information continued

Has this patient ever suffered from symptoms of the same, similar or other mental or emotional
disorder in the past? ................................................................ ☐ Yes  ☒ No  ☐ Don't know

If yes, please provide details, including previous treatment, names and addresses of providers,
and patient's response to treatment.

Please provide a list of medication.

| Medication | Dosage | Date Started | Response | Date Discontinued |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is the patient capable of managing his/her financial affairs?.. S.O.me d ays ...  ☒ Yes  ☐ No
If yes, do you believe this patient is competent to endorse checks? .. "  "  " 0 ....  ☒ Yes  ☐ No

## 3  Certification and Signature

Remember to
provide your full
address and Tax ID
number.

A stamp or
signature of a
person other than
the examining
physician is not
acceptable.

Attached is the claimant's signed authorization form for release of records. Please attach copies of all
treatment notes, including initial evaluation, with the submission of this statement.

You may be contacted to further discuss or clarify the claimant's psychiatric information.

I certify that the above statements are true and complete. I have read or had read to me the fraud
warning for my state.

| Name of Attending Physician (first, middle initial, last) | Degree/Specialty Licensed Clinical Psych Couns |
|---|---|
| Jude La Claire | Ph.D, LCPC |

| Street address | City | State | Zip Code |
|---|---|---|---|
| 5454 W.61st Pl. | Mission | KS | 66205 |

| Tax ID number | Telephone number | Fax number |
|---|---|---|
| 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 | 913-322-5672 | 913-322-0025 |

| Attending Physician Signature | Date |
|---|---|
| | 4/18/15 |

**Please be sure to return the completed Attending Physician's Statement to:**

Sun Life Assurance Company of Canada
Group Long-Term Disability Claims
P.O. Box 81830
Wellesley Hills, MA 02481
Fax: 781-304-5537

Sun Life Assurance Company of Canada is a member of the Sun Life Financial group of companies.
© 2015 Sun Life Assurance Company of Canada, Wellesley Hills, MA 02481. All rights reserved.
Sun Life Financial and the globe symbol are registered trademarks of Sun Life Assurance Company of Canada.

AR 534



Jude LaClaire, Ph.D, LCPC
5453 W. 61st Place
913-322-5622
913-322-0025 (FAX)
jude@kcholistic.com

To: Paul MacArthur
        Michelle Doucette
April 27, 2015

RE: Craig Parker
Policy #: 231948

I am faxing you the notes for the psychotherapy sessions with Craig Parker and re-sending my Treatment Summary with Diagnosis, Prognosis and Recommendations.

Please note that we are now using the DSM-V-TR and the practice, at this time, does not typically include the Multiaxial Assessment and GAF. I have included them as you asked.

The Diagnostic and Statistical Manual of Mental Disorders is, by its nature, a subjective assessment based on observation or report of symptoms. To ask for a quantitative assessment is not within the realm of possibility. A patient can report eating one meal a day, sleeping 3 hours in one night, feeling hopeless 3 out of 5 days. But unless a person is in residential care, there is no way to assess this in any way other than report of symptoms.

Mr. Parker's Neurological findings seem to indicate, quantitatively, that he has brain disease. His symptoms are indicative of someone who has this neurological diagnosis. He suffers from depression and anxiety, mood ups and downs, inability to focus and concentrate, sleep and eating difficulties. These often also effect mood causing depression and anxiety. One cannot separate the physical neurological findings, the allergy test results and his subsequent performance and functioning level.

I hope this will be sufficient to conclude your findings in the disability assessment of Craig Parker.

Dr. Jude LaClaire, LCPC



Jude LaClaire, Ph.D, LCPC
5453 W. 61st Place
913-322-5622
913-322-0025 (FAX)
jude@kcholistic.com

April 27, 2015

Craig Parker
DOB: ██/2015

**DIAGNOSIS:**
**DSM-V-TR;**
**300.04: Dysthymic Disorder**
**309.24: Adjustment Disorder with Anxiety (Chronic)**

1/9/15: Mr. Parker was referred by his physician for depression, anxiety, concentration, fatigue, lack of confidence and memory problems. He has been on medical leave over 6 months diagnosed with Lyme's disease. I observed that he was quiet, spoke in monotone, expressed feelings of hopelessness and described his issues with poor appetite, low energy, fatigue, low self-esteem, poor concentration, difficulty making decisions, worry, nervousness and anxious feelings. We discussed ways of accepting the fact that he has a chronic illness and looked at ways to use the time he does have when feeling good.
1/13/15: Taught Mr. Parker the Neurobehavioral Program tool to help him reduce stress, negative emotions and trauma. He felt better, calmer and more relaxed.
1/23/15: Reviewed the NBP skills. He talked about his feelings of fear, sadness and anger. He expressed that his ability to function was so volatile and unpredictable.
1/20/15: Mr. Parker's wife, Amy, came in with him. She expressed concern about Craig and the effect of his depression, anxiety, inability to function on the children. Their 12 y/o son worries about whether they will have enough money. Had a dream about the house burning down. The 8 y/o daughter is emotional and cries easily. Is having sleep issues. Worked with them on ways to help their children deal with dad's inability to function as he had previously.
2/5/15: Saw Craig, Amy and the children. Worked with the family on helping them reduce stress, negative emotions and trauma. The children were very open and able to talk about how they felt and enjoyed learning how to reduce their stress, anxiety and negative emotions.
2/19/15: Craig reported that his neurologist, Dr. Laura Riley, told him about results of tests indicating the brain damage. Still thinking it is from Lyme's disease. His wife, Amy, is looking for work. The children are less anxious and working with the NBP skills.

Dr. ⟨signature⟩

3/10/15: Reports he has some good days and some bad. Difficult to deal with the uncertainty of each day. Practicing skills of reducing stress and negative emotions.

3/19/15: Worked with Craig, Amy and the children, assisting them with ways they can use their individual gifts and good qualities to cope with dad's chronic problems. Everyone seemed to get some ideas from the session.

4/13/15: Craig feeling paranoid, fearful and overwhelmed. Spring allergies seem to have exacerbated his brain dysfunction making his issues of depression and anxiety worse.

4/23/15: Craig was quiet, finding it hard to have hope. Allergies are disturbing. Amy has been stressed dealing with Craig's chronic problems and her mom who has been ill. Continue to work with ways to cope more hopefully with persistent symptoms of depression and anxiety.

Jude LaClaire, Ph.D., Licensed Clinical Professional Counselor   4/27/15

AR 537



Jude LaClaire, Ph.D, LCPC
5453 W. 61st Place
913-322-5622
913-322-0025 (FAX)
jude@kcholistic.com

March 31, 2015

Re: Craig Parker
Case #: D078727
DOB: ███/1961

**DIAGNOSIS:**
**DSM-V-TR:**
**300.4: Dysthymic Disorder**
**309.24: Adjustment Disorder with Anxiety (Chronic)**

**Dates of Service:**
1/9/15, 1/13/15, 1/23/15, 1/30/15, 2/5/15, 2/19/15, 3/10/15, 3/19/15

  Mr. Parker began counseling 1/9/15. He reports poor appetite, low energy and fatigue, low self-esteem, poor concentration, difficulty making decisions and feelings of hopelessness. He also reports worry, nervousness, and anxious feelings.
  He reports that he had been employed in a highly responsible job as an Engineer. He began experiencing symptoms of double vision, infections, chronic fatigue and pain. He was subsequently diagnosed with Lyme's disease and was unable to work.
  He is learning to control his stress, anxious thoughts and looking at the symptoms that are causing his disability differently. This has helped his feelings of hopelessness and reduced his stress. His physical symptoms have remained unchanged but his attitude towards them has changed.
  His wife and children have been affected by his severe illness and inability to work outside the home and participate in activities with them. They report feelings of anxiety, depression and hopelessness. As Mr. Parker's attitude towards his illness has changed, his family is feeling less stress, anxiety and hopelessness.
  Mr. Parker and his family have been highly motivated and cooperative in working with the severe physical issues and subsequent mental health issues. Coping with chronic pain, fatigue, memory and concentration issues is difficult for the family and Mr. Parker.
  He is under the care of a Neurologist who continues to work with him regarding his neurological issues.

**Prognosis**: Mr. Parker's mental health is improving, as is his family's. According to the neurological findings and other medical diagnosis, it would appear that Mr. Parker has permanent damage that will keep him from functioning adequately in his job. At this time he is permanently disabled and unable to work full or part-time.

**Recommendations:** Mr. Parker should continue counseling to deal with the effects of his medical condition on himself and his family. People with chronic fatigue and pain suffer from depression and anxiety so on-going counseling is necessary to his continued improved mental health functioning.

_____                    March 3/2015

Dr. Jude LaClaire, LCPC                                                    March 31, 2015

AR 539



Sun Life Assurance
Company of Canada
SC4375
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

Tel. 1-800-247-6875
Fax. 1-888-551-2084

April 14, 2015

Stephanie Prell
Garmin International, Inc.
1200 E. 151 Street
Olathe, KS  66022

RE:  Name of Insured:        Craig Parker
      Group Policy Number:   231948

Dear Ms. Prell:

We are writing in follow up to our previous letters which were address to Sally McEntarfer.

We are writing to advise you of important information concerning the continuation of Craig Parker's Group Life Insurance Benefits under the Group Policy referenced above.

The Group Policy contains a Waiver of Premium benefit provision that may extend life insurance coverage, without payment of premiums, when an employee becomes Totally Disabled as defined by the Group Policy. To determine if an employee is Totally Disabled, we review all information submitted in connection with any claim for Group Long Term Disability benefits filed with our company. Please note, however, that we may require additional information to support an employee's claim for Group Life Insurance Waiver of Premium benefit.

To verify that Craig Parker is eligible for Group Life Insurance coverage, please provide us with the following additional information:

- All enrollment and change of beneficiary cards or forms. Since the claim involves optional Life Insurance, please provide the employee's initial Optional Life Insurance Enrollment Form and any other subsequent Optional Enrollment forms. We can also accept benefit print screens showing the optional life insurance coverage. Please make sure the print screens show the initial optional life effective date that Mr. Craig first enrolled in the optional life coverage.

- Confirmation of the employee's life insurance amount and insurance classification.

In addition, please advise us if this employee is receiving a retirement benefit from your company. Please specify type of retirement:  i.e. disability, pension, regular retirement, lump

Sun Life Assurance Company of Canada
is a member of the Sun Life Financial group of companies.

www.sunlife-usa.com                          SLPC 7317

AR 540

sum, etc.

Please provide this information to us as soon as possible.

We appreciate your attention to this matter. Should you have any questions, please call us at (800) 247-6875.

Sincerely,

Paul MacArthur
Sr. Benefit Consultant
Life Waiver Claims
SC4375

cc:

Mr. Craig Parker
███████████
Olathe, KS  66061

Sun Life Assurance Company of Canada
is a member of the Sun Life Financial group of companies.

www.sunlife-usa.com                    SLPC 7317

AR 541

## MED PSYCH REFERRAL

Work Type
  Psychiatric Referral

| | | |
|---|---|---|
| Claim Control #: | Claim Status: | Claim Type: |
| 091014-05930-00 | End Pay Period | LTD |
| Policy #: | Cert #: | Group Office: |
| 231948 | 514781613 | LOWER MIDWEST |
| Last Name: | First Name: | Claim Office: |
| PARKER | CRAIG | Boston |
| Last Payment Date: | | |
| 31/Mar/2015 | | |
| Start Date: | Due Date: | Priority: |
| 4/May/2015 | 6/May/2015 | 2 |

| | | | |
|---|---|---|---|
| Created Date: | 4/May/2015 | Referred By: | Michelle Doucette |
| Sex: | Male | City: | OLATHE |
| Age at Referral: | | Province/State: | KS |
| Home Phone Num: | (913) 829-9311 | | |
| Job/Occupation Title: | | Job/Occupation On File: | |
| Regularly scheduled work week: | | | |
| Days per week: | | Hours per day: | |

| | | | |
|---|---|---|---|
| Disability Date: | 7/Apr/2014 | Transition Date STD/ECI to LTD: | |
| LTD Change of Def Date: | | Employment Date: | 1/Jan/2000 |

| | |
|---|---|
| Primary Diagnosis: | Cholera |

Secondary Diagnosis:

Attending Physicians Name:
  Specialty:
  Telephone No:
  Ext:
Other Attending Physicians Name:
  Specialty:
  Telephone No:
  Ext:
Other Attending Physicians Name:
  Specialty:
  Telephone No:
  Ext:
Other Attending Physicians Name:
  Specialty:
  Telephone No:
  Ext:

## REASON FOR REFERRAL

Reason for Referral:

Questions for Medical Consultants:

Special Reply Instructions For Medical Consultant/Support Staff:

## MEDICAL CONSULTANT RESPONSE

Response Created Date:                                Created By:

Medical Consultants Comments:

Special Reply Instructions For Medical Consultant/Support Staff:

**Assigned To:**              **Created:**              **Work Item ID:**
Michelle Doucette          4/May/2015              12045133

RE: Request for records
Craig or Amy Parker
to:
Michelle.Annette.Doucette
05/06/2015 08:48 PM
Show Details

Michelle,
Just wanted to make sure you received what was needed in time to get my
April check issued.
It's a lot of work to keep things moving with the doctors, and I am
frankly running out of favors.  Meantime, my health has declined again
with another sinus infection.  Appreciate your help!
Thanks,
Craig Parker

From: Craig or Amy Parker [mailto:cp-ap@swbell.net]
Sent: Tuesday, April 28, 2015 11:56 AM
To: 'Michelle.Annette.Doucette@sunlife.com'
Subject: RE: Request for records

Hi Michelle,
I believe Dr. Brown FAX'd his form last week, and Dr. LaClaire will be
doing so today.  They will be FAX'd to the number on the form at Wellesley
Hills to your attention.
Thanks,
Craig Parker

From: Michelle.Annette.Doucette@sunlife.com
[mailto:Michelle.Annette.Doucette@sunlife.com] Sent: Friday, April 03,
2015 3:29 PM
To: Craig or Amy Parker
Subject: RE: Request for records

Thank you and Happy Easter.

I have received Dr. Browns and Dr. LeClairs notes.  Thank you.  I will be
sending you a letter this month with an enclosed Attending Physicians

Statement to have updated for documentation for the month of April.  I will send this out next week.  Thank you for your assistance in getting me prompt medical documentation when requested it is very much appreciated.

Michelle Annette Doucette | Sr. Benefit Analyst - LTD Claims, National Accounts | Sun Life Financial, 1-800-432-1102, ext 303 4964 | Direct 1-781-431-4964 |   Michelle.Annette.Doucette@sunlife.com | 273 Corporate Drive, Suite 110 Portsmouth, NH 03801 Life's brighter under the sun


From:          "Craig or Amy Parker" <cp-ap@swbell.net>
To:            <Michelle.Annette.Doucette@sunlife.com>
Date:          04/02/2015 03:47 PM
Subject:       RE: Request for records



Dr. Brown says he sent records last week, so hopefully you have everything to move forward now.  I have an appointment with infectious disease doctor at University of Kansas Medical Center on April 15 to hopefully get a second opinion on tickborne illness.  Happy Easter to you! Craig

From: Craig or Amy Parker [mailto:cp-ap@swbell.net]
Sent: Thursday, April 02, 2015 10:08 AM
To: 'Michelle.Annette.Doucette@sunlife.com'
Subject: RE: Request for records

Hi Michelle,
Dr. LaClaire says she fax'd records on Tuesday.  I have reminded Dr. Brown as well. Thanks,
Craig

From: Michelle.Annette.Doucette@sunlife.com [mailto:Michelle.Annette.Doucette@sunlife.com] Sent: Wednesday, March 25, 2015 7:07 AM
To: Craig or Amy Parker
Subject: Re: Request for records


If your referring to the Attending Physicians Statement I have not requested an update at this time, however if he wishes to complete a form in addition to the records that is fine.
Of note as of 3/18/15 Dr. LeClaire's office has not responded to our venders request for submission of copies of records.  If you could request this office to oblige that would appreciated.

