## History
### Allergy
No Known Drug Allergies (08/15/2014)
### Past Medical
MOUTH LESION
SMELL AND TASTE DISORDER
EXCESSIVE CERUMEN IN EAR CANAL, BILATERAL
FATIGUE
NASAL POLYPS
CHRONIC SINUSITIS
MEDICATION ONLY
MEDICATION ONLY
### Other Medical History
Severe allergy
Migraine Headache
### Past Surgical
Low Back Disc Surgery
Straighten Nasal Septum
Colon Polyp Removal - Colonoscopy
Gallbladder Surgery laporoscopic
Sinus Surgery (08/21/2014)

### Medications
Bactroban (2% Ointment, 1 (one) Ointment External three times daily, Taken starting 11/21/2014) Active. (USE A PEA SIZE AMOUNT IN NASAL IRRIGATION NEIL MED OTC. IRRIGATE 3 TIMES A DAY.)
NeilMed Sinus Rinse (1 Nasal daily) Active.
Cats Claw ( Oral daily) Specific dose unknown - Active.
Probiotic ( Oral daily) Active.
Vitamin B Complex ( Oral daily) Active.
Vitamin C ( Oral) Specific dose unknown - Active.
Vitamin D ( Oral daily) Specific dose unknown - Active.
### Social
Seat Belt Use always
Sun Exposure occasionally
Illicit drug use none
Tobacco / smoke exposure No
Tobacco use Never smoker: smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.
Alcohol use Never drinks.
Exercise Does other exercise occasionally.
HIV risk factors no
### Family
Cancer
Colon Cancer
Diabetes Mellitus

## Physical Exam
The physical exam findings are as follows:

### General
**Mental Status** - Alert. **General Appearance** - Not in acute distress.

### Head and Neck
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
### Face
**Global Assessment** - Normal.
### Neck
**Global Assessment** - no palpable mass on the right and no palpable mass on the left. No adenopathy or thyromegaly.
### Thyroid
**Gland Characteristics** - normal size and consistency and no palpable nodules.

### Eye
**Eyeball** - **Left** - Extraocular muscles intact. **Bilateral** - Extraocular muscles intact. **Sclera/Conjunctiva** - **Left** - Normal. **Right** - Normal. **Pupil** - **Left** - Direct reaction to light normal, Equal and Round. **Right** - Direct reaction to light normal, Equal and Round.

### ENMT
### Ears
**Pinna** - **Left** - no generalized tenderness observed. **Right** - no generalized tenderness observed. **External Auditory Canal** - **Left** - no bloody discharge noted, no cerumen impaction noted, no edema noted in EAC and no tenderness noted. **Right** - no bloody discharge noted, no edema noted in EAC and no tenderness noted.
**Otoscopic Exam: Tympanic Membrane** - **Left** - Normal. **Right** - Normal.
### Nose and Sinuses
External Inspection of the Nose - symmetric. Inspection of the nares - **Left** - Normal. **Right** - Normal. **Nasal Mucosa** - **Left** - no congestion observed. **Right** - no congestion observed.
**Nasal Septum: Bony Septum** - no perforation noted. **Cartilaginous Septum** - midline.
**Turbinates: Inferior** - **Left** - no hypertrophy and no inflammation noted. **Right** - no hypertrophy and no inflammation noted.
**Frontal Sinuses** - **Left** - no tenderness observed. **Right** - no tenderness observed. **Maxillary Sinuses** - **Left** - no overlying swelling palpable. **Right** - no overlying swelling palpable.
### Mouth and Throat
**Lips: Upper Lip** - normal color, moist, no cracks or lesions. **Lower Lip** - normal color, moist, no cracks or lesions.
**Nasopharynx** - no swelling of pharyngeal mucosa.
**Oral Cavity/Oropharynx: Teeth** - no loose teeth. **Gingiva** - no bleeding observed. **Soft Palate** - no ulcers noted.

**Tongue** - normal. no pallor noted and no white patches present. **Oral Mucosa** - erosive lesions present (buccal mucosa 7 mm ulcer). no discoloration noted. **Oropharynx** - no uvular edema is observed and no edema of posterior pharyngeal walls observed.
**Tonsils: Characteristics** - **Left** - no hypertrophy. **Right** - no hypertrophy.
**Floor of Mouth** - not ulcerated.
**Salivary Glands: Submandibular Glands** - **Left** - no palpable swelling. **Right** - no palpable swelling. **Parotid Glands** - **Left** - normal. **Right** - normal.

**Neurologic**
**Cranial Nerves:**
**VII Facial:** - Normal Bilaterally.
**VIII Acoustic** - **Left** - Hearing normal. **Right** - Hearing normal. **IX Glossopharyngeal / X Vagus** - No impairment of swallowing.
**XII Hypoglossal** - **Left** - Normal. **Right** - Normal.

**Assessment & Plan**
**SMELL AND TASTE DISORDER (781.1)**

**ALLERGIC RHINITIS, SEASONAL (477.9)**

- Started MethylPREDNISolone (Pak) 4MG, 1 (one) Tablet(s) Take as directed on package, 1 Package, 6 days starting 05/27/2015, No Refill.

**CHRONIC LEFT MAXILLARY SINUSITIS (473.0)**
**Today's Impression:** We discussed the risks of endoscopic sinus surgery. Including the risk of bleeding infection orbital damage visual loss and CSF leak. The patient is willing to proceed if he does not recieve enough improvement from Medrol dosepak.

- ENDOSCOPY MAXILLARY SINUS (31267) Routine
- Started Hydrocodone-Acetaminophen 7.5-325MG, 1 (one) Tablet every four - six hours, as needed, #60, 5 days starting 05/27/2015, No Refill.
- Started Cefdinir 300MG, 1 (one) Capsule two times daily, #28, 14 days starting 05/27/2015, No Refill.
- PRE-OPERATIVE INSTRUCTIONS
- POST-OPERATIVE INSTRUCTIONS - ENDOSCOPIC SINUS SURGERY
- Post Op Sinus Instruction RFT

cc:
Cynthia L Romito  MD

Robert L Schuchardt  MD
Robert L Schuchardt  MD

Dictation Notice: *Part of this note is generated using Dragon Voice Recognition Software.  Please excuse if any uncorrected grammatical or typographical error is found.  Thank you.*

AR 601



Sun Life Assurance
Company of Canada
SC 3208
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

July 22, 2015

Mr. Craig Parker
███████████
Olathe KS  66061

Re:     Policy No.        231948-Long Term Disability
        Control No.       091014-05930-00

Dear Mr. Parker:

We are writing to in regards to the current status of your claim for Long Term Disability.

As you are aware we approved your claim for Long Term Disability on March 3, 2015 and we advised at that time benefits are issued on a monthly basis subject to ongoing proof of Total or Partial Disability. Any benefits payable are issued at the end of each month of continued disability.

Since my letter of May 8, 2015 we advised that your claim was suspended as of March 31, 2015.  Since this time we have been gathering medical documentation to determine if Total Disability as defined by the policy is supported beyond this date.  As we understood it there was a Behavioral component to consider in addition to any ongoing Physical component that may be preventing you from returning to your pre-disability function.   To assist us with ongoing proof of loss, we commonly forward periodic attending physician's statements, for information.  We are in receipt of the updated Attending Physicians Statement signed April 21, 2015 by Dr. Brown, Natural path as well as the Behavioral APS signed by Dr. LaClaire and Dr. LaClaires treatment notes received on April 28, 2015.

The Attending Physicians Statement signed by Dr. Brown on 4/21/15; although indicated medium function, he also advised your condition is unchanged and that your physical restrictions and limitation's vary daily which is conducive with a diagnosis of Fibromyalgia and Chronic fatigue.  Dr. Brown originally felt you were likely to improve over a 12-26 week period which it appeared at this time you have with the given opinion of Dr. Brown that you are capable of medium function however we are aware of the Behavioral component that may impact your sustain function and therefore have requested your claim be reviewed by our medical consultant regarding the Behavioral component.

In an effort to confirm your eligibility under the terms and conditions of the policy, we gathered information relevant to your claim and had this documentation reviewed from a medical standpoint.

Our Behavioral review has determined the documentation in the file does not provide support for an incapacitating psychiatric disorder impacting your ability to function including ability to work. Records do not contain sufficient clinical information such as comprehensive mental status exam results or information on limitations in day-to-day functioning to support an incapacitating psychiatric condition. In

fact, mental status exam findings that were provided from your primary care provider are mostly unremarkable.

Unfortunately, based on the current clinical data we are unable to continue support of total disability beyond March 31, 2015. Your Long Term Disability Benefit remained suspended as of March 31, 2015. Conversations and emails from you advised you were having a relapse in your recovery because of continued sinus infections. It was reasonable at this time to continue to attempt to obtain any additional medical records related to your current medical situation. Therefore we requested all medical treatment notes from your treating doctors; Dr. Ellis, Dr. Brown and Dr. Pfuetze. Upon receipt of these records we would evaluate your claim for continued support beyond March 31, 2015 from a physical standpoint.

Dr. Browns records covering office visits from April through May 24, 2015 were received June 1, 2015. Dr. Pfuetze records covering office visits from April through May 13, 2013 were received June 9, 2015and Operative report from Dr. Ellis was received June 24, 2015 and Office treatment notes from Dr. Ellis were received July 9, 2015. I was out of the office when these records came in and I am forwarding your claim to our medical consultant for review.

I must allow time for this review and we will move forward with a determination of any ongoing potential LTD benefits once this review is complete. We will strive to make a determination as soon as possible.

Should you have any questions about your claim, or if we may offer assistance, please feel free to call me at 1-877-260-9778, ext. *303 4964.

Sincerely,

Michelle Doucette

Michelle Doucette
Sr. LTD Benefits Analyst

Memorandum:

To:  Michelle Doucette

From:  Calvin P. Fuhrmann, MD

Date:  July 25, 2015

Re:  Craig Parker

Claim Control #:  091014-05930-00

**Disclaimer:**

It is not possible for me to personally evaluate the claimant.  The opinions expressed in this review are based entirely on the medical records supplied to me.

**Synopsis:**

I have been asked to review the medical records regarding Mr. Parker.  I have previously reviewed the medical records on 2/27/15.  At that time, I expressed an opinion that I felt the claimant's condition would prevent him from carrying out his usual activities.  The specific dates that I am being requested to review are those of recent medical records from Dr. Brown, Dr. Ellis, Dr. Pfuetze, and Dr. Stephen Waller, who is the infectious disease expert to whom the claimant was referred by Dr. Marilyn Rymer.  Dr. Rymer is apparently the claimant's primary care physician of note.

**Referral Questions:**

1.  Does the medical evidence support that the claimant's symptoms and conditions of recurrent sinus infections, food allergies, double vision, sensitivity to medications, muscle fatigue and weakness, GERD, fibromyalgia, and chronic fatigue are resulting in functional impairment beyond 3/31/15?  Please explain.

2.  If the claimant's symptoms and conditions are resulting in functional impairment, what specific restrictions and limitations are supported beyond 3/31/15?

3.  Is the severity of the reported symptoms and their impact on the claimant's reported daily function consistent and credible with the medical evidence beyond 3/31/15?  Please explain.

**Records Reviewed:**

The records consist of a series of outpatient evaluations.  The claimant has undergone extensive sinus surgery.  The follow-up notes indicate significant improvement in the

Craig Parker
July 25, 2015
Page 2 of 4

claimant's chronic sinusitis. The records from Dr. Pfuetze, who is a pulmonologist asked to see the claimant, clearly indicate that he does not believe the claimant has significant pulmonary disease, but what is apparent is the claimant did have evidence of sinusitis. Dr. Brown has been treating the claimant with various medications in an attempt to control symptomatology. The detailed note by Dr. Stephen Waller summarizes the entire medical record up until the time he saw the claimant, at which time he drew a conclusion that the diagnosis of Lyme disease was not supported, that he did not believe the claimant needed a spinal tap, and that he felt the claimant's condition of sinusitis was a factor. He noted specifically that although the claimant indicated that he had memory difficulties, he recounted his history in significant detail and Dr. Waller's evaluation of Mr. Parker at that time did not support a diagnosis of dementia nor did it support a diagnosis of significant cognitive dysfunction. What was noted is that the claimant did have evidence of an abnormal SPECT scan and the explanation for this objective test was not forthcoming. Dr. Waller referred the claimant for neuropsychological testing. These results are not yet available and whether they were obtained is also not clear.

In addition to these records, I have reviewed the D-MAP. Of interest to note is the claimant indicates that his sinus symptoms have returned in spite of the fact that he underwent extensive surgery to remove the causes of the recurrent sinus infections.

Taking into consideration the recently medical records, I will attempt to answer the specific questions posed in your recent correspondence.

1. Does the medical evidence support that the claimant's symptoms and conditions of recurrent sinus infections, food allergies, double vision, sensitivity to medications, muscle fatigue and weakness, GERD, fibromyalgia, and chronic fatigue are resulting in functional impairment beyond 3/31/15? Please explain.

   The claimant was seen and evaluated by Dr. Stephen Waller. Dr. Waller saw the claimant in April 2015, at which time he provided a very detailed analysis of the claimant's clinical findings. It was Dr. Waller's indication in this note that the claimant did not have evidence of Lyme disease, he did not have evidence of infectious meningitis and, in fact, he clearly noted that the claimant's mental status was essentially normal. At that time, the claimant had not undergone sinus surgery yet and he had recommended that the claimant undergo neuropsychological testing, which he indicated in his note he was making arrangements for.

   It is my considered medical opinion that the claimant obviously had shown significant improvement in his overall central nervous system issues with particular attention to his memory and that the other symptoms of muscle fatigue and weakness were not of

Craig Parker
July 25, 2015
Page 3 of 4

the degree that would prevent him from carrying out his usual activities. The fact that the claimant has recently indicated that his sinus symptoms have returned is inconsistent with the most recent examinations carried out by Dr. Ellis, who is the surgeon who performed the sinus surgery and who noted in several follow-up examinations significant improvement in the claimant's overall symptomatology.

Based on the recently received medical records, it is my considered medical opinion that the claimant does not have evidence of chronic Lyme disease, that his overall symptoms have improved from the point of view of his sinuses, and that there is nothing objective at the present time to corroborate his issues regarding cognitive dysfunction or so-called brain fog.

2.  If the claimant's symptoms and conditions are resulting in functional impairment, what specific restrictions and limitations are supported beyond 3/31/15?

The claimant does have chronic sinus disease with evidence of functional abnormalities. The claimant has not been on standard therapy for sinusitis as noted and he is currently being followed by a naturopath with a list of apparently 21-plus medications and supplements that have been provided.

It is my considered medical opinion that at the present time the claimant's condition has stabilized. He has undergone appropriate sinus surgery. He has been seen by an infectious disease specialist and a pulmonologist, and it is apparent that his condition is such that he would be capable of carrying out full-time sedentary activities.

3.  Is the severity of the reported symptoms and their impact on the claimant's reported daily function consistent and credible with the medical evidence beyond 3/31/15? Please explain.

Again I would refer specifically to the detailed analysis and examination carried out by Stephen Waller. Dr. Waller reviewed all of the medical files, did a careful evaluation, and expressed an opinion that Lyme disease was not a factor and that infectious meningitis was not a factor. He also noted the claimant's mental status had improved significantly to the point where he was able to relate in significant detail the various aspects of his past medical history, clearly demonstrating that his mental status was not impaired.

It should be noted that the claimant was referred for neuropsychological testing and when this information is made available, it will shed further light on his condition. However, what is clear, and it is my considered medical opinion, is that the claimant

Craig Parker
July 25, 2015
Page 4 of 4


at the current time is fit for duty.

If you have any questions regarding this review or if you have additional materials that require review, please do not hesitate to contact me directly.



Calvin P. Fuhrmann, MD, FCCP
Board Certified, Internal & Pulmonary Medicine

CPF/dao

Job #29274095

## MED PSYCH REFERRAL

Work Type
  Medical Opinion

| | | |
|---|---|---|
| Claim Control #: | Claim Status: | Claim Type: |
| 091014-05930-00 | End Pay Period | LTD |
| Policy #: | Cert #: | Group Office: |
| 231948 | 514781613 | LOWER MIDWEST |
| Last Name: | First Name: | Claim Office: |
| PARKER | CRAIG | Boston |
| Last Payment Date: | | |
| 31/Mar/2015 | | |
| Start Date: | Due Date: | Priority: |
| 22/Jul/2015 | 22/Jul/2015 | 2 |

| | | | |
|---|---|---|---|
| Created Date: | 22/Jul/2015 | Referred By: | Michelle Doucette |
| Sex: | Male | City: | OLATHE |
| Age at Referral: | | Province/State: | KS |
| Home Phone Num: | (913) 829-9311 | | |
| Job/Occupation Title: | | Job/Occupation On File: | |
| Regularly scheduled work week: | | | |
| Days per week: | | Hours per day: | |

| | | | |
|---|---|---|---|
| Disability Date: | 7/Apr/2014 | Transition Date STD/ECI to LTD: | |
| LTD Change of Def Date: | | Employment Date: | 1/Jan/2000 |

| | |
|---|---|
| Primary Diagnosis: | Cholera |

Secondary Diagnosis:

Attending Physicians Name:
  Specialty:
  Telephone No:
  Ext:
Other Attending Physicians Name:
  Specialty:
  Telephone No:
  Ext:
Other Attending Physicians Name:
  Specialty:
  Telephone No:
  Ext:
Other Attending Physicians Name:
  Specialty:
  Telephone No:
  Ext:

### REASON FOR REFERRAL

Reason for Referral:

Craig Parker

AGE: 53

DOD: 04/07/14

AR 608

OCCUPATION:  Engineering Team Lead (light)

DIAGNOSIS: Chronic Fatigue and Fibromyalgia

Last review Dr. Fuhrmann 2/27/2015
*Which supported claim through 3/31/15

Additional treatment notes for March through June 2015
Dr. Brown
Dr. Ellis
Dr. Pfuetze

Of Note Behavioral component review completed 05/21/15

Questions for Medical Consultants:

1. Does the medical evidence support that the claimant's symptoms and conditions of recurrent sinus infections, food allergies, double vision, sensitivity to medications, muscle fatigue and weakness, GERD, fibromyalgia, and chronic fatigue are resulting in functional impairment beyond March 31, 2015?  Please explain.
2. If the claimant's symptoms and conditions are resulting in functional impairment, what specific restrictions and limitations are supported beyond March 31, 2015?
3. Is the severity of the reported symptoms and their impact on the claimant's reported daily function consistent and credible with the medical evidence beyond March 31, 2015?  Please explain

Special Reply Instructions For Medical Consultant/Support Staff:

---

## MEDICAL CONSULTANT RESPONSE

Response Created Date:          07/27/2015          Created By:          Deborah Dirck

Medical Consultants Comments:

Consulting MD Fuhrmann review received and imported into file. D. Dirck RN 07.27.15

Special Reply Instructions For Medical Consultant/Support Staff:

| **Assigned To:** | **Created:** | **Work Item ID:** |
|---|---|---|
| Michelle Doucette | 22/Jul/2015 | 12446643 |

## TEAM LEAD/MANAGER REFERRAL

Work Type
 Team Lead / Manager Referral

| | | |
|---|---|---|
| Claim Control #: | Claim Status: | Claim Type: |
| 091014-05930-00 | End Pay Period | LTD |
| Policy #: | Cert #: | Group Office: |
| 231948 | 514781613 | LOWER MIDWEST |
| Last Name: | First Name: | Claim Office: |
| PARKER | CRAIG | Boston |
| Last Payment Date: | | |
| 31/Mar/2015 | | |
| Start Date: | Due Date: | Priority: |
| 29/Jul/2015 | 29/Jul/2015 | 3 |

REFERRAL

__ Complaint received dated:                     From

__ See Second Appeal Dated:

and Medical Opinion Dated:

__ See correspondence dated:                     From

__ Cheque over authority level:

_X_ See File Summary/D-MAP:

    __ Handle Approval

    __ Provide Recommendation

__ See Comments

PLAN: The medical review to evaluate TD beyond 3/31/15 is complete.  It is opinion that at the present time the claimant's condition has stabilized.  He has undergone appropriate sinus surgery.  He has been seen by an infectious disease specialist and a pulmonologist, and it is apparent that his condition is such that he would be capable of carrying out full-time sedentary activities. It is also noted the claimant's mental status had improved significantly to the point where he was able to relate in significant detail the various aspects of his past medical history, clearly demonstrating that his mental status was not impaired, and it has been Clarified by Mr. Parker that there was no Neuro Psych. Testing done and the notes from Dr. LaClair are all that is available which have been review and commented on by our Behavioral Health consultant.  There were no restrictions or limitations that could be identified that would prevent Mr. Parker from doing the material and substantial duties of his own occupation and therefore, it is opinion that the claimant at the current time is "fit for duty. "  Will close CHESS denial of benefits beyond 3/31/15, EE is not TD from Own Occ, send letter of explanation of denial

RESPONSE

Team Leader/Manager Response:

    _X_ Agree with action plan

    _X_ See Comments/Recommendations

_X_ See Comments

Received Manager referral for Denial of Ongoing LTD Benefits due to EE no longer being disabled from Own Occupation.

I reviewed claim in regards to recommending Denial.

The following is noted:

• Date of Disability: 04/07/14.
• LTD First Payment Date:  07/15/14.
• Approval Date:  03/02/15.
• Last payment date:  03/31/15.
• Policy delivered/Situs:  K.S.
• State of residence:  K.S.

• ET Variation:  None.
• SSDI:  TBD.

Please see Manager referral response for IL/Liability Det. dated 03/02/15.

Claim paid through 03/31/15 while updated Med. Info. was rec'd & reviewed.

It is noted that OA was completed and imported to claim file on 02/10/15; EE's Own Occ. is classified as Light.

As noted in the previous Manager referral response of 03/02/15 for IL/Liability Det, Medical Rvw by R.N. and consulting M.D. have taken place.  M.D. opined, in part, that the Dx of Fibro. & CFS are supported. In regards to R&L's, M.D. opined, that the EE would be able to function in his usual capacity provided EE was given period of time to rest and this might translate into part-time employment.

Since last medical review by consulting MD (dated 02/27/15), we have req'd & rec'd updated medical info.

Claim was reviewed by Psychl Consultant on 05/14/15.  Review concluded that Doc. on file does not provide support for an IPD; records do not contain sufficient clinical info..

Updated Med rvw. re. EE's Physical Cx, was completed on 07/25/15 by same MD who completed review on 02/27/15.  MD opined that EE has shown sig improvement in his overall CNS issues with particular attention to memory and other Sx of muscle fatigue and weakness were not of the degree that would prevent him from carrying out his usual activities.  Based upon updated MR's, MD opined that EE does not have evidence of Lyme disease and that his overall Sx have improved from the point of view of EE's sinuses, and that there is nothing objective at the present time to corroborate EE's issues regarding Cog. dys/brain fog.

Consulting MD opined that EE's condition has stabilized, and that it is clear that "at the current time is fit for duty."

Consulting MD referenced that Neuropsychologial evaluation.  EE has verbally confirmed that he has not undergone said evaluation/testing.

It is noted the prior the updated consulting MD review of 07/25/15, an Alternative Resolution was offered to EE; to which EE declined.

Therefore, based upon the above referenced medical review of 01/05/2015, it appears that EE would no longer be precluded from performing the Material and Substantial Duties of his Own Occupation as of 03/31/15; the current last payment date.

Based upon information in file, additional GLTD benefits beyond 03/31/15 are not payable.

I am in agreement with action plan.

Recommendations:

• Place TPC to EE to advise of Claim Det & discuss available next steps for him i.e. appeal
• Mail out claim Denial LTR to EE to include all applicable policy Def & Prov. Provide EE with Claim Hx and the reviews that took place, Occ, medical and psych. reviews.  Include standard Appeals/Denial Language.  No State required Denial Language/Appeals Text is needed.
• Please send redacted claim denial LTR to ER (per NASI) .
• Proceed with claim Denial determination – 46 Not Disabled Own Occ. as of 03/31/15.

Happy to discuss.

Thank you,

David D. Cairns
30 July 2015

| **Assigned To:** | **Created:** | **Work Item ID:** |
|---|---|---|
| Michelle Doucette | 29/Jul/2015 | 12484297 |



Sun Life Assurance
Company of Canada
SC 3208
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

1-877-260-9778

July 30, 2015

Garmin International Inc.
Attn: Sally McEntarfer
1200 E 151 Street
Olathe KS  66062

Re:    Claimant:         Mr. Craig Parker
       Policy No.:       231948-GD-Long Term Disability (LTD)
       Claim No.:        091014-05930-00

Dear Ms. McEntarfer:

This is to inform you that we have denied Mr. Parker's Long Term Disability claim.  After reviewing all information in the file, we have determined Mr. Parker's condition did not continue to meet the policy definition of  Total Disability.  A detailed letter has been mailed to Mr. Parker explaining our reason for the denial.  We are not able to provide a copy of this letter to you because of confidentiality reasons.

Also, we have advised Mr. Parker of his right to appeal our decision within 180 days of receipt of our letter.  If you wish to obtain a copy of the letter, you may contact Mr. Parker directly.  Should you have any other questions, or if we may be of any assistance, please feel free to call me at 1-877-260-9778 ext. 303 4964.

