9.   What makes your pain better?

_____ _Sleep_ _____

_____

_____

10.  How long have you had the pain? (Indicate quantity)
     _____ Days
     _____ Weeks
     _____ Months
     __3__ Years

11.  Please rate your pain on a scale of zero to ten, with zero being no pain, and ten being
     excruciating, horrible pain that is unbearable. Check line in front of number.
     ____ 0, ____ 1, ____ 2, ____ 3, ____ 4, __✓__ 5, ____ 6, ____ 7, ____ 8, ____ 9, ____ 10

12.  What treatments have you tried, if any?
     _____ Time                         __✓__ Acupuncture
     _____ Rest                         _____ Osteopathy
     _____ Aspirin                      _____ Prolotherapy
     _____ Tylenol (acetaminophen)      _____ Trigger point injections
     _____ Ibuprofen (Advil, etc)       _____ Steroid shots
     _____ Naproxen (Aleve, etc)        _____ Epidural shots
     _____ Physical therapy             _____ Surgery
     __✓__ Chiropractic                   _____ Heat
     _____ Massage                      _____ Hot tub
     _____ Myofascial release           _____ Ice
     _____ Craniosacral therapy         _____ Counseling
     _____ Biofeedback                  _____ Other
     _____ Education

13   Which prescriptions have you tried for pain, if any?
     _____ NSAIDS (Anti-inflammatory drugs)
     __✓__ Muscle relaxants
     _____ Narcotics
     _____ Antidepressants
     _____ Anti-seizure medications
     _____ Topical (patches, etc)
     _____ Compounded

14.  Have you seen a pain specialist?     _____ yes  __✓__ no

Page 3 of 5 PAIN QUESTIONNAIRE

AR 707

15. Have you tried any other pain treatments, not already listed?  _____ yes  __✓__ no
    If yes, please list them  (Spinal stimulation, etc).

    _____

    _____

16. Are you more limber than most people?  _____ yes  __✓__ no

17. When you were younger, were you more limber than your classmates?
    _____ yes  __✓__ no

18. Could you bend over with your legs straight and put your hands flat on the floor?
    _____ yes  __✓__ no

19. Have you been diagnosed with fibromyalgia?  __✓__ yes  _____ no

20. Continued from above.
    If yes, did a physician push on you to see if you met the fibromyalgia "tender point criteria"?
    _____ yes  __✓__ no
    If yes, did you meet the criteria?  _____ yes  _____ no  _____ not sure
    If yes, what type of physician performed your tender point exam?
    _____ Family Physician  _____ Internal Medicine Physician  _____ Rheumatologist
    _____ Neurologist  _____ Other _____

21. Have you been diagnosed with chronic fatigue or chronic fatigue syndrome?
    __✓__ yes  _____ no
    If not, are you tired most of the time?  _____ yes  __✓__ no

22. Do you get enough sleep?  __✓__ yes  _____ no

23. Do you wake up tired?  _____ yes  __✓__ no

24. Do you feel rested, restored or that your sleep is adequate when you wake up, most mornings?  __✓__ yes  _____ no

25. What time of the day is your pain the worst?
    _____ During the night
    _____ In the morning        varies
    _____ When I first wake up or get out of bed
    _____ In the afternoon
    _____ In the evening

AR 708

26    Do you have significant stress in your life? _____✓ yes _____ no
If yes, your major source of stress is.
_____ Family _____ Work _____ Friends _____ People _____ Finances
_____ Other _____ *No income due to illness* _____

If under stress, is it likely to get better soon? _____ yes _____✓ no

27.    Have you tried changing your diet, to help your pain? _____ yes _____✓ no
If yes, check all that apply·
_____✓ Off gluten */grains / Carbs*
_____ Off the nightshade foods (potatoes, tomatoes, eggplant, bell pepper, several
       spices, tobacco)
_____ Food elimination / challenge diet
_____ Other diets _____

28.    Headaches _____✓ yes _____ no
If you do have trouble with headaches, please check off the descriptions that are
connected with your head pains:
_____ right side of the head hurts

_____ left side of the head hurts

_____ bilateral (If yes, is one side worse?)
      _____ yes _____ no If yes, _____ right _____ left
_____ steady pain

_____ throbbing pain

_____ aura (symptoms that usually indicate you will start a headache soon)

_____ nausea

_____ vomiting

_____ top of your head hurts

_____ occipital (back of the head hurts)

_____ parietal (side of the head hurts)

_____ forehead hurts

_____✓ behind the eyes

Time of day
      _____ all day long      _____ p.m    *✓aries*
      _____ night      _____ during the week
      _____ a.m.      _____ on weekends

Relation to meals
      _____ worse if hungry      _____ worse with food

AR 709

02/11/2016   12:48

Name _Craig Parker_

Date _12/6/15_

## TESTOSTERONE DEFICIENCY SYMPTOMS

| YES | NO | UNSURE | |
|-----|-----|--------|---|
| ✓ | — | — | Abdominal fat is increased |
| ✓ | — | — | Achy joints |
| ✓ | — | — | Anxiety |
| — | ✓ | — | Arteriosclerosis (hardening of the arteries) |
| — | ✓ | — | Belly is fat |
| — | ✓ | — | Bone mass is decreased |
| — | ✓ | — | Cellulite |
| — | ✓ | — | Cholesterol is high |
| ✓ | — | — | Circulation is decreased |
| ✓ | — | — | Concentration (mental) is decreased |
| ✓ | — | — | Depression, sad |
| — | ✓ | — | Eyes are dry |
| — | ✓ | — | Eyes look dull |
| — | ✓ | — | Face is more wrinkled |
| ✓ | — | — | Face sags |
| — | ✓ | — | Facial skin is pale |
| ✓ | — | — | Feeling of well-being is decreased |
| ✓ | — | — | Fibromyalgia (muscle pains) |
| — | ✓ | — | Hair texture is bad |

Page T1 of T3

© This material is copyright by Charles Lind Crist MD and is not to be copied or posted on a web site
Testosterone deficiency symptoms

02/11/2016   12:48

| YES | NO | UNSURE | |
|-----|-----|--------|---|
| ___ | ✓ | ___ | HDL (high density or good cholesterol) is low |
| ___ | ✓ | ___ | Heart problems |
| ___ | ✓ | ___ | LDL (low density or bad cholesterol) is high |
| ✓ | ___ | ___ | Libido (sex drive) is decreased |
| ✓ | ___ | ___ | Memory is decreased |
| ✓ | ___ | ___ | Mental alertness is decreased |
| ✓ | ___ | ___ | Mood is depressed, mood swings |
| ___ | ✓ | ___ | Muscle atrophy (smaller) with decreased fat burning |
| ✓ | ⊘ | ___ | Muscle tone is decreased |
| ___ | ✓ | ___ | Muscle weakness (strength is decreased) |
| ✓ | ___ | ___ | Orgasms are decreased in number |
| ✓ | ___ | ___ | Psychological well-being is decreased |
| ✓ | ___ | ___ | Sex life frequency is decreased |
| ✓ | ___ | ___ | Sexual arousal or response is decreased |
| ___ | ✓ | ___ | Sleep is poor in quality |
| ___ | ✓ | ___ | Tired, constant fatigue |
| ✓ | ___ | ___ | Vitality is decreased |
| ___ | ✓ | ___ | Wrinkles near your eyes and lips |
| ___ | ✓ | ___ | Zest is decreased |

Page T2 of T3

© This material is copyright by Charles Lind Crist MD and is not to be copied or posted on a web site.
Testerosterone deficiency symptoms

AR 711

02/11/2016    12:48

Men only should answer the following testosterone deficiency symptoms.

| YES | NO | UNSURE | |
|-----|-----|--------|---|
| | ✓ | | "Beer" belly |
| | ✓ | | Breasts are fatter (gynecomastia) |
| | ✓ | | Burned out but not depressed |
| ✓ | | | Confidence is decreased |
| ✓ | | | Erections are weaker |
| | ✓ | | Heart attack |
| ✓ | | | Height is decreased |
| | ✓ | | Hot flashes |
| | ✓ | | Irritable |
| ✓ | | | Joy is decreased |
| ✓ | | | Sexual performance is decreased |
| | ✓ | | Stroke |
| | ✓ | | Sweats |
| | ✓ | | Tire quicker with physical exertion, less endurance |
| | ✓ | | Weight gain |
| ✓ | | | Work production is decreased |

Took 100 mg testosterone troches for 1 yr and Testosterone has stabilized mid-range

Page T3 of T3

© This material is copyright by Charles Lind Crist MD and is not to be copied or posted on a web site
Testerosterone deficiency symptoms

# Vasopressin Deficiency Symptoms

**Name:** Craig Parker                                **Date:** 12/6/15

1.  Memory loss or poor recall?            _____✓_____ Yes          _____ No

2.  Moments of confusion?                  _____✓_____ Yes          _____ No

3.  Unable to clearly see the difference between what is essential and

    what is incidental?                    _____✓_____ Yes          _____ No

4.  Need to urinate too frequently and with urgency, especially at night?

                                           _____✓_____ Yes          _____ No

5.  Wake up to urinate?                    _____✓_____ Yes          _____ No

6.  Dry skin?                              _____ Yes          _____✓_____ No

7.  Sharp wrinkles?                        _____ Yes          _____✓_____ No

8.  Excessive thirst?                      _____ Yes          _____✓_____ No

9.  Thin almost colorless urine?           _____ Yes          _____✓_____ No

10. Low blood pressure?                    _____✓_____ Yes          _____ No

11. Heavy bleeding after surgery or lacerations?_____ Yes      _____✓_____ No

12. Feeling of losing your energy?         _____✓_____ Yes          _____ No

13. In men:  Trouble getting or keeping an erection?  _____✓_____ Yes          _____ No

# OCCUPATIONAL AND ENVIRONMENTAL HISTORY

Name _Craig Parker_____ Date __12/6/15_____

### I. WORK AND EXPOSURE HISTORY

    **A. Current Employment (Questions 1-7 refer to your current or most recent job.)**

        1. Job Title _Design Engineering Team Leader_
        2. Type of Industry _Engineering_
        3. Name of Employer _Garmin_
        4. Year Job Began ~~2007~~ Still Working? _No_
           If no, Year Job Ended ___2014___
           _1997_

        5. Briefly describe this job, noting any part that you feel may be hazardous to your health

        _Office job — no hazards of note_

        6. Do you wear protective equipment on this job? ☐ Yes ☒ No

        If yes, check equipment used:
           ☐ Gloves        ☐ Air Supply respirator
           ☐ Mask respirator    ☐ Coveralls or aprons
           ☐ Hearing protection  ☐ Safety glasses

        7. In this job, are you exposed to any of the following? If yes, mark those to which you are exposed:

           ☐ Pesticides        ☐ VDT screen

02/11/2016 12:49

☐ X-rays, radiation      ☐ High Intensity noise
☐ Fumes and dusts        ☐ Vibrations
☐ Elements and metals    ☐ Excess heat/cold
☐ Solvents               ☐ Emotional stress
☐ Tobacco smoke          ☐ High voltage power

☐Other chemicals (specify)  Other (specify)

_____
_____
_____
_____

**B. EMPLOYMENT HISTORY**
It is important that we know all the jobs you have had. Please list current and all previous jobs with as much information as you can remember.

| JOB TITLE | YEARS WORKED | EXPOSURES |
|---|---|---|
| Design Engineering Team Leader | 12 | — |
| Project Engineer | 6 | — |
| Engineer | 12 | — |
| Grad Student | 2 | — |
| Engineer | 3 | — |
| | | |

NAME _Craig Parker_ DATE 12/ 6 /15

2

AR 715

02/11/2016  12:49

C. If not indicated above, have you ever lived and/or worked on a farm?
If yes, what years?  *No*

Were you exposed to DDT? *No*    Aerial spraying? *No*
Herbicides?  *Roundup*

## II. YOUR HOME
### A. Where do you live?

City and
State ___ *Olathe    Kansas* ___

What type of home? (Circle one)
(House)    Apartment or condominium    Mobile home

Age of home *8*    you have lived there since *New in 2006*

Home is located in:

☑ Suburban area ☐ Urban area ☐ Rural area

Is your home near any of the following?

☐ Major highway            ☐ Agricultural area

☐ High voltage power lines    ☐ Toxic waste dump

☐ Industry (specify)

*ERMI*

*industry*

### B. CONSTRUCTION OF YOUR HOME
*ored*

☐ Slab    ☑ Basement    ☐ Crawlspace

Have you done or had done any major renovations to your
home?  *Tested for mold - OK*

Year_____    Specify_____

NAME *Craig Parker* DATE *12 / 6 / 15*

3

AR 716

02/11/2016 12:49

**How is your home heated?**

☐ Electric    ☑ Gas              ☐ Fuel
☐ Oil         ☐ Wood stove       ☐ Kerosene

**Is your cooking stove** ☐ electric   or   ☑ gas

**Is your water heater** ☐ electric or   ☑ gas

**What is your floor covering?**

☑ Carpeting        ☑ Wood        ☑ Tile or linoleum

## C.  WHAT TYPE OF DRINKING WATER DO YOU USE?

☐ Tap water          ☐ Chlorinated          ☐ Fluorinated
☐ Distilled          ☐ Spring or mineral water
☑ **Filtered water:**
   **What type of water filtration?** _Reverse Osmosis_
☐ **Well water:**
   **Has the well water ever been tested?** _____

## D.  SMOKING
**Do you or anyone else smoke in your home?**  ☐ YES  ☑ NO

## E.  PETS
**List any animals living in your home**
_Dog - Bichon Frise_
_____
_____

## F.  PESTICIDE USAGE     Yes ☑ No ☐
**Has your home ever been treated for termites?**     _No_
**When and what type of treatment?**
_Ants - Summer 2015_
_Termidor_
_____

NAME _Craig Parker_ DATE _12/6/15_

4

02/11/2016 12:49

**Do you use the following in your home or yard?**

|  | Check here if yes | Which product? | How frequently? |
|---|---|---|---|
| Flea and tick killers |  |  |  |
| Lawn and flower Sprays |  |  |  |
| Roach / ant killers |  |  |  |

☐ **Do you use a professional exterminating service?**

_____

☑ **Do you use a professional lawn care service?**

_____

NAME _Craig Parker_ DATE _12/ 6 /15_

5

AR 718

III. **CHEMICAL AND ENVIRONMENTAL SENSITIVITY**

A. Please indicate if any of the following provoke a reaction or symptom when you are exposed to them. Briefly describe the specific reaction, if any.

| EXPOSURE | REACTION | COMMENTS |
|---|---|---|
| Tobacco smoke | Sinuses | |
| Paint fumes | All Symptoms | |
| Pesticides | Unknown | |
| Household cleaning products   bleach | All Symptoms | |
| Perfume, cologne, Scented toiletries | Mild Symptoms | |
| Fluorescent lighting | — | |
| Auto exhaust/diesel fumes | All Symptoms | |
| Gasoline | All Symptoms | |
| Newsprint/newspaper or books | — | |
| Clothing stores or fabric shops | — | |
| Shopping malls | — | |
| Other (specify)   Book Stores | All Symptoms | |

Mold                         All Symptoms

NAME _Ciara Parker_ DATE _12/ 6 / 15_

6

AR 719

02/11/2016   12:49

IV.  **TRAVEL TO FOREIGN COUNTRIES**
     **Have you ever lived or traveled outside the United States?**
     **Please list:** _____

| LOCATION | DATES | COMMENTS |
|----------|-------|----------|
|          |       |          |
|          |       |          |
|          |       |          |
|          |       |          |

V.  **HOBBIES AND OTHER INTERESTS**

    Please list any hobbies or other activities, especially those that may
    expose you to chemical fumes or other unusual substances.
    _____ Classic Cars, home projects _____
    _____
    _____


    NAME _Craig Parker_ DATE _12/ 6 / 15_

7

AR 720

DR. CHARLES L. CRIST

## ALLERGY QUESTIONNAIRE AND HISTORY

NAME _Craig Parker_     AGE _54_     SEX _M_     DATE _12/6/15_

Present *ALLERGY* Symptoms _____

Have you taken any antihistamines or allergy medications in the last 3 days? Examples: Allegra, Clarinex, Benadryl, Zyrtec, or Flonase? YES_____ or NO _✓_ Which ones? _____

Are you currently taking any steroids such as prednisone? YES_____ or NO_____ Which ones? _____

Are you currently taking any betablockers? YES_____ or NO _✓_ Which ones? _____

Have you ever had an episode of wheezing? YES _✓_ or NO_____

Have you ever been diagnosed with asthma? YES _✓_ or NO_____

Have you ever had allergy testing or shots? _Yes_ Were you able to tolerate the tests and shots? _Yes_

If no, explain _____

Any known allergy to medications? (YES) or NO. If yes, what? _Many_ _____

Any known allergy to foods? (YES) or NO. If yes, what? _Many_ _____

Any known allergy to smoke? (YES) or NO

Any known allergy to animals? (YES) or NO  If yes, what? _Cars_ _____

Are you allergic to soaps, perfumes, or other chemicals? List _bleach, fuels_ _____

### Please mark the situations that apply to you

**A.  SYMPTOMS OF POLLEN ALLERGY: (usually important in warm weather)**

_✓_ Aggravated outdoors
_____ Aggravated on windy days
_____ Itching of the eyes
_____ Aggravated on clear days
_____ Aggravated outdoors 7 00 am to 11 00 am
_✓_ Improved indoors
_✓_ Improved in air conditioning
_____ Worse when going from an air-conditioned room to the open air

**B.  SYMPTOMS OF DUST ALLERGY: (usually important in cold weather)**

_✓_ Aggravated indoors
_____ Improved outdoors
_____ Increased within 30 minutes from going to bed
_✓_ Reoccur each year with the return of cold weather
_____ Aggravated with air conditioning
_✓_ Increased when dusting or sweeping
_✓_ Nasal symptoms with little or no itching of eyes

**C.  SYMPTOMS OF MOLD ALLERGY:**

_____ Aggravated outdoors between 4 30 pm to 8 30 pm
_____ Increased by cool evening air (early evening)
_____ Aggravated while mowing or playing on grass
_____ Aggravated with north wind, September to December
_____ Aggravated from mid August to November
_____ Aggravated from fall to first frost
_✓_ Definitely increased around end of October

**D.  SYMPTOMS FROM SPECIFIC CONTACTS**

_____ Aggravated in house after lights have been on about an hour
_____ Aggravated in a basement
_____ Aggravated in your house, but not in others
_____ Aggravated in certain room?  Which one _____
_____ Aggravated in barns
_____ React in a home with dogs
_✓_ React in a home with cats

Please rate your symptoms 1-5 (#1 is low degree of symptom, #5 is high degree of symptom)

CIRCLE THE NUMBER

| | | | | | |
|---|---|---|---|---|---|
| EYES: (itchy, watery or swelling) | 1 | 2 | 3 | (4) | 5 |
| EARS. (itchy, draining or congested) | 1 | (2) | 3 | 4 | 5 |
| NOSE: (runny or congested) | 1 | 2 | 3 | (4) | 5 |
| HEADACHES  (allergy related) | 1 | 2 | (3) | 4 | 5 |
| POST NASAL DRIP | 1 | 2 | 3 | (4) | 5 |
| COUGH (allergy related) | 1 | 2 | (3) | 4 | 5 |
| SNEEZING | 1 | 2 | (3) | 4 | 5 |

AR 721

Are there any foods or beverages that you a) crave or (b) eat frequently? No____ Yes____ Please list, if yes.

a)  Chicken

b)

Are there any foods or beverages that you dislike? No__/__Yes____ If yes, please write them here.

Do you have marked fatigue two or three hours after meals? No__/__Yes____

Do you eat snacks frequently between meals? No__/__Yes____ List examples, if yes

Are you awakened between the hours of 1 00 am and 5 00 am with the following systems? No____ Yes____
(If yes, circle your symptoms) *Headaches*   *dizziness*        stomach cramps        bloating        dry cough

If you have a fair number of inhalant and/or food allergy symptoms and signs, strongly consider allergy testing.  This is especially true if you still have significant health problems despite trying antibiotics for borreliosis, heparin for hypercoagulation and/or hormones for endocrine deficiencies.

If I had my preference, you would be cured with antibiotics and could fire me and live a healthy and happy life   But the patients I see are usually very sick.  So I will keep searching until hopefully there are enough answers to get everybody normal.  It may be that allergy testing and treatment could be the missing piece to your puzzle.  Please call as early as possible if you want to be tested.

Already been tested and taking shots
and Xolair

Name: _Craig Parker_          ALLERGY PAGE 2          Date _12/ 6/ i5_

PATIENT NAME: _Crary Parker_     DATE: _12/ 6 / 15_

## **ATTENTION: PLEASE PRIORITIZE**

### Start this immediately upon opening.  Your appointment may get moved up much sooner, if we have cancellations.

TO ASSESS YOUR METABOLISM,
WHICH IS REFLECTED BY YOUR BODY TEMPERATURE,
PLEASE DO THE FOLLOWING:

1.   Get a glass bulb mercury thermometer (preferred but no longer sold), or a battery-operated thermometer  (be sure to use a fresh battery).
2.   Do not drink hot or cold beverages 15 minutes before taking your temperature.
3.   Hold the thermometer under your tongue for 5 minutes (mercury) or until it beeps (battery).
4.   Take your temperature 3 times a day   Start 3 hours after you are awake, and then every 3 hours   For example, if you wake up at 7:00 a m., take your temperature at 10 00 a.m., 1:00 p m , and 4 p m..  You do not have to take it exactly every 3 hours   The main concept is to get the readings during the day. Body temperatures are normally lower when you wake up and when you go to bed, so do not get your readings at these times.
5.   Record all of the readings obtained of your temperature.
6.   Ladies, do not do this the week prior to your menstrual cycle.
7.   Average the 21 readings (total the 21 readings and divided by 21).
8.   If you forget to take your temperature 3 times a day, do not worry. Just get 21 readings, even if you do it on 21 different days

|         | 1ST READING | 2ND READING | 3RD READING |
|---------|-------------|-------------|-------------|
| DAY 1   | 97.6        | 98.0        | 97.7        |
| DAY 2   | 97.9        | 97.7        | 97.7        |
| DAY 3   | 97.8        | 97.6        | 97.7        |
| DAY 4   | 97.8        | 97.8        | 97.8        |
| DAY 5   | 97.5        | 97.9        | 97.8        |
| DAY 6   | 97.7        | 97.9        | 97.8        |
| DAY 7   | 97.7        | 98.0        | 97.9        |

SUBTOTAL   _684_      _687.9_      _687.4_

Reading Totals: _____
              + _____
              + _____

Totals:   = _____ /21= _97.8_ =Average
             **(Divide total by 21 Equals Average)**

_This average has increased about 0.5 deg_
_since FIR Sauna_

AR 723

# Memory Screening

The following statements describe everyday life situations. Please rate how common each situation is for you by selecting one of the following. Daily, Regularly, Occasionally, Rarely, Never. Circle the corresponding number for each rating.