Michelle Annette Doucette | Sr. Benefit Analyst - LTD Claims, National Accounts | Sun Life Financial, 1-800-432-1102, ext 303 4964 | Direct 1-781-431-4964 |   Michelle.Annette.Doucette@sunlife.com | 273 Corporate Drive, Suite 110 Portsmouth, NH 03801 Life's brighter under the sun


From:          "Craig or Amy Parker" <cp-ap@swbell.net>
To:            <Michelle.Annette.Doucette@sunlife.com>
Date:          03/25/2015 04:37 AM
Subject:       Request for records

AR 545

Hi Michelle,
Dr. Brown has received the new request for records, and asked me if he
needed to submit everything again.  I told him to just send his notes and
labs since last October.  Does he need to fill out your form again when he
submits these? Thanks,
Craig Parker


-------------------------------------------------------------------------
This e-mail message (including attachments, if any) is intended for the
use of the individual or entity to which it is addressed and may contain
information that is privileged, proprietary , confidential and exempt from
disclosure. If you are not the intended recipient, you are notified that
any dissemination, distribution or copying of this communication is
strictly prohibited. If you have received this communication in error,
please notify the sender and erase this e-mail message immediately.
-------------------------------------------------------------------------
Le présent message électronique (y compris les pièces qui y sont annexées,
le cas échéant) s'adresse au destinataire indiqué et peut contenir des
renseignements de caractère privé ou confidentiel. Si vous n'êtes pas le
destinataire de ce document, nous vous signalons qu'il est strictement
interdit de le diffuser, de le distribuer ou de le reproduire. Si ce
message vous a été transmis par erreur, veuillez en informer l'expéditeur
et le supprimer immédiatement.
-------------------------------------------------------------------------



-------------------------------------------------------------------------
This e-mail message (including attachments, if any) is intended for the
use of the individual or entity to which it is addressed and may contain
information that is privileged, proprietary , confidential and exempt from
disclosure. If you are not the intended recipient, you are notified that
any dissemination, distribution or copying of this communication is
strictly prohibited. If you have received this communication in error,
please notify the sender and erase this e-mail message immediately.
-------------------------------------------------------------------------
Le présent message électronique (y compris les pièces qui y sont annexées,
le cas échéant) s'adresse au destinataire indiqué et peut contenir des
renseignements de caractère privé ou confidentiel. Si vous n'êtes pas le
destinataire de ce document, nous vous signalons qu'il est strictement
interdit de le diffuser, de le distribuer ou de le reproduire. Si ce
message vous a été transmis par erreur, veuillez en informer l'expéditeur
et le supprimer immédiatement.
-------------------------------------------------------------------------



Sun Life Assurance
Company of Canada
SC 3208
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

May 8, 2015

Mr. Craig Parker

██████████████

Olathe KS  66061

Re:    Policy No.        231948-Long Term Disability
       Control No.      091014-05930-00

Dear Mr. Parker:

We are writing to in regards to the current status of your claim for Long Term Disability Benefits and acknowledgment of your email of May 6, 2015.

As you are aware we approved your claim for Long Term Disability on March 3, 2015 and we advised at that time benefits are issued on a monthly basis subject to ongoing proof of Total or Partial Disability. Any benefits payable are issued at the end of each month of continued disability.

To assist us with ongoing proof of loss, we commonly forward periodic attending physician's statements, for information.  We are in receipt of the updated Attending Physicians Statement signed April 21, 2015 by Dr. Brown, Natural path as well as the Behavioral APS signed by Dr. LaClaire and Dr. LaClaires treatment notes received on April 28, 2015.

The Attending Physicians Statement signed by Dr. Brown on 4/21/15; although indicated medium function, he also advised your condition is unchanged and that your physical restrictions and limitation's vary daily which is conducive with a diagnosis of Fibromyalgia and Chronic fatigue.  Dr. Brown originally felt you were likely to improve over a 12-26 week period which it appears you have with the given opinion of Dr. Brown that you are capable of medium function however we are aware of the Behavioral component that may impact your sustain function and therefore have requested your claim be reviewed by our medical consultant regarding the Behavioral component.   We did not receive the documentation regarding Dr. LaClaires treatment from you until April 28, 2015 and we need to allow time for the review before making a determination of support of continued Total Disability.

Unfortunately, based on the current clinical data we are unable to support total disability beyond March 31, 2015.  Your Long Term Disability Benefit is suspended as of March 31, 2015.  Upon receipt of the medical consultants review we will move forward with a determination of any ongoing potential LTD benefits.  We will strive to make a determination as soon as possible and anticipate a determination no later than May 18, 2015.

Should you have any questions about your claim, or if we may offer assistance, please feel free to call me at 1-877-260-9778, ext. *303 4964.

AR 547

Sincerely,

Michelle Doucette
Sr. LTD Benefits Analyst

## BASIC ANNUAL  EARNINGS (BAE) CALCULATION

| | |
|---|---|
| Insured Name | Craig Parker |
| Policy # | 231948 |

Salary / Earnings per pay period **- Choose only one**

| | | |
|---|---|---|
| Hours: | | Sal/Rate |
| (or) Weekly: | | $0.00 |
| (or) Bi-Weekly: | $5,079.60 | $132,069.60 |
| (or) Semi-Monthly: | | $0.00 |
| (or) Monthly: | | $0.00 |
| Basic Annual Earnings | | $132,069.60 |

*If applicable:*

| | | |
|---|---|---|
| Commissions | | $0.00 |
| Bonus | | $0.00 |
| Overtime | | $0.00 |

| | |
|---|---|
| Total Annual Earnings | **$132,069.60** |

**Basic Benefit:**

| | | |
|---|---|---|
| Life Benefit Multiple | 1 | $132,069.60 |
| Max Benefit | $500,000.00 | |
| Min Benefit | | |
| | **$132,069.60** | |

**Basic Life Coverage**   **$133,000.00**

# BASIC ANNUAL  EARNINGS (BAE) CALCULATION

| Month | Earnings | Commissions | |
|---|---|---|---|
| January | $1.00 | $1.00 | |
| February | $1.00 | $1.00 | |
| March | $1.00 | $1.00 | |
| April | $1.00 | $1.00 | |
| May | $1.00 | $1.00 | |
| June | $1.00 | $1.00 | |
| July | $1.00 | $1.00 | |
| August | $1.00 | $1.00 | |
| September | $1.00 | $1.00 | |
| October | $1.00 | $1.00 | |
| November | $1.00 | $1.00 | |
| December | $1.00 | $1.00 | |
| | | | |
| **TOTALS:** | $12.00 | $12.00 | $24.00 |
| Averages: | $1.00 | $1.00 | $12.00 |
| | | | |
| **BAE:** | **$12.00** | | **$144.00** |

AR 551

## WAIVER OF PREMIUM DISABILITY WORKSHEET

| Name **Craig B. Parker** | Policy Number – Sub **231948** | Social Security Number ▮▮▮▮ | OASIS **n** |
|---|---|---|---|

| Home Address ▮▮▮▮ **Olathe, KS 66061** | | | |
|---|---|---|---|

| Policy Effective Date **1/1/14** | Paid Through **6/1/14** | Policy Canceled **N/A** | Phone # **(913) 829- 9311** |
|---|---|---|---|

| Disability Date **4/5/14** | Date of Birth **▮▮/61** | Age at Disability **52** | LTD: Policy No: **091014-05930-00** | NOTES: |
|---|---|---|---|---|

### Checklist

| Rec'd from ER/EE/Ultera- | Benefits- | Enter Waiver Status in DMAP- | Must be included in file- |
|---|---|---|---|
| Enrollment Card/ Beneficiary/ies: | Basic:  **1 X BAE hi 1k** Max Amt: **$ 500,000** | SSDI: N/A | *Calculation Sheet:* **Yes** |
| ER Statement:  **y** | Optional:  **^5x * $10K** Max Amt: **$500,000** | SS Retirement Age:  **67** | *File Memo:* |
| EE Statement/Auths/ID: **y** | Reductions:  **0/ 65** | W.P. Satisfied: y E.P. Satisfied: | *Copy of approval email to Oasis:* |
| Payroll:  y | Rate per Hour/ Salary:$5079.60 - bi Hours worked:  **40** | Date of Hire:  **1/27/97** | *Policy – **Complete*** |
| APS:  y | Occupation: **Engineering Team Leader** | E of I: | *PH Details:*  **see file** |
| Progress Notes:  **some** | Education: **College** | LWOP TD Definition: **Standard** | *Verification of Conversion in Glib – LL screen: **No Conversion*** |

| Diagnosis & ICD10 Code: **Chronic Fatigue, Fibromyalgia, IBS, Adrenal Insufficiency, R5382** | Other Retirement Eligibility: |
|---|---|

| Class Description: | | |
|---|---|---|
| Basic Class: **2** | Optional Class (if applicable): | Other Class (if applicable): |

| Coverage | Benefit Amount | Reduction Date* | Reduction Amount |
|---|---|---|---|
| Basic Coverage | **$133,000** | **5/11/ 26** | $ |
|  |  |  |  |
| Optional Coverage | $ |  | $ |
|  |  |  |  |
| Dependent Coverage |  |  |  |
| Dependent Age @ Approval: |  | Dependent Age @ Termination: |  |
| Other Coverage |  |  |  |
| **Total Benefit Amount** | **$133,000** |  |  |

| | Initials: PM | Date/Systems Verified: 5/21/2015 | Reason for Denial/Termination: **Closed Period Approval from 5/13/2014 – 7/15/2015** |
|---|---|---|---|
| **Approved XXXX** | | | |
| **Denied XXXX** | | | |
| Settlements | | | |
| Reinsurance Basic and Opt. that equal/exceeds $700,000 | | Reinsurance AD&D that equal/exceeds $300,000 | |

### Green File Checklist

| LSS    (date coded) | GLIB (date coded) | | |
|---|---|---|---|
| ICD10: | Disability Code: | Reductions: | LTD Red file?  Yes  No |
| Flup > 6 mos: | Class: | SSR Term: | Terminal?      Yes  No |
| | Beneficiary: | Accel Ben: | Med Review?  Yes  No |
| | | | Voc Review    Yes  No |

| Notes  & Special Instructions: **Combined Maximum Benefit for Opt – see policy Term= 60d LOA or laid off Portability Approval** | Green File Review:          Date:  Examiner Signature:  Mgr Signature: |
|---|---|

AR 552

**\* See other side for additional reduction dates.**

AR 553

**LWOP** **Claim Synopsis:** Craig Parker is a 52 year old engineering team leader who ceased working due to Chronic Fatigue, Fibromyalgia, IBS and adrenal insufficiency on April 5, 2014. **Eligibility:** Mr. Parker is an eligible employee under the plan working 40 hours per week. He was hired on January 27, 1997 and was earning $5,070.60 per bi-weekly pay period. See benefit calc for life insurance calculation. **Retirement Status:** N/A. **Medical:** Medical records and consultants review supports only a limited closed period approval from 5/13/2014 through 7/15/2015. **Vocational:** N/A **Rationale for Decision:** Supported disability only from 5/13/2014 through 7/15/2014 due to double vision. Physical Meds and Pysch not supported otherwise. **Next Steps:** Send closed period approval. **Long Term Direction of Claim:** Closed. **All Systems Updated/Verified:** PM

# Sun Life Financial
## Notice of Group Life Conversion for Waiver of Premium/Portability Transition



Sun Life Assurance Company of Canada
Sun Life and Health Insurance Company (U.S.)

If you're transitioning from Waiver of Premium or Portability, or you've reached the age at which Group Life insurance or Portability coverage may be reduced or eliminated, you may be eligible to convert your Group coverage to an **Individual** policy and keep the same level of coverage.

Questions about Group Conversion? Call our Customer Service Center at **800-247-6875.**

If you're eligible under the terms of the Group policy or the Portability Trust, you have the option of converting to a Sun Life Individual Life policy without having to provide any additional medical information. You only have **31 days to convert** from the date you become ineligible for Waiver of Premium, or the date your portability policy is reduced. Please retain this form as you will need to submit a copy of it with your application.

## 1  Policy Information

Transitioning from:     ☒ Waiver of Premium     ☐ Portability Insurance

| If Waiver of Premium: | Name of group policyholder (i.e. employer or company name)<br>Garmin INternational, Inc. | Policy number<br>231948 | Billing group no. |
|---|---|---|---|

| If Portability: | Name of certificate holder | Certificate number |
|---|---|---|

## 2  Insured Information

| Name of insured (last, first, middle initial)<br>Craig Parker | Social Security number | Date of birth |
|---|---|---|
| Class description | Date of reduction or termination<br>5/21/2015 | Date of leave |
| Amount of coverage lost | Basic: $ 133,000 | Optional: $ |

## 3  Dependent Information

If you need additional space, check here ☐ and attach a separate sheet.

| Dependent name (last, first, middle initial) | Amount of coverage lost:<br>Basic: $        Optional: $ |
|---|---|
| Dependent name (last, first, middle initial) | Amount of coverage lost:<br>Basic: $        Optional: $ |

To be eligible to convert, a dependent must have been eligible for coverage under a Sun Life Financial policy or under a Group Portability certificate. For more information about Group Life Conversion for dependents, please call our Customer Service Center at 800-247-6875.

## 4  Signature

| Sun Life Financial Representative<br>X | Date<br>5/21/2015 |
|---|---|

AR 555

## How to apply for Conversion

1. Be sure to have this form when you call the Customer Service Center. You'll need the information supplied by us to continue with the Conversion process.

2. Call our Customer Service Center at 800-247-6875.

3. Tell us you want a Group Life Conversion application. We need specific information from you before we will send out the application. When we ask, please be ready to provide:

   - Your Group Policy number
   - Your name, address and date of birth
   - Your Social Security number
   - The name and address of the employer where you last worked
   - The amount of Group Life coverage that was terminated or reduced
   - Name(s) of any covered dependents who are also converting
   - Termination date or date benefits were reduced

4. Sun Life Financial will send you your premium amounts and application paperwork to be completed and submitted with your first premium payment within the 31-day timeframe.

## Important Reminders

Your rates are based on the class of risk to which you belong and your age at your nearest birthday.

Following receipt of your application, we will write to inform you whether or not your application is approved.

Sun Life Assurance Company of Canada and Sun Life and Health Insurance Company (U.S.) are members of the Sun Life Financial group of companies.
© 2009 Sun Life Assurance Company of Canada, Wellesley Hills, MA 02481. All rights reserved.
Sun Life Financial and the globe symbol are registered trademarks of Sun Life Assurance Company of Canada.

AR 556



Sun Life Assurance
Company of Canada
SC4375
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

Tel. 1-800-247-6875
Fax. 1-888-551-2084

May 21, 2015

Mr. Craig Parker

▬▬▬▬▬▬▬

Olathe, KS  66061

RE:    Name of Insured:            Craig Parker
       Policyholder Name:          Garmin International, Inc.
       Group Policy Number:        231948 – Group Life Insurance Benefit

Dear Mr. Parker:

*Please note that this letter applies to Group Life Insurance coverage.*

We have completed our review of your Group Life Insurance Waiver of Premium benefit claim. Based on the medical information contained in your disability file we have approved a Group Life Waiver of Premium benefit from May 13, 2014 through July 15, 2014. During this time, Group Life premiums can be waived by your employer for your Group Life Insurance coverage.

After July 15, 2014, we regret to inform that you no longer qualify for this benefit because the medical information in our file does not support that you remain Totally Disabled as defined by the above-referenced Group Policy. Therefore, we are denying further Group Life Waiver of Premium benefits.

The applicable policy definition states

"**Total Disability** or **Totally Disabled** for purposes of determining eligibility for Waiver of Premium means an Employee, because of Injury or Sickness, is unable to perform the material and substantial duties of any occupation for which he is or becomes reasonably qualified for by education, training or experience."