Sincerely,

Michelle Doucette

Michelle Doucette
Sr. LTD Benefit Analyst

AR 612



**Sun Life Assurance**
**Company of Canada**
**SC3208**
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

Michelle Doucette
Benefits Analyst

Tele: (877) 260-9778, ext 8252
Fax: 781-304-5537

July 30, 2015

Mr. Craig Parker

███████████

Olathe KS  66061

Re:     Policy No.     231948-Long Term Disability
          Control No.     091014-05930-00

Dear Mr. Parker:

We are writing to you in regard to your claim for Long Term Disability (LTD) benefits.  We have completed our review of your claim and regret to inform you do not continue to qualify for benefits beyond March 31, 2015 for Totally Disabled under the terms of the Group Policy No.231948.  This letter is intended to explain the reason for our determination.

In order to be eligible for LTD benefits, under Group Policy No. 231948 issued to Garmin International Incorporated, covered employees must satisfy the policy's associated Elimination Period and meet all contractual provisions including the following definition of disability:

"**Total Disability or Totally Disabled** means during the Elimination Period and the next 24 months, the Employee, because of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation. After Total or Partial Disability benefits combined have been paid for 24 months, the Employee will continue to be Totally Disabled if he is unable to perform with reasonable continuity any Gainful Occupation for which he is or becomes reasonably qualified for by education, training or experience.

The loss of a professional or occupational license or the inability to obtain or qualify for a license for any reason does not, in itself, constitute Total Disability.

To qualify for benefits, the Employee must satisfy the Elimination Period with the required number of days of Total Disability, Partial Disability or a combination of days of Total and Partial Disability."

"**Material and Substantial Duties** means, but is not limited to, the essential tasks, functions, skills or responsibilities required by employers for the performance of the Employee's Own Occupation. Material and Substantial Duties does not include any tasks, functions, skills or responsibilities that could be reasonably modified or omitted from the Employee's Own Occupation."

"**Own Occupation** means the usual and customary employment, business, trade, profession or vocation

AR 613

July 30, 2015
Craig Parker
Page 2 of 7

that the Employee performed as it is generally recognized in the national economy immediately prior to the first date Total or Partial Disability began. Own Occupation is not limited to the job or position the Employee performed for the Employer or performed at any specific location."

**"Elimination Period**

90 days or the end of the Employee's Short Term Disability Maximum Benefit Period, whichever is later

**"Elimination Period** means a period of continuous days of Total or Partial Disability for which no LTD Benefit is payable. The Elimination Period is shown in Section I, Schedule of Benefits and begins on the first day of Total or Partial Disability.

If the Employee returns to work for 15 working days or less during the Elimination Period and cannot continue working, the Total or Partial Disability will be treated as continuous. However, only those days that the Employee is Totally or Partially Disabled will count toward satisfying the Elimination Period."

**Gainful Occupation** means employment that is or can be expected to provide an Employee with an income of at least 60% of his Indexed Total Monthly Earnings.

**<u>Claim History</u>**

We were notified of your claim for Long Term Disability benefits on October 10, 2014  documentation was gathered which enabled us to approve your claim under the terms of the contract as meeting the definition of totally disabled from your own occupation.  Benefits were paid through March 31, 2015.

We approved your claim for Long Term Disability on March 3, 2015 and we advised at that time benefits are issued on a monthly basis subject to ongoing proof of Total or Partial Disability. Any benefits payable are issued at the end of each month of continued disability.

To assist us with ongoing proof of loss, we commonly forward periodic attending physician's statements (APS), for information.  We received an updated Attending Physicians Statement signed April 21, 2015 by Dr. Brown, Natural path as well as the Behavioral APS signed by Dr. LaClaire and Dr. LaClaires treatment notes were received on April 28, 2015.

The Attending Physicians Statement signed by Dr. Brown on 4/21/15; although indicated medium function, he also advised your condition is unchanged and that your physical restrictions and limitation's vary daily which is conducive with a diagnosis of Fibromyalgia and Chronic fatigue.   Dr. Brown originally felt you were likely to improve over a 12-26 week period which it appears you have with the given opinion of Dr. Brown that you are capable of medium function however we are aware of the Behavioral component that may impact your sustain function and therefore we requested your claim be reviewed by our medical consultant regarding the Behavioral component.

Our Behavioral review determined the documentation in the file did not provide support for an incapacitating psychiatric disorder impacting your ability to function including ability to work. These records do not contain sufficient clinical information such as comprehensive mental status exam results or information on limitations in day-to-day functioning to support an incapacitating psychiatric condition.

July 30, 2015
Craig Parker
Page 3 of 7

In fact, mental status exam findings that were provided from your primary care provider are mostly unremarkable.

Conversations and emails from you advised you were having a relapse in your recovery because of continued sinus infections. It was reasonable to continue attempts to obtain any additional medical records related to your current medical situation, however your claim remained suspended and paid through March 31, 2015.

In an effort to confirm your eligibility under the terms and conditions of the policy, we gathered information relevant to your claim and had this documentation reviewed which has been described below.

## Occupational Analysis

Your file was reviewed by our vocational department for comment on the physical demands/requirements of your job duties.  This review determined that your occupation titled Design Engineer Team Leader, and utilizing the Economic Research Institute (ERI) Occupational Assessor, the your occupation most closely corresponds to Design Engineering Supervisor (SVP 8), e/DOT# 019.137-042 (see description below).

Your occupation typically exists in the national economy, according to ERI, at a Light exertion level –Exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently, and/or a negligible amount of force constantly to move objects.  Physical demand requirements are in excess of those for Sedentary Work.  Sitting is required frequently and standing and walking are is required occasionally.

## Medical Review

We requested Dr. Brown's records which covered office visits from April through May 24, 2015 and were received June 1, 2015. Dr. Pfuetze records covering office visits from April through May 13, 2013 were received June 9, 2015and an Operative report from Dr. Ellis was received June 24, 2015 however the Office treatment notes from Dr. Ellis were received July 9, 2015.  This information was reviewed by our clinical department. The following questions were posed:

"Synopsis:

I have been asked to review the medical records regarding Mr. Parker.  I have previously reviewed the medical records on 2/27/15.  At that time, I expressed an opinion that I felt the claimant's condition would prevent him from carrying out his usual activities.  The specific dates that I am being requested to review are those of recent medical records from Dr. Brown, Dr. Ellis, Dr. Pfuetze, and Dr. Stephen Waller, who is the infectious disease expert to whom the claimant was referred by Dr. Marilyn Rymer. Dr. Rymer is apparently the claimant's primary care physician of note. "

Questions Posed:

"1. Does the medical evidence support that the claimant's symptoms and conditions of recurrent sinus infections, food allergies, double vision, sensitivity to medications, muscle fatigue and weakness, GERD,

July 30, 2015
Craig Parker
Page 4 of 7

fibromyalgia, and chronic fatigue are resulting in functional impairment beyond 3/31/15? Please explain.

"The claimant was seen and evaluated by Dr. Stephen Waller. Dr. Waller saw the claimant in April 2015, at which time he provided a very detailed analysis of the claimant's clinical findings. It was Dr. Waller's indication in this note that the claimant did not have evidence of Lyme disease, he did not have evidence of infectious meningitis and, in fact, he clearly noted that the claimant's mental status was essentially normal. At that time, the claimant had not undergone sinus surgery yet and he had recommended that the claimant undergo neuropsychological testing, which he indicated in his note he was making arrangements for.

It is my considered medical opinion that the claimant obviously had shown significant improvement in his overall central nervous system issues with particular attention to his memory and that the other symptoms of muscle fatigue and weakness were not of the degree that would prevent him from carrying out his usual activities. The fact that the claimant has recently indicated that his sinus symptoms have returned is inconsistent with the most recent examinations carried out by Dr. Ellis, who is the surgeon who performed the sinus surgery and who noted in several follow-up examinations significant improvement in the claimant's overall symptomatology.

Based on the recently received medical records, it is my considered medical opinion that the claimant does not have evidence of chronic Lyme disease, that his overall symptoms have improved from the point of view of his sinuses, and that there is nothing objective at the present time to corroborate his issues regarding cognitive dysfunction or so-called brain fog."

2.If the claimant's symptoms and conditions are resulting in functional impairment, what specific restrictions and limitations are supported beyond 3/31/15?

"The claimant does have chronic sinus disease with evidence of functional abnormalities. The claimant has not been on standard therapy for sinusitis as noted and he is currently being followed by a naturopath with a list of apparently 21-plus medications and supplements that have been provided.

It is my considered medical opinion that at the present time the claimant's condition has stabilized. He has undergone appropriate sinus surgery. He has been seen by an infectious disease specialist and a pulmonologist, and it is apparent that his condition is such that he would be capable of carrying out full-time sedentary activities."

3.Is the severity of the reported symptoms and their impact on the claimant's reported daily function consistent and credible with the medical evidence beyond 3/31/15? Please explain.

"Again I would refer specifically to the detailed analysis and examination carried out by Stephen Waller. Dr. Waller reviewed all of the medical files, did a careful evaluation, and expressed an opinion that Lyme disease was not a factor and that infectious meningitis was not a factor. He also noted the claimant's mental status had improved significantly to the point where he was able to relate in significant detail the various aspects of his past medical history, clearly demonstrating that his mental status was not impaired.

It should be noted that the claimant was referred for neuropsychological testing and when this information is made available, it will shed further light on his condition. However, what is clear, and it is my considered medical opinion, is that the claimant at the current time is fit for duty. ""

July 30, 2015
Craig Parker
Page 5 of 7

In addition to the Physical medical review we did evaluate your medical from a Behavioral Health standpoint. The following is the result of our Clinical Consultants review:

"The claimant is a 53 year old Engineering Team Lead who is claiming disability as of 4/5/14 due to Chronic Fatigue and Fibromyalgia. The APS dated 4/18/15 from Dr. LaClaire reflects he is diagnosed with Dysthymic Disorder (300.4) and Adjustment Disorder with Anxiety (309.4)."

"The claimant is engaged in treatment with a Naturopathic Doctor for his Chronic Fatigue and Fibromyalgia. Treatment notes from Dr. Brown indicate the claimant is unable to tolerate psychotropic medications and is experiencing depression, fatigue, and brain fog. In the letter dated 1/11/15 from Dr. Brown he indicated the claimant's illness has created cognitive processing issues, depression, and severe anxiety. Dr. Brown indicated that the claimant has been referred to Dr. LeClaire for psychotherapy to help with his anxiety and depression."

Questions Posed:
"1. Does the documentation in the file provide support for an incapacitating psychiatric disorder (IPD) impacting the Insured's ability to function including ability to work?

"Documentation in the file does not provide support for an incapacitating psychiatric disorder impacting the claimant's ability to function including ability to work. Records do not contain sufficient clinical information such as comprehensive mental status exam results or information on limitations in day-to-day functioning to support an incapacitating psychiatric condition. In fact, mental status exam findings that were provided from his primary care provider are mostly unremarkable. "

2. Is treatment appropriate for and consistent with an incapacitating psychiatric condition?

"Someone with an incapacitating psychiatric condition would be expected to be engaged in intensive psychotherapy and medication management with a specialist in psychiatric care. Although the claimant is engaged in psychotherapy, he is not engaged in medication management. Of note, the onset of treatment with a therapist, following his last day of work is not necessarily reflective of someone with an incapacitating psychiatric condition."

3. Recommendations for frequency of updates?

"Not applicable."

4. Please provide any additional comments and recommendations as appropriate.

"There are no additional comments or recommendations at this time."'

It is our understanding from you that the neuropsychological testing that had been recommended has not been completed and we have a complete record of your treatment regarding Behavioral Health.

**Termination of Long Term Disability Benefits**
Total or Partial Disability Benefits will cease on the earliest of:
"1. the date the Employee is no longer Totally or Partially Disabled."

July 30, 2015
Craig Parker
Page 6 of 7

## Decision

We have determined that you are not eligible for Long Term Disability benefits under the terms and conditions of Group Policy No. 231948 issued to Garmin International Incorporated.  In conclusion it is our medical staff's opinion that you have the ability to perform a sedentary level of activity on a sustained basis throughout the day and that based on the current clinical notes the medical documentation does not provide any objective evidence to support any restrictions or limitations from performing the material and substantial duties of your own occupation.

We have determined that you have not satisfied the definition of Total Disability, as defined, to be eligible for continued Long Term Disability benefit consideration and we are formally denying your claim at this time. Benefits have been paid through March 31, 2015 and benefits beyond this date are denied.

## Appeal Rights

If you disagree with any part of our decision, you may request in writing a review of the denial within 180 days after receiving this notice of denial.

You may submit written comments, documents, records or other information relating to your claim for benefits, and may request free of charge copies of all documents, records, and other information relevant to your claim for benefits.

We will review your claim on receipt of the written request for review, and will notify you of our decision within a reasonable period of time but not later than 45 days after the request has been received. If an extension of time is required to process the claim, we will notify you in writing of the special circumstances requiring the extension and the date by which we expect to make a determination on review.  The extension cannot exceed a period of 45 days from the end of the initial review period.

If a period of time is extended because we did not receive information necessary to decide your claim, the period for making the decision on review is tolled from the date we send notice of the extension to you until the date on which you respond to the request for additional information.  You will have 45 days to provide the specified information.

You may have the right to bring a civil action under the Employee Retirement Income Security Act of 1974 (ERISA), §502(a) following an adverse determination on review.

Your request for a review should be addressed to:

> Sun Life Financial
> Appeals Unit
> PO Box 81601
> Wellesley Hills, MA  02481-0006

Should you have any questions, do not hesitate to contact me at 1-877-260-9778 ext.303 4964.

July 30, 2015
Craig Parker
Page 7 of 7

Sincerely,

Michelle Doucette
Sr. LTD Benefits Analyst

AR 619

# FAX TRANSMISSION

**LAW OFFICE OF
TERESA M. MEAGHER**
14 Corporate Woods
8717 W. 110th St., Suite 440
Overland Park, Kansas  66210
(913) 649-1747
(913) 649-7751 (FAX)

| TO: Sun Life Financial<br>Attn: Appeals Unit | FAX: (781) 304-5537 |
|---|---|

**From:**  Teresa M. Meagher              **Date:  10/1/15**

**Pages: 5**

**Subject:  Carig Parker; Policy # 231948; Control # 091014-05930-00**

**MESSAGE: See letter requesting appeal and copy of claim file.**

**Hard Copy:**    ☒  **will follow**        ☐  **will not follow**

CONFIDENTIALITY NOTICE: The information contained in this facsimile message may be protected by the attorney-client and/or the attorney-work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient, or his or her agent, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone to arrange for return of the forwarded documents to us. Thank you.

AR 620

# Law Office of

## Teresa M. Meagher

October 1, 2015

**Via: Facsimile (781-304-5537) and U.S. Mail**
Sun Life Financial
Appeals Unit
P.O. Box 81601
Wellesley Hills, MA 02481-0006

> **Re: Craig Parker**
> **LTD benefits**
> **Policy Number: 231948**
> **Control Number: 091014-05930-00**

Dear Sir or Madam:

I am writing to advise that I represent Mr. Craig Parker and, on his behalf, am requesting an appeal of the July 30, 2015 termination of his Long Term Disability (LTD) benefits under his policy with Sun Life Financial.

At this time I am requesting that you provide me with a complete copy of all documents, records, or other information relevant to the denial of benefit determination in this case. I am also requesting a copy of the group policy or plan relevant to this claim. Please note I am requesting a copy of the actual plan or policy, not an employee summary. In addition, I am asking you to provide a copy of any internal rule, guideline, protocol or similar criterion (if any) relied upon in making your determination to deny coverage, including, but not limited to internal guidelines specifically applicable to Mr. Parker's impairments.

Within 45 days of receiving the requested documents I will submit additional evidence and argument in support of this appeal, so I am asking you to kindly delay your review of the appeal until I have been able to provide additional information. For your files I have enclosed a signed and dated authorization for release of this information. I have also enclosed a copy of my fee agreement with Mr. Parker. Thank you in advance for your prompt consideration of this matter.

Sincerely,

14 Corporate Woods
8717 West 110th Street, Suite 440
Overland Park, Kansas 66210
913 649-1747  •  Fax 913 649-7751
www.teresameagherlaw.com  •  tmameagher@gmail.com

AR 621

Letter to Sun Life Financial
Re: Craig Parker
October 1, 2015

LAW OFFICE OF TERESA M. MEAGHER

Teresa M. Meagher
Enclosures
cc: Mr. Craig Parker

AR 622

## LAW OFFICE OF TERESA M. MEAGHER
### RETAINER AGREEMENT
### ADMINISTRATIVE APPEAL

I HEREBY EMPLOY AND APPOINT Teresa M. Meagher of the law firm LAW OFFICE OF TERESA M. MEAGHER, as my attorney to represent me in the administrative appeal of the denial of my Long Term Disability benefits claim by Sun Life Financial/Sun Life Assurance Company of Canada. I further agree to pay to Teresa M. Meagher, as compensation for her services, and hereby assign to her, thirty percent (30%) of any sum obtained or recovered by settlement.

I hereby authorize Teresa M. Meagher to incur reasonable expenses in connection with this case. In computing the percentage contingent fee that I agree to pay to Teresa M. Meagher, I understand that any and all costs advanced by Teresa M. Meagher will be first deducted from the amount recovered and the percentage contingent fee will be computed upon the net balance after deduction of costs which were advanced.

I acknowledge receiving a copy of this agreement.

**It is expressly understood that should there be no recovery, there will be no attorney's fees and that this agreement is contingent.**

SIGNED this _9th_ day of _September_, 2015.

_Craig B. Parker_
Craig B. Parker

**LAW OFFICE OF TERESA M. MEAGHER**

_Teresa M. Meagher_
Teresa M. Meagher
14 Corporate Woods
8717 W. 110th St., Suite 440
Overland Park, KS 66210

Upon application by the client, all fee contracts shall be subject to review and approval by the appropriate court having jurisdiction of the matter and the court shall have the authority to determine whether the contract is reasonable. If the court finds the contract is not reasonable, it shall set and allow a reasonable fee.

## AUTHORIZATION TO RELEASE INFORMATION

I, Craig B. Parker (DOB: ███/61) of ████████████,

Olathe, Kansas, hereby authorize:

## Sun Life Assurance Company of Canada

to provide the Law Office of Teresa M. Meagher, 14 Corporate
Woods, 8717 W. 110th St., Suite 440, Overland Park, Kansas 66210,
any and all information and/or records regarding me as requested
by said office.

_____
Craig B. Parker

Dated: _____9/9/15_____

AR 624

# Law Office of

## Teresa M. Meagher

October 1, 2015

**Via: Facsimile (781-304-5537) and U.S. Mail**
Sun Life Financial
Appeals Unit
P.O. Box 81601
Wellesley Hills, MA 02481-0006

> *Re: Craig Parker*
> *LTD benefits*
> *Policy Number: 231948*
> *Control Number: 091014-05930-00*

Dear Sir or Madam:

I am writing to advise that I represent Mr. Craig Parker and, on his behalf, am requesting an appeal of the July 30, 2015 termination of his Long Term Disability (LTD) benefits under his policy with Sun Life Financial.

At this time I am requesting that you provide me with a complete copy of all documents, records, or other information relevant to the denial of benefit determination in this case. I am also requesting a copy of the group policy or plan relevant to this claim. Please note I am requesting a copy of the actual plan or policy, not an employee summary. In addition, I am asking you to provide a copy of any internal rule, guideline, protocol or similar criterion (if any) relied upon in making your determination to deny coverage, including, but not limited to internal guidelines specifically applicable to Mr. Parker's impairments.

Within 45 days of receiving the requested documents I will submit additional evidence and argument in support of this appeal, so I am asking you to kindly delay your review of the appeal until I have been able to provide additional information. For your files I have enclosed a signed and dated authorization for release of this information. I have also enclosed a copy of my fee agreement with Mr. Parker. Thank you in advance for your prompt consideration of this matter.

Sincerely,

---

14 Corporate Woods
8717 West 110th Street, Suite 440
Overland Park, Kansas 66210
913 649-1747 • Fax 913 649-7751
www.teresameagherlaw.com • tmameagher@gmail.com

AR 625

Letter to Sun Life Financial
Re: Craig Parker
October 1, 2015

LAW OFFICE OF TERESA M. MEAGHER

Teresa M. Meagher
Enclosures
cc: Mr. Craig Parker

2 | Page

AR 626

## AUTHORIZATION TO RELEASE INFORMATION

I, Craig B. Parker (DOB: █████/61) of ████████████,

Olathe, Kansas, hereby authorize:

### Sun Life Assurance Company of Canada

to provide the Law Office of Teresa M. Meagher, 14 Corporate

Woods, 8717 W. 110th St., Suite 440, Overland Park, Kansas 66210,

any and all information and/or records regarding me as requested

by said office.

_____
Craig B. Parker

Dated: ___8/·9/15_____

## LAW OFFICE OF TERESA M. MEAGHER
### RETAINER AGREEMENT
### ADMINISTRATIVE APPEAL

I HEREBY EMPLOY AND APPOINT Teresa M. Meagher of the law firm LAW OFFICE OF TERESA M. MEAGHER, as my attorney to represent me in the administrative appeal of the denial of my Long Term Disability benefits claim by Sun Life Financial/Sun Life Assurance Company of Canada. I further agree to pay to Teresa M. Meagher, as compensation for her services, and hereby assign to her, thirty percent (30%) of any sum obtained or recovered by settlement.

I hereby authorize Teresa M. Meagher to incur reasonable expenses in connection with this case. In computing the percentage contingent fee that I agree to pay to Teresa M. Meagher, I understand that any and all costs advanced by Teresa M. Meagher will be first deducted from the amount recovered and the percentage contingent fee will be computed upon the net balance after deduction of costs which were advanced.

I acknowledge receiving a copy of this agreement.

**It is expressly understood that should there be no recovery, there will be no attorney's fees and that this agreement is contingent.**

SIGNED this 9Th day of September, 2015.

_____
Craig B. Parker

**LAW OFFICE OF TERESA M. MEAGHER**

_____
Teresa M. Meagher
14 Corporate Woods
8717 W. 110th St., Suite 440
Overland Park, KS 66210

Upon application by the client, all fee contracts shall be subject to review and approval by the appropriate court having jurisdiction of the matter and the court shall have the authority to determine whether the contract is reasonable. If the court finds the contract is not reasonable, it shall set and allow a reasonable fee.



Sun Life Assurance
Company of Canada
SC 4328
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

1-800-247-6875
Fax: 1-781-304-5537

October 12, 2015

The Law Offices of Teresa M. Meagher
14 Corporate Woods
8717 W. 110th St., Suite 440
Overland Park, KS 66210

Re:    Policy No.:    231948 - Group Long Term Disability
       Claim No.:     091014-05930-00
       Client:              Craig Parker

Dear Attorney Meagher:

Your letter of representation and letter of appeal dated October 1, 2015, was received by Sun Life Assurance Company on October 1, 2015. In your letter you have requested a copy of the administrative record and certain other materials. While some of your requests are overly broad, we are providing you with the relevant documents, in accordance with 29 C.F.R. 2560.503-1(m)(8).

Information that was submitted by, or obtained on behalf of, Mr. Parker and considered by Sun Life Assurance Company in evaluating his claim is contained in the administrative record. A complete copy of the administrative record is enclosed for your reference. The administrative record provides a detailed chronology of the claim-handling and evaluation, including the identities of the individuals involved in the handling of Mr. Parker's claim.

You have requested us to provide you with documents in the possession of third party vendors, along with documents from departments other than the claim department, and training materials. To the extent that the requested documents were submitted by, or obtained on behalf of, Mr. Parker's claim, and considered by Sun Life in evaluating his claim, such documents are included in the administrative record.

A copy of the disability policy that was approved and issued in Kansas is included in the administrative record, enclosed herewith. You should contact Mr. Parker's employer, Garmin International, Inc., directly for a copy of any additional Plan documents.

We trust the information that has been provided is an adequate response to your requests.

The initial 45-day review period is due to expire on November 14, 2015. We note that additional information is forthcoming from you as indicated in your letter of representation/appeal. Therefore, the appeal review is being tolled from today, October 12, 2015, until we receive the additional

AR 629

documentation, or confirmation that such information is not available.

Please ensure that this information is submitted within the next 45 days. Upon receipt of this information, we will resume our review.

If you have any questions or concerns, please feel free to contact me directly at 781-446-1203.