Date: ___12/6/15___

02/11/2016

| | | Daily / Regularly / Occasionally / Rarely / Never |
|---|---|---|
| 1. | Forgetting where you have put something. Losing things around the house. | 1 2 ③ 4 5 |
| 2. | Failing to recognize places that you have been before | 1 2 3 ④ 5 |
| 3. | Finding a television story difficult to follow. | 1 ② 3 4 5 |
| 4. | Not remembering a change in your daily routine, such as a change in the place where something is kept, or a change in the time something happens. Following your old routine by mistake. | 1 2 3 ④ 5 |
| 5. | Having to go back to check whether you have done something that you meant to do. | 1 ② 3 4 5 |
| 6. | Completely forgetting to take things with you, or leaving things behind and having to go back and fetch them | 1 2 ③ 4 5 |
| 7. | Forgetting that you were told something yesterday or a few days ago, and having to be reminded about it. | 1 2 ③ 4 5 |
| 8. | Starting to read something (book, newspaper, magazine) without realizing you have already read it before. | 1 2 ③ 4 5 |
| 9. | Having difficulty picking up a new skill. For example, finding it hard to learn a new game or to work a new gadget after you have practiced it once or twice. | 1 2 ③ 4 5 |
| 10. | Finding that a word is "on the tip of your tongue." You know what it is but you cannot quite find it. | 1 ② 3 4 5 |
| 11. | Forgetting details of what you did or what happened to you the day before. | 1 2 3 ④ 5 |
| 12. | When talking to someone, forgetting what you have just said. Maybe saying "What was I talking about?" | 1 2 ③ 4 5 |
| 13. | When reading a newspaper or magazine, being unable to follow the thread of a story, losing track of what it is about. | 1 ② 3 4 5 |
| 14. | Getting the details of what someone has told you mixed up and confused | 1 2 3 ④ 5 |
| 15 | Telling someone a story or joke that you have told them already. | 1 2 3 ④ 5 |
| 16. | Forgetting details of things you do regularly, whether at home or work, for example, forgetting details of what to do or what time it is. | 1 2 ③ 4 5 |
| 17. | Forgetting where things are normally kept, or looking for them in the wrong place. | 1 2 3 ④ 5 |
| 18. | Getting lost or turning in the wrong direction on a journey, on a walk, or in a building where you have been before | 1 2 ③ 4 5 |
| 19. | Repeating to someone what you have just told them or asking them the same question twice. | 1 2 3 ④ 5 |
| 20 | Doing some routine thing twice by mistake. For example putting two bags of tea in the teapot, or going to brush/comb your hair when you have just done so. | 1 2 ③ 4 5 |

## Total Score   64



QUINCY BIOSCIENCE



**www.prevagenpro.com**

Name: _Craig Parker_     Date: _12/6/15_

02/11/2016  12:49

# WILSON'S SYNDROME (Low Metabolism)

## Symptom Checklist

| | | | |
|---|---|---|---|
| ✓ | Fatigue | ___ | Abnormal throat sensations |
| ___ | Headaches | ___ | Sweating abnormalities |
| ___ | Migraines | ___ | Heat and/or cold intolerance |
| ___ | PMS | ___ | Low self-esteem |
| ___ | Irritability | ___ | Irregular periods |
| ___ | Fluid retention | ___ | Severe menstrual cramps |
| ✓ | Anxiety | ✓ | Low blood pressure |
| ✓ | Panic attacks | ___ | Frequent colds and sore throats |
| ___ | Hair loss | ___ | Frequent urinary infections |
| ✓ | Depression | ✓ | Lightheadedness |
| ___ | Decreased memory | ✓ | Ringing in the ears |
| ✓ | Decreased concentration | ___ | Slow wound healing |
| ✓ | Decreased sex drive | ___ | Easy bruising |
| ___ | Unhealthy nails | ✓ | Acid indigestion |
| ___ | Low motivation | ✓ | Flushing |
| ___ | Constipation | ___ | Frequent yeast infections |
| ___ | Irritable Bowel Syndrome | ✓ | Cold hands/feet, turn blue? |
| ___ | Inappropriate weight gain | ___ | Poor coordination |
| ___ | Dry skin | ___ | Inhibited sexual development |
| ___ | Dry hair | ___ | Infertility |
| ___ | Insomnia | ___ | Hypoglycemia |
| ___ | Falling asleep uncontrollably during day | ✓ | Increased skin infections/Acne |
| ✓ | Arthritis and joint aches | ___ | Abnormal swallowing sensation |
| ✓ | Allergies | ___ | Changes in skin pigmentation |
| ✓ | Asthma | ___ | Prematurely gray/white hair |
| ✓ | Muscular aches | ___ | Excessively tired after eating |
| ___ | Itchiness | ___ | Carpal Tunnel Syndrome |
| ___ | Elevated cholesterol | ✓ | Dry eyes/blurred vision |
| ___ | Ulcers | ___ | Hives |
| ___ | Increased nicotine, caffeine use | ___ | Bad breath |

Referred by: _____

Comments: _____

_____

_____

_____

_____

AR 725

# FUNCTIONAL ACUITY CONTRAST TEST
## (F.A.C.T.)
### RECORD FORM



SPATIAL FREQUENCY
(CPD)

DATE: 12, 8, 15     PATIENT: Craig Parker

TEST DISTANCE : _____     SYSTEM USED: _____

SNELLEN FUNCTIONAL ACUITY: RIGHT _____     LEFT: _____

COMMENTS: _____
_____
_____
_____

02/11/2016 12:49

# REPORT

## AUTONOMIC BALANCE & ACCELERATED PHOTOPLETHYSMOGRAPH

| Name | craig parker | ID | parcr000 | Gender / Age | M / 54 | Reg Date | 2015-12-08 08:43 |



### HRV Tachogram

**Heart Beat** 68

Highest Heart Beat 77

Lowest Heart Beat 64

Artifact 0

TP VLF LF HF     SNS     PNS

### Aging Vascular Health

TYPE-1  0.6%
TYPE-2  99.4%
TYPE-3  0.0%
TYPE-4  0.0%
TYPE-5  0.0%
TYPE-6  0.0%
TYPE-7  0.0%

### Power Spectral Density

VLF     LF     HF

Low     Normal     High     Very High

| ITEM | VALUE | SUB-OPTIMAL (Below 30) | Normal (30–70) | OPTIMAL (Above 70) |
|------|-------|------------------------|----------------|--------------------|
| DPI | 82.83 | | | |
| EC | 80.52 | | | |
| AE | 70.92 | | | |
| RBV | 84.26 | | | |

**Physical Stress**

**Mental Stress**

**Stress Resistance**

**Score of your Stress**     59 / 100

**Wave Type**     **TYPE-2**

Your vessel state and blood circulation are good. You are recommended to keep the current condition with the proper life tendency and regular physical exercise

Your mental stress level and physical stress level are good but stress resistance is weakening. You need to manage your health by exercise, and regular lifestyle.

Dr Charles L Crist  573-443-4044

AR 727

2/2

**Esoterix** LABORATORY SERVICES, INC.
A LabCorp Company

**FINAL Report**

Accession No.: 3512094548

**PARKER, CRAIG**

Acct #: 104051
Charles Crist, MD
  Suite 1
3009 Falling Leaf Court
Columbia MO 65201

Phone: 1 (573) 443-4044

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: 1961- | Date collected: 2015-Dec-08 0840 Local | Referring: |
| Age (y/m/d): 054/06/27 | Date entered: 2015-Dec-09 | |
| Gender: M | Date reported: 2015-Dec-12 2158 ET | |
| Patient ID: | (2015-Dec-13 0258 GMT) | |

## RESULTS

| TEST | RESULT | FLAG | REFERENCE RANGE |
|---|---|---|---|
| **Testosterone, Free, with SHBG** | | | |
| ☒ Testosterone, Total, Serum, Mass Spectrometry (01) ng/dL | 207 | Low | Adult Males >18 years  348 – 1197 |
| Percent Free Testosterone (by Dialysis) (01) % | 2.2 | | Adult Males: 1.5 – 3.2 |
| ☒ Free Testosterone, Serum (01) pg/mL | 46 | Low | Adult Males: 52 – 280 |
| Sex Hormone Binding Globulin (SHBG), Serum (01) nmol/L | 23.6 | | >49y. 19.3 – 76.4 |

| TEST | RESULT | REFERENCE RANGE | |
|---|---|---|---|
| **Individual Tests** | | | |
| Cortisol, Serum or Plasma, Mass Spectrometry (01) ug/dL | 10. | Adults 8:00 AM  8.0 – 19 4:00 PM  4.0 – 11 | |
| Aldosterone, Mass Spectrometry (01) ng/dL | 16 | Adults: < 31 | |

## PERFORMING LABS

(01)   Esoterix Endocrinology          4301 Lost Hills Road Calabasas Hills, California 91301          Dir Samuel H Pepkowitz, M D
For inquires, the physician may contact Client Services. 800-444-9111

*Send a PS4 order*
*" orders to retest levels.*

*MAILED DEC 15 2015*

*Lower half of the normal range = LH/R*

Date Issued  2015-Dec-12 at 22:59 ET (2015-Dec-13 at 03:59 GMT)          **FINAL REPORT**          Page 1 of 1

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-444-9111

© 1995-2015 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report - Version 1.00

AR 728



**Esoterix** LABORATORY SERVICES, INC.
A Labcorp company

| | |
|---|---|
| Accession No.: 9512093005 | Acct #: 104051    Phone: 1 (573) 443-4044 |
| **PARKER, CRAIG** | Charles Crist, MD<br>Suite 1<br>3009 Falling Leaf Court<br>Columbia MO 65201 |

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: 1961 | Date collected: 2015-Dec-08 0840 Local | Referring: CRIST,CHARLES |
| Age (y/m/d): 054/06/27 | Date entered: 2015-Dec-09 | |
| Gender: M | Date reported: 2015-Dec-11 0805 ET | |
| Patient ID: | (2015-Dec-11 1305 GMT) | |

## RESULTS

| TEST | RESULT | FLAG | REFERENCE RANGE |
|---|---|---|---|
| **Individual Tests** | | | |
| T/AT Complexes (01) ug/l | 2.7 | | <4.3 |

## PERFORMING LABS

(01)    Esoterix Coagulation Phoenix       5005 S. 40th Street, Suite 1300 Phoenix, AZ 85040       Dir. Dorothy M Adcock, M D
For inquiries, the physician may contact Client Services  800-444-9111

**MAILED**
DEC 14 2015



This document contains private and confidential health information protected by state and federal law.       © 1995-2015 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 800-444-9111       All Rights Reserved - Enterprise Report - Version: 1 00

AR 729



Jude LaClaire, Ph.D, LCPC
5453 W 61st Place
913-322-5622
913-322-0025 (FAX)
jude@kcholistic.com

December 22, 2015

Re: Craig Parker
Case #, D078727
DOB:███1961

**DIAGNOSIS:**
**ICD 10**
**F34.1: Dysthymic Disorder**
**F43.22: Adjustment Disorder with Anxiety (Chronic)**

**Dates of Service:**
1/9/15, 1/13/15, 1/23/15, 1/30/15, 2/5/15, 2/19/15, 3/10/15, 3/19/15, 4/13/15, 4/23/15, 4/30/15, 7/30/15, 10/8/15, 10/26/15, 11/12/15, 12/4/15, 12/14/15

Mr Parker began counseling 1/9/15. He reports poor appetite, low energy and fatigue, low self-esteem, poor concentration, difficulty making decisions and feelings of hopelessness. He also reports worry, nervousness, and anxious feelings.
He reports that he had been employed in a highly responsible job as an Engineer He began experiencing symptoms of double vision, infections, chronic fatigue and pain. He was subsequently diagnosed with Lyme's disease and was unable to work.
He is learning to control his stress, anxious thoughts and depression caused by his medical issues. This has helped his feelings of hopelessness and reduced his stress. His physical symptoms have remained unchanged but his attitude towards them has changed
His wife and children have been affected by his severe illness and inability to work outside the home and participate in activities with them They report feelings of anxiety, depression and hopelessness As Mr. Parker's attitude towards his illness has changed, his family is feeling less stress, anxiety and hopelessness.
Mr. Parker and his family have been highly motivated and cooperative in working with the severe physical issues and subsequent mental health issues. Coping with chronic pain, fatigue, anxiety, depression, memory and concentration issues is difficult for the family and Mr. Parker.
He reports that is he is under the care of several different physicians treating the symptoms caused by previously undiagnosed and untreated Lyme's disease and other possible immune deficiency disorders
**Prognosis:** Mr Parker's mental health is affected by the serious and constant ups and downs of his physical symptoms. The unremitting nature of his physical symptoms causes Craig to suffer from continued depression, anxiety and inability to focus and

concentrate  He describes his thinking as fuzzy, cloudy and reports fairly constant
fatigue. These physical and mental health issues would keep him from functioning
adequately in his job. At this time he is permanently disabled and unable to work full or
part-time.

    **Recommendations:** Mr. Parker should continue counseling to deal with the
effects of his medical condition on himself and his family. People with chronic fatigue
and pain suffer from depression and anxiety so on-going counseling is necessary to his
continued improved mental health functioning.

_____                    _____
Dr. Jude LaClaire, LCPC                                                                December 22, 2015

AR 731



Jude LaClaire, Ph.D, LCPC
5453 W. 61st Place
913-322-5622
913-322-0025 (FAX)
jude@kcholistic.com

December 22, 2015

Craig Parker
DOB: ███/1961

**DIAGNOSIS:**
**ICD 10**
**F34.1: Dysthymic Disorder**
**F43.22: Adjustment Disorder with Anxiety (Chronic)**

1/9/15  Mr Parker was referred by his physician for depression, anxiety, concentration, fatigue, lack of confidence and memory problems. He has been on medical leave over 6 months diagnosed with Lyme's disease. I observed that he was quiet, spoke in monotone, expressed feelings of hopelessness and described his issues with poor appetite, low energy, fatigue, low self-esteem, poor concentration, difficulty making decisions, worry, nervousness and anxious feelings  We discussed ways of accepting the fact that he has a chronic illness and looked at ways to use the time he does have when feeling good.
1/13/15  Taught Mr Parker the Neurobehavioral Program tool to help him reduce stress, negative emotions and trauma. He felt better, calmer and more relaxed.
1/23/15; Reviewed the NBP skills. He talked about his feelings of fear, sadness and anger. He expressed that his ability to function was so volatile and unpredictable.
1/30/15: Mr Parker's wife, Amy, came in with him. She expressed concern about Craig and the effect of his depression, anxiety, inability to function on the children. Their 12 y/o son worries about whether they will have enough money. Had a dream about the house burning down. The 8 y/o daughter is emotional and cries easily. Is having sleep issues. Worked with them on ways to help their children deal with dad's inability to function as he had previously.
2/5/15. Saw Craig, Amy and the children  Worked with the family on helping them reduce stress, negative emotions and trauma. The children were very open and able to talk about how they felt and enjoyed learning how to reduce their stress, anxiety and negative emotions.
2/19/15. Craig reported that his neurologist, Dr. Laura Riley, told him about results of tests indicating possible brain damage  Still thinking it is from Lyme's disease. His wife, Amy, is looking for work. The children are less anxious and working with the NBP skills.

3/10/15. Reports he has some good days and some bad  Difficult to deal with the uncertainty of each day. Practicing skills of reducing stress and negative emotions.
3/19/15: Worked with Craig, Amy and the children, assisting them with ways they can use their individual gifts and good qualities to cope with dad's chronic problems  Everyone seemed to get some ideas from the session.
4/13/15: Craig feeling paranoid, fearful and overwhelmed  Spring allergies seem to have exacerbated his brain dysfunction making his issues of depression and anxiety worse.
4/23/15: Craig was quiet, finding it hard to have hope. Allergies are disturbing. Amy has been stressed dealing with Craig's chronic problems and her mom who has been ill.
Continue to work with ways to cope more hopefully with persistent symptoms of depression and anxiety
4/30/15· Craig reports that allergies are bothering him and effecting his focus, concentration, making him more fearful and very fatigued. Worked on positive messages to his immune system
7/30/15: Has had a long siege with infections and cannot take antibiotics  Reports a sinus infection and polyps, more inflammation  Having traumatic recall of experience in earthquake in Los Angeles at age ten  Became very fearful and anxious. His illness triggers old fears  Worked on calming, ways to reduce trauma and fear  Use the Neurobehavioral Program skills.
10/8/15: Sinus infection cleared up and on nasal steroids. Reports asthma has worsened lately  Seeing different specialists at KU Medical Center  Also says he is going to see an MD who specializes in Lyme Disease  Craig continues to have multiple physical problems accompanied by depression, anxiety and an inability to focus, concentrate or think clearly. He works hard at getting help and is using skills he has learned  The effects of his illness cause him serious disabling issues on a daily basis
10/26/15. Reports suffering from flu-like symptoms which have exacerbated  Practiced the Neurobehavioral Program skills for reducing stress, negative emotions and pain. Craig reports feelings of powerlessness and depression caused by his inability to function as provider for his family. His wife has continued her preparation to enter the realty business.
11/12/15  Had Neuro-psych testing at KU Medical Center. He reports that there was no brain inflammation but when sick and having flu-like symptoms his brain is not functioning properly. This causes his mental impairment during these episodes  They are concentrating on working with the immune system  He was told that his depression was an artifact of his chronic illness which changes his brain chemistry  We had supposed this to be the case but good to have the specific evidence that his depression is caused, at times, by these changes in brain chemistry  These episodes are unpredictable which also exacerbates anxiety  We will continue to work on calming his nervous system with the Neurobehavioral tools.
12/4/15: Craig reports that he saw a Doctor in Wichita who confirmed that he does suffer from mold toxicity. He is taking medications and supplements which will help with this issue. Craig feels somewhat less stressed as he learns more about what is causing his symptoms. Though his intermittent bouts with symptoms causing fuzzy thinking, lack of concentrations, depression and anxiety continue, he is working to do what he can to lessen the effect of these episodes.

12/15/15· Craig reports that he saw a nationally recognized Lyme specialist in Columbia, MO. Affirmed that he does have all the symptoms of Lyme's Disease and thinks there are some other medical factors causing his symptoms but cannot say what they are. Again, the affirmation that he does have Lyme's Disease is helpful but having other unknown conditions leaves him, once again, in a state of confusion, depression and anxiety  We are working on accepting the unknown, working on doing what he can to lessen the symptoms. Continued counseling is necessary to help him cope with the ongoing demands of his diagnosed medical condition.