*According to the medical information contained in our files, we note that in the spring of 2014 you ceased working due to progressive symptoms of weakness and generalized malaise. You were also experiencing episodes of double vision. Dr. Brown completed an Attending Physician Statement in September of 2014 in which he indicated that you would have limitations in your ability to carry out full-time functions, but when you were functioning you would not have difficulty. He described your symptomatology as intermittent. Our medical consultant reviewed your file on February 10, 2015 in order to assess your ability to perform sustained sedentary functioning as follows:*

*"Based on the additional medical data available does the documentation support that the extent of Mr. Parker's impairments would preclude him from sustaining a sedentary capacity from April 5, 2014 to anytime to the present? While diagnostics were negative for 4th nerve palsy, he did have double vision that was resolved with supplements and prism glasses, so from 5.13.2014 when he reported symptoms through early 7.2014 he would have been precluded from engaging in any activity requiring vision including light and sedentary. There is no objective evidence to support impairment based on his other self- reported complaints including muscle weakness and fatigue. He has worked previously with sinus symptoms, GERD which had not changed on or around the DOD."*

*This review was consistent with our consulting physician review which indicated "It is my considered medical opinion that the claimant would be able to function in his usual capacity provided he was given a period of time to rest and this might translate into part-time employment."*

Sun Life Assurance Company of Canada
is a member of the Sun Life Financial group of companies.

www.sunlife-usa.com                          SLPC 7562

AR 557

*We noted that recent correspondence from Dr. Judy LaClaire indicated that you have been diagnosed with dysthymic disorder and adjustment disorder with anxiety. We obtained additional information from Dr. LaClaire's office to include any office notes, psychotherapy notes or counseling notes. This information was sent to our behavioral consultant on May 14, 2015. Our consultant writes:*

*"The claimant is engaged in treatment with a Naturopathic Doctor for his Chronic Fatigue and Fibromyalgia. Treatment notes from Dr. Brown indicate the claimant is unable to tolerate psychotropic medications and is experiencing depression, fatigue, and brain fog.  In the letter dated 1/11/15 from Dr. Brown he indicated the claimant's illness has created cognitive processing issues, depression, and severe anxiety. Dr. Brown indicated that the claimant has been referred to Dr. LeClaire for psychotherapy to help with his anxiety and depression.*

*Treatment notes from the claimant's primary care provider, Dr. Schuchardt were also received.  During the 4/15/14 office visit he appeared depressed and anxious; however on 5/6/14 the claimant's mood and affect appeared normal. The 5/30/14 treatment note indicates he has an appointment scheduled for neurocognitive testing; however, testing results have not been provided for this review.  Subsequent treatment notes indicated the claimant's cognitive functioning is intact and most mental status exam result findings were unremarkable. At the same time, Dr. Schuchardt did recommend the claimant see a psychiatrist during the 8/4/14 office visit.*

*The claimant initiated psychotherapy on 1/9/15 with Dr. LaClaire. In addition, to individual therapy, family sessions were provided. The claimant reported the following symptoms, but not limited to: poor appetite, low energy, fatigue, low self-esteem, and poor concentration, difficulty making decisions, feelings of hopelessness in addition to worry, nervousness, and anxious feelings. It was noted the claimant is learning to control his stress and anxious thoughts. Dr. LaClaire also documented that the claimant's mental health is improving. The claimant reported to his therapist that he has been diagnosed with Lyme Disease.  Although treatment notes from Dr. Brown indicate he has been tested for Lyme, it does not appear the claimant has formally been diagnosed with Lyme Disease; however this is unclear.*

*REFERRAL QUESTIONS WITH RATIONALE/RECOMMENDATIONS*
*1. Does the documentation in the file provide support for an incapacitating psychiatric disorder (IPD) impacting the Insured's ability to function including ability to work?*
*Documentation in the file does not provide support for an incapacitating psychiatric disorder impacting the claimant's ability to function including ability to work. Records do not contain sufficient clinical information such as comprehensive mental status exam results or information on limitations in day-to-day functioning to support an incapacitating psychiatric condition. In fact, mental status exam findings that were provided from his primary care provider are mostly unremarkable.*

*2. Is treatment appropriate for and consistent with an incapacitating psychiatric condition?*
*Someone with an incapacitating psychiatric condition would be expected to be engaged in intensive psychotherapy and medication management with a specialist in psychiatric care. Although the claimant is engaged in psychotherapy, he is not engaged in medication management.  Of note, the onset of treatment with a therapist, following his last day of work is not necessarily reflective of someone with an incapacitating psychiatric condition."*

Based on this medical documentation, it appears that the extent of your disability would no longer prevent you from performing the material and substantial duties of any occupation for which you may be reasonably qualified after July 15, 2014. As such, you would not be considered Totally Disabled as defined by this Group Life Insurance Policy and you would not be eligible for a waiver of your life insurance premium after July 15, 2014.

The Group Life policy provides for a continuation of life insurance coverage for up to 12 months due to illness as follows, *"For Life Insurance – insurance may be continued for up to 12 months after an Employee is absent from work due to injury or Sickness."*

Therefore, your employer has the option of continuing your Group Life Insurance coverage on a premium

Sun Life Assurance Company of Canada
is a member of the Sun Life Financial group of companies.

www.sunlife-usa.com                    SLPC 7562

AR 558

paying basis under this provision. However, if your employer has terminated your Life Insurance coverage or does not plan on continuing your Life Insurance coverage under the above premium paying basis, then you have the right, within 31 days of the date of this letter, to convert your Group Life Insurance to an individual policy without medical examination.  We have enclosed the necessary conversion form if you wish to take advantage of this option.

In all cases, you should check with your employer for complete details on the continuation of your life insurance coverage and eligibility for a life conversion opportunity.

If you disagree with our decision, you must request in writing a review or appeal of the denial no later than 180 days from the date you receive the notice of denial.

Your request for a review should be addressed to:

Sun Life Financial
Life Waiver of Premium Department
P.O. Box 81100
Wellesley Hills, MA 02481

In support of your appeal,  you may submit written comments, documents, records or other information relating to your claim for benefits, and may request free of charge copies of all documents, records, and other information relevant to your claim for benefits.

We will begin review of your claim upon receipt of the written request for review, and will notify you of our decision within a reasonable period of time but not later than 45 days after the request for appeal has been received

This 45-day time period to make a decision may be tolled (i.e., "stopped") or extended if Sun Life determines that additional information and/or documentation is necessary to complete a full and fair review of your request.

If we request information directly from you or on your behalf, or if you indicate that additional information is forth coming, the 45-day time period to make our determination on review is tolled or "stopped" from the date of the request or notification until we receive the information.  You will have 45 days from receipt of the request for information to provide us with the requested information.

If we are unable to make a determination within the above stated 45-day time period, we may request a 45-day extension as permitted by U.S. Department of Labor regulations.   If an extension is necessary you will be notified in writing prior to the expiration of the initial 45 day period, along with the reason(s) why the extension was necessary and the date by which we expect to make a determination on review.

You may have the right to bring a civil action under the Employee Retirement Income Security Act of 1974 (ERISA), §502(a) following an adverse determination on review.

Should you have any questions, please call us at (800) 247-6875.

Sincerely,

Paul MacArthur
Sr. Benefit Consultant
Life Waiver Claims, SC4375

Sun Life Assurance Company of Canada
is a member of the Sun Life Financial group of companies.

www.sunlife-usa.com                                    SLPC 7562

AR 559



Sun Life Assurance
Company of Canada
SC4375
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

Tel. 1-800-247-6875
Fax. 1-888-551-2084

May 21, 2015

Ms. Stephanie Prell
Garmin International, Inc.
1200 E. 151 Street
Olathe, KS  66022

RE:  Name of Insured:         Craig Parker
     Group Policy Number:    231948

Dear Ms. Prell:

*Please note that this letter applies only to Group Life Insurance benefits.*

As you may know, your Group Life insurance policy contains a waiver of premium provision to protect an employee's life insurance coverage in the event of total disability. This provision provides an extension of life insurance coverage, without premium payments, when the employee becomes totally disabled as defined in the Group Life insurance policy.

We have determined that Craig Parker has $133,000 of Group Life Insurance coverage that is eligible for Waiver of Premium benefits from May 13, 2014 through July 15, 2014.  During this time period, premiums for the Group Life Insurance coverage can be waived.

We regret to advise you that as of July 16, 2014,  Craig Parker does not qualify  for this benefit because he is no longer Totally Disabled as defined by the Group Life Policy.

We have sent a letter to Craig Parker, under separate cover, explaining the basis of our decision and the appeal procedure. As our denial letter contains confidential medical information, we are unable to provide you with a copy.

The Group policy provides for a continuation of life insurance coverage, on a premium paying basis, for up to 12 months due to illness, from the time the employee ceased working. When the employee's life insurance coverage terminates, the employee has the right, within 31 days, to convert their life insurance coverage to an individual policy. We have provided a life conversion to Craig Parker in the event his coverage has been terminated.  Please refer to your Group policy and administrative guide for complete details on Life conversion and the continuation of an employee's Life Insurance coverage during illness.

Should you have any questions, please call us at (800) 247-6875.

Sincerely,

*Paul MacArthur*

Paul MacArthur
Sr. Benefit Consultant
Life Waiver Claims, SC4375

Sun Life Assurance Company of Canada
is a member of the Sun Life Financial group of companies.

www.sunlife-usa.com                                    SLPC 7563

AR 560



## MED PSYCH REFERRAL

Work Type
Psychiatric Referral

| | | |
|---|---|---|
| Claim Control #: | Claim Status: | Claim Type: |
| 091014-05930-00 | End Pay Period | LTD |
| Policy #: | Cert #: | Group Office: |
| 231948 | 514781613 | LOWER MIDWEST |
| Last Name: | First Name: | Claim Office: |
| PARKER | CRAIG | Boston |
| Last Payment Date: | | |
| 31/Mar/2015 | | |
| Start Date: | Due Date: | Priority: |
| 4/May/2015 | 6/May/2015 | 2 |

| | | |
|---|---|---|
| Created Date: | 4/May/2015 | Referred By: | Michelle Doucette |
| Sex: | Male | City: | OLATHE |
| Age at Referral: | | Province/State: | KS |
| Home Phone Num: | (913) 829-9311 | | |
| Job/Occupation Title: | | Job/Occupation On File: | |
| Regularly scheduled work week: | | | |
| Days per week: | | Hours per day: | |

| | | |
|---|---|---|
| Disability Date: | 7/Apr/2014 | Transition Date STD/ECI to LTD: |
| LTD Change of Def Date: | | Employment Date: | 1/Jan/2000 |

| | |
|---|---|
| Primary Diagnosis: | Cholera |

Secondary Diagnosis:

Attending Physicians Name:
  Specialty:
  Telephone No:
  Ext:
Other Attending Physicians Name:
  Specialty:
  Telephone No:
  Ext:
Other Attending Physicians Name:
  Specialty:
  Telephone No:
  Ext:
Other Attending Physicians Name:
  Specialty:
  Telephone No:
  Ext:

## REASON FOR REFERRAL

Reason for Referral:
Craig Parker

AGE: 53

DOD: 04/05/14

OCCUPATION:    Engineering team lead (light)

DIAGNOSIS: Original dx given Chronic Fatigue and Fibromyalgia however email from EE stated:
  I had my follow-up office visit with tick specialist Diana Smith today and she has updated my records to document t
oday s visit.  Testing has confirmed that I likely do have Lyme disease and associated tickborne coinfections.  -Not
e this has still not been definately the determination of the EE's condition.

EE has additional diagnosis of 300.4 dysthinic disorder, 309.4 adjustment disorder with anxiety

With appointments with Dr. Laclair begining 1/9/15

Please refer to Dr. Furmans review for any additional information needed for the physical findings

Please review the APS completed by Dr. Laclaire in th the claim form folder as well as the treatment notes she attac
hed with the APS. ENTRY date 4/28/15
Questions for Medical Consultants:
1.Does the documentation in the file provide support for an incapacitating psychiatric disorder (IPD) impacting the In
sured's ability to function including ability to work?

2. Is treatment appropriate for and consistent with an incapacitating psychiatric condition?

3. Recommendations for frequency of updates?

4. Please provide any additional comments and recommendations as appropriate.
Special Reply Instructions For Medical Consultant/Support Staff:
_____
MEDICAL CONSULTANT RESPONSE
Response Created Date:          05/14/2015          Created By:          Lisa Jacobus
Medical Consultants Comments:
PSYCHIATRIC CONSULTANT REVIEW

CLAIMANT: Craig Parker
CLAIM NUMBER: 091014-05930-00
REFERRED BY: Michelle Doucette

CLAIM FILE INFORMATION REVIEWED
I have reviewed the entire file, but will limit my review to the psychiatric information contained in, but not limited to: t
he D-Map, Treatment notes dated 4/15/14-3/24/15 from Michael Brown, ND (Naturopathic Doctor) Telephone Memo
 dated 11/5/14 by Michelle Doucette, BA, APS dated 9/26/14 from Dr. Brown, Medical Review dated 12/29/14 by Be
thany Drabik, RN, BSN, Letter dated 1/11/15 from Dr. Brown, Treatment notes dated 3/24/14-10/9/14 from College
Park Family Care Center, P.A., Medical Review dated 2/10/15 by Anita Bolster, RN, BS, Internal Medical Review da
ted 2/27/15 by Dr. Fuhrmann, Treatment Summary Letter dated 3/31/15 from Dr. LaClaire (psychotherapy), APS dat
ed 4/18/15 from Dr. LaClaire, Letter dated 4/27/15 from Dr. LaClaire, and Treatment Summary of Notes dated 4/27/
15 from Dr. LaClaire.

INTRODUCTION
The claimant is a 53 year old Engineering Team Lead who is claiming disability as of 4/5/14 due to Chronic Fatigue
and Fibromyalgia.  The APS dated 4/18/15 from Dr. LaClaire reflects he is diagnosed with Dysthymic Disorder (300.
4) and Adjustment Disorder with Anxiety (309.4).

SUMMARY OF DATA
The claimant is engaged in treatment with a Naturopathic Doctor for his Chronic Fatigue and Fibromyalgia.  Treatm
ent notes from Dr. Brown indicate the claimant is unable to tolerate psychotropic medications and is experiencing de
pression, fatigue, and brain fog.  In the letter dated 1/11/15 from Dr. Brown he indicated the claimant's illness has cr
eated cognitive processing issues, depression, and severe anxiety. Dr. Brown indicated that the claimant has been r
eferred to Dr. LeClaire for psychotherapy to help with his anxiety and depression.

Treatment notes from the claimant's primary care provider, Dr. Schuchardt were also received.  During the 4/15/14
office visit he appeared depressed and anxious; however on 5/6/14 the claimant's mood and affect appeared norma
l.

AR 563

The 5/30/14 treatment note indicates he has an appointment scheduled for neurocognitive testing; however, testing results have not been provided for this review.  Subsequent treatment notes indicated the claimant's cognitive functioning is intact and most mental status exam result findings were unremarkable. At the same time, Dr. Schuchardt did recommend the claimant see a psychiatrist during the 8/4/14 office visit.

The claimant initiated psychotherapy on 1/9/15 with Dr. LaClaire. In addition, to individual therapy, family sessions were provided. The claimant reported the following symptoms, but not limited to: poor appetite, low energy, fatigue, low self-esteem, and poor concentration, difficulty making decisions, feelings of hopelessness in addition to worry, nervousness, and anxious feelings. It was noted the claimant is learning to control his stress and anxious thoughts.  Dr. LaClaire also documented that the claimant's mental health is improving. The claimant reported to his therapist that he has been diagnosed with Lyme Disease.  Although treatment notes from Dr. Brown indicate he has been tested for Lyme, it does not appear the claimant has formally been diagnosed with Lyme Disease; however this is unclear.

REFERRAL QUESTIONS WITH RATIONALE/RECOMMENDATIONS
1. Does the documentation in the file provide support for an incapacitating psychiatric disorder (IPD) impacting the Insured's ability to function including ability to work?
Documentation in the file does not provide support for an incapacitating psychiatric disorder impacting the claimant's ability to function including ability to work. Records do not contain sufficient clinical information such as comprehensive mental status exam results or information on limitations in day-to-day functioning to support an incapacitating psychiatric condition. In fact, mental status exam findings that were provided from his primary care provider are mostly unremarkable.

2. Is treatment appropriate for and consistent with an incapacitating psychiatric condition?
Someone with an incapacitating psychiatric condition would be expected to be engaged in intensive psychotherapy and medication management with a specialist in psychiatric care. Although the claimant is engaged in psychotherapy, he is not engaged in medication management.  Of note, the onset of treatment with a therapist, following his last day of work is not necessarily reflective of someone with an incapacitating psychiatric condition.