Sincerely,

Jillian Croteau
Sr. Benefit Consultant
Appeals & Resolutions
Group LTD-SC 7190

## US APPEAL REFERRAL

Work Type
Appeal Referral

| Claim Control #: | Claim Status: | Claim Type: |
|---|---|---|
| 091014-05930-00 | Terminated | LTD |
| Policy #: | Cert #: | Group Office: |
| 231948 | 514781613 | LOWER MIDWEST |
| Last Name: | First Name: | Claim Office: |
| PARKER | CRAIG | Boston |
| Last Payment Date: | | |
| 31/Mar/2015 | | |
| Start Date: | Due Date: | Priority: |
| 1/Oct/2015 | 2/Oct/2015 | 1 |

### APPEAL SUMMARY

| _X_ Denial Date: | 30/Jul/2015 |
|---|---|
| _X_ Reason For Denial: | Not Totally Disabled |
| _X_ Letter of Appeal Rec'd dated: | 1/Oct/2015 |
| From | Attorney |

Appeal Summary:

Date appeal received –October 1, 2015
Copy of file requested, -This is part of the appeal request
Information received with the request, yes
Why initially denied Contractual –did not meet the definition of Totally Disabled
Who denied it –Michelle Doucette
Period paid if applicable and/or if ROR payment applied- 07/15/14 through March 31, 2015
Is this an own occupation or any occupation period- this is own occ period
Extended occupation yes or no -No
Occupational Analysis done, if yes when –Yes 02/10/15
LMS/TSA done, if yes when -No

### APPEAL RESPONSE

Appeal Response if Required:

| **Assigned To:** | **Created:** | **Work Item ID:** |
|---|---|---|
| Jillian Croteau | 1/Oct/2015 | 12810919 |



Sun Life Assurance
Company of Canada
SC 4328
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

1-800-247-6875
Fax: 1-781-304-5537

January 28, 2016

The Law Offices of Teresa M. Meagher
14 Corporate Woods
8717 W. 110th St., Suite 440
Overland Park, KS 66210

Re:    Policy No.:    231948 - Group Long Term Disability
       Claim No.:     091014-05930-00
       Client:             Craig Parker

Dear Attorney Meagher:

This letter concerns the status of Mr. Parker's Long Term Disability appeal.

Mr. Parker's claim for Long Term Disability was denied on July 30, 2015. The 180-day period to file an appeal expired on January 26, 2016. Therefore, we request that you submit any additional documentation to be considered during the review within 30 days or by February 29, 2016. As of March 1, 2016, Sun Life will proceed with a full and fair review of the entire claim file based on the documentation in the file at that time.

If you have any questions or concerns please contact me at 781-446-1203.

Sincerely,

Jillian Croteau

Jillian Croteau
Sr. Benefit Consultant
Appeals & Resolutions
SC 7190

AR 632

# FAX TRANSMISSION

### LAW OFFICE OF
### TERESA M. MEAGHER
14 Corporate Woods
8717 W. 110th St., Suite 440
Overland Park, Kansas  66210
(913) 649-1747
(913) 649-7751 (FAX)

| | |
|---|---|
| **TO: Sun Life Financial**<br>**Attn: Jillian Croteau, Sr. Benefit Consultant** | **FAX: (781) 304-5537** |

From:  Teresa M. Meagher                    Date:  2/10/16

Pages: 6

Subject:  Craig Parker; Policy # 231948

MESSAGE: I am faxing you a copy of the cover letter that accompanied the new medical evidence -too much to fax- I mailed to you in support of the appeal for Mr. Parker.

Hard Copy:    ☒ will follow          ☐ will not follow

CONFIDENTIALITY NOTICE: The information contained in this facsimile message may be protected by the attorney-client and/or the attorney-work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient, or his or her agent, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone to arrange for return of the forwarded documents to us. Thank you.

AR 633

# Law Office of

## Teresa M. Meagher

February 1, 2016

**Via: Facsimile (781-304-5537) and U.S. Mail**
Sun Life Financial
Appeals Unit
P.O. Box 81601
Wellesley Hills, MA 02481-0006
**Attn: Ms. Jillian Croteau
      Sr. Benefit Consultant**

> *Re: Craig Parker
>     LTD benefits
>     Policy Number: 231948
>     Control Number: 091014-05930-00*

Dear Ms. Croteau:

I am writing in regard to the above-referenced insured, Mr. Craig Parker, whose claim for continued LTD benefits was denied by letter dated July 30, 2015. In my letter of October 1, 2015, I informed you that Mr. Parker was appealing the decision to terminate his benefits as of March 31, 2015; with this letter I am presenting arguments in support of his position.

With this letter I have enclosed the following medical evidence for your consideration:

> - Steven F. Ellis, M.D., office notes dated 7/7-7/28/15
> - Stephen Waller, M.D., progress notes dated 8/19/15
> - Andrew Green, M.D., office notes dated 9/28-10/12/15
> - Bruce L. Pfuetze, M.D., office notes dated 4/30-10/29/15
> - Selina Gierer, D.O., office notes, dated 12/22/15
> - Michael Brown, N.D., office notes dated 5/7-11/3/15
> - Neuropsychology Clinic Report dated 11/9/15
> - LabCorp blood test dated 12/31/14, showing positive reaction to Rocky Mountain Spotted Fever and genetic susceptibility to Lyme/mold.
> - IGeneX Lyme blood test dated 12/3/14.
> - RTL Mold test dated 12/17/14

In addition, I am enclosing four medical opinions/evidence from the following specialists:

---

14 Corporate Woods
8717 West 110th Street, Suite 440
Overland Park, Kansas 66210
913 649-1747 • Fax 913 649-7751
www.teresameagherlaw.com • tmameagher@gmail.com

Letter to Sun Life Financial
Re: Craig Parker
February 1, 2016

> Charles L. Crist, M.D., letter dated 1/14/16 with attached office notes
> Keith Berndtson, M.D., letter dated 1/7/16 with attached progress note
> P. James Seberger, M.D., Ph.D., letter dated 1/22/16 with attached office notes
> Jude LaClaire, Ph.D., letter 12/22/15, with attached summary of treatment notes

I have also enclosed a list of prescription medications, vitamins, minerals and supplements Mr. Parker has been advised to use. It should be noted your decision failed to address the serious impact on Mr. Parker of his inability to tolerate common medications that might be utilized to better help control his symptoms.

At the outset, in your decision of July 30, 2015, you found Mr. Parker disabled through March 31, 2015, from his own occupation, described as Design Engineering Supervisor, which your vocational department found was performed at a *light* exertional level, i.e., the physical demand requirements were in excess of those for *sedentary* work. After March 31, 2015, Mr. Parker was deemed by your clinical consultant to be capable of performing full-time *sedentary* activities, which would not allow him to return to his former *light* work as a Design Engineering Supervisor.

The new medical evidence reflects Mr. Parker has disseminated Lyme disease in combination with Chronic Inflammatory Response Syndrome (CIRS) caused by mold toxicity. It is not clear which of these two causes are predominant, but together they are causing Mr. Parker's continuing chronic symptoms, previously diagnosed as chronic fatigue syndrome and fibromyalgia.

Keith Berndtson, M.D. is a nationally recognized expert in both mold and Lyme disease. He evaluated Mr. Parker recently and diagnosed him with untreated, disseminated Lyme disease in addition to Chronic Inflammatory Response Syndrome (CIRS). Blood tests reveal that Mr. Parker has a genetic susceptibility to illness from both mold and Lyme, and both are likely contributing to the ongoing chronic symptoms. Mr. Parker also has blood test results that confirm an antigen response to Rickettsia Rickettsii (the bacterial cause of Rocky Mountain

Letter to Sun Life Financial
Re: Craig Parker
February 1, 2016

Spotted Fever or "RMSF") and a weaker response to Borrelia
Burgdorferi (the primary bacterial cause of Lyme disease). The
RMSF response confirms exposure to tickborne illness, and the
weaker Lyme response is consistent with the disseminated Lyme
diagnosis. Dr. Berndtson summarizes that "Mr. Parker has been
and remains totally and absolutely disabled by a complex
combination of disseminated Lyme disease and CIRS" noting his
recurrent flu-like symptoms with flushing, chills, and sweats,
along with headaches, bouts of tachycardia and anxiety and
panic, the latter two conditions driven by neuroinflammation.

Charles Christ, M.D. has treated many Lyme patients, and has
also found that Mr. Parker has Lyme disease (borreliosis) based
on test results and symptoms. He also found Mr. Parker to have
resulting autoimmune disease, high lead levels, low metabolism,
hypercoagulation, low hormone levels, and mitochondrial
dysfunction. He recognized SPECT brain scan test results that
confirm decreased blood flow in the brain consistent with what
is commonly seen with Lyme disease. He concluded that Mr.
Parker's symptoms could easily be explained by these organic
medical problems, and that "it is medically reasonable and
believable for him to receive social security disability and
long term disability to the best of my medical knowledge and
opinion."

Lyme disease had first been diagnosed in Mr. Parker by Diana
Smith, APRN in late 2014. But, despite this diagnosis, Dr.
Waller who, while acknowledging inflammatory symptoms of unknown
cause, did not feel the symptoms were of an infectious origin,
or at least there was no clear evidence in his opinion. Dr.
Waller is a capable physician, but incorrectly states that Mr.
Parker "had no clinical history to suggest other tick-borne
illness or even exposure." In fact, Mr. Parker was treated for
flu-like symptoms and a rash caused from a tick bite in the
1990's, and had frequent exposure to ticks with over 25 tick
bites in the past 5 years alone. There is also undeniable
evidence that Lyme disease and the ticks that carry it do exist
in the Kansas City area. (See attached recent article in Science
at http://www.sciencemag.org/news/2016/01/lyme-disease-carrying-
ticks-are-now-half-all-us-counties). Lyme disease hides from the
immune system and presents many varied symptoms making it very
difficult to diagnose. Recognition of these symptoms is key in
the diagnosis of Lyme disease. Drs. Berndtson and Crist both
identified many such symptoms in Mr. Parker just as Diana Smith

AR 636

Letter to Sun Life Financial
Re: Craig Parker
February 1, 2016

had originally done in 2014. There is now clear evidence that
Mr. Parker suffers from Lyme disease.

P. James Seberger, MD, also treats chronic illness. While he
does not rule out Lyme disease as a factor, his more immediate
concern for Mr. Parker is mold toxicity and possible infection
resulting from mold exposure. He cites laboratory blood tests
that indicate CIRS, urine tests that show toxic levels of
ochratoxins, and abnormal reflexia resulting from cerebral
effects of mold. He does not believe that Mr. Parker "will be
able to return to work even on a part time basis for the
foreseeable future, if at all."

Jude LaClaire, Ph.D, LCPC has also provided an opinion and
summary of treatment. Dr. LaClaire states that she has treated
Mr. Parker on multiple occasions since January of 2015 for
chronic anxiety and dysthymic disorder. She recognizes the
underlying cause to be ongoing chronic physical illness, and
notes the "unremitting nature of his physical symptoms causes
Craig to suffer from continued depression, anxiety, and
inability to focus and concentrate. These physical and mental
health issues would keep him from functioning adequately in his
job. At this time he is permanently disabled and unable to work
full or part-time."

In summary, three medical specialists have evaluated Mr. Parker
and performed and interpreted tests since your denial of
benefits decision. These three doctors have all independently
reached the same conclusion that Mr. Parker is not only unable
to perform his occupation, but that he cannot be gainfully
employed, even on a part-time basis, for the foreseeable future.
This opinion is shared by Mr. Parker's treating therapist, Dr.
LaClaire.

Your denial of benefits decision also relies upon the
observation that Mr. Parker's sinus condition had stabilized
following his second sinus surgery last summer. In fact, Dr.
Ellis continues to treat chronic sinusitis and polyposis.
Please note the July 28, 2015 office notes of Dr. Ellis reflect
that Mr. Parker presented with sinusitis with symptoms of nasal
congestion, moderate in severity and unchanged. Furthermore, he
noted polyps were re-emerging and medication was started which
has helped control symptoms. But the chronic sinus inflammation
as treated by Dr. Ellis, the chronic asthma as treated by Dr.
Pfuetze, and the various other disabling physical and mental

AR 637

Letter to Sun Life Financial
Re: Craig Parker
February 1, 2016

symptoms are all the result of Mr. Parker's chronic inflammatory response caused by Lyme and/or mold.

Currently Mr. Parker continues treatment primarily with the specialists Drs. Crist, Berndtson, and Seberger, his naturopath, Dr. Brown, his therapist Dr. LaClaire, his pulmonologist Dr. Pfuetze, Dr. Schuchardt, and his ENT Dr. Ellis. Despite medications and consultations with his medical providers, Mr. Parker remains severely limited by his symptoms. While he experiences flu-like symptoms with fatigue, muscle and joint pain and difficulty concentrating or making decisions on a daily basis, he forces himself to be active for short periods on good days. The severity of his symptoms varies from day to day, as noted by Dr. Brown and others, but, unfortunately, on no day is he physically or mentally capable of performing gainful activity on a sustained eight hour basis-even work considered less demanding than his occupation. For this reason, Mr. Parker, with the support of his doctors, has decided to pursue a social security disability claim, which we believe will ultimately be approved.

Satisfactory proof of evidence has been provided under the terms of this policy and more than establishes Mr. Parker's continued entitlement to LTD benefits. The opinions of your consultant are not well supported and, as noted above, limit Mr. Parker to sedentary work, which would preclude the performance of his own light occupation, as per your vocational evidence.

Please review the evidence I have provided and consider the arguments raised in this letter in reaching your decision on this appeal. Should you have any questions, feel free to contact me.

Sincerely,

LAW OFFICE OF TERESA M. MEAGHER

Teresa M. Meagher
Enclosures

cc: Mr. Craig Parker

AR 638



# Tracking Number
# 9505500022336040000756



AR 639

# Law Office of

# Teresa M. Meagher

February 1, 2016

**Via: Facsimile (781-304-5537) and U.S. Mail**
Sun Life Financial
Appeals Unit
P.O. Box 81601
Wellesley Hills, MA 02481-0006
**Attn: Ms. Jillian Croteau**
     **Sr. Benefit Consultant**

> *Re: Craig Parker*
> *LTD benefits*
> *Policy Number: 231948*
> *Control Number: 091014-05930-00*

Dear Ms. Croteau:

I am writing in regard to the above-referenced insured, Mr.
Craig Parker, whose claim for continued LTD benefits was denied
by letter dated July 30, 2015. In my letter of October 1, 2015,
I informed you that Mr. Parker was appealing the decision to
terminate his benefits as of March 31, 2015; with this letter I
am presenting arguments in support of his position.

With this letter I have enclosed the following medical evidence
for your consideration:

> ➢ Steven F. Ellis, M.D., office notes dated 7/7-7/28/15
> ➢ Stephen Waller, M.D., progress notes dated 8/19/15
> ➢ Andrew Green, M.D., office notes dated 9/28-10/12/15
> ➢ Bruce L. Pfuetze, M.D., office notes dated 4/30-10/29/15
> ➢ Selina Gierer, D.O., office notes, dated 12/22/15
> ➢ Michael Brown, N.D., office notes dated 5/7-11/3/15
> ➢ Neuropsychology Clinic Report dated 11/9/15
> ➢ LabCorp blood test dated 12/31/14, showing positive
>   reaction to Rocky Mountain Spotted Fever and genetic
>   susceptibility to Lyme/mold.
> ➢ IGeneX Lyme blood test dated 12/3/14.
> ➢ RTL Mold test dated 12/17/14

In addition, I am enclosing four medical opinions/evidence from
the following specialists:

14 Corporate Woods
8717 West 110th Street, Suite 440
Overland Park, Kansas 66210
913 649-1747 ∘ Fax 913 649-7751
www.teresameagherlaw.com ∘ tmameagher@gmail.com

AR 640

Letter to Sun Life Financial
Re: Craig Parker
February 1, 2016

> Charles L. Crist, M.D., letter dated 1/14/16 with attached office notes
> Keith Berndtson, M.D., letter dated 1/7/16 with attached progress note
> P. James Seberger, M.D., Ph.D., letter dated 1/22/16 with attached office notes
> Jude LaClaire, Ph.D., letter 12/22/15, with attached summary of treatment notes

I have also enclosed a list of prescription medications, vitamins, minerals and supplements Mr. Parker has been advised to use. It should be noted your decision failed to address the serious impact on Mr. Parker of his inability to tolerate common medications that might be utilized to better help control his symptoms.

At the outset, in your decision of July 30, 2015, you found Mr. Parker disabled through March 31, 2015, from his own occupation, described as Design Engineering Supervisor, which your vocational department found was performed at a *light* exertional level, i.e., the physical demand requirements were in excess of those for *sedentary* work. After March 31, 2015, Mr. Parker was deemed by your clinical consultant to be capable of performing full-time *sedentary* activities, which would not allow him to return to his former *light* work as a Design Engineering Supervisor.

The new medical evidence reflects Mr. Parker has disseminated Lyme disease in combination with Chronic Inflammatory Response Syndrome (CIRS) caused by mold toxicity. It is not clear which of these two causes are predominant, but together they are causing Mr. Parker's continuing chronic symptoms, previously diagnosed as chronic fatigue syndrome and fibromyalgia.

Keith Berndtson, M.D. is a nationally recognized expert in both mold and Lyme disease. He evaluated Mr. Parker recently and diagnosed him with untreated, disseminated Lyme disease in addition to Chronic Inflammatory Response Syndrome (CIRS). Blood tests reveal that Mr. Parker has a genetic susceptibility to illness from both mold and Lyme, and both are likely contributing to the ongoing chronic symptoms. Mr. Parker also has blood test results that confirm an antigen response to Rickettsia Rickettsii (the bacterial cause of Rocky Mountain

AR 641

02/11/2016 12:48

Letter to Sun Life Financial
Re: Craig Parker
February 1, 2016

Spotted Fever or "RMSF") and a weaker response to Borrelia Burgdorferi (the primary bacterial cause of Lyme disease). The RMSF response confirms exposure to tickborne illness, and the weaker Lyme response is consistent with the disseminated Lyme diagnosis. Dr. Berndtson summarizes that "Mr. Parker has been and remains totally and absolutely disabled by a complex combination of disseminated Lyme disease and CIRS" noting his recurrent flu-like symptoms with flushing, chills, and sweats, along with headaches, bouts of tachycardia and anxiety and panic, the latter two conditions driven by neuroinflammation.

Charles Christ, M.D. has treated many Lyme patients, and has also found that Mr. Parker has Lyme disease (borreliosis) based on test results and symptoms. He also found Mr. Parker to have resulting autoimmune disease, high lead levels, low metabolism, hypercoagulation, low hormone levels, and mitochondrial dysfunction. He recognized SPECT brain scan test results that confirm decreased blood flow in the brain consistent with what is commonly seen with Lyme disease. He concluded that Mr. Parker's symptoms could easily be explained by these organic medical problems, and that "it is medically reasonable and believable for him to receive social security disability and long term disability to the best of my medical knowledge and opinion."

Lyme disease had first been diagnosed in Mr. Parker by Diana Smith, APRN in late 2014. But, despite this diagnosis, Dr. Waller who, while acknowledging inflammatory symptoms of unknown cause, did not feel the symptoms were of an infectious origin, or at least there was no clear evidence in his opinion. Dr. Waller is a capable physician, but incorrectly states that Mr. Parker "had no clinical history to suggest other tick-borne illness or even exposure." In fact, Mr. Parker was treated for flu-like symptoms and a rash caused from a tick bite in the 1990's, and had frequent exposure to ticks with over 25 tick bites in the past 5 years alone. There is also undeniable evidence that Lyme disease and the ticks that carry it do exist in the Kansas City area. (See attached recent article in Science at http://www.sciencemag.org/news/2016/01/lyme-disease-carrying-ticks-are-now-half-all-us-counties). Lyme disease hides from the immune system and presents many varied symptoms making it very difficult to diagnose. Recognition of these symptoms is key in the diagnosis of Lyme disease. Drs. Berndtson and Crist both identified many such symptoms in Mr. Parker just as Diana Smith

AR 642

Letter to Sun Life Financial
Re: Craig Parker
February 1, 2016

had originally done in 2014. There is now clear evidence that Mr. Parker suffers from Lyme disease.

P. James Seberger, MD, also treats chronic illness. While he does not rule out Lyme disease as a factor, his more immediate concern for Mr. Parker is mold toxicity and possible infection resulting from mold exposure. He cites laboratory blood tests that indicate CIRS, urine tests that show toxic levels of ochratoxins, and *abnormal reflexia resulting from cerebral effects of mold.* He does not believe that Mr. Parker "will be able to return to work even on a part time basis for the foreseeable future, if at all."

Jude LaClaire, Ph.D, LCPC has also provided an opinion and summary of treatment. Dr. LaClaire states that she has treated Mr. Parker on multiple occasions since January of 2015 for chronic anxiety and dysthymic disorder. She recognizes the underlying cause to be ongoing chronic physical illness, and notes the "unremitting nature of his physical symptoms causes Craig to suffer from continued depression, anxiety, and inability to focus and concentrate. These physical and mental health issues would keep him from functioning adequately in his job. At this time he is permanently disabled and unable to work full or part-time."

In summary, three medical specialists have evaluated Mr. Parker and performed and interpreted tests since your denial of benefits decision. These three doctors have all independently reached the same conclusion that Mr. Parker is not only unable to perform his occupation, but that he cannot be gainfully employed, even on a part-time basis, for the foreseeable future. This opinion is shared by Mr. Parker's treating therapist, Dr. LaClaire.

*Your denial of benefits decision also relies upon the* observation that Mr. Parker's sinus condition had stabilized following his second sinus surgery last summer. In fact, Dr. Ellis continues to treat chronic sinusitis and polyposis. Please note the July 28, 2015 office notes of Dr. Ellis reflect that *Mr. Parker presented with sinusitis with symptoms of nasal congestion, moderate in severity and unchanged.* Furthermore, he noted polyps were re-emerging and medication was started which has helped control symptoms. But the chronic sinus inflammation as treated by Dr. Ellis, the chronic asthma as treated by Dr. Pfuetze, and the various other disabling physical and mental

Letter to Sun Life Financial
Re: Craig Parker
February 1, 2016

symptoms are all the result of Mr. Parker's chronic inflammatory response caused by Lyme and/or mold.

Currently Mr. Parker continues treatment primarily with the specialists Drs. Crist, Berndtson, and Seberger, his naturopath, Dr. Brown, his therapist Dr. LaClaire, his pulmonologist Dr. Pfuetze, Dr. Schuchardt, and his ENT Dr. Ellis. Despite medications and consultations with his medical providers, Mr. Parker remains severely limited by his symptoms. While he experiences flu-like symptoms with fatigue, muscle and joint pain and difficulty concentrating or making decisions on a daily basis, he forces himself to be active for short periods on good days. The severity of his symptoms varies from day to day, as noted by Dr. Brown and others, but, unfortunately, on no day is he physically or mentally capable of performing gainful activity on a sustained eight hour basis-even work considered less demanding than his occupation. For this reason, Mr. Parker, with the support of his doctors, has decided to pursue a social security disability claim, which we believe will ultimately be approved.

Satisfactory proof of evidence has been provided under the terms of this policy and more than establishes Mr. Parker's continued entitlement to LTD benefits. The opinions of your consultant are not well supported and, as noted above, limit Mr. Parker to sedentary work, which would preclude the performance of his own light occupation, as per your vocational evidence.

Please review the evidence I have provided and consider the arguments raised in this letter in reaching your decision on this appeal. Should you have any questions, feel free to contact me.

Sincerely,

LAW OFFICE OF TERESA M. MEAGHER

Teresa M. Meagher
Enclosures

cc: Mr. Craig Parker

AR 644



PARK RIDGE
**MultiMed**

January 7, 2016

Teresa Meagher
14 Corporate Woods
8717 West 110th Street
Overland, KA  66210

RE:  Craig Parker

Dear Ms. Meagher:

I evaluated Mr. Parker in person yesterday. He has a history of multiple tick bites
yet only the first one of those bites was followed by antibiotic treatment
consisting of 4 weeks on doxycycline in 1992. Lyme bacteria are pleomorphic:
they exist in the active spirochete form or in dormant forms. Only 3 antibiotics
(none of which have been used to treat Mr. parker) have been shown to work
against the dormant forms, which are know to reactivate in response to certain
chemical signals. He has not met CDC criteria for Lyme disease but clinically, he
presents with symptoms that are highly consistent with the late dissemination
stage of Lyme disease. With a reasonable degree of medical certainty, I believe
that disseminated Lyme disease is contributing to his current disability. My plan
will include a systematic treatment regimen for this condition once we stabilize
his cardiac dysrhythmia and chronic nausea.

In addition to untreated, disseminated Lyme disease, his multisymptom,
multisystem illness includes another condition known as Chronic Inflammatory
Response Syndrome, or CIRS, in which the innate immune response is
chronically activated. I cannot distinguish whether his abnormal innate immune
system inflammation markers are driven by Lyme, or by prior exposures to toxic
mold, or both. Even if we were to succeed in putting his Lyme disease into
remission, he will remain disabled unless we treat the CIRS as well.

15 North Prospect Avenue  •  Park Ridge, IL 60068-3563  •  TEL 847.232.9800  •  FAX 847.232.9810  •  www.parkridgemd.com

AR 645

He has been and continues to be disabled by recurrent flu-like symptoms with flushing, chills, and sweats. He gets headaches, and bouts of tachycardia and irregular heart rhythms. His anxiety and panic alone are disabling. Both are driven by neuroinflammation. They are non-response to anti-anxiety medications, psychological counseling, and other methods.

In summary, Mr. Parker has been and remains totally and absolutely disabled by a complex combination of disseminated Lyme disease and CIRS. Mr. Parker had to stop working May 15, 2014, because of the severity of his various symptoms. Based on his medical history, reported symptoms, and my recent exam, it is my opinion, that he is a credible historian and has clearly been unable to maintain any employment since that date.