Jude LaClaire, Ph.D., Licensed Clinical Professional Counselor   December 22, 2015

AR 734

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Clinic Pertinent

PARKER,CRAIG B
MRN 1217965
DOB▮▮▮▮1961, Sex. M
Acct #: 8199075
Enc Date 08/19/15

## Patient Address

| Address | City | State | Zip Code |
|---|---|---|---|
| 11728 S Sumac St | Olathe | Kansas | 66061-6002 |

## Reason for Visit

Infection

## Visit Location

| Name | Address | Phone | Fax |
|---|---|---|---|
| University of Kansas Physicians - Internal Medicine | 3901 Rainbow Blvd MS 1028 Kansas City KS 66160 | 913-588-4045 | 913-945-6916 |

## Outpatient Medications (Includes Today's Revisions) as of 8/19/2015

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **Amino Acids-Minerals tab (Taking)** Sig Take by mouth Class Historical Med Route: Oral | | | | |
| **ascorbic acid (VITAMIN-C) 500 mg tablet (Taking)** Sig Take 1,000 mg by mouth daily Class Historical Med Route: Oral | | | | |
| **cholecalciferol (Vitamin D3) (VITAMIN D-3) 1,000 units tablet (Taking)** Sig Take 1,000 Units by mouth daily Class: Historical Med Route: Oral | | | | |
| **cimetidine(+) (TAGAMET HB) 200 mg tablet (Discontinued)** Sig Take 200 mg by mouth as Needed Class Historical Med Route: Oral | | | | 8/19/2015 |
| **clotrimazole-betamethasone (LOTRISONE) 1-0.05 % topical cream (Discontinued)** Sig Apply to affected area twice daily Class: Historical Med Route: Topical | | | | 8/19/2015 |
| **cyanocobalamin(+) (VITAMIN B-12) 500 mcg tablet (Taking)** Sig. Take 1,000 mcg by mouth daily Class: Historical Med Route: Oral | | | | |
| **fluticasone-salmeterol (ADVAIR DISKUS) 500-50 mcg inhalation disk (Discontinued)** Sig Inhale 1 Puff by mouth every 12 hours. Class: Historical Med Route, Inhalation | | | | 8/19/2015 |
| **GLUTATHIONE MISC (Taking)** Sig. Use 250 mg as directed Indications GSH transdermal cream, 1ml Class Historical Med Route. Misc (Non-Drug, Combo Route) | | | | |
| **lactobacillus rhamnosus GG (LACTOBACILLUS RHAMNOSUS (GG)) 15 billion cell cpSP (Taking)** Sig Take by mouth twice daily with meals Class Historical Med Route, Oral | | | | |
| **OMALIZUMAB (XOLAIR SC) (Taking)** Sig. Inject 375 mg into area(s) as directed every 14 days Class. Historical Med Route: Subcutaneous | | | | |
| **other medication (Taking)** Sig. 1 Dose Take one tab Peptic Care daily Class. Historical Med | | | | |
| **other medication (Taking)** Sig: 1 Dose Take 4 gel caps of Vitalzym Enzyme formula daily Class Historical Med | | | | |

Printed by Jennifer Eyring 11/27/15 1721

AR 735

# THE UNIVERSITY OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Clinic Pertinent

PARKER,CRAIG B
MRN 1217965
DOB ████ 1961, Sex: M
Acct # 8199075
Enc Date 08/19/15

## Outpatient Medications (Includes Today's Revisions) as of 8/19/2015 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| other medication  (Taking)<br>Sig  1 Dose  Take 1 cap Chromate GTF daily<br>Class  Historical Med | | | | |
| other medication  (Taking)<br>Sig  1 Dose  Take 2 caps Udo's 369 Blend daily<br>Class: Historical Med | | | | |
| other medication  (Taking)<br>Sig  1 Dose daily  Take Vitalyte Electrolyte Formula daily<br>Class  Historical Med | | | | |
| other medication  (Taking)<br>Sig: 1 Dose daily  Take 3 caps PectaSol Citrus Pectin Fiber daily<br>Class: Historical Med | | | | |
| other medication  (Taking)<br>Sig  1 Dose daily  Take 1 tsp UniFiber daily<br>Class  Historical Med | | | | |
| other medication  (Taking)<br>Sig: 1 Dose daily  Take 1Tbs MCT oil daily<br>Class  Historical Med | | | | |
| Prasterone (DHEA) (DHEA) 25 mg tab  (Taking)<br>Sig  Take  by mouth daily<br>Class  Historical Med<br>Route  Oral | | | | |
| pyridoxine (VITAMIN B-6) 100 mg tablet  (Taking)<br>Sig: Take 100 mg by mouth daily<br>Class  Historical Med<br>Route  Oral | | | | |
| sinus rinse pack kit  (Taking)<br>Sig  Insert 1 Packet into nose as directed at bedtime daily  Indications  betamethasone 0 5mg/colloidal sinuse rinse<br>Class  Historical Med<br>Route  Nasal | | | | |
| testosterone cypionate (DEPO-TESTOSTERONE) 200 mg/mL injection (Discontinued)<br>Sig  Inject 200 mg to area(s) as directed every 14 days<br>Class: Historical Med<br>Route  Intramuscular | | | | 8/19/2015 |

## BMI Data

| Body Mass Index<br>24 40 kg/m² | Body Surface Area<br>2 04 m² |
|---|---|

## Immunizations as of 8/19/2015

| Name | Date | Dose | ViS Date | Route |
|---|---|---|---|---|
| DTaP Vaccine | 7/1/2006 | | | |
| Pneumococcal Vaccine (Adult) | 9/1/2010 | | | |

## Allergies as of 8/19/2015

Reviewed on  8/19/2015

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| Cat Hair Std Allergenic Ext | 05/16/2012 | | RHINORRHEA, SNEEZING, ITCHING |
| Dust | 05/16/2012 | | RHINORRHEA, SNEEZING, ITCHING |
| Grass Pollen | 05/16/2012 | | RHINORRHEA, SNEEZING, ITCHING |
| Mold | 05/16/2012 | | RHINORRHEA, SNEEZING, ITCHING |
| Pollen | 05/16/2012 | | RHINORRHEA, SNEEZING, ITCHING |
| Tree  Elm | 05/16/2012 | | RHINORRHEA, SNEEZING, ITCHING |
| Weeds [Weed Pollen] | 05/16/2012 | | RHINORRHEA, SNEEZING, ITCHING |

## Provider Progress Notes

Printed by Jennifer Eyring 11/27/15 1721

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd.
Kansas City KS 66160
Clinic Pertinent

PARKER,CRAIG B
MRN: 1217965
DOB ████ 1961, Sex M
Acct # 8199075
Enc Date 08/19/15

Provider Progress Notes (continued)

Progress Notes by Stephen Waller, MD at 08/19/15 0847

| Author Stephen Waller, MD | Service (none) | Author Type Physician |
| Filed 08/20/15 1419 | Note Time 08/19/15 0847 | Status Signed |
| Editor Stephen Waller, MD (Physician) | | |

**History of Present Illness:**

Mr Parker is a 54-year-old gentleman who returns to clinic today for followup  He was originally seen on April 15th for an abnormal brain SPECT scan.

He has a history of cranial nerve IV palsy which has resolved spontaneously, elevated IgE, multiple food and environmental allergies, abnormal brain SPECT imaging of unclear significance December 2014 and a history of lack of mental clarity, 'brain fog', and anxiety, which has lead to his temporary disability over the last two to three years

He returns to clinic today given a history of recurrent polypoid sinusitis  The patient underwent sinus surgery by Dr. Davis on August 21, 2014.  This was a bilateral endoscopic maxillary antrostomy with tissue removal from the maxillary sinuses, total bilateral ethmoidectomy, sphenoidotomy, and bilateral endoscopic frontal sinus duct exploration  Polypoid tissue was present within the maxillary antrum bilaterally and was removed at that time  We reviewed CT images taken just prior to that surgery.  This revealed extensive inflammation and opacification of frontal sinuses, maxillary, and ethmoid sinuses. His sphenoid sinuses at that time appeared to be fairly clear.  Cultures taken from this August 25, 2014, procedure revealed growth of coagulase-negative Staphylococcus, oxacillin sensitive, micrococcus, and a few corynebacterium Fungal cultures were negative  No evidence of fungal sinusitis

He states that over the last year, the sinus pressure had worsened.  He was followed back in clinic by Dr. Ellis and taken to the OR again on June 4, 2015.  He did undergo repeat bilateral total ethmoidectomy, maxillary antrostomy with tissue removal from the maxillary sinuses, bilateral sphenoidotomy, and frontal sinus duct exploration.  Of note, he had significant polypoid tissue filling the middle meatus extending into the nasal cavity  The inferior aspect of the middle turbinate was also very polypoid  Pathology samples revealed sinonasal mucosa with acute and chronic inflammation and prominent eosinophils and allergic mucus  Gram stains were negative for fungal hyphal elements

The patient states he was seen back for postoperative followup and found to have some evidence of early recurrence of polypoid tissue  He was started on nasal irrigations twice daily with budesonide  The budesonide is combined with the sinus irrigant.  The patient believes he is responding well to therapy  Since initiating the budesonide, his smell and taste have improved  This is something that has been absent for many months  He continues to see Dr Pfuetze for his allergies  He states he has multiple food and drug allergies  He reports shortness of breath and chest tightness with many different medications, including over-the-counter medications.  He was started on Xolair earlier this spring and was eventually able to come off his Advair by June  He believes the benefit from the Xolair has been maximized, and he fears he may have to start back on his Advair in the coming weeks

He is concerned that he may not have maximized his allergy medications  He underwent evaluation of a cytokine profile on June 18, 2015, less than two weeks after his sinus surgery  Not surprisingly, this revealed up regulation of IL-2, IL-4, GM-CSF, and tumor necrosis factor alpha.

He denies fevers, chills, or night sweats.  No facial pain or discomfort at this point.  He reports chronic headaches, but these have not changed recently  He denies visual changes, blackout spells, bloody nose, chest pain, palpitations, or shortness of breath.  He denies blood in the stool or dysuria.  He denies seizures, weakness, or numbness.  He has a new skin rash, contact dermatitis related to work in the yard

After our first visit in April, we discussed the possibility of neuropsychological testing given his complaints of 'brain fog', inability to main focus, and issues regarding memory loss  He would like to get back to work  The issues with his sinus disease enabled him from keeping his appointments with Neuropsychology.  He is requesting repeat referral for testing

AR 737

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Clinic Pertinent

PARKER,CRAIG B
MRN: 1217965
DOB ███ 1961, Sex M
Acct # 8199075
Enc Date: 08/19/15

02/11/2016  12:49

Provider Progress Notes (continued)

Progress Notes by Stephen Waller, MD at 08/19/15 0847 (continued)
(CCC 656855723)

**Review of systems:**
Remainder of ROS unremarkable.

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Allergy | |
| • Gastric ulcer, unspecified as acute or chronic, without mention of hemorrhage, perforation, or obstruction | |
| • Mononucleosis | 1997 |
| • Disorganized thinking | |
| • Memory loss | |
| • Fibromyalgia | |
| • Elevated IgE level | |
| • Anxiety | |
| *associated paranoia (self-reported)* | |

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Back surgery | | 2009 |
| *laminectomy* | | |
| • Hx septoplasty | | 1999 |
| • Cholecystectomy | | |

**Social Hx:**
Married   Has 2 children.  Previously worked for Garmin
No hx of smoking or alcohol or illicit drug use

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Heart Disease | Mother | |
| • Diabetes | Father | |
| • Cancer | Maternal Grandmother | |

**Immunization History**

| Administered | Date(s) Administered |
|---|---|
| • DTaP Vaccine | 07/01/2006 |
| • Pneumococcal Vaccine (Adult) | 09/01/2010 |

**Allergies:**
Allergies

| Allergen | Reactions |
|---|---|
| • Cat Hair Std Allergenic Ext | RHINORRHEA, SNEEZING and ITCHING |
| • Dust | RHINORRHEA, SNEEZING and |

Printed by Jennifer Eyring 11/27/15 1721

Page 4

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd.
Kansas City KS 66160
Clinic Pertinent

PARKER,CRAIG B
MRN. 1217965
DOB: ███/1961, Sex M
Acct # 8199075
Enc. Date: 08/19/15

Provider Progress Notes (continued)

Progress Notes by Stephen Waller, MD at 08/19/15 0847 (continued)

| | |
|---|---|
| | ITCHING |
| • Grass Pollen | RHINORRHEA, SNEEZING and ITCHING |
| • Mold | RHINORRHEA, SNEEZING and ITCHING |
| • Pollen | RHINORRHEA, SNEEZING and ITCHING |
| • Tree   Elm | RHINORRHEA, SNEEZING and ITCHING |
| • Weeds [Weed Pollen] | RHINORRHEA, SNEEZING and ITCHING |

| | |
|---|---|
| • Amino Acids-Minerals tab | Take  by mouth |
| • ascorbic acid (VITAMIN-C) 500 mg tablet | Take 1,000 mg by mouth daily |
| • cholecalciferol (Vitamin D3) (VITAMIN D-3) 1,000 units tablet | Take 1,000 Units by mouth daily |
| • cyanocobalamin(+) (VITAMIN B-12) 500 mcg tablet | Take 1,000 mcg by mouth daily |
| • GLUTATHIONE MISC | Use 250 mg as directed  Indications. GSH transdermal cream, 1ml |
| • lactobacillus rhamnosus GG (LACTOBACILLUS RHAMNOSUS (GG)) 15 billion cell cpSP | Take by mouth twice daily with meals |
| • OMALIZUMAB (XOLAIR SC) | Inject 375 mg into area(s) as directed every 14 days |
| • other medication | 1 Dose. Take one tab Peptic Care daily |
| • other medication | 1 Dose  Take 4 gel caps of Vitalzym Enzyme formula daily |
| • other medication | 1 Dose. Take 1 cap Chromate GTF daily |
| • other medication | 1 Dose  Take 2 caps Udo's 369 Blend daily |
| • other medication | 1 Dose daily  Take Vitalyte Electrolyte Formula daily |
| • other medication | 1 Dose daily. Take 3 caps PectaSol Citrus Pectin Fiber daily |
| • other medication | 1 Dose daily  Take 1 tsp UniFiber daily |
| • other medication | 1 Dose daily. Take 1Tbs MCT oil daily |
| • Prasterone (DHEA) (DHEA) 25 mg tab | Take  by mouth daily |
| • pyridoxine (VITAMIN B-6) 100 mg tablet | Take 100 mg by mouth daily |
| • sinus rinse pack kit | Insert 1 Packet into nose as directed at bedtime daily Indications: betamethasone 0.5mg/colloidal sinuse rinse |

Filed Vitals:

| | |
|---|---|
| | 08/19/15 0838 |
| BP. | 112/72 |
| Pulse· | 84 |
| Temp· | 36 6 °C (97.9 °F) |
| TempSrc· | Oral |
| Resp | 16 |
| Height | 182 9 cm (72 01") |
| Weight. | 81.647 kg (180 lb) |

Printed by Jennifer Eyring 11/27/15 1721

AR 739

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd.
Kansas City KS 66160
Clinic Pertinent

PARKER,CRAIG B
MRN 1217965
DOB: ███/1961, Sex M
Acct # 8199075
Enc Date. 08/19/15

02/11/2016  12:49

Provider Progress Notes (continued)

Progress Notes by Stephen Waller, MD at 08/19/15 0847 (continued)

**Physical Exam:**
**Gen:** Awake, alert, NAD at rest
**HEENT:** No icterus, no thrush, oropharynx without erythema; dentition ok, no nystagmus
**Nodes:** No cervical, supraclavicular, axillary, epitrochlear or inguinal adenopathy
**Lungs:** clear
**Heart:** Reg, no murmur
**Abd:** + BS, soft, NT, no appreciable HSM
**Ext:** No edema, no clubbing; no splinter hemorrhages
**Skin:** Erythematous rash on arms (c/w contact dermatitis)
**Musculoskel:** no warm or tender joints
**Psych:** O x 3, normal mood & affect

Brain SPECT viewed

Lab/Radiology/Other Diagnostic Tests:

| CBC w/Diff | |
|---|---|
| No results found for: WBC | No results found for NEUT |

| Comprehensive Metabolic Profile | |
|---|---|
| No results found for: NA | No results found for CA |

Assessment / Plan :

1. **Recurrent rhinosinusitis with polyposis**
    - (8/21/14) s/p bilateral maxillary antrostomy, ethmoidectomy, sphenoidotomy and bilateral nasofrontal duct exploration
        - culture. coag neg Staph, few micrococcus species, few Corynebacterium species
    - (6/5/15) s/p bilateral maxillary antrostomy, ethmoidectomy, sphenoidotomy and bilateral nasofrontal duct exploration; resection of extensive polypoid tissue
        - path sinonasal mucosa with acute / chronic inflammation with prominent eosinophils and allergic mucus; GMS stain neg for hyphal elements

2. **Hx of elevated serum IgE**
    - denies worsening SOB or sinus congestion with ASA

3. **Hx of multiple environmental allergies**

4. **Personal history of several months of lack of mental clarity, 'brain fog' and difficulty maintaining a focus. Self-described history of nervousness, anxiety, and some paranoia.**

5. **History of cranial nerve IV palsy, which is improved over the last 1 year**
    - etiology unclear

6. **Abnormal brain SPECT imaging on December 17, 2014, of unclear significance.**

Printed by Jennifer Eyring 11/27/15 1721

Page 6

AR 740

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Clinic Pertinent

PARKER,CRAIG B
MRN: 1217965
DOB. ███/1961, Sex. M
Acct #. 8199075
Enc. Date: 08/19/15

Provider Progress Notes (continued)

Progress Notes by Stephen Waller, MD at 08/19/15 0847 (continued)

I am encouraged by his clinical response to the budesonide irrigations that he does twice a day. I suspect the elevated serum IgE goes along with his history of recurrent rhinosinusitis with polyposis. He states he was seeing inadequate results with the nasal corticosteroid. With the addition of the nasal irrigations with budesonide, he has seen recovery of his sense of *taste and smell*. Hopefully, this will translate into better control of his reactive polypoid tissue with a suppression of local cytokine production within the nasal mucosa. At this point, he does not have any clinical evidence of active sinus infection. His sinuses actually feel better than they have felt in quite some time. I would not recommend any antimicrobial treatment at this point.

I have asked him to discuss this issue further with his allergist to see if there are any additional medications he should consider. Unclear to me if he would benefit from a mast cell inhibitor while on the budesonide. He will soon be following up with Dr. Steven Ellis to assess his progress on the budesonide irrigations.

The patient has asked us to re-consult our neuropsychology colleagues for neuropsychological testing given his ongoing concerns with 'brain fog', lack of mental clarity, issues with memory loss, etc. I will note that the patient did not appear to me to have any issues with memory given his ability to readily call specific fax and details regarding medical procedures, tests, etc. However, we will *refer him once again for neuropsychological testing*

Once again, he states he underwent sleep studies in the past. Previously, there is no evidence of obstructive sleep apnea. He was found to have restless legs syndrome, which he states has since resolved. He does exercise for short periods on his elliptical machine going approximately one-quarter to one-half mile. Heavier activities during the day such as working on home projects, indoors, or outdoors may lead to more fatigued day the following day. I have suggested a steady increase in his exercise. He could increase the duration or intensity on the elliptical machine. He can also consider other activities such as swimming.

I would be happy to see him back in clinic on an as-needed basis.

:DOC 656850035:

Electronically signed by Stephen Waller, MD at 08/20/15 1419

| Problem List as of 8/19/2015 | | Reviewed 8/19/2015 10:11 AM by Stephen Waller, MD |
| --- | --- | --- |
| | Resolved | Last Modified |
| Flushing | | 8/14/2012 |
| | Entered by Gillian Schmidt, MD | |
| GERD (gastroesophageal reflux disease) | | 8/9/2012 |
| | Entered by Gillian Schmidt, MD | |
| Seasonal allergic rhinitis | | 8/9/2012 |
| | Entered by Gillian Schmidt, MD | |

Encounter Status

AR 741

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd.
Kansas City KS 66160
Clinic Pertinent

PARKER,CRAIG B
MRN 1217965
DOB ██/1961, Sex M
Acct #. 8199075
Enc Date 08/19/15

**Encounter Status (continued)**
Electronically Signed By Stephen Waller, MD on 8/20/15 at 2 19 PM

**Review of Systems**
No data filed

**Point of Care Results**
No results found

**Lab Results**
No results found

**Micro Results**
No results found

**Blood Bank Results**
No results found

**Pathology Results**
No results found

**Order-Level Documents·**
There are no order-level documents

## END OF ENCOUNTER

## END OF REPORT

AR 742

321YZD3_01SRMYKJ900QTE9-6

**Kansas City Internal Medicine**

Patient Chart Copy for CRAIG PARKER
MRN 220*327
DOB ██████ *961
Data accurate as of 12/03/2015 08 39 AM Central Standard Time

321YZD3_01SRMYKJ900QTE9 - 7

KCIM - Menorah
Overland Park, KS

**PARKER, CRAIG**
May 11, 1961                                        Male                          2201327

11729 S SUMAC                    (913) 829-9311        English (preferred)
OLATHE, KS 66061                 Home Phone            Language
                                 (913) 645-5285        White
                                 Mobile Phone          Race
                                                       Not Hispanic e Latino
                                                       Ethnicity

**Visit Summary** - 10/12/15

## Reason for Visit

Reason for Visit: 54 year old man presents for a consultation regarding low testosterone and high IGF-1. His primary MD is Dr Schuchardt [

## Vitals

| Date | Measurement | Value |
|---|---|---|
| 12-Oct-2015 4:35 PM | BP Systolic | 120 mm[Hg] |
| | BP Diastolic | 70 mm[Hg] |
| | Heart Rate | 80 /min |
| | Weight | 173.0 lb |
| | Body Mass Index Calculated | 23.46 kg/m2 |
| | Body Surface Area Calculated | 2 |
| 25-Sep-2015 5:01 PM | Height | 72 in |

## Medications

Budesonide 0.25 MG/2ML Inhalation Suspension

Cats Claw CAPS

Other OTC
Udo's Oil Energy electrolyte Mineral formula concentrate trace minerals

Other Prescription
GSH transdermal 350mg/ml

Probiotic CAPS

Vitamin B12 TABS

Vitamin B-6 100 MG Oral Tablet

Vitamin D3 LIQD

Xolair 150 MG Subcutaneous Solution Reconstituted

## Allergies

⚠ Ceftin          Reaction: Asthma (Severe)
⚠ Diflucan        Reaction: Asthma (Severe)

## Results

Results not documented

AR 744

321YZD3_01SRMYKJ900QTE9-8

**Patient Contacts**

Emergency Contact                                   Unknown
.                                              Address

**Document Details**

KCIM - Menorah
12140 Nall Ave            (816) 943-0706       11 410 817 0, Transform 4 1 7 1
Suite 100                 Work Phone           October 12, 2015 16 44 -0500
Overland Park  KS 66209                        Andrew Green, M D
Address                                        Published

Powered by Allscripts℠                                              Style Sheet V2 2

321YZD3_01SRMYKJ900QTE9-9

Page 1 of 1

**College Park IMG**
**10600 Mastin**
**Overland Park, KS 662125723**
**913-956-4200**

**PHYSICIAN INFORMATION**
Requesting: Schuchardt, Robert L
Ordering:    Schuchardt, Robert

**PATIENT INFORMATION**
Name:   Parker, Craig B
DOB:    ████1961
Sex:    Male
Tel:    913-829-9311

**REPORT DETAILS**
Procedure Name:      **MR Brain with and**
**without contrast (CPFCC IMG)**
Session Id: 1489855

**REPORT DATES**
Order:        05/16/2014
Procedure:    05/16/2014 00:00:00
Transcribed:  05/16/2014 14:57:00

**REPORT**
Exam :
EXAMINATION:
MRI brain without and with IV contrast

INDICATION:
53-year-old male with history of fungal sinusitis. Complains of double
vision and lightheadedness.

COMPARISON:
MRI brain July 12, 2012.

PROCEDURE:
Routine MR scan of the brain was performed before and after the
intravenous administration of 15 cc OptiMARK contrast.

RESULTS:
The midline ventricular system is normal in size, contour and
configuration. There is no abnormal mass effect or midline shift. No
abnormal intra-or extra-axial masses or fluid collections are identified.
Diffusion-weighted images demonstrate no evidence of acute infarct. Signal
intensity this regard hemispheric white matter is normal. The VII-VIII
cranial nerve complexes, globes and optic nerves are normal. Normal
vascular flow voids are demonstrated at the skull base. There is a very
minimal bilateral maxillary and ethmoid sinus mucosal thickening. There is
an extremely small right maxillary sinus air-fluid level. Postcontrast
images demonstrate a normal pattern of enhancement.