3. Recommendations for frequency of updates?
Not applicable.

4. Please provide any additional comments and recommendations as appropriate.
There are no additional comments or recommendations at this time.

Consultant: Lisa Jacobus, MSW, LICSW
Date: 5/14/15

Please note, this review is not an administrative determination, but rather an assessment for credible and contemporaneous clinical evidence of psychiatric symptoms that substantially interfere with the claimant's functioning. "Contemporaneous" refers to data obtained and documented at the time of the actual clinical evaluation. "Clinical" refers, for example, to data obtained via detailed cognitive examinations; standardized rating scales of mood or behavior such as Hamilton, Beck, or GAF scores; and/or psychological testing.
Special Reply Instructions For Medical Consultant/Support Staff:

| **Assigned To:** | **Created:** | **Work Item ID:** |
| --- | --- | --- |
| Michelle Doucette | 4/May/2015 | 12045343 |

AR 564



lead and innovate

| | |
|---|---|
| Case #: | D688050 |
| Worked By: | Roshanda Knight |
| Method Received: | Fax |
| Number of Pages: | 5 |
| Date: | 5/29/2015 |

# Records Request

**Name:**    CRAIG PARKER
**SSN:**
**DOB:**    ████████
**State:**    KS
**Policy #:**    014-05930-00

**Company:**    SUN LIFE GROUP LTD
**Account#:**    28663
**Requester:**    CORDELIA V
**U/W Team:**
**Doc Type(s):**

**Facility:**    BROWN MD        MICHAEL
**Address:**    5251 W 116 PLACE.STE200
**City, St:**    LEAWOOD, KS 66211
**Phone/Fax:**  913-333-8798 / 913-440-9294

091014-05930
UNKNOWN

**Special Instructions:**        AGENT: MICHELLE DOUCETTE  AGENCY:  PLEASE REQUEST
TREATMENT NOTES  TEST RESULTS AND LAB RESULTS FOR
4/1/15 TO PRESENT.

These documents may contain confidential health information that is privileged and legally protected from disclosure by federal law including the Health Insurance Portability and Accountability Act (HIPAA).  This information is  intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are  hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using  the information contained in this correspondence is strictly prohibited.  If you have received this information in error, please notify the sender immediately and destroy these documents.

Page: **1 of 1**

**Naturae's Path, LLC**
**5251 W. 116th Place**
**Suite 200**
**Leawood, Ks 66211**

**Craig Parker**
**Patient ID:** 46552370      **DOB:** ▉▉▉ 1961      **Sex:** M    **Account No.:** 36723273
**Encounter ID:** 126921237      **Encounter Date:** 05/21/2015
**Encounter Type:** Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| **Chief Complaint:** | CF/FM<br>chronic sinusitis<br>fatigue/malaise<br>brain fog<br>notes from WD OA need to be p/o and added to this |
| **History Of Present Illness:** | f/u appt reveals 220 -  ;  sinus infxn still raging but starting to improve;  reviewed new SNP testing - HMNT snp for breaking down histamine - has histamine overload signs and symptoms |
| **Onset Date:** | 12/09/2014 |

**OBJECTIVE:**

**Physical Examination:** Constitutional: Pt is A+O to ppt; color is better but looks fatigued;

**ASSESSMENT:**

| | |
|---|---|
| **Diagnosis:** | ICD-9 Codes:<br>1)78071; CHRONIC FATIGUE SYNDROME<br>2)2599; UNSPEC ENDOCRINE DISORDER<br>3)2699; UNSPEC NUTRITIONAL DEFICIENCY<br>4)9953; ALLERGY, UNSPEC, OTH<br>5)4739; UNSPEC SINUSITIS (CHRONIC) |

**PLAN:**

| | |
|---|---|
| **Procedures Notes:** | to do:<br>cytokine testing - neuroscience?<br>igf-1 - neuro? Spectracell?<br>male hormone profile thru - spectracell<br>local md repeat: ige (total) |
| **Patient Instructions:** | consider:  trying reishi mushroom formula - for its impact on histamine, glucans, and immune enhancing potential<br><br>give christy marsh a call - 858-204-5107 - consider a medical intuit session<br>check out the book - anatomy of the spirit (maybe soul) by caroline myss<br>*** avoid all ige<br>research high end commercial grade hepa/ozone machines<br>keep me posted on ige blocker - zolair (?)<br>see pulmonologist or dr fitzy about the zolair(?)/ige blocker |

_____ Date: _____

[Provider]: MIchael Brown, ND

May 28 15 04:38p        Naturae's Path                          913-440-9294              p.3

**Naturae's Path, LLC**
**5251 W. 116th Place**
**Suite 200**
**Leawood, Ks 66211**

**Craig Parker**
**Patient ID:** 46552370      **DOB:** ▓▓/1961      **Sex:** M    **Account No.:** 36723273
**Encounter ID:** 126496941    **Encounter Date:** 05/07/2015
**Encounter Type:** Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| **Chief Complaint:** | CF/FM<br>chronic sinusitis<br>fatigue/malaise<br>brain fog<br>notes from WD OA need to be p/o and added to this |
| **History Of Present Illness:** | f/u appt reveals (60 out of 120 for may 2015); with the flowering of the trees - things are worse and another sinus infection; the SCD probiotic - took a full tsp and a HUGE rxn - took 2 days to taper off; can't tolerate mucus; back on the NAC - td version; has not talked to susan anschutz yet about hyperbaric; oral antibiotic was Rx - ceftin; hepatic profile all WNL; still trying to desensitize w/ Megan Brownly; still seeing Dr Jude LeClaire as well; |
| **Onset Date:** | 12/09/2014 |

**OBJECTIVE:**

**Physical Examination:** Constitutional: Pt is A+O to ppt; color is better but looks fatigued;

**ASSESSMENT:**

| | |
|---|---|
| **Diagnosis:** | ICD-9 Codes:<br>1)78071; CHRONIC FATIGUE SYNDROME<br>2)2599; UNSPEC ENDOCRINE DISORDER<br>3)2699; UNSPEC NUTRITIONAL DEFICIENCY<br>4)9953; ALLERGY, UNSPEC, OTH<br>5)4739; UNSPEC SINUSITIS (CHRONIC) |

**PLAN:**

| | |
|---|---|
| **Procedures Notes:** | to do:<br>cytokine testing - neuroscience?<br>igf-1 - neuro? Spectracell?<br>male hormone profile thru - spectracell<br>local md repeat - ige (total) |
| **Patient Instructions:** | at some point - let's start hydrastis and borrelial burgdafori homeopathic<br>consider hyperbaric - susan anschutz, de<br><br>give christy marsh a call - 858-204-5107 - consider a medical intuit session<br>check out the book - anatomy of the spirit (maybe soul) by caroline myss<br>*** avoid all ige<br>research high end commercial grade hepa/ozone machines<br>keep me posted on ige blocker - zolair (?)<br>see pulmonologist or dr fitzy about the zolair(?)/ige blocker |

_____ Date: _____

[Provider]: Michael Brown, ND

May 28 15 04:38p        Naturae's Path                        913-440-9294                    p.4

Page: 1 of 1

**Naturae's Path, LLC**
**5251 W. 116th Place**
**Suite 200**
**Leawood, Ks 66211**

**Craig Parker**
**Patient ID:** 46552370   **DOB:** ▊1961   **Sex:** M   **Account No.:** 36723273
**Encounter ID:** 126020784   **Encounter Date:** 04/21/2015
**Encounter Type:** Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| **Chief Complaint:** | CF/FM<br>chronic sinusitis<br>fatigue/malaise<br>brain fog<br>notes from WD OA need to be p/o and added to this |
| **History Of Present Illness:** | f/u appt (2nd 60min of 120min for april on concierge) reveals: 215 - 310; has seen megan brownly to NAET 1x; has seen no changes yet; asked pt about MS being rule out and brain scans per patient showed no white lesions; still no smell or no taste - no change in that; pt may have ENT do another CT scan; testicular pain getting worse - talked w/ infectious dz doctor said it is not vasculitis and said it is a mechanical failure of vessels; pt has been avoiding IgE mediated allergens and notices no changes overall; feels like he is on the edge of a sinus infxn but keeping it at bay - the silver in the nasal spray helping along w/ nasal steroid; asthma under control w/ inhaler; blood pressure every AM to about 125/70 - coming up; infxz doc testing for TB and syphilis; FBS in AM better; 3 |
| **Onset Date:** | 12/09/2014 |

**OBJECTIVE:**

**Physical Examination:** Constitutional: Pt is A+O to ppt; color is better but looks fatigued;

**ASSESSMENT:**

| | |
|---|---|
| **Diagnosis:** | ICD-9 Codes:<br>1)78071; CHRONIC FATIGUE SYNDROME<br>2)2599; UNSPEC ENDOCRINE DISORDER<br>3)2699; UNSPEC NUTRITIONAL DEFICIENCY<br>4)9953; ALLERGY, UNSPEC, OTH<br>5)4739; UNSPEC SINUSITIS (CHRONIC) |

**PLAN:**

| | |
|---|---|
| **Patient Instructions:** | at some point - let's start hydrastis and borrelial burgdafori homeopathic<br>consider hyperbaric - susan anschutz, dc<br><br>start locally grown bee pollen<br><br>*** avoid all ige<br>research high end commercial grade hepa/ozone machines<br>keep me posted on ige blocker - zolair (?)<br>see pulmonologist or dr fitzy about the zolair(?)/ige blocker |

_____ Date: _____

[Provider]: Michael Brown, ND

AR 568

Page: 1 of 1

**Naturae's Path, LLC**
**5251 W. 116th Place**
**Suite 200**
**Leawood, Ks 66211**

**Craig Parker**
**Patient ID:** 46552370    **DOB:** ▮▮/1961    **Sex:** M    **Account No.:** 36723273
**Encounter ID:** 125617808    **Encounter Date:** 04/07/2015
**Encounter Type:** Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| **Chief Complaint:** | CF/FM<br>chronic sinusitis<br>fatigue/malaise<br>brain fog<br>notes from WD OA need to be p/o and added to this |
| **History Of Present Illness:** | f/u appt (1st 60min of 120min for april on concierge) reveals:  (215 - 305):  pt has been in a down hill slide of late; pt feeling really bad since trees and grasses started blooming;  pt feeling like he is going to pass out again, pain in flank, vasculitis flared, pt going to retry singular;  appt w/ infectious dz doctor next week; |
| **Onset Date:** | 12/09/2014 |

**OBJECTIVE:**

| | |
|---|---|
| **Physical Examination:** | Constitutional: Pt is A+O to ppt;  color is better but looks fatigued; |

**ASSESSMENT:**

| | |
|---|---|
| **Diagnosis:** | ICD-9 Codes:<br>1)78071; CHRONIC FATIGUE SYNDROME<br>2)2599; UNSPEC ENDOCRINE DISORDER<br>3)2699; UNSPEC NUTRITIONAL DEFICIENCY<br>4)9953; ALLERGY, UNSPEC, OTH<br>5)4739; UNSPEC SINUSITIS (CHRONIC) |

**PLAN:**

| | |
|---|---|
| **Procedures Notes:** | very broad ige panel - for foods, environmental,<br>airborne, etc, etc - as wide and comprehensive<br>as they can do |
| **Patient Instructions:** | at some point - let's start hydrastis and borrelial burgdafori homeopathic<br>consider hyperbaric - susan anschutz, de<br><br>start locally grown bee pollen<br><br>*** avoid all ige<br>research high end commercial grade hepa/ozone machines<br>keep me posted on ige blocker - zolair (?)<br>see pulmonologist or dr fitzy about the zolair(?)/ige blocker |

_____ Date: _____

[Provider]: MIchael Brown, ND

AR 569



lead and innovate

| | |
|---|---|
| Case #: | D688052 |
| Worked By: | Randy Franke |
| Method Received: | FTP |
| Number of Pages: | 18 |
| Date: | 5/29/2015 |

# Records Request

**Name:** CRAIG PARKER
**SSN:**
**DOB:**
**State:** KS
**Policy #:** 014-05930-00

**Company:** SUN LIFE GROUP LTD
**Account#:** 28663
**Requester:** CORDELIA V
**U/W Team:**
**Doc Type(s):**

**Facility:** PFUETZE MD    BRUCE    L
**Address:** 11725 W 112TH ST
**City, St:** OVERLAND PARK, KS 66210
**Phone/Fax:** 913-469-5452 / 913-469-5910

091014-05930
UNKNOWN

**Special Instructions:**    AGENT: MICHELLE DOUCETTE  AGENCY:  PLEASE REQUEST
TREATMENT NOTES  TEST RESULTS AND LAB RESULTS FOR
4/1/15 TO PRESENT.

These documents may contain confidential health information that is privileged and legally protected from disclosure by federal law including the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this correspondence is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy these documents.

AR 570



**College Park Family
Care Center, P.A.**

*Compassionate, quality care.*

**Parker, Craig B**

54 Y old Male, DOB: ███ 1961
Account Number: 16886
, OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B   Insurance: BCBS PC PPO
Payer ID: SB740
PCP: Robert L Schuchardt
Appointment Facility: College Park CPK

05/13/2015                                      LAB ONLY:  Bruce L. Pfuetze, MD

## Current Medications
**Taking**
- Probiotic 225 mg Capsule 1 tablet once daily
- Vitamin B12-Folic Acid 500-400 MCG Tablet
- Vitamin C Powder
- Betamethasone  5 mg 1 daily, Notes: stopped taking
- Sinus Rinse Packet
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Twice a day
- Testosterone 30 MG Miscellaneous 1 to the gum every 12 hrs

## Past Medical History
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

## Allergies
Prevacid: dizzy: Allergy
Protonix: dizzy: Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache: Allergy
Ceftin: hot, dizzy: Allergy

## Reason for Appointment
1. Lab only

## Assessments
1. Malaise and fatigue - 780.79 (Primary)
2. Anti-polysaccharide antibody deficiency - 279.03

## Treatment
**1. Malaise and fatigue**
    LAB: Vitamin D, 25-Hydroxy**LC081950$$

**2. Anti-polysaccharide antibody deficiency**
    LAB: Immunoglobulins G,A,M,E**LC002295
    LAB: Pneumococcal Antibodies**LC829209
    LAB: Tetanus Antitoxoid Antibody**LC163691

## Procedure Codes
82785 ASSAY OF GAMMAGLOBULIN IGE
3U784 ZLABU 82784
82306 VITAMIN D, lab value
86317 IMMUNOASSAY,INFECTIOUS AGENT

**Electronically signed by Bruce Pfuetze , MD on 05/27/2015 at 01:48 PM CDT**

**Sign off status: Pending**

College Park CPK
11725 W 112th St
Overland Park, KS 662102761
Tel: 913-469-5579
Fax: 913-338-1311

Patient: Parker, Craig B   DOB: ███/1961   Progress Note: Bruce L. Pfuetze, MD   05/13/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**College Park Family
Care Center, P.A.**

*Compassionate, quality care.*

# Parker, Craig B

54 Y old Male, DOB: ███/1961
Account Number: 16886
OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B    Insurance: BCBS PC PPO
Payer ID: SB740
PCP: Robert L Schuchardt
Appointment Facility: College Park ALC

---

05/12/2015 **PROGRESS NOTES: Bruce L. Pfuetze, MD**

## Current Medications

**Taking**
- Probiotic 225 mg Capsule 1 tablet once daily
- Vitamin B12-Folic Acid 500-400 MCG Tablet
- Vitamin C Powder
- Betamethasone 5 mg 1 daily, Notes: stopped taking
- Sinus Rinse Packet
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Twice a day
- Testosterone 30 MG Miscellaneous 1 to the gum every 12 hrs

**Discontinued**
- Vitamin C 250 MG Tablet Chewable 1 tablet Once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

## Surgical History

Gall bladder removal 05/2012
Sinus surgery 1999
Laminectomy 2008
Colonoscopy 2011
sinus surgery 2014

## Family History

Father: alive, diabetes mellitus, hypertension, diagnosed with See Notes
Mother: alive, Good health, auto immune

## Reason for Appointment

1. Wkin allergies

## History of Present Illness

New symptom(s):

This 54-year-old male was seen with his wife Amy for a work in appointment related to worsening of his sinus condition. He was seen recently by his PCP and started on Ceftin however due to side effects noted even after the 1st dose. He had problems with dizziness, flushed feeling, hot, but no rash. Several hours later he would also noticed increased nasal congestion, postnasal drainage and asthma symptoms. He stayed on this b.i.d. for 4 days until he finally had to discontinue it. He says that he is blowing yellow mucus out of his left nostril and brown mucus out of his right nostril. He once again is reacting to almost all foods and the only things he can eat are chicken, eggs, turkey bacon, quinoa, green beans, pork chops and applesauce. If he eats anything else he "feels really bad."