Both of these conditions are treatable. Our hope is to treat these conditions to a point where he can resume work and once again support himself and his family. Treating these conditions can require a year or two of aggressive treatment. I anticipate that for the next two years, Mr. Parker will be unable to sustain the physical and cognitive efforts required to be employable. At this point in time, I am cautiously optimistic that we can help him recover an ability to rejoin the workplace, but he definitely qualifies for disability for the next 2 years, with periodic re-evaluations to see if we have reached a point where we can release him to look for a job.


Sincerely yours,


Keith Berndtson, MD

AR 646

# Medical Progress Note

Patient: Craig Parker Date of visit: 01/06/2016

**History**

1992- tick bite followed by flu-like symptoms, did 1 month of doxycycline and symptoms resolved for the time being. Moved to new home in 2007 has had 10-12 tick bites since then tendonitis migrating joint pain since 2009 had laminectomy which resolved sciatic symptoms but has had L foot drop type problem when going down stairs 2011 started collecting old magazines that had definite moldy/musty smell and sinus infections started soon after. Has felt flu-like since then as well. Current main symptoms are achy spasms twitching feverish, headache, anxiety/depression, numbness/tingling in scalp eye pain/sensitivity and asthma Has had poor reactions to multiple antibiotics and anti-fungals in the past year. ⊕17-2-52A, 4-3-53 TGFb=5700, VEGF<31, MSH-8.2 IgK/IFA 40

Lyme WB IgG +18, +41, +58, compound heterozygous MTHFR 1:256 EMSF Lumbar laminectomy 2009 worked, but Restless legs ⊖ leg non-responsive Migraines followed 1992 tick bite but then subsided. More tick bites - 2006-2007 but no symptoms developed. Moldy magazines 2010-11 sinuses began to bother him, evolved into flu-like symptoms of feverish, chills, sometimes sweats, dizziness, nausea, unsteady on feet, tinnitus. Had an initial improvement then worse. Did Rifaximin 2-3 cycles - helped but ~ May 2014 but within a few months developed bowel spasms. Did SSRIs, 5-HTP caused nausea and vomiting. Was on rotating Nystatin, Nizoral, Lamisil.

⊕ MARCONS, ⊕ ENTEROBACTER AEROGENES

**Current Meds and Supplements**

☐ see attached list in EHR

**Goals / Interval Progress**

↓ flu-like symptoms:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| chills, flushed, eye | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| pain, anxiety, panic | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| queasy stomach | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**ROS/Exam**

On a paleo diet and is becoming somewhat less sensitive. Bowels functioning well. Avoids gluten. Sleep generally well

Provisional OKs to HBOT and LDT for current condition

Height ____ in Weight ____ lbs BP ___/___ mm/Hg Pulse ___ Resp ___ Temp ___

**Assessment and Plan** Total visit time 60 Counseling time 75%+ Dx: A65.10

Pt likely has incompletely treated tick-borne and/or various intracellular types infection and that frequent skirmishes that account for his flu-like symptoms. Also, as a result of prolonged symptoms and inflammation has depleted his buffers against neural excitability (serotonin, GABA, taurine, magnesium glycinate). ① EPSOM SALT soaks should help 2-3 evenings/wk for 2-3 wks. ② To buffer neurotransmitter depletion, KAVINACE - 1/8 to 1/4 cap 2 to 3x daily advance as tolerated up to 1 to 2 caps up to 3 times day and at bedtime ③ Consider Cell Forte Max (Integrative Therapeutics or Enzymatic Therapy - Vitamin Shoppe) to ↑ NK cell activity and TRANSFER FACTOR MULTIMMUNE to help NK cells identify which cells are infected ④ e-mail to me the current compounded nasal spray formula - OPERATION eradicate MARCONS to open VIP, if needed.

**Handouts**

- ☐ CIRS Overview
- ☐ CSM-W Guidelines
- ☐ Herx Moderation Guidelines
- ☐ Larry Schwartz Info
- ☐ Other: ________

**Links**

- ☐ Mycometrics (EPMI/HERTSMI-2)
- ☐ Mold Toxicity Slideshow
- ☐ Mast Cell Disorders Slideshow
- ☐ Air Oasis Purifier
- ☐ Other ________

**Rx/Supplements:**

Park Ridge MultiMed Signature [signature] Keith Berndtson, MD

FU 3 mos 30 45 60 brief phone consults

☒ emails and 30-45 min phone consults as needed

 1/6/16 2:03 PM

**Performance Health, P.A.**
Bringing Health to Life

Teresa Meagher
14 Corporate woods
8717 West 110th Street, Suite 440
Overland Park, Kansas 66210

January 22, 2016

Dear Teresa Meagher;

    I am a physician that Craig Parker has come for regarding medical questions and treatment for his condition. Craig Parker very clearly has one of the most extreme mold infections that I have seen. He has very definitive proof in his laboratory results, with toxic levels of ochra toxin detected in his urine. He has further laboratory values that very clearly show a high level of mold infection.

    This infection is also within his brain. We know this as physicians because of the increased reflexia demonstrated on the deep tendon reflexes portion of the exam. This indicates that he has upper motor neuron damage. While we are reducing the effects of this infection he continues to have symptoms related to this. Because mold is a slowly growing organism this process takes time. In addition, he may have infection and clearly does have cerebral effects from this infection, which will take a significant amount of time and treatment to overcome, if at all if they can be overcome.

    I do not believe that Mr Craig Parker, born ███/1961, will be able to return to work even on a part time basis for the for seeable future, if at all.

Sincerely,

P. James Seberger, M.D., Ph.D.

10111 East 21st, Suite 106   Wichita, KS 67202
Toll Free: 855.221.2967    Office: 316.260.9005    Fax: 316.260.9019

AR 648

Patient chart - Patient: Craig Parker DOB: ▓/1961 PRN: PC8...    https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

| PATIENT | | FACILITY | |
|---|---|---|---|
| **Craig Parker** | | **Healthy Life Family Medicine** | |
| DOB | ▓/1961 | T  (316) 641-3078 | |
| AGE | 54 yrs | F  (316) 847-8007 | |
| SEX | Male | 654 N. Woodchuck | |
| PRN | PC853767 | Wichita, KS 67212 | |

## Patient identifying details and demographics

| FIRST NAME | Craig | SEX | Male | ETHNICITY | - |
|---|---|---|---|---|---|
| MIDDLE NAME | | DATE OF BIRTH | ▓/1961 | PREF. LANGUAGE | - |
| LAST NAME | Parker | DATE OF DEATH | - | RACE | - |
| SSN | - | PRN | PC853767 | STATUS | Active patient |

### CONTACT INFORMATION

| ADDRESS LINE 1 | ▓▓▓ | CONTACT BY | - | SEND VOICE NOTIFICATIONS | Yes |
|---|---|---|---|---|---|
| ADDRESS LINE 2 | - | EMAIL | cp-ap@swbell.net | | |
| CITY | Olathe | HOME PHONE | - | SEND TEXT NOTIFICATIONS | Yes |
| STATE | KS | MOBILE PHONE | (913) 829-9311 | | |
| ZIP CODE | 66061 | OFFICE PHONE | (913) 645-5285 | SEND EMAIL NOTIFICATIONS | Yes |
| | | OFFICE EXTENSION | | | |

### FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
|---|---|---|---|
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

## Insurance

### PAYMENT INFORMATION

| PAYMENT PREFERENCE | Self Pay | DATE OF BIRTH | - |
|---|---|---|---|
| GUARANTOR'S RELATIONSHIP TO PATIENT | | SEX | - |
| | | SOCIAL SECURITY NUMBER | - |
| GUARANTOR NAME | - | PRIMARY PHONE NUMBER | - |
| GUARANTOR ADDRESS | - | SECONDARY PHONE NUMBER | - |

[ * ]

3162609019        Performance Health                    01·05 28 p m    12–08–2015        7 /19

Patient chart - Patient: Craig Parker DOB: ▮▮▮/1961 PRN: PC8...        https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

## Chronic Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| (294.9) Impaired cognition | 10/29/2015 | |
| ochra toxin infection | 10/29/2015 | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

## Acute Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| No active diagnoses | | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No environmental allergies recorded | | |

[ * ]

AR 650

Patient chart - Patient: Craig Parker DOB: ▮▮▮/1961 PRN: PC8...          https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Cholecalciferol (Vitamin D3) 10000 UNIT Oral Capsule | | 08/31/15 - | - |
| Cod Liver Oil (Natural Cod Liver Oil) Oral Capsule | | 08/31/15 - | - |
| Colesevelam HCl (Welchol) 625 MG Oral Tablet | | 08/31/15 - | - |
| homocysteine lowering vitamins for homocystine of 10 | | 08/31/15 - | - |
| Menaquinone-7 (Vitamin K2) 100 MCG Oral Capsule | | 08/31/15 - | - |
| Probiotic Oral Capsule | | 08/31/15 - | - |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No historical medications recorded | | | |

## Immunizations

| DATE | VACCINE | SOURCE | LOT NUMBER | EXPIRES | COMMENT |
|---|---|---|---|---|---|
| No immunizations recorded for this patient. | | | | | |

## Smoking History

| STATUS | EFFECTIVE DATE |
|---|---|
| Never smoker | 10/29/2015 |

## Past medical history

### MAJOR EVENTS

Gallbladder surgery in 2012 Laminectomy scondary to stenosis, 2009

### ONGOING MEDICAL PROBLEMS

active ochratoxin infection

### FAMILY HEALTH HISTORY

Mother with history of arthritis, polymyalgia. Father with DMII. siblings are healthy. Children with food allergies.

[ * ]

Patient chart - Patient: Craig Parker DOB: ███ 1961 PRN: PC8...          https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

**Family health history**

| DIAGNOSIS | ONSET DATE |
|---|---|
| No Family health history recorded | |

**Advanced Directive**

| DIRECTIVE | RECORDED |
|---|---|
| No advanced directives recorded for this patient. | |

[ ✱ ]

Patient chart - Patient: Craig Parker DOB: ▮▮/1961 PRN: PC8. .        https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

| PATIENT | | FACILITY |
|---|---|---|
| **Craig Parker** | | **Healthy Life Family Medicine** |
| DOB | ▮▮/1961 | T  (316) 641-3078 |
| AGE | 54 yrs | F  (316) 847-8007 |
| SEX | Male | 654 N. Woodchuck |
| PRN | PC853767 | Wichita, KS 67212 |

## Patient identifying details and demographics

| FIRST NAME | Craig | SEX | Male | ETHNICITY | - |
|---|---|---|---|---|---|
| MIDDLE NAME | | DATE OF BIRTH | ▮▮1961 | PREF. LANGUAGE | - |
| LAST NAME | Parker | DATE OF DEATH | - | RACE | - |
| SSN | - | PRN | PC853767 | STATUS | Active patient |

### CONTACT INFORMATION

| ADDRESS LINE 1 | ▮▮▮▮▮▮ | CONTACT BY | - | SEND VOICE | Yes |
|---|---|---|---|---|---|
| ADDRESS LINE 2 | - | EMAIL | cp-ap@swbell.net | NOTIFICATIONS | |
| CITY | Olathe | HOME PHONE | - | SEND TEXT | Yes |
| STATE | KS | MOBILE PHONE | (913) 829-9311 | NOTIFICATIONS | |
| ZIP CODE | 66061 | OFFICE PHONE | (913) 645-5285 | SEND EMAIL | Yes |
| | | OFFICE EXTENSION | - | NOTIFICATIONS | |

### FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S | - |
|---|---|---|---|
| RELATION TO PATIENT | - | MAIDEN NAME | |
| PHONE | - | | |
| ADDRESS | - | | |

## Insurance

### PAYMENT INFORMATION

| PAYMENT PREFERENCE | Self Pay | DATE OF BIRTH | - |
|---|---|---|---|
| GUARANTOR'S | | SEX | - |
| RELATIONSHIP TO PATIENT | | SOCIAL SECURITY NUMBER | - |
| GUARANTOR NAME | - | PRIMARY PHONE NUMBER | - |
| GUARANTOR ADDRESS | - | SECONDARY PHONE NUMBER | - |

[×]

AR 653

Patient chart - Patient: Craig Parker DOB: ████ /1961 PRN: PC8...          https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

## Chronic Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| (294.9) Impaired cognition | 10/29/2015 | |
| ochra toxin infection | 10/29/2015 | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

## Acute Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| No active diagnoses | | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No environmental allergies recorded | | |

[ * ]

Patient chart - Patient: Craig Parker DOB: ███ 1961 PRN: PC8...     https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Cholecalciferol (Vitamin D3) 10000 UNIT Oral Capsule | | 08/31/15 - | - |
| Cod Liver Oil (Natural Cod Liver Oil) Oral Capsule | | 08/31/15 - | - |
| Colesevelam HCl (Welchol) 625 MG Oral Tablet | | 08/31/15 - | - |
| homocysteine lowering vitamins for homocystine of 10 | | 08/31/15 - | - |
| Menaquinone-7 (Vitamin K2) 100 MCG Oral Capsule | | 08/31/15 - | - |
| Probiotic Oral Capsule | | 08/31/15 - | - |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No historical medications recorded | | | |

## Immunizations

| DATE | VACCINE | SOURCE | LOT NUMBER | EXPIRES | COMMENT |
|---|---|---|---|---|---|
| No immunizations recorded for this patient. | | | | | |

## Smoking History

| STATUS | EFFECTIVE DATE |
|---|---|
| Never smoker | 10/29/2015 |

## Past medical history

**MAJOR EVENTS**

Gallbladder surgery in 2012 Laminectomy scondary to stenosis, 2009

**ONGOING MEDICAL PROBLEMS**

active ochratoxin infection

**FAMILY HEALTH HISTORY**

Mother with history of arthritis, polymyalgia. Father with DMII. siblings are healthy. Children with food allergies.

[ * ]

3162609019       Performance Health                                01.07 11 p m    12−08−2015        14 /19

Patient chart - Patient: Craig Parker DOB: ███/1961 PRN: PC8...          https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

## Family health history

| DIAGNOSIS | ONSET DATE |
|---|---|
| No Family health history recorded | |

## Advanced Directive

| DIRECTIVE | RECORDED |
|---|---|
| No advanced directives recorded for this patient. | |

[ × ]

3162609019    Performance Health                                01:07:19 p.m.    12-08-2015    15/19

Encounter - Office Visit Date of service: 08/31/15 Patient: Craig ...    https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

| PATIENT | FACILITY | ENCOUNTER |
|---|---|---|
| **Craig Parker** | **Healthy Life Family Medicine** | NOTE TYPE SOAP Note |
| DOB ████/1961 | T (316) 641-3078 | SEEN BY James Seberger MD |
| AGE 54 yrs | F (316) 847-8007 | DATE 08/31/2015 |
| SEX Male | 654 N. Woodchuck | Electronically signed by James |
| PRN PC853767 | Wichita, KS 67212 | Seberger MD at 08/31/2015 03:13 pm |

### Chief complaint

No chief complaint recorded

### Patient identifying details and demographics

| FIRST NAME | Craig | SEX | Male | ETHNICITY | - |
|---|---|---|---|---|---|
| MIDDLE NAME | - | DATE OF BIRTH | ████1961 | PREF. LANGUAGE | - |
| LAST NAME | Parker | DATE OF DEATH | - | RACE | - |
| SSN | - | PRN | PC853767 | STATUS | Active patient |

#### CONTACT INFORMATION

| ADDRESS LINE 1 | ████████ | CONTACT BY | - | SEND VOICE NOTIFICATIONS | Yes |
|---|---|---|---|---|---|
| ADDRESS LINE 2 | - | EMAIL | cp-ap@swbell.net | | |
| CITY | Olathe | HOME PHONE | - | SEND TEXT NOTIFICATIONS | Yes |
| STATE | KS | MOBILE PHONE | (913) 829-9311 | | |
| ZIP CODE | 66061 | OFFICE PHONE | (913) 645-5285 | SEND EMAIL NOTIFICATIONS | Yes |
| | | OFFICE EXTENSION | - | | |

#### FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
|---|---|---|---|
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

### Insurance

#### PAYMENT INFORMATION

| PAYMENT PREFERENCE | Self Pay | DATE OF BIRTH | - |
|---|---|---|---|
| GUARANTOR'S RELATIONSHIP TO PATIENT | - | SEX | - |
| GUARANTOR NAME | - | SOCIAL SECURITY NUMBER | - |
| GUARANTOR ADDRESS | - | PRIMARY PHONE NUMBER | - |
| | | SECONDARY PHONE NUMBER | - |

### Vitals for this encounter

No vitals recorded

[×]

Encounter - Office Visit Date of service: 08/31/15 Patient: Craig ...          https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

## Chronic Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| (294.9) Impaired cognition | 10/29/2015 | |
| ochra toxin infection | 10/29/2015 | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

## Acute Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| No active diagnoses | | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No environmental allergies recorded | | |

[ * ]

AR 658

Encounter - Office Visit Date of service: 08/31/15 Patient: Craig ...          https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Cholecalciferol (Vitamin D3) 10000 UNIT Oral Capsule | | 08/31/15 - | - |
| Cod Liver Oil (Natural Cod Liver Oil) Oral Capsule | | 08/31/15 - | - |
| Colesevelam HCl (Welchol) 625 MG Oral Tablet | | 08/31/15 - | - |
| homocysteine lowering vitamins for homocystine of 10 | | 08/31/15 - | - |
| Menaquinone-7 (Vitamin K2) 100 MCG Oral Capsule | | 08/31/15 - | - |
| Probiotic Oral Capsule | | 08/31/15 - | - |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No historical medications recorded | | | |

## Immunizations

| DATE | VACCINE | SOURCE | LOT NUMBER | EXPIRES | COMMENT |
|---|---|---|---|---|---|
| No immunizations recorded for this patient. | | | | | |

## Family health history

| DIAGNOSIS | ONSET DATE |
|---|---|
| No Family health history recorded | |

## Advanced Directive

| DIRECTIVE | RECORDED |
|---|---|
| No advanced directives recorded for this patient. | |

## Subjective

Craig was going a long pretty well. He is an electrical engineer by trade. The first thing he noticed was a , a tick bite in 1992, and he developed flu like syptoms and took a month of doxycycline and everything was fine. In 2009 he had back surgery from spinal stenosis, and then noticed some odd things. He woke up with restless clinic, and then lost control of the flexer muscle in the left leg. Then a couple of years later he noticed increased migraines and dizziness in response to

[*]

AR 659

Encounter - Office Visit Date of service: 08/31/15 Patient: Craig ...        https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50..

a lot of foods. He felt that he was going to pass out. The first thing he did was get off ppi's for which he was on for years for chronic gastritis. he found that by stopping these his symptoms improved.

Then he started noticing a recurrence of the symptoms and found that even more and more things progressed. Now he cannot tolerate any medicines, antibiotics are causing asthma and airway constriction, and foods are doing the same, but less extreme, and he is having a strong allergic response to foods. He is on a very limited diet.

Along with these symptoms over the last couple of years he has had a lot of muscle spasms, and esophageal spasms. He gets flu like symptoms all of the time. He has a lot of eye pain, with pain behind the eyes. It hurts to turn his eyes from side, and last summer he had fourth nerve palsy cause dioplpia.

He has had a brain MRI and a detailed work up for tick borne illness. He is not sure. His IGENEX western blot was equivocal.

He has been on welchol and this helped initially.

He had a spect scan that showed inflammation in the temporal lobes. His ANA titers have been trending upward.

He is doing a transdermal glutathione, and a far infrared sauna, and he is doing this every other day.

He has a PON1 double snp which is very rare. This is an ability to detox insecticide and herbicides.

He works for Garmin over the last 2-3 years, he can tell when there is mold in the vents. He toured the old Mayo mansion and it had a very large mold problem. At Garmin the buildings were new and he didn't notice the mold smell. For his work he did electrical engineer team leader. "It was the best job in the world that he had to walk away from"

He had a pile of magazines that had mold, in his den where he worked a lot, and he started noticing these symptoms of sinus congestion and dizziness.

When he takes prednisone all of the symptoms got worse.

He has always lived in houses next to wooded areas and he had walking trails out to the woods, and he keeps the overrowth down with roundup. It was the concentrated one. He started spraying in the mid 90's until 2012, about 15 years. He didn't inhale a lot of it and he didn't wear gloves. His testosterone has gone down over the mid 90's and has been

He takes metagenics ultraclear. He has been taking for about a year. After he started taking this his liver eznymes normalized. He had fatty liver in 2012. He used to drink a liter of Dr. Pepper a day. He had fatty liver then, but recent ultrasound shows this is not present.

## Objective

He has a positive RealTime ochratoxin test at 3.49 of 1.8.
He did the HLA DR test and was positive for this.

## Assessment

Chronic mold infection, with ochratoxin poisoning.

## Plan

Identify the functional food necessary for detoxification of PON1.

Continue with the far infrared sauna
Continue with the glutathione.

continue with the sulphur 30C
Continue with Zinc-carnitine
OReturn to welchol, 625mg a day.
Take vitamin D3, 10,000Iu twice a day
Vitamin K2, 100 micrograms a day to balance the D3.

[×]

3162609019        Performance Health                          01:08·24 p m.    12–08–2015        19 / 19

Encounter - Office Visit Date of service: 08/31/15 Patient: Craig ...        https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

consider carlson's cod liver oil, 1 tablespoon.

Consider amphotericin B, EDTA, and budenside nasal nebulizer x 1 month.

Continue with the probiotic.

consult allergist for mold shots.

For the high homocysteine, take magnesium 300mg a day, zinc, 20mg a day, copper 2 mg a day, B12 1000 micrograms a day, B6 100mg a day, and folate 800 micrograms a day, and trimethylglycine, 3.0 grams a day

Continue the eggs.
R

## Screenings/interventions/assessments

No screenings/interventions/assessments recorded.

# Charles L. Crist, MD, PC

3009 Falling Leaf Court, Suite 1
Columbia, Missouri 65201
Phone: (573) 443-4044 • Fax: (573) 443-4055 • www.drcharlescrist.com

Date: January 14, 2016.

Re: Craig Parker ███-1961)

Dear Teresa M. Meagher,

Craig Parker has an autoimmune disease based upon his positive ANA (Antinuclear Antibody) test. His aldosterone hormone level is insufficient. His lead level, which is a toxic metal, is high. His brain has decreased blood flow based upon an abnormal SPECT (Single-Photon Emission Computed Tomography). Craig has a low metabolism. He has hypercoagulation. His testosterone levels are low. His tiglyglycine level was at the 100th percentile, which is a marker for mitochondrial dysfunction.

Considering the multitude of his various diagnoses, they could easily explain his medical problems  Flu-like symptoms, constant fatigue, body aches, muscle pains, nausea, headaches, lightheadedness, cognitive issues, depression, and anxiety could easily be explained by his organic medical problems. It is medically reasonable and believable for him to receive social security disability and long term disability to the best of my medical knowledge and opinion.