IMPRESSION:
1. No intracranial abnormality is identified.
2. Minimal maxillary and ethmoid sinus mucosal thickening. Tiny right
maxillary sinus air-fluid level.

Electronically Signed By: JOHN S. YUNGMEYER, M.D.

---

Patient: Parker, Craig B    DOB:  ███/1961

AR 746

321YZD3_01SRMYKJ900QTE9 - 10

| Allergies | Date |
|---|---|
| Diflucan - Asthma | 28-Sep-2015 |
| Cefun - Asthma | 28-Sep-2015 |

| Medications | Date |
|---|---|
| Budesonide 0 25 MG/2ML Inhalation Suspension, #, [Reported] , NO REFILLS | 28-Sep-2015 |
| Other Prescription, #, GSH transdermal 250mg/ml[Reported] , NO REFILLS, Evaluate | 28-Sep-2015 |
| Xolair 150 MG Subcutaneous Solution Reconstituted, #, [Reported] , NO REFILLS | 28-Sep-2015 |
| Probiotic CAPS, #, [Reported] , NO REFILLS | 28-Sep-2015 |
| Vitamin D3 LIQD, #, [Reported] , NO REFILLS | 28-Sep-2015 |
| Vitamin B-6 100 MG Oral Tablet, #, [Reported] , NO REFILLS | 28-Sep-2015 |
| Vitamin B12 TABS, #, [Reported] , NO REFILLS | 28-Sep-2015 |
| Cats Claw CAPS, #, [Reported] , NO REFILLS | 28-Sep-2015 |
| Other OTC, #, Udo's Oil Energy electrolyte Mineral formula concentrate trace minerals[Reported] , NO REFILLS, Evaluate | 28-Sep-2015 |

| Past Medical History | Date |
|---|---|
| Abnormal endocrine laboratory test finding (796 4) (R68 89), Active | 12-Oct-2015 |
| History of Vision impairment, Denied | 28-Sep-2015 |
| History of Hearing loss, Denied | 28-Sep-2015 |

| Problems | Date |
|---|---|
| Abnormal endocrine laboratory test finding (796 4) (R68 89) | 12-Oct-2015 |
| History of Vision impairment, Denied | 28-Sep-2015 |
| History of Hearing loss, Denied | 28-Sep-2015 |

| Results | Date |
|---|---|
| 5-HIAA,Quant ,24 Hr Urine: 5-HIAA, Urine  3.2 mg/L Range Undefined (02-Oct-2015 1 18PM) | 30-Sep-2015 |
| 5-HIAA,Quant,24 Hr Urine  5-HIAA. Urine  24hr 5.5 mg/24 hr Range:0 0-14 9 (02-Oct-2015 1·18PM) | 30-Sep-2015 |
| CBC  WBC: 5.1 10^3/uL. Range 4 0-10 0 (29-Sep-2015 2:51PM) | 29-Sep-2015 |
| CBC: RBC: 4.84 10^6/uL. Range.4 70-6 13 (29-Sep-2015 2 51PM) | 29-Sep-2015 |
| CBC  HGB. 15 0 g/dl Range.14 0-18 1 (29-Sep-2015 2 51PM) | 29-Sep-2015 |
| CBC  HCT  46 6 % Range 42.0-53 7 (29-Sep-2015 2:51PM) | 29-Sep-2015 |
| CBC: MCV  96 3 fl. Range:80 0-100.0 (29-Sep-2015 2 51PM) | 29-Sep-2015 |
| CBC  MCH. 31 0 pg Range 27 0-31.2 (29-Sep-2015 2 51PM) | 29-Sep-2015 |
| CBC  MCHC  32 2 g/dl Range 31 8-35.4 (29-Sep-2015 2:51PM) | 29-Sep-2015 |
| CBC  RDW-CV  13 2 % Range·11.6-14 8 (29-Sep-2015 2 51PM) | 29-Sep-2015 |
| CBC  PLT  201 10^3/uL Range.142-424 (29-Sep-2015 2·51PM) | 29-Sep-2015 |
| CBC  MPV  10 9 fl. Range.8.5-11 8 (29-Sep-2015 2:51PM) | 29-Sep-2015 |
| CBC. NEUT%. 53.7 % Range.37.0-80 0 (29-Sep-2015 2 51PM) | 29-Sep-2015 |
| CBC. LYMPH%  28 7 % Range 10 0-50 0 (29-Sep-2015 2 51PM) | 29-Sep-2015 |
| CBC. MONO%: 8.1 % Range 0 0-12 0 (29-Sep-2015 2 51PM) | 29-Sep-2015 |
| CBC. EOS%: 8 30 % (Abnormal H ) Range:0 00-7 00 (29-Sep-2015 2 51PM) | 29-Sep-2015 |
| CBC  BASO%  1.200 % Range.0,000-2 500 (29-Sep-2015 2 51PM) | 29-Sep-2015 |
| CBC  IG%· 0 2 % Range 0 0-0 8 (29-Sep-2015 2 51PM) | 29-Sep-2015 |
| CBC  NEUT ABS  2 71 10^3/uL Range 2 00-6 90 (29-Sep-2015 2·51PM) | 29-Sep-2015 |
| CBC  LYMPH ABS  1 45 10^3/uL Range 0 60-3 40 (29-Sep-2015 2·51PM) | 29-Sep-2015 |
| CBC  MONO ABS  0 410 10^3/uL Range.0.000-0 900 (29-Sep-2015 2 51PM) | 29-Sep-2015 |
| CBC· EOS ABS  0.420 10^3/uL  Range 0 000-0 700 (29-Sep-2015 2 51PM) | 29-Sep-2015 |
| CBC  BASO ABS  0 060 10^3/uL  Range.0 000-0 200 (29-Sep-2015 2 51PM) | 29-Sep-2015 |
| CBC, IG ABS. 0.01 10^3/uL Range 0 00-0.10 (29-Sep-2015 2 51PM) | 29-Sep-2015 |
| COMP MET PANEL w/GFR. GLUCOSE  91 mg/dl Range 70-99 (29-Sep-2015 3:35PM) | 29-Sep-2015 |
| COMP MET PANEL w/GFR  BUN  16 mg/dl Range 9-25 (29-Sep-2015 3 35PM) | 29-Sep-2015 |
| COMP MET PANEL w/GFR. CREAT. 1 0 mg/dl Range 0 5-1 5 (29-Sep-2015 3 35PM) | 29-Sep-2015 |
| COMP MET PANEL w/GFR. eGFR in Non- African American  >60 mL/min/1.7 > Range >60 (29-Sep-2015 3 35PM) | 29-Sep-2015 |
| COMP MET PANEL w/GFR. eGFR if African American. >60 mL/min/1 7 > Range >60 (29-Sep-2015 3 35PM) | 29-Sep-2015 |
| COMP MET PANEL w/GFR. NA  142 mmol/L Range 137-150 (29-Sep-2015 3 35PM) | 29-Sep-2015 |

321YZD3_01SRMYKJ900QTE9-11

| | Date |
|---|---|
| COMP MET PANEL w/GFR  K  4.3 mmol/L Range 3.5-5.3 (29-Sep-2015 3.35PM) | 29-Sep-2015 |
| COMP MET PANEL w/GFR  CL  105 mmol/L Range 101-113 (29-Sep-2015 3.35PM) | 29-Sep-2015 |
| COMP MET PANEL w/GFR  CO2. 27 mEq/l Range 19-31 (29-Sep-2015 3.35PM) | 29-Sep-2015 |
| COMP MET PANEL w/GFR  CA. 9.3 mg/dl Range 8.5-10.8 (29-Sep-2015 3.35PM) | 29-Sep-2015 |
| COMP MET PANEL w/GFR. TOTAL PROTEIN. 6.6 g/dl Range 6.2-8.3 (29-Sep-2015 3.35PM) | 29-Sep-2015 |
| COMP MET PANEL w/GFR. ALB  4.2 g/dl Range 3.3-5.9 (29-Sep-2015 3.35PM) | 29-Sep-2015 |
| COMP MET PANEL w/GFR. AST. 30 iu/l Range 5-40 (29-Sep-2015 3.35PM) | 29-Sep-2015 |
| COMP MET PANEL w/GFR. ALT. 35 iu/l Range 6-55 (29-Sep-2015 3.35PM) | 29-Sep-2015 |
| COMP MET PANEL w/GFR. ALK PHOS  79 iu/l Range 19-168 (29-Sep-2015 3.35PM) | 29-Sep-2015 |
| COMP MET PANEL w/GFR. TOTAL BILI  0.6 mg/dl Range 0.2-1.2 (29-Sep-2015 3.35PM) | 29-Sep-2015 |
| TOTAL  TESTOSTERONE  444.7 ng/dl Males 21-49 yrs (47.01-980.56) Males >49 yrs (127.18-1020.36) Females 21-49 yrs (7.21-79.31) Females >49 yrs (8.65-36.92) Range 127.0-1020.0 (29-Sep-2015 3:35PM) | 29-Sep-2015 |
| Ferritin  25.0 ng/mL Range 22.0-275.0 (30-Sep-2015 10.56AM) | 29-Sep-2015 |
| FSH  6.3 (30-Sep-2015 10.56AM) | 29-Sep-2015 |
| PROLACTIN  4.8 ng/mL Range 1.6-18.8 (30-Sep-2015 10.56AM) | 29-Sep-2015 |
| LH. 3.1 (30-Sep-2015 10.56AM) | 29-Sep-2015 |
| Estradiol. 9.9 Range 7.6-42.6 (30-Sep-2015 7.34AM) | 29-Sep-2015 |
| IGF-1. Insulin-Like Growth Factor1  210 ng/mL (Abnormal H ) Range 61-200 (01-Oct-2015 2.24AM) | 29-Sep-2015 |
| Growth Hormone, Serum  &lt;0.1 ng/mL Range 0.0-10.0 (01-Oct-2015 6.36AM) | 29-Sep-2015 |

| Social History | Date |
|---|---|
| Occupation, Active | 28-Sep-2015 |
| Exercises occasionally (V49.89) (Z78.9), Active | 28-Sep-2015 |
| Married, Active | 28-Sep-2015 |
| History of Never a smoker, Denied | 28-Sep-2015 |
| History of Caffeine use, Denied | 28-Sep-2015 |
| History of Alcohol use, Denied | 28-Sep-2015 |

| Vitals | Date |
|---|---|
| Taken  12-Oct-2015 4:35PM | 12-Oct-2015 |
| BSA Calculated  2.00 BMI Calculated  23.46 Weight: 173 lb | 12-Oct-2015 |
| Heart Rate. 80 | 12-Oct-2015 |
| Systolic  120 Diastolic  70 | 12-Oct-2015 |
| Taken  28-Sep-2015 5.01PM | 28-Sep-2015 |
| BSA Calculated  2.00 BMI Calculated: 23.52 Weight  173.4 lb Height: 72 in | 28-Sep-2015 |
| Heart Rate: 80 | 28-Sep-2015 |
| Systolic  102 Diastolic  70 | 28-Sep-2015 |

321YZD3_01SRMYKJ900QTE9-12

## Office Note -Endo - Final

**Reason For Visit**
54 year old man presents for a consultation regarding low testosterone and high IGF-1.
His primary MD is Dr Schuchardt.

**HPI**
Returns to review results of endocrine evaluation for persistent "flu-like"symptoms and unexplained
weight loss.

**Current Meds**
Budesonide 0 25 MG/2ML Inhalation Suspension, RPT
Other Prescription:GSH transdermal 250:mg/ml, RPT
Xolair 150 MG Subcutaneous Solution Reconstituted., RPT
Probiotic CAPS., RPT
Vitamin D3 LIQD,. RPT
Vitamin B-6 100 MG Oral Tablet,. RPT
Vitamin B12 TABS.; RPT
Cats Claw CAPS;.RPT
Other OTC,Udo's OilEnergy electrolyte Mineral formulaconcentrate trace minerals; RPT

**Allergies**
Ceftin, Allergy, Asthma
Diflucan, Allergy, Asthma

**Vital Signs**
Vital Signs Recorded by Asper, Stacy on October 12 2015 04.35 PM
Weight: 173,0 lb, BMI: 23.46 , BSA: 2 00
BP 120/70 mm Hg
HR: 80 b/min :

**Assessment**
Abnormal endocrine laboratory test finding (796 4) (R68 89).

**Orders**
Growth Hormone, Serum: Requested for Approx 12Apr2016
IGF-1, Requested for, Approx 12Apr2016

**Plan**
Reviewed results in detail

Not hypogonadal
Does have a minimally elevated IGF-1, which cannot explain symptoms Growth hormone is undetectable,
so no indication for OGTT for glucose suppression. Has had an MRI of brain that is sufficient to exclude
any large pituitary tumor; microadenoma is still possible and would require pituitary cuts to evaluate

Lab results otherwise are unremarkable general health screening is normal, and normal urinary 5-HIAA
rules out carcinoid syndrome

These rule out hypogonadism and any obvious endocrine dysfunction.
Reassured about gonadal function, and lack of evidence for carcinoid
Recommend followup in 6 months with check of IGF-1 and GH prior

**Results**
5-HIAA,Quant ,24 Hr Urine  30 Sep 2015 11 48 AM
  - 5-HIAA, Urine 3.2 mg/L  Reference Range: Undefined
  - 5-HIAA, Urine, 24hr 5 5 mg/24 hr  Reference Range  0.0-14 9
CBC  29 Sep 2015 09:42 AM
  - WBC: 5.1 10^3/uL  Reference Range. 4.0-10.0
  - HGB: 15 0 g/dl  Reference Range. 14 0-18 1
  - PLT 201 10^3/uL  Reference Range. 142-424
COMP MET PANEL w/GFR  29 Sep 2015 09 42 AM
  - NA  142 mmol/L  Reference Range. 137-150
  - K. 4.3 mmol/L  Reference Range: 3 5-5 3

Case 2:16-cv-02554-JAR-JPO   Document 42-6   Filed 06/09/17   Page 44 of 102

:om DatafileTechnologies    Thu 03 Dec 2015 10:27:37 AM CST                    Page 14 of 4.

02/11/2016   12:49

321YZD3_01SRMYKJ900QTE9-13

## Office Note -Endo - Final

- CL: 105 mmol/L  Reference Range  101-113
- CO2· 27 mEq/l  Reference Range  19-31
- CA  9 3 mg/dl  Reference Range  8 5-10 8
- ALB. 4 2 g/dl  Reference Range: 3 3-5.9
- AST. 30 iu/l  Reference Range  5-40
- ALT· 35 iu/l  Reference Range: 6-55
- ALK PHOS· 79 iu/l  Reference Range  19-168
- TOTAL BILI: 0.6 mg/dl  Reference Range: 0 2-1 2
- GLUCOSE. 91 mg/dl  Reference Range· 70-99
- BUN. 16 mg/dl  Reference Range  9-25
- CREAT  1.0 mg/dl  Reference Range. 0.5-1.5

TOTAL TESTOSTERONE  29 Sep 2015 09·42 AM
- TOTAL TESTOSTERONE· 444 7  Reference Range· 127.0-1020 0

Ferritin  29 Sep 2015 09 42 AM
- Ferritin. 25.0 ng/mL  Reference Range. 22 0-275.0

FSH  29 Sep 2015 09.42 AM
- FSH: 6.3 miU/ml

PROLACTIN  29 Sep 2015 09:42 AM
- Prolactin: 4.8 ng/mL  Reference Range: 1.6-18.8

LH  29 Sep 2015 09.42 AM
- LH: 3.1 miU/ml

Estradiol  29 Sep 2015 08:41 AM
- Estradiol  9 9 pg/mL  Reference Range  7 6-42 6

IGF-1  29 Sep 2015 08 41 AM
- Insulin-Like Growth Factor I  210  Reference Range· 61-200  Flag  H

Growth Hormone, Serum  29 Sep 2015 08:41 AM
- Growth Hormone. Serum. <0 1  Reference Range· 0 0-10 0.

**Signature**
Electronically signed by : Andrew  Green  M D ; 10/12/2015 5·21 PM CST

AR 750

321YZD3_01SRMYKJ900QTE9-14

# KANSAS CITY INTERNAL MEDICINE
## Patient HIPAA Acknowledgement and Consent Form

Patient Name: _Craig Parker_     Date of Birth: ██████ 61

_____ (Patient Initials) **Notice of Privacy Practices.** I acknowledge that I have received the practice's Notice of Privacy Practices, which describes the ways in which the practice may use and disclose my healthcare information for its treatment, payment, healthcare operations and other described and permitted uses and disclosures. I understand that I may contact the Privacy Officer designated on the notice if I have a question or complaint. To the extent permitted by law, I consent to the use and disclosure of my information for the purposes described in the practice's Notice of Privacy Practices.

**Disclosures to Friends and/or Family Members**
I give permission for my Protected Health Information (PHI) to be disclosed for purposes of communicating results, findings and care decisions to the family members and other listed below:

| NAME | RELATIONSHIP | CONTACT PHONE NUMBER |
|---|---|---|
| Amy Parker | Wife | 913 645 5286 |
|  |  |  |
|  |  |  |

**Consent for Treatment**
_CP_ (Patient Initials) I hereby consent to the following treatments: Administration and performance of all treatments, performance of procedures as may be deemed necessary or advisable, use of prescribed medication, performance of diagnostic procedures/tests and cultures, and performance of all other test/procedures considered medically necessary or advisable based on the judgment of attending physician or assigned designees. I fully understand that this is given in advance of any specific diagnosis or treatment. I intend this consent to be continuing in nature even after a specific diagnosis has been made and treatment recommended. The consent will remain in full force until revoked in writing.

**Consent to Leave a Message**
_CP_ (Patient Initials) I give Kansas City Internal Medicine permission to leave test results, orders and/or referral information on my voicemail and/or cell phone if unable to reach me.

Home #( 913 ) 829 - 1311 , or Cell #( 913 ) 645 - 5285

_____ (Patient Initials) I do not give consent for Kansas City Internal Medicine to leave test results, orders and/or referral information on my voicemail and/or cell phone if unable to reach me.

**Signature and Date**
I certify that I have read and fully understand the above statements and consent fully and voluntarily to its contents.

_Craig B Parker_     _Craig B Parker_
Name of Patient (Please Print)     Signature of Patient

_9 , 28 , 15_     _____
Date     Signature of Patient Representative (Required if patient is a minor or an Adult who is unable to sign this form.)

Rev 12.2014

AR 751

321YZD3_01SRMYKJ900QTE9 - 15

# KANSAS CITY INTERNAL MEDICINE PATIENT REGISTRATION

## KCIM

**OFFICE USE ONLY**

Today's Date: 9/28/15    Account #: _____    Primary Doctor: Schuchardt    Primary Office: College Park Stanley

### PATIENT INFORMATION

NAME: Craig (first)    B. (middle initial)    Parker (last)    Email: CP-AP@cubell.net

ADDRESS: ████████ (number and street)    ____ (apt #)    Olare (city)    KS (state)    66061 (zip code)

PRIMARY PHONE #: 9138299311 (cell or home)    SECONDARY PHONE #: 9136455285 (cell or home)

BIRTH DATE: ████ 61    GENDER: ☐Female ☑Male    MARITAL STATUS: M

RACE: W    PRIMARY LANGUAGE: English    SS#: ████████

ETHNICITY: ☐Hispanic or Latino ☑Non-Hispanic or Latino ☐Unknown ☐Declined

EMPLOYER / SCHOOL: _____    EMPLOYER PHONE: _____

ADDRESS: _____ (number and street)    ____ (apt #)    ____ (city)    ____ (state)    ____ (zip code)

OCCUPATION: _____    BY WHOM WERE YOU REFERRED: _____

OTHER PHYSICIANS INVOLVED IN YOUR CARE: Michael Brown MD

### IN CASE OF AN EMERGENCY

NAME: Amy Parker    RELATIONSHIP: Wife

PHONE#: 913 645 5286    ALTERNATE PHONE#: _____

### HEALTH INSURANCE INFORMATION

*please be aware that KCIM is not responsible for verification of in-network participation with your insurance carrier _____ Initial

| PRIMARY INSURANCE | SECONDARY INSURANCE |
|---|---|
| INSURANCE NAME | INSURANCE NAME |
| ID#                    GROUP# | ID#                    GROUP# |
| POLICY OWNER NAME | POLICY OWNER NAME |
| POLICY OWNER DOB & RELATIONSHIP TO PATIENT | POLICY OWNER DOB & RELATIONSHIP TO PATIENT |

I hereby authorize Kansas City Internal Medicine to release medical information necessary for insurance reimbursement. I hereby authorize and assign payment directly to KCIM for insurance benefits herein specified and otherwise payable to me. I understand that I am financially responsible to KCIM for all charges incurred regardless of potential insurance benefits

X Craig B Parker    X 9/28/15
Signed                          Date

Rev 10/2011

AR 752



321YZD3_01SRMYKJ900QTE9 - 16



## Kansas City Internal Medicine
## FINANCIAL POLICY

Thank you for choosing Kansas City Internal Medicine as your health care provider  We are committed to providing the best possible care. Please understand that management of your billing is important in ensuring that we can continue to take care of your health care needs. The following is a statement of our "Financial Policy." Please read the information carefully and sign where noted below.

Your insurance policy is a contract between you and your insurance provider. We are not a specific party to that contract. It is the patient's responsibility to understand their insurance policy and all coverage. We will do the best job we can to help you understand or direct you to the information however KCIM is not responsible for verifying that your insurance is an "in-network" participant.

Insurance companies change their policies for coverage on a regular basis  We are required to review your current insurance card at each time of service to ensure we have all updated information. If any charges are denied, due to the fact that your current insurance card was not provided, the patient will be responsible for any unpaid balances.

If a patient is unable to verify their insurance coverage, they will be required to pay a minimum of $125 up front. KCIM is happy to later file insurance for the patient and provide a credit when payment is received

Most insurance companies require co-pays and/or coinsurance. Those that do, require that it is paid prior to the visit. We collect this at the time of check-in. If you are unable to pay your copay and/or coinsurance, you will be asked to reschedule your appointment.