Today he brought in his DNA analysis including SNPs evaluation and interpretation. The interpretation indicated that he does not break down histamine at all. He apparently had other experts review this information and they had the same interpretation but did not know how to interpret the histamine information.

## Vital Signs

Wt 178 lbs, Ht 72 in, BMI 24.14 Index, BP 120/78 mm Hg, HR 80 /min, Oxygen Sat 98 %.

## Examination

General Examination:

General Appearance: Patient appears very weak and ill and slow in responses due to illness. He was not having any respiratory distress. He was not coughing.

HEENT: 2+ allergic shiners. TMs normal. Nose: Moderately swollen pale boggy slightly bluish nasal mucosa bilaterally without polyps or purulent mucus and no septal deviation of significance. Mouth and pharynx were normal.

Neck/Thyoid: Normal thyroid and lymph nodes.

Lungs: Normal breath sounds bilaterally without wheezing or rhonchi. Heart regular sinus rhythm without murmur.

Skin: No eczema or allergic rash.

---

Patient: Parker, Craig B    DOB:███/1961    Progress Note: Bruce L. Pfuetze, MD    05/12/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://ecwapplb:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encounter...    5/27/2015

AR 572

disease, pollymyalgia, diagnosed with See Notes
Sister1: alive, Good health, diagnosed with See Notes
Paternal Grand Father: deceased
Paternal Grand Mother: deceased
Maternal Grand Father: deceased, pancreatic CA
Maternal Grand Mother: deceased, colon CA at 80
Children: alive, , healthy
Spouse: alive, Good health- Amy
Family History positive for colon ca in grandmother, positive for pancreatic cancer in grandfather. Family history negative for MI, CVA, lung disease.

## Social History
Alcohol Use
    Patient: *does not use alcohol*
Smoking Status
    Patient is *a never smoker*
Caffeine: none.
Marital Status: Married.
Residence: House with hardwood and carpeting, 1 Bison and no smokers..

## Allergies
Prevacid: dizzy: Allergy
Protonix: dizzy: Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache: Allergy
Ceftin: hot, dizzy: Allergy

## Hospitalization/Major Diagnostic Procedure
above surgeries

## Review of Systems
See ROS in chart.

## Assessments
1. Asthma - 493.90 (Primary)
2. Seasonal allergies - 477.9
3. Sinusitis - 473.9

## Treatment
### 1. Asthma
    IMAGING: SPIROMETRY, MIDMARK, COMPLETE (MOVE TO CURRENT)
    IMAGING: Nitric Oxide

### 2. Sinusitis
    IMAGING: XR Sinus, Waters View Only** (CPFCC IMG)

## Immunization
Immunization record has been reviewed and updated.

## Preventive Medicine
Counseling:
    Smoking:
        Patient is a NON Smoker *05/12/2015*
Summary comment: Sinus x-ray Waters' view read by myself today shows significant bilateral maxillary sinusitis with 70% opacification of the left maxillary sinus and 40% of the right maxillary sinus.
Spirometry today was normal. Nitric oxide level today was 79 which is increased from his last visit which was 57. His high on nitric oxide level previously was 169 indicating significant small airway eosinophilic inflammation consistent with asthma.
Today are for him to his ENT physician Dr. Steve Ellis. Of note Craig discontinued his cortisone nasal spray from his ENT physician 3 weeks ago and one week ago or so went off the nasal antibiotic solution spray. This may be why he got into trouble with sinus infection again.
Today I discussed Xolair regarding the benefits for asthma and potential side effects including anaphylaxis. They would like to try Xolair so we will initiate the process to start Xolair. In addition I recommend rechecking immunoglobulins and vitamin D if it has not been checked within the last 6 months.
Approximately 50% of our time was spent on patient education and counseling regarding the used various issues.

## Procedure Codes
95012 EXHALED NITRIC OXIDE MEAS
70210 X-RAY EXAM OF SINUSES
94010 SPIROMETRY

## Follow Up
2 Months

**Electronically signed by Bruce Pfuetze , MD on 05/27/2015 at 01:48 PM CDT**

**Sign off status: Pending**

Patient: Parker, Craig B   DOB:____/1961   Progress Note: Bruce L. Pfuetze, MD   05/12/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://ecwapplb:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encounter...   5/27/2015

AR 573



**College Park ALC**
11725 W 112th
Overland Park, KS 662102761
Tel: 913-469-5452
Fax: 913-338-1311

Patient: Parker, Craig B    DOB: █████/1961    Progress Note: Bruce L. Pfuetze, MD    05/12/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**College Park Family
Care Center, P.A.**

*Compassionate, quality care.*

# Parker, Craig B

53 Y old Male, DOB: ▮▮/1961
Account Number: 16886
, OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B   Insurance: BCBS PC PPO
Payer ID: SB740
Appointment Facility: College Park STA

---

**04/09/2015**                    **PROGRESS NOTES:  Robert L. Schuchardt, MD**

## Current Medications

**Taking**
- Probiotic 225 mg Capsule 1 tablet once daily
- Vitamin B12-Folic Acid 500-400 MCG Tablet
- Vitamin C 250 MG Tablet Chewable 1 tablet Once a day
- Vitamin C Powder
- Betamethasone 5 mg 1 daily
- Sinus Rinse Packet
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Twice a day
- Testosterone 30 MG Miscellaneous 1 to the gum every 12 hrs

**Discontinued**
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Twice a day
- Medication List reviewed and reconciled with the patient

## Past Medical History

Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

## Surgical History

Gall bladder removal 05/2012
Sinus surgery 1999
Laminectomy 2008
Colonoscopy 2011
sinus surgery 2014

## Family History

Father: alive, diabetes mellitus, hypertension, diagnosed with See Notes

## Reason for Appointment

1. Sinus infection

## History of Present Illness

History of Present Illness:
    Problem 1: Patient complaint of recent sinus pressure headache. Had history of allergies. Has had passers should sinus infections. Complains of clear yellow drainage. Denies sinus tenderness. Denies fever chills..

## Vital Signs

Wt 179 lbs, Ht 72 in, BMI 24.27 Index, BP 130/84 mm Hg, Temp 98.3 F.

## Examination

General Examination:
    GENERAL APPEARANCE: well developed, well nourished, alert, in no acute distress.
    HEAD: normocephalic, atraumatic.
    EYES: extraocular movement full and smooth, conjunctiva clear. NOSE: nares patent.
    LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.
    CHEST: no costochondral tenderness, no gross rib deformity.
    HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs, rubs, gallops.
    ABDOMEN: soft, nontender.
    EXTREMITIES: full range of motion.
    NEUROLOGIC: alert and oriented, gait normal.
    PSYCH: alert, oriented, cognitive function intact, cooperative with exam.

## Assessments

1. Sinusitis - 473.9 (Primary)

## Treatment

**1. Sinusitis**
Start Ceftin Tablet, 500 MG, 1 tablet, Orally, Twice a day, 10 day(s), 20, Refills 1
Clinical Notes: Sinusitis instructions given. Recommend to begin on Flonase 2 puffs q. day. Mucinex over-the-counter. Recommend saline

---

Patient: Parker, Craig B   DOB: ▮▮/1961   Progress Note: Robert L. Schuchardt, MD   04/09/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Mother: alive, Good health, auto immune disease, pollymyalgia, diagnosed with See Notes
Sister: alive, Good health, diagnosed with See Notes
Paternal Grand Father: deceased
Paternal Grand Mother: deceased
Maternal Grand Father: deceased, pancreatic CA
Maternal Grand Mother: deceased, colon CA at 80
Children: alive, , healthy
Spouse: alive, Good health- Amy
Family History positive for colon ca in grandmother, positive for pancreatic cancer in grandfather. Family history negative for MI, CVA, lung disease.

## Social History
Alcohol Use
    Patient: *does not use alcohol*
Smoking Status
    Patient is *a never smoker*
Caffeine: none.
Marital Status: Married
Residence: House with hardwood and carpeting, 1 Bison and no smokers..

## Allergies
Prevacid: dizzy: Allergy
Protonix: dizzy: Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache: Allergy

## Hospitalization/Major Diagnostic Procedure
above surgeries

## Review of Systems
General/Constitutional:
    Chills denies. Fever denies.
Respiratory:
    Cough denies.
Cardiovascular:
    Chest pain denies.
Gastrointestinal
    Abdominal pain denies.

rinse with Nettie pot as directed. Increase fluids and warm compresses to sinuses. Hot showers and vaporizer as directed. See back in office for recheck if not improved.

**Follow Up**
prn

*[signature]*

**Electronically signed by Robert Schuchardt , MD on 04/30/2015 at 05:39 PM CDT**

**Sign off status: Completed**

College Park STA
15101 Glenwood Ave
Stanley, KS 662233154
Tel: 913-681-8866
Fax: 913-338-1311

Patient: Parker, Craig B   DOB: ███/1961   Progress Note: Robert L. Schuchardt, MD   04/09/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Patient Name: Parker, Craig B**
**Date of Birth:** /1961
**Telephone: 913-829-9311**

**College Park CPK**
**11725 W 112th Street**
**Overland Park, KS - 66210**
**913-338-1311**

| Immunoglobulins G,A,M,E**LC002295 | |
|---|---|
| COLLECTION DATE | 05/13/2015 |
| ORDER DATE | 05/13/2015 |
| RESULT DATE | 05/16/2015 |
| ORDERING PHYSICIAN | Pfuetze, Bruce |
| Immunoglobulin M, Qn, Serum | 58 (40-230 mg/dL) |
| Immunoglobulin E, Total | 642 (0-100 IU/mL) H |
| Immunoglobulin G, Qn, Serum | 1170 (700-1600 mg/dL) |
| Immunoglobulin A, Qn, Serum | 199 (91-414 mg/dL) |

| Vitamin D, 25-Hydroxy**LC0B1950$$ | |
|---|---|
| COLLECTION DATE | 05/13/2015 |
| ORDER DATE | 05/13/2015 |
| RESULT DATE | 05/16/2015 |
| ORDERING PHYSICIAN | Pfuetze, Bruce |
| Vitamin D, 25-Hydroxy | 38.7 (30.0-100.0 ng/mL) |

| Tetanus Antitoxoid Antibody**LC163691 | |
|---|---|
| COLLECTION DATE | 05/13/2015 |
| ORDER DATE | 05/13/2015 |
| RESULT DATE | 05/16/2015 |
| ORDERING PHYSICIAN | Pfuetze, Bruce |
| Tetanus Antitoxoid IgG Ab | 4.79 ( <0.10 IU/mL) |

| Pneumococcal Antibodies**LCB29209 | |
|---|---|
| COLLECTION DATE | 05/13/2015 |
| ORDER DATE | 05/13/2015 |
| RESULT DATE | 05/16/2015 |
| ORDERING PHYSICIAN | Pfuetze, Bruce |
| Pneumococcal Serotype 5, IgG | 26.43 ( ug/mL) |
| Pneumococcal Serotype 12F, IgG | 0.98 ( ug/mL) |
| Pneumococcal Serotype Interp. | See Note ( ) |
| Pneumococcal Serotype 23F*,IgG | 1.01 ( ug/mL) |
| Pneumococcal Serotype 19F*,IgG | 42.84 ( ug/mL) |
| Pneumococcal Serotype 18C*,IgG | 4.02 ( ug/mL) |
| Pneumococcal Serotype 14*, IgG | 9.02 ( ug/mL) |
| Pneumococcal Serotype 9V*,IgG | 3.52 ( ug/mL) |
| Pneumococcal Serotype 9N, IgG | 7.03 ( ug/mL) |
| Pneumococcal Serotype 8, IgG | 8.34 ( ug/mL) |
| Pneumococcal Serotype 6B*,IgG | 3.27 ( ug/mL) |
| Pneumococcal Serotype 4*, IgG | 1.69 ( ug/mL) |

Patient: Parker, Craig B    DOB:    /1961

AR 577

| Pneumococcal Serotype 3, IgG | 3.27 ( ug/mL) |
|---|---|
| Pneumococcal Serotype 1, IgG | 3.63 ( ug/mL) |
| Pneumococcal Serotype 7F, IgG | 3.32 ( ug/mL) |

Patient: Parker, Craig B    DOB: ▇▇▇▇ /1961

College Park ALC
11725 W 112th , Overland Park, KS 662102761
℘ 913-469-5452

Parker, Craig B, M, 1961

℘ 913-829-9311   **MRN: ParkCr-00**

Accession Id: 1995999

| Order Date: 05/12/2015 | Procedure: 05/12/2015 00:00:00 | Transcribed: 05/13/2015 08:57:00 |

| Requesting Physician: Pfuetze, Bruce L | Ordering Physician: Pfuetze, Bruce |

# XR Sinus, Waters View Only** (CPFCC IMG)

REPORT

## Exam:

Single view sinuses

Indication: History of sinusitis

Endings: Bilateral frontal sinuses are clear. There is mild dorsal thickening of the right maxillary sinus, the left maxillary sinus demonstrate severe mucosal thickening in your near completely

opacified. Nasal septum is midline.

Impression:

Mild sinusitis of the right maxillary sinus and advanced sinusitis of the left maxillary sinus.

Electronically Signed By: VERONIKA MCDONALD

Parker, Craig B , M, /1961                                                    Accession ID: 1995999

# Spirometry Report

Midmark Diagnostics Group
3300 Fujita Street
Torrance, California 90505

| | | | | | |
|---|---|---|---|---|---|
| Name: | Craig B Parker | Age: | 54 years | Race: | Caucasian |
| ID: | 17197 | Height: | 72 inches | Weight: | Unspecified |
| Sex: | Male | Indication: | | | |
| Smoker: | No. | Medications: | | | |
| COPD Risk: | Low | Lung Age: | < 54 years | | |

| | | | |
|---|---|---|---|
| Requested By: | Pfuetze, Bruce L | Performed By: | |
| Tes: Date: | 05/12/15  14:13:45 | Sensor S/N: | 557-27438 |
| Tes: Date Post: | | Sensor Calibrated: | 05/12/15 07:19:25 |
| Press./Temp. | 760  mmHg./74 degrees F | Spiro Control Ver: | 8.4.1 |
| Bronchodilator: | | Normals/Interp.: | Crapo/ATS (1991) |

| Measurement | Units | Predicted | Pre-Bronchodilator Trial | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 1 | | 2 | | 3 | |
| | | | Actual | % Pred. | Actual | % Pred. | Actual | % Pred. |
| FVC | L | 5.17 | 5.67 | 110% | 5.79 | 112% | 5.63 | 109% |
| FEV1 | L | 4.06 | 4.21 | 104% | 4.24 | 104% | 4.21 | 104% |
| FEV1/FVC | % | 79 % | 74 % | 95 % | 73 % | 93 % | 75 % | 95 % |
| FEF25% | L/S | 8.59 | 7.36 | 86 % | 5.36 | 62 % | 8.70 | 101% |
| FEF50% | L/S | 4.99 | 5.70 | 114% | 4.99 | 100% | 4.55 | 91 % |
| FEF75% | L/S | 1.94 | 1.23 | 63 % | 1.30 | 67 % | 1.24 | 64 % |
| FEF25-75% | L/S | 3.81 | 3.47 | 91 % | 3.70 | 97 % | 3.42 | 90 % |
| PEF | L/S | 9.31 | 7.43 | 80 % | 5.43 | 58 % | 9.01 | 97 % |
| Exp. Time | Sec. | | 7.27 | | 7.68 | | 6.68 | |
| V ext. | L | | 0.21 | | 0.23 | | 0.17 | |



Test #1
Test #2 (Best)
Test #3
= Best FVC test
Pre-BD FVC:   3 attempted, 3 accepted, 2 matches.