Sincerely,

C. Crist MD

Charles L. Crist, MD

**Progress Notes**
PARKER, CRAIG
**Patient ID:** PARCR000
**DOB:** ___/1961
**Age:** 54 years  **Gender:** M

12/08/2015

---

**Date:** 12/08/15 . 07:21am
**Title: OFFICE VISIT- NEW PATIENT - INITIAL CONSULT**

**Date of Birth.** ___ /61

**Vital Signs:**
Bp 102/74, Left Arm
Height. 6', Weight 172 lbs
Other: Saliva pH. 6 5
BMI. 23.33 kg/m2

**Subjective:**
This 54 year old male presents for evaluation of the following problem(s)

1  BORRELIOSIS

We discussed his Igenex western blot results, tick bites, bulls-eye rash and past history. We reviewed his typed health summary, questionnaires and symptoms, past medical records and test results, questions and concerns. We discussed infections hypercoagulation, heparin treatment, heparin vs natural blood thinners, natural ways of thinning blood. We reviewed F.A.C T. results and neurotoxins and ways to detox, infrared sauna, drinking half of body weight in ounces of water daily, metabolism and low thyroid being a clinical diagnosis versus a laboratory diagnosis,
body temperatures We discussed symptoms consistent with intestinal yeast, and symptoms consistent with low aldosterone, having a suppressed immune system We discussed his past antibiotic responses, and documented them We reviewed his current medications, intolerances to multiple medications. We reviewed his current supplements. We discussed his strict diet, gluten free diet, food elimination challenge diet, night shade foods, and digestive enzymes. We discussed his abnormal heavy metal toxicity, his testing, and ways to chelate. We discussed his multiple chemical sensitivities, his long allergy shot treatment and having no response, intolerances to foods, and low dose antigen We discussed past and/or current mold exposure, neurotoxins, and how moldy environments may hinder our patients from getting better

**Clinical Elements:** Smoking· none
**Clinical Elements:** Alcohol none
**Clinical Elements:** Diet· multiple food sensitivities
PAST MEDICAL HISTORY:
**Surgical / Procedural History** CHOLECYSTECTOMY, SINUS SURGERY
Allergies:
NKDA, MULTIPLE DRUG INTOLERANCES

**Objective**
General: Alert and appropriate
Skin. Warm and dry, yellowish tint to skin, scars in tendons, large hand veins, swollen hand joints, brown spots, palmer creases brown
Head· lateral eyebrows are thin, right corner of mouth slightly lower
Ears· Ear canals clear
Eyes: allergic shiners
Oral Cavity· large tongue
Pharnyx cobblestoning
Neck Supple without lymphadenopathy.
Heart thyroid enlarged
Lungs· CTA bilaterally, no wheezes, rhonchi, rales Breathing unlabored.
Abdomen Soft, NT/ND, no HSM, no masses
Extremities. No deformities, clubbing, cyanosis, or edema, hypothenar areas soft

---

Printed On: 12/08/2015                                                                 Page: 1 of 2

**Progress Notes**
PARKER, CRAIG
**Patient ID:** PARCR000
**DOB:** ▓▓/1961
**Age:** 54 years  **Gender:** M

12/08/2015

Trunk: Normal symmetry, tone, strength and ROM   No effusions, instability or tenderness to palpation
Neurologic. patellars 3/4, biceps 3/4, ankles 2/4, grips 5/5, arms 5/5, right leg 5/5, left leg 4/5, left cheek puffs better,
bilateral lid lag, left shoulder raises better, romberg negative

**Assessment**
**Diagnosis:** Lyme borreliosis   ICD9 = 088 81 / ICD10 = A69 20 / SNOMED = 23502006
**Diagnosis:** Flu-like symptoms .  ICD9 = 487 1 / ICD10 = B34 9 / SNOMED = 95891005
**Diagnosis:** Sinus congestion ·  ICD9 = 478.19 / ICD10 = R09 81 / SNOMED = 82297005
**Diagnosis:** Asthma . ICD9 = 493 90 / ICD10 = J45.909 / SNOMED = 195967001
**Diagnosis:** Myalgia . ICD9 = 729.1 / ICD10 = M79.1 / SNOMED = 68962001
**Diagnosis:** Spasm of muscle ·  ICD9 = 728 85 / ICD10 = R25 2 / SNOMED = 45352006
**Diagnosis:** Impaired cognition . ICD9 = 294 9 / ICD10 = R41.89 / SNOMED = 386806002
**Diagnosis:** Joint pain . ICD9 = 719 40 / ICD10 = M25 50 / SNOMED = 57676002
**Diagnosis:** Gluten-sensitive enteropathy . ICD9 = 579.0 / ICD10 = K90 0 / SNOMED = 396331005

**Plan:**
See treatment sheets, focus on LDA for chemical sensitivities. Consider reading the book "Hypothyroidism Type II" by Dr.
Mark Starr. Consider trying the food elimination challenge diet, and consider trying the night shade food challenge
Consider Ondamed treatments  Consider infrared sauna, detox (increase water intake, sweat, charcoal tablets) and
patient was given new patient packet of handouts.

Reviewed labs with patient and all questions addressed. Maxpulse, GPL-TOX, aldosterone, cortisol, and free testosterone
done in office today. LDA/CF 14c-7c given to take at home  First dose to be given in a controlled setting

**Follow-up:** 6 months

Patient specific education material given

_[signature]_
**NURSE**

Rx: ZENPEP (DIGESTIVE ENZYMES) 20,000U/109,000U/68,000U 1 Capsule three times each day for 30 days, 100, Ref. 6
Rx  SULFACETAMIDE 10% 1drop  o.u Solution every 3 hours w.a. PRN for 10 days, 1, Ref  6
Extended sig exists, see Medication List.
Rx· OCUFLOX 0.3% 1-2 Drops every 4 hours PRN for 30 days, 5, Ref. 6
Extended sig exists; see Medication List
Rx. DIAMOX 125MG for 30 days, 30, Ref. 6
Extended sig exists; see Medication List
Rx: AZASITE 1% 1 drop Solution daily PRN for 30 days, 1, Ref  6
Extended sig exists, see Medication List.

AR 664

## PROBLEM LIST

Patient Name: _Craig Parker_                          Date: 12.8.15

A) Borrelvosis: 18, 41, 58 IND 31, 39, #8

B) Endocrinopathy: #'s 28-30,

C) _____

D) #9, #23, Hypercoagulation

E) #7, shets yl3 son asthma

F) _____

G) _____

H) _____

1) Chronic inflammatory response

2) Flu symptoms, sinus, asthma

3) Muscle pain / spasms

4) Cognitive issues

5) Joint pain

6) Sensitive to sugar + carbs + wheat

7) Unable to tolerate most meds

8) Highly sensitive to chemicals ego paint thinner, gasoline, bleach

9) Petechia

10) Fatty liver

11) ANA +

12) Aldosterone: 3 of 7 StS = significant

13) Aldosterone, #30

14) Vasopressin: 8 of (3 StS

15) Vasopressin: Lead + arsmuth high urine provocation

16) SPECT - brain abnormal

AR 665

02/11/2016  12:48

17) Illness onset p̄ back surgery – 2008
18) Dad – DM
19) Depression + anxiety
20) Poor circulation
21) Gas heat, stove + water heater
22) Body temps avg. 97–8
#7 23) Thrombin Antithrombin complex as high, #27
24) Oxytocin : 14 of 38
#14 25) Vasopressin : 2015  1.0 [1-0-13.3]
26) Nasal CTS ⊕ for MARCANS
#5 27) T/A (N) 2015  3.7
28) Total + free testosterone low, 2015  30?  R46
29) Cortisol LHuR, 2015  10 [8-19]
30) Aldosterone LHuR, 2015  1.6 [<31]
31) _____
32) _____
33) _____
34) _____
35) _____
36) _____
37) _____
38) _____
39) _____
40) _____
41) _____

AR 666

Name: _Craig Parker_          Date: _12-8-15_

1. So far \138 of \173      feel better with ProArgi9+. Twice a day is a lot more effective than once a day. The top two improvements are fatigue or energy and cognitive symptoms (brain fog, memory loss, depression, anxiety, etc.) Patients also often sleep better, feel better in general and may have less pain.

2. Consider Ondamed. Ondamed is a machine made in Germany. James Denninghoff M.D. is an Ear, Nose and Throat (ENT) surgeon here in Columbia, and he has three Ondamed machines. His practice is "exploding" because of word of mouth about how much Ondamed therapy may help. I tried Ondamed treatments at Dr. Denninghoff's office and was extremely impressed. I called Dr. Kenneth Bock in Red Hook, New York. He has been using Ondamed therapy for fifteen (15) years and is favorably impressed with it. He said it is not a stand alone treatment, so other treatments such as antibiotics are also needed. He told me the top three medical problems Ondamed therapy helps are pain, fatigue and neurological problems. But there are one hundred seventy-eight (178) programs on current Ondamed machines, so many other diseases may be helped.

   Ondamed machines may diagnose medical conditions and treat them, using electricity. It is kind of like the Star Trek television series, in which patients are scanned but not touched by the Ondamed scanner. But the nurse or doctor is feeling your pulse as this is being done.

   So I strongly recommend you try to get an Ondamed machine evaluation, by a trained provider. The diagnostic capabilities may provide information that is new, and may affect testing or other treatments. ·

3. Consider Low Dose Antigen homeopathy. www.drshrader.com

4. Recent medical research indicates Claritin (loratadine) may kill Borrelia by interfering with manganese uptake by the bacteria. The usual dose is ten (10) mg once a day, but the effective dose is thirty (30) mg (three pills) once a day. The cutoff to be classified as "non drowsy" was arbitrarily set at ten percent (10%). At thirty mg twelve percent (12%) of patients became drowsy, which is not a significant difference. If you try Claritin I recommend you start with brand name at one (1) pill (ten mg). If you are not drowsy try two pills a day. If you are not drowsy try three pills a day. If you are not drowsy stay on that dose. Then try switching to generic loratadine. If you feel the same stay on loratadine. Ask your pharmacist if there are drug to drug interactions with any of your prescription medications and Claritin (loratadine). Do not take extra manganese. If a vitamin has manganese it is okay.

AR 667

(2)

5. Bill Rea MD

www.ehcd.con

02/11/2016 12:48

12/08/15 CRAIG PARKER███ /61

# ADDITIONAL INSTRUCTIONS FOR NEW PATIENTS

1. **Read the book "Conquering Chronic Fatigue" by Jonathan Forester, M.D. ISBN: 0-8037-3257-8**

2. Read the book "Prolo Your Pain Away!" by Ross A. Hauser, M.D ISBN: 0-9661010-0-6

3. Constipation is a condition that absolutely has to be fixed! The last thing you want or need is to have toxins in your colon reabsorbed back into the body. Start with magnesium citrate. Then add vitamin C. It is an antioxidant. Vitamin C detoxifies many toxins, which are high in most borreliosis patients tested. So you may kill a lot of birds with the vitamin C stone. Use buffered vitamin C to avoid stomach upset and smaller sized pills initially until you see how well you tolerate it. Start with 1000mg on day one and every day increase the dose by 1000mg until you get to the diarrhea stage or have side effects. Then decrease the dose a little bit until everything is just right. If the vitamin C does not cure the constipation add sorbitol (health food stores), raw honey, Fiber, castor oil, and/or water.

4. Read all of your handouts, if you are able, twice and have a family member read it as well

5. Patients on long-term antibiotics need to have tests done (CBC, CMP and UA) every four months to check the bone marrow, liver, kidneys, etc.

6. Strongly consider allergy testing. Borreliosis patients usually test allergic(99%) to almost all of the trees, grasses, molds and weeds. Allergies are an inflammatory disease and inflammation may be a significant part of why borreliosis patients are sick.

7. **Do as much of the detox protocol as possible without causing financial problems. Consider detox max plus. If you try it use 1/2 bottle once a week with 8 ounces of juice. most borreliosis patients test high in toxins such as lead, mercury, cadmium, tin and radioactive toxins. IV chelation works 20 times quicker.**

8. Consider prolotherapy for your pain. Prolo resolves about 80% of chronic pain. Treatments involve injecting dextrose (sugar) into ligaments, tendons and or joints. The dextrose causes a good inflammatory response, which enables the body to proliferate (prolo) cells in the ligaments and tendons. This proliferation therapy (prolotherapy) results in the ligaments and tendons becoming bigger, tighter and stronger. If a tendon is too loose then muscles have to tighten up to keep your body in proper alignment. A chronically tight muscle is a painful muscle. Prolo tightens tendons and lets the muscles relax so the pain goes away. The prolotherapy injections may help pain in the head, jaw, neck, shoulders, shoulder blade, collar bone, elbow, wrist, hand, fingers, thoracic spine, lumbar spine (lower back), pelvis, sacrum, hips, knees, ankles and feet. The number one thing patients tell me after they have tried prolo is that it was not as bad as they thought it would be. I have been doing prolo since 1997 and it is a big part of my practice. For more information on prolo go to www.caringmedical.com and click on "therapies" and then click on "Prolotherapy" or try www.prolonews.com. Also try www.getprolo.com

9. **Fatigue is the number two problem in borreliosis. Many of my patients feel less tired if they get B-12 shots. Most give themselves B-12 shots twice a week at their homes. In other words, when you get tired again, give yourself a B-12 shot, which is usually every 3-4 days. But, I have some patients that give themselves B-12 shots every other day or even every day. ATP-Option contains ribose, which is a sugar the cells in your body use to make ATP, which is a major source of energy. Try a teaspoon in the office for free (if you do not have a soy allergy). If it helps try it at home. You may feel less tired right away, or you may feel better hours later. MSM, L-Tyrosine, alpha lipoic acid (European) and Phoschol may help fatigue. Keep trying new options.**

10. **Eye symptoms are the fourth most common problem in borreliosis patients. Antibiotic eye drops, especially sulfacetamide (sulfa) are often very helpful. When you put in the eye drops, lie down for about 1-2 minutes so gravity will help some of the medicine to get to the back of the eye. This may help.**

AR 669

11. **Magnesium often helps muscle tightness or spasms and jerking or tremors. You need to use magnesium that is well absorbed to avoid diarrhea. Albion laboratories has 74 worldwide patents on their minerals because they are absorbed better. Albion has licensed their minerals to about 25** *companies such as Carlson or Solgar. Call around to your local health food stores. If you cannot find Albion magnesium, we have it in the Jiroffa brand. Start with one pill a day and add a magnesium every week until your muscles are better or until you develop diarrhea. If you develop diarrhea then reduce your dose until your bowel movements are just right. If possible try to divide your magnesium doses into 2 or 3 different times of the day to avoid diarrhea. Adding potassium to magnesium is often a* **helpful combination for muscle spasms or tightness.**

12. INSOMNIA - You have to sleep! I cannot help you if you do not. You may need to combine several things that help you sleep. You should get a sleep study test if you have not. Sleep apnea (stop breathing is common in my patients. If you have sleep apnea but do not tolerate CPAP, keep going back and try adjustments or get a second opinion. For sleep try melatonin and/or L-tryptophan and/or L-threonine and/or valerian root extract and/or evening primrose oil and/or herbs and/or Benadryl (diphenhydramine) and/or prescription sleep medications

13. **Do the food elimination and challenge diet. The top 5 are dairy, wheat, corn, eggs and soy. Food allergies are usually found in foods eaten on a regular basis. Pay attention to how you feel and to symptoms the 4 days you eliminate the food and on day 5 when you challenge the food. Identifying probable food allergies by the elimination and challenge diet may allow you to feel better by avoiding those foods. You should have someone around you on day 5 when you challenge the foods. They may** *see changes in you that you may not see in yourself.*

14. **Consider treatment for low metabolism (low thyroid) based upon a clinical diagnosis (low body temperatures, etc.) versus a laboratory diagnosis. Desiccated thyroid pills may have about a 85% response rate.**

15. **Take vitamin D3 at 5,000-10,000 units daily. Most adults need 10,000 units daily.**

16. *There are several effective treatments listed with their response rates.*
   - **Antibiotics 97%**
   - **Hormones 90%**
   - **Low Metabolism 85%**
   - **Allergy (inhalants) 83%**
   - **Low Dose Antigen (LDA) 83%**
   - **Heart (Proargi 9+) 83%**
   - **Heparin (hypercoagulation) 80%**
   - **Ondamed machines ?% (we don't have data back yet)**
   - **IV chelation (detoxification) 80%**
   - **Electromagnetic Field (EMF) avoidance ?% (we don't have data back yet)**
   - **Low Dose Immunotherapy (LDI) ?% (we don't have data back yet)**

17. **The more my patient do, the quicker they get better. So in the ideal world, you would do lots of testing. It really slows down your rate of improvement, if one or only a few tests are done.**

18. Some patients have lost weight by following the Leptin handout.

AR 670

Craig
Tarker

02/11/2016  12:48

RECOMMENDATIONS and OBSERVATIONS FROM QUESTIONNAIRES
Those circled.

Many borreliosis patients do not remember one tick bite in their entire life.  Only 31% get a "bulls-eye" rash after a tick bite.  Symptoms usually start after a physical or emotional trauma or stress.

Twitching around the eyes is very common.  In my opinion Bell's palsy is due to borreliosis until proven otherwise.  Past Strep throat or other Strep infections may still persist in you and be significant.

Eye problems are the number four problem borreliosis patient's battle.  Antibiotic eye drops are often very helpful.  If the sulfa eye drops do not help, you may try Ocuflox or Azasite eye drops

Ringing or noises in the ears is very common, and often one of the more difficult symptoms to resolve Olive oil drops in the ear canals helps sometimes, and may help ear pain, itching or hearing.

Urinary bladder problems sometimes respond to the supplement d-mannose.  Hematuria (blood in the urine) may be due to borreliosis, and urologists typically do not find another cause for the hematuria.

Magnesium is often magnificent therapy   Most Americans are low in it, if intracellular levels are tested. It may help constipation, muscle cramps or spasms, twitching, jerking, shaking, tremors, irregular heart rhythms or palpitations, headaches or migraines.  If you have one or more of these symptoms, start with one magnesium pill every day the first week, two magnesium pills a day the second week, and so on until the magnesium causes diarrhea.  Then reduce the dose of the magnesium until the diarrhea stops. It takes many patients about a year to normalize magnesium levels.  If you have constipation, you may need to use magnesium that is not absorbed very well.  One of my patients got up to 6,500 milligrams a day.  A pregnant patient with preeclampsia will get 30,000 milligrams of magnesium through an IV the first day, to give you a perspective.

Iodine deficiency is present in most Americans, if iodine challenge testing is done. Only one of my patients has tested normal for iodine  Start with ½ of a 12.5 milligram iodine (iodoral, etc.) tablet once a day, and try to gradually increase to two tablets twice a day. At 25 mg twice a day, it usually takes about a year to normalize iodine levels  Iodine kills germs, so it may cause a Jarisch- Herxheimer-like reaction in borreliosis patients. So gradually increase your doses in case you have a "Herx" reaction. When you go camping and you need to sterilize water in your canteen, you put iodine tablets in the water. Iodine in kelp supplements is in micrograms, not milligrams, so if you use kelp pay attention to the dose  Iodine often helps fibrocystic breast disease thickening in women. One of my patients told me after nine months of iodine at 25 mg twice a day, all of her thickening was gone. Another patient told me after seventeen months, her thickening was about 85% gone. In some ladies iodine does not help the thickening  After a year, if you decide to try the iodine, drop your dose to one a day

This material is copyright by Charles L. Crist MD and is not to be copied, except for your local physicians, and is not to be posted on a web site

12-8-15

(2)

If you have gastrointestinal symptoms, your answer is usually found in that section of your handout. If you try something such as digestive enzymes, and they do not help, try liquid aloe vera for example. If you have insurance that helps pay for prescription digestive enzymes, that will be cheaper. If not supplements of digestive enzymes will be *cheaper* All borreliosis patients should strongly consider trying the hydrochloric acid protocol, at some point in time *For some of my patients it has been almost miraculous, and it may cause a Herx reaction. In a research study patients with skin burns were given silver cream (Silvadene, etc.) or aloe vera topically. Silver kills all germs, but the burns treated with aloe vera healed quicker! So if you drink liquid aloe vera, it may be fantastic for your GI symptoms* Keep trying new options! Dr Sherry Rogers wrote a book, "No More Heartburn", but in it she teaches you how to heal the entire GI tract.

You have to sleep or I cannot help you. *Keep trying new treatments, either prescription or supplements, and you may need both. Keep a list of everything you have tried and document side effects and if it helped* Talk to your local doc about a possible sleep study. Talk to your pharmacist for suggestions.

Alcohol commonly makes borreliosis patients feel worse. If you are an alcoholic I probably cannot help you. If you crave beer you are probably allergic to corn. If you crave vodka you are probably allergic to potatoes and grapes if wine is your passion, etc. If you have a problem, avoid those foods that *correspond to your cravings. You crave that to which you are allergic, typically.* Foods to which you are allergic may raise endorphin levels in your brain, kind of like getting high or a fix or a buzz from alcohol.

Cognitive (brain) problems are the number three problem borreliosis patient's battle  Depression, anxiety, panic attacks, bipolar (manic depressive) disorder, obsessive compulsive disorder (OCD), paranoia, schizophrenia (psychosis), memory loss, brain fog, seizures, dementia and other cognitive problems are usually due to a brain infection (encephalitis or cerebritis) in borreliosis patients. *All of the antibiotics taken by mouth get into the brain through the blood vessels. So I am not worried about the blood-brain barrier.* Only one percent of my patients are on IV antibiotics

Shortness of breath is a classic symptom for neurotoxins (nerve toxins). But you should see a local doc to evaluate this if you have not. Borreliosis patients have blood clots more than healthy people.

Night sweats and chills are associated with babesiosis, as are fevers But any tick-borne infection may cause these, in my opinion There are very few symptoms unique to one germ.

Back pain usually gets better with antibiotics, but if you increase your vitamin D levels, there is a 75% chance it will help your back pain. I prefer blood levels be 80 to 120, which is the usual range found in lifeguards that are exposed to the sun. Patients are to start at 5,000 units of vitamin D3 (the active form) daily, but later when I check their blood levels, usually they have to go up to 10,000 units to get between 80 and 120 Poor absorption is common in borreliosis patients, so you may need even higher doses. Back pain or any pain gets better in 75% of patients that do not eat nightshade foods, and if you want to stay young looking, you may want to avoid them. Potatoes (white), tomatoes, bell peppers, eggplant, tobacco and several spices are in the nightshade family of plants.

(3)

Pain is the number one problem in borreliosis patients. If you break it down into joint pain, back pain, muscle pain, headaches, etc., then fatigue becomes the number one symptom. The Borrelia bacteria grow better at about 97 degrees, as opposed to the normal body temperature in humans of 98.6. So if you are sitting at home watching television or relaxing, try to induce a false fever in areas that hurt. You could wrap an electric blanket around a sore knee, or soak your feet in hot water.

Swollen glands (lymph nodes or adenopathy) would suggest possible Bartonella infection. But in my opinion, any tick-borne infection may cause this

Neurological symptoms are the number five problem, such as tingling, pins and needles sensations, numbness, seizures, coma, dementia, multiple sclerosis-like illnesses, Parkinson's-like illnesses and other neurological diseases. Antibiotics by mouth are usually helpful for neuroborreliosis.

Muscle weakness is very common. I probably have more ladies on testosterone than men. In both it good for weakness, fatigue, brain fog, memory loss, depression, anxiety, sometimes pain and libido.

Lightheadedness, dizziness, or balance problems are very common, especially when borreliosis patients sit up or stand, or with prolonged standing. It is due to lower levels of aldosterone usually. Aldosterone is one of the hormones from the adrenal glands, which sit up on top of the kidneys. Some other aldosterone deficiency symptoms include frequent urination, craving salt or salty foods, feeling better lying down than standing and low blood pressure. If you have some of these symptoms you would probably feel better with higher levels of aldosterone.

Weight gain happens to most borreliosis patients. Please read my weight loss handout for more information

Fatigue is the number one symptom of borreliosis, if you break the pains down into their various categories. It is the number one symptom for many diseases.

If your symptoms change, come and go, have good days and bad days and or migrate that is classic for borreliosis.

Research I did investigated what was the patient diagnosed with, before they were diagnosed with borreliosis? Number one was fibromyalgia, two was chronic fatigue, then rheumatoid arthritis and other chronic diseases of pain, fatigue, brain, eye and neurological problems

Allergies to antibiotics are usually not true allergies. It may be a drug side effect, but often it is a Jarisch-Herxheimer-like reaction. Borreliosis may cause a hives rash, even if you are not taking antibiotics.

Family histories of heart attack or stroke would argue for you to get tested for hypercoagulation. Most borreliosis patients have it, due to the infection. But the hereditary defects in hypercoagulation occur in 66% of borreliosis patients, versus 25% of healthy Americans. The infection panel (MOCHA) panel costs

AR 673

(4)

$399.00, and the basic hereditary panel costs $390.00, but if your family history is very strong you should consider additional genetic testing. Your priority is the infection panel, if you do one.

Yeast in the intestinal tract is something that you scored in the almost certain category. The reasons that I look at yeast symptoms is that number one cause is antibiotics and antibiotics is what we use to treat tick-borne infections, and I have two files full of articles showing that yeast will suppress the immune system, and by the time I meet a new borreliosis patient, they usually already have a suppressed immune system. I respect yeast, but in borreliosis patients it usually a minor player compared to the Borrelia. But we do not want your immune system to be weaker.

Water is something that you should consume in half of your body weight in ounces per day. I have learned to force myself to drink. Often I drink 2 to 3 quarts before I leave for work

Environmental causes of symptoms are common, so that is why I had you fill out the questionnaire. If you are significantly sensitive to chemicals, there is a treatment called neutralization. Go to www.aaemonline.org or www.ehcd.com for more information.

Low metabolism has a lot of the same symptoms as borreliosis. In low thyroid (hypothyroidism) the thyroid gland in your neck does not work properly, so the thyroid blood tests are abnormal. In low metabolism the thyroid gland and blood tests are normal, but the cells in the body may not convert the T4 thyroid hormone into the T3 thyroid hormone like it should. It appears to be a cell level problem, as opposed to a thyroid gland problem. Low metabolism is a clinical diagnosis, as opposed to a laboratory diagnosis. Thyroid blood tests are done to make sure you are not high thyroid (hyperthyroid).

Neurotoxins (nerve toxins) affect the optic (eye) nerve. You failed the F.A.C.T eye test, which most borreliosis patients fail. Use this to motivate yourself to detox, and use your detox handout.

Adrenal gland hormones are commonly low in borreliosis patients, and there is overlap in the symptoms. Chronic pain, fatigue or stress may suppress the adrenals.

Allergy symptoms usually surprise most borreliosis patients. The allergy questionnaire is quite extensive. Most of my patients have hidden allergies. Allergies put you in the TH-2 immune system, as opposed to the normal TH-1 immune system. The TH-2 immune system is a tremendously energy consuming immune system, so it causes significant fatigue. I treat allergies with allergy drops under the tongue, not with shots.

AR 674

Patients Name: *Craig Parker*  Date: *12·8·15*

02/11/2016  12:48

## OPTIONS TO HELP SYMPTOMS

Do not buy all of these at one time  The idea is to give you several different choices  If one does not work, try the next. Keep searching and odds are you will find effective treatments.  Dr  Crist does not promote use of supplements as cure, mitigation, treatment, or prevention of disease.