Self-paying patients must pay at the time of service. A deposit of $125 will be collected prior to the visit. At the time of check out, we will apply a 20% discount to the total fee less the $125 deposit and this balance will be collected  If the patient is unable to pay the entire balance, the 20% discount will be removed and 100% of the total fee will be billed to the patient. (No discount for acupuncture- already discounted).

KCIM bills for preventative care services per the insurance company guidelines. Please note that additional services rendered at any visit will be charged as appropriate  If the patient is scheduled for a physical and the visit goes beyond what is considered routine, KCIM may bill an additional office visit based on your physician's additional time and treatment. In the event that this happens, KCIM will bill the patient any additional balances due. For example, co-pay that results in the billing of an additional office visit

We accept all forms of payment including Visa, MasterCard, Discover and American Express

If your insurance plan requires a referral, then it is your responsibility to gather this prior to being seen. If this is not obtained, then you will be required to pay your bill at the time of service, and file your claim directly.

Patients who fail to cancel their appointments will be billed a $25 cancellation fee  Patients who fail to cancel their Complete Physical, Education, Medicare Wellness, or Ultrasound appointments will be billed a $50 cancellation fee  Please provide us the courtesy of cancelling within one business day so that we may offer that valuable patient care time to another patient

Please note there will be a fee assigned to completion of forms and that insurance will not pay for this non-direct patient care service.

KCIM is happy to bill for auto accidents and similar services  However, if the carrier does not make payment within 60 days of the appointment, the patient is 100% responsible

KCIM has the right to charge interest or other fees for late payments

All outstanding personal balances will be collected at the office visit or visit will be rescheduled.

I have read the Financial Policy and understand and agree to its terms.

x  _Craig B. Parker_
PRINTED PATIENT NAME

x  _Craig B Pohn_
SIGNATURE OF PATIENT OR RESPONSIBLE PARTY

x  _5 11 61_
PATIENT DATE OF BIRTH

x  _9 28 15_
DATE

Data1/Policy and Procedures/Business Office/KCIM Financial Policy                                    REV 06/15

AR 753

321YZD3_01SRMYKJ900QTE9 - 17

KCIM - Menorah
Overland Park, KS

**PARKER, CRAIG**
May 11, 1961 | Male

1728 S SUMAC | (913) 829-9211 | English (preferred)
OLATHE, KS 66061 | Home Phone Still | Language
Address | (913) 645-5285 | White
| Mobile Phone | Not Hispanic or Latino

## Visit Summary

### Reason for Visit

Reason for Visit: 54 year old man presents for a consultation regarding low testosterone and high IGF-1. His primary MD is Dr. Schuchardt.

### Assessments

Abnormal endocrine laboratory test finding
Exercises occasionally
Married
Occupation

### Vitals

| 28-Sep-2015 5:01 PM | | |
|---|---|---|
| BP Systolic | 102 mm[Hg] |
| BP Diastolic | 70 mm[Hg] |
| Heart Rate | 80 /min |
| Height | 72 in |
| Weight | 173.4 lb |
| Body Mass Index Calculated | 23.52 kg/m2 |
| Body Surface Area Calculated | 2 |

### Medications

**Budesonide 0.25 MG/2ML Inhalation Suspension**

**Cats Claw CAPS**

**Other OTC**
Udo's Oil Energy electrolyte Mineral formula concentrate trace minerals

**Other Prescription**
GSH transdermal 250mg/ml

**Probiotic CAPS**

**Vitamin B12 TABS**

**Vitamin B-6 100 MG Oral Tablet**

**Vitamin D3 LIQD**

**Xolair 150 MG Subcutaneous Solution Reconstituted**

### Allergies

AR 754

321YZD3_01SRMYKJ900QTE9 - 18

▲ Ceftin                                Reaction: Asthma (Severe)
▲ Diflucan                              Reaction: Asthma (Severe)

Results

**Results not documented**

Patient Contacts

Emergency Contact
                                        Unknown
                                        Address

Document Details

KCIM - Menorah
12140 Nall Ave                (816) 943-0706        I1 410 817 0  Transform 4.1 7 1
Suite 100                     Work Phone            September 28, 2015 17 48 -0500
Overland Park, KS 66209                             Andrew Green, M D
Address                                             Published

Powered by Allscripts™                                              Style Sheet v2.2

AR 755

321YZD3_01SRMYKJ900QTE9-19

Initial Consult-Endo - Final

**Reason For Visit**
54 year old man presents for a consultation regarding low testosterone and high IGF-1.
His primary MD is Dr. Schuchardt.
**HPI**
States he's been having "flu-like" symptoms for 3 years, which no one has been able to diagnose or treat.

In the course of evaluation, has had testosterone levels treated by a naprapath
The naprapath prescribed a "bioidentical troche," apparently containing testosterone

Had a measurement of IGF-1 as part of a "hormone panel"
Has had no change in shoe or ring size
Has worn the same wedding ring for 18 years

Has had a low libido for 3 years
Has been able to have successful intercourse about half the time
Has no vasomotor symptoms, although occasional sweats that feel like "when you have the flu."
Last took the testosterone troche about 2 months ago
No history of head or testicular trauma; has been told of testicular varicoceles
Has two biological children, age 9 and 12
Has intermittent headaches. Had double vision about 6 months ago, which has gradually improved
Diplopia was attributed to 4th nerve palsy. Had an MRI of the head which was interpreted to him as
normal

Has lost about 50 pounds over the last 3 years that he has been symptomatic
**Current Meds**
Budesonide 0.25 MG/2ML Inhalation Suspension;, RPT
Other Prescription,GSH transdermal 250mg/ml; RPT
Xolair 150 MG Subcutaneous Solution Reconstituted;, RPT
Probiotic CAPS;, RPT
Vitamin D3 LIQD., RPT
Vitamin B-6 100 MG Oral Tablet;, RPT
Vitamin B12 TABS., RPT
Cats Claw CAPS,, RPT
Other OTC:Udo's OilEnergy electrolyte Mineral formulaconcentrate trace minerals, RPT
**Allergies**
Ceftin: Allergy, Asthma
Diflucan, Allergy; Asthma
**Active Problems**
Denied History of Hearing loss
Denied History of Vision impairment
**PMH**
  History of normal heart   asthma since last winter.
  No history of coronary artery disease
  History of hypertension   had borderline HTN -- lost 50 pounds in the last year, and blood pressure
  normalized.
  No history of pulmonary disease
  History of gastrointestinal disorder   has had gastritis.
  No history of hepatic disorder
  No history of renal disorder.
  No history of urologic disorder
  No history of dyslipidemia.
  No history of thyroid disorder
  No history of diabetes mellitus
  No history of psychiatric disorders
  No history of malignant neoplasm.

321YZD3_01SRMYKJ900QTE9 - 20

Initial Consult-Endo - Final

**PSH**
Laminectomy L1S5 2009
Cholecystectomy 2012
Sinus surgery 2014/2016.
**Family Hx**
Father has type 2 diabetes
Mother in good health with DJD
One sister in good health
Children are well.
**Personal Hx**
Denied Alcohol use
Denied Caffeine use
Exercises occasionally (V49.89), elliptical every other day
Married
Denied Never a smoker
Occupation; diability.

Worked as an engineer at Garmin; now on disability.
**ROS**
As discussed in the interim history.
**Vital Signs**
Vital Signs Recorded by Asper, Stacy on September 28,2015 05:01 PM
Height  72 in, Weight: 173.4 lb, BMI: 23.52 , BSA: 2.00
BP. 102/70 mm Hg
HR  80 b/min :

**Physical Exam**
Looks well; normally androgenized with normal hair distribution
No clinical features of acromegaly
EOMI, PERRL  Fundi benign
Thyroid normal. Carotids 2+ without bruit
Lungs clear  2-3 cm gynecomastia bilaterally
Heart tones normal with no gallop or murmur
Abdomen moderately obese, soft and benign with no palpable liver. spleen or masses
Normal circumcised penis  Testes bilaterally descended. normal to slightly decreased volume
No edema
Knee and ankle jerks 2+
Skin consistency normal
**Assessment**
Abnormal endocrine laboratory test finding (796.4)
**Orders**
CBC; Requested for: 28 Sep 2015
COMP MET PANEL w/GFR; Requested for  28 Sep 2015.
Estradiol: Requested for: 28 Sep 2015
Ferritin, Requested for: 28 Sep 2015
FSH, Requested for  28 Sep 2015.
LH; Requested for  28 Sep 2015
PROLACTIN; Requested for  28 Sep 2015.
TOTAL TESTOSTERONE. Requested for. 28 Sep 2015
5-HIAA,Quant.,24 Hr Urine, Requested for. 28 Sep 2015.
IGF-1. Requested for: 28 Sep 2015
Growth Hormone, Serum; Requested for: 28 Sep 2015
**Plan**
54 year old man with 3 year history of "flu-like" symptomology and 50 pound weight loss
Developed asthma at age 53 -- unusual

321YZD3_01SRMYKJ900QTE9-21

Initial Consult-Endo - Final

Not clinically hypogonadal, suspect that low testosterone levels could be due to weight loss and illness ("eugonadal sick syndrome")

Question elevated IGF-1 level obtained by naprapath, would have to confirm before considering this a legitimate finding. Anything larger that a very small pituitary tumor has been excluded by MRI of head

Carcinoid syndrome can lead to weight loss, nonspecific symptoms, and wheezing.

*Discussed*
Will re-evaluate gonadal axis, recheck IGF-1 and growth hormone levels, and obtain 5-HIAA to screen for carcinoid syndrome

RTC 2 weeks to review results and plan.
**Signature**
Electronically signed by   Andrew  Green  M.D : 09/28/2015 6:04 PM CST

The following pages are of poor quality or are damaged. Unable to rescan and produce a better image.

02/11/2016 12:49



From DatafileTechnologies   Thu 03 Dec 2015 10:27:37 AM CST                Page 24 of 40



om DatafileTechnologies    Thu 03 Dec 2015 10:27:37 AM CST          Page 25 of 40



AR 762



AR 763

321YZD3_01SRMYKJ900QTE9-26

09/09/2014 6:08:29 AM   FROM: LABCORP LCLS BULK   TO: 9137660436   LABCORP        Page 1 of 4
TO:                          Wellness Dimensions, LLC

# LabCorp

LabCorp Dallas
7777 Forest Lane Suite C350
Dallas, TX 75230-2544

Phone: 972-598-6000

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Route |
|---|---|---|---|---|---|
| 241-849-0550-0 | | B0012657975 | 15280775 | 913-906-7788 | 40 |

| Patient Last Name | | | | Account Address |
|---|---|---|---|---|
| PARKER | | | | Wellness Dimensions, LLC |

| Patient First Name | | Patient Middle Name | |
|---|---|---|---|
| CRAIG | | B | |

| Patient SSN | Patient Phone | Total Volume |
|---|---|---|
| | 913-829-9311 | |

8717 W 110th Street Ste 270
OVERLAND PARK KS  66210

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 53/03/17 | | M | NO |

| Patient Address | Additional Information |
|---|---|
| | ATE CHIPLOTE AT 1PM |
| | NFWBR 081315 |

| Date and Time Collected | Date Entered | Date and Time Reported | NPI | Physician ID |
|---|---|---|---|---|
| 08/29/14 00:00 | 08/29/14 | 09/03/14 08:08ET | Physician Name BROWN , M | 1649336249 | 13669837 |

Tests Ordered
Hepatic Function Panel (7); Estradiol, Free Serum; Testosterone,Free and Total; PSA Total+%
Free; Hemoglobin A1c; DHEA-Sulfate; Cortisol; Estradiol; Androstenedione LCMS; Homocyst(e)ine,
Plasma; GGT; Progesterone; Insulin; Estrone, Serum; Sex Horm Binding Glob, Serum; Request
Problem

General Comments
ACC: B0012657975                         PID:

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Hepatic Function Panel (7)** | | | | | |
| Protein, Total, Serum | 7.1 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 4.8 | | g/dL | 3.5 - 5.5 | 01 |
| Bilirubin, Total | 0.2 | | mg/dL | 0.0 - 1.2 | 01 |
| Bilirubin, Direct | 0.08 | | mg/dL | 0.00 - 0.40 | 01 |
| Alkaline Phosphatase, S | 84 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 26 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 33 | | IU/L | 0 - 44 | 01 |
| **Estradiol, Free Serum** | | | | | |
| Estradiol, Serum, MS | 6.1 | | pg/mL | | 02 |

    Reference Range:
    Note: The patient's date of birth (DOB) and/or gender was
    not provided. Consequently, a complete set of reference
    range data is shown. When DOB and/or gender is provided,
    only the appropriate age/gender reference range is printed.
        Age          Range
    Newborn: Levels are markedly elevated at birth and fall
    rapidly during the first week to prepubertal values of <15.

    Males <6m: Levels increase to 10 - 32  between 30 and 60
    days, then decline to prepubertal levels of <15 by six
    months.
    Females <1y: Levels increase to 5.0 - 50  between 30 and 60
    days, then   decline to prepubertal levels of <15 during the
    first year.
    Prepubertal       <15
    Adult Males       8.0 - 35
    Adult Females
     Follicular      30 - 100

| PARKER, CRAIG B | | 241-849-0550-0 | Seq # 0309 |
|---|---|---|---|

09/09/14 08:08 ET                    **FINAL REPORT**                    Page 1 of 4

This document contains private and confidential health information protected by state and Federal law.
If you have received this document in error, please call 800-457-1177

©2004-14 Laboratory Corporation of America® Holdings
All Rights Reserved
DOCI Ver: 1.49

321YZD3_01SRMYKJ900QTE9-27

09/09/2014 8:08:29 AM    FROM: LABCORP LCLS BULK    TO: 9137680436    LABCORP    Page 2 of 4
. TO:                                    Wellness Dimensions, LLC

# LabCorp

LabCorp Dallas
7777 Forest Lane Suite C350
Dallas, TX 75230-2544
Phone: 972-598-6000

| Patient Name | | | | | | | Specimen Number |
|---|---|---|---|---|---|---|---|
| PARKER, CRAIG B | | | | | | | 241-849-0550-0 |
| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Age(Y/M/D) | Date of Birth |
| 15280775 | | B0012657975 | 08/29/14 00:00 | 09/09/14 | M | 53/03/17 | |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Luteal | 70 - 300 | | | | |
| Postmenopausal | <15 | | | | |

See Esoterix Directory of Services or contact laboratory for
age related normals in puberty.

| Free Estradiol, Percent | 2.6 | | % | | 02 |
|---|---|---|---|---|---|

Reference Range:
Note: The patient's date of birth (DOB) and/or gender was
not provided. Consequently, a complete set of reference
range data is shown. When DOB and/or gender is provided,
only the appropriate age/gender reference range is printed.

|  | Age | Range |
|---|---|---|
| Adult Males | 1.7 - 5.4 | |
| Adult Females | 1.6 - 3.6 | |

| Free Estradiol, Serum | 0.16 | | pg/mL | | 02 |
|---|---|---|---|---|---|

Reference Range:
Note: The patient's date of birth (DOB) and/or gender was
not provided. Consequently, a complete set of reference
range data is shown. When DOB and/or gender is provided,
only the appropriate age/gender reference range is printed.

|  | Age | Range |
|---|---|---|
| Adult Males | 0.2 - 1.5 | |
| Adult Females | 0.6 - 7.1 | |

## Testosterone, Free and Total

| Testosterone, Serum | 133 | Low | ng/dL | 348 - 1197 | 01 |
|---|---|---|---|---|---|

Comment:
Adult male reference interval is based on a population of lean males
up to 40 years old.

| Free Testosterone(Direct) | 3.9 | Low | pg/mL | 7.2 - 24.0 | 03 |
|---|---|---|---|---|---|

## PSA Total+% Free

| Prostate Specific Ag, Serum | 0.8 | | ng/mL | 0.0 - 4.0 | 01 |
|---|---|---|---|---|---|

Roche ECLIA methodology.

According to the American Urological Association, serum PSA should
decrease and remain at undetectable levels after radical
prostatectomy. The AUA defines biochemical recurrence as an initial
PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory
PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used
interchangeably. Results cannot be interpreted as absolute evidence
of the presence or absence of malignant disease.

| PSA, Free | 0.25 | | ng/mL | N/A | 01 |
|---|---|---|---|---|---|

Roche ECLIA methodology.

| % Free PSA | 31.3 | | % | | |
|---|---|---|---|---|---|

The table below lists the probability of prostate cancer for
men with non-suspicious DRE results and total PSA between

| PARKER, CRAIG B | | 241-849-0550-0 | Seq # 0309 |
|---|---|---|---|
| 09/03/14 08:08 ET | FINAL REPORT | | Page 2 of 4 |

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-457-1177

©2004-14 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOC1 Ver: 1.49

321YZD3_01SRMYKJ900QTE9-28

# KCIM- St. Joe

**1010 Carondelet Drive, Suite 224**
**Kansas City, MO 64114**
**(816) 943-0706**

Patient:  PARKER, CRAIG

OLATHE, KS 66061

Age/Sex/DOB:  54 yrs  M  ████  1961
EMRN:  2201327
OMRN:  2201327
Home:  (913) 829-9311
Work:

---

## Results

| | | | |
|---|---|---|---|
| Lab Accession # | 911468 | Collected: | 09/29/2015  9 42:00AM |
| Ordering Provider: | Green, Andrew | Resulted: | 09/29/2015  2:51:00PM |
| Performing Location: | LabDaq | Verified By: | Green, Andrew |
| | 6420 Prospect Ave, Suite T101 | Auto Verify: | N |
| | Kansas City, Missouri 64132 | | |

<u>CBC</u>                                                          Stage:    Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| WBC | 5 1 | 10^3/uL | | 4 0-10 0 |
| RBC | 4 84 | 10^6/uL | | 4 70-6 13 |
| HGB | 15 0 | g/dl | | 14 0-18 1 |
| HCT | 46 6 | % | | 42.0-53 7 |
| MCV | 96 3 | fL | | 80 0-100 0 |
| MCH | 31 0 | pg | | 27 0-31.2 |
| MCHC | 32 2 | g/dl | | 31 8-35 4 |
| RDW-CV | 13 2 | % | | 11 6-14 8 |
| PLT | 201 | 10^3/uL | | 142-424 |
| MPV | 10 9 | fL | | 8 5-11 8 |
| NEUT% | 53 7 | % | | 37 0-80 0 |
| LYMPH% | 28.7 | % | | 10 0-50 0 |
| MONO% | 8 1 | % | | 0 0-12.0 |
| EOS% | 8.30 | % | H | 0 00-7.00 |
| BASO% | 1 200 | % | | 0 000-2 500 |
| NEUT ABS | 2 71 | 10^3/uL | | 2 00-6 90 |
| LYMPH ABS | 1 45 | 10^3/uL | | 0 60-3 40 |
| MONO ABS | 0 410 | 10^3/uL | | 0 000-0.900 |
| EOS ABS | 0 420 | 10^3/uL | | 0 000-0 700 |
| BASO ABS | 0 060 | 10^3/uL | | 0 000-0 200 |
| IG% | 0 2 | % | | 0 0-0 8 |
| IG ABS | 0 01 | 10^3/uL | | 0 00-0.10 |

321YZD3_01SRMYKJ900QTE9-29

# KCIM- St. Joe

1010 Carondelet Drive, Suite 224
Kansas City,MO 64114
(816) 943-0706

Patient:  PARKER CRAIG
█████████
OLATHE, KS 66061

Age/Sex/DOB: 54 yrs  M  ████-1961
EMRN:  2201327
OMRN:  2201327
Home:  (913) 829-9311
Work:

# Results

| | | | |
|---|---|---|---|
| Lab Accession # | 911468 | Collected: | 09/29/2015  9.42 00AM |
| Ordering Provider: | Green,Andrew | Resulted: | 09/29/2015  3.35.00PM |
| Performing Location: | LabDaq | Verified By: | Green, Andrew |
| | 6420 Prospect Ave, Suite 1101 | Auto Verify: | N |
| | Kansas City, Missouri 64132 | | |

## COMP MET PANEL w/GFR

Stage:    Final

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| eGFR in Non- African American > | >60 | mL/mn/1 7 | >60 |
| eGFR if African American > | >60 | mL/mn/1 7 | >60 |
| NA | 142 | mmol/L | 137-150 |
| K | 4 3 | mmol/L | 3 5-5 3 |
| CL | 105 | mmol/L | 101-113 |
| CO2 | 27 | mEq/l | 19-31 |
| CA | 9.3 | mg/dl | 8 5-10 8 |
| TOTAL PROTEIN | 6 6 | g/dl | 6 2-8 3 |
| ALB | 4 2 | g/dl | 3 3-5 9 |
| AST | 30 | iu/l | 5-40 |
| ALT | 35 | iu/l | 6-55 |
| ALK PHOS | 79 | iu/l | 19-168 |
| TOTAL BILI | 0 6 | mg/dl | 0.2-1 2 |
| GLUCOSE | 91 | mg/dl | 70-99 |
| BUN | 16 | mg/dl | 9-25 |
| CREAT | 1 0 | mg/dl | 0 5-1 5 |

AR 767

321YZD3_01SRMYKJ900QTE9-30

# KCIM- St. Joe

1010 Carondelet Drive, Suite 224
Kansas City, MO 64114
(816) 943-0706

Patient.  PARKER, CRAIG
█████████████
OLATHE, KS 66061

Age/Sex/DOB: 54 yrs M   ███-1961
EMRN: 2201327
OMRN: 2201327
Home: (913) 829-9311
Work:

---

## Results

| | |
|---|---|
| Lab Accession # | 911468 |
| Ordering Provider: | Green, Andrew |
| Performing Location: | LabDaq |
| | 6420 Prospect Ave, Suite T101 |
| | Kansas City, Missouri 64132 |

Collected:   09/29/2015  9.42:00AM
Resulted:    09/29/2015  3 35 00PM
Verified By:  Green, Andrew
Auto Verify:  N

### TOTAL TESTOSTERONE

Stage:      Final

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| TOTAL TESTOSTERONE | 444.7 | ng/dl | 127 0-1020 0 |
| Males 21-49 yrs (47 01-980.56) | | | |
| Males >49 yrs (127.18-1020.36) | | | |
| Females 21-49 yrs (7.21-79.31) | | | |

.