Interpretation:        Normal spirometry.

Unconfirmed Report

AR 580

# THE UNIVERSITY OF KANSAS PHYSICIANS
## INTERNAL MEDICINE

Marilyn Rymer, MD
3901 Rainbow Blvd
Ms 3011
Kansas City, KS 66160

4/20/2015

Patient:       Craig B Parker
Med Rec #:     1217965
DOB:           ████ 1961
Visit date:    4/15/2015

Dear Dr. Rymer,

It is a pleasure caring for Craig B Parker. Below is the information pertaining to today's visit:

### History of Present Illness:
Dear Dr. Rymer,

I had the pleasure of seeing Mr. Craig Parker in the Infectious Diseases Clinic today. As you recall, he is a very pleasant gentleman with a history significant for short-term memory loss, anxiety, paranoia, and lack of mental clarity, who presents today to evaluate for possible infectious etiologies responsible for his recent abnormal brain SPECT imaging study.

The patient states that up until a few years ago, he was in good health. He worked as a project manager, electrical engineer for garment industries. This required quite a high level of functioning. Over the last few years, he states that he had to move to disability due to his inability to stay focused and remained mentally clear. It was somewhat difficult for Mr. Parker fully describe his symptomatology. He continued to describe his general condition as having "brain fog." He states it became difficult to focus on his projects at work. He describes a fair amount of nervousness and anxiety. He even describes some paranoia. When asked to give an example, he suggested that the "concept of travel is scary." When pushed for additional explanation, he explained that any travel, both regionally in a car or across states in an airplane would seem very difficult to him. He has nervousness associated with this. He states anxiolytics used in the past that made things worse for him. It is for this reason that he is currently on disability. He also describes symptoms of chronic fatigue. This has been evaluated with a sleep study, which he reports s normal. He does bring with him a large folder with most all of his tests outlined nicely. He sees a naturopathic physician in Leawood, KS named Michael Brown. He is on 24 different supplements which include many vitamins and even some hormonal supplements such as a testosterone troche. In addition, he takes GSH transdermal cream. Most of these agents were prescribed by Dr. Brown. He believes he has seen some benefit from these over the last few months. Though he continues to have some issues with nervousness, anxiety and paranoia, one major concern is short-term memory loss.

Recently, he sought evaluation by Diana Smith, APRN, who works at the Olathe Lime and Dissociated Diseases Clinic. She ordered a large variety of tests including multiple tests to assess for tick-borne illness. Some of these test were sent to LabCorp laboratories and others to the IGeneX lab in California. All of these labs were remarkable. He did have a mildly elevated Rocky Mountain spotted fever IgG serology with a negative IgM. Of note, he had no preceding history of fevers, chills, night sweats, etc. Peripheral blood smear was also sent for babesiosis by Diana Smith, APRN which also was negative. We believe that given concerns for possible tick-borne disease as the cause of his symptomatology, a brain SPECT scan was ordered. This was performed on December 17 and revealed mild decreased perfusion in the

Division of Infectious Disease

3901 Rainbow Blvd., MS 1028 | Kansas City, Kansas 66160 | Phone (913) 588-4045 | Fax (913) 945-6916 | www.kumed.com

AR 581

inferior frontal lobes and moderate to markedly decreased perfusion in the bilateral temporal lobes, greater on the left. Radiologist suggested these findings could be seen in frontotemporal dementia.

The patient was then referred to Dr. Rymer's Neurology Clinic. He was seen on February 26. He was then referred here to consider a lumbar puncture for possible infectious etiology leading to his brain SPECT findings.

In addition to the above, the patient denies weight changes, headaches or recent visual changes. Four to five months ago, he reported double vision. He was seen by Ophthalmology. He states that since that time his double vision has improved and nearly resolved. He has had no history of seizures or blackout spells. Denies bloody noses, chest pain, palpitations, cough, shortness of breath. He denies nausea, vomiting, diarrhea, bloody stools, dysuria, arthralgia, myalgia, weakness, numbness, or rash.

He reports chronic allergies with symptoms of sneezing and chronic sinus drainage. He has been followed by Dr. Cynthia Romito, allergist/immunologist. He states his symptoms worsened with allergy shots. He was recently found to have an elevated peripheral blood IgE level and has been followed by a pulmonologist, who is recommended Xolair for therapy. He states his PFTs were consistent with asthma.

The patient described a history of 'vasculitis.' He was referring to the varicocele seen on his scrotum.

He states his long-term memory has been quite fine, but reports a lack of short-term memory. Of note, Mr. Parker did an excellent job recalling all laboratory tests in detail and specific clinic visit details over the last several months. He was very detail oriented in specific.

**Review of systems:**
Remainder of ROS unremarkable.

Past Medical History

| Diagnoses | Date |
|---|---|
| • Allergy | |
| • Gastric ulcer, unspecified as acute or chronic, without mention of hemorrhage, perforation, or obstruction | |
| • Mononucleosis | 1997 |
| • Disorganized thinking | |
| • Memory loss | |
| • Fibromyalgia | |
| • Elevated IgE level | |
| • Anxiety | |
| *associated paranoia (self-reported)* | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Back surgery | | 2009 |
| *laminectomy* | | |
| • Hx septoplasty | | 1999 |
| • Cholecystectomy | | |

**Social Hx:**
Married. Previously worked for Garmin.
No hx of smoking or alcohol or illicit drug use.

Family History

| Problem | Relation | Age of Onset |
|---|---|---|

Division of Infectious Disease

3901 Rainbow Blvd., MS 1028 │ Kansas City, Kansas 66160 │ Phone (913) 588-4045 │ Fax (913) 945-6916 │ www.kumed.com

- Heart Disease          Mother
- Diabetes               Father
- Cancer                 Maternal Grandmother

**Immunization History**

| Administered | Date(s) Administered |
|---|---|
| - DTaP Vaccine | 07/01/2006 |
| - Pneumococcal Vaccine (Adult) | 09/01/2010 |

## Allergies:

Allergies

| Allergen | Reactions |
|---|---|
| - Cat Hair Std Allergenic Ext | RHINORRHEA, SNEEZING and ITCHING |
| - Dust | RHINORRHEA, SNEEZING and ITCHING |
| - Grass | RHINORRHEA, SNEEZING and ITCHING |
| - Mold | RHINORRHEA, SNEEZING and ITCHING |
| - Pollen | RHINORRHEA, SNEEZING and ITCHING |
| - Tree   Elm | RHINORRHEA, SNEEZING and ITCHING |
| - Weeds [Misc Weeds] | RHINORRHEA, SNEEZING and ITCHING |

| | |
|---|---|
| - Amino Acids-Minerals tab | Take  by mouth. |
| - ascorbic acid (VITAMIN-C) 500 mg tablet | Take 1,000 mg by mouth daily. |
| - cholecalciferol (Vitamin D3) (VITAMIN D-3) 1,000 units tablet | Take 1,000 Units by mouth daily. |
| - cimetidine(+) (TAGAMET HB) 200 mg tablet | Take 200 mg by mouth as Needed. |
| - clotrimazole-betamethasone (LOTRISONE) 1-0.05 % topical cream | Apply  to affected area twice daily. |
| - cyanocobalamin(+) (VITAMIN B-12) 500 mcg tablet | Take 1,000 mcg by mouth daily. |
| - fluticasone-salmeterol (ADVAIR DISKUS) 500-50 mcg inhalation disk | Inhale 1 Puff by mouth every 12 hours. |
| - GLUTATHIONE MISC | Use 250 mg as directed. Indications: GSH transdermal cream; 1ml |
| - lactobacillus rhamnosus GG (LACTOBACILLUS RHAMNOSUS (GG)) 15 billion cell cpSP | Take  by mouth twice daily with meals. |
| - other medication | 1 Dose. Take one tab Peptic Care daily |
| - other medication | 1 Dose. Take 4 gel caps of Vitalzym Enzyme formula daily |
| - other medication | 1 Dose. Take 1 cap Chromate CTF daily |
| - other medication | 1 Dose. Take 2 caps Udo's 369 Blend daily |
| - other medication | 1 Dose daily. Take Vitalyte Electrolyte Formula daily |
| - other medication | 1 Dose daily. Take 3 caps PectaSol Citrus Pectin Fiber daily |
| - other medication | 1 Dose daily. Take 1 tsp Un Fiber daily |
| - other medication | 1 Dose daily. Take 1Tbs MCT oil daily |
| - Prasterone (DHEA) (DHEA) 25 mg tab | Take  by mouth daily. |
| - pyridoxine (VITAMIN B-6) 100 mg tablet | Take 100 mg by mouth daily. |
| - sinus rinse pack kit | Insert 1 Packet into nose as directed at bedtime daily. Indications: betamethasone 0.5mg/colloidal sinuse rinse |
| - testosterone cypionate (DEPO-TESTOSTERONE) 200 mg/mL injection | Inject 200 mg to area(s) as directed every 14 days. |

Division of Infectious Disease

3901 Rainbow Blvd., MS 1028 | Kansas City, Kansas 66160 | Phone (913) 588-4045 | Fax (913) 945-6916 | www.kumed.com

KU Hosp Fax Serv      4/21/2015 3:21:33 PM  PAGE    5/007    Fax Server

**Filed Vitals:**

|  | 04/15/15 1352 |
|---|---|
| BP: | 132/80 |
| Pulse: | 78 |
| Temp: | 36.8 °C (98.3 °F) |
| TempSrc: | Oral |
| Resp: | 12 |
| Height: | 182.9 cm (72") |
| Weight: | 81.375 kg (179 lb 6.4 oz) |

**Physical Exam:**
**Gen:** Awake, alert, NAD at rest
**HEENT:** No icterus, no thrush, oropharynx without erythema; dentition ok; no nystagmus
**Nodes:** No cervical, supraclavicular, axillary, epitrochlear or inguinal adenopathy
**Lungs:** clear
**Heart:** Reg, no murmur
**Abd:** + BS, soft, NT, no appreciable HSM
**Ext:** No edema, no clubbing; no splinter hemorrhages
**Skin:** varicoceles involving scrotum
**Musculoskel:** no warm or tender joints
**Psych:** O x 3; normal mood & affect

Brain SPECT viewed.

**Lab/Radiology/Other Diagnostic Tests:**

| CBC w/Diff | |
|---|---|
| No results found for this basename: WBC, RBC, HGB, HCT, MCV, MCH, MCHC, RDW, PLTCT, MPV | No results found for this basename: NEUT, ANC, LYMA, ALC, MONA, AMC, EOSA, AEC, BASA, ABC |

| Comprehensive Metabolic Profile | |
|---|---|
| No results found for this basename: NA, K, CL, CO2, CAP, BUN, CR, GLU | No results found for this basename: CA, PO4, ALBUMIN, TOTPROT, ALKPHOS, AST, ALT, TOTBILI, GFR, GFRAA |

**Assessment / Plan :**

1.  History of several months of lack of mental clarity 'brain fog' and difficulty maintaining a focus. Self-described history of nervousness, anxiety, and some paranoia.
2.  History of elevated Rocky Mountain spotted fever IgG level, without clear diagnosis of Rocky Mountain spotted fever. Likely due to cross-reactivity with other rickettsial species.
3.  Abnormal brain SPECT imaging on December 17, 2014, of unclear significance.
4.  History of cranial nerve IV palsy, which is improved over the last several months and nearly resolved.
5.  History of elevated IgE.

The etiology of his abnormal brain SPECT imaging is unclear. At this time, I do not appreciate a strong indication to pursue lumbar puncture with workup of infectious etiologies.

When we think of chronic brain infection, we think of some relatively quiet entities such as syphilis. Otherwise, we consider other agents causing chronic meningitis such as fungal and AFB infections, atypical bacteria along with noninfectious etiologies such as lymphoma, autoimmune processes, etc.

Division of Infectious Disease

3901 Rainbow Blvd., MS 1028 | Kansas City, Kansas 66160 | Phone (913) 588-4045 | Fax (913) 945-6916 | www.kumed.com

AR 584

The patient has no history of headache over the last several months aside from a very occasional headache that is short-lived and responsive to Tylenol and the like. No mass lesions had been seen in the past. A brain MRI in May 2014, was normal. If the patient were to have a chronic meningitis, I would expect a progressive headache or other neurological symptoms over the last several months. Per the patient, this has been going on at least 1 year. He did have a diagnosis of cranial nerve IV palsy last year, but this has improved spontaneously and nearly resolved. If this were due to an infection such as tuberculosis or perhaps a fungal infection, I would have expected this to worsen over the last several months and not improved.

Most of the tick borne infections evaluated for would not cause chronic meningitis. In addition, he had no positive serologies to suggest ongoing infection. This included Lyme disease, which has the potential to be more subtle in presentation. At that time, his labs were drawn, he had no clinical history to suggest other tick-borne illness or even exposure. Therefore, I do not believe we need to pursue lumbar puncture at this time. I have asked the patient to give us a call if he develops new headache that persists or perhaps has worsening of his cranial nerve IV palsy or notices other new neurologic findings.

I explained that it is very difficult to say, based on his RMSF IgG serology (1:256), if he ever had true infection or simply this represented cross-reactivity to other rickettsial species such as *Rickettsia parkeri*.

I am concerned that the patient may have a component of anxiety or other psychological concern that may be contributing to his symptoms. I found his affect to be fairly normal, his response is appropriate and well-reasoned. Based on his description of his symptoms over the last several months, it is not clear to me that he has seen significant benefit from the 24 different supplements and vitamins he is currently taking.

I have suggested to him and his wife that he undergo neuropsychological evaluation. We will make a referral to our Neuropsychology division for this testing. He is agreeable to this approach. This may provide us some additional insights as to the significance of his perceived "dementia" and short-term memory loss and possibly the etiology of his underlying condition.

Will check a syphilis aby and tuberculosis IGRA.

Thank you for the consultation. We would be happy to see Mr. Parker back in our clinic. We will follow up these test results.

For your information, these are the current medications at the end of this visit:

| | |
|---|---|
| • Amino Acids-Minerals tab | Take by mouth. |
| • ascorbic acid (VITAMIN-C) 500 mg tablet | Take 1,000 mg by mouth daily. |
| • cholecalciferol (vitamin D3) (VITAMIN D-3) 1,000 units tablet | Take 1,000 Units by mouth daily. |
| • cimetidine(+) (TAGAMET HB) 200 mg tablet | Take 200 mg by mouth as Needed. |
| • clotrimazole-betamethasone (LOTRISONE) 1-0.05 % topical cream | Apply to affected area twice daily. |
| • cyanocobalamin(+) (VITAMIN B-12) 500 mcg tablet | Take 1,000 mcg by mouth daily. |
| • fluticasone-salmeterol (ADVAIR DISKUS) 500-50 mcg inhalation disk | Inhale 1 Puff by mouth every 12 hours. |
| • GLUTATHIONE MISC | Use 250 mg as directed. Indications: GSH transdermal cream; 1ml |

Division of Infectious Disease

3901 Rainbow Blvd., MS 1028 | Kansas City, Kansas 66160 | Phone (913) 588-4045 | Fax (913) 945-6916 | www.kumed.com

AR 585

- lactobacillus rhamnosus GG (LACTOBACILLUS RHAMNOSUS (GG)) 15 billion cell cpSP   Take by mouth twice daily with meals.
- other medication   1 Dose. Take one tab Peptic Care daily
- other medication   1 Dose. Take 4 gel caps of Vitalzym Enzyme formula daily
- other medication   1 Dose. Take 1 cap Chromate GTF daily
- other medication   1 Dose. Take 2 caps Udo's 369 Blend daily
- other medication   1 Dose daily. Take Vitalyte Electrolyte Formula daily
- other medication   1 Dose daily. Take 3 caps PectaSol Citrus Pectin Fiber daily
- other medication   1 Dose daily. Take 1 tsp Un Fiber daily
- other medication   1 Dose daily. Take 1Tbs MCT oil daily
- Prasterone (DHEA) (DHEA) 25 mg tab   Take by mouth daily.
- pyridoxine (VITAMIN B-6) 100 mg tablet   Take 100 mg by mouth daily.
- sinus rinse pack kit   Insert 1 Packet into nose as directed at bedtime daily. Indications: betamethasone 0.5mg/colloidal sinuse rinse
- testosterone cypionate (DEPO-TESTOSTERONE) 200 mg/mL injection   Inject 200 mg to area(s) as directed every 14 days.