### FATIGUE

A. Vitamin B12 shots – 86% response rate. Most of my patients get more energy for 3 to 4 days. But a B12 shot may last 10 days or just 1 day.

B. Ribose – This is a sugar (not table sugar) your body uses to make ATP, and ATP is energy. It is called ATP option.

C. Phos Chol – This is phosphorous and choline (a B vitamin). Every cell membrane in your body is loaded with this (phosphatidylcholine). If you try a B12 shot, wait until it quits helping, then try all 3 Phos Chol at the same time, when you are tired.

D. MSM – This is methyl sulfonyl methane, which is made up of carbon, hydrogen and sulfur. So it is a fairly simple compound and economical. You need to take at least 6,000 mg a day. Some of my patients take 12,000 mg a day for example. Also take some molybdenum, which may be taken as a separate supplement, but is often in multiple vitamins.

E. SAMe – It is S adenosyl methionine. It dovetails with MSM to help with energy. But it is a pricey supplement, so many choose not to buy it.

F. L-tyrosine – It is an amino acid that may help with tiredness. Please reread your neurotransmitter protocol, for more information.

G. Water – Drink one quart of water quickly, within a few minutes. If you sip on it, the fatigue will not get better or not very quickly. I have learned when I get tired, it means I am dehydrated. My energy comes back immediately if I drink a quart of water rapidly.

H. Alpha Lipoic Acid – ALA helps the mitochondria inside your cells produce more energy. It also restores glutathione, which is the final common pathway to all antioxidants (vitamins C&E, etc.). ALA may restore the liver. Patients in liver failure have had their lives saved with ALA. Also it binds to toxic metals (lead, mercury, etc.) to help detoxify. ALA is both fat and water soluble, which is unusual. If you try it, follow the directions on the bottle; do not take over the maximum dose of 600mg twice a day. Higher doses of ALA may result in health risks including death.

I. Medium Chain Triglycerides – MCT's may help with tiredness. For comparison, if you eat a steak you are eating long chain triglycerides.

J. Acetyl-L-Carnitine- This may help fatigue, and may help to regrow nerves

K. Adrenal support supplements

02/11/2016 12:48

## PAIN

A  MSM – please read about this in the "FATIGUE" section.
B.  Glucosamine – This may help joint pain.
C.  Hyaluronic Acid – This may help joint pain
D.  Chondroiten _ This may help joint pain. If you buy a cheap brand, it may not be absorbed very well.
E.  Gelatin – (Knox, etc ) may help joint pain
F.  CM Plus – This is cetyl myristoleate or CMO. There are several brands. If CM Plus does not help, try other brands.
G.  Food Elimination /Challenge Diet – If you have not tried this, do it Go through the dairy, wheat, corn, eggs, soy and any other foods you eat on a regular basis. Foods often cause joint pain, muscle pain, headaches, etc. It is free! Just eat something else those 4 days you eliminate a food group
H.  Nightshade Challenge Diet – If you have not tried this, do so! There is a 75% chance your pains may be related to potatoes, tomatoes, eggplant, bell pepper, certain spices and or tobacco. It is free! You have to eat something!

## GASTROINTESTINAL  *Keep trying* –

A.  Try high doses of digestive enzymes and Probiotics, up to 75 billion, per day.
B.  Consider the hydrochloric acid protocol
C.  Read the book "No More Heartburn" by Sherry Rogers M.D. the website is (prestigepublishing.com)
D.  Try liquid aloe vera
E.  MSM
F.  L-glutamine (5,000mg doses)
G.  Follow the yeast protocol
H.  Consider allergy testing for food immune reactions IgE/IgA/IgG

## INFLAMMATION

I prefer "natural anti-inflammatory" supplements over NSAID's. Your local health food store probably has some options. We have "Inflamma-bLOX" or "AKBA Plus" available, if you want to try them.

William Meggs, M.D., has written a book on inflammation  He often lectures at environmental conferences I attend. This is a good book, balanced and well written, if you want more information.

Also take a supplement with multiple antioxidants.

## AUTONOMIC NERVOUS SYSTEM (ANS)

AR 676

The ANS is divided into two branches. The sympathetic branch is the so-called "fight or flight" nervous system. This branch is controlled mostly by adrenaline (epinephrine or norepinephrine). Most of our patients have too many sympathetic nervous system (SNS) effects. The parasympathetic nervous system (PNS) balances the SNS. Most of our patients test negative or low for the PNS, so they are "Sympathetic dominant". The PNS is mostly controlled by acetylcholine. "Acetyl" is carbon and hydrogen, and is found in vinegar or L-glycine. Choline is a B vitamin. Please reread this section in your Neurotransmitter Protocol.

Acetylcholine also gets better with deep breathing and valsalva maneuvers, such as holding your breath and bearing down to increase pressure in your chest and abdomen. It takes 28 days to form a new habit. Start trying to get in the habit of deep breathing 3 times a day. It is good for your health in general.

### pH (Acid/Alkali).

Your pH is acid. Any pH below 7.0 is acid, and above 7.0 is alkaline. I prefer your pH be above 7.0, and your blood pH is 7.4 to give you an idea of the ideal pH.

In general healthy people tend to be alkaline and sick people usually are acid. You may buy pH paper at health food stores. Along with saliva, you may monitor the pH of your urine (preferred). Read your handout on diet and pH. If a change in diet does not cure your acid pH, consider Tri-Salts (like baking soda in a capsule) or baking soda. You may put a teaspoon or tablespoon, for example, of baking soda in water, stir it and drink it. Try to find a dose that works.  Also, multiple mineral supplements or coral calcium may *help to raise your pH levels to alkaline.*

**Spasms/Tremors/Jerking/Shaking/Muscle pains/Headaches/Migraines**
* Magnesium
  Potassium
  Calcium
  Multiple Minerals

**Detox**
* Water
* Sweating
* Charcoal capsules (not at the same time of the day as prescriptions)
  cholestyramine (fat soluble toxins) (Rx)
  EDTA (Detox Max Plus, etc ) (For toxic metals   May help destroy biofilms)
  DMSA (For toxic metals)

AR 677

**Hormone Metabolite/Pathways**
DIM-Diindolmethane
1-3 Carbinol
Lauricidin

**Bladder**
D-mannose

**False fevers**
For example wrap an electric blanket around your feet or soak them in hot water. The
Borrelia grows better at 97 degrees, than at 98.6. Also, when your alarm goes off, you
may turn on your electric blanket on hot, hit your snooze alarm and go back to sleep.
Borreliosis patients often feel better if they get hot in the morning.
Ideal: Infrared sauna not made with woods that have aromas such as cedar or pine. Try to
use aspen wood, etc

**Blood Thinners**
Water
Fish oil (2000-8000 mg (day) (good quality, refrigerate)
Baby Aspirin (81 mg) in the middle of a meal
Lumbrokinase (Boluoke)
  To test if your lumbrokinase (Boluoke) dose is adequate, you may get a blood test called
****Alpha-2 Antiplasmin level****

| Level | Dose |
|---|---|
| 75-125 | one lumbrokinase twice a day |
| 125-150 | two lumbrokinase twice a day |
| >150 | two lumbrokinase three times a day |

In 2013, I found out lumbrokinase is about fifty to one hundred times more effective than
nattokinase, so I no longer recommend nattokinase.

AR 678

NAME: *Craig Parker*     DATE: 12.8.15

WEIGHT: 172

HEIGHT: 6'0"

BLOOD PRESSURE: 102/74

PULSE: _____

TEMPERATURE. _____

PH LEVEL: 6.5

GENERAL. ALERT & APPROPRIATE:
Does not look well – Initially was lying on the table - Looks better than before - Looks worse than before – Cane – Walker- Wheelchair – Walker- Looks tired – Thin – Dark room – Wearing sunglasses – Moves slowly – Up on table with difficulty

SKIN WARM & DRY:
Diaphoretic - Too dry – Dry over elbows – Dry over heels – Large hand veins - Swollen hand joints - Dusky skin-Rash- erythematous – macular – papular - diffuse-consistent with drug exanthem or contact dermatitis or eczema or psoriasis or a malar facial butterfly rash or acne or cellulitis – Brown spots- Palmer creases brown – Pale – White spots on the fingernails- UE myxedema –Livedo Reticulans

_Skin yellowish_          _Scar in tendons_

HEAD. NORMOCEPHALIC:
Tender over sinuses or temporal arteries or the posterior occipital area - Relief of the headache with pressure over temples or occiput - Scalp muscles are tender - TMJ pops and is tender - Scalp is tender - Scalp hair is thin – Lateral eyebrows are thin – Eyebrows thin – Tender stylomandibular ligaments – Left corner of mouth slightly lower – Right corner of mouth slightly lower.

EARS: CLEAR
Serous changes – Retracted – Erythemateous - External canals erthyemateous with an exudate – Cerumen – Dry (no cerumen) – tubes in place – Old TM scars – Subtle redness of eardrum.

EYES: PEERLA
Fundi benign - Conjunctiva erythematous with exudate - Vessel narrowing – Allergic 'shiners'

NOSE: CLEAR
Congested - Rhinorrhea (clear – yellow – green - bloody) - Superficial vessels

ORAL CAVITY: CLEAR:
Tongue coated (white – yellow - brown) - Geographic tongue – Gingivitis – Halitosis – Caries – Missing teeth – Dentures – Amalgams- Large tongue - Scalloped borders – Braces – White Patches - Thrush -

PHARNYX: CLEAR:
Erythematous - Cobblestoning - Tonsillitis – Exudate – PND (green – yellow - clear) - Soft palate petechia

NECK. NO ADENOPATHY OR THYROMEGALLY:
Adenopathy (tender – nontender – anterior – posterior – right - left) - Tender muscles (posterior – anterior – lateral - right – left. ) Tender C-spine – (Spinous processes / ligament – Facet joints) – Thyroid slightly enlarged – Thyroid enlarged – Thyroid Tender – Non-Tender - Goiter

HEART-RRR WITHOUT MURMUR:
Murmur (innocent flow – grades 1 2 3 4 5 6 systolic – diastolic - click) - irregularly irregular - Premature beats – Tones faint – Tachycardia -

1

AR 679

NAME: *Craig Parker*     DATE: 12·8·15

~~LUNGS: CLEAR WITH GOOD AIR MOVEMENT:~~
Clear with diffusely decreased breath sounds - Wheezes (faint –focal – right – left - diffuse – anterior – posterior - inspiratory - expiratory) – Rhonchi – (faint - focal - diffuse – anterior – posterior – inspiratory – expiratory - right - left)_____

~~ABDOMEN: NO ORGANOMEGALLY OR MASSES OR TENDERNESS WITH NORMAL BOWEL SOUNDS:~~
No bowel sounds - Tender (RUQ – RLQ – LUQ - LLQ) – epigastric - suprapubic - periumbilical - McBurney's point – middle – lateral - flank – rebound - percussion) – Hepatamegally – Splenomegally - Bruit - Mass_____

EXTREMITIES: NO EDEMA:
Edema (trace, 1+, 2+, 3+, 4+) Tender (muscles - joints) - Stressing the hip and range of motion (normal – pain - decreased) - Knee (Right / Left) (no laxity - tender when stressing the ligaments [medial and lateral collateral – cruciate] – tendon tenderness [suprapatellar – infrapatellar] – tender when palpating the collateral ligaments (lateral - medial) - McMurray's sign positive or negative - patellar grind or apprehension testing negative or positive – crepitus – Tender over ligaments and tendons – Hypothenar areas soft

TRUNK: NO CVAT.
Tender over the thoracic or lumbar spine or sacrum or sacroiliac joints – Tender over the iliac crests (Right / Left) – ileolumbar ligaments (Right / Left) – Sacrotuberus ligaments (Right / Left) – Sacrospinus ligaments (Right / Left) Tender over the paraspinous muscles in the thoracic or lumbar areas on the right or left with or without palpable or visible muscle spasm – Tender over the thorax (right – left - anterior – posterior – lateral – superior – inferior – sternal - parasternal – ribs – muscles – superior trapezius – clavical – scapular) – Range of motion of the thoracic or lumbar spine decreased or normal – Spine is straight or kyphotic or has scoliosis – Tender over the thoracic or lumbar facet joints_____

GENITALIA: NORMAL:
Circumcised – Uncircumcised – Testes tender or hydrocele or mass or one larger – Epididymis tender – Vagina normal or pap smear done or bimanual exam done (normal – cervicitis [mild – marked]) – Adnexa tender (mild – exquisitely) – Uterus tender or normal – Ovaries normal or enlarged_____

RECTUM: NORMAL:
Rectal fissure – Hemorrhoid – Prostate (normal – enlarged – tender)_____

NEUROLOGICAL: NORMAL:
Cranial nerves intact – tongue subtle left – tongue subtle right – right forehead raises better- left forehead raises better – right cheek puffs better– left cheek puffs better – bilateral lid lag – subtle right eyelid lag – subtle left eyelid lag – right forehead raises – left forehead raises better – right shoulder raises better – left shoulder raises better – right forehead wrinkles better – left forehead wrinkles better.

RIGHT PATELLAR DTR (0, 1+, 2+, 3+, 4+)
LEFT PATELLAR DTR (0, 1+, 2+, 3+, 4+)
RIGHT BICEP DTR (0, 1+, 2+, 3+, 4+)
LEFT BICEP DTR (0, 1+, 2+, 3+, 4+)
RIGHT ANKLE DTR (0, 1+, 2+, 3+, 4+, delayed relaxation phase)
LEFT ANKLE DTR (0, 1+, 2+, 3+, 4+, delayed relaxation phase)
RIGHT GRIP STRENGTH (0, 1+, 2+, 3+, 4+, 5+)
LEFT GRIP STRENGTH (0, 1+, 2+, 3+, 4+, 5+)
RIGHT ARM STRENGTH (0, 1+, 2+, 3+, 4+, 5+)
LEFT ARM STRENGTH (0, 1+, 2+, 3+, 4+, 5+)
RIGHT LEG STRENGTH (0, 1+, 2+, 3+, 4+, 5+)
LEFT LEG STRENGTH (0, 1+, 2+, 3+, 4+, 5+)
ROMBERG (Negative / Positive)

2

AR 680

# CHARLES L. CRIST, M.D.

## DOCTOR'S NOTES

Patient's Name: Craig Parker                    Date: 12-8-15

Clinical Correlations visit / Consult

### Symptoms for Craig Parker – December 2014

- Daily flu symptoms, intermittent stomach pain, nausea, and right flank pain (gall bladder removed in 2012)
- Recurrent sinusitis, polyposis, and recent startup of asthma
- Feverish chills without fever
- Eye pain (painful to move eyes), blurred vision, and double vision in 2014
- Intermittent muscle spasms and twitching, muscle pain (especially in neck and shoulders), joint pain (especially in knuckles), neuropathic pain in feet and forearms
- Intermittent tingling, cold, and numbness in hands and head, low BP, feeling of pressure in head, ringing in ears, passing out
- Intermittent brain fog, speech impairment, disorientation, panic, paranoia, and confusion
- Unable to tolerate most meds (especially antibiotics and antifungals)
- Highly sensitive to foods (especially wheat, carbs, and sugar) and chemicals (especially paint thinner, gasoline, and bleach)
- Angiokeratoma, varicocele, and petechia inside mouth and on skin

### Abnormal findings (past year)

- Dec 2014 – Equivocal Lyme blood tests (Igenex IFA and western blot)
- Dec 2014 – Hypoperfusion in brain temporal lobes (SPECT scan)
- Dec 2014 – Substantial biofilm in blood stain (Fry Labs)
- Dec 2014 – HLA-DR test shows genetic susceptibility to both mold and Lyme.
- Dec 2014 – IgG positive for. Epstein Barr virus, Mycoplasma pneumonia, Bordetella pertussis, Rocky Mountain Spotted Fever (very strong RMSF response, but IgM was negative for all)
- Dec 2014 – Antibodies present for Influenza A and B (last flu shot was in 2007)
- Dec 2014 – ELISA positive for Ochratoxin A and equivocal for Trichothecene mold mycotoxins
- Dec 2014 – High Citrobacter sp/Klebsiella Pneumoniae, low bile acids in stool (Comprehensive Stool and Digestive Analysis)
- Dec 2014 –Elevated AM cortisol (saliva cortisol profile)
- Jan 2015 ~ IgE = 755, ECP = 49, Niox = 169, severe asthma diagnosed
- Feb 2015 – Severe allergies diagnosed (skin tests)
- Mar 2015 – IgE = 493, severe allergies confirmed (IgE blood tests)
- Jun 2015 ~ Second sinus surgery for polyps and infection
- Jun 2015 - Stimulated cytokine test shows strong immune response
- Oct 2015 - Hormone test shows mildly elevated IGF-1 growth hormone
- Nov 2015 - Shoemaker mold tests reveal low VEGF, MSH, very high TGF-beta 1

### Early medical history

- Allergies and sinusitis from infancy.
- Lots of antibiotic use from infancy for bronchial/sinus infections.
- Tetracyclene for acne in 1980's which led to IBS and gastritis.
- May 1992 – First tick bite with rash (not bulls-eye) – 1 month doxycycline for flu symptoms.
- Dec 1997 – Mononucleosis lasted 6 weeks
- Jan 1999 – Surgery to correct deviated septum to reduce frequent sinus infections
- Sep 2001 – EGD for stomach pain shows duodenal ulcer– first started Nexium.
- Aug 2008 – Laminectomy relieves sciatic nerve pain - woke from surgery with restless leg syndrome.
- Jul 2009 – First noticed muscle spasms in left hamstring, and lack of flexor muscle control when descending stairs – MRI was normal, later found that this seems to be related to GI issues.
- Aug 2009 – Allergy shots discontinued after 13 years – allergies thought to be under control.
- Oct 2009 – EGD shows red irritated stomach and esophagus, colonoscopy removed 2 benign polyps
- Aug 2010 – Reflux thought to be causing hoarseness and sinus issues – switched from Nexium to Dexilant
- Sep 2010 – Heart murmur – echocardiogram was normal.
- Jan 2011 – Esophageal spasms – barium swallow esophagram looked fine, doubled dose of Dexilant.

- Jan 2011 – Esophageal spasms – barium swallow esophagram looked fine, doubled dose of Dexilant.
- Summer 2011 – Exposure to mold in old magazines, and numerous tick bites.
- Aug 2011 – Severe headaches, hemorrhoids, skin rashes, allergies, and stomach pain.
- Sep 2011 – EGD shows red irritated GE junction, colonoscopy OK.

**Current symptoms start**

- Oct 2011 – Sinus infection treated with Amoxicillin – current symptoms begin.
- Dec 2011 - Fungal smell in sinuses first noticed.
- Mar 2012 – After courses of Cephalexin, Doxycyclene, Levofloxacin, and Ceftin over 5 months, symptoms get worse and sinus troubles don't improve until started daily saline sinus rinse regiment.

**Digestion issues**

- Apr 2012 – Fatty liver noted on ultrasound, pre-diabetes shown by bloodwork, digestion issues suspected but stool sample normal. Started losing weight from 205 pounds
- May 2012 – Gall bladder removed after finding very low 12% ejection fraction – noticed that left leg problems were better while not eating after surgery, but stomach pain got worse day by day.
- Jun 2012 - First noticed that symptoms were much improved by discontinuing all meds. EGD shows possible candida esophagitis, but biopsy did not confirm.
- Aug 2012 – Esophageal pH monitor shows borderline reflux problem, but not serious enough to justify fundoplication surgery. Celiac disease or significant food allergies ruled out by allergist.
- Sep 2012 – First noticed oral thrush which recurred multiple times over next 2 years. Tried Welchol for bile reflux and it stopped symptoms for a month or two, but then started muscle spasms, muscle twitching, and lower right flank pain.
- Oct 2012 – Intestinal permeability tested normal, but weight loss continues at 175 lbs.
- Dec 2012 – Muscle spasms very bad, visited Mayo in Phoenix. Unable to get in to see GI doctor. Cognitive behavior therapy recommended, but later revealed my anxiety was due to illness rather than illness caused by anxiety. SSRI meds cause strong allergic reaction, nausea, and headache.

**Intestinal overgrowth**

- Feb 2013 – Alternating bouts of constipation and loose stools containing large clouds of off-white milky substance (Candida?). Intestinal overgrowth suspected – treated first with antifungals which helped symptoms.
- Mar 2013 – Rifaximin got bowels moving normally again, but other symptoms returned
- Apr 2013 – Started probiotics and carefully avoiding carbs and sugar in diet which helped stabilize symptoms over the next year, and seemed to greatly improve left leg mobility.
- May 2013 – Pillcam – small intestine looked normal.
- Jun 2013 – Digestion very poor – in spite of healthy diet and good appetite. Hair is not growing and weight is down to 155 lbs
- Jul 2013 – First noticed elevated ALT/AST (64/43) in bloodwork.
- Aug 2013 – Tried another round of Rifaximin along with Diflucan – symptoms remain, but bowels moving better again and weight finally stabilized at 160 lbs.
- Sep 2013 – Bad sinus infection from ragweed – Ceftin helped clear sinuses but seemed to make other symptoms worse.
- Oct 2013 – Started seeing naturopath – supplementing essential vitamins and minerals while we figure out problem.

- Nov 2013 – Rheumatologist found ANA positive (1:80), and dermatologist diagnosed angiokeratoma on scrotum
- Dec 2013 – Feeling as bad as I did in Dec 2012
- Feb 2014 – Itchy skin on back worsening and stools turned very pale
- Mar 2014 – EGD shows gastritis – very red, but only minor inflammation. H. Pylori suspected, but biopsies did not confirm. Internal ultrasound shows all organs normal.
- Apr 2014 – ALT/AST peaked at 70/61. Another sinus infection from tree pollen – Ceftin helped initially, but led to severe stomach pain and spasms. Switched to Nizoral which helped both sinuses and stomach very quickly and also helped other symptoms

### Antifungals/Biofilm/Double Vision

- May 2014 – After just one week of Nizoral, one week of Lamisil, and UltraClear protein powder for detox, ALT/AST dropped to 33/23, and has since stabilized. ANA also dropped back to 1:40. Symptoms better except food/med sensitivities are worse   Also noticing yellow-white slimy film with stools
- May 2014 – Continued antifungal therapy with Nystatin for two weeks. Added plant enzyme Interphase to break up biofilm, but combination of Interphase with Nystatin led to double vision which was diagnosed as 4th nerve palsy. EMG and MRI tests confirm normal brain, muscle, and nerve function. Suspect either enough biofilm was broken down enough to allow bacteria/fungal spread, or severe allergic reaction to meds.
- June 2014 – Started supplemental Vitamin D which has been deficient. Comprehensive stool analysis showed elevated IgA and presence of blood which correlates with feeling of irritated intestines. Found that returning to PPI meds greatly helps symptoms, but only for a few days until body starts to react to the meds. Varicoceles diagnosed by urologist – seems to be worse when allergies are bad.   Abdominal ultrasound normal – no fatty liver noted. Double vision is now gone in the morning, but slowly returns through the day.

### Chronic Inflammatory Response Syndrome

- July 2014 – Double vision much improved. Intestinal cramping and loose stools common. Severe sinus congestion and allergic response in spite of low pollen   Mayo in Minnesota found no GI related issues, but naturopath suspects adrenal insufficiency is now a problem. Organic acids test did show some trouble areas, and now considering CFD/FM to be root problem. Started Myer cocktail IV with Vitamin C, B-complex, magnesium
- Aug 2014 – Chronic sinus and bronchial inflammation remains after antibiotic – antifungal helps, but then bacteria grows back and the cycle continues. ENT found severe sinus staph infection especially around eyes – likely cause of eye pain, double, and blurred vision. Drainage would also seed stomach and intestines with fungus and bacteria. Sinus surgery performed – felt much better after a week.
- Sep 2014 – Sinus congestion, loss of smell/taste, pain above top teeth, and yellow mucous return.
- Nov 2014 – Sinuses worse in addition to asthma and yellow mucous in lungs. Allergist and ENT say that I am having a bad inflammation response, and fall pollen is big contributor. DNA testing reveals trouble with detox.
- Dec 2014 – Some improvement in sinus with antifungal/steroid sinus rinse and transdermal NAC/glutathione. Intestines functioning better, gaining weight again. Brain fog, asthma, and spasms continue. Started FIR Sauna. Ending the year feeling even worse than Dec 2012 and 2013.
- Jan 2015 - Anxiety and depression worse after job loss.  Stool sample looks more normal than previous test, but cortisol test shows adrenal fatigue. More extensive testing for tickborne illness underway.
- Feb 2015 – Tick testing shows possible exposure to Lyme, strong antigen response to RMSF, brain inflammation, and lots of biofilm. Asthma better with steroid inhaler. Sinus infection finally clears up, and all sinuses drain after flush. Oral thrush, esophagitis, and coating on tongue seem to be gone, and stools look normal. Long term disability starts for chronic fatigue disorder/fibromyalgia

- Mar 2015 – Feeling much better overall, smell and taste are back, and contemplating return to work until spring pollen started. Disability discontinued.
- Apr 2015 - Again, sense of taste and smell goes away, and all symptoms return. Allergies worse than I have ever experienced.
- May 2015 – Sinus xray confirms sinus infection has returned, starting Xolair for asthma.
- Jun 2015 - Second sinus surgery - even worse infection and polyps than last fall. Oral thrush, esophagitis, and coating on tongue return 2nd day after surgery.
- Jun 2015 – Stimulated cytokine test confirms chronic inflammatory response.
- Jul 2015 – Sinuses clean, but polyps starting to return – start Budesonide (helps without causing sinus pain).
- Aug 2015 - Sinuses improving some but other symptoms continue.
- Nov 2015 – Neuropsychological test at KU Med Center shows no loss of brain function.
- Nov 2015 – Blood tests confirm chronic inflammatory response - likely from mold and/or Lyme.
- Nov 2015 – Sinus culture shows large amount of multiple-antibiotic resistant coagulase negative staph – add Bactroban and EDTA to sinus rinse.