AR 768

321YZD3_01SRMYKJ900QTE9-31

02/11/2016 12:49

# KCIM- St. Joe

**1010 Carondelet Drive, Suite 224**
**Kansas City, MO 64114**
**(816) 943-0706**

| | | |
|---|---|---|
| Patient: | PARKER, CRAIG | Age/Sex/DOB: 54 yrs M  -1961 |
| | | EMRN: 2201327 |
| | OLATHE, KS 66061 | OMRN: 2201327 |
| | | Home: (913) 829-9311 |
| | | Work: |

## Results

| | | | | |
|---|---|---|---|---|
| Lab Accession # | 911468 | | Collected: | 09/29/2015 9 42 00AM |
| Ordering Provider: | Green, Andrew | | Resulted: | 09/30/2015 10 56 00AM |
| Performing Location: | LabDaq | | Verified By: | Green, Andrew |
| | 6420 Prospect Ave, Suite T101 | | Auto Verify: | N |
| | Kansas City, Missouri 64132 | | | |

**Ferritin**                                                   Stage:    Final

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| Ferritin | 25 0 | ng/mL | 22 0-275.0 |

AR 769

321YZD3_01SRMYKJ900QTE9-32

# KCIM- St. Joe

### 1010 Carondelet Drive, Suite 224
### Kansas City,MO 64114
### (816) 943-0706

| | | |
|---|---|---|
| Patient: | PARKER, CRAIG | Age/Sex/DOB: 54 yrs M ████ 1961 |
| | OLATHE, KS 66061 | EMRN: 2201327 |
| | | OMRN: 2201327 |
| | | Home: (913) 829-9311 |
| | | Work: |

## Results

| | | |
|---|---|---|
| Lab Accession # | 911468 | Collected: 09/29/2015 9:42:00AM |
| Ordering Provider: | Green,Andrew | Resulted: 09/30/2015 10:56:00AM |
| Performing Location: | LabDaq | Verified By: Green, Andrew |
| | 6420 Prospect Ave, Suite F101 | Auto Verify: N |
| | Kansas City, Missouri 64132 | |

**FSH**                                                                   **Stage:    Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| FSH | 6.3 | mU/ml | | |

NORMALLY MENSTRUATING FEMALES      POST MENOPAUSAL FEMALES
FOLLICULAR PHASE    3.03- 8.08      26.72- 133.41
MID-CYCLE PEAK     2.55- 16.69
LUTEAL PHASE       1.38- 5.47

MALES
0.95- 11.95

AR 770

321YZD3_01SRMYKJ900QTE9-33

## KCTM- St. Joe

**1010 Carondelet Drive, Suite 224
Kansas City, MO 64114
(816) 943-0706**

Patient: PARKER, CRAIG

OLATHE, KS 66061

Age/Sex/DOB: 54 yrs  M  ■-1961
EMRN: 2201327
OMRN: 2201327
Home: (913) 829-9311
Work:

---

### Results

| | |
|---|---|
| Lab Accession # | 911468 |
| Ordering Provider: | Green, Andrew |
| Performing Location: | LabDaq |
| | 6420 Prospect Ave, Suite T101 |
| | Kansas City, Missouri 64132 |

Collected: 09/29/2015  9:42:00AM
Resulted: 09/30/2015 10:56:00AM
Verified By: Green, Andrew
Auto Verify: N

PROLACTIN                                                  Stage:    Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Prolactin | 4.8 | ng/mL | | 1.6-18.8 |

321YZD3_01SRMYKJ900QTE9-34

# KCTM- St. Joe

**1010 Carondelet Drive, Suite 224**
**Kansas City, MO 64114**
**(816) 943-0706**

| | | | |
|---|---|---|---|
| Patient: | PARKER, CRAIG | Age/Sex/DOB: | 54 yrs  M   ███ -1961 |
| | ███████ | EMRN: | 2201327 |
| | OLATHE, KS 66061 | OMRN: | 2201327 |
| | | Home: | (913) 829-9311 |
| | | Work: | |

---

## Results

| | | | |
|---|---|---|---|
| Lab Accession # | 911468 | Collected: | 09/29/2015  9 42.00AM |
| Ordering Provider: | Green, Andrew | Resulted: | 09/30/2015 10:56 00AM |
| Performing Location: | LabDaq | Verified By: | Green, Andrew |
| | 6420 Prospect Ave, Suite T101 | Auto Verify: | N |
| | Kansas City, Missouri 64132 | | |

**LH**                                                    **Stage:**    **Final**

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| LH | 3.1 | mIU/ml | | |

NORMALLY MENSTRUATING FEMALES                    POST MENOPAUSAL FEMALES
FOLLICULAR PHASE        1.0 - 18.0                   15 0 - 62.0
MID-CYCLE PEAK          24.0 - 105.0
LUTEAL PHASE            0 4 - 20.0

MALES
2.0 - 12 0

AR 772

321YZD3_01SRMYKJ900QTE9 - 35

# KCIM- St. Joe

*1010 Carondelet Drive, Suite 224*
**Kansas City, MO 64114**
**(816) 943-0706**

Patient:   PARKER, CRAIG                                    Age/Sex/DOB: 54 yrs  M        -1961
           ████████████                                     EMRN:  2201327
           OLATHE, KS 66061                                  OMRN:  2201327
                                                             Home:  (913) 829-9311
                                                             Work:

---

## Results

| | | | |
|---|---|---|---|
| Lab Accession # | 911468 | Collected: | 09/29/2015  9.42 00AM |
| Ordering Provider: | Green,Andrew | Resulted: | 09/30/2015  10 56 00AM |
| Performing Location: | LabDaq | Verified By: | Green, Andrew |
| | 6420 Prospect Ave, Suite T101 | Auto Verify: | N |
| | Kansas City, Missouri 64132 | | |

**LH**                                                      Stage:     Final

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| LH | 3 1 | mIU/ml | |

NORMALLY MENSTRUATING FEMALES                    POST MENOPAUSAL FEMALES
  FOLLICULAR PHASE      1.0 - 18.0                15.0 - 62 0
  MID-CYCLE PEAK        24.0 - 105 0
  LUTEAL PHASE          0.4 - 20.0

MALES
2.0 - 12.0

AR 773

321YZD3_01SRMYKJ900QTE9-36

# KCIM- St. Joe

1010 Carondelet Drive, Suite 224
Kansas City, MO 64114
(816) 943-0706

| | |
|---|---|
| Patient: PARKER, CRAIG | Age/Sex/DOB: 54 yrs  M  ████ 1961 |
| ████████ | EMRN: 2201327 |
| OLATHE, KS 66061 | OMRN: 2201327 |
| | Home: (913) 829-9311 |
| | Work: |

## Results

| | | | |
|---|---|---|---|
| Lab Accession # | LC_3228671 | Collected: | 09/29/2015  8.41 00AM |
| Ordering Provider: | Green, Andrew | Resulted: | 09/30/2015  7 34 00AM |
| Performing Location: | LabCorp Dallas | Verified By: | Green, Andrew |
| | 7777 Forest Lane, Suite 350 C | Auto Verify: | N |
| | Dallas, TX 75230 | | |

| | | |
|---|---|---|
| **Estradiol** | | **Stage:**  **Final** |

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| Estradiol | 9 9 | pg/mL | 7 6-42 6 |
| Roche ECLIA methodology | | | |

321YZD3_01SRMYKJ900QTE9 - 37

# KCIM- St. Joe

**1010 Carondelet Drive, Suite 224**
**Kansas City,MO 64114**
**(816) 943-0706**

| | |
|---|---|
| Patient:   PARKER, CRAIG | Age/Sex/DOB:  54 yrs  M        1961 |
|  ▇▇▇▇▇▇ | EMRN:  2201327 |
| OLATHE, KS 66061 | OMRN:  2201327 |
| | Home:  (913) 829-9311 |
| | Work: |

## Results

| | | | |
|---|---|---|---|
| Lab Accession # | LC_3228671 | Collected: | 09/29/2015  8 41:00AM |
| Ordering Provider: | Green,Andrew | Resulted: | 10/01/2015  2 24 00AM |
| Performing Location: | LabCorp Burlington | Verified By: | Green, Andrew |
| | 1447 York Court | Auto Verify:  N | |
| | Burlington, NC 272152230 | | |

**IGF-1**                                                          Stage:        Final

| Test | Result | Units | Flag | Reference Range |
|---|---|---|---|---|
| Insulin-Like Growth Factor I | 210 | ng/mL | H | 61-200 |

AR 775

321YZD3_01SRMYKJ900QTE9-38

# KCIM- St. Joe

**1010 Carondelet Drive, Suite 224**
**Kansas City, MO 64114**
**(816) 943-0706**

| | |
|---|---|
| Patient:  PARKER, CRAIG | Age/Sex/DOB: 54 yrs  M  ████ 1961 |
|  OLATHE, KS 66061 | EMRN: 2201327 |
| | OMRN: 2201327 |
| | Home: (913) 829-9311 |
| | Work: |

## Results

| | | | |
|---|---|---|---|
| Lab Accession # | LC_3228671 | Collected: | 09/29/2015  8.41 00AM |
| Ordering Provider: | Green, Andrew | Resulted: | 10/01/2015  6 36.00AM |
| Performing Location: | LabCorp Burlington | Verified By: | Green, Andrew |
| | 1447 York Court | Auto Verify: | N |
| | Burlington, NC 272152230 | | |

**Growth Hormone, Serum**                                       Stage:    **Final**

| Test | Result | Units | Flag Reference Range |
|---|---|---|---|
| Growth Hormone, Serum | <0.1 | ng/mL | 0 0-10 0 |

AR 776

321YZD3_01SRMYKJ900QTE9-39

# KCIM- St. Joe

**1010 Carondelet Drive, Suite 224**
**Kansas City,MO 64114**
**(816) 943-0706**

| | |
|---|---|
| Patient:  PARKER, CRAIG | Age/Sex/DOB: 54 yrs  M  ████-1961 |
| ██████████ | EMRN: 2201327 |
| OLATHE, KS 66061 | OMRN: 2201327 |
| | Home: (913) 829-9311 |
| | Work: |

## Results

| | | | |
|---|---|---|---|
| Lab Accession # | LC_3231121 | Collected: | 09/30/2015  11:48:00AM |
| Ordering Provider: | Green,Andrew | Resulted: | 10/02/2015  1:18:00PM |
| Performing Location: | LabCorp Burlington | Verified By: | Green, Andrew |
| | 1447 York Court | Auto Verify: | N |
| | Burlington, NC 272152230 | | |

### 5-HIAA,Quant.,24 Hr Urine

Stage:        Final

| Text | Result | Units | Flag Reference Range |
|---|---|---|---|
| 5-HIAA, Urine | 3 2 | mg/L | Undefined |
| 5-HIAA, Urine, 24hr | 5 5 | mg/24 hr | 0 0-14.9 |

AR 777

321YZD1_01SRMYKJ900LB0R - 6                                              Page 1 of 37



**College Park Family
Care Center, P.A.**
Compassionate, quality care.

**Parker, Craig B**
54 Y old Male, DOB: 1961
Account Number: 16886
OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B    Insurance: BCBS PC PPO
Payer ID: SB740.
PCP: Robert L Schuchardt
Appointment Facility: College Park ALC

---

**10/29/2015**                                    Progress Note: Bruce L. Pfuetze, MD

**Current Medications**
Taking
- Probiotic 225 mg Capsule 1 tablet once daily
- Vitamin C Powder
- Sinus Rinse Packet
- Xolair 150 MG Solution Reconstituted
- Budesonide (Inhalation) , Notes. per nasal rinse
- PI Gel - Poison Ivy Gel 2% Gel as directed Q4H, Notes: Verbal order per Dr. Bruce Pfuetze
- ProAir HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs Q 4h prn
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Twice a day, Notes: Verbal order from provider
Not-Taking/PRN
- WelChol 3575 1.86 , Notes: daily

**Past Medical History**
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

**Allergies**
Prevacid: dizzy: Allergy
Protonix: dizzy Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects Allergy
Zoloft: headache Allergy
Ceftin: hot, dizzy Allergy
Tagamet HB: stomach spasms Side Effects

**Reason for Appointment**
1. XOLAIR

**History of Present Illness**
New symptom(s):
    Used patient's own medication. Patient waited in office 30 minutes under direct supervision with no adverse reactions. Total time involved was 35 minutes.

**Assessments**
1. Moderate persistent asthma without complication - J45.40 (Primary)

**Therapeutic Injections**
Xolair, 5mg : 150 mg (Dose No:1) given by Janelle Reed, L.P.N. on Left arm subcutaneous
Xolair, 5mg : 75 mg (Dose No:2) given by Janelle Reed, L.P.N. on Left arm subcutaneous
Xolair, 5mg : 150 mg (Dose No:3) given by Janelle Reed, L.P.N. on Right arm subcutaneous

**Procedure Codes**
J2357 Xolair
96401 CHEMO, ANTI-NEOPL, SQ/IM
95199 ALLERGY IMMUNOLOGY SERVICES

**Follow Up**
2 Weeks

*[signature]* BPfuetze MD

**Electronically signed by Bruce Pfuetze , MD on 11/24/2015 at**

---

Patient: Parker, Craig B    DOB: 1961    Progress Note: Bruce L. Pfuetze, MD    10/29/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

321YZD1_01SRMYKJ900LB0R - 7                                     Page 2 of 37

**12:54 PM CST**
**Sign off status: Completed**

**College Park ALC**
**11725 W 112th**
**Overland Park, KS 662102761**
**Tel: 913-469-5452**
**Fax: 913-338-1311**

Patient: Parker, Craig B   DOB: ███ 1961   Progress Note: Bruce L. Pfuetze, MD   10/29/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

321YZD1_01SRMYKJ9D0LB0R - 8                                          Page 3 of 37

---



**College Park Family
Care Center, P.A.**

Compassionate, quality care.

**Parker, Craig B**
54 Y old Male, DOB: /1961
Account Number: 16886
, OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B    Insurance: BCBS PC PPO
Payer ID: SB740
PCP: Robert L Schuchardt
Appointment Facility: College Park ALC

---

**10/15/2015**                          Progress Note: Bruce L. Pfuetze, MD

**Current Medications**
Taking
- Probiotic 225 mg Capsule 1 tablet once daily
- Vitamin C Powder
- Sinus Rinse Packet
- Xolair 150 MG Solution Reconstituted
- Budesonide (Inhalation) , Notes: per nasal rinse
- PI Gel - Poison Ivy Gel 2% Gel as directed Q4H, Notes: Verbal order per Dr. Bruce Pfuetze
- ProAir HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs Q 4h prn
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Twice a day, Notes: Verbal order from provider

Not-Taking/PRN
- WelChol 3575 1.86 , Notes: daily

**Past Medical History**
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

**Allergies**
Prevacid dizzy, Allergy
Protonix dizzy Allergy
Dexilant FELT LIKE PASSING OUT, Allergy
Lexapro, GI side effects Allergy
Zoloft headache Allergy
Ceftin hot, dizzy, Allergy
Tagamet HB stomach spasms Side Effects

**Reason for Appointment**
1. XOLAIR

**History of Present Illness**
New symptom(s):
    Used patient's own medication. Patient waited in office 30 minutes under direct supervision with no adverse reactions. Total time involved was 35 minutes.

**Assessments**
1. Moderate persistent allergic asthma - J45.40 (Primary)

**Therapeutic Injections**
Xolair, 5mg : 150 mg (Dose No:1) given by Janelle Reed, L.P.N. on Left arm subcutaneous
Xolair, 5mg : 150 mg (Dose No:2) given by Janelle Reed, L.P.N. on Right arm subcutaneous
Xolair, 5mg : 75 mg (Dose No:3) given by Janelle Reed, L.P.N. on Right arm subcutaneous
Xolair, 5mg : 150 mg (Dose No:1) given by Janelle Reed, L.P.N. on Left arm subcutaneous
Xolair, 5mg : 150 mg (Dose No:2) given by Janelle Reed, L.P.N. on Right arm subcutaneous
Xolair, 5mg : 150 mg (Dose No:3) given by Janelle Reed, L.P.N. on Right arm subcutaneous
Xolair, 5mg : 150 mg (Dose No:2) given by Janelle Reed, L.P.N. on Right arm subcutaneous

**Procedure Codes**
J2357 Xolair
96401 CHEMO, ANTI-NEOPL, SQ/IM
95199 ALLERGY IMMUNOLOGY SERVICES

**Follow Up**
2 Weeks

---

AR 780

*B Pfuetz MD*

**Electronically signed by Bruce Pfuetze , MD on 11/10/2015 at 11:12 AM CST**

**Sign off status: Completed**

College Park ALC
11725 W 112th
Overland Park, KS 662102761
Tel: 913-469-5452
Fax: 913-338-1311

Patient: Parker, Craig B   DOB: ███/1961   Progress Note: Bruce L. Pfuetze, MD   10/15/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

AR 781



**College Park Family Care Center, P.A.**

Compassionate, quality care.

**Parker, Craig B**
54 Y old Male, DOB: ███ /1961
Account Number: 16886
OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B    Insurance: BCBS PC PPO
Payer ID: SB740
PCP: Robert L Schuchardt
Appointment Facility: College Park ALC

---

**10/13/2015**                    PROGRESS NOTES: *Bruce L. Pfuetze, MD*

**Current Medications**
Taking
- Probiotic 225 mg Capsule 1 tablet once daily
- Vitamin C Powder
- Sinus Rinse Packet
- Xolair 150 MG Solution Reconstituted
- Budesonide (Inhalation) , Notes: per nasal rinse
- PI Gel - Poison Ivy Gel 2% Gel as directed Q4H, Notes: Verbal order per Dr Bruce Pfuetze
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Twice a day
- ProAir HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs Q 4h prn
Not-Taking/PRN
- WelChol 3575 1 86 , Notes: daily
- Medication List reviewed and reconciled with the patient

**Past Medical History**
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

**Surgical History**
Gall bladder removal 05/2012
Sinus surgery 1999
Laminectomy 2008
Colonoscopy 2011
sinus surgery 2014

**Family History**
Father alive, diabetes mellitus, hypertension, diagnosed with See Notes

**Reason for Appointment**
1. Reck asthma

**History of Present Illness**
New symptom(s):
    This 54-year-old male was seen for increased problems with asthma recently. Since being on Xolair his asthma and allergies have been doing significantly better. He had gone off his Advair 250/50 for 3 months and had been doing well until this weekend when he had a significant problem with asthma. He needed to use his albuterol rescue inhaler q.4 h. p.r.n. and restarted his Advair 250/50 and now is improved and slept well last night. He is not having any indication of respiratory infection. His nasal polyps have been under good control using budesonide nasal saline spray as recommended by Dr. Steve Ellis his ear nose and throat physician. He says this has been a big help for him. He still has to be on a very rigid diet because of his multiple food sensitivities  He stated that he tried taro as I had recommended and it was helpful. He found some coconut/taro cookies he likes and helps expand his diet a little bit. So far he has not found any other products made with taro root. I gave him some ideas on where he might look for this important hypoallergenic food. He says that his weight is holding steady and although he feels better he is still far away from being able to return to full-time work at Garmin.

**Vital Signs**
Wt 175 lbs, Ht 72 in, BMI 23.73 Index, BP 100/60 mm Hg, HR 67 /min, Oxygen Sat 98 %

**Examination**
General Examination:
    General Appearance: Pleasant but tired. Good historian.
    HEENT: 1-2+ allergic shiners. TMs normal. Nose: Moderately swollen nasal mucosa without polyps. Mouth and pharynx were normal.
    Lungs: Normal breath sounds bilaterally without wheezing.
    Heart: Regular sinus rhythm without murmur.
    Skin: No allergic rash or eczema.

**Assessments**
1. Moderate persistent asthma without complication - J45.40 (Primary)

---

Patient: Parker, Craig B   DOB: ███/1961   Progress Note: Bruce L. Pfuetze, MD   10/13/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

AR 782

Mother, alive, Good health, auto immune
disease, polymyalgia, diagnosed with See
Notes
Sister: alive, Good health, diagnosed with
See Notes
Paternal Grand Father deceased
Paternal Grand Mother deceased
Maternal Grand Father deceased, pancreatic
CA
Maternal Grand Mother, deceased, colon CA
at 80
Children: alive, , healthy
Spouse: alive, Good health- Amy
Family History positive for colon ca in
grandmother, positive for pancreatic cancer
in grandfather. Family history negative for
MI, CVA, lung disease.

## Social History
Alcohol Use:
    Patient.  *does not use alcohol*
Smoking Status
    Patient is  *a never smoker*
Caffeine  none
Marital Status  Married.
Residence  House, with hardwood and
carpeting, 1 Bison and no smokers

## Allergies
Prevacid- dizzy  Allergy
Protonix  dizzy  Allergy
Dexilant- FELT LIKE PASSING OUT  Allergy
Lexapro, GI side effects, Allergy
Zoloft, headache, Allergy
Ceftin  hot, dizzy  Allergy
Tagamet HB- stomach spasms  Side Effects

## Hospitalization/Major
## Diagnostic Procedure
above surgeries

## Review of Systems
See ROS in chart.

2. Seasonal and perennial allergic rhinitis - J30.2
3. Food allergy - Z91.018

## Treatment
**1. Moderate persistent asthma without complication**
Refill Advair Diskus Aerosol Powder Breath Activated, 250-50
MCG/DOSE, 1 puff, Inhalation, Twice a day, 90 days, 3, Refills 3,
Notes: Verbal order from provider
    IMAGING: SPIROMETRY, MIDMARK, COMPLETE (MOVE TO
CURRENT)

## Procedures
Spirometry:
    FEV1 % 106.
    FEF 25-75% 111.
Spirometry: Normal study. On allergy injections (Y/N) : YES, At Dr
Romito's office
Date first started: 2/2015
How often receiving injections: weekly.
Improving: Maybe
Problems: NONE
Any changes:
Reactions to injections:
If on AI's > 5 years, why:
Previously on AI's: Yes
If so, how long ago:.