Sincerely,


Stephen Waller, MD


CC
Robert Schuchardt, MD
15101 Glenwood Ave
Stanley KS 66223
VIA Facsimile: 913-338-1311

Diane C Smith, ARNP
1948 E Santa Fe St
Ste H
Olathe KS 66062
VIA Facsimile: 913-221-0751

May. 12. 2015  6:23PM                                          No. 5019   P. 12

# COLLEGE PARK FAMILY CARE CENTER
## ADULT GENERAL HEALTH UPDATE
### (Ages 13 and up)

**Name** Craig Parker                    **DOB** ▆-61   **Date** 5-12-15

**SINCE YOUR LAST APPOINTMENT:**                              YES      NO

1. Have you developed any new or serious medical problems?      ✗
   If yes, explain briefly: _Allergies rhinitis, sinus infection_
2. Have you been started on any new medications?               ✗
   Please name _Celexa_
3. Have you had any major surgery?                                       ✗
4. Have you had any reactions to medications?                  ✗
   If so, please describe: _Celexa_     See HPI

**SINCE YOUR LAST APPOINTMENT** (circle one, if applicable)    YES      NO

CONSTITUTIONAL (fatigue, 10 pounds or greater weight GAIN or LOSS)       ✗

EYES (glaucoma, cataracts, other major problems)                        ✗

ENT (hoarseness, deafness, vertigo, other)  loss of smell/taste   ✗

CARDIOVASCULAR (high blood pressure, chest pains, heart/circulation problems) HPI    ✗

LUNGS (pneumonia, breathing problems, TB)  asthma worse → see HPI   ✗

GASTROINTESTINAL (colitis, irritable bowel syndrome, reflux/heartburn, gas,
    bloating, loose stools, stomach or duodenal ulcer, liver problems, diverticulitis)   ✗

GU (male problems/prostate, kidney problems/dialysis, female problems, other)   ✗

MUSCULOSKELETAL (arthritis, fractures, osteoporosis, other)             ✗

INTEGUMENTARY (breast cancer, skin cancer, other cancer)               ✗

NEUROLOGICAL (stroke, seizures, migraines, significant headache problems,
    multiple sclerosis, other)                                          ✗

PSYCHIATRIC (depression, anxiety, emotional/psychological problems, phobias)   ✗

ENDOCRINE (diabetes, thyroid, adrenal)                                  ✗

IMMUNOLOGIC (immune deficiency, lupus, Sjogren's syndrome, AIDS/HIV)    ✗

SKIN (allergy, rashes, hives, dry skin)                                 ✗

SOCIAL HISTORY (major life changes, stress) Briefly state:

Scan

From: 10104010302     Page: 21/26     Date: 3/8/2015 10:57:47 AM

**Overland Park Surgery Center**
10601 Quivira Road, Suite 100
Overland Park, KS 66215
Tel: (913) 894-7260   Fax: (913) 894-7261

### OPERATIVE REPORT

**PATIENT NAME:** PARKER, CRAIG

**MR #:** 37510

**SURGEON:** STEVEN F. ELLIS, M.D.

**DATE:** 06/04/2015

**PREOPERATIVE DIAGNOSES:**          Nasal polyposis and chronic sinusitis.

**POSTOPERATIVE DIAGNOSES:**          Nasal polyposis and chronic sinusitis.

**PROCEDURES PERFORMED:**

1. Bilateral          endoscopic          total
   ethmoidectomy.
2. Bilateral          endoscopic          maxillary
   antrotomy with tissue removal from the
   maxillary sinuses.
3. Bilateral endoscopic sphenoidotomy.
4. Bilateral endoscopic frontal sinus duct
   exploration.

**DESCRIPTION OF PROCEDURE:**
The patient was brought to the operating room and placed in the supine position. General anesthesia was obtained. Mask inhalation was provided. A laryngeal mask was inserted. The patient was prepped and draped for nasal surgery. A 1% lidocaine with 1:100,000 epinephrine was infiltrated into the septal mucosa, inferior and middle turbinates, and middle meatus bilaterally. 4% cocaine pledgets were placed intranasally. After anesthesia and decongestion were achieved, the pledgets were removed. The left nasal cavity was examined. He had significant polypoid tissue filling the middle meatus extending into the nasal cavity. The inferior aspect of the middle turbinate was also very polypoid. A 1% lidocaine with 1:100,000 epinephrine was infiltrated into the inferior turbinates. The left middle turbinate was medialized. The tissue was present in the middle meatus was removed with the straight shot. A total ethmoidectomy proceeded from medial to inferior and superior to lateral to the roof of the ethmoid superiorly and laterally to the lamina papyracea. A maxillary antrotomy was enlarged anteriorly and posteriorly with a straight shot. Tissue was removed from the maxillary antrum utilizing a variety of instrumentation. An anterior antrotomy was performed under the inferior turbinates. A straight shot was utilized through the inferior anatomy with a 70 degree scope intranasally to remove tissue from the maxillary antrum. A sphenoidotomy was enlarged superiorly and laterally, tissue removed from the sphenoid sinus utilizing a straight shot. The frontal sinus duct was identified and the tissue was removed from the frontal duct region. A clear suction was placed into the frontal duct and into the frontal sinus to ensure patency. These procedures were duplicated on the patient's right including maxillary antrotomy with tissue removal from the maxillary sinus, also in the right side maxillary sinus has very thick mucoid ball which was removed, a total ethmoidectomy revision, frontal sinus duct exploration, sphenoidotomy with tissue removal from the maxillary sphenoid sinus. The ethmoid cavity was lined with Stammberger gel. The patient was awoken from anesthesia and transferred to the recovery room stable.

OPERATIVE REPORT - Page 1 of 2

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

AR 588

**Overland Park Surgery Center**
10601 Quivira Road, Suite 100
Overland Park, KS 66215
Tel: (913) 894 7260    Fax: (913) 894 7261

## OPERATIVE REPORT

**PATIENT NAME:** PARKER, CRAIG                **MR #:** 37510

**SURGEON:** STEVEN F. ELLIS, M.D.            **DATE:** 06/04/2015

**DISCHARGE INSTRUCTIONS:**
He will follow up with me in two weeks. He is to use Norco for pain and Omnicef as an antibiotic.

X _____
STEVEN F. ELLIS, M.D.

JOB#: 507792        SE: cs/sr        D: 06/08/2015        T: 06/09/2015

cc:    Steven F. Ellis, M.D.

**OPERATIVE REPORT - Page 2 of 2**

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com



Case #:         D688051
Worked By:      Shenae Hill
Method Received: FTP
Number of Pages: 12
Date:           7/8/2015

# Records Request

**Name:**      CRAIG PARKER
**SSN:**
**DOB:**
**State:**     KS
**Policy #:**  014-05930-00

**Company:**   SUN LIFE GROUP LTD
**Account#:**  28663
**Requester:** CORDELIA V
**U/W Team:**
**Doc Type(s):**

**Facility:**  HEAD & NECK SURGERY OF KANSAS CITY PA
**Address:**   5370 COLLEGE BLVD STE 100
**City, St:**  OVERLAND PARK, KS 66211
**Phone/Fax:** 913-599-4800 / 913-599-2992

091014-05930
UNKNOWN

**Special Instructions:**      AGENT: MICHELLE DOUCETTE  AGENCY:  PLEASE REQUEST

TREATMENT NOTES  TEST RESULTS AND LAB RESULTS FOR

4/1/15 TO PRESENT.

These documents may contain confidential health information that is privileged and legally protected from disclosure by federal law including the Health Insurance Portability and Accountability Act (HIPAA).  This information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are  hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using  the information contained in this correspondence is strictly prohibited.  If you have received this information in error, please notify the sender immediately and destroy these documents.

AR 590

## HISTORY AND PHYSICAL REPORT

Patient Name: Craig B Parker          DOB: ███ 1961          Visit Date: 06/23/2015

### History of Present Illness

The patient is a 54 year old male presenting for a post-operative visit. The patient is status post endoscopic sinus surgery. The date of surgery was 6/4/2015. Patient is 19 days postop procedure. Patient is improved post-operatively. Patient states he does not like Qnasl.

### History

**Allergy**
No Known Drug Allergies (08/15/2014)

**Past Medical**
CHRONIC SINUSITIS
CHRONIC LEFT MAXILLARY SINUSITIS
ALLERGIC RHINITIS, SEASONAL
EXCESSIVE CERUMEN IN EAR CANAL, BILATERAL
FATIGUE
NASAL POLYPS
MEDICATION ONLY
SMELL AND TASTE DISORDER
MOUTH LESION
MEDICATION ONLY

**Other Medical History**
Migraine Headache
Severe allergy

**Past Surgical**
Sinus Surgery (08/21/2014)
Endoscopic Sinus Surgery (06/04/2015)
Colon Polyp Removal - Colonoscopy
Straighten Nasal Septum
Low Back Disc Surgery
Gallbladder Surgery laporoscopic

**Medications**
Qnasl (80MCG/ACT Aerosol Soln, 1 (one) Aerosol Soln Nasal each nostril daily, Taken starting 06/10/2015) Active.
NeilMed Sinus Rinse (1 Nasal daily) Active.
Cats Claw ( Oral daily) Specific dose unknown - Active.
Probiotic ( Oral daily) Active.
Vitamin B Complex ( Oral daily) Active.
Vitamin C ( Oral) Specific dose unknown - Active.
Vitamin D ( Oral daily) Specific dose unknown - Active.

**Social**
Tobacco use Never smoker: smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.
Alcohol use Never drinks.
Exercise Does other exercise occasionally.
HIV risk factors no
Sun Exposure occasionally
Illicit drug use none
Tobacco / smoke exposure No
Seat Belt Use always

**Family**
Colon Cancer
Cancer
Diabetes Mellitus

### Physical Exam

The physical exam findings are as follows:

#### General
**Mental Status** - Alert. **General Appearance** - Not in acute distress.

#### Head and Neck
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - Normal.
**Neck**
**Global Assessment** - no palpable mass on the right and no palpable mass on the left. No adenopathy or thyromegaly.
**Thyroid**
**Gland Characteristics** - normal size and consistency and no palpable nodules.

#### Eye
**Eyeball** - **Left** - Extraocular muscles intact. **Bilateral** - Extraocular muscles intact. **Sclera/Conjunctiva** - **Left** - Normal. **Right** - Normal. **Pupil** - **Left** - Direct reaction to light normal, Equal and Round. **Right** - Direct reaction to light normal, Equal and Round.

#### ENMT
**Ears**
**Pinna** - **Left** - no generalized tenderness observed. **Right** - no generalized tenderness observed. **External Auditory Canal** - **Left** - no bloody discharge noted, no cerumen impaction noted, no edema noted in EAC and no tenderness noted. **Right** - no bloody discharge noted, no cerumen impaction noted, no edema noted in EAC and no tenderness noted.
**Otoscopic Exam: Tympanic Membrane** - **Left** - Normal. **Right** - Normal.

AR 591

From:Head & Neck Surgery Bus Ofc        913 519 2237        06/24/2015 15:01        #648 P.003/009

## Nose and Sinuses
External Inspection of the Nose - symmetric. Inspection of the nares - **Left** - Normal. **Right** - Normal. **Nasal Mucosa** - **Left** - no congestion observed. **Right** - no congestion observed.
**Nasal Septum: Bony Septum** - no perforation noted. **Cartilaginous Septum** - midline.
**Turbinates: Inferior** - **Left** - post-operative eschar. no hypertrophy and no inflammation noted. **Right** - post-operative eschar. no hypertrophy and no inflammation noted.
**Frontal Sinuses** - **Left** - no tenderness observed. **Right** - no tenderness observed. **Maxillary Sinuses** - **Left** - no overlying swelling palpable. **Right** - no overlying swelling palpable. **Bilateral** - Note: Patent antrotomies. **Ethmoid Sinuses** - **Bilateral** - Note: debris and granulation in the ethmoid cavity.

## Mouth and Throat
**Lips: Upper Lip** - normal color, moist, no cracks or lesions. **Lower Lip** - normal color, moist, no cracks or lesions.
**Nasopharynx** - no swelling of pharyngeal mucosa.
**Oral Cavity/Oropharynx: Teeth** - no loose teeth. **Gingiva** - no bleeding observed. **Soft Palate** - no ulcers noted.
**Tongue** - normal. no pallor noted and no white patches present. **Oral Mucosa** - no discoloration noted. **Oropharynx** - no uvular edema is observed and no edema of posterior pharyngeal walls observed.
**Tonsils: Characteristics** - **Left** - no hypertrophy. **Right** - no hypertrophy.
**Floor of Mouth** - not ulcerated.
**Salivary Glands: Submandibular Glands** - **Left** - no palpable swelling. **Right** - no palpable swelling. **Parotid Glands** - **Left** - normal. **Right** - normal.

## Neurologic
**Cranial Nerves:**
**VII Facial:** - Normal Bilaterally.
**VIII Acoustic** - **Left** - Hearing normal. **Right** - Hearing normal. **IX Glossopharyngeal / X Vagus** - No impairment of swallowing.
**XII Hypoglossal** - **Left** - Normal. **Right** - Normal.

## Assessment & Plan
**CHRONIC LEFT MAXILLARY SINUSITIS (473.0)**
**Today's Impression:** Patient will irrigate twice daily and continue with Qnasl.

- P.O. NASAL DEBRIDEMENT (31237) Routine

  Comments
  right Nasal endoscopy is performed in the office under 1% Neo-Synephrine and 4% topical lidocaine anesthesia. The nasal cavities are examined with a 30° nasal endoscope bilaterally. The debris that is present within affected  sinuses is removed endoscopically utilizing suction. Any crusts presents on turbinates are also removed. The patient tolerates the procedure well with no significant complication.

- P.O. NASAL DEBRIDEMENT (31237) Routine

  Comments
  left Nasal endoscopy is performed in the office under 1% Neo-Synephrine and 4% topical lidocaine anesthesia. The nasal cavities are examined with a 30° nasal endoscope bilaterally. The debris that is present within affected  sinuses is removed endoscopically utilizing suction. Any crusts presents on turbinates are also removed. The patient tolerates the procedure well with no significant complication.

Steven F Ellis MD

cc:
  Cynthia L Romito  MD

  Robert L Schuchardt  MD
  Robert L Schuchardt  MD

Dictation Notice:  **Part of this note is generated using Dragon Voice Recognition Software. Please excuse if any uncorrected grammatical or typographical error is found. Thank you.**

Craig B Parker                          Patient #:  625460                          DOB:          1961 (54 years)
Wednesday, June 24, 2015                                                           Page 2/2

From:Head & Neck Surgery Bus Ofc       913 519 2237       06/24/2015 15:03       #648 P.004/009

## HISTORY AND PHYSICAL REPORT

Patient Name: Craig B Parker          DOB: ████/1961          Visit Date: 06/10/2015

### History of Present Illness

The patient is a 54 year old male presenting for a post-operative visit. The patient is status post endoscopic sinus surgery. The date of surgery was 6/4/2015. Patient is 5 days postop procedure. Patient can "smell and taste better" following procedure.