**Antibiotic/Antifungal History**

- Oct 2011 – Amoxicillin (makes me very sick – fever, extreme headache)
- Nov 2011 – Cephalexin 500 mG
- Jan 2012 – Doxycyclene 100 mG
- Jan 2012 - Levofloxacin 500 mG
- Feb 2012 – Ceftin 250 mG
- Mar 2012 – Doxycyclene 100 mG
- Feb 2013 – Cipro 500 mG/Nizoral 200 mG
- Mar 2013 – Rifaximin 550 mG/Fluconazole 100 mG
- Jul 2013 - Rifaximin 550 mG/Metronidazole 250 mG/Fluconazole 100 mG
- Sep 2013 – Ceftin 500 mG
- Oct 2013 – Nizoral 200 mG
- April 2014 – Ceftin 250 mG/Nizoral 50 mG
- April 2014 – Lamisil 250 mG
- May 2014 – Nystatin 500000 units (along with biofilm enzymes led to double vision)
- Aug 2014 – Cefdinir 300 mG (not tolerated well)
- Oct 2014 – Azythromycin (Z-pak) 250 mG for 5 days/Diflucan 100 mG (tolerated well, but did not work)
- Nov 2014 – Clarithromycin (Biaxin) 500 mG x2/Diflucan 100 mG for 21 days (discontinued after 12 days due to little change, and meds are making me sick)

## OXYTOCIN INSUFFICIENCY QUESTIONNAIRE

Name: _Craig Parker_    Date: _12/8/15_

02/11/2016    2:48

**HAVE YOU BEEN DIAGNOSED WITH OR FEEL YOU HAVE SYMPTOMS OF THE FOLLOWING:**

| | | YES | NO |
|---|---|---|---|
| 1 | Prader Willi syndrome (a congenital disorder) | ☐ YES | ☑ NO |
| 2 | Autism | ☐ YES | ☑ NO |
| 3. | Low estrogen states | ☐ YES | ☑ NO |
| 4 | Low thyroid T$_3$ | ☐ YES | ☑ NO |
| 5. | Depression | ☑ YES | ☐ NO |
| 6 | AIDS (HIV positive) | ☐ YES | ☑ NO |
| 7. | CMV infection (cytomegalovirus) | ☐ YES | ☑ NO |
| 8. | Multiple sclerosis (MS) | ☐ YES | ☑ NO |
| 9. | Fibromyalgia | ☑ YES | ☐ NO |
| 10. | Chronic stress situations | ☑ YES | ☐ NO |
| 11. | Chronic opioid use (Narcotics) | ☐ YES | ☑ NO |
| 12 | Parkinson's disease | ☐ YES | ☑ NO |
| 13. | Loneliness | ☐ YES | ☑ NO |
| 14. | Anxiety disorders | ☑ YES | ☐ NO |
| 15. | Some types of schizophrenia | ☐ YES | ☑ NO |
| 16 | Raynaud's phenomena | ☐ YES | ☑ NO |
| 17. | Cold hands and feet | ☑ YES | ☐ NO |
| 18 | Decreased orgasms in women | ☐ YES | ☑ NO |
| 19. | Decreased sex drive in women | ☐ YES | ☑ NO |
| 20. | Decreased penis sensitivity in men | ☐ YES | ☑ NO |
| 21. | Decreased cuddling | ☐ YES | ☑ NO |
| 22. | Pain | ☑ YES | ☐ NO |
| 23. | White (blanched) ears | ☐ YES | ☑ NO |
| 24 | Less desire to have relationships with people | ☑ YES | ☐ NO |
| 25. | Less socializing with people | ☑ YES | ☐ NO |
| 26. | Less eye to eye contact | ☑ YES | ☐ NO |
| 27. | Less attracted to other people | ☐ YES | ☑ NO |
| 28. | Stiffness | ☐ YES | ☑ NO |
| 29. | White complexion | ☐ YES | ☑ NO |
| 30. | Anxiety (not calm or relaxed) | ☑ YES | ☐ NO |
| 31. | Stress | ☑ YES | ☐ NO |
| 32. | Fearful | ☑ YES | ☐ NO |
| 33. | Short term memory is decreased | ☑ YES | ☐ NO |
| 34 | "Fibro-Fog" (brain fog with chronic pain) | ☑ YES | ☐ NO |
| 35. | Social memory is decreased | ☐ YES | ☑ NO |
| 36 | Decreased memories tied to emotions | ☐ YES | ☑ NO |
| 37. | Troubled relationships | ☐ YES | ☑ NO |
| 38 | Excess appetite | ☐ YES | ☑ NO |

1

# BORRELIOSIS (MASTERS DISEASE) QUESTIONNAIRE
## Dr Charles L. Crist M D.

NAME. _Craig Parker_                                    DATE _12/6/15_

CITY. _Olathe_          STATE _KS_   COUNTY _~~~~~~~~_   ZIP _66061_
                                                  _Johnson_

When was the last time you were healthy? _2011_

*Please place an X in the boxes below. (Y) is for yes and (N) is for no  If at any time in the past 10 years you have experienced any of these symptoms, whether or not they have stayed or recurred, then mark yes (Y)*

| | THE TICK BITE: | Y | N |
|---|---|---|---|
| 1 | Were you bitten by a tick? (Type of tick?) _Deer tick_ | ✓ | |
| 2 | Date of tick bite and locale. _1992 w/ symptoms. many times from 2006-2014_ | | |
| 3 | What body part was bitten by a tick? _various_ | | |
| 4 | Have you had a red spreading circular rash (bulls-eye) after the tick bite? _( no bulls-eye )_ | | ✓ |
| 5 | If yes, what size and what part of the body? _abdomen_ | | |
| | NECK / HEAD / FACE. | Y | N |
| 6 | Facial pain  - _sinus_ | ✓ | |
| 7 | Tingling of the nose, cheeks or face | | ✓ |
| 8 | Twitching of the face (which part) _eye lid_ | | ✓ |
| 9 | Headache, mild or severe (which) _both_ | ✓ | |
| 10 | Neck stiffness or pain (which) _both_ | ✓ | |
| 11 | Bell's palsy (facial paralysis) (one side of your face droops) _4th nerve palsy 2014_ | ✓ | |
| 12 | Sinus infection  - _frequent_ | ✓ | |
| 13 | TMJ, jaw pain or stiffness | | ✓ |
| 14 | Tooth pain not related to a cavity | | ✓ |
| 15 | Gum disease | | ✓ |
| 16 | Sore throat - even of brief duration | | ✓ |
| | EYES / VISION: | Y | N |
| 17 | Swelling around the eyes | | ✓ |
| 18 | Double vision | | ✓ |
| 19 | Blurred vision: one eye or both eyes (which) _both_ | ✓ | |
| 20 | Eye pain | | ✓ |
| 21 | Floaters in the eyes | | ✓ |
| 22 | Sensation of pressure behind the eye | | ✓ |
| 23 | Sensitive to light | | ✓ |
| 24 | Flashing lights in the corner or direct vision of your eyes | | ✓ |
| | EARS / HEARING: | Y | N |
| 25 | Increased hearing in one or both ears | | ✓ |
| 26 | Decreased hearing in one or both ears | ✓ | |
| 27 | Ear pain | | ✓ |
| 28 | Buzzing in the ears | ✓ | |
| 29 | Sounds diminishing and then coming back | | ✓ |
| 30 | Ringing in one or both ears (tinnitus) | ✓ | |
| | DIGESTIVE & EXCRETORY SYSTEMS: | Y | N |
| 31 | Irritable bladder (trouble starting or stopping urination) | | ✓ |
| 32 | Urine control problems (incontinence) _- mild leakage_ | ✓ | |
| 33 | Constipation | | |

AR 687

| DIGESTIVE & EXCRETORY SYSTEMS (con't): | Y | N |
|---|---|---|
| 34 | Diarrhea — *occasional* | | ✓ |
| 35 | Upset stomach (nausea or pain) | | ✓ |

| STATE OF MIND / MOODS: | | Y | N |
|---|---|---|---|
| 36 | Mood swings | | ✓ |
| 37 | Irritability | | ✓ |
| 38 | Cry easily | ✓ | |
| 39 | Unusual depression | ✓ | |
| 40 | Too much sleep (hours) | | ✓ |
| 41 | Too little sleep (hours) | | ✓ |
| 42 | Difficulty falling or staying asleep | | ✓ |
| 43 | Hangover worse after drinking alcohol (borreliosis symptoms worse after alcohol) — *stopped* | | ✓ |
| 44 | Nightmares | ✓ | |

| MENTAL CAPABILITY: | | Y | N |
|---|---|---|---|
| 45 | Memory decrease; short or long term (which) | ✓ | |
| 46 | Difficulty concentrating while reading | ✓ | |
| 47 | Disorientation (getting or feeling lost) | ✓ | |
| 48 | Going to the wrong place | ✓ | |
| 49 | Feeling as if you're losing your mind | ✓ | |
| 50 | Speech difficulty (slurred, slowing) | ✓ | |
| 51 | Stammering speech (trouble getting out words) | ✓ | |
| 52 | Confusion (explain) *disoriented* | ✓ | |

| CIRCULATORY / RESPIRATORY SYSTEMS: | | Y | N |
|---|---|---|---|
| 53 | Chest pains (where) — *esophageal spasms* | ✓ | |
| 54 | Shortness of breath — *asthma* | ✓ | |
| 55 | Cough dry or productive (which) — *asthma* | ✓ | |
| 56 | Heart palpitations (fast or irregular) | ✓ | |
| 57 | Heart skips beats | ✓ | |
| 58 | Night sweats | ✓ | |
| 59 | Unexplained chills | ✓ | |

| MUSCULOSKELETAL SYSTEM: | | Y | N |
|---|---|---|---|
| 60 | Muscle pain or aching (which) *both* | ✓ | |
| 61 | Muscle cramps (where) — *most common in shoulder, hamstrings* | ✓ | |
| 62 | Muscle stiffness (which ones) *neck / shoulder* | ✓ | |
| 63 | Leg aches = *muscle* | ✓ | |
| 64 | Back pain (where) *shoulder / lower back* | ✓ | |
| 65 | Back stiffness *shoulder* | ✓ | |

| JOINTS: | | Y | N |
|---|---|---|---|
| 66 | Joint pain (which ones) *knuckles* | ✓ | |
| 67 | Joint swelling (which ones) | | ✓ |
| 68 | Joint stiffness in the morning (which ones) *all over* | ✓ | |
| 69 | Joint stiffness during the day (which ones) | | ✓ |

| INFECTIONS: | | Y | N |
|---|---|---|---|
| 70 | Swollen glands (where) | | ✓ |
| 71 | Unexplained fevers (high or low grade) | | ✓ |
| 72 | Breast infection and / or discharge | | ✓ |
| 73 | Other infections (type & where) *sinus* | ✓ | |

AR 688

| NEUROLOGICAL SYMPTOMS: | | Y | N |
|---|---|---|---|
| 74 | Twitching of muscles (which) *all over* | ✓ | |
| 75 | Undiagnosed severe arm pain | | ✓ |
| 76 | Undiagnosed severe leg pain | | ✓ |
| 77 | Tingling, pins & needles sensation (where) *hands at night / top of head* | ✓ | |
| 78 | Tremor or unexplained shaking | ✓ | |

| NEUROLOGICAL SYMPTOMS (con't): | | Y | N |
|---|---|---|---|
| 79 | Numbness (where) *hands every night / top of head* | ✓ | |
| 80 | Stabbing sensations (where) *behind eyes* | ✓ | |
| 81 | Hot sensations on the body (where) | | ✓ |
| 82 | Burning like hot matches on the body (where) | | ✓ |
| 83 | Weak or partial paralysis (where) | | ✓ |
| 84 | Dizziness (with or without the room spinning) | ✓ | |
| 85 | Sensation in the inside of the head spinning (briefly) | | ✓ |
| 86 | Poor balance or difficulty walking | ✓ | |
| 87 | Increased motion sickness | ✓ | |
| 88 | Lightheaded | ✓ | |

| REPRODUCTIVE SYSTEM / SEXUALITY: | | Y | N |
|---|---|---|---|
| 89 | Sexual dysfunction | | ✓ |
| 90 | Loss of libido (sex drive) | | ✓ |
| 91 | FEMALES ONLY: | | |
| | Unexplained menstrual irregularity | | |
| | Undiagnosed or unexplained breast infection or discharge | | |
| 92 | MALES ONLY: | | |
| | Testicular pain | | ✓ |

| GENERAL WELL-BEING: | | Y | N |
|---|---|---|---|
| 93 | Unexplained weight change (how much ~~150~~ gain or (loss)) *55 lbs* | ✓ | |
| 94 | Has your weight returned to normal? *No* | | |
| 95 | Fatigue or tiredness (how severe) | ✓ | |
| 96 | Unexplained hair loss | | ✓ |
| 97 | Do your symptoms seem to change, come and go all the time (good days and bad days)? | ✓ | |
| 98 | Does pain migrate (move around) to different parts of the body? | | ✓ |
| 99 | Have you been told you have other diseases such as fibrositis, multiple sclerosis, rheumatoid arthritis, lupus, Alzheimer's, ALS, Lou Gehrig's, (fibromyalgia) chronic fatigue, dementia, psychological problems, old age, etc? (Please circle those that apply to you ) | | |
| 100 | Are there any symptoms not listed here or new symptoms that you haven't mentioned? (Please list): | | |
| 101 | How many physicians have you seen before diagnosed with borreliosis (Masters disease)? | | |
| | *25 - 30* | | |

AR 689

| | LIFESTYLE / ACTIVITIES: | Y | N |
|---|---|---|---|
| 102 | In the past 5 years have you traveled in Wisconsin, Minnesota or the Northeastern states around | ✓ | |
| 103 | Connecticut? | | |
| 104 | Do you live in or visit wooded areas? | ✓ | |
| 105 | Do you live on or visit a farm? | ✓ | |
| 106 | Do you mushroom hunt? | | ✓ |
| 107 | Do you hunt or fish? | | ✓ |
| 108 | Do you hike or camp? (where?) | | ✓ |
| 109 | Do you have or are you around cats, dogs, horses or other animals? (if so, what kind?) | | ✓ |
| 110 | Have you received a blood transfusion? (when?) | | ✓ |
| 111 | Have you donated blood? (when?) | | ✓ |
| 112 | Has this disease caused you to become disabled and not able to work? | ✓ | |
| 113 | At some time during your illness, have you been accused of having psychological problems? | | ✓ |
| 114 | What antibiotics have you taken for borreliosis (Masters disease)?  *See list* | ✓ | |
| 115 | Have any of these antibiotics helped your symptoms? | | ✓ |
| 116 | Have any antibiotics completely eradicated all of your symptoms? Which ones? How long did you take it? | | ✓ |
| 117 | If you have had a Jarisch-Herxheimer reaction (worsening of your symptoms while on antibiotics), how long did it affect you? *5-10 days* | ✓ | |
| 118 | Early on were your symptoms more 'arthritic' or neurological'? | | |
| 119 | Did you have the classic 'flu-like illness' after the tick bite? *1992* | ✓ | |
| 120 | Would you say that your disease progressed quickly or did you have months or years of rather vague, seemingly non-important symptoms? | ✓ | |
| 121 | Have you had a CT scan of the head? | | ✓ |
| 122 | Have you had an MRI of the head? | ✓ | |
| 123 | Do you have demyelination plaques or spots on an MRI exam of the head? | | ✓ |
| 124 | If you have seizures, have you had a positive EEG (electroencephalogram - brain wave) test? | | ✓ |
| 125 | With what specific types of seizures have you been diagnosed? | | ✓ |
| 126 | If you have seizures, are you aware the entire time you are seizuring (pseudoseizures)? | | ✓ |
| 127 | What anticonvulsant (anti-seizure) medication do you take? | | ✓ |
| 128 | Does your anti-seizure medication work at controlling them? | | — |
| 129 | Have you had a spinal tap? | | ✓ |

***Note  If you have had spinal fluid studies or testing of any kind, please bring a copy of the results with you.***

**\*\*ALL PATIENTS\*\***:  Please list your top 4 symptoms in order of severity (From the worse to the least severe):

| 1 | Chronic inflammatory response - Flu symptoms, sinus asthma |
|---|---|
| 2 | muscle pain / spasms |
| 3 | Cognitive issues |
| 4 | Allergies, asthma, joint pain |

AR 690

Patient Name _____ *Crazy Parker* _____

## SUPPLEMENT TO THE BORRELIOSIS QUESTIONNAIRE

PLEASE NOTE· The first four pages of this questionnaire have been filled out by about seven thousand (7,000) borreliosis (Masters' disease) patients  As the years have gone by (since 1988) there has been a tremendous increase in knowledge  So this supplement is designed to include new information, and make your office visit far more efficient and _effective_.  I know it is a pain to fill out all of these questionnaires, but the key to practicing medicine and helping patients is the history, or what patients say and write.  These questions help to shed light on why you are sick, so please be patient and supportive  If any of the questions do not apply to you, please leave them blank.

---

130.  Have you ever had one <u>known</u> tick bites, in your entire life? ___✓___ yes _____ no
      If yes, please give a rough estimate of how many tick bites you think you may have had.
      ___50___

131.  Have you ever had a <u>known</u> strep infection?        _____ yes _____ no  ?
      If yes, about how many times have you had strep?    _____  ?
      Have you had rheumatic fever?                       _____ yes __✓_ no
      Have you had scarlet fever, or a scarletina rash?   _____ yes __✓_ no
      If you do not have a history of <u>known</u> strep, do you think you probably had a past strep infection(s)?                                        __✓__ yes _____ no

132.  Have you had a past Staph infection?                 __✓__ yes _____ no

133.  If you have floaters in your eyes, would you please describe the shape of them?
      _____ rod shaped _____

134.  If you had bladder symptoms, do they still persist?  __✓__ yes _____ no  intermittent

135.  If you had constipation, does it still persist?
      _____ yes _____ no _____ comes and goes

136.  If you had diarrhea, is it still a chronic problem?  rarely
      __✓__ yes _____ no _____ comes and goes

137.  If you had nausea or stomach problems, do they still persist?
      __✓__ yes _____ no _____ comes and goes

138   If you checked off both too much sleep and too little sleep, which one tends to fit you better?    _____ too much _____ too little

139   If you checked off chest pain, has your local physician tested your heart?
      __✓__ yes _____ no
      If you have chest pain, do you have risk factors for a heart attack? _____ yes __✓_ no

AR 691

02/11/2016    12:48

140.   Are your muscles weak?                                   _____ yes   __✓__ no

141.   If you have dizziness, poor balance, or feel lightheaded, are they significant?
       __✓__ yes   _____ no
       Do they sometimes get worse when you sit up, stand up or stand for a prolonged time?
       __✓__ yes   _____ no
       Do you have frequent urination?                          _____ yes   __✓__ no
       Do you crave salt or salty foods?                        _____ yes   __✓__ no
       Do you feel better lying down than standing?             _____ yes   __✓__ no
       Do you have low blood pressure?                          __✓__ yes   _____ no
       Do you have high blood pressure?                         _____ yes   __✓__ no
       Do you have a rough idea what your blood pressures tend to run (such as 110/60, etc)?
       _Improving over past year from 100/60 to 120/70_
       Do you get tired when you are standing or active on your feet?   _____ yes   __✓__ no

142.   If you are a lady, have you gone through menopause (the change) yet?
       _____ yes   _____ no
       If yes, about how long ago?   _____
       If no, what was the first day of your last cycle?   _____

143.   Do you have a history of cancer?            _____ yes   __✓__ no
       Pre-cancerous lesions?                      _____ yes   __✓__ no

144.   If you are a man, do you have an enlarged prostate (BPH)?   __✓__ yes   _____ no

145.   If you were diagnosed with fibromyalgia, was a tender point exam done?
       _____ yes   __✓__ no
       If yes, did you meet the criteria?                _____ yes   _____ no
       Was it done by your primary care provider?        _____ yes   _____ no
       Was it done by a rheumatologist?                  _____ yes   _____ no
       Other?   _____                    _____ yes   _____ no

146    If you are a lady, are you current on your female (GYN) exams?   _____ yes   _____ no
       Mammograms?                                                      _____ yes   _____ no

147    If you are a man, have you had a PSA (prostate) blood test done?   __✓__ yes   _____ no
       If yes, get a copy of your most recent PSA and bring it with you to your appointment.
       If you had had more than one PSA test, are the numbers fairly stable?
       __✓__ yes   _____ no   Or trending higher?   _____ yes   _____ no

148.   Have you  been told this illness is all in your mind?      _____ yes   __✓__ no

149    Have you been told you need a psychologist or psychiatrist?   __✓__ yes   _____ no

150.   Have you been told to get on with your life, get a hobby, pull yourself up by your
       bootstraps, or insinuations such as these?                 __✓__ yes   _____ no

AR 692

02/11/2016  12:48

151    Have you been told there is no "Lyme disease" where you live? ____✓ yes ____ no

152.    Have you been told there are no tick-borne infections where you live?
____✓ yes ____ no

153.    Have your medical care givers refused to order tests for "Lyme disease"?
____✓ yes ____ no

154.    Have you requested a Western Blot for "Lyme disease", but your medical caregiver
insisted on ordering a screening test (EIA, ELISA, IFA, etc.)? ____✓ yes ____ no

155    Did you request a certain reference laboratory be used for your "Lyme disease" test(s),
but your medical caregiver refused? ____ yes ____✓ no

156.    Have you been told you cannot have "Lyme disease" because you did not remember a
tick bite, have a bulls-eye rash, have a swollen joint, or any other symptom that
supposedly excluded a tick-borne infection? ____✓ yes ____ no
If yes, what were you told excluded you from having "Lyme disease"?
_____ "No Lyme in KC area" +
_____ "Igenex is not reliable lab - lots of false positives"
_____ "RMSF IgG doesn't mean you had RMSF - other forms of
_____ this bacteria can show up in test"
_____
_____

157.    Have your medical caregivers been rude to you, when you mentioned "Lyme disease"?
____ yes ____✓ no

158.    Have you medical caregivers been caring, compassionate, supportive, and truly tried to
investigate why you do not feel good?
____✓ yes ____ no    ( most )

159    Overall, what is your opinion of traditional, orthodox Western (American) medical care?
_____ Too focussed on quick fixes and drugs -
_____ not integrative
_____
_____
_____
_____
_____
_____
_____

Page 3 of 4

AR 693

160. If you had a spinal tap, was it done to test for "Lyme disease"? _____ yes _____ no

*Not done*

161  If you had a spinal tap, and your CSF (cerebrospinal fluid) was normal, were you told you cannot have "Lyme disease"? _____ yes _____ no

162. Have you ever had a reaction to any vaccine? _____ yes ✓ no
If yes, which vaccine, and how bad was it?_____

_____

_____

_____

163. If you drink soda (soda pop), which brands? *No . but used to* _____

_____

Regular?    ✓ yes _____ no

Diet?    _____ yes _____ no

164. Do you drink any other beverages with artificial sweetener? _____ yes ✓ no
If yes, which ones?_____

_____

165. Does sunlight make you sick? _____ yes ✓ no

166. Does Vitamin D make you sick? _____ yes ✓ no

Page 4 of 4

AR 694

# *HISTORY*

*Please print clearly and fill out all information below throughout this questionnaire*
*Please fill in all the blank spaces or circle the appropriate answers that apply*

## PERSONAL HISTORY:

NAME OF PATIENT _____Craig Parker_____     DATE: _12/6/15_

AGE. _54_          DATE OF BIRTH: ▬▬▬_1961_     SEX: _____

WHAT IS THE MAIN MEDICAL PROBLEM FOR WHICH YOU ARE BEING SEEN?_____
____Chronic illness past 4 years_____

HOW LONG HAVE YOU HAD THE PROBLEM? _4 years_____

## PAST MEDICAL HISTORY:

PLEASE CIRCLE ANY SURGERIES THAT YOU MAY HAVE HAD.