## Immunization
Influenza Declined 2015-2016 (Pending)
Immunization record has been reviewed and updated.

## Preventive Medicine
Counseling:
    Smoking:
        Patient is a NON Smoker  *10/13/2015*
Summary comment: Craig had increased asthma this weekend-see
HPI. He is now doing better and will continue on his Advair 250/50,
one inhalation b.i.d. He has an appointment in March for recheck.

## Procedure Codes
94010 SPIROMETRY

## Follow Up
Mar

Patient: Parker, Craig B   DOB: ▮▮/1961   Progress Note: Bruce L. Pfuetze, MD   10/13/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

AR 783

321YZD1_01SRMYKJ900LB0R - 12                                    Page 7 of 37

**Electronically signed by Bruce Pfuetze , MD on 11/10/2015 at 11:11 AM CST**

**Sign off status: Completed**

---

**College Park ALC**
**11725 W 112th**
**Overland Park, KS 662102761**
**Tel: 913-469-5452**
**Fax: 913-338-1311**

---

Patient: Parker, Craig B   DOB: ███/1961   Progress Note: Bruce L. Pfuetze, MD   10/13/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

321YZD1_01SRMYKJ900LB0R - 13                                                  Page 8 of 37

---

✝ **College Park Family**
**Care Center, P.A.**
**Compassionate, quality care.**

**Parker, Craig B**
54 Y old Male, DOB███████/1961
Account Number: 16886
OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B    Insurance: BCBS PC PPO
Payer ID: SB740
PCP: Robert L Schuchardt
Appointment Facility: College Park ALC

---

**10/01/2015**                                      Progress Note: Bruce L. Pfuetze, MD

---

### Current Medications
Taking
- Probolic 225 mg Capsule 1 tablet once daily
- Vitamin C Powder
- Sinus Rinse Packet
- Xolair 150 MG Solution Reconstituted
- Budesonide (Inhalation) , Notes: per nasal rinse
- WelChol 3575 1 86 , Notes: daily
- PI Gel - Poison Ivy Gel 2% Gel as directed Q4H, Notes Verbal order per Dr Bruce Pfuetze

### Past Medical History
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

### Allergies
Prevacid: dizzy: Allergy
Protonix: dizzy: Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache Allergy
Ceftin: hot, dizzy Allergy
Tagamet HB: stomach spasms  Side Effects

### Reason for Appointment
1. XOLAIR

### History of Present Illness
New symptom(s):
    Used patient's own medication. Patient waited in office 30 minutes under direct supervision with no adverse reactions. Total time involved was 35 minutes.

### Assessments
1. Moderate persistent asthma, uncomplicated - J45.40 (Primary)

### Therapeutic Injections
Xolair, 5mg : 150 mg (Dose No:1) given by Janelle Reed, L.P.N. on Left arm subcutaneous
Xolair, 5mg : 150 mg (Dose No:2) given by Janelle Reed, L.P.N. on Right arm subcutaneous
Xolair, 5mg : 75 mg (Dose No:3) given by Janelle Reed, L.P.N. on Left arm subcutaneous

### Procedure Codes
J2357 Xolair
96401 CHEMO, ANTI-NEOPL, SQ/IM
95199 ALLERGY IMMUNOLOGY SERVICES

### Follow Up
2 Weeks

*[signature]* B Pfuetze MD

Electronically signed by Bruce Pfuetze , MD on 10/14/2015 at

---

AR 785

**08:30 AM CDT**

**Sign off status: Completed**

College Park ALC
11725 W 112th
Overland Park, KS 662102761
Tel: 913-469-5452
Fax: 913-338-1311

Patient: Parker, Craig B    DOB: ███/1961    Progress Note: Bruce L. Pfuetze, MD    10/01/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

321YZD1_01SRMYKJ900LBOR - 15                                    Page 10 of 37

---



**College Park Family
Care Center, P.A.**

Compassionate, quality care.

**Parker, Craig B**
54 Y old Male, DOB: ███ /1961
Account Number: 16886
OLATHE, KS-66061-6002
Home: 913-829-9311--
Guarantor: Parker, Craig B          Insurance: BCBS PC PPO
Payer ID: SB740
PCP: Robert L Schuchardt
Appointment Facility: College Park ALC

---

**09/17/2015**                                    Progress Note:  Bruce L. Pfuetze, MD

**Current Medications**
Taking
- Probiotic 225 mg Capsule 1 tablet once daily
- Vitamin C Powder
- Sinus Rinse Packet
- Xolair 150 MG Solution Reconstituted
- Budesonide (Inhalation) , Notes. per nasal rinse
- WelChol 3575 1.80 , Notes: daily
- PI Gel - Poison Ivy Gel 2% Gel as directed Q4H, Notes  Verbal order per Dr  Bruce Pfuetze

**Past Medical History**
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

**Allergies**
Prevacid. dizzy. Allergy
Protonix  dizzy  Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro  GI side effects  Allergy
Zoloft: headache  Allergy
Ceftin. hot, dizzy  Allergy
Tagamet HB  stomach spasms  Side Effects

**Reason for Appointment**
1. XOLAIR

**History of Present Illness**
New symptom(s):
   Used patient's own medication. Patient waited in office 30 minutes under direct supervision with no adverse reactions. Total time involved was 35 minutes.

**Assessments**
1. Asthma - 493.90 (Primary)

**Therapeutic Injections**
Xolair, 5mg : 150 mg (Dose No:1) given by Janelle Reed, L.P.N. on Left arm subcutaneous
Xolair, 5mg : 150 mg (Dose No:2) given by Janelle Reed, L.P.N. on Right arm subcutaneous
Xolair, 5mg : 75 mg (Dose No:3) given by Janelle Reed, L.P.N. on Right arm subcutaneous

**Procedure Codes**
J2357 Xolair
96401 CHEMO, ANTI-NEOPL, SQ/IM
95199 ALLERGY IMMUNOLOGY SERVICES

**Follow Up**
2 Weeks

**Electronically signed by Bruce Pfuetze , MD on 10/06/2015 at**

---

AR 787

**07:40 AM CDT**

**Sign off status: Completed**

---

**College Park ALC**
**11725 W 112th**
**Overland Park, KS 662102761**
**Tel: 913-469-5452**
**Fax: 913-338-1311**

---

Patient: Parker, Craig B   DOB: ████/1961   Progress Note: Bruce L. Pfuetze, MD   09/17/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Case 2:16-cv-02554-JAR-JPO    Document 42-6    Filed 06/09/17    Page 83 of 102

m DatafileTechnologies    Tue 01 Dec 2015 03:14:49 AM CST                    Page 18 of 7?

321YZD1_01SRMYKJ900LB0R - 17                                    Page 12 of 37



**College Park Family
Care Center, P.A.**

Compassionate, quality care.

**Parker, Craig B**
54 Y old Male, DOB: ███ 1961
Account Number: 16886
OLATHE, KS-66061-6002
Home: 913-829-9311⁻¹
Guarantor: Parker, Craig B    Insurance: BCBS PC PPO
Payer ID: SB740
Appointment Facility: College Park STA

09/15/2015                    PROGRESS NOTES:  Robert L. Schuchardt, MD

## Current Medications
Taking
- Probiotic 225 mg Capsule 1 tablet once daily
- Vitamin C Powder
- Sinus Rinse Packet
- Xolair 150 MG Solution Reconstituted
- Budesonide (Inhalation) , Notes: per nasal rinse
- WelChol 3575 1.86 , Notes  daily
- PI Gel - Poison Ivy Gel 2% Gel as directed Q4H, Notes  Verbal order per Dr  Bruce Pfuetze

Discontinued
- Testosterone 30 MG Miscellaneous 1 to the gum every 12 hrs
- Medication List reviewed and reconciled with the patient

## Past Medical History
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

## Surgical History
Gall bladder removal 05/2012
Sinus surgery 1999
Laminectomy 2008
Colonoscopy 2011
sinus surgery 2014

## Family History
Father: alive, diabetes mellitus, hypertension, diagnosed with See Notes
Mother: alive, Good health, auto immune disease, polymyalgia, diagnosed with See Notes
Sister1: alive, Good health, diagnosed with

## Reason for Appointment
1. Complete physical

## History of Present Illness
General:
    54 year old male presents for comprehensive PE. He has been in his normal state of health. His problem list and complaints are as noted. He has a desire to improve his health. He is aware of the preventative recommendations that correspond to his age.
History of Present Illness:
    Problem 1: Immune deficiency. Patient's been followed by allergist present history of chronic complaints. Has been seen by infectious disease and allergy and immunology in the past. Old records were reviewed. States would like to followup with immunology is again. Would like to also consider infectious disease consultation regarding possible etiology for his chronic symptoms..

## Vital Signs
Wt 175 lbs, Ht 72 in, BMI 23.73 Index, BP 110/84 mm Hg, HR 60 /min.

## Examination
General Examination:
    GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
    HEAD: normocephalic, atraumatic.
    EYES: pupils equal, round, reactive to light and accommodation.
    EARS: External ears, EAC's and TM's appear normal.
    NOSE: nares patent, no lesions.
    ORAL CAVITY: mucosa moist, no lesions.
    THROAT:  pharynx normal.
    NECK/THYROID: no cervical lymphadenopathy or other neck masses, no thyromegaly, no thyroid nodules.
    SKIN: no suspicious lesions, warm and dry, no rashes.
    LUNGS: good air movement, clear to auscultation bilaterally.
    CHEST: normal shape and expansion.
    HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
    ABDOMEN: soft, nontender, nondistended, no hepatosplenomegaly, no masses palpable.
    RECTAL: prostate normal size, no masses.
    MALE GENITOURINARY:  circumcised, no testicular masses, no hernias.

Patient: Parker, Craig B    DOB: ███ 1961    Progress Note: Robert L. Schuchardt, MD   09/15/2015
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

AR 789

02 11 / 2015 12 : 49

See Notes
Paternal Grand Father deceased
Paternal Grand Mother, deceased
Maternal Grand Father, deceased, pancreatic CA
Maternal Grand Mother deceased, colon CA at 80
Children: alive, , healthy
Spouse: alive, Good health- Amv
Family History positive for colon ca in grandmother, positive for pancreatic cancer in grandfather  Family history negative for MI, CVA, lung disease.

## Social History
Alcohol Use
    Patient  does not use alcohol
Smoking Status
    Patient is  a never smoker
Caffeine  none.
Marital Status. Married.
Residence  House with hardwood and carpeting, 1 Bison and no smokers .

## Allergies
Prevacid· dizzy  Allergy
Protonix  dizzy  Allergy
Dexilant· FELT LIKE PASSING OUT. Allergy
Lexapro: GI side effects. Allergy
Zoloft  headache  Allergy
Ceftin  hot, dizzy  Allergy
Tagamel HB  stomach spasms· Side Effects

## Hospitalization/Major Diagnostic Procedure
above surgeries

## Review of Systems
Allergy/Immunology
    Patient denies hives, wheezing, cough, sneezing,nose itching, runny nose  Cough admits.  Recurrent infections admits
Ophthalmologic
    Patient denies blurred vision, double vision, blind spots, pain, red eye, excessive tearing, or dryness. Pain admits
ENT·
    Patient denies decreased hearing, ringing in the ears, pain, drainage, spinning sensation. Ringing in the ears admits
Endocrine
    Patient denies heat intolerance, cold intolerance, weight loss, lack of energy
Respiratory
    Patient denies shortness of breath, wheezing,dry cough, productive cough, hemoptysis. Wheezing admits.

EXTREMITIES: no clubbing, cyanosis, or edema.
NEUROLOGIC: alert and oriented, gait normal.
PSYCH: mood/affect appear normal.

## Assessments
1. Routine general medical examination at health care facility - V70.0 (Primary)
2. Laboratory exam ordered as part of routine general medical examination - V72.62
3. Need for hepatitis C screening test - V73.89
4. Special screening for malignant neoplasm of prostate - V76.44
5. Screening for thyroid disorder - V77.0
6. Malaise and fatigue - 780.79

## Treatment
1. Routine general medical examination at health care facility
    LAB: TSH **LC004259

2. Laboratory exam ordered as part of routine general medical examination
    LAB: CBC (Includes Diff/Plt)**LC5009
    LAB: CMP Comp Metabolic Panel**LC322000
    LAB: Urinalysis complete(w/micro)**LC003772
    LAB: Fasting Lipid Panel **LC008657
    LAB: Vitamin D, 25-Hydroxy**LC081505$$
    LAB: A1c Hemoglobin A1c**LC001453
    LAB: TSH**LC004259

3. Need for hepatitis C screening test
    LAB  Hep C Antibody screening**LC140659

4. Special screening for malignant neoplasm of prostate
    LAB: PSA**LC010322

5. Malaise and fatigue
Clinical Notes: Consider referral to infectious disease if patient desires. Obtain laboratory. Notify if abnormal results. Recommend TDaP today.

## Immunization
Tdap (Adacel or Boostrix) : 0.5 mL given by Chloe Dayhoff MA on Left Deltoid

## Preventive Medicine
Counseling:
    Colorectal Cancer Screening
        Patient's  Date of Last Colonoscopy
        Last Colonoscopy Date  09/29/2011
    Testicular self-exam:  recommended.
Immunizations:
    TdaP  recommended.
Infectious Disease:
    Hepatitis C education given and screening recommended  Hep C

Patient: Parker, Craig B    DOB: ▮▮/1961    Progress Note: Robert L. Schuchardt, MD   09/15/2015
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

AR 790

**Cardiovascular**

Patient denies chest pain at rest, chest pain with exertion, irregular heartbeat, shortness of breath, fluid accumulation in the legs, claudication, palpitations, weakness or numbness on one side of body, fainting spells or near syncope

**Gastrointestinal**

Patient denies abdominal pain, nausea, vomiting, diarrhea, constipation, heartburn, burning in stomach after meals, difficulty swallowing, feeling full after eating, decreased appetite, blood in stool, melena  Abdominal pain admits  Heartburn admits. Nausea admits

**Hematology**

Patient denies easy bruising, prolonged bleeding, swollen glands

**Men Only**

Patient denies penile discharge, penile growth, sores or lesions, blood in semen, problem with erections, scrotal pain lump in groin, low sex drive, or infertility

**Genitourinary**

Patient denies painful urination, urgency to urinate, frequent urination, blood in the urine, nocturia more than once per night, incontinence, weak stream, difficulty starting steam in urinating

**Musculoskeletal**

Patient denies muscle aches, cramps, joint pains, swollen joints, joint stiffness.  Muscle aches admits  Painful joints admits.

**Skin**

Patient denies acne, rash, lumps, changing moles, new lesions, nail problems

**Neurologic**

Patient denies headache, unusal weakness, tremors, tics or involuntary movements, numbness or tingling, burning or painful sensations, difficulty with balance, seizures, memory problems, dizziness  Headache admits  Tingling/Numbness admits.

**Psychiatric**

Antibody testing ordered.
Nutrition Counseling:
    Weight management .
GENERAL: Discussed importance of adequate sleep, and healthy life style recommendations. recommend regular skin exams: avoid prolonged sun exposure, use sunscreen and routine precautions. Recommend avoidance of Smoking and if smoking to cease. Annual DRE for men >40 years old. Recommended for Colon Cancer screening with Colonoscopy per USPTFS guidelines.Recommend regular Testicular Cancer screening with monthly self exams.

**Procedure Codes**

90715 Tdap (Adacel or Boostrix)
81001 URINALYSIS, AUTO W/SCOPE
84153 ASSAY OF PSA, TOTAL
83036 GLYCATED HEMOGLOBIN TEST
86803 HEPATITIS C AB TEST
80061 LIPID PANEL
82306 VITAMIN D, lab value
80050 GENERAL HEALTH PANEL
36415 VENIPUNCT, ROUTINE*

**Follow Up**

1 Year - for rec annual preventative screenings; 2 Weeks - to review labs with interactive management discussion & further recommendations

*[signature]*

**Electronically signed by Robert Schuchardt , MD on 09/25/2015 at 05:07 PM CDT**

**Sign off status: Completed**

**College Park STA**
**15101 Glenwood Ave**
**Stanley, KS 662233154**
**Tel: 913-681-8866**
**Fax: 913-338-1311**

321YZD1_01SRMYKJ900LB0R - 20                                          Page 15 of 37

Patient denies anxiety difficult to
control, frequent obsessing,
compulsive checking arranging
cleaning etc, extreme shyness, fear
of public speaking, nervous in social
situations, frequnet nightmares,
prolonged sadness, loss of feelings of
enjoyment, frequent feelings of guilt,
frequent feelings of suicide or death,
lack of energy, increased or
decreased appetite, experience mood
swings, irritability or anger
problems, racing thoughts

**Patient: Parker, Craig B   DOB:** ████ **/1961   Progress Note: Robert L. Schuchardt, MD   09/15/2015**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**College Park Family Care Center, P.A.**

Compassionate, quality care.

**Parker, Craig B**
54 Y old Male, DOB: /1961
Account Number: 16886
OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B    Insurance: BCBS PC PPO
Payer ID: SB740
PCP: Robert L Schuchardt
Appointment Facility: College Park ALC

09/08/2015                                PROGRESS NOTES: Bruce L. Pfuetze, MD

## Current Medications

Taking
- Probiotic 225 mg Capsule 1 tablet once daily
- Vitamin C Powder
- Sinus Rinse Packet
- Xolair 150 MG Solution Reconstituted
- Budesonide (Inhalation) , Notes: per nasal rinse
- WelChol 3575 1.80 , Notes: daily

Not-Taking/PRN
- Testosterone 30 MG Miscellaneous 1 to the gum every 12 hrs
- Medication List reviewed and reconciled with the patient

## Past Medical History

Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

## Surgical History

Gall bladder removal 05/2012
Sinus surgery 1999
Laminectomy 2008
Colonoscopy 2011
sinus surgery 2014

## Family History

Father: alive, diabetes mellitus, hypertension, diagnosed with See Notes
Mother: alive, Good health, auto immune disease, polymyalgia, diagnosed with See Notes
Sister: alive, Good health, diagnosed with See Notes
Paternal Grand Father: deceased

## Reason for Appointment

1. Reck allergies

## History of Present Illness

New symptom(s):

This 54-year-old male was seen for recheck evaluation for asthma, allergic rhinitis, food allergies, gastrointestinal problems and chronic recurrent sinus infections. Chart and medications were reviewed. Craig reports that the Xolair did seem to help a lot after the 1st few injections but does not seem to be making much of a difference now. Of note since being on Xolair he has discontinued Advair and has not needed his albuterol inhaler. He also has gained 5 pounds. In addition his fall ragweed and mold allergy problems and sinus problems "are doing great." His food allergies continued to be a major problem and the only foods he can eat are chicken, rice, quinoa, green beans, turkey bacon and eggs, and recently reintroduce bananas. He tried cantaloupe and did well on the 1st feeding but reacted to it thereafter and stopped eating this food.

His ear nose and throat specialist Dr. Steve Ellis has been using budesonide solution vials, 1 added to each nasal sinus rinse bottle and uses this 1-2 times a day and it has been very helpful.

Craig still struggles every day with asthma, gastrointestinal symptoms, daily flulike symptoms and other problems. After eating he usually has problems with asthma for about one hour but is able to monitor his asthma following O2 sats and not using albuterol inhaler. He also deals with gastrointestinal symptoms frequently. Fortunately, nasal sinus problems are going well even during his worst allergy season.

Today we talked some about looking into different foods that he never has tried before and I recommended he check out the international Asian market for different foods that he might not react to or could rotate in his diet. He plans to do this.

We also discussed his appointment with KUMC Dr. Waller infectious disease specialist who referred him to Dr. Selina Gierer KUMC allergy/immunology/rheumatology department for evaluation. I also brought up the same recommendation and said I had had a great deal of respect for Dr. Gierer and had her help on some other very difficult allergy cases that I had sent her.

## Vital Signs

Paternal Grand Mother. deceased
Maternal Grand Father deceased, pancreatic CA
Maternal Grand Mother deceased, colon CA at 80
Children alive, , healthy
Spouse. alive, Good health- Amy
Family History positive for colon ca in grandmother, positive for pancreatic cancer in grandfather Family history negative for MI, CVA, lung disease.

## Social History
Alcohol Use
   Patient. *does not use alcohol*
Smoking Status
   Patient is *a never smoker*
Caffeine: none
Marital Status: Married,
Residence: House with hardwood and carpeting, 1 Bison and no smokers .

## Allergies
Prevacid- dizzy Allergy
Protonix dizzy Allergy
Duoneb- FELT LIKE PASSING OUT. Allergy
Lexapro GI side effects Allergy
Zoloft headache Allergy
Ceftin hot, dizzy Allergy
Tagamel HB stomach spasms- Side Effects

## Hospitalization/Major Diagnostic Procedure
above surgeries

## Review of Systems
See ROS in chart

Wt 177 lbs, Ht 72 in, BMI 24.00 Index, BP 92/60 mm Hg, HR 77 /min, Oxygen Sat 98 %.

## Examination
General Examination:
   General Appearance: Pleasant, good historian, no distress.
   HEENT. 2+ allergic shiners. TMs normal. Nose: Moderately swollen slightly pale bluish nasal mucosa without polyps or septal deviation. No purulent mucus noted. Mouth and pharynx were normal.
   Lungs: Normal breath sounds bilaterally without wheezing. No rhonchi noted.
   Heart: Regular sinus rhythm without murmur.
   Skin: Allergic dermatitis rash in a linear distribution on his right arm without excoriations or blisters.