### Review of Systems

**General:** Present- Seasonal Allergies. Not Present- Appetite Loss, Chills, Excessive Perspiration, Fatigue, Feeling Sick, Fever, Night Sweats, Persistent Infections, Weight Gain and Weight Loss.
**Skin:** Present- Rash. Not Present- Dryness, Itching, Nail Changes, Poor Wound Healing, Skin Color Changes and Ulcer.
**HEENT:** Present- Nasal Congestion. Not Present- Blurred Vision, Double Vision, Eye Pain, Decreased Hearing, Ear Discharge, Earache, Ringing in the Ears, Nose Bleed, Hoarseness, Sore Throat, Halos Around Lights, Eye Discharge, Vision Loss 1 Eye, Eye Irritation, Vision Loss Both and Light Sensitivity.
**Respiratory:** Not Present- Bloody sputum, Cough, Snoring, Sputum Production, Wheezing and Wakes up from Sleep Wheezing or Short of Breath.
**Cardiovascular:** Not Present- Chest Pain, Difficulty Breathing Lying Down, Difficulty Breathing On Exertion, Leg Cramps, Palpitations, Swelling of Extremities and Bluish Discoloration of Lips Nails.
**Gastrointestinal:** Present- Abdominal Pain and Change in Bowel Habits. Not Present- Black, Tarry Stool, Bloody Stool, Constipation, Diarrhea, Difficulty Swallowing, Gas, Indigestion, Jaundice, Nausea, Vomiting, Vomiting Blood and Excessive Appetite.
**Male Genitourinary:** Not Present- Blood in Urine, Frequency, Incontinence, Painful Urination, Urgency, Urinating at Night, Trouble Starting Urinary Stream, Pelvic Pain, Inability To Empty Bladder and Genital Sores.
**Musculoskeletal:** Not Present- Back Pain, Joint Pain, Joint Stiffness, Joint Swelling, Muscle Cramps, Muscle Pain and Muscle Weakness.
**Neurological:** Not Present- Decreased Memory, Fainting, Headaches, Incoordination, Numbness, Spinning Sensation, Tingling, Tremor, Weakness In Extremities, Falling Down and Poor Balance.
**Psychiatric:** Not Present- Anxiety, Depression and Inability to Concentrate.
**Endocrine:** Not Present- Cold Intolerance, Excessive Thirst, Excessive Urination, Heat Intolerance and Excessive Hunger.
**Hematology:** Not Present- Abnormal Bleeding, Easy Bruising, Enlarged Lymph Nodes, HIV Exposure and Skin Discoloration.

### History

**Allergy**
  No Known Drug Allergies (08/15/2014)
**Past Medical**
  CHRONIC SINUSITIS
  CHRONIC LEFT MAXILLARY SINUSITIS
  ALLERGIC RHINITIS. SEASONAL
  EXCESSIVE CERUMEN IN EAR CANAL, BILATERAL
  FATIGUE
  NASAL POLYPS
  MEDICATION ONLY
  SMELL AND TASTE DISORDER
  MOUTH LESION
  MEDICATION ONLY
**Other Medical History**
  Severe allergy
  Migraine Headache
**Past Surgical**
  Straighten Nasal Septum
  Low Back Disc Surgery
  Gallbladder Surgery laporoscopic
  Colon Polyp Removal - Colonoscopy
  Sinus Surgery (08/21/2014)

**Social**
  HIV risk factors no
  Exercise Does other exercise occasionally.
  Illicit drug use none
  Tobacco / smoke exposure No
  Seat Belt Use always
  Sun Exposure occasionally
  Tobacco use Never smoker: smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.
  Alcohol use Never drinks.
**Family**
  Diabetes Mellitus
  Cancer
  Colon Cancer

---

AR 593

**Physical Exam**
The physical exam findings are as follows:

**General**
**Mental Status** - Alert.

**ENMT**
**Nose and Sinuses**
**Turbinates: Inferior** - **Left** - post-operative eschar. **Right** - post-operative eschar. **Maxillary Sinuses** - **Bilateral** - Note: Patent antrotomies. **Ethmoid Sinuses** - **Bilateral** - Note: debris and granulation in the ethmoid cavity.

**Assessment & Plan**
**CHRONIC SINUSITIS (473.9)**
**Today's Impression:** Patient will follow-up with me as needed.

- P.O. NASAL DEBRIDEMENT (31237) Routine

  Comments    Left Nasal endoscopy is performed in the office under 1% Neo-Synephrine and 4% topical lidocaine anesthesia. The nasal cavities are examined with a 30° nasal endoscope bilaterally. The debris that is present within affected sinuses is removed endoscopically utilizing suction. Any crusts presents on turbinates are also removed. The patient tolerates the procedure well with no significant complication.

- P.O. NASAL DEBRIDEMENT (31237) Routine

  Comments    Right Nasal endoscopy is performed in the office under 1% Neo-Synephrine and 4% topical lidocaine anesthesia. The nasal cavities are examined with a 30° nasal endoscope bilaterally. The debris that is present within affected sinuses is removed endoscopically utilizing suction. Any crusts presents on turbinates are also removed. The patient tolerates the procedure well with no significant complication.

- Started Qnasl 80MCG/ACT, 1 (one) Aerosol Soln each nostril daily, 1 Bottle, 30 days starting 06/10/2015, Ref. x12.

cc:
  Cynthia L Romito  MD

  Robert L Schuchardt  MD
  Robert L Schuchardt  MD

Dictation Notice:  *Part of this note is generated using Dragon Voice Recognition Software.  Please excuse if any uncorrected grammatical or typographical error is found.  Thank you.*

---

Craig B Parker                          Patient #:  625460                    DOB:  ████/1961 (54 years)

Wednesday, June 24, 2015                                                              Page 2 / 2

AR 594

From: 19133416297     Page 2/4     Date 6/8/2015 7.16 20 PM



**LabCorp**
Laboratory Corporation of America

7301 College Blvd, Suite 110
Overland Park, KS 66713
Ph (913) 341.6275  Fax (913) 341.6285

| PATIENT INFORMATION | PHYSICIAN(S) |
|---|---|
| Parker, Craig B. | Steven F. Ellis, M.D. |
| Sex: M | |
| DOB: [ ] 1961 (Age: 54) | |
| MRN: 37510 | |

| CLIENT AND SPECIMEN INFORMATION | | |
|---|---|---|
| Overland Park Surgery Center | | |
| Collected | 6/4/2015 | Reported: 6/8/2015 |
| Received | 6/4/2015 | Accession # M16-18006 |
| | | * Final Report * |

### Specimen(s) Received

1 Nasal Septum contents

### Final Diagnosis

Nasal and septal contents
- Sinonasal mucosa with acute and chronic inflammation with prominent eosinophils and allergic mucous
- GMS special stain does not demonstrate any definitive fungal hyphal forms.

***Electronically Signed Out By
Allison Lisle Cargnel, MD
(913-638-6156)***
Melissa S Jacobs, MD
(816)898-8043

### Clinical Indications

Chronic left maxillary sinusitis

### Gross Description

Received in formalin labeled: Parker - Nasal septal and contents, are several fragments of tan mucosal tissue and some inspissated mucoid and hemorrhagic material.  Mucosal fragments together measure 0.5 x 0.4 x 0.1 cm in aggregate. Inspissated mucoid and hemorrhagic material measures 3.5 x 2.3 x 1.3 cm.   Representative sections are submitted in 1A. CM/srin

Professional services performed by LabCorp under supervision of a LabCorp Medical Director at 5721 W. 119th Street, Overland Park, KS 66209. Technical services performed by LabCorp under supervision of a LabCorp Medical Director at 7301 College Blvd, Suite110, Overland Park, KS 66210.

### Microscopic Description

Performed

**Billing Fee Code(s):**     1: 88304, 88312-GMS

---

Parker, Craig B     Location:     Encounter:  M2015-18006     Page 1 of 2

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

---

AR 595

From:Head & Neck Surgery Bus Ofc          913 519 2237          06/24/2015 16:06          #648 P.007/009

From: 19133416297     Page 3/4     Date: 6/6/2015 7:16:20 PM

| Parker, Craig B. | **Surgical Pathology Report** | M15-19006 |

Surgery Center use only:  Reviewed _____  Date _____

NOTE: THE IMMUNOHISTOCHEMICAL STAINS REPORTED HERE HAVE BEEN DEVELOPED AND PERFORMANCE CHARACTERISTICS DETERMINED BY LABORATORY CORPORATION OF AMERICA AND HAVE NOT BEEN CLEARED OR APPROVED BY THE U.S. FOOD AND DRUG ADMINISTRATION. ALTHOUGH SUCH APPROVAL IS NOT REQUIRED FOR ANALYTE SPECIFIC ANALYTES OF THIS TYPE. [APPROPRIATE POSITIVE CONTROLS ARE EMPLOYED FOR EACH ANTIBODY REAGENT].

End of Report

| Parker, Craig B | Location: | Encounter:  M2015-19006 | Page 2 of 2 |

This fax was received by GFI FaxMaker fax server. For more information, visit http://www.gfi.com

06/24/2015 02:40 pm                    Craig B Parker DOB █████ 1961                    2/2

AR 596

From:Head & Neck Surgery Bus Ofc      913 819 2237      06/24/2015 16:06      #648 P.008/009

From: 18184010582      Page: 21/26   Date: 6/9/2015 10:57:47 AM

**Overland Park Surgery Center**
10601 Quivira Road, Suite 100
Overland Park, KS 66215
Tel: (913) 894-7260   Fax: (913) 894-7261

**OPERATIVE REPORT**

PATIENT NAME: PARKER, CRAIG                    MR #: 37510

SURGEON: STEVEN F. ELLIS, M.D.                 DATE: 06/04/2015

PREOPERATIVE DIAGNOSES:        Nasal polyposis and chronic sinusitis.

POSTOPERATIVE DIAGNOSES:       Nasal polyposis and chronic sinusitis.

PROCEDURES PERFORMED:
1. Bilateral endoscopic total ethmoidectomy.
2. Bilateral endoscopic maxillary antrotomy with tissue removal from the maxillary sinuses.
3. Bilateral endoscopic sphenoidotomy.
4. Bilateral endoscopic frontal sinus duct exploration.

**DESCRIPTION OF PROCEDURE:**
The patient was brought to the operating room and placed in the supine position. General anesthesia was obtained. Mask inhalation was provided. A laryngeal mask was inserted. The patient was prepped and draped for nasal surgery. A 1% lidocaine with 1:100,000 epinephrine was infiltrated into the septal mucosa, inferior and middle turbinates, and middle meatus bilaterally. 4% cocaine pledgets were placed intranasally. After anesthesia and decongestion were achieved, the pledgets were removed. The left nasal cavity was examined. He had significant polypoid tissue filling the middle meatus extending into the nasal cavity. The inferior aspect of the middle turbinate was also very polypoid. A 1% lidocaine with 1:100,000 epinephrine was infiltrated into the inferior turbinates. The left middle turbinate was medialized. The tissue was present in the middle meatus was removed with the straight shot. A total ethmoidectomy proceeded from medial to inferior and superior to lateral to the roof of the ethmoid superiorly and laterally to the lamina papyracea. A maxillary antrotomy was enlarged anteriorly and posteriorly with a straight shot. Tissue was removed from the maxillary antrum utilizing a variety of instrumentation. An inferior antrotomy was performed under the inferior turbinates. A straight shot was utilized through the inferior antrotomy with a 70-degree scope intranasally to remove tissue from the maxillary antrum. A sphenoidotomy was enlarged superiorly and laterally, tissue removed from the sphenoid sinus utilizing a straight shot. The frontal sinus duct was identified and the tissue was removed from the frontal duct region. A clear suction was placed into the frontal duct and into the frontal sinus to ensure patency. These procedures were duplicated on the patient's right including maxillary antrotomy with tissue removal from the maxillary sinus, also in the right side maxillary sinus has very thick mucoid ball which was removed, a total ethmoidectomy revision, frontal sinus duct exploration, sphenoidotomy with tissue removal from the maxillary sphenoid sinus. The ethmoid cavity was lined with Stammberger gel. The patient was awoken from anesthesia and transferred to the recovery room stable.

**OPERATIVE REPORT - Page 1 of 2**

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

AR 597

From:Head & Neck Surgery Bus Ofc          913 619 2237          06/24/2015 15:06          #648 P.008/009

From: 18164010582      Page: 22/26      Date: 6/9/2015 10 57 47 AM

**Overland Park Surgery Center**
10601 Quivira Road, Suite 100
Overland Park, KS 66215
Tel: (913) 894-7260   Fax: (913) 894-7261

**OPERATIVE REPORT**

**PATIENT NAME:** PARKER, CRAIG                              **MR #:** 37510

**SURGEON:** STEVEN F. ELLIS, M.D.                        **DATE:** 06/04/2015

**DISCHARGE INSTRUCTIONS:**
He will follow up with me in two weeks.  He is to use Norco for pain and Omnicef as an antibiotic.


X_____
STEVEN F. ELLIS, M.D.

JOB#: 807792          SE: cs/sr          D: 06/08/2015          T: 06/09/2015

cc:     Steven F. Ellis, M D


**OPERATIVE REPORT - Page 2 of 2**


This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

AR 598

## HISTORY AND PHYSICAL REPORT

Patient Name: Craig B Parker          DOB: ███ 1961          Visit Date: 05/27/2015

**History of Present Illness**
    The patient is a 54 year old male who presents for evaluation of allergic rhinitis. The course has been worsening. The allergic rhinitis is described as moderate. The symptoms are aggravated by spring season. He has recently started allergy shots and will soon begin Zoller Infusions. He states his IgE is above 700. He has been using Bactroban and betamethazone in his irrigation.

Additional reasons for visit:

Nasal congestion is described as the following:
Symptoms include nasal congestion (right nostril) and nasal congestion (left nostril). The patient describes this as worsening. Associated symptoms include airway problems.

Smell/taste disturbance is described as the following:
Symptoms include hyposmia and hypogeusia. Onset was 3 month(s) ago. The symptoms occur constantly. He states he noticed his smell and taste dissapearing in March, and it has gradually worsened.

Follow up diagnostic procedure is described as the following:
The patient had CT scan of the sinuses. The diagnostic test was performed on - 5/12/15. Current symptoms include runny nose and sinus problems. CT shows maxillary sinusitis.

**Review of Systems**
**General:** Present- Feeling Sick, Persistent Infections and Seasonal Allergies. Not Present- Appetite Loss, Chills, Excessive Perspiration, Fatigue, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin:** Not Present- Dryness, Itching, Nail Changes, Poor Wound Healing, Rash, Skin Color Changes and Ulcer.
**HEENT:** Present- Eye Pain, Ringing in the Ears and Nasal Congestion. Not Present- Blurred Vision, Double Vision, Decreased Hearing, Ear Discharge, Earache, Nose Bleed, Hoarseness, Sore Throat, Halos Around Lights, Eye Discharge, Vision Loss 1 Eye, Eye Irritation, Vision Loss Both and Light Sensitivity.
**Respiratory:** Present- Wheezing. Not Present- Bloody sputum, Cough, Snoring, Sputum Production and Wakes up from Sleep Wheezing or Short of Breath.
**Cardiovascular:** Not Present- Chest Pain, Difficulty Breathing Lying Down, Difficulty Breathing On Exertion, Leg Cramps, Palpitations, Swelling of Extremities and Bluish Discoloration of Lips Nails.
**Gastrointestinal:** Present- Abdominal Pain. Not Present- Black, Tarry Stool, Bloody Stool, Change in Bowel Habits, Constipation, Diarrhea, Difficulty Swallowing, Gas, Indigestion, Jaundice, Nausea, Vomiting, Vomiting Blood and Excessive Appetite.
**Male Genitourinary:** Not Present- Blood in Urine, Frequency, Incontinence, Painful Urination, Urgency, Urinating at Night, Trouble Starting Urinary Stream, Pelvic Pain, Inability To Empty Bladder and Genital Sores.
**Musculoskeletal:** Present- Joint Pain and Muscle Cramps. Not Present- Back Pain, Joint Stiffness, Joint Swelling, Muscle Pain and Muscle Weakness.
**Neurological:** Present- Headaches and Poor Balance. Not Present- Decreased Memory, Fainting, Incoordination, Numbness, Spinning Sensation, Tingling, Tremor, Weakness In Extremities and Falling Down.
**Psychiatric:** Present- Anxiety and Depression. Not Present- Inability to Concentrate.
**Endocrine:** Not Present- Cold Intolerance, Excessive Thirst, Excessive Urination, Heat Intolerance and Excessive Hunger.
**Hematology:** Not Present- Abnormal Bleeding, Easy Bruising, Enlarged Lymph Nodes, HIV Exposure and Skin Discoloration.

AR 599