- □ APPENDIX
- □ BREAST BIOPSY
- □ EAR TUBES
- (GALLBLADDER) 2012

- □ HEART BYPASS
- □ HERNIA (Right / Left)
- □ HYSTERECTOMY
- □ OVARIES (Fibroids / Bleeding / Cyst

- □ TONSILLECTOMY
- □ WISDOM TEETH
- □ ROOT CANAL

HAVE YOU HAD ANY OTHER SURGERIES? _Deviated Septum 1999_
_Laminectomy 2009_
_Sinus 2014 / 2015_

HAVE YOU HAD ANY HOSPITALIZATIONS FOR MEDICAL PROBLEMS THAT DID NOT INVOLVE SURGERY?
□ YES  ☑ NO

IF YES, FOR WHAT? _____

1

AR 695

WHAT PRESCRIPTION MEDICATIONS DO YOU TAKE?    *See list*

MEDICATIONS:                DOSE: (milligrams)              PER DAY:

_____       _____           _____
_____       _____           _____
_____       _____           _____
_____       _____           _____
_____       _____           _____
_____       _____           _____
_____       _____           _____
_____       _____           _____
_____       _____           _____

WHAT OVER THE COUNTER MEDICATIONS OR SUPPLEMENTS DO YOU TAKE?

MEDICATIONS:                DOSE:(milligrams)  *See list*    HOW OFTEN:

_____       _____           _____
_____       _____           _____
_____       _____           _____

ANY KNOWN MEDICATION ALLERGIES?  *Many sensitivities*
_____
_____

ARE THERE ANY MEDICATIONS THAT YOU CANNOT TOLERATE?  *Antibiotics / Antifungals*
*for past 2 years*

DO YOU HAVE ANY <u>RESPIRATORY OR INHALENT</u> ALLERGIES?

☑ (DUST)        ☑ (POLLEN)       ☐ DOGS
☑ (MOLD)        ☑ (RAGWEED)      ☐ OTHER  _____
☑ (MILDEW)      ☑ (CATS)

ARE THE ALLERGIES SEASONAL?        ☑ (YES)    ☐ NO

IF YES, DO YOU DO WORSE           ☐ INSIDE   ☑ (OUTSIDE)

DO YOU HAVE ANY FOOD ALLERGIES?   ☑ (YES)    ☐ NO

PLEASE LIST ANY FOOD ALLERGIES:  *Many*
_____
_____
_____

Name  *Craig Parker*                   2                    Date  *12/6/15*

AR 696

*FAMILY HISTORY:*

WHO IN YOUR FAMILY HAS HAD AN MI (Heart attack) (parents and siblings only, please do not include grandparents)

RELATION:                          AGE WHEN MI OCCURRED*                          *RISK FACTORS
                                                                                      (see below)

_____            _____            _____
_____            _____            _____
_____            _____            _____
_____            _____            _____

*RISK FACTORS IN YOUR FAMILY MEMBERS THAT HAD A HEART ATTACK OR STROKE ARE:

- Cigarettes
- High Blood Pressure
- High Cholesterol
- Diabetes
- Family History for MI below the age of 55 in men and below 65 in women

WHO IN YOUR FAMILY HAS HAD A STROKE? (Parents and siblings only, please do not include grandparents)

RELATION:                          AGE WHEN STROKE OCCURRED·                          *RISK FACTORS
                                                                                      (see above)

_____            _____            _____
_____            _____            _____
_____            _____            _____
_____            _____            _____

WHO IN YOUR FAMILY HAS HAD ANY OF THE FOLLOWING CANCERS?

COLON: ___Grandmother_____

PROSTATE: _____
BREAST: _____
CERVIX, UTERUS, OVARIES: _____

ARE THERE ANY OTHER DISEASES THAT RUN IN YOUR FAMILY? ___Diabetes - dad___
_____
_____

*SOCIAL HISTORY:*

DO YOU SMOKE CIGARETTES NOW?                    ☐ YES            ☐ NO

- IN THE PAST? ☐ YES ☐ NO
- IF SO, WHEN DID YOU QUIT? _____
- IF CURRENTLY SMOKING, HOW MANY YEARS? _____
- WHAT WAS YOUR AVERAGE OVER THOSE YEARS? ☐ ½ pack a day        ☐ 1 pack a day
  ☐ 1-1½ pack a day      ☐ 2 packs a day      ☐ other _____
- DO YOU USE ANY OTHER FORMS OF TOBACCO?    ☐ YES            ☐ NO

Name ___Craig Parker_____            3            Date __12/6/15__

AR 697

- HAVE YOU EVER CONSUMED ALCOHOL? ☑ YES   ☐ NO
- IF YES, DO YOU STILL DRINK?   ☐ YES   ☑ NO
- IF NO, WHEN DID YOU QUIT? _2012_
- IF STILL DRINKING ALCOHOL, WHAT IS A TYPICAL / AVERAGE CONSUMPTION FOR YOU?

  | 1 – 2 – 3 - 4 – 5 | beers per. | day – week – weekend – month – year |
  | 1 – 2 – 3 - 4 | six-packs per. | day – week – weekend – month – year |
  | 1 – 2 – 3 - 4 | fifths per: | day – week – weekend – month – year |
  | 1 – 2 – 3 - 4 | glasses of wine per: | day – week – weekend – month – year |
  | 1 – 2 – 3 - 4 | bottles of wine per: | day – week – weekend – month – year |

- OTHER? _____

- CIRCLE THE NUMBERS THAT APPLY, IF ANY.

  1  Have you ever felt that you ought to cut down on your drinking?
  2  Have people annoyed you by criticizing your drinking?
  3  Have you ever felt bad or guilty about your drinking?
  4. Have you ever had a drink first in the morning to steady your nerves or get rid of a hangover (eye-opener)?

- HAVE YOU EVER USED STREET DRUGS SUCH AS MARIJUANA?  ☐ YES   ☑ NO
- IF YES, ARE YOU STILL TAKING STREET DRUGS   ☐ YES   ☑ NO
- DO YOU LIVE ALONE?   ☐ YES   ☑ NO
- IF NO, WITH PARENTS?   ☐ YES   ☐ NO
- WITH SPOUSE?   ☑ YES   ☐ NO
- ARE YOU WIDOWED?   ☐ YES   ☑ NO

HAVE YOU EVER WORKED OUTSIDE THE HOME?  ☑ YES   ☐ NO
HAVE YOU EVER WORKED INSIDE THE HOME (homemaker) ☐ YES   ☑ NO

WHAT IS YOUR CURRENT JOB?   _None_

WHAT HAVE BEEN YOUR PREVIOUS JOBS?  _Engineer_

### HEALTH SCREENING:

_DPT_
- WHEN WAS YOUR LAST TETANUS SHOT?  _2_ MONTHS  _____ YEARS
- IF UNSURE, DO YOU THINK THAT IT HAS BEEN OVER TEN YEARS? ☐ YES   ☐ NO

- DO YOU GET A YEARLY INFLUENZA (Flu) SHOT?   ☐ YES   ☑ NO
- IF NO, ARE YOU REGULARLY EXPOSED TO THE GENERAL PUBLIC?   ☐ YES   ☑ NO

HAVE YOU HAD A PNEUMONIA (Pneumovax) SHOT?   ☑ YES   ☐ NO
HAVE YOU HAD A HEPATITIS B SHOT?   ☑ YES   ☐ NO
HAVE YOU HAD A TB (Tuberculosis) SKIN TEST?   ☑ YES   ☐ NO
HAVE YOU HAD ROUTINE CHILDHOOD IMMUNIZAIONS?   ☑ YES   ☐ NO
HAVE YOU HAD A SECOND MEASLES SHOT?   ☑ YES   ☐ NO
WHEN WAS YOUR LAST RECTAL EXAM?   _2_ Months _____ Years _____ Never
BREAST EXAM? (WOMEN)   _____ Months _____ Years _____ Never
MAMMOGRAM? (WOMEN)   _____ Months _____ Years _____ Never
PAP SMEAR?   (WOMEN)   _____ Months _____ Years _____ Never

Name _Evan Parker_          4          Date _12|6|15_

HAVE YOU EVER BEEN SCREENED FOR BLOOD IN THE STOOL BY HEMOCULT CARDS? ☐ YES ☐ NO
HAVE YOU EVER HAD A FLEXIBLE SIGMOIDOSCOPY?    ☐ YES ☐ NO
HAVE YOU EVER HAD A COLONOSCOPY?    ☐ YES ☐ NO

## REVIEW OF SYMPTOMS:

ARE THERE ANY MEDICAL PROBLEMS THAT YOU HAVE HAD OR CURRENTLY HAVE THAT WE HAVE NOT ASKED ABOUT? _____

_____

_____

_____

_____

CIRCLE ALL THE NUMBERS FOR THE SYMPTOMS THAT APPLY TO YOU

1. Depressed mood most of the day, nearly everyday (e.g. feels sad or empty) or (e.g. appears tearful). NOTE: In children and adolescents may be an irritable mood. Do you feel down or depressed?
2. Markedly diminished interest or pleasure in all or almost all activities, most of the day. Have you lost interest in things you used to enjoy?
3. Significant weight loss when not dieting, weight gain (e.g. – a change of more than 5% of body weight in a month), or a decrease or increase in appetite nearly everyday?
4. Insomnia or hypersomnia (sleep too much) nearly everyday?
5. Are you hyper or sluggish?
6. Fatigue or loss of energy nearly everyday?
7. Feelings of worthlessness or excessive or inappropriate guilt nearly everyday?
8. Diminished ability to think or concentrate, or indecisiveness nearly everyday?
9. Recurrent thoughts of death (not just fear of dying), recurrent suicidal thoughts without a specific plan or a suicide attempt or a specific plan for committing suicide?

1. Anxious (Worries, anticipation of the worst, fearful anticipation, irritability).
2. Tension (Feeling of tension, fatiguability, startle response, moved to tears easily, trembling, feeling restlessness, inability to relax).
3. Fears (Of the dark, strangers, of being left alone, of animals, of traffic, of crowds).
4. Insomnia (Difficulty falling asleep, broken sleep, unsatisfying sleep, fatigue on waking, dreams, nightmares, night terrors).
5. Intellectual (Cognitive) (Difficulty in concentration, poor memory).
6. Depressed mood (Loss of interest, lack of pleasure in hobbies, depression, early waking).
7. Somatic (Sensory) (Ringing or buzzing in the ears, blurring of vision, hot or cold flushes, feelings of weakness, picking sensation).
8. Cardiovascular symptoms (Fast heart beat, palpitations, pain in the chest, throbbing of vessels, fainting feelings, missing beat).
9. Respiratory symptoms (Pressure or constriction in chest, choking feelings, sighing, shortness of breath)
10. Gastrointestinal symptoms (Difficulty in swallowing, wind, abdominal pain, burning sensations, abdominal fullness, nausea, vomiting, looseness of bowels, loss of weight, constipation).
11. Genitourinary symptoms (Frequency of urination, urgency of urination, change in menstrual cycles or pain with them, development of frigidity, premature ejaculation, loss of libido, impotence).
12. Autonomic symptoms (Dry mouth, flushing, pale, tendency, to sweat, giddiness, tension, headache, raising of hair).

Name ___Craig Parker___     5     Date ___12/6/15___

AR 699

NOTE: This next part is modified from *"The Yeast Connection"*, a book by William Crook M.D

**SECTION A – HISTORY:** _____

*PLEASE ANSWER THIS SECTION ACCORDINGLY AND TOTAL YOUR SCORES:

Circle what may apply to you                                                                      Point Score

1. Have you taken tetracycline (Sumycin, Panmycin, Vibramycin, Minocin, etc) or other
   antibiotics for acne for 1 month (or longer)?_____    35

2. Have you at any time in your life taken other "Broad Spectrum" antibiotics for respiratory
   (ear infections, sore throats, bronchitis, pneumonia), urinary (bladder or kidney) or other
   infections (for 2 months or longer or in shorter courses 4 or more times in a 1-year period)?
   Has there ever been a time or medical condition for which you have taken a lot of antibiotics?
   Have you ever been on IV (Intravenous) antibiotics?_____    35

3. Have you ever taken a broad-spectrum antibiotic drug, even a single dose?_____    6

4. Have you at any time in your life been bothered by persistent prostatitis, vaginitis,
   (Prostate or vaginal infections) or other problems affecting your reproductive organs?____    25

5. Have you been pregnant?
   - 2 or more times?_____    5
   - 1 time? _____    3

6. Have you taken birth control pills?
   - For more than 2 years?_____    15
   - For 6 months – 2 years? Did you not tolerate birth control pills?_____    8

7. Have you taken steroids? (Prednisone, Decadrone or other Cortisone-type drugs)
   - For more than 2 weeks or had a steroid (cortisone) shot in a joint or trigger point
     injection?                                                                             15
   - For 2 weeks or less?_____    6

8. Does exposure to perfumes, insecticides, fabric shop odors and other chemicals provoke.
   - Moderate to severe symptoms?_____    20
   - Mild symptoms?_____    5

9. Are your symptoms worse on damp, muggy days or in moldy places?_____    20

10. Have you had athlete's foot, ringworm, 'jock-itch' or other chronic fungus infections of the
    skin or nails? Have such infections been:
    - Severe or persistent?_____    20
    - Mild or moderate?_____    10

11. Do you crave sugar? Do you have a sweet tooth? Do you really like sweets but intentionally
    avoid them? Does eating sugar or sweets cause or worsen any of your symptoms?_____    10

12. Do you crave breads?_____    10

13 Do you crave alcoholic beverages?_____    10

14. Does tobacco smoke really bother you?_____    10

**TOTAL SCORE (FOR SECTION A):** _____    121

Name __Craig Parker_____        6        Date __12/6/15__

## SECTION B - MAJOR SYMPTOMS:

For each of you symptoms enter the appropriate figure in the Point Score column:

- If you <u>do not</u> have it put a zero._____Score 0 points
- If a symptom is occasional or mild._____Score 3 points
- If a symptom is frequent and/or moderately severe _____·_____Score 6 points
- If a symptom is severe and/or disabling._____Score 9 points

ADD THE TOTAL SCORE AND RECORD IT IN THE BOX AT THE END OF THIS SECTION

Point Score

| | Symptom | Score |
|---|---|---|
| 1. | Fatigue or lethargy | 6 |
| 2. | Feelings if being 'drained' | 3 |
| 3. | Depression | 3 |
| 4. | Poor Memory | 3 |
| 5. | Feelings 'spacey' or 'unreal' | 3 |
| 6. | Inability to make decisions | 3 |
| 7. | Numbness, burning or tingling | 6 |
| 8. | Headache | 3 |
| 9. | Muscles ache | 6 |
| 10. | Muscles weakness or paralysis | |
| 11. | Pain and/or swelling in joints | 6 |
| 12. | Abdominal pain | 3 |
| 13 | Constipation | |
| 14. | Bloating, belching or intestinal | 3 |
| 15. | Troublesome vaginal burning, itching or discharge | |
| 16. | Prostatis | |
| 17. | Impotence | |
| 18. | Loss of sexual desire or feeling | 3 |
| 19. | Endometriosis or infertility | |
| 20. | Cramps and/or other menstrual irregularities | |
| 21. | Premenstrual tension, PMS | |
| 22. | Attack of anxiety or crying | 3 |
| 23. | Cold hands or feet and/or chilliness | 3 |
| 24. | Shaking or irritable when hungry | |

**TOTAL SCORE (FOR SECTION B):**     57

## SECTION C - OTHER SYMPTOMS:

| | Symptom | Score |
|---|---|---|
| 1. | Drowsiness | |
| 2. | Irritability or jitteriness | |
| 3. | Incoordination | |
| 4. | Inability to concentrate | 6 |
| 5. | Frequent mood swings | 6 |
| 6. | Insomnia | |
| 7. | Dizziness / loss of balance | 3 |
| 8. | Pressure above ears...feeling of head swelling | 3 |
| 9 | Tendency to bruise easily | |
| 10. | Chronic rashes or itching | - |
| 11 | Numbness or tingling | 6 |
| 12. | Indigestion or heart burn | 3 |
| 13. | Food sensitivity or intolerance | 6 |
| 14. | Mucus in stools | 3 |
| 15 | Rectal itching | |
| 16. | Dry mouth | |

Name ___Craig Barber___     7     Date __12/6/15__

17. Rash or blisters in the mouth_____  0
18. Bad breath_____  2
19. Foot, hair or body odor, not relieved by washing_____  1
20. Nasal congestion or post nasal drip_____  6
21. Nasal itching_____  1
22. Sore throat_____  0
23. Laryngitis, loss of voice_____  1
24. Pain or tightness in chest_____  3
25. Cough or recurrent bronchitis_____  3
26. Wheezing or shortness of breath_____  1
27. Urinary frequency or urgency_____  1
28. Burning with urination_____  2
29. Spots in front of eyes or erratic vision_____
30. Burning or tearing of eyes_____  6
31. Recurrent infections or fluid in ears_____
32. Ear pain or deafness_____

**TOTAL SCORE (FOR SECTION C):** _____  57


TOTAL SCORE, SECTION A_____  ____
TOTAL SCORE, SECTION B_____  ____
TOTAL SCORE, SECTION C_____  ____

**TOTALS FOR COMBINED SECTIONS: (ADD THE TOTALS FOR A, B & C)**  ____

|  | WOMEN | MEN |  |
|---|---|---|---|
| • Almost certain | 180 | 140 | 235 |
| • Probable | 120 | 90 | |
| • Possible | 60 | 40 | |
| • Less apt | <60 | <40 | |

CIRCLE THE NUMBER TO ALL SYMPTOMS THAT APPLY TO YOU.

1. Hallucinations (False or distorted perception of objects or events).
2. Delusions (A false belief of opinion).
3. Social withdrawal (A desire to avoid people).
4. Diminished level of function (Not able to perform at a normal level).
5. Thought disorganization (Your thinking is not organized. You are concerned that you are weird, crazy, a psycho, cuckoo or losing your mind).
6. Blank face (Your face is flat without expression)
7. Apathy (Lack of interest or concern for important matters, or a lack of emotion or feeling).
8. Psychomotor retardation (Does it seem like the activity of your muscles are slow or reduced?)


CIRCLE THE ANSWES THAT APPLY:

1. Are you having trouble with your marriage and thinking about divorce? ☐  YES ☐ NO

2. Are you having family problems with your parents? ☐  YES ☐ NO

3. Are you having family problems with grandparents?  ☐  YES ☐ NO

4. Are you having conflicts with your brothers or sisters? ☐  YES ☐ NO

5. Are you not getting along with your children or having discipline problems? ☐  YES ☐ NO

Name _Craig Parker_____        8        Date _12/6/15_____

AR 702

6   Are you or have you been a victim of abuse? ☐ YES  (NO)
    a   If yes, circle all that apply:
    b.  VERBAL ABUSE      NEGLECT     SEXUAL ABUSE     PHYSICAL ABUSE

7.   Are you having financial problems, heavily in debt or nearing bankruptcy? ☐ YES ☐ (NO)

8.   Are you satisfied with your sex life? ☐ YES  ☐ (NO)

9.   Are you currently using alternative medicine (integrative, complementary, natural or holistic medicine)?
☐ (YES) ☐ NO
    If yes, please circle those that apply:
    (HERBS)  (VITAMINS)  (PROBIOTICS (Lactobacillus acidophilus, etc.)   ACUPUNCTURE
    BIOFEEDBACK   MEDITATION

    OTHER:_____

10.  Are you wanting your physician to pray with you in the exam room along with your medical visit? (Dr. Crist is a
    Christian).   ☐ (YES) ☐ NO

11.  Do you seem to have a low metabolism (cannot lose weight despite trying, low body temperature, dry hair and skin,
    hair falling out, tired despite sleep, constipation)?
    ☐ YES  ☐ (NO)

---

## WHAT ARE THE TYPICAL BEVERAGES YOU NORMALLY DRINK IN A USUAL DAY AND HOW MUCH?

| No. | Beverage | Amount | |
|---|---|---|---|
| 1. | Coffee with caffeine, in cups | 1 – 2 – 3 – 4 – 5 – 6 | _____ |
| 2. | Coffee without caffeine, in cups | 1 – 2 – 3 – 4 – 5 – 6 | _____ |
| 3. | Tea, with caffeine, in glasses | 1 – 2 – 3 – 4 – 5 – 6 | _____ |
| 4. | Tea, without caffeine, in glasses | 1 – 2 – 3 – 4 – 5 – 6 | _____ |
| 5. | Soda pop, with caffeine, per 12 oz | 1 – 2 – 3 – 4 – 5 – 6 | _____ |
| 6. | Soda pop, without caffeine, per 12 oz. | 1 – 2 – 3 – 4 – 5 – 6 | _____ |
| 7. | Juice, in ounces | 1 – 2 – 3 – 4 – 5 – 6 | _____ |
| 8. | Milk, in glasses  *Coconut milk* | 1 – (2) – 3 – 4 – 5 – 6 | _____ |
| 9. | Water, in 12 oz. glasses or equivalent | 1 – 2 – (3) – 4 – 5 – 6 | _____ |
| 10. | Other _____ | 1 – 2 – 3 – 4 – 5 – 6 | _____ |

---

## SYMPTOMS THAT MAY BE HELPED BY ELECTROCEUTICAL (BIOELECTRIC) TREATMENTS:

CIRCLE ALL THAT APPLY:

1.    Do you have pain anywhere?
    ☐ (YES) ☐ NO
    If yes, is the pain in your:
    (JOINTS)  (MUSCLES)  (BACK)  (FEET)  LEGS  ARMS  CHEST  HANDS  (NECK) (HEAD) OTHER

2.    Do you have trouble with edema fluid?
    ☐ YES   ☐ NO

3.    Do you have poor circulation?
    ☐ (YES)  ☐ NO

4.    Do you have a skin ulcer (diabetic, stasis, decubitus, etc )?
    ☐ YES   ☐ NO

5.    Do you have asthma?
    ☐ (YES)  ☐ NO

6    Do you have or have you had Bell's palsy (face droops on one side)?   *diplopia 2014 - 4th*
    *nerve palsy*

Name _Craig Parker_        9        Date _12/16/15_

AR 703

7. Do you have carpal tunnel syndrome?
   ☐ YES    ☐ NO

8. Do you have constipation?
   ☐ YES    ☐ NO

9. Do you have any numbness?
   ☐ YES    ☐ NO

10. Do you have any muscle weakness?
    ☐ YES    ☐ NO

11. Have you had a stroke?
    ☐ YES    ☐ NO

12. Do you have pelvic pain?
    ☐ YES    ☐ NO

13. Have you had trouble with scar tissue (adhesions) from surgery?
    ☐ YES    ☐ NO

14. Do you have incontinence (lose urine before you make it to the restroom)?
    ☐ YES    ☐ NO

15. Do you have muscle spasms?
    ☐ YES    ☐ NO

16. Do you have a pinched (irritated) nerve?
    ☐ YES    ☐ NO

17. Do you have osteoporosis?
    ☐ YES    ☐ NO

18. Do you have itchy skin?
    ☐ YES    ☐ NO

19. Do you have psoriasis?
    ☐ YES    ☐ NO

20. Do you have Raynaud's disease?
    ☐ YES    ☐ NO

21. Do you have reflex sympathetic dystrophy (RSD)?
    ☐ YES    ☐ NO

22. Do you have a wound or bone that is not healing well?
    ☐ YES    ☐ NO

Name _Craig Parker_          10          Date _12/6/15_

AR 704

## PAIN QUESTIONNAIRE

Name: _Craig Parker_                    Date: _12/6/15_

To speed up your office visit, and make it much more effective, it would help greatly if you took the time to answer some questions   Please prioritize this; it helps **you**

1.    Where do you hurt the most?
      _Shoulders/neck / Knuckles / right Flank / Soles of feet_
      _behind eyes_

2.    Where else do you hurt?
      _Stomach at times_

3.    What caused your pain to start?
      _worse after eating or meds_

4.    Have you ever been in a motor vehicle accident?    _____ yes   __✓__ no
      If yes, how many?    _____
      If yes, did your head hit (check yes or no):

|                    | Yes | No |
|--------------------|-----|----|
| The headrest?      |     |    |
| The window?        |     |    |
| The steering wheel?|     |    |
| The windshield?    |     |    |
| The roof?          |     |    |

Anything else hurt besides your head?_____

AR 705

5.  Continued from question 4
    If yes, were you hit from behind?              _____ yes _____ no
    Did you have a whiplash injury?                _____ yes _____ no
    Did you get thrown from the vehicle?           _____ yes _____ no
    Any pain, stiffness, numbness, tingling, or
        other symptoms after the accident(s)?      _____ yes _____ no

    If yes, please list and describe your accident-induced symptoms

    _____

    _____

    _____

    _____

    _____

    _____

6.  Have you had any other accidents or physical traumas?   _____ yes _____ no
    If yes, please list them.

    _____

    _____

    _____

7.  Please put check marks by the descriptions that fit your pain(s).

    _____ Sharp                          ___/ In the joint(s)
    __/   Dull                           __/  In the muscle(s)
    _____ Knife-like                     _____ In the bone(s)
    _____ Burning                        __/  In the nerve(s)
    _____ Deep                           _____ Constant
    _____ Numb                           __/  Comes and goes
    _____ Pins and needles               _____ Migrates
    _____ Throbs like a heartbeat        _____ Stays in the same spot(s)
    _____ Chronic                        _____ Overall getting better
    _____ Acute                          _____ Overall getting worse
    _____ Radiates down my arm(s) [_____ left _____ right]
    _____ Radiates down my leg(s) [_____ left _____ right]
    _____ Other_____

    _____

8.  What makes your pain worse?
    _____ curing or meds_____

    _____

    _____

    Page 2 of 5 PAIN QUESTIONNAIRE

02/11/2016  12:48