## Assessments
1. Asthma - 493.90 (Primary)
2. *Seasonal allergies - 477.9*
3. Recurrent sinusitis - 473.9
4. Food allergy - V15.05
5. History of sinus surgery - V45.89
6. Contact dermatitis, allergic - 692.9

## Treatment
1. Asthma
   IMAGING: SPIROMETRY, MIDMARK. COMPLETE (MOVE TO CURRENT)

2. **Contact dermatitis, allergic**
Start P1 Gel - Poison Ivy Gel Gel, 2%, as directed, Apply to effected area externally, Q4H, prn, 2 oz, Refills 2, Notes: Verbal order per Dr. Bruce Pfuetze

## Procedures
Spirometry:
   FEV1 % 99%.
   FEP 25-75% 84%.
   Asthma Control Test 19.
Spirometry was normal.

## Immunization
Immunization record has been reviewed and updated.

## Preventive Medicine
Counseling:
   Smoking:
   Patient is a NON Smoker *09/08/2015*

Summary comment: Craig is dealing with many medical conditions that have been difficult to diagnose and treat. Today we agreed that a referral to KUMC allergy, immunology and rheumatology Department would be a good idea and I will refer him to Dr. Selina Gierer. I explained that it would take several months before he would be seen and that was acceptable for Craig. In the meantime we will see him for any allergy related problems but I recommended return visit in 6

---

Patient: Parker, Craig B   DOB: ████/1961   Progress Note: Bruce L. Pfuetze, MD   09/08/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

months unless having problems.
Approximately 50% of our time was spent on patient education and
counseling.
,·

**Procedure Codes**
94010 SPIROMETRY

**Follow Up**
6 Months

**Electronically signed by Bruce Pfuetze , MD on 09/24/2015 at
11:28 AM CDT**

**Sign off status: Completed**

---

College Park ALC
11725 W 112th
Overland Park, KS 662102761
Tel: 913-469-5452
Fax: 913-338-1311

---

Patient: Parker, Craig B   DOB: ███/1961   Progress Note: Bruce L. Pfuetze, MD   09/08/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

321YZD1_01SRMYKJ900LB0R - 24                                                    Page 19 of 37

---



**College Park Family
Care Center, P.A.**

Compassionate, quality care.

**Parker, Craig B**
54 Y old Male, DOB: ███/1961
Account Number: 16886
OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B    Insurance: BCBS PC PPO
Payer ID: SB740
PCP: Robert L Schuchardt
Appointment Facility: College Park AEC

---

09/03/2015                                    Progress Note: Bruce L. Pfuetze, MD

**Current Medications**
Taking
- Probiotic 225 mg Capsule 1 tablet once daily
- Vitamin C Powder
- Sinus Rinse Packet
- Testosterone 30 MG Miscellaneous 1 to the gum every 12 hrs
- Xolair 150 MG Solution Reconstituted

**Past Medical History**
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

**Allergies**
Prevacid: dizzy .Allergy
Protonix: dizzy .Allergy
Dexilant: FELT LIKE PASSING OUT· Allergy
Lexapro· GI side effects. Allergy
Zoloft: headache· Allergy
Ceftin· hot, dizzy. Allergy
Tagamet HB· stomach spasms· Side Effects

**Reason for Appointment**
1. Xolair

**History of Present Illness**
New symptom(s):
    Used patient's own medication. Patient waited in office 30 minutes under direct supervision with no adverse reactions. Total time involved was 35 minutes.

**Assessments**
1. Asthma - 493.90 (Primary)

**Therapeutic Injections**
Xolair, 5mg : 150 mg (Dose No:1) given by Janelle Reed, L.P.N. on Left arm subcutaneous
Xolair, 5mg : 150 mg (Dose No:2) given by Janelle Reed, L.P.N. on Right arm subcutaneous
Xolair, 5mg : 75 mg (Dose No:3) given by Janelle Reed, L.P.N. on Left arm subcutaneous

**Procedure Codes**
J2357 Xolair
96401 CHEMO, ANTI-NEOPL, SQ/IM
95199 ALLERGY IMMUNOLOGY SERVICES

**Follow Up**
2 Weeks

*[signature: BPfuetze MD]*

**Electronically signed by Bruce Pfuetze , MD on 09/24/2015 at**

---

Patient: Parker, Craig B    DOB: ███/1961    Progress Note: Bruce L. Pfuetze, MD    09/03/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

321YZD1_01SRMYKJ900LB0R - 25                                    Page 20 of 37

**11:28 AM CDT**

**Sign off status: Completed**

College Park ALC
11725 W 112th
Overland Park, KS 662102761
Tel: 913-469-5452
Fax: 913-338-1311

Patient: Parker, Craig B    DOB: ████/1961    Progress Note: Bruce L. Pfuetze, MD    09/03/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Case 2:16-cv-02554-JAR-JPO     Document 42-6     Filed 06/09/17     Page 92 of 102

rom DatafileTechnologies    Tue 01 Dec 2015 03:14:49 AM CST                    Page 27 of 7?

321YZD1_01SRMYKJ900LB0R - 26                                              Page 21 of 37



**College Park Family
Care Center, P.A.**
Compassionate, quality care.

**Parker, Craig B**
54 Y old Male, DOB: ████ 1961
Account Number: 16886
OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B   Insurance: BCBS PC PPO
Payer ID: SB740
PCP: Robert L Schuchardt
Appointment Facility: College Park ALC

08/20/2015                                Progress Note: Bruce L. Pfuetze, MD

**Current Medications**
Taking
• Probiotic 225 mg Capsule 1 tablet once daily
• Vitamin C Powder
• Sinus Rinse Packet
• Testosterone 30 MG Miscellaneous 1 to the gum every 12 hrs
• Xolair 150 MG Solution Reconstituted

**Past Medical History**
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

**Allergies**
Prevacid: dizzy: Allergy
Protonix: dizzy: Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache: Allergy
Ceftin: hot, dizzy: Allergy
Tagamet HB: stomach spasms: Side Effects

**Reason for Appointment**
1. XOLAIR

**History of Present Illness**
New symptom(s):
   Used patient's own medication. Patient waited in office 30 minutes under direct supervision with no adverse reactions. Total time involved was 35 minutes.

**Assessments**
1. Asthma - 493.90 (Primary)

**Therapeutic Injections**
Xolair, 5mg : 150 mg (Dose No:1) given by Janelle Reed, L.P.N. on Left arm subcutaneous
Xolair, 5mg : 150 mg (Dose No:2) given by Janelle Reed, L.P.N. on Right arm subcutaneous
Xolair, 5mg : 75 mg (Dose No:3) given by Janelle Reed, L.P.N. on Right arm subcutaneous

**Procedure Codes**
J2357 Xolair
96401 CHEMO, ANTI-NEOPL, SQ/IM
95199 ALLERGY IMMUNOLOGY SERVICES

**Follow Up**
2 Weeks

*[signature]* BPfuetzeMD

**Electronically signed by Bruce Pfuetze , MD on 09/24/2015 at**

Patient: Parker, Craig B   DOB:████ 1961   Progress Note: Bruce L. Pfuetze, MD   08/20/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

AR 798

Case 2:16-cv-02554-JAR-JPO     Document 42-6     Filed 06/09/17     Page 93 of 102

om DatafileTechnologies     Tue 01 Dec 2015 03:14:49 AM CST                    Page 28 of 7?

321YZD1_01SRMYKJ900LB0R - 27                                    Page 22 of 37

**11:26 AM CDT**

**Sign off status: Completed**

<div align="center">

**College Park ALC**
11725 W 112th
Overland Park, KS 662102761
Tel: 913-469-5452
Fax: 913-338-1311

</div>

Patient: Parker, Craig B     DOB: ████ /1961     Progress Note: Bruce L. Pfuetze, MD   08/20/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

321YZD1_01SRMYKJ900LB0R - 28



**College Park Family Care Center, P.A.**
Compassionate, quality care.

# Parker, Craig B
54 Y old Male, DOB: ███/1961
Account Number: 16886
OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B    Insurance: BCBS PC PPO
Payer ID: SB740
PCP: Robert L Schuchardt
Appointment Facility: College Park ALC

---

08/06/2015                                    Progress Note:  Bruce L. Pfuetze, MD

## Current Medications
Taking
- Probiotic 225 mg Capsule 1 tablet once daily
- Vitamin C Powder
- Sinus Rinse Packet
- Testosterone 30 MG Miscellaneous 1 to the gum every 12 hrs
- Xolair 150 MG Solution Reconstituted

## Past Medical History
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

## Allergies
Prevacid  dizzy: Allergy
Protonix  dizzy: Allergy
Dexilant  FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft  headache: Allergy
Ceftin  hot, dizzy: Allergy
Tagamet HB: stomach spasms: Side Effects

### Reason for Appointment
1. XOLAIR

### History of Present Illness
New symptom(s):
    Used patient's own medication. Patient waited in office 30 minutes under direct supervision with no adverse reactions. Total time involved was 35 minutes.

### Assessments
1. Asthma - 493.90

### Therapeutic Injections
*Xolair, 5mg : 150 mg (Dose No:1) given by Janelle Reed, L.P.N. on Left arm subcutaneous*
*Xolair, 5mg : 75 mg (Dose No:2) given by Janelle Reed, L.P.N. on Left arm subcutaneous*
*Xolair, 5mg : 150 mg (Dose No:3) given by Janelle Reed, L.P.N. on Right arm subcutaneous*

### Procedure Codes
J2357 Xolair
96401 CHEMO, ANTI-NEOPL, SQ/IM
95199 ALLERGY IMMUNOLOGY SERVICES

### Follow Up
2 Weeks

*BPfuetzeMD*

**Electronically signed by Bruce Pfuetze , MD on 09/01/2015 at**

---

Patient: Parker, Craig B   DOB: ███/1961   Progress Note: Bruce L. Pfuetze, MD   08/06/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

321YZD1_01SRMYKJ900LB0R - 29                                        Page 24 of 37

**08:39 AM CDT**
**Sign off status: Completed**

_____

**College Park ALC**
**11725 W 112th**
**Overland Park, KS 662102761**
**Tel: 913-469-5452**
**Fax: 913-338-1311**

Patient: Parker, Craig B   DOB: ███/1961   Progress Note: Bruce L. Pfuetze, MD   08/06/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

om DatafileTechnologies    Tue 01 Dec 2015 03:14:49 AM CST                    Page 31 of 72

321YZD1_01SRMYKJ900LB0R - 30                                      Page 25 of 37



**College Park Family Care Center, P.A.**
Compassionate, quality care.

**Parker, Craig B**
54 Y old Male, DOB: ████ 1961
Account Number: 16886
OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B    Insurance: BCBS PC PPO
Payer ID: SB740
PCP: Robert L Schuchardt
Appointment Facility: College Park ALC

---

07/23/2015                                    Progress Note: Bruce L. Pfuetze, MD

**Current Medications**
Taking
- Probiotic 225 mg Capsule 1 tablet once daily
- Vitamin C Powder
- Sinus Rinse Packet
- Testosterone 30 MG Miscellaneous 1 to the gum every 12 hrs
- Xolair 150 MG Solution Reconstituted

**Past Medical History**
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

**Allergies**
Prevacid: dizzy: Allergy
Protonix: dizzy: Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro: GI side effects: Allergy
Zoloft: headache: Allergy
Ceftin: hot, dizzy: Allergy
Tagamet HB: stomach spasms: Side Effects

**Reason for Appointment**
1. XOLAIR

**History of Present Illness**
New symptom(s):
   Used patient's own medication. Patient waited in office 30 minutes under direct supervision with no adverse reactions. Total time involved was 35 minutes.

**Assessments**
1. Asthma - 493.90 (Primary)

**Therapeutic Injections**
Xolair, 5mg : 150 mg (Dose No:1) given by Janelle Reed, L.P.N. on Left arm subcutaneous
Xolair, 5mg : 150 mg (Dose No:1) given by Janelle Reed, L.P.N. on Right arm subcutaneous
Xolair, 5mg : 75 ug (Dose No:3) given by Janelle Reed, L.P.N. on Right arm subcutaneous

**Procedure Codes**
J2357 Xolair
96401 CHEMO, ANTI-NEOPL, SQ/IM
95199 ALLERGY IMMUNOLOGY SERVICES

**Follow Up**
2 Weeks

*BPfuetzeMD*

**Electronically signed by Bruce Pfuetze , MD on 08/18/2015 at**

---

Patient: Parker, Craig B    DOB: ████ 1961    Progress Note: Bruce L. Pfuetze, MD    07/23/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

AR 802

321YZD1_01SRMYKJ900LB0R - 31                                      Page 26 of 37

**01:56 PM CDT**
**Sign off status: Completed**

College Park ALC
11725 W 112th
Overland Park, KS 662102761
Tel: 913-469-5452
Fax: 913-338-1311

Patient: Parker, Craig B   DOB: ████/1961   Progress Note: Bruce L. Pfuetze, MD   07/23/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**College Park Family
Care Center, P.A.**

Compassionate, quality care.

**Parker, Craig B**
54 Y old Male, DOB [REDACTED] /196
**Account Number:** 16886
OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B    Insurance: BCBS PC PPO
Payer ID: SB740
Appointment Facility: College Park STA

07/20/2015                          Progress Notes: Robert L. Schuchardt, MD

## Current Medications
Taking
- Probiotic 225 mg Capsule 1 tablet once daily
- Vitamin C Powder
- Sinus Rinse Packet
- Testosterone 30 MG Miscellaneous 1 to the gum every 12 hrs
- Xolair 150 MG Solution Reconstituted

Discontinued
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Twice a day, Notes verbal order per Dr Pfuetze
- ProAir HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed every 4 hrs
- Medication List reviewed and reconciled with the patient

## Past Medical History
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

## Surgical History
Gall bladder removal 05/2012
Sinus surgery 1999
Laminectomy 2008
Colonoscopy 2011
sinus surgery 2014

## Family History
Father, alive, diabetes mellitus, hypertension, diagnosed with See Notes
Mother, alive, Good health, auto immune disease, polly myalgia, diagnosed with See Notes
Sisters, alive, Good health, diagnosed with See Notes

## Reason for Appointment
1. F/u on labs

## History of Present Illness
History of Present Illness:
    Problem 1: Sinus surgery. Patient had previous history use surgeries for sinuses for ENT.. States still some complaint of some recurrent sinus pressure and sinus infections. States was placed on recent course of oral ten-day steroid regimen. Unable tolerate nasal steroids. Denies other recent concerns..
    Problem 2: Allergies. Patient's history of allergies and asthma. Has been seen by allergist. States is noted improvement of asthma symptoms recently. Recently stopped taking his Advair. Has followup appointment scheduled with allergist in the next 2 months. Denies other recent concerns..
    Problem 3: Low testosterone. Patient is severely history of low testosterone. Patient has been on testosterone replacement therapy in the past without improvement of symptoms. States like to hold off on testosterone therapy at present..

## Vital Signs
Wt 181 lbs, Ht 72 in, BMI 24.55 Index, BP 110/76 mm Hg, HR 68 /min.

## Examination
General Examination:
    GENERAL APPEARANCE. well developed, well nourished, alert, in no acute distress.
    HEAD: normocephalic, atraumatic.
    EYES: extraocular movement full and smooth, conjunctiva clear.
    NOSE: nares patent.
    LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.
    CHEST: no costochondral tenderness, no gross rib deformity.
    HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs, rubs, gallops.
    ABDOMEN: soft, nontender.
    EXTREMITIES: full range of motion.
    NEUROLOGIC: alert and oriented, gait normal.
    PSYCH: alert, oriented, cognitive function intact, cooperative with exam.

Paternal Grand Father deceased
Paternal Grand Mother deceased
Maternal Grand Father deceased, pancreatic CA
Maternal Grand Mother deceased, colon CA at 80
Children, alive, , healthy
Spouse: alive, Good health- Amy
Family History positive for colon ca in grandmother, positive for pancreatic cancer in grandfather. Family history negative for MI, CVA, lung disease

**Social History**
Alcohol Use
    Patient *does not use alcohol*
Smoking Status
    Patient is *a never smoker*
Caffeine: none.
Marital Status. Married.
Residence House with hardwood and carpeting, 1 bison and no smokers .

**Allergies**
Prevacid- dizzy- Allergy
Protonix- dizzy- Allergy
Dexilant. FELT LIKE PASSING OUT- Allergy
Lexapro- GI side effects- Allergy
Zoloft- headache- Allergy
Ceftin- hot, dizzy- Allergy
Tagamet HB  stomach spasms  Side Effects

**Hospitalization/Major Diagnostic Procedure**
above surgeries

**Review of Systems**
General/Constitutional:
    Chills denies. Fever denies
Respiratory
    Cough denies
Cardiovascular
    Chest pain denies
Gastrointestinal
    Abdominal pain denies

**Assessments**
1. Asthma - 493.90 (Primary)
2. Sinusitis - 473.9
3. Low testosterone - 257.2

**Treatment**
**1. Asthma**
Clinical Notes: Remain off Advair. Followup with allergist. See back in office if further concerns.

**2. Sinusitis**
Clinical Notes: Followup with ENT. Continue present regimen. Avoid inhaled nasal steroid per patient concerned regards to side effects.

**3. Low testosterone**
Clinical Notes: Remain off testosterone replacement therapy. See back in office for reevaluation in the next 3 months.

**Follow Up**
3 Months

**Electronically signed by Robert Schuchardt , MD on 08/16/2015 at 04:57 PM CDT**
**Sign off status: Completed**

**College Park STA**
**15101 Glenwood Ave**
**Stanley, KS 662233154**
**Tel: 913-681-8866**
**Fax: 913-338-1311**

Patient: Parker, Craig B   DOB: ▓▓▓/1961   Progress Note: Robert L. Schuchardt, MD   07/20/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**LAB ONLY**

Patient: Parker, Craig B
Account Number: 16886
DOB: 05/11/1961  Age: 54 Y  Sex: Male
Phone: 913-829-9311

Provider: Bruce L  Pfuetze, MD
Date: 07/17/2015

AR 805

321YZD1_01SRMYKJ900LB0R - 34                                      Page 29 of 37

**Address:** 11728 S SUMAC ST, OLATHE, KS-66061-6002
**Pcp:** Robert L Schuchardt

**Subjective:**
  **Chief Complaints:**
    1 LAB ONLY APPT
  **Medical History:** Seasonal allergies, gastroesophageal reflux disease (GERD), Migraine headaches, frequent headaches, Hemorrhoids, Lower lumbar pain, Heart murmur, Hyperlipidemia, Gastritis, Chronic cough, Dysmetabolic syndrome, Rectal bleeding, Prediabetes, Overweight, SIBO
  **Medications:** Taking Probiotic 225 mg Capsule 1 tablet once daily, Taking Vitamin C Powder , Taking Sinus Rinse Packet , Taking Testosterone 30 MG Miscellaneous 1 to the gum every 12 hrs, Taking Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Twice a day, Notes  verbal order per Dr Pfuetze, Taking ProAir HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed every 4 hrs
  **Allergies:** Prevacid· dizzy  Allergy, Protonix  dizzy  Allergy, Dexilant· FELT LIKE PASSING OUT. Allergy, Lexapro  GI side effects  Allergy, Zoloft  headache: Allergy, Ceftin: hot, dizzy· Allergy, Tagamet HB· stomach spasms. Side Effects

**Objective:**

**Assessment:**
  **Assessment:**
  1. Food allergy - V15 05 (Primary)

**Plan:**
  **1. Food allergy**
    LAB· Histamine Determination, Urine LC144618
  **Procedure Codes:** 83088 ASSAY OF HISTAMINE

**Provider:** Bruce L. Pfuetze, MD
**Patient:** Parker, Craig B  **DOB:** ███/1961  **Date:** 07/17/2015

**Electronically signed by Tricia Bell (BILLING) on 09/01/2015 at 07:15 AM CDT**
**Sign off status: Completed**

321YZD1_01SRMYKJ900LB0R - 35    Page 30 of 37



**College Park Family Care Center, P.A.**
Compassionate, quality care.

**Parker, Craig B**
54 Y old Male, DOB: ▉▉/196?
Account Number: 16886
OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B    Insurance: BCBS PC PPO?
Payer ID: SB740?
PCP: Robert L Schuchardt
Appointment Facility: College Park AL?

---

07/09/2015    Progress Note: Julie Knoche, PA-C

**Current Medications**
Taking
- Probiotic 225 mg Capsule 1 tablet once daily
- Vitamin C Powder
- Sinus Rinse Packet
- Testosterone 30 MG Miscellaneous 1 to the gum every 12 hrs
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Twice a day, Notes: verbal order per Dr Pfuetze
- ProAir HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed every 4 hrs

**Past Medical History**
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

**Allergies**
Prevacid: dizzy Allergy
Protonix: dizzy Allergy
Dexilant: FELT LIKE PASSING OUT: Allergy
Lexapro GI side effects. Allergy
Zoloft headache: Allergy
Ceftin: hot, dizzy Allergy
Tagamet HB stomach spasms Side Effects

**Reason for Appointment**
1. XOLAIR

**History of Present Illness**
New symptom(s):
    Used patient's own medication. Patient waited in office 30 minutes under direct supervision with no adverse reactions. Total time involved was 35 minutes.

**Assessments**
1. Asthma - 493.90 (Primary)
2. Food allergy - V15.05

**Treatment**
1. Asthma
    LAB: Histamine Determination  Urine LC144618 (Ordered for 07/09/2015)

2. Food allergy
    LAB: Histamine Determination, Blood LC081315

**Therapeutic Injections**
Xolair, 5mg : 150 mg (Dose No:1) given by Janelle Reed, L.P.N. on Left arm subcutaneous
Xolair, 5mg : 150 mg (Dose No:2) given by Janelle Reed, L.P.N. on Right arm subcutaneous
Xolair, 5mg : 75 mg (Dose No:3) given by Janelle Reed, L.P.N. on Left arm subcutaneous

**Procedure Codes**
J2357 Xolair
96401 CHEMO, ANTI-NEOPL, SQ/IM
95199 ALLERGY IMMUNOLOGY SERVICES

**Follow Up**
2 Weeks

---

Patient: Parker, Craig B    DOB: ▉▉/1961    Progress Note: Julie Knoche, PA-C    07/09/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

321YZD1_01SRMYKJ900LBOR - 36                                            Page 31 of 37

02/11/2016 12:49

**Electronically signed by Julie Knoche , PA on 08/13/2015 at 05:10 PM CDT**

**Sign off status: Completed**

College Park ALC
11725 W 112th
Overland Park, KS 662102761
Tel: 913-469-5452
Fax: 913-338-1311

Patient: Parker, Craig B   DOB ███ 1961   Progress Note: Julie Knoche, PA-C   07/09/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

AR 808