:om DatafileTechnologies   Tue 01 Dec 2015 03:14:49 AM CST

321YZD1_01SRMYKJ900LB0R - 37



**College Park Family
Care Center, P.A.**
Compassionate, quality care.

**Parker, Craig B**
54 Y old Male, DOB: ███ 1961
Account Number: 16886
OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B   Insurance: BCBS PC PPO
Payer ID: SB740
PCP: Robert L Schuchardt
Appointment Facility: College Park ALC

06/25/2015                                  Progress Note: Julie Knoche, PA-C

**Current Medications**
Taking
- Probiotic 225 mg Capsule 1 tablet once daily
- Vitamin C Powder
- Sinus Rinse Packet
- Testosterone 30 MG Miscellaneous 1 to the gum every 12 hrs
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Twice a day, Notes: verbal order per Dr Pfautze
- ProAir HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed every 4 hrs

**Past Medical History**
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

**Allergies**
Prevacid  dizzy: Allergy
Protonix  dizzy: Allergy
Dexilant  FELT LIKE PASSING OUT  Allergy
Lexapro  GI side effects: Allergy
Zoloft  headache: Allergy
Ceftin  hot, dizzy: Allergy
Tagamet HB  stomach spasms: Side Effects

**Reason for Appointment**
1. Xolair

**History of Present Illness**
New symptom(s):
    Used patient's own medication. Since this was pt's first Xolair and because of his reactions to many other drugs, gave .60 and pt wait 20 min before we gave the next two shots. Waited 2 hrs after those, under direct supervision, with no adverse reactions.

**Assessments**
1. Asthma - 493.90 (Primary)

**Therapeutic Injections**
Xolair, 5mg : 150 mg (Dose No:1) given by Janelle Reed, L.P.N. on Left arm subcutaneous
Xolair, 5mg : 150 mg (Dose No:2) given by Janelle Reed, L.P.N. on Right arm subcutaneous
Xolair, 5mg : 75 mg (Dose No:3) given by Janelle Reed, L.P.N. on Right arm subcutaneous

**Procedure Codes**
J2357 Xolair
96401 CHEMO, ANTI-NEOPL, SQ/IM
95199 ALLERGY IMMUNOLOGY SERVICES

**Follow Up**
2 Weeks

*[signature]* Julie Knoche PA-C

Patient: Parker, Craig B   DOB: ███/1961   Progress Note: Julie Knoche, PA-C   06/25/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

AR 809

Case 2:16-cv-02554-JAR-JPO    Document 42-7    Filed 06/09/17    Page 2 of 92

**Electronically signed by Julie Knoche , PA on 07/07/2015 at 04:36 PM CDT**

**Sign off status: Completed**

_____

College Park ALC
11725 W 112th
Overland Park, KS 662102761
Tel: 913-469-5452
Fax: 913-338-1311

Patient: Parker, Craig B    DOB ███ 1961    Progress Note: Julie Knoche, PA-C   06/25/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

321YZD1_01SRMYKJ900LB0R - 39                                    Page 34 of 37

**LAB ONLY**

**Patient:** Parker, Craig B                          **Provider:** Bruce L. Pfuetze, MD
**Account Number:** 16886
**DOB:** ▮▮▮/1961  **Age:** 54 Y  **Sex:** Male                        **Date:** 05/13/2015
**Phone:** 913-829-9311
**Address:** 11728 S SUMAC ST, OLATHE, KS-66061-6002
**Pcp:** Robert L Schuchardt

**Subjective:**

**Chief Complaints:**
1. Lab only.

**Medical History:** Seasonal allergies, gastroesophageal reflux disease (GERD), Migraine headaches, frequent headaches, Hemorrhoids, Lower lumbar pain, Heart murmur, Hyperlipidemia, Gastritis, Chronic cough, Dysmetabolic syndrome, Rectal bleeding, Prediabetes, Overweight, SIBO

**Medications:** Taking Probiotic 225 mg Capsule 1 tablet once daily, Taking Vitamin B12-Folic Acid 500-400 MCG Tablet , Taking Vitamin C Powder , Taking Betamethasone .5 mg 1 daily, Notes: stopped taking, Taking Sinus Rinse Packet , Taking Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Twice a day, Taking Testosterone 30 MG Miscellaneous 1 to the gum every 12 hrs

**Allergies:** Prevacid  dizzy  Allergy, Protonix  dizzy  Allergy, Dexilant  FELT LIKE PASSING OUT  Allergy, Lexapro  GI side effects  Allergy, Zoloft  headache  Allergy, Ceftin  hot, dizzy  Allergy

**Objective:**

**Assessment:**

**Assessment:**
1  Malaise and fatigue - 780.79 (Primary)
2  Anti-polysaccharide antibody deficiency - 279.03

**Plan:**

1. **Malaise and fatigue**
   LAB  Vitamin D, 25-Hydroxy**LC081950$$
2. **Anti-polysaccharide antibody deficiency**
   LAB: Immunoglobulins G,A,M,E**LC002295
   LAB  Pneumococcal Antibodies**LC829209
   LAB  Tetanus Antitoxoid Antibody**LC163691

**Procedure Codes:** 82306 VITAMIN D, lab value, 82785 ASSAY OF GAMMAGLOBULIN IGE, 86317 IMMUNOASSAY,INFECTIOUS AGENT, 82784 ASSAY OF GAMMAGLOBULIN IGM, 36415 VENIPUNCT, ROUTINE*, 86317 IMMUNOASSAY,INFECTIOUS AGENT

**Provider:** Bruce L. Pfuetze, MD
**Patient:** Parker, Craig B  **DOB:** ▮▮▮/1961  **Date:** 05/13/2015

Case 2:16-cv-02554-JAR-JPO    Document 42-7    Filed 06/09/17    Page 4 of 92

321YZD1_01SRMYKJ90DLB0R - 40                                    Page 35 of 37

**Electronically signed by Tricia Bell (BILLING) on 07/01/2015 at 06:32 PM CDT**
**Sign off status: Completed**

321YZD1_01SRMYKJ900LB0R - 41                        Page 36 of 37



**College Park Family Care Center, P.A.**
Compassionate, quality care.

**Parker, Craig B**
53 Y old Male, DOB: ████ 1961
Account Number: 16886
OLATHE, KS-66061-6002
Home: 913-829-9311
Guarantor: Parker, Craig B   Insurance: BCBS PC PPO
Payer ID: SB740"
Appointment Facility: College Park STA██

04/09/2015                    PROGRESS NOTES: Robert L. Schuchardt, MD

### Current Medications
Taking
- Probiotic 225 mg Capsule 1 tablet once daily
- Vitamin B12-Folic Acid 500-400 MCG Tablet
- Vitamin C 250 MG Tablet Chewable 1 tablet Once a day
- Vitamin C Powder
- Betamethasone .5 mg 1 daily
- Sinus Rinse Packet
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Twice a day
- Testosterone 30 MG Miscellaneous 1 to the gum every 12 hrs
Discontinued
- Advair Diskus 250-50 MCG/DOSE Aerosol Powder Breath Activated 1 puff Twice a day
- Medication List reviewed and reconciled with the patient

### Past Medical History
Seasonal allergies
gastroesophageal reflux disease (GERD)
Migraine headaches, frequent headaches
Hemorrhoids
Lower lumbar pain
Heart murmur
Hyperlipidemia
Gastritis
Chronic cough
Dysmetabolic syndrome
Rectal bleeding
Prediabetes
Overweight
SIBO

### Surgical History
Gall bladder removal 05/2012
Sinus surgery 1999
Laminectomy 2008
Colonoscopy 2011
sinus surgery 2014

### Family History
Father: alive, diabetes mellitus, hypertension, diagnosed with See Notes

### Reason for Appointment
1. Sinus infection

### History of Present Illness
History of Present Illness:
Problem 1: Patient complaint of recent sinus pressure headache. Had history of allergies. Has had passers should sinus infections. Complains of clear yellow drainage. Denies sinus tenderness. Denies fever chills..

### Vital Signs
Wt 179 lbs, Ht 72 in, BMI 24.27 Index, BP 130/84 mm Hg, Temp 98.3 F.

### Examination
General Examination:
GENERAL APPEARANCE: well developed, well nourished, alert, in no acute distress.
HEAD: normocephalic, atraumatic.
EYES: extraocular movement full and smooth, conjunctiva clear.
NOSE: nares patent.
LUNGS: clear to auscultation bilaterally, good air movement, no wheezes, rales, rhonchi.
CHEST: no costochondral tenderness, no gross rib deformity
HEART: regular rate and rhythm, S1, S2 normal, no S3, S4, no murmurs, rubs, gallops.
ABDOMEN: soft, nontender.
EXTREMITIES: full range of motion.
NEUROLOGIC: alert and oriented, gait normal.
PSYCH: alert, oriented, cognitive function intact, cooperative with exam.

### Assessments
1. Sinusitis - 473.9 (Primary)

### Treatment

**1. Sinusitis**
Start Ceftin Tablet, 500 MG, 1 tablet, Orally, Twice a day, 10 day(s), 20, Refills 1
Clinical Notes: Sinusitis instructions given. Recommend to begin on Flonase 2 puffs q day. Mucinex over-the-counter Recommend saline

---

Patient: Parker, Craig B   DOB: ████/1961   Progress Note: Robert L. Schuchardt, MD   04/09/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

AR 813

02/11/2016  12:49

Mother: alive, Good health, auto immune disease, pollymyalgia, diagnosed with See Notes
Sister: alive, Good health, diagnosed with See Notes
Paternal Grand Father: deceased
Paternal Grand Mother: deceased
Maternal Grand Father: deceased, pancreatic CA
Maternal Grand Mother: deceased, colon CA at 80
Children: alive, , healthy
Spouse: alive, Good health- Amy
Family History positive for colon ca in grandmother, positive for pancreatic cancer in grandfather. Family history negative for MI, CVA, lung disease

## Social History
Alcohol Use
    Patient: *does not use alcohol*
Smoking Status
    Patient is *a never smoker*
Caffeine: none
Marital Status: Married.
Residence: House with hardwood and carpeting, 1 Bison and no smokers .

## Allergies
Prevacid- dizzy. Allergy
Protonix- dizzy. Allergy
Dexilant- FELT LIKE PASSING OUT  Allergy
Lexapro- GI side effects. Allergy
Zoloft- headache. Allergy

## Hospitalization/Major Diagnostic Procedure
above surgeries

## Review of Systems
General/Constitutional:
    Chills denies  Fever denies
Respiratory:
    Cough denies.
Cardiovascular:
    Chest pain denies.
Gastrointestinal:
    Abdominal pain denies

rinse with Nettie pot as directed. Increase fluids and warm compresses to sinuses. Hot showers and vaporizer as directed. See back in office for recheck if not improved.

**Follow Up**
prn

*[signature]* Robert Schuchardt MD

**Electronically signed by Robert Schuchardt , MD on 04/30/2015 at 05:39 PM CDT**

**Sign off status: Completed**

**College Park STA**
**15101 Glenwood Ave**
**Stanley, KS 662233154**
**Tel: 913-681-8866**
**Fax: 913-338-1311**

---

Patient: Parker, Craig B   DOB: ███/1961   Progress Note: Robert L. Schuchardt, MD   04/09/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

From Head & Neck Surgery 321YZD1_01SRMYKJ900LB0R - 43 Date 9/21/2015 10248 AV

TO: [(913) 338-1311, Robert L Schuchardt, MD (), 15101 Glenwood Ave, Stanley, KS    66210] ID: [12438.79472]

# HEAD & NECK SURGERY OF KANSAS CITY, P.A.
### Ear, Nose and Throat Care for Children and Adults
5370 College Boulevard, Overland Park, KS 66211  ~  Phone: (913) 599-4800  Fax: (913) 599-2992
**Robert F. Thompson, M.D., F.A.C.S.    Mark S. Walton, M.D., F.A.C.S.**
**Steven F. Ellis, M.D., F.A.C.S**            **Mitchell J. Challis, M.D.**

07/28/2015

RE: Craig B Parker    DOB: ███/1961

To:
Cynthia L Romito MD

Robert L Schuchardt MD
Robert L Schuchardt MD

Thank you very much for allowing me to participate in the care of your patient, Craig B Parker. He was seen at Head & Neck Surgery of Kansas City on 07/28/2015.

Please see my attached progress note and recommendations.

This facsimile contains CONFIDENTIAL information which is intended for the use of the individual or entity named above.

AR 815

From Head & Neck Surgery 321YZD1_01SRMYKJ900LBOR - 44 Date 9/21/2015 11 02:48 AM

TO: [(913) 338-1311, Robert L Schuchardt, MD (), 15101 Glenwood Ave, Stanley, KS    66210] ID: [12438.79472]

### HISTORY AND PHYSICAL REPORT

Patient Name  Craig B Parker    DOB: /1961    Visit Date: 07/28/2015

#### History of Present Illness

*The patient is a 54 year old male who presents with sinusitis. Symptoms include nasal congestion. The patient describes this as moderate in severity and unchanged. Patient is not having any allergic symptoms.*

Additional reasons for visit:

Smell/taste disturbance is described as the following:
*Symptoms include hyposmia. The patient describes this as moderate in severity and unchanged  Patient cannot smell in the morning, but recovers as the day progresses.*

Nasal polyps is described as the following:
*The symptoms occur constantly. The patient describes this as moderate in severity and unchanged. Polyps are reemerging. He does not tolerate irrigation well, so uses saline wash*

Rhinitis is described as the following:
*The symptoms occur occasionally  This is described as moderate in severity and unchanged. Patient is taking Zolair for asthma, which relieve his symptoms.*

#### Review of Systems

**General:** Not Present- Appetite Loss, Chills, Excessive Perspiration, Fatigue, Feeling Sick, Fever, Night Sweats, Persistent Infections, Seasonal Allergies, Weight Gain and Weight Loss.
**Skin:** Not Present- Dryness, Itching, Nail Changes, Poor Wound Healing, Rash, Skin Color Changes and Ulcer.
**HEENT:** Present- Eye Pain, Ringing in the Ears and Nasal Congestion. Not Present- Blurred Vision, Double Vision, Decreased Hearing, Ear Discharge, Earache, Nose Bleed, Hoarseness, Sore Throat, Halos Around Lights, Eye Discharge, Vision Loss 1 Eye, Eye Irritation, Vision Loss Both and Light Sensitivity.
**Respiratory:** Not Present- Bloody sputum, Cough, Snoring, Sputum Production, Wheezing and Wakes up from Sleep Wheezing or Short of Breath.
**Cardiovascular:** Not Present- Chest Pain, Difficulty Breathing Lying Down, Difficulty Breathing On Exertion, Leg Cramps, Palpitations, Swelling of Extremities and Bluish Discoloration of Lips Nails.
**Gastrointestinal:** Present- Abdominal Pain, Indigestion and Nausea. Not Present- Black, Tarry Stool, Bloody Stool, Change in Bowel Habits, Constipation, Diarrhea, Difficulty Swallowing, Gas, Jaundice, Vomiting, Vomiting Blood and Excessive Appetite.
**Male Genitourinary:** Not Present- Blood in Urine, Frequency, Incontinence, Painful Urination, Urgency, Urinating at Night, Trouble Starting Urinary Stream, Pelvic Pain, Inability To Empty Bladder and Genital Sores.
**Musculoskeletal:** Present- Joint Pain, Muscle Cramps and Muscle Pain. Not Present- Back Pain, Joint Stiffness, Joint Swelling and Muscle Weakness.
**Neurological:** Present- Headaches. Not Present- Decreased Memory, Fainting, Incoordination, Numbness, Spinning Sensation, Tingling, Tremor, Weakness In Extremities, Falling Down and Poor Balance
**Psychiatric:** Not Present- Anxiety, Depression and Inability to Concentrate.
**Endocrine:** Not Present- Cold Intolerance, Excessive Thirst, Excessive Urination, Heat Intolerance and Excessive Hunger.
**Hematology:** Not Present- Abnormal Bleeding, Easy Bruising, Enlarged Lymph Nodes, HIV Exposure and Skin Discoloration.

This facsimile contains CONFIDENTIAL information which is intended for the use of the individual or entity named above

321YZD1_01SRMYKJ900LB0R - 45
From Head & Neck Surgery                                           Date 8/21/2015 11:02:48 AV

TO: [(913) 338-1311, Robert L Schuchardt, MD (), 15101 Glenwood Ave, Stanley, KS    66210] ID: [12438.79472]

### History

**Allergy**
No Known Drug Allergies (08/15/2014)

**Past Medical**
NASAL POLYPS
CHRONIC SINUSITIS
MOUTH LESION
FATIGUE
MEDICATION ONLY
SMELL AND TASTE DISORDER
ALLERGIC RHINITIS, SEASONAL
CHRONIC LEFT MAXILLARY SINUSITIS
EXCESSIVE CERUMEN IN EAR CANAL, BILATERAL

**Other Medical History**
Severe allergy
Migraine Headache

**Past Surgical**
Straighten Nasal Septum
Low Back Disc Surgery
Gallbladder Surgery laporoscopic
Colon Polyp Removal - Colonoscopy
Sinus Surgery (08/21/2014)
Endoscopic Sinus Surgery (06/04/2015)

**Social**
HIV risk factors no
Tobacco / smoke exposure No
Alcohol use Never drinks.
Illicit drug use none
Seat Belt Use always
Exercise Does other exercise occasionally.
Sun Exposure occasionally
Tobacco use Never smoker: smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.

**Family**
Cancer
Diabetes Mellitus
Colon Cancer

### Assessment & Plan
**NASAL POLYPS (471.9)**

- Started Budesonide 0.25MG/2ML, 1 (one) Repule two times daily, 60 Each, 30 days starting 09/08/2015, Ref. x12

Steven F Ellis MD

Dictation Notice. *Part of this note is generated using Dragon Voice Recognition Software. Please excuse if any uncorrected grammatical or typographical error is found. Thank you.*

This facsimile contains CONFIDENTIAL information which is intended for the use of the individual or entity named above

AR 817

From Head & Neck Surgery 321YZD1_01SRMYKJ900LB0R - 46 Date 8/31/2015 7:13:16 PM

TO: [(913) 338-1311, Robert L Schuchardt, MD (), 15101 Glenwood Ave, Stanley, KS    66210] ID: [10671.78057]

# HEAD & NECK SURGERY OF KANSAS CITY, P.A.

Ear, Nose and Throat Care for Children and Adults

5370 College Boulevard, Overland Park, KS 66211  ~  Phone (913) 599-4800  Fax (913) 599-2992

**Robert F. Thompson, M.D., F.A.C.S.    Mark S. Walton, M.D., F.A.C.S.**
**Steven F. Ellis, M.D., F.A.C.S    Mitchell J. Challis, M.D.**

06/10/2015

RE: Craig B Parker    DOB: ██1961

To:
*Cynthia L Romito MD*

Robert L Schuchardt MD
Robert L Schuchardt MD

Thank you very much for allowing me to participate in the care of your patient, Craig B Parker. He was seen at Head & Neck Surgery of Kansas City on 06/10/2015.

Please see my attached progress note and recommendations.

From Head & Neck Surgery 321YZD1_01SRMYKJ900LBOR - 47 DFW 8/31/2015 7:53:70 PM

TO: [(913) 338-1311, Robert L Schuchardt, MD (), 15101 Glenwood Ave, Stanley, KS    66210] ID: [10671.78057]

## HISTORY AND PHYSICAL REPORT

Patient Name: Craig B Parker          DOB [   ] 1961          Visit Date: 06/10/2015

### History of Present Illness
The patient is a 54 year old male presenting for a post-operative visit. The patient is status post endoscopic sinus surgery. The date of surgery was 6/4/2015. Patient is 5 days postop procedure. Patient can "smell and taste better" following procedure

### Review of Systems
**General:** Present- Seasonal Allergies. Not Present- Appetite Loss, Chills, Excessive Perspiration, Fatigue, Feeling Sick, Fever, Night Sweats, Persistent Infections, Weight Gain and Weight Loss.
**Skin:** Present- Rash. Not Present- Dryness, Itching, Nail Changes, Poor Wound Healing, Skin Color Changes and Ulcer.
**HEENT:** Present- Nasal Congestion. Not Present- Blurred Vision, Double Vision, Eye Pain, Decreased Hearing, Ear Discharge, Earache, Ringing in the Ears, Nose Bleed, Hoarseness, Sore Throat, Halos Around Lights, Eye Discharge, Vision Loss 1 Eye, Eye Irritation, Vision Loss Both and Light Sensitivity.
**Respiratory:** Not Present- Bloody sputum, Cough, Snoring, Sputum Production, Wheezing and Wakes up from Sleep Wheezing or Short of Breath.
**Cardiovascular:** Not Present- Chest Pain, Difficulty Breathing Lying Down, Difficulty Breathing On Exertion, Leg Cramps, Palpitations, Swelling of Extremities and Bluish Discoloration of Lips Nails.
**Gastrointestinal:** Present- Abdominal Pain and Change in Bowel Habits. Not Present- Black, Tarry Stool, Bloody Stool, Constipation, Diarrhea, Difficulty Swallowing, Gas, Indigestion, Jaundice, Nausea, Vomiting, Vomiting Blood and Excessive Appetite.
**Male Genitourinary:** Not Present- Blood in Urine, Frequency, Incontinence, Painful Urination, Urgency, Urinating at Night, Trouble Starting Urinary Stream, Pelvic Pain, Inability To Empty Bladder and Genital Sores.
**Musculoskeletal:** Not Present- Back Pain, Joint Pain, Joint Stiffness, Joint Swelling, Muscle Cramps, Muscle Pain and Muscle Weakness.
**Neurological:** Not Present- Decreased Memory, Fainting, Headaches, Incoordination, Numbness, Spinning Sensation, Tingling, Tremor, Weakness In Extremities, Falling Down and Poor Balance.
**Psychiatric:** Not Present- Anxiety, Depression and Inability to Concentrate.
**Endocrine:** Not Present- Cold Intolerance, Excessive Thirst, Excessive Urination, Heat Intolerance and Excessive Hunger.
**Hematology:** Not Present- Abnormal Bleeding, Easy Bruising, Enlarged Lymph Nodes, HIV Exposure and Skin Discoloration

### History
**Allergy**
  No Known Drug Allergies (08/15/2014)
**Past Medical**
  CHRONIC SINUSITIS
  CHRONIC LEFT MAXILLARY SINUSITIS
  ALLERGIC RHINITIS, SEASONAL
  EXCESSIVE CERUMEN IN EAR CANAL, BILATERAL
  FATIGUE
  NASAL POLYPS
  MEDICATION ONLY
  SMELL AND TASTE DISORDER
  MOUTH LESION
  MEDICATION ONLY
**Other Medical History**
  Severe allergy
  Migraine Headache
**Past Surgical**
  Straighten Nasal Septum
  Low Back Disc Surgery
  Gallbladder Surgery laporoscopic
  Colon Polyp Removal - Colonoscopy
  Sinus Surgery (08/21/2014)

**Social**
  HIV risk factors no
  Exercise Does other exercise occasionally.
  Illicit drug use none
  Tobacco / smoke exposure No
  Seat Belt Use always
  Sun Exposure occasionally
  Tobacco use Never smoker: smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.
  Alcohol use Never drinks.
**Family**
  Diabetes Mellitus
  Cancer
  Colon Cancer

AR 819

From Head & Neck Surgery 321YZD1_01SRMYKJ900LBOR - 48 Date 8/31/2015 7:53:76 PM

TO: [(913) 338-1311, Robert L Schuchardt, MD (), 15101 Glenwood Ave, Stanley, KS    66210] ID: [10671.78057]

*Physical Exam*
The physical exam findings are as follows:

**General**
**Mental Status** - Alert.

**ENMT**
**Nose and Sinuses**
**Turbinates: Inferior - Left** - post-operative eschar. **Right** - post-operative eschar. **Maxillary Sinuses - Bilateral** -
Note: Patent antrotomies. **Ethmoid Sinuses - Bilateral** - Note: debris and granulation in the ethmoid cavity.

Assessment & Plan
**CHRONIC SINUSITIS (473.9)**
**Today's Impression:** Patient will follow-up with me as needed.

- P.O. NASAL DEBRIDEMENT (31237) Routine
  Left Nasal endoscopy is performed in the office under 1% Neo-Synephrine and 4% topical lidocaine
  anesthesia. The nasal cavities are examined with a 30° nasal endoscope bilaterally. The debris that
  is present within affected sinuses is removed endoscopically utilizing suction. Any crusts presents on
  turbinates are also removed. The patient tolerates the procedure well with no significant
  Comments    complication.
- P.O. NASAL DEBRIDEMENT (31237) Routine
  Right Nasal endoscopy is performed in the office under 1% Neo-Synephrine and 4% topical lidocaine
  anesthesia. The nasal cavities are examined with a 30° nasal endoscope bilaterally. The debris that
  is present within affected sinuses is removed endoscopically utilizing suction. Any crusts presents on
  turbinates are also removed. The patient tolerates the procedure well with no significant
  Comments    complication.
- Started Qnasl 80MCG/ACT, 1 (one) Aerosol Soln each nostril daily, 1 Bottle, 30 days starting 07/10/2015, Ref. x12.

*[signature]*

Steven F Ellis MD

Dictation Notice. *Part of this note is generated using Dragon Voice Recognition Software. Please excuse if any*
*uncorrected grammatical or typographical error is found. Thank you.*

AR 820

KU Hosp Fax Serv     8/20/20321YZD1_01SRMYKJ900LBOR-49  2/007    Fax Server

# THE UNIVERSITY OF KANSAS PHYSICIANS

## INTERNAL MEDICINE

Robert Schuchardt, MD
15101 Glenwood Ave
Stanley, KS 66223

8/20/2015

Patient:        Craig B Parker
Med Rec #.      1217965
DOB.            ██/1961
Visit date      8/19/2015

Dear Dr Schuchardt,

It is a pleasure caring for Craig B Parker. Below is the information pertaining to today's visit

**History of Present Illness:**

Mr Parker is a 54-year-old gentleman who returns to clinic today for followup  He was originally seen on April 15th for an abnormal brain SPECT scan

He has a history of cranial nerve IV palsy which has resolved spontaneously. elevated IgE, multiple food and environmental allergies, abnormal brain SPECT imaging of unclear significance December 2014 and a history of lack of mental clarity, 'brain fog', and anxiety, which has lead to his temporary disability over the last two to three years.

He returns to clinic today given a history of recurrent polypoid sinusitis  The patient underwent sinus surgery by Dr Davis on August 21 2014  This was a bilateral endoscopic maxillary antrostomy with tissue removal from the maxillary sinuses, total bilateral ethmoidectomy sphenoidotomy, and bilateral endoscopic frontal sinus duct exploration  Polypoid tissue was present within the maxillary antrum bilaterally and was removed at that time  We reviewed CT images taken just prior to that surgery  This revealed extensive inflammation and opacification of frontal sinuses, maxillary, and ethmoid sinuses. His sphenoid sinuses at that time appeared to be fairly clear  Cultures taken from this August 25, 2014, procedure revealed growth of coagulase-negative Staphylococcus, oxacillin sensitive, micrococcus, and a few corynebacterium. Fungal cultures were negative. No evidence of fungal sinusitis.

He states that over the last year, the sinus pressure had worsened.  He was followed back in clinic by Dr. Ellis and taken to the OR again on June 4, 2015  He did undergo repeat bilateral total ethmoidectomy, maxillary antrostomy with tissue removal from the maxillary sinuses, bilateral sphenoidotomy, and frontal sinus duct exploration  Of note, he had significant polypoid tissue filling the middle meatus extending into the nasal cavity  The inferior aspect of the middle turbinate was also very polypoid  Pathology samples revealed sinonasal mucosa with acute and chronic inflammation and prominent eosinophils and allergic mucus  Gram stains were negative for fungal hyphal elements

*The patient states he was seen back for postoperative followup and found to have some evidence of early recurrence of polypoid tissue  He was started on nasal irrigations twice daily with budesonide  The budesonide is combined with the sinus irrigant.  The patient believes he is responding well to therapy  Since initiating the budesonide, his smell and taste have improved.  This is something that has been absent for many months  He continues to see Dr Pfuetze for his allergies.  He states he has multiple food and drug allergies  He reports shortness of breath and chest tightness with many different medications, including over-the-counter medications  He was started on Xolair earlier this spring and was eventually able to come off his Advair by June  He believes the benefit from the Xolair has been maximized, and he fears he may have to start back on his Advair in the coming weeks*

Division of Infectious Disease

3501 Rainbow Blvd., MS 1028 | Kansas City, Kansas 66160 | Phone (913) 588-4045 | Fax (913) 945-6916 | www.kumed.com

AR 821

KU Hosp Fax Serv     8/20/20321YZD1_01SRMYKJ900LB0R-50  3/007    Fax Server

He is concerned that he may not have maximized his allergy medications   He underwent evaluation of a cytokine profile on June 18, 2015, less than two weeks after his sinus surgery   Not surprisingly  this revealed up regulation of IL-2, IL-4, GM-CSF, and tumor necrosis factor alpha

He denies fevers  chills, or night sweats.  No facial pain or discomfort at this point.  He reports chronic headaches, but  these have not changed recently.  He denies visual changes, blackout spells  bloody nose, chest pain, palpitations, or shortness of breath  He denies blood in the stool or dysuria  He denies seizures  weakness, or numbness  He has a  new skin rash, contact dermatitis related to work out in the yard.

After our first visit in April, we discussed the possibility of neuropsychological testing given his complaints of 'brain fog', inability to main focus  and issues regarding memory loss  He would like to get back to work  The issues with his sinus disease enabled him from keeping his appointments with Neuropsychology  He is requesting repeat referral for testing.

**Review of systems:**
Remainder of ROS unremarkable

**Past Medical History**
Diagnosis                                                              Date
- Allergy
- Gastric ulcer, unspecified as acute or chronic. without mention of hemorrhage, perforation, or obstruction
- Mononucleosis                                                        1997
- Disorganized thinking
- Memory loss
- Fibromyalgia
- Elevated IgE level
- Anxiety
    *associated paranoia (self-reported)*

**Past Surgical History**
Procedure                                          Laterality          Date
- Back surgery                                                         2009
    *laminectomy*
- Hx septoplasty                                                       1999
- Cholecystectomy

**Social Hx:**
Married  Has 2 children  Previously worked for Garmin
No hx of smoking or alcohol or illicit drug use

**Family History**
Problem                            Relation                       Age of Onset
- Heart Disease                    Mother
- Diabetes                         Father
- Cancer                           Maternal Grandmother

**Immunization History**
Administered                       Date(s) Administered
- DTaP Vaccine                     07/01/2006

Division of Infectious Disease

3901 Rainbow Blvd., MS 1028 | Kansas City, Kansas 66160 | Phone (913) 588-4045 | Fax (913) 945-6916 | www.kumed.com

AR 822

KU Hosp Fax Serv    8/20/20321YZD1_01SRMYKJ900LB0R-51 4/007    Fax Server

- Pneumococcal Vaccine (Adult)                09/01/2010

## Allergies:
Allergies

| Allergen | Reactions |
|---|---|
| Cat Hair Std Allergenic Ext | RHINORRHEA, SNEEZING and ITCHING |
| Dust | RHINORRHEA, SNEEZING and ITCHING |
| Grass Pollen | RHINORRHEA, SNEEZING and ITCHING |
| Mold | RHINORRHEA, SNEEZING and ITCHING |
| Pollen | RHINORRHEA, SNEEZING and ITCHING |
| Tree   Elm | RHINORRHEA, SNEEZING and ITCHING |
| Weeds [Weed Pollen] | RHINORRHEA, SNEEZING and ITCHING |

- Amino Acids-Minerals tab — Take by mouth
- ascorbic acid (VITAMIN-C) 500 mg tablet — Take 1,000 mg by mouth daily
- cholecalciferol (Vitamin D3) (VITAMIN D-3) 1,000 units tablet — Take 1,000 Units by mouth daily
- cyanocobalamin(+) (VITAMIN B-12) 500 mcg tablet — Take 1,000 mcg by mouth daily
- GLUTATHIONE MISC — Use 250 mg as directed  Indications. GSH transdermal cream, 1ml
- lactobacillus rhamnosus GG (LACTOBACILLUS RHAMNOSUS (GG)) 15 billion cell cpSP — Take by mouth twice daily with meals
- OMALIZUMAB (XOLAIR SC) — Inject 375 mg into area(s) as directed every 14 days.
- other medication — 1 Dose. Take one tab Peptic Care daily
- other medication — 1 Dose. Take 4 gel caps of Vitalzym Enzyme formula daily
- other medication — 1 Dose. Take 1 cap Chromate GTF daily
- other medication — 1 Dose. Take 2 caps Udo's 369 Blend daily
- other medication — 1 Dose daily  Take Vitalyte Electrolyte Formula daily
- other medication — 1 Dose daily. Take 3 caps PectaSol Citrus Pectin Fiber daily
- other medication — 1 Dose daily  Take 1 tsp UniFiber daily
- other medication — 1 Dose daily  Take 1Tbs MCT oil daily
- Prasterone (DHEA) (DHEA) 25 mg tab — Take by mouth daily.
- pyridoxine (VITAMIN B-6) 100 mg tablet — Take 100 mg by mouth daily.
- sinus rinse pack kit — Insert 1 Packet into nose as directed at bedtime daily  Indications: betamethasone 0.5mg/colloidal sinuse rinse

Filed Vitals:
08:19:15 0638
BP        112/72
Pulse:    84
Temp:     36.6 °C (97.9 °F)
TempSrc   Oral

Division of Infectious Disease

AR 823

KU Hosp Fax Serv    8/20/20321YZD1_01SRMYKJ900LB0R-52  5/007    Fax Server

Resp:       16
Height:     182 9 cm (72 01")
Weight      81 647 kg (180 lb)

**Physical Exam:**
**Gen:** Awake, alert, NAD at rest
**HEENT:** No icterus, no thrush, oropharynx without erythema, dentition ok, no nystagmus
**Nodes:** No cervical, supraclavicular, axillary, epitrochlear or inguinal adenopathy
**Lungs:** clear
**Heart:** Reg, no murmur
**Abd:** + BS, soft, NT, no appreciable HSM
**Ext:** No edema, no clubbing, no splinter hemorrhages
**Skin:** Erythematous rash on arms (c/w contact dermatitis)
**Musculoskel:** no warm or tender joints
**Psych:** O x 3, normal mood & affect

Brain SPECT viewed.

**Lab/Radiology/Other Diagnostic Tests:**

| CBC w/Diff | |
|---|---|
| No results found for: WBC | No results found for: NEUT |

| Comprehensive Metabolic Profile | |
|---|---|
| No results found for: NA | No results found for: CA |

**Assessment / Plan :**

1. **Recurrent rhinosinusitis with polyposis**
   - (8/21/14) s/p bilateral maxillary antrostomy ethmoidectomy sphenoidotomy and bilateral nasofrontal duct exploration
       - culture, coag neg Staph, few micrococcus species, few Corynabacterium species
   - (6/5/15) s/p bilateral maxillary antrostomy, ethmoidectomy, sphenoidotomy and bilateral nasofrontal duct exploration, resection of extensive polypoid tissue
       - path: sinonasal mucosa with acute / chronic inflammation with prominent eosinophils and allergic mucus GMS stain neg for hyphal elements

2. **Hx of elevated serum IgE**
   - denies worsening SOB or sinus congestion with ASA

3. **Hx of multiple environmental allergies**

4. **Personal history of several months of lack of mental clarity, 'brain fog' and difficulty maintaining a focus. Self-described history of nervousness, anxiety, and some paranoia**

5. **History of cranial nerve IV palsy, which is improved over the last 1 year**
   - etiology unclear

6. **Abnormal brain SPECT imaging on December 17, 2014, of unclear significance.**

Division of Infectious Disease

3901 Rainbow Blvd., MS 1028 | Kansas City  Kansas 66160 | Phone (913) 588-4045 | Fax (913) 945-6916 | www.kumed.com

KU Hosp Fax Serv    8/20/2C321YZD1_01SRMYKJ900LB0R-53  6/007    Fax Server

I am encouraged by his clinical response to the budesonide irrigations that he does twice a day. I suspect the elevated serum IgE goes along with his history of recurrent rhinosinusitis with polyposis. He states he was seeing inadequate results with the nasal corticosteroid. With the addition of the nasal irrigations with budesonide, he has seen recovery of his sense of taste and smell. Hopefully, this will translate into better control of his reactive polypoid tissue with a suppression of local cytokine production within the nasal mucosa. At this point, he does not have any clinical evidence of active sinus infection. His sinuses actually feel better than they have felt in quite some time. I would not recommend any antimicrobial treatment at this point.

I have asked him to discuss this issue further with his allergist to see if there are any additional medications he should consider. Unclear to me if he would benefit from a mast cell inhibitor while on the budesonide. He will soon be following up with Dr. Steven Ellis to assess his progress on the budesonide irrigations.

The patient has asked us to re-consult our neuropsychology colleagues for neuropsychological testing given his ongoing concerns with 'brain fog', lack of mental clarity, issues with memory loss, etc. I will note that the patient did not appear to me to have any issues with memory given his ability to readily call specific fax and details regarding medical procedures, tests, etc. However, we will refer him once again for neuropsychological testing.

Once again, he states he underwent sleep studies in the past. Previously, there is no evidence of obstructive sleep apnea. He was found to have restless legs syndrome, which he states has since resolved. He does exercise for short periods on his elliptical machine going approximately one-quarter to one-half mile. Heavier activities during the day such as working on home projects, indoors, or outdoors may lead to more fatigued day the following day. I have suggested a steady increase in his exercise. He could increase the duration or intensity on the elliptical machine. He can also consider other activities such as swimming.

I would be happy to see him back in clinic on an as-needed basis.

For your information, these are the current medications at the end of this visit:

- Amino Acids-Minerals tab                                Take by mouth
- ascorbic acid (VITAMIN-C) 500 mg tablet                 Take 1,000 mg by mouth daily
- cholecalciferol (Vitamin D3) (VITAMIN D-3) 1,000 units   Take 1,000 Units by mouth daily
  tablet
- cyanocobalamin(+) (VITAMIN B-12) 500 mcg tablet         Take 1,000 mcg by mouth daily
- GLUTATHIONE MISC                                         Use 250 mg as directed. Indications  GSH transdermal
                                                          cream, 1ml
- lactobacillus rhamnosus GG (LACTOBACILLUS               Take by mouth twice daily with meals
  RHAMNOSUS (GG)) 15 billion cell cpSP
- OMALIZUMAB (XOLAIR SC)                                   Inject 375 mg into area(s) as directed every 14 days
- other medication                                        1 Dose. Take one tab Peptic Care daily
- other medication                                        1 Dose. Take 4 gel caps of Vitalzym Enzyme formula
                                                          daily
- other medication                                        1 Dose. Take 1 cap Chromate GTF daily
- other medication                                        1 Dose. Take 2 caps Udo's 369 Blend daily
- other medication                                        1 Dose daily. Take Vitalyte Electrolyte Formula daily
- other medication                                        1 Dose daily. Take 3 caps PectaSol Citrus Pectin Fiber

KU Hosp Fax Serv      8/20/20321YZD1_01SRMYKJ900LB0R-54  7/007    Fax Server

02/11/2016 12:50

|  | daily |
| other medication | 1 Dose daily  Take 1 tsp UniFiber daily |
| other medication | 1 Dose daily  Take 1Tbs MCT oil daily |
| Prasterone (DHEA) (DHEA) 25 mg tab | Take  by mouth daily |
| pyridoxine (VITAMIN B-6) 100 mg tablet | Take 100 mg by mouth daily. |
| sinus rinse pack kit | Insert 1 Packet into nose as directed at bedtime daily.<br>Indications: betamethasone 0 5mg/colloidal sinuse rinse |

Sincerely,

Stephen Waller, MD

CC
Steven F. Ellis, MD
10801 Quivira Rd - Suite 100
Overland Park KS 66215
VIA Facsimile. 913-894-7261

Division of Infectious Disease

3901 Rainbow Blvd., MS 1028 │ Kansas City, Kansas 66160 │ Phone (913) 588-4045 │ Fax (913) 945-8916 │ www.kumed.com

AR 826

KU Hosp Fax Serv    8/20/20321YZD1_01SRMYKJ900LB0R-55 2/007    Fax Server

# THE UNIVERSITY OF KANSAS PHYSICIANS

## INTERNAL MEDICINE

Robert Schuchardt, MD
15101 Glenwood Ave
Stanley, KS 66223

8/20/2015

Patient        Craig B Parker
Med Rec #    1217965
DOB          ████1961
Visit date.    8/19/2015

Dear Dr Schuchardt,

It is a pleasure caring for Craig B Parker  Below is the information pertaining to today's visit

**History of Present Illness:**

Mr  Parker is a 54-year-old gentleman who returns to clinic today for followup.  He was originally seen on April 15th for an abnormal brain SPECT scan.

He has a history of cranial nerve IV palsy which has resolved spontaneously  elevated IgE, multiple food and environmental allergies, abnormal brain SPECT imaging of unclear significance December 2014 and a history of lack of mental clarity  'brain fog', and anxiety, which has lead to his temporary disability over the last two to three years

He returns to clinic today given a history of recurrent polypoid sinusitis.  The patient underwent sinus surgery by Dr. Davis on August 21, 2014  This was a bilateral endoscopic maxillary antrostomy with tissue removal from the maxillary sinuses, total bilateral ethmoidectomy. sphenoidotomy, and bilateral endoscopic frontal sinus duct exploration  Polypoid tissue was present within the maxillary antrum bilaterally and was removed at that time  We reviewed CT images taken just prior to that surgery  This revealed extensive inflammation and opacification of frontal sinuses, maxillary, and ethmoid sinuses  His sphenoid sinuses at that time appeared to be fairly clear  Cultures taken from this August 25, 2014, procedure revealed growth of coagulase-negative Staphylococcus, oxacillin sensitive, micrococcus, and a few corynebacterium.  Fungal cultures were negative  No evidence of fungal sinusitis

He states that over the last year, the sinus pressure had worsened  He was followed back in clinic by Dr Ellis and taken to the OR again on June 4, 2015  He did undergo repeat bilateral total ethmoidectomy, maxillary antrostomy with tissue removal from the maxillary sinuses, bilateral sphenoidotomy  and frontal sinus duct exploration  Of note, he had significant polypoid tissue filling the middle meatus extending into the nasal cavity  The inferior aspect of the middle turbinate was also very polypoid  Pathology samples revealed sinonasal mucosa with acute and chronic inflammation and prominent eosinophils and allergic mucus  Gram stains were negative for fungal hyphal elements

The patient states he was seen back for postoperative followup and found to have some evidence of early recurrence of polypoid tissue  He was started on nasal irrigations twice daily with budesonide  The budesonide is combined with the sinus irrigant.  The patient believes he is responding well to therapy.  Since initiating the budesonide, his smell and taste have improved.  This is something that has been absent for many months  He continues to see Dr. Pfuetze for his allergies  He states he has multiple food and drug allergies  He reports shortness of breath and chest tightness with many different medications, including over-the-counter medications.  He was started on Xolair earlier this spring and was eventually able to come off his Advair by June.  He believes the benefit from the Xolair has been maximized, and he fears he may have to start back on his Advair in the coming weeks

Division of Infectious Disease

3901 Rainbow Blvd , MS 1028 | Kansas City, Kansas 66160 | Phone (913) 588-4045 | Fax (913) 945-6916 | www.kumed com

KU Hosp Fax Serv     8/20/20321YZD1_01SRMYKJ900LB0R-56  3/007    Fax Server

He is concerned that he may not have maximized his allergy medications. He underwent evaluation of a cytokine profile on June 18, 2015, less than two weeks after his sinus surgery. Not surprisingly this revealed up regulation of IL-2, IL-4, GM-CSF, and tumor necrosis factor alpha.

He denies fevers, chills, or night sweats. No facial pain or discomfort at this point. He reports chronic headaches, but these have not changed recently. He denies visual changes, blackout spells, bloody nose, chest pain, palpitations, or shortness of breath. He denies blood in the stool or dysuria. He denies seizures, weakness, or numbness. He has a new skin rash, contact dermatitis related to work out in the yard.

After our first visit in April, we discussed the possibility of neuropsychological testing given his complaints of 'brain fog', inability to main focus, and issues regarding memory loss. He would like to get back to work. The issues with his sinus disease enabled him from keeping his appointments with Neuropsychology. He is requesting repeat referral for testing.

**Review of systems:**
Remainder of ROS unremarkable.

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Allergy | |
| • Gastric ulcer, unspecified as acute or chronic, without mention of hemorrhage, perforation, or obstruction | |
| • Mononucleosis | 1997 |
| • Disorganized thinking | |
| • Memory loss | |
| • Fibromyalgia | |
| • Elevated IgE level | |
| • Anxiety | |
|    *associated paranoia (self-reported)* | |

**Past Surgical History**

| Procedure | Laterality | Date |
|---|---|---|
| • Back surgery | | 2009 |
|    *laminectomy* | | |
| • Hx septoplasty | | 1999 |
| • Cholecystectomy | | |

**Social Hx:**
Married. Has 2 children. Previously worked for Garmin.
No hx of smoking or alcohol or illicit drug use

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Heart Disease | Mother | |
| • Diabetes | Father | |
| • Cancer | Maternal Grandmother | |

**Immunization History**

| Administered | Date(s) Administered |
|---|---|
| • DTaP Vaccine | 07/01/2006 |

Division of Infectious Disease

KU Hosp Fax Serv    8/20/20321YZD1_01SRMYKJ900LB0R-57 4/007    Fax Server

02/11/2016 12:50

- Pneumococcal Vaccine (Adult)    09/01/2010

**Allergies:**
Allergies

| Allergen | Reactions |
| --- | --- |
| · Cat Hair Std Allergenic Ext | RHINORRHEA, SNEEZING and ITCHING |
| · Dust | RHINORRHEA, SNEEZING and ITCHING |
| · Grass Pollen | RHINORRHEA, SNEEZING and ITCHING |
| · Mold | RHINORRHEA, SNEEZING and ITCHING |
| · Pollen | RHINORRHEA, SNEEZING and ITCHING |
| · Tree   Elm | RHINORRHEA, SNEEZING and ITCHING |
| · Weeds [Weed Pollen] | RHINORRHEA, SNEEZING and ITCHING |

| | |
| --- | --- |
| · Amino Acids-Minerals tab | Take by mouth |
| · ascorbic acid (VITAMIN-C) 500 mg tablet | Take 1,000 mg by mouth daily. |
| · cholecalciferol (Vitamin D3) (VITAMIN D-3) 1,000 units tablet | Take 1,000 Units by mouth daily. |
| · cyanocobalamin(+) (VITAMIN B-12) 500 mcg tablet | Take 1,000 mcg by mouth daily. |
| · GLUTATHIONE MISC | Use 250 mg as directed  Indications: GSH transdermal cream, 1ml |
| · lactobacillus rhamnosus GG (LACTOBACILLUS RHAMNOSUS (GG)) 15 billion cell cpSP | Take by mouth twice daily with meals. |
| · OMALIZUMAB (XOLAIR SC) | Inject 375 mg into area(s) as directed every 14 days |
| · other medication | 1 Dose. Take one tab Peptic Care daily |
| · other medication | 1 Dose. Take 4 gel caps of Vitalzym Enzyme formula daily |
| · other medication | 1 Dose  Take 1 cap Chromate GTF daily |
| · other medication | 1 Dose. Take 2 caps Udo's 369 Blend daily |
| · other medication | 1 Dose daily  Take Vitalyte Electrolyte Formula daily |
| · other medication | 1 Dose daily. Take 3 caps PectaSol Citrus Pectin Fiber daily |
| · other medication | 1 Dose daily. Take 1 tsp UniFiber daily |
| · other medication | 1 Dose daily  Take 1Tbs MCT oil daily |
| · Prasterone (DHEA) (DHEA) 25 mg tab | Take by mouth daily |
| · pyridoxine (VITAMIN B-6) 100 mg tablet | Take 100 mg by mouth daily |
| · sinus rinse pack kit | Insert 1 Packet into nose as directed at bedtime daily  Indications  betamethasone 0 5mg/colloidal sinuse rinse |

**Filed Vitals:**

08/19/15 9:38

| | |
| --- | --- |
| BP | 112/72 |
| Pulse | 84 |
| Temp | 36 6 °C (97.9 °F) |
| TempSrc | Oral |

Division of Infectious Disease

AR 829

KU Hosp Fax Serv    8/20/20321YZD1_01SRMYKJ900LB0R-58  5/007    Fax Server

Resp:       16
Height:     182.9 cm (72 01")
Weight:     81.647 kg (180 lb)

**Physical Exam:**
**Gen:** Awake, alert, NAD at rest
**HEENT:** No icterus, no thrush, oropharynx without erythema, dentition ok, no nystagmus
**Nodes:** No cervical, supraclavicular, axillary, epitrochlear or inguinal adenopathy
**Lungs:** clear
**Heart:** Reg, no murmur
**Abd:** + BS, soft, NT  no appreciable HSM
**Ext:** No edema, no clubbing, no splinter hemorrhages
**Skin:** Erythematous rash on arms (c/w contact dermatitis)
**Musculoskel:** no warm or tender joints
**Psych:** O x 3, normal mood & affect


Brain SPECT viewed

**Lab/Radiology/Other Diagnostic Tests:**

| CBC w/Diff | |
|---|---|
| No results found for  WBC | No results found for  NEUT |

| Comprehensive Metabolic Profile | |
|---|---|
| No results found for  NA | No results found for  CA |


**Assessment / Plan :**

1. **Recurrent rhinosinusitis with polyposis**
    - (8/21/14) s/p bilateral maxillary antrostomy  ethmoidectomy  sphenoidotomy and bilateral nasofrontal duct exploration
        - culture  coag neg Staph, few micrococcus species  few Corynebacterium species
    - (6/5/15) s/p bilateral maxillary antrostomy, ethmoidectomy, sphenoidotomy and bilateral nasofrontal duct exploration, resection of extensive polypoid tissue
        - path  sinonasal mucosa with acute / chronic inflammation with prominent eosinophils and allergic mucus  GMS stain neg for hyphal elements

2. **Hx of elevated serum IgE**
    - denies worsening SOB or sinus congestion with ASA

3. **Hx of multiple environmental allergies**

4. **Personal history of several months of lack of mental clarity, 'brain fog' and difficulty maintaining a focus. Self-described history of nervousness, anxiety, and some paranoia**

5. **History of cranial nerve IV palsy, which is improved over the last 1 year**
    - etiology unclear

6. **Abnormal brain SPECT imaging on December 17, 2014, of unclear significance.**


Division of Infectious Disease

3901 Rainbow Blvd , MS 1028 | Kansas City, Kansas 66160 | Phone (913) 588-4045 | Fax (913) 945-6916 | www.kumed.com

KU Hosp Fax Serv     8/20/20321YZD1_01SRMYKJ900LB0R-59 6/007     Fax Server

I am encouraged by his clinical response to the budesonide irrigations that he does twice a day. I suspect the elevated serum IgE goes along with his history of recurrent rhinosinusitis with polyposis. He states he was seeing inadequate results with the nasal corticosteroid. With the addition of the nasal irrigations with budesonide, he has seen recovery of his sense of taste and smell. Hopefully, this will translate into better control of his reactive polypoid tissue with a suppression of local cytokine production within the nasal mucosa. At this point, he does not have any clinical evidence of active sinus infection. His sinuses actually feel better than they have felt in quite some time. I would not recommend any antimicrobial treatment at this point.

I have asked him to discuss this issue further with his allergist to see if there are any additional medications he should consider. Unclear to me if he would benefit from a mast cell inhibitor while on the budesonide. He will soon be following up with Dr. Steven Ellis to assess his progress on the budesonide irrigations.

The patient has asked us to re-consult our neuropsychology colleagues for neuropsychological testing given his ongoing concerns with 'brain fog', lack of mental clarity, issues with memory loss, etc. I will note that the patient did not appear to me to have any issues with memory given his ability to readily call specific fax and details regarding medical procedures, tests, etc. However, we will refer him once again for neuropsychological testing

Once again, he states he underwent sleep studies in the past. Previously, there is no evidence of obstructive sleep apnea. He was found to have restless legs syndrome, which he states has since resolved. He does exercise for short periods on his elliptical machine going approximately one-quarter to one-half mile. Heavier activities during the day such as working on home projects, indoors, or outdoors may lead to more fatigued day the following day. I have suggested a steady increase in his exercise. He could increase the duration or intensity on the elliptical machine. He can also consider other activities such as swimming

I would be happy to see him back in clinic on an as-needed basis

For your information, these are the current medications at the end of this visit

| | |
|---|---|
| • Amino Acids-Minerals tab | Take by mouth |
| • ascorbic acid (VITAMIN-C) 500 mg tablet | Take 1,000 mg by mouth daily |
| • cholecalciferol (Vitamin D3) (VITAMIN D-3) 1,000 units tablet | Take 1,000 Units by mouth daily |
| • cyanocobalamin(+) (VITAMIN B-12) 500 mcg tablet | Take 1,000 mcg by mouth daily. |
| • GLUTATHIONE MISC | Use 250 mg as directed. Indications. GSH transdermal cream; 1ml |
| • lactobacillus rhamnosus GG (LACTOBACILLUS RHAMNOSUS (GG)) 15 billion cell cpSP | Take by mouth twice daily with meals |
| • OMALIZUMAB (XOLAIR SC) | Inject 375 mg into area(s) as directed every 14 days |
| • other medication | 1 Dose. Take one tab Peptic Care daily |
| • other medication | 1 Dose. Take 4 gel caps of Vitalzym Enzyme formula daily |
| • other medication | 1 Dose. Take 1 cap Chromate GTF daily |
| • other medication | 1 Dose. Take 2 caps Udo's 369 Blend daily |
| • other medication | 1 Dose daily. Take Vitalyte Electrolyte Formula daily |
| • other medication | 1 Dose daily. Take 3 caps PectaSol Citrus Pectin Fiber |

Division of Infectious Disease

KU Hosp Fax Serv    8/20/20321YZD1_01SRMYKJ900LB0R-60 7/007    Fax Server

02/11/2015 12:50

- other medication
- other medication
- Prasterone (DHEA) (DHEA) 25 mg tab
- pyridoxine (VITAMIN B-6) 100 mg tablet
- sinus rinse pack kit

daily
1 Dose daily  Take 1 tsp UniFiber daily
1 Dose daily  Take 1Tbs MCT oil daily
Take  by mouth daily
Take 100 mg by mouth daily
Insert 1 Packet into nose as directed at bedtime daily.
Indications  betamethasone 0 5mg/colloidal sinuse
rinse

Sincerely,

Stephen Waller, MD

CC
Steven F. Ellis, MD
10601 Quivira Rd  - Suite 100
Overland Park KS 66215
VIA Facsimile  913-894-7261

AR 832

From Head & Neck Surgery 321YZD1_01SRMYKJ900LB0R - 61 Date 7/9/2015 2:37:00 PM

TO: [(913) 338-1311, Robert L Schuchardt, MD (), 15101 Glenwood Ave, Stanley, KS    66210] ID: [12438.73988]

# HEAD & NECK SURGERY OF KANSAS CITY, P.A.

Ear, Nose and Throat Care for Children and Adults

5370 College Boulevard, Overland Park, KS 66211 ~ Phone: (913) 599-4800  Fax: (913) 599-2992

**Robert F. Thompson, M.D., F.A.C.S.    Mark S. Walton, M.D., F.A.C.S.**
**Steven F. Ellis, M.D., F.A.C.S        Mitchell J. Challis, M.D.**

05/27/2015

RE: Craig B Parker    DOB: ▆▆/1961

To:
Cynthia L Romito MD

Robert L Schuchardt MD
Robert L Schuchardt MD

Thank you very much for allowing me to participate in the care of your patient, Craig B Parker. He was seen at Head & Neck Surgery of Kansas City on 05/27/2015.

Please see my attached progress note and recommendations.

From Head & Neck Surgeon 321YZD1_01SRMYKJ900LBOR - 62 Date 7/9/2015 2:27:00 PM

TO: [(913) 338-1311, Robert L Schuchardt, MD (), 15101 Glenwood Ave, Stanley, KS     66210] ID: [12438.73988]

## HISTORY AND PHYSICAL REPORT

Patient Name. Craig B Parker          DOB: ▓▓/1961          Visit Date: 05/27/2015

### History of Present Illness

The patient is a 54 year old male who presents for evaluation of allergic rhinitis. The course has been worsening. The allergic rhinitis is described as moderate. The symptoms are aggravated by spring season. He has recently started allergy shots and will soon begin Zoller infusions. He states his IgE is above 700. He has been using Bactroban and betamethazone in his irrigation.

Additional reasons for visit:

Nasal congestion is described as the following:
Symptoms include nasal congestion (right nostril) and nasal congestion (left nostril). The patient describes this as worsening. Associated symptoms include airway problems.

Smell/taste disturbance is described as the following:
Symptoms include hyposmia and hypogeusia. Onset was 3 month(s) ago. The symptoms occur constantly. He states he noticed his smell and taste dissapearing in March, and it has gradually worsened.

Follow up diagnostic procedure is described as the following.
The patient had CT scan of the sinuses. The diagnostic test was performed on - 5/12/15. Current symptoms include runny nose and sinus problems. CT shows maxillary sinusitis.

### Review of Systems

**General:** Present- Feeling Sick, Persistent Infections and Seasonal Allergies. Not Present- Appetite Loss, Chills, Excessive Perspiration, Fatigue, Fever, Night Sweats, Weight Gain and Weight Loss.
**Skin:** Not Present- Dryness, Itching, Nail Changes, Poor Wound Healing, Rash, Skin Color Changes and Ulcer.
**HEENT:** Present- Eye Pain, Ringing in the Ears and Nasal Congestion. Not Present- Blurred Vision, Double Vision, Decreased Hearing, Ear Discharge, Earache, Nose Bleed, Hoarseness, Sore Throat, Halos Around Lights, Eye Discharge, Vision Loss 1 Eye, Eye Irritation, Vision Loss Both and Light Sensitivity.
**Respiratory:** Present- Wheezing. Not Present- Bloody sputum, Cough, Snoring, Sputum Production and Wakes up from Sleep Wheezing or Short of Breath.
**Cardiovascular:** Not Present- Chest Pain, Difficulty Breathing Lying Down, Difficulty Breathing On Exertion, Leg Cramps, Palpitations, Swelling of Extremities and Bluish Discoloration of Lips Nails.
**Gastrointestinal:** Present- Abdominal Pain. Not Present- Black, Tarry Stool, Bloody Stool, Change in Bowel Habits, Constipation, Diarrhea, Difficulty Swallowing, Gas, Indigestion, Jaundice, Nausea, Vomiting, Vomiting Blood and Excessive Appetite
**Male Genitourinary:** Not Present- Blood in Urine, Frequency, Incontinence, Painful Urination, Urgency, Urinating at Night, Trouble Starting Urinary Stream, Pelvic Pain, Inability To Empty Bladder and Genital Sores.
**Musculoskeletal:** Present- Joint Pain and Muscle Cramps. Not Present- Back Pain, Joint Stiffness, Joint Swelling, Muscle Pain and Muscle Weakness.
**Neurological:** Present- Headaches and Poor Balance. Not Present- Decreased Memory, Fainting, Incoordination, Numbness, Spinning Sensation, Tingling, Tremor, Weakness In Extremities and Falling Down.
**Psychiatric:** Present- Anxiety and Depression  Not Present- Inability to Concentrate.
**Endocrine:** Not Present- Cold Intolerance, Excessive Thirst, Excessive Urination, Heat Intolerance and Excessive Hunger.
**Hematology:** Not Present- Abnormal Bleeding, Easy Bruising, Enlarged Lymph Nodes, HIV Exposure and Skin Discoloration.

From Head & Neck Surger 321YZD1_01SRMYKJ9DDLB0R - 63 Date 7/8/2015 2:37:06 PM

TO: [(913) 338-1311, Robert L Schuchardt, MD (), 15101 Glenwood Ave, Stanley, KS    66210] ID: [12438.73988]

### History
**Allergy**
No Known Drug Allergies (08/15/2014)
**Past Medical**
MOUTH LESION
SMELL AND TASTE DISORDER
EXCESSIVE CERUMEN IN EAR CANAL, BILATERAL
FATIGUE
NASAL POLYPS
CHRONIC SINUSITIS
MEDICATION ONLY
MEDICATION ONLY
**Other Medical History**
Severe allergy
Migraine Headache
**Past Surgical**
Low Back Disc Surgery
Straighten Nasal Septum
Colon Polyp Removal - Colonoscopy
Gallbladder Surgery laporoscopic
Sinus Surgery (08/21/2014)

**Medications**
Bactroban (2% Ointment, 1 (one) Ointment External three times daily, Taken starting 11/21/2014) Active (USE A PEA SIZE AMOUNT IN NASAL IRRIGATION NEIL MED OTC. IRRIGATE 3 TIMES A DAY.)
NeilMed Sinus Rinse (1 Nasal daily) Active.
Cats Claw ( Oral daily) Specific dose unknown - Active.
Probiotic ( Oral daily) Active.
Vitamin B Complex ( Oral daily) Active.
Vitamin C ( Oral daily) Specific dose unknown - Active.
Vitamin D ( Oral daily) Specific dose unknown - Active.
**Social**
Seat Belt Use always
Sun Exposure occasionally
Illicit drug use none
Tobacco / smoke exposure No
Tobacco use Never smoker. smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.
Alcohol use Never drinks.
Exercise Does other exercise occasionally
HIV risk factors no
**Family**
Cancer
Colon Cancer
Diabetes Mellitus

### Physical Exam
The physical exam findings are as follows:

#### General
**Mental Status** - Alert. **General Appearance** - Not in acute distress.

#### Head and Neck
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - Normal.
**Neck**
**Global Assessment** - no palpable mass on the right and no palpable mass on the left. No adenopathy or thyromegaly.
**Thyroid**
**Gland Characteristics** - normal size and consistency and no palpable nodules.

#### Eye
**Eyeball - Left** - Extraocular muscles intact. **Bilateral** - Extraocular muscles intact. **Sclera/Conjunctiva - Left** - Normal **Right** - Normal. **Pupil - Left** - Direct reaction to light normal, Equal and Round. **Right** - Direct reaction to light normal, Equal and Round.

#### ENMT
**Ears**
**Pinna - Left** - no generalized tenderness observed. **Right** - no generalized tenderness observed. **External Auditory Canal - Left** - no bloody discharge noted, no cerumen impaction noted, no edema noted in EAC and no tenderness noted. **Right** - no bloody discharge noted, no edema noted in EAC and no tenderness noted.
**Otoscopic Exam: Tympanic Membrane - Left** - Normal. **Right** - Normal.
**Nose and Sinuses**
External Inspection of the Nose - symmetric. Inspection of the nares - **Left** - Normal. **Right** - Normal. **Nasal Mucosa - Left** - no congestion observed. **Right** - no congestion observed.
**Nasal Septum: Bony Septum** - no perforation noted. **Cartilaginous Septum** - midline.
**Turbinates: Inferior - Left** - no hypertrophy and no inflammation noted. **Right** - no hypertrophy and no inflammation noted.
**Frontal Sinuses - Left** - no tenderness observed. **Right** - no tenderness observed **Maxillary Sinuses - Left** - no overlying swelling palpable. **Right** - no overlying swelling palpable.
**Mouth and Throat**
**Lips: Upper Lip** - normal color, moist, no cracks or lesions. **Lower Lip** - normal color, moist, no cracks or lesions.
**Nasopharynx** - no swelling of pharyngeal mucosa.
**Oral Cavity/Oropharynx: Teeth** - no loose teeth. **Gingiva** - no bleeding observed. **Soft Palate** - no ulcers noted.

AR 835

From Head & Neck Surgery 321YZD1_01SRMYKJ900LB0R - 84 Date 7/9/2015 2:37:01 PM

TO: [(913) 338-1311, Robert L Schuchardt, MD (), 15101 Glenwood Ave, Stanley, KS    66210] ID: [12438.73988]

**Tongue** - normal. no pallor noted and no white patches present **Oral Mucosa** - erosive lesions present (buccal mucosa 7 mm ulcer). no discoloration noted. **Oropharynx** - no uvular edema is observed and no edema of posterior pharyngeal walls observed.
**Tonsils: Characteristics** - **Left** - no hypertrophy. **Right** - no hypertrophy.
**Floor of Mouth** - not ulcerated
**Salivary Glands: Submandibular Glands** - **Left** - no palpable swelling. **Right** - no palpable swelling. **Parotid Glands** - **Left** - normal. **Right** - normal.

**Neurologic**
**Cranial Nerves:**
**VII Facial:** - Normal Bilaterally.
**VIII Acoustic** - **Left** - Hearing normal. **Right** - Hearing normal. **IX Glossopharyngeal / X Vagus** - No impairment of swallowing.
**XII Hypoglossal** - **Left** - Normal. **Right** - Normal.

**Assessment & Plan**
**SMELL AND TASTE DISORDER (781.1)**


**ALLERGIC RHINITIS, SEASONAL (477.9)**

- Started MethylPREDNISolone (Pak) 4MG, 1 (one) Tablet(s) Take as directed on package, 1 Package, 6 days starting 05/27/2015, No Refill

**CHRONIC LEFT MAXILLARY SINUSITIS (473.0)**
**Today's Impression:** We discussed the risks of endoscopic sinus surgery. Including the risk of bleeding infection orbital damage visual loss and CSF leak. The patient is willing to proceed if he does not recieve enough improvement from Medrol dosepak.

- ENDOSCOPY MAXILLARY SINUS (31267) Routine
- Started Cefdinir 300MG, 1 (one) Capsule two times daily, #28, 14 days starting 06/25/2015, No Refill.
- Started Hydrocodone-Acetaminophen 7.5-325MG, 1 (one) Tablet every four - six hours, as needed, #60, 5 days starting 05/27/2015, No Refill.
- PRE-OPERATIVE INSTRUCTIONS
- POST-OPERATIVE INSTRUCTIONS - ENDOSCOPIC SINUS SURGERY
- Post Op Sinus Instruction RFT


Steven F Ellis MD

*Dictation Notice. **Part of this note is generated using Dragon Voice Recognition Software. Please excuse if any uncorrected grammatical or typographical error is found. Thank you.***

rom DatafileTechnologies    Tue 01 Dec 2015 03:14:49 AM CST                    Page 66 of 72

From Head & Neck Surger 321YZD1_01SRMYKJ900LB0R - 65 Date 7/8/2015 9:04:54 AM

TO: [(913) 338-1311, Robert L Schuchardt, MD (), 15101 Glenwood Ave, Stanley, KS    66210] ID: [12438.73801]

# HEAD & NECK SURGERY OF KANSAS CITY, P.A.

Ear, Nose and Throat Care for Children and Adults

5370 College Boulevard, Overland Park, KS 66211  ~  Phone. (913) 599-4800  Fax: (913) 599-2992

**Robert F. Thompson, M.D., F.A.C.S.    Mark S. Walton, M.D., F.A.C.S.**
**Steven F. Ellis, M.D., F.A.C.S    Mitchell J. Challis, M.D.**

07/07/2015

RE: Craig B Parker    DOB: ███/1961

To:
Cynthia L Romito MD

Robert L Schuchardt MD
Robert L Schuchardt MD

Thank you very much for allowing me to participate in the care of your patient, Craig B Parker. He was seen at Head & Neck Surgery of Kansas City on 07/07/2015.

Please see my attached progress note and recommendations.

---

Craig B Parker                    Patient #: 625460              DOB: ███ 1961 (54 years)
Wednesday, July 8, 2015                                                          Page 1 / 4

AR 837

From Head & Neck Surge 321YZD1_01SRMYKJ900LBOR - 66 Date 7/8/2015 9:04:35 AI

TO: [(913) 338-1311, Robert L Schuchardt, MD (), 15101 Glenwood Ave, Stanley, KS    66210] ID: [12438.738011]

## HISTORY AND PHYSICAL REPORT

Patient Name: Craig B Parker          DOB: ████/1961          Visit Date: 07/07/2015

### History of Present Illness

The patient is a 54 year old male presenting for a post-operative visit. The patient is status post endoscopic sinus surgery. The date of surgery was 6/4/2015. Patient's symptoms are improved compared to preoperative.

Additional reason for visit.

Laryngopharyngeal Reflux is described as the following.
The onset of the laryngopharyngeal reflux has been gradual. The laryngopharyngeal reflux has been occurring for days. The laryngopharyngeal reflux is described as being located in the esophagus. Patient will switch to Zantac from PPI.

### Review of Systems

**General:** Present- Feeling Sick. Not Present- Appetite Loss, Chills, Excessive Perspiration, Fatigue, Fever, Night Sweats, Persistent Infections, Seasonal Allergies, Weight Gain and Weight Loss.
**Skin:** Not Present- Dryness, Itching, Nail Changes, Poor Wound Healing, Rash, Skin Color Changes and Ulcer
**HEENT:** Present- Eye Pain and Ringing in the Ears. Not Present- Blurred Vision, Double Vision, Decreased Hearing, Ear Discharge, Earache, Nose Bleed, Nasal Congestion, Hoarseness, Sore Throat, Halos Around Lights, Eye Discharge, Vision Loss 1 Eye, Eye Irritation, Vision Loss Both and Light Sensitivity.
**Respiratory:** Not Present- Bloody sputum, Cough, Snoring, Sputum Production, Wheezing and Wakes up from Sleep Wheezing or Short of Breath.
**Cardiovascular:** Not Present- Chest Pain, Difficulty Breathing Lying Down, Difficulty Breathing On Exertion, Leg Cramps, Palpitations, Swelling of Extremities and Bluish Discoloration of Lips Nails.
**Gastrointestinal:** Present- Abdominal Pain and Nausea. Not Present- Black, Tarry Stool, Bloody Stool, Change in Bowel Habits, Constipation, Diarrhea, Difficulty Swallowing, Gas, Indigestion, Jaundice, Vomiting, Vomiting Blood and Excessive Appetite.
**Male Genitourinary:** Not Present- Blood in Urine, Frequency, Incontinence, Painful Urination, Urgency, Urinating at Night, Trouble Starting Urinary Stream, Pelvic Pain, Inability To Empty Bladder and Genital Sores.
**Musculoskeletal:** Present- Joint Pain, Muscle Cramps, Muscle Pain and Muscle Weakness. Not Present- Back Pain, Joint Stiffness and Joint Swelling.
**Neurological:** Present- Headaches. Not Present- Decreased Memory, Fainting, Incoordination, Numbness, Spinning Sensation, Tingling, Tremor, Weakness In Extremities, Falling Down and Poor Balance.
**Psychiatric:** Not Present- Anxiety, Depression and Inability to Concentrate.
**Endocrine:** Not Present- Cold Intolerance, Excessive Thirst, Excessive Urination, Heat Intolerance and Excessive Hunger.
**Hematology:** Not Present- Abnormal Bleeding, Easy Bruising, Enlarged Lymph Nodes, HIV Exposure and Skin Discoloration.

### History

**Allergy**
  No Known Drug Allergies (08/15/2014)
**Past Medical**
  MEDICATION ONLY
  CHRONIC LEFT MAXILLARY SINUSITIS
  CHRONIC SINUSITIS
  EXCESSIVE CERUMEN IN EAR CANAL, BILATERAL
  SMELL AND TASTE DISORDER
  ALLERGIC RHINITIS, SEASONAL
  MOUTH LESION
  FATIGUE
  NASAL POLYPS
**Other Medical History**
  Migraine Headache
  Severe allergy
**Past Surgical**
  Gallbladder Surgery laporoscopic
  Colon Polyp Removal - Colonoscopy
  Low Back Disc Surgery
  Straighten Nasal Septum
  Sinus Surgery (08/21/2014)
  Endoscopic Sinus Surgery (06/04/2015)

**Social**
  Illicit drug use none
  Seat Belt Use always
  Tobacco / smoke exposure No
  Alcohol use Never drinks.
  Tobacco use Never smoker: smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.
  Exercise Does other exercise occasionally.
  Sun Exposure occasionally
  HIV risk factors no
**Family**
  Cancer
  Colon Cancer
  Diabetes Mellitus

AR 838

From: Head & Neck Surgery 321YZD1_01SRMYKJ900LB0R - 67 Date 7/8/2015 9 04 36 AM

TO: [(913) 338-1311, Robert L Schuchardt, MD (), 15101 Glenwood Ave, Stanley, KS    66210] ID: [12438.73801]

**Physical Exam**
The physical exam findings are as follows.

**General**
**Mental Status** - Alert. **General Appearance** - Not in acute distress.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - Normal.
**Neck**
**Global Assessment** - no palpable mass on the right and no palpable mass on the left. No adenopathy or thyromegaly.
**Thyroid**
**Gland Characteristics** - normal size and consistency and no palpable nodules.

**Eye**
**Eyeball** - **Left** - Extraocular muscles intact. **Bilateral** - Extraocular muscles intact. **Sclera/Conjunctiva** - **Left** - Normal.
**Right** - Normal. **Pupil** - **Left** - Direct reaction to light normal, Equal and Round. **Right** - Direct reaction to light normal,
Equal and Round.

**ENMT**
**Ears**
**Pinna** - **Left** - no generalized tenderness observed  **Right** - no generalized tenderness observed. **External Auditory**
**Canal** - **Left** - no bloody discharge noted, no cerumen impaction noted, no edema noted in EAC and no tenderness noted.
**Right** - no bloody discharge noted, no cerumen impaction noted, no edema noted in EAC and no tenderness noted.
**Otoscopic Exam: Tympanic Membrane** - **Left** - Normal. **Right** - Normal.
**Nose and Sinuses**
External Inspection of the Nose - symmetric  Inspection of the nares - **Left** - Normal. **Right** - Normal. **Nasal Mucosa** -
**Left** - no congestion observed. **Right** - no congestion observed.
**Nasal Septum: Bony Septum** - no perforation noted. **Cartilaginous Septum** - midline.
**Turbinates: Inferior** - **Left** - post-operative eschar, no hypertrophy and no inflammation noted. **Right** - post-operative
eschar, no hypertrophy and no inflammation noted.
**Frontal Sinuses** - **Left** - no tenderness observed. **Right** - no tenderness observed. **Maxillary Sinuses** - **Left** - no
overlying swelling palpable. **Right** - no overlying swelling palpable. **Bilateral** - Note: Patent antrotomies. **Ethmoid**
**Sinuses** - **Bilateral** - Note: debris and granulation in the ethmoid cavity.
**Mouth and Throat**
**Lips: Upper Lip** - normal color, moist, no cracks or lesions. **Lower Lip** - normal color, moist, no cracks or lesions.
**Nasopharynx** - no swelling of pharyngeal mucosa.
**Oral Cavity/Oropharynx: Teeth** - no loose teeth. **Gingiva** - no bleeding observed. **Soft Palate** - no ulcers noted.
**Tongue** - normal, no pallor noted and no white patches present. **Oral Mucosa** - no discoloration noted. **Oropharynx** - no
uvular edema is observed and no edema of posterior pharyngeal walls observed.
**Tonsils: Characteristics** - **Left** - no hypertrophy. **Right** - no hypertrophy.
**Floor of Mouth** - not ulcerated.
**Salivary Glands: Submandibular Glands** - **Left** - no palpable swelling. **Right** - no palpable swelling. **Parotid Glands** -
**Left** - normal. **Right** - normal.

**Neurologic**
**Cranial Nerves:**
**VII Facial:** - Normal Bilaterally.
**VIII Acoustic** - **Left** - Hearing normal. **Right** - Hearing normal. **IX Glossopharyngeal / X Vagus** - No impairment of
swallowing
**XII Hypoglossal** - **Left** - Normal. **Right** - Normal.

From Head & Neck Surger 321YZD1_01SRMYKJ900LB0R - 68 Date 7/8/2015 8:04:55 AM
TO: [(913) 338-1311, Robert L Schuchardt, MD (), 15101 Glenwood Ave, Stanley, KS    66210] ID: [12438.73801]

**Assessment & Plan**
**CHRONIC SINUSITIS (473.9)**
**Today's Impression:** Significantly improved Continue irrigation, start Cortef.

- P.O. NASAL DEBRIDEMENT (31237) Routine
  left Nasal endoscopy is performed in the office under 1% Neo-Synephrine and 4% topical lidocaine anesthesia. The nasal cavities are examined with a 30° nasal endoscope bilaterally. The debris that is present within affected sinuses is removed endoscopically utilizing suction. Any crusts presents on turbinates are also removed. The patient tolerates the procedure well with no significant

  Comments    complication.

Steven F Ellis MD

Dictation Notice: *Part of this note is generated using Dragon Voice Recognition Software. Please excuse if any uncorrected grammatical or typographical error is found. Thank you.*

From DatafileTechnologies    Tue 01 Dec 2015 03:14:49 AM CST                Page 70 of 72

From Head & Neck Surgery 321YZD1_01SRMYKJ900LB0R - 69 side 6/26/2015 12:31:08 PM

TO: [(913) 338-1311, Robert L Schuchardt, MD (), 15101 Glenwood Ave, Stanley, KS   66210] ID: [12438.73090]

# HEAD & NECK SURGERY OF KANSAS CITY, P.A.

Ear, Nose and Throat Care for Children and Adults

5370 College Boulevard, Overland Park, KS 66211  ~  Phone: (913) 599-4800  Fax: (913) 599-2992

**Robert F. Thompson, M.D., F.A.C.S.    Mark S. Walton, M.D., F.A.C.S.**
**Steven F. Ellis, M.D., F.A.C.S          Mitchell J. Challis, M.D.**

06/23/2015

RE: Craig B Parker     DOB ███/1961

To:
Cynthia L Romito MD

Robert L Schuchardt MD
Robert L Schuchardt MD

Thank you very much for allowing me to participate in the care of your patient, Craig B Parker. He was seen at Head & Neck Surgery of Kansas City on 06/23/2015.

Please see my attached progress note and recommendations.

AR 841

From Head & Neck Surgery 321YZD1_01SRMYKJ900LB0R - 70de 6/26/2015 12:01:08 PM

TO: [(913) 338-1311, Robert L Schuchardt, MD (), 15101 Glenwood Ave, Stanley, KS   66210] ID: [12438.73090]

# HISTORY AND PHYSICAL REPORT

Patient Name: Craig B Parker          DOB: ██/██/1961          Visit Date: 06/23/2015

### History of Present Illness
The patient is a 54 year old male presenting for a post-operative visit. The patient is status post endoscopic sinus surgery. The date of surgery was 6/4/2015. Patient is 19 days postop procedure. Patient is improved post-operatively. Patient states he does not like Qnasl.

### History
**Allergy**
No Known Drug Allergies (08/15/2014)
**Past Medical**
CHRONIC SINUSITIS
CHRONIC LEFT MAXILLARY SINUSITIS
ALLERGIC RHINITIS, SEASONAL
EXCESSIVE CERUMEN IN EAR CANAL, BILATERAL
FATIGUE
NASAL POLYPS
MEDICATION ONLY
SMELL AND TASTE DISORDER
MOUTH LESION
MEDICATION ONLY
**Other Medical History**
Migraine Headache
Severe allergy
**Past Surgical**
Sinus Surgery (08/21/2014)
Endoscopic Sinus Surgery (06/04/2015)
Colon Polyp Removal - Colonoscopy
Straighten Nasal Septum
Low Back Disc Surgery
Gallbladder Surgery laparoscopic

**Medications**
Qnasl (80MCG/ACT Aerosol Soln, 1 (one) Aerosol Soln Nasal each nostril daily, Taken starting 06/10/2015) Active.
NeilMed Sinus Rinse (1 Nasal daily) Active.
Cats Claw ( Oral daily) Specific dose unknown - Active.
Probiotic ( Oral daily) Active.
Vitamin B Complex ( Oral daily) Active.
Vitamin C ( Oral daily) Specific dose unknown - Active.
Vitamin D ( Oral daily) Specific dose unknown - Active.
**Social**
Tobacco use Never smoker: smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.
Alcohol use Never drinks.
Exercise Does other exercise occasionally.
HIV risk factors no
Sun Exposure occasionally
Illicit drug use none
Tobacco / smoke exposure No
Seat Belt Use always
**Family**
Colon Cancer
Cancer
Diabetes Mellitus

### Physical Exam
The physical exam findings are as follows.

### General
**Mental Status** - Alert. **General Appearance** - Not in acute distress.

### Head and Neck
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - Normal.
**Neck**
**Global Assessment** - no palpable mass on the right and no palpable mass on the left. No adenopathy or thyromegaly
**Thyroid**
**Gland Characteristics** - normal size and consistency and no palpable nodules.

### Eye
**Eyeball - Left** - Extraocular muscles intact. **Bilateral** - Extraocular muscles intact. **Sclera/Conjunctiva - Left** - Normal. **Right** - Normal. **Pupil - Left** - Direct reaction to light normal, Equal and Round. **Right** - Direct reaction to light normal, Equal and Round.

### ENMT
**Ears**
**Pinna - Left** - no generalized tenderness observed. **Right** - no generalized tenderness observed. **External Auditory Canal - Left** - no bloody discharge noted, no cerumen impaction noted, no edema noted in EAC and no tenderness noted. **Right** - no bloody discharge noted, no cerumen impaction noted, no edema noted in EAC and no tenderness noted. **Otoscopic Exam: Tympanic Membrane - Left** - Normal. **Right** - Normal.

Craig B Parker                          Patient #: 625460                          DOB: ██/██/1961 (54 years)
Tuesday, June 23, 2015                                                             Page 2 / 3

AR 842

From Head & Neck Surgery 321YZD1_01SRMYKJ900LB0R - 71 date 10/20/2015 12:01:09 PM

TO: [(913) 338-1311, Robert L Schuchardt, MD (), 15101 Glenwood Ave, Stanley, KS    66210] ID: [12438.73090].

**Nose and Sinuses**
External Inspection of the Nose - symmetric Inspection of the nares - **Left** - Normal. **Right** - Normal. **Nasal Mucosa** - **Left** - no congestion observed. **Right** - no congestion observed.
**Nasal Septum: Bony Septum** - no perforation noted. **Cartilaginous Septum** - midline.
**Turbinates: Inferior** - **Left** - post-operative eschar, no hypertrophy and no inflammation noted. **Right** - post-operative eschar, no hypertrophy and no inflammation noted.
**Frontal Sinuses** - **Left** - no tenderness observed. **Right** - no tenderness observed. **Maxillary Sinuses** - **Left** - no overlying swelling palpable. **Right** - no overlying swelling palpable. **Bilateral** - Note: Patent antrotomies. **Ethmoid Sinuses - Bilateral** - Note, debris and granulation in the ethmoid cavity.
**Mouth and Throat**
**Lips: Upper Lip** - normal color, moist, no cracks or lesions. **Lower Lip** - normal color, moist, no cracks or lesions
**Nasopharynx** - no swelling of pharyngeal mucosa.
**Oral Cavity/Oropharynx: Teeth** - no loose teeth. **Gingiva** - no bleeding observed. **Soft Palate** - no ulcers noted **Tongue** - normal, no pallor noted and no white patches present. **Oral Mucosa** - no discoloration noted **Oropharynx** - no uvular edema is observed and no edema of posterior pharyngeal walls observed.
**Tonsils: Characteristics** - **Left** - no hypertrophy. **Right** - no hypertrophy.
**Floor of Mouth** - not ulcerated
**Salivary Glands: Submandibular Glands** - **Left** - no palpable swelling. **Right** - no palpable swelling. **Parotid Glands** - **Left** - normal. **Right** - normal.

**Neurologic**
**Cranial Nerves:**
**VII Facial:** - Normal Bilaterally.
**VIII Acoustic** - **Left** - Hearing normal. **Right** - Hearing normal. **IX Glossopharyngeal / X Vagus** - No impairment of swallowing
**XII Hypoglossal** - **Left** - Normal. **Right** - Normal.

**Assessment & Plan**
**CHRONIC LEFT MAXILLARY SINUSITIS (473.0)**
**Today's Impression:** Patient will irrigate twice daily and continue with Qnasl.

- P O NASAL DEBRIDEMENT (31237) Routine
  right Nasal endoscopy is performed in the office under 1% Neo-Synephrine and 4% topical lidocaine anesthesia. The nasal cavities are examined with a 30° nasal endoscope bilaterally. The debris that is present within affected sinuses is removed endoscopically utilizing suction. Any crusts presents on turbinates are also removed. The patient tolerates the procedure well with no significant
  Comments  complication.
- P.O. NASAL DEBRIDEMENT (31237) Routine
  left Nasal endoscopy is performed in the office under 1% Neo-Synephrine and 4% topical lidocaine anesthesia. The nasal cavities are examined with a 30° nasal endoscope bilaterally. The debris that is present within affected sinuses is removed endoscopically utilizing suction. Any crusts presents on turbinates are also removed. The patient tolerates the procedure well with no significant
  Comments  complication

Steven F Ellis MD

**Dictation Notice:** *Part of this note is generated using Dragon Voice Recognition Software. Please excuse if any uncorrected grammatical or typographical error is found, Thank you.*

# THE UNIVERSITY
# OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Clinic Entire Chart

PARKER,CRAIG B
MRN 1217965
DOB ▇▇ 1961, Sex M
Acct # 8339326
Enc Date 12/22/15

## PATIENT INFORMATION

| | | | |
|---|---|---|---|
| Name. | Parker,Craig B | DOB | ▇▇1961 (54 yrs) |
| Address | ▇▇▇▇▇ | Sex | Male |
| City, State, Zip· | Olathe, KS 66061-6002 | Primary Phone· | 913-440-1423 |
| Marital Status. | Married | Ethnicity | Non Hispanic, Latino Or * |
| Language· | English | Religion | Christian |
| PCP | Robert Schuchardt, MD | PCP Fax | 913-338-1311 |

## EMERGENCY CONTACT INFORMATION

| Contact Number | Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 1 | Parker,Amy | | Spouse | ·(913)645-5285 | |
| 2 | *No Contact Specified* | | | | |

## ENCOUNTER INFORMATION

| | | | |
|---|---|---|---|
| Patient Class | | Unit | |
| Hospital Service | No service for patient | Room/Bed | Room/bed info not found |
| Admitting Provider | | Referring Provider | Pfuetze, Bruce, MD |
| Attending Provider. | | Referring Fax: | 913-338-1311 |
| Discharge Date and Time· | No discharge date for patient | | ·· |
| Discharge Disposition | | | |

## GUARANTOR INFORMATION

| | |
|---|---|
| Guarantor. | DOB |
| Address. | Sex |
| City, State, Zip: , , | Home Phone |
| Relation to Patient· | Work Phone |
| Guarantor ID. | |
| Guarantor Employer | |
| Work Status. | |

| | |
|---|---|
| CSN· 1011194766 | December 30, 2015 |

Visit Location

| Name | Address | Phone | Fax |
|---|---|---|---|
| University of Kansas Physicians - Internal Medicine | 3901 Rainbow Boulevard MS 2026 Kansas City KS 66160-7200 | 913-588-3402 | 913-588-8182 |

Reason for Visit

Printed by Lori Wertenberger 12/30/15 1215

Page 1

AR 844

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Clinic Entire Chart

PARKER,CRAIG B
MRN 1217965
DOB ███/1961, Sex. M
Acct # 8339326
Enc Date 12/22/15

## Reason for Visit (continued)
Allergic reaction

## Lab Orders and Results
No orders and results found

## Micro Orders and Results
No orders and results found

## Blood Bank Orders and Results
No orders and results found

## Pathology Orders and Results
No orders and results found

## Radiology Orders and Results
No orders and results found

## Point of Care Orders and Results
No orders and results found

## Other Orders and Results
No orders and results found

## Outpatient Medications (Includes Today's Revisions) as of 12/22/2015

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Amino Acids-Minerals tab (Taking) | | | | |

Amino Acids-Minerals tab (Taking)
Sig  Take  by mouth
Class  Historical Med
Route  Oral

ascorbic acid (VITAMIN-C) 500 mg tablet  (Taking)
Sig. Take 1,000 mg by mouth daily
Class  Historical Med
Route  Oral

cholecalciferol (Vitamin D3) (VITAMIN D-3) 1,000 units
tablet (Taking)
Sig  Take 1,000 Units by mouth daily.
Class  Historical Med
Route  Oral

cyanocobalamin(+) (VITAMIN B-12) 500 mcg tablet
(Taking)
Sig  Take 1,000 mcg by mouth daily
Class  Historical Med
Route  Oral

GLUTATHIONE MISC  (Taking)
Sig  Use 250 mg as directed. Indications  GSH transdermal cream, 1ml
Class  Historical Med
Route  Misc (Non-Drug, Combo Route)

lactobacillus rhamnosus GG (LACTOBACILLUS
RHAMNOSUS (GG)) 15 billion cell cpSP  (Taking)
Sig  Take  by mouth twice daily with meals
Class: Historical Med
Route. Oral

OMALIZUMAB (XOLAIR SC)  (Taking)
Sig, Inject 375 mg into area(s) as directed every 14 days
Class, Historical Med
Route  Subcutaneous

other medication  (Taking)
Sig  1 Dose  Take 4 gel caps of Vitalzym Enzyme formula daily
Class  Historical Med

other medication  (Taking)
Sig  1 Dose  Take 2 caps Udo's 369 Blend daily
Class. Historical Med

other medication
Sig. 1 Dose daily  Take 1 tsp UniFiber daily
Class. Historical Med

AR 845

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Clinic Entire Chart

PARKER,CRAIG B
MRN 1217965
DOB 5/11/1961, Sex M
Acct # 8339326
Enc Date 12/22/15

## Outpatient Medications (Includes Today's Revisions) as of 12/22/2015 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| other medication (Taking) | | | | |
| Sig 1 Dose daily. Take 1Tbs MCT oil daily | | | | |
| Class. Historical Med | | | | |
| other medication (Discontinued) | | | | 12/22/2015 |
| Sig 1 Dose Take one tab Peptic Care daily | | | | |
| Class Historical Med | | | | |
| Reason for Discontinue. Therapy completed | | | | |
| other medication (Discontinued) | | | | 12/22/2015 |
| Sig. 1 Dose Take 1 cap Chromate GTF daily | | | | |
| Class Historical Med | | | | |
| Reason for Discontinue. Therapy completed | | | | |
| other medication (Discontinued) | | | | 12/22/2015 |
| Sig. 1 Dose daily Take Vitalyte Electrolyte Formula daily | | | | |
| Class Historical Med | | | | |
| Reason for Discontinue Therapy completed | | | | |
| other medication (Discontinued) | | | | 12/22/2015 |
| Sig. 1 Dose daily. Take 3 caps PectaSol Citrus Pectin Fiber daily | | | | |
| Class Historical Med | | | | |
| Reason for Discontinue. Therapy completed | | | | |
| Prasterone (DHEA) (DHEA) 25 mg tab (Taking) | | | | |
| Sig Take by mouth daily | | | | |
| Class Historical Med | | | | |
| Route. Oral | | | | |
| pyridoxine (VITAMIN B-6) 100 mg tablet (Taking) | | | | |
| Sig Take 100 mg by mouth daily | | | | |
| Class Historical Med | | | | |
| Route Oral | | | | |
| sinus rinse pack kit (Taking) | | | | |
| Sig Insert 1 Packet into nose as directed at bedtime daily Indications betamethasone 0 5mg/colloidal sinuse rinse | | | | |
| Class. Historical Med | | | | |
| Route Nasal | | | | |

## BMI Data

Body Mass Index
23 05 kg/m$^2$

Body Surface Area
1 98 m$^2$

## Immunizations as of 12/22/2015

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| DTaP Vaccine | 7/1/2006 | | | |
| Pneumococcal Vaccine (Adult) | 9/1/2010 | | | |

## Allergies as of 12/22/2015

Reviewed on: 12/22/2015

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| Amoxicillin | 12/22/2015 | Allergy | FEVER, HEADACHE, SEE COMMENTS |
| Respiratory congestion | | | |
| Cat Hair Std Allergenic Ext | 05/16/2012 | | RHINORRHEA, SNEEZING, ITCHING |
| Dust | 05/16/2012 | | RHINORRHEA, SNEEZING, ITCHING |
| Grass Pollen | 05/16/2012 | | RHINORRHEA, SNEEZING, ITCHING |
| Mold | 05/16/2012 | | RHINORRHEA, SNEEZING, ITCHING |
| Pollen | 05/16/2012 | | RHINORRHEA, SNEEZING, ITCHING |
| Tree Elm | 05/16/2012 | | RHINORRHEA, SNEEZING, ITCHING |
| Weeds [Weed Pollen] | 05/16/2012 | | RHINORRHEA, SNEEZING, ITCHING |

| Medical History as of 12/22/2015 | Past Medical History | Date | Comments | Source Provider |
|---|---|---|---|---|
| | Allergy [T78 40XA] | | | |

02/11/2016 12 50 57

AR 846

THE UNIVERSITY OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Clinic Entire Chart

PARKER,CRAIG B
MRN 1217965
DOB ███/1961, Sex M
Acct # 8339326
Enc Date 12/22/15

| | | | |
|---|---|---|---|
| Gastric ulcer, unspecified as acute or chronic, without mention of hemorrhage, perforation, or obstruction [K25 9] | | | Provider |
| Mononucleosis [B27 90] | 1997 | | Provider |
| Disorganized thinking [R41 89] | | | Provider |
| Memory loss [R41 3] | | | Provider |
| Fibromyalgia [M79 7] | | | Provider |
| Elevated IgE level [R76 0] | | | Provider |
| Anxiety [F41.9] | | associated paranoia (self-reported) | Provider |

**Audit Trail**
**12/22/2015 - 12/22/2015**

| Surgical History as of 12/22/2015 | Past Surgical History | Laterality | Date | Comments | Source |
|---|---|---|---|---|---|
| | BACK SURGERY [SHX600140] | | 2009 | laminectomy | Provider |
| | HX SEPTOPLASTY [SHX37] | | 1999 | | Provider |
| | CHOLECYSTECTOMY [SHX60055] | | | | Provider |
| | SINUS SURGERY [SHX187] | | 2014, 2015 | | Provider |
| | SINUS SURGERY [SHX187] | | 8/21/14 | B/L endoscopic maxillary antrotomy with tissue removal from the maxillary sinuses, B/L endoscopic total ethmoidectomy, B/L endoscopic sphenoidotomy, B/L endoscopic frontal sinus duct exploration | Provider |
| | SINUS SURGERY [SHX187] | | 6/4/15 | B/L endoscopic total ethmoidectomy, B/L endoscopic maxillary antrotomy with tissue removal from the maxillary sinuses, B/L endoscopic sphenoidotomy, B/L endoscopic frontal sinus duct exploration | Provider |

| Audit Trail 12/22/2015 - 12/22/2015 | SINUS SURGERY [SHX187] | | | | | | |
|---|---|---|---|---|---|---|---|
| | Surgical History | Action | Updated | User | Source | Laterality | Date | Comments |

AR 847

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Clinic Entire Chart

PARKER,CRAIG B
MRN 1217965
DOB ████/1961, Sex M
Acct # 8339326
Enc Date 12/22/15

02/11/2₁

| Surgical History | Action | Updated | User | Source | Laterality | Date | Comments |
|---|---|---|---|---|---|---|---|
| SINUS SURGERY [SHX187] | Created | 12/24/2015 1 50 PM | Selina Gierer, DO | Provider | | 6/4/15 | B/L endoscopic total ethmoidectomy, B/L endoscopic maxillary antrotomy with tissue removal from the maxillary sinuses, B/L endoscopic sphenoidotomy, B/L endoscopic frontal sinus duct exploration |

**SINUS SURGERY [SHX187]**

| Surgical History | Action | Updated | User | Source | Laterality | Date | Comments |
|---|---|---|---|---|---|---|---|
| SINUS SURGERY [SHX187] | Created | 12/24/2015 1 50 PM | Selina Gierer, DO | Provider | | 8/21/14 | B/L endoscopic maxillary antrotomy with tissue removal from the maxillary sinuses, B/L endoscopic total ethmoidectomy, B/L endoscopic sphenoidotomy, B/L endoscopic frontal sinus duct exploration. |

**SINUS SURGERY [SHX187]**

| Surgical History | Action | Updated | User | Source | Laterality | Date | Comments |
|---|---|---|---|---|---|---|---|
| SINUS SURGERY [SHX187] | Created | 12/22/2015 8 54 AM | Selina Gierer, DO | Provider | | 2014, 2015 | |

| Family History as of 12/22/2015 | Problem | Relation | Name | Age of Onset | Comments | Source |
|---|---|---|---|---|---|---|
| | Heart Disease | Mother | | | | Provider |
| | Diabetes | Father | | | | Provider |
| | Cancer | Maternal Grandmother | | | | Provider |
| | Seasonal Allergies | Child | | | | Provider |

| Audit Trail 12/22/2015 - 12/22/2015 | Seasonal Allergies | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Problem | Relation | Action | Updated | User | Source | Name | Age of Onset | Comments |

AR 848

# THE UNIVERSITY OF KANSAS HOSPITAL

3901 Rainbow Blvd.
Kansas City KS 66160
Clinic Entire Chart

PARKER,CRAIG B
MRN 1217965
DOB 5/11/1961, Sex M
Acct #. 8339326
Enc Date 12/22/15

02/11/2016

| | Seasonal Allergies | Child | Created | 12/22/2015 8 54 AM | Selina Gierer, DO | Provider |
|---|---|---|---|---|---|---|

| Family Status as of 12/22/2015 | Relation Mother Father | Name | Status Alive Alive | Death Age | Comments | Source Provider Provider |
|---|---|---|---|---|---|---|

**Audit Trail**
12/22/2015 - 12/22/2015                                                                    5

| Tobacco History | Smoking Status | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|---|
| as of 12/22/2015 | Never Smoker | Provider | | 0.0 | 0 0 | | | | Never Used | |

| Audit Trail | Smoking Status | Updated | User | Source | Types | Packs/day | Years Used | Comments | Smoking Start Date | Smoking Quit Date | Smokeless Tobacco Status | Smokeless Tobacco Quit Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/22/2015 - 12/22/2015 | | | | | | | | | | | | |

| Alcohol History | Alcohol Use | | | Source | Drinks/Week | | Alcohol/Wk | Comments |
|---|---|---|---|---|---|---|---|---|
| as of 12/22/2015 | Not Asked | | | Provider | 0 Not specified | | 0 0 oz | |

| Audit Trail 12/22/2015 - 12/22/2015 | Alcohol Use Not Asked | Updated 12/22/2015 8 36 AM | User Anne Allen, LPN | Source Provider | Drinks/week 0 Not specified | | Alcohol/wk 0 0 oz | Comments |
|---|---|---|---|---|---|---|---|---|

| Drug History as of 12/22/2015 | Drug Use Not Asked | | Source Provider | Types | | Frequency 0.00 | Comments |
|---|---|---|---|---|---|---|---|

| Audit Trail 12/22/2015 - 12/22/2015 | Drug Use | Updated | User | Source | Types | Frequency | Comments |
|---|---|---|---|---|---|---|---|

| Sex History as of 12/22/2015 | Sexually Active Not Asked | | Source Provider | Birth Control | | Partners | Comments |
|---|---|---|---|---|---|---|---|

| Audit Trail 12/22/2015 - 12/22/2015 | Sexually Active | Updated | User | Source | Birth Control | | Partners | Comments |
|---|---|---|---|---|---|---|---|---|

| ADL History as of 12/22/2015 | ADL Question **None** | Response | Comments | | Source |
|---|---|---|---|---|---|

**Audit Trail**
12/22/2015 - 12/22/2015

| Occupational as of 12/22/2015 | **None** |
|---|---|

**Audit Trail**
12/22/2015 - 12/22/2015

| Socioeconomic | Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|---|

AR 849

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Clinic Entire Chart

PARKER,CRAIG B
MRN  1217965
DOB [ ] /1961, Sex  M
Acct #  8339326
Enc Date. 12/22/15

| as of 12/22/2015 | Married | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Audit Trail** | Marital Status | Spouse Name | Num of Children | Years Education | Source | Updated | User | |

**Other Progress Notes**

Progress Notes by Anne Allen, LPN at 12/22/15 0843

Author  Anne Allen, LPN                    Service  (none)                    Author Type  LPN
Filed·  12/24/15 1355                      Note Time  12/22/15 0843           Status  Addendum
Editor·  Selina Gierer, DO (Physician)
Related Notes.      Original Note by Selina Gierer, DO (Physician) filed at 12/24/15 1217

Date of Service  12/22/2015

**Subjective:**

Craig B Parker is a 54 y o  male with complaints of not feeling well who was referred to the University of Kansas Allergy and Immunology Clinic by Dr. Bruce Pfuetze.

**History of Present Illness**

He has a life long history of allergies and did feel better from 2008-2012   He was getting allergy shots 1996-2009 with Dr. Pfuetze and they stopped because he was feeling better   Then in 2011-2012, he started having more chronic sinus problems daily· sneezing, congestion, sinus pain, and watery/itchy/painful eyes   He started going to an ENT (Dr  Steve Ellis) and they started treating him for chronic sinusitis   This is when his abx sensitivities began.   He had sinus surgeries with complete FEES in 2014 and 2015 and he was noted to have sinus polyps   He can now breathe better and his sense of smell has improved   He has not taken any NSAIDs in a "long time".   He is currently maintained on budesonide irrigation, as he was unable to tolerate Flonase nasal spray   His lung function at his OV with Dr. Pfuetze was normal 9/8/15   He restarted allergy shots in 2/2015 with Dr  Romito   Chemicals trigger his symptoms dramatically

He feels feverish (although temp is 97 5), muscle aches/spasms, and burning eyes

He cannot tolerate cats.  He has a Bichon (since 2000)   He is not around smokers but as a child he was frequently exposed and this would exacerbate his allergies and asthma   He is a former electric engineer but stopped due to these symptoms

He is on Xolair and Advair for his asthma and this has been pretty well controlled   He is using albuterol rarely at this point since starting the Xolair June 2015.

**Drug allergies:**
Antihistamines (all including chlortrimeton) all worsen his symptoms   Chlortrimeton also causes tongue burning upon contact.

He states amoxicillin within 1 day will lead to increased asthma symptoms (dyspnea, coughing, wheezing) and congestion   He tried this again last fall (2014) and has this same reaction   He has tried other antibiotics and they all seem to cause similar symptoms   He cannot recall the other abx but Bactrim, Augmentin, Cipro sounded familiar.  He also has reportedly spiked a fever to amox, but no rash

With PPIs, he passes out after 2-3 days of dosing  This has happened reproducibly with multiple PPIs   He has a "weaker" reaction with H2 blockers

Flonase and multiple other nasal steroids cause stabbing pain immediately   He shoots straight back   He tolerates budesonide saline irrigation

SSRIs cause nausea, vomiting, and diarrhea

AR 850

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd.
Kansas City KS 66160
Clinic Entire Chart

PARKER,CRAIG B
MRN 1217965
DOB ███1961, Sex: M
Acct # 8339326
Enc Date 12/22/15

Other Progress Notes (continued)

Progress Notes by Anne Allen, LPN at 12/22/15 0843 (continued)
**Food allergies:**

Up until 4 years ago, he had a broad diet, but now he is only able to eat chicken, rice, green beans, turkey bacon, bananas, raspberries, blueberries, flax seed, coconut milk, and eggs. All other foods cause increased asthma and allergies. He also notes neck cramping if he strays from his diet. He takes supplemental vitamin C. He thinks wheat causes him to have severe symptoms of flu and he has been strictly gluten free since 2014. He does carry an EpiPen for his Xolair and allergy shots

**Rhinitis Control Assessment Test**

1 During the past week, how often did you have nasal congestion?
1) Extremely often
**2) Often**
3) Sometimes
4) Rarely
5) Never

2 During the past week, how often did you sneeze?
1) Extremely often
2) Often
**3) Sometimes**
4) Rarely
5) Never

3 During the past week, how often did you have watery eyes?
1) Extremely often
2) Often
3) Sometimes
**4) Rarely**
5) Never

4 During the past week, to what extent did your nasal or other allergy symptoms interfere with your sleep?
1) All the time
2) A lot
3) Somewhat
**4) A little**
5) Not at all

5 During the past week, how often did you <u>avoid</u> any activities (for example visiting a house with a dog or cat, gardening) because of your nasal or other allergy symptoms?
1) Extremely often
**2) Often**
3) Sometimes
4) Rarely
5) Never

6 During the past week, how well were your nasal or other allergy symptoms controlled?
1) Not at all
2) A little
**3) Somewhat**
4) Very
5) Completely

Printed by Lori Wertenberger 12/30/15 1215

Page 8

AR 851

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Clinic Entire Chart

PARKER,CRAIG B
MRN 1217965
DOB ███ 1961, Sex. M
Acct # 8339326
Enc Date 12/22/15

---

Other Progress Notes (continued)

Progress Notes by Anne Allen, LPN at 12/22/15 0843 (continued)

**Total Score: 18**
**A total score of 21 or less may indicate inadequate control of symptoms.**

**Asthma Control Test for people 12 years and older**

1  In the past **4 weeks**, how much of the time did your asthma keep you from getting as much done at work, school or at home?

1- All of the time
2- *Most of the time*
3- **Some of the time**
4- A little of the time
5- None of the time

2. During the past **4 weeks**, how often have you had shortness of breath?

1- More than once a day
2- Once a day
3- 3-6 times a week
**4- Once or twice a week**
5- Not at all

3  During the past **4 weeks**, how often did your **asthma** symptoms (wheezing, coughing, shortness of breath, chest tightness or pain) wake you up at night or earlier than usual in the morning?

1- 4 or more night a week
2- *2-3 nights a week*
3- Once a week
**4- Once or twice**
5- Not at all

4  During the past **4 weeks**, how often have you used your rescue inhaler or nebulizer medication (such as albuterol)?

1- 3 or more times per day
2- 1 or 2 times per day
3- 2 or 3 times per week
4- Once a week or less
**5- Not at all**

5  How would you rate your **asthma** control during the **past 4 weeks**?

1- Not controlled at all
2- Poorly controlled
3- Somewhat controlled
**4- Well controlled**
5- Completely controlled

ACT SCORE = 20
(A score of 19 or less might suggest that the patient's asthma is not as well controlled as it could be)

Reviewed outside records - scanned into EMR and pertinent findings noted below:
2/2/15 aeroallergen skin testing with **Dr. Romito** - positive to molds, grasses, trees, weeds, dog, dust mites, cattle, cat, and house dust mix

Printed by Lori Wertenberger 12/30/15 1215

Page 9

AR 852

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Clinic Entire Chart

PARKER,CRAIG B
MRN 1217965
DOB ████ 1961, Sex: M
Acct # 8339326
Enc Date: 12/22/15

---

Other Progress Notes (continued)

Progress Notes by Anne Allen, LPN at 12/22/15 0843 (continued)
2/2/15 food skin testing with Dr. Romito - potato, milk, beef, pea, tomato, peanut, soy

**Patient typed out labs and I reviewed these in his spreadsheet form, not the actual results - the patient preferred
we reference this spreadsheet for review:**
4/15/14 - AST was 70 (9-46) and ALT 61 (10-35)
4/20/14 - TSH 1 69, **vitamin D 29.2**, CRP 0 29, CMP and CBC were normal
5/23/14 - ESR was 6, Anti-SSA/B negative, ANA 1 40, acetylcholine receptor binding antibody negative, CMP and CBC
were normal
6/12-24/14 - Esr was 6, B12 ws 896, vitamin A was normal at 36, folate 16 8, copper was normal, CBC/CMP were normal
7/17/14 - Lyme titers negative, Babesia/Ehrlichia/Anaplasma IgG negative, TSh 1 8, Vitamin 54, IgA 194, CBC with diff was
normal
12/3/14 - Ingenex testing was negative for Borellia (IgM negative/IgG equivocal), Chlamydia (IgG and IgA), Babesia
microti (IgG and IgM), Babesia Duncani (IgG and IgM), and Bartonella (IgG and IgM)
12/18/14 - Fry labs testing was negative for Bartonella wuintana and henselae (IgG and IgM), Protozoa PCR negative,
EBV panel was positive for historical infection, Mycoplasma IgG was positive and IgM was negative, Bordetella pertussis
IgG was positive and IgM was negative, CMV IgG/IgM negative, HHV-6 IgG negative, West nile IgG/IgM negative, HIV
negative, HSV 1 and 2 IgG negative, Chlamydia pneumonia IgG/IgM negative, H pylori IgG/IgM negative  PCRs were
negative (unsure if this was blood) for Syphilis, HSV1/2, Mycoplasma hominis, EBV, CMV, HHV-6 A & B, Dengue viruses
1-4, Coxsackie virus A & B, Mycoplasma fermentans/penetrans/pneumoniae, Toxoplasma gondii, Ureaplasma
urealyticum, Francisesll species, and Chlamydia trachomatis/penumoniae/psittaci  RMSF IgG was positive but IgM was
negative, Ehrlichia IgG/IgM was negative, Anaplasma phagocytophilum IgG/IgM negative, Influenza A & B IgG positive,
Babesia microti IgG/IgM negative, Candida IgG/IgM/IgA negative
5/13/15 - IgG 1170 (700-1600), IgM 58 (40-230), IgA 199 (91-414), **IgE 641 (0-100)**
5/20/15 - ANA 1 80 speckled, anti-SSA/B negative, anti-ds DNA negative
6/18/15 - **Total testosterone was 176 (12-767) and free testosterone was 3.8 (9-30)**
9/15/15 - CBC, metabolic panel, lipid panel, and urinalysis was "normal", HCV ab negative

**Actual results:**
5/20/96 - SPT was positive to dust, dog, cat, trees, grasses, weeds, gerbil, hamster, and molds.  ID was positive to
feather
        SPT was also positive egg, wheat, peanut, fish, corn, soy, tomato and negative to beef, milk, orange,
cottonseed, celery, and chocolate
8/5/12 - IgE was negative (class 1 or lower) to beta lactoglobulin, chocolate, egg white, orange, soy, and whey
        IgE was positive (class 2 or higher) to corn (0 97), milk (1.29), peanut (1 47), tomato (1 81)
        Patient wrote in that IgE to strawberry was 0 61
10/17/12 - celiac panel was negative with an IgA of 219
5/23/14 - CXR - normal
7/9/14 -  24 hour urine studies for
metanephrines/normetanephrines/epinephrine/norepinephrine/dopamine/normetanephrines/n-methlyhistamine were all
normal
7/14/14 - hydrogen breath test was negative
8/22/14 - left maxillary culture - coag negative staph (pan-sensitive) and no fungal elements
11/21/14 - sinus culture - negative for fungal elements at 4 weeks
11/4/15 - culture from nares - large amount of coag negative staphs MARCONS + sensitive to clinda, linezolid, Rifampicin,
doxy, Bactrim, and Vanc

**Imaging per the patient's spreadsheet and outside reports**
3/3/14 - EGD with EUS - severe gastritis and normal US per patient's spreadsheet
5/16/14 - **Brain MRI with contrast** - normal per patient's spreadsheet
6/25/14 - **Abdominal US** - normal per patient's spreadsheet
7/8/14 - autonomic reflex screen - normal
7/11/14 - **GET** - normal gastric emptying, small bowel and colonic transit times
8/13/14 - **Sinus CT** - Extensive bilateral ethmoid, bilateral frontal, and bilateral maxillary sinus inflammatory disease, as

Printed by Lori Wertenberger 12/30/15 1215

Page 10

AR 853

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Clinic Entire Chart

PARKER,CRAIG B
MRN 1217965
DOB ██/1961, Sex M
Acct # 8339326
Enc. Date 12/22/15

Other Progress Notes (continued)

Progress Notes by Anne Allen. LPN at 12/22/15 0843 (continued)
well as trace sphenoid sinus inflammatory change  Findings raise the possibility of sinonasal polyposis
**12/3/14 - CXR - normal**
**12/17/14 - Brain SPECT Scan** - mild decreased perfusion in the inferior frontal lobes and moderate to marked decreased perfusion in the bilateral temporal lobs, greater on the left, per patient's spreadsheet
**5/12/15 - Sinus X-ray** - sinusitis per patient's spreadsheet

**Operative reports:**
**06/04/15 with Dr. Steven Ellis - nasal poypposis and chronic sinusitis**
B/L endoscopic total ethmoidectomy, B/L endoscopic maxillary antrotomy with tissue removal from the maxillary sinuses, B/L endoscopic sphenoidotomy, B/L endoscopic frontal sinus duct exploration  He was discharged with Omnicef
**Biopsy** - sinonasal mucosa with acute and chronic inflammation with prominent eosinophils and allergic mucous.  GMS special stain does not demonstrate any definitive fungal hyphal forms
**8/21/14 with Dr. Steven Ellis - chronic sinusitis and nasal polyposis.**
B/L endoscopic maxillary antrotomy with tissue removal from the maxillary sinuses, B/L endoscopic total ethmoidectomy, B/L endoscopic sphenoidotomy, B/L endoscopic frontal sinus duct exploration

**Mayo records - seen for post-prandial symptom complex and weight loss**
"1) Post-prandial symptom complex - This is a highly unusual collection of symptoms that seems to be related simply to the act of eating  This is either an extreme form of nonulcer dyspepsia or it might be something very strange like autonomic neuropathy or a hormone-producing tumor  Because there are elements of flushing and dizziness, we will check the autonomic reflex package and screen for less likely things like a pheochromocytoma.  Other thoughts are celiac disease, small bowel bacterial overgrowth, or perhaps gastric dysmotility, and we have ordered test for all of these things
2) Weight loss - I think this is simply related to his diet which has gradually become more exlusionary, but he has not had recent cross-sectional imaging of the abdomen so I am going to get an updated CT scan . .
3) Chronic anxiety - It is clear that Mr  Parker has an unusual personality and is quite perfectionistic and anxious  Whether this is actually starting to interfere with his health is not clear  He has been off work now for about 6 weeks  He has adopted the stance that any medication that he takes causes an extreme reaction and that makes it difficult to think about ways that we might treat him  At the end of the day, if all tests are turning up normal, he may want to consider a second opinion from one of our psychiatrists "

**Past Medical History**

| Diagnosis | Date |
|---|---|
| • Allergy | |
| • Gastric ulcer, unspecified as acute or chronic, without mention of hemorrhage, perforation, or obstruction | |
| • Mononucleosis | 1997 |
| • Disorganized thinking | |
| • Memory loss | |
| • Fibromyalgia | |
| • Elevated IgE level | |
| • Anxiety | |
| *associated paranoia (self-reported)* | |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Back surgery | | 2009 |
| *laminectomy* | | |
| • Hx septoplasty | | 1999 |
| • Cholecystectomy | | |
| • Sinus surgery | | 2014, 2015 |
| • Sinus surgery | | 8/21/14 |

*B/L endoscopic maxillary antrotomy with tissue removal from the maxillary sinuses, B/L endoscopic total ethmoidectomy, B/L endoscopic sphenoidotomy, B/L endoscopic frontal sinus duct exploration*

Printed by Lori Wertenberger 12/30/15 1215                                                                                                     Page 11

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd.
Kansas City KS 66160
Clinic Entire Chart

PARKER,CRAIG B
MRN 1217965
DOB ███ 1961, Sex M
Acct # 8339326
Enc Date 12/22/15

*Other Progress Notes (continued)*

Progress Notes by Anne Allen, LPN at 12/22/15 0843 (continued)

- Sinus surgery                                                                      6/4/15
  *B/L endoscopic total ethmoidectomy, B/L endoscopic maxillary antrotomy with tissue removal from the
  maxillary sinuses, B/L endoscopic sphenoidotomy, B/L endoscopic frontal sinus duct exploration*

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Heart Disease | Mother | |
| • Diabetes | Father | |
| • Cancer | Maternal Grandmother | |
| • Seasonal Allergies | Child | |

**History**

Social History
- Marital Status:                          Married
     Spouse Name                          N/A
     Number of Children                   N/A
- Years of Education.                      N/A

Social History Main Topics
- Smoking status                          Never Smoker
- Smokeless tobacco                       Never Used
- Alcohol Use                            Not on file
- Drug Use                               Not on file
- Sexual Activity.                       Not on file

Other Topics                                            Concern
- Not on file

Social History Narrative

Review of Systems
Constitutional Positive for chills and fatigue Negative for fever and unexpected weight change
**No night sweats or sleep disturbance.**
HENT Positive for congestion Negative for ear pain, hearing loss, mouth sores, nosebleeds, postnasal drip, rhinorrhea,
sinus pressure, sneezing and sore throat
**Decreased sense of smell**
Eyes Positive for pain **(burning, behind her eyes)** and visual disturbance Negative for discharge, redness and itching
Photophobia· **double vision 2014**
**No dryness.**
Respiratory· Positive for cough Negative for chest tightness and shortness of breath
Cardiovascular Negative for chest pain
Gastrointestinal· Negative for nausea, vomiting, abdominal pain, diarrhea and constipation.
**No heartburn.**
Genitourinary· Negative for dysuria, urgency, frequency and hematuria
Musculoskeletal Positive for myalgias, joint swelling and arthralgias
Skin. Negative for rash
Neurological· Negative for headaches
Hematological· Does not bruise/bleed easily
Printed by Lori Wertenberger 12/30/15 1215

AR 855

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd.
Kansas City KS 66160
Clinic Entire Chart

PARKER,CRAIG B
MRN 1217965
DOB: ████1961, Sex: M
Acct #. 8339326
Enc Date 12/22/15

02/11/2016 12:50

Other Progress Notes (continued)

Progress Notes by Anne Allen, LPN at 12/22/15 0843 (continued)

**Objective:**

| | |
|---|---|
| · Amino Acids-Minerals tab | Take by mouth. |
| · ascorbic acid (VITAMIN-C) 500 mg tablet | Take 1,000 mg by mouth daily |
| · cholecalciferol (Vitamin D3) (VITAMIN D-3) 1,000 units tablet | Take 1,000 Units by mouth daily |
| · cyanocobalamin(+) (VITAMIN B-12) 500 mcg tablet | Take 1,000 mcg by mouth daily |
| · GLUTATHIONE MISC | Use 250 mg as directed Indications. GSH transdermal cream, 1ml |
| · lactobacillus rhamnosus GG (LACTOBACILLUS RHAMNOSUS (GG)) 15 billion cell cpSP | Take by mouth twice daily with meals. |
| · OMALIZUMAB (XOLAIR SC) | Inject 375 mg into area(s) as directed every 14 days. |
| · other medication | 1 Dose Take 4 gel caps of Vitalzym Enzyme formula daily |
| · other medication | 1 Dose. Take 2 caps Udo's 369 Blend daily |
| · other medication | 1 Dose daily Take 1 tsp UniFiber daily |
| · other medication | 1 Dose daily. Take 1Tbs MCT oil daily |
| · Prasterone (DHEA) (DHEA) 25 mg tab | Take by mouth daily. |
| · pyridoxine (VITAMIN B-6) 100 mg tablet | Take 100 mg by mouth daily |
| · sinus rinse pack kit | Insert 1 Packet into nose as directed at bedtime daily. Indications betamethasone 0.5mg/colloidal sinuse rinse |

**Filed Vitals:**

| | 12/22/15 0832 |
|---|---|
| BP: | 113/66 |
| Pulse. | 71 |
| Temp | 36 7 °C (98 1 °F) |
| TempSrc· | Oral |
| Resp | 20 |
| Height | 182 9 cm (72") |
| Weight: | 77 111 kg (170 lb) |

Body mass index is 23 05 kg/(m^2).

Physical Exam
Constitutional He is oriented to person, place, and time. He appears well-developed and well-nourished No distress.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal Tympanic membrane is not injected
Left Ear External ear normal Tympanic membrane is not injected
Nose· Right sinus exhibits no maxillary sinus tenderness and no frontal sinus tenderness. Left sinus exhibits no maxillary sinus tenderness and no frontal sinus tenderness
Mouth/Throat Oropharynx is clear and moist No oropharyngeal exudate
Cobblestoning
Eyes Conjunctivae are normal Right eye exhibits no discharge Left eye exhibits no discharge No scleral icterus
Neck· Normal range of motion Neck supple No thyromegaly present
Cardiovascular. Normal rate, regular rhythm and normal heart sounds Exam reveals no gallop and no friction rub.
No murmur heard
Pulmonary/Chest Effort normal and breath sounds normal No respiratory distress He has no wheezes He has no rales

AR 856

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Clinic Entire Chart

PARKER,CRAIG B
MRN 1217965
DOB ███ 1961, Sex M
Acct # 8339326
Enc Date 12/22/15

02/11/2016 12:50

Other Progress Notes (continued)

Progress Notes by Anne Allen, LPN at 12/22/15 0843 (continued)
He exhibits no tenderness
Lymphadenopathy
  He has no cervical adenopathy ·
Neurological  He is alert and oriented to person, place, and time
Skin· Skin is warm and dry  No rash noted  He is not diaphoretic  No erythema  No pallor
Psychiatric  He has a normal mood and affect  His behavior is normal  Judgment and thought content normal
Vitals reviewed

**Hospital Outpatient Visit on 12/22/2015**

| Component | Date | Value | Ref Range | Status |
|---|---|---|---|---|
| • Tryptase | 12/22/2015 | 5 5 | | Final |
| • C-ANCA | 12/22/2015 | <20,NEGATIVE | | Final |
| • P-ANCA | 12/22/2015 | <20,NEGATIVE | | Final |
| • Myeloperoxidase AB | 12/22/2015 | | | Final |

  Value·<0 2
Reference range· <0 4 (Negative)
Unit  U
MAYO MEDICAL LABS

| • Serine Protease3 AB | 12/22/2015 | | | Final |

  Value·<0 2
Reference range  <0 4 (Negative)
Unit  U
MAYO MEDICAL LABS

**Assessment and Plan:**

Problem
Chronic fatigue/malaise
This certainly does not appear to be any infectious (other than chronic sinusitis), autoimmune, autonomic, hematologic,
neurologic, nutritional, or immunodeficiency mediated disease based on extremely extensive evaluation as noted above
by multiple physicians   Many of the tests had been repeated without change.

Drug Allergy
  Antihistamines (all including chlortrimeton) all worsen his symptoms  Chlortrimeton also causes tongue
  burning upon contact
  He states amoxicillin within 1 day will lead to increased asthma symptoms (dyspnea, coughing, wheezing)
  and congestion  He has tried other antibiotics and they all seem to cause similar symptoms  He cannot
  recall the other abx but Bactrim, Augmentin, Cipro sounded familiar  He also has reportedly spiked a fever
  to amox, but no rash
  With PPIs, he passes out after 2-3 days of dosing  This has happened reproducibly with multiple PPIs  He
  has a "weaker" reaction with H2 blockers
  Flonase and multiple other nasal steroids cause stabbing pain immediately. He shoots straight back  He
  tolerates budesonide saline irrigation.
  SSRIs cause nausea, vomiting, and diarrhea

  - Ordered Tryptase and this was normal, making mast cell disease much less likely

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd.
Kansas City KS 66160
Clinic Entire Chart

PARKER,CRAIG B
MRN: 1217965
DOB███/1961, Sex M
Acct #: 8339326
Enc Date 12/22/15

Other Progress Notes (continued)

Progress Notes by Anne Allen, LPN at 12/22/15 0843 (continued)

- Considered AERD treatment with high dose aspirin, but because patient cannot tolerate PPIs, has a history of peptic ulcers, and cannot tolerate Singulair, he would not be a good candidate for ASA desensitization.
- I feel testing for these medications for IgE mediated reactions would not be helpful due to the nature of his reactions which are not typical for IgE mediated reactions.

Recurrent Sinusitis
He started going to an ENT (Dr Steve Ellis) and they started treating him for chronic sinusitis This is when his abx sensitivities began He had sinus surgeries with complete FEES in 2014 and 2015 and he was noted to have sinus polyps He can now breathe better and his sense of smell has improved.

- Ordered ANCAs/MPO/PR3 and these were negative/normal
- I would defer to him on whether the allergy shots have been helpful as far as continuing or reassessing this with Dr Pfuetze, since the shots with Dr Pfuetze in the past were successful and he seems to not have had as much benefit with the recent course
- Continue current management with Dr Ellis and budesonide, which is the only nasal steroid he tolerates

Food Allergy/Intolerance
Up until 4 years ago, he had a broad diet, but now he is only able to eat chicken, rice, green beans, turkey bacon, bananas, raspberries, blueberries, flax seed, coconut milk, and eggs. All other foods cause increased asthma and allergies He also notes neck cramping if he strays from his diet He takes supplemental vitamin C He thinks wheat causes him to have severe symptoms of flu and he has been strictly gluten free since 2014. He does carry an EpiPen for his Xolair and allergy shots

Food IgE and SPT as noted above have been intermittently positive/negative, even to the same foods

- Concerned about his nutritional status, but he was unwilling to make any changes in his diet. He agrees that some of these are clearly food intolerances and further testing would be futile if he is unwilling to do any further food challenges

Seasonal Allergic Rhinitis
Per patient, antihistamines (including Chlortrimeton, which used to work well) worsen his allergy symptoms; Chlortrimeton also causes tongue burning upon contact

- Avoid any known triggering chemicals, medications, and foods

Gerd (Gastroesophageal Reflux Disease)
Intolerant of PPI (passes out after 2-3 days of dosing), "weaker" reaction with H2 blockers

EGD: gastritis 6/2012, neg h pylori

- Takes H2 blocker PRN

I spent over 3 hours reviewing and documenting prior studies. Some other findings I noted:

- He has had multiple labs from Genova, cytokine stimulation testing, and other hormone levels and I am unable to interpret these or know the clinical applicability of these results

- It is possible that his low testosterone levels may add to this fatigue and malaise feeling and I would recommend he consider evaluation by endocrinology to see if he would be a candidate for replacement

- I am not sure what to make of his perfusion defects on his brain SPECT, but would have to defer to his PCP whether further evaluation is warranted.

AR 858

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Clinic Entire Chart

PARKER,CRAIG B
MRN 1217965
DOB ▪▪▪▪/1961, Sex. M
Acct # 8339326
Enc Date 12/22/15

Other Progress Notes (continued)

Progress Notes by Anne Allen, LPN at 12/22/15 0843 (continued)

- He had mildly elevated LFTs 4/15/14 and repeat on several occassions has been negative

- At the tail end of his visit, he explained that he was reapplying for disability and he notified me that they would be requesting our records

- Unfortunately, given this extensive evaluation, medication/food intolerances, I feel that Mayo may be correct in saying, "He has adopted the stance that any medication that he takes causes an extreme reaction and that makes it difficult to think about ways that we might treat him  At the end of the day, if all tests are turning up normal, he may want to consider a second opinion from one of our psychiatrists "


Return to clinic if symptoms worsen or fail to improve

Patient seen and discussed with Dr  Gierer.

Michael Murillo, DO
Internal Medicine PGY-1
Pager 2413

I performed a history and physical examination of the patient and discussed the management with the resident  I reviewed the resident's note and agree with the documented findings and plan of care

Thank you for allowing us to participate in the care of this patient.  Please feel free to contact us if there are any questions or concerns about the patient.

Selina Gierer, DO
Assistant Professor
Division of Allergy, Immunology, and Rheumatology
Department of Medicine and Department of Pediatrics
University of Kansas Medical Center


Electronically signed by Anne Allen, LPN at 12/22/15 0843
Electronically signed by Selina Gierer, DO at 12/22/15 0845
Electronically signed by Selina Gierer, DO at 12/22/15 0853
Electronically signed by Selina Gierer, DO at 12/22/15 0935
Electronically signed by Selina Gierer, DO at 12/22/15 1004
Electronically signed by Michael Murillo, DO at 12/22/15 1117
Electronically signed by Michael Murillo, DO at 12/22/15 1740
Electronically signed by Selina Gierer, DO at 12/24/15 1217
Electronically signed by Selina Gierer, DO at 12/24/15 1355


Encounter Messages
  No messages in this encounter
Review of Systems
  No data filed

Printed by Lori Wertenberger 12/30/15 1215                                                    Page 16

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd.
Kansas City KS 66160
Clinic Entire Chart

PARKER,CRAIG B
MRN: 1217965
DOB ▮▮▮ 1961, Sex M
Acct # 8339326
Enc Date 12/22/15

**Encounter-Level Documents**
   There are no encounter-level documents

**Order-Level Documents**
   There are no order-level documents.

**Order-Level Documents:**
   There are no order-level documents

**All Medications and Administrations**
   *(There are no med orders for this encounter)*

**Instructions**
Labs today
Continue shots, would consider not coming off them if you think they are helpful.
Continue budesonide at some dose/interval life-long to prevent poly regrowth
Continue all current medications.
Avoid any known triggering chemicals, medications, and foods.

I think that you may have Aspirin Exacerbated Respiratory Disease (Samter's Triad) but I am not sure we can help due to history of ulcers and inability to take Singular and PPIs.

**Follow-up and Disposition**
   Return if symptoms worsen or fail to improve
   Routing History

**Encounter Status**
   Electronically Signed By Michael Murillo, DO on 12/22/15 at 5 41 PM

**Chart Cosign**

| Accepted By | Accepted On |
|---|---|
| Selina Gierer, DO | 12/24/2015  1 59 PM |

AR 860

# THE UNIVERSITY OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Clinic Entire Chart

PARKER,CRAIG B
MRN: 1217965
DOB ▇▇/1961, Sex: M
Acct # 8339326
Enc. Date 12/22/15

## Flowsheets (all recorded)

### Encounter Vitals - Tue December 22, 2015

|  | 0832 |
| --- | --- |
| Enc Vitals |  |
| BP | 113/66 mmHg -AA |
| Pulse | 71 -AA |
| Resp | 20 -AA |
| Temp | 36.7 °C (98.1 °F) -AA |
| Temp src | Oral -AA |
| Weight | 77.111 kg (170 lb) -AA |
| Height | 182.9 cm (72") -AA |
| Pain Score | -- |
|  | allergy -AA |
| Recorded by | [AA] Anne Allen, LPN 12/22/15 0836 |

### Patient Room Number - Tue December 22, 2015

|  | 0827 |
| --- | --- |
| OTHER |  |
| Room Number | 4014 -AA |
| Recorded by | [AA] Anne Allen, LPN 12/22/15 0827 |

### Healthcare Providers - Tue December 22, 2015

|  | 0842 |
| --- | --- |
| Healthcare Providers |  |
| Primary Care Physician | Dr Robert Scuchardt - AA |
| Recorded by | [AA] Anne Allen, LPN 12/22/15 0843 |

### User Key

(r) = User Recd, (t) = User Taken  (c) = User Cosigned

| Initials | Name | Effective Dates | Provider Type |
| --- | --- | --- | --- |
| AA | Anne Allen, LPN | 06/08/15 - | LPN |

**END OF ENCOUNTER**

## Order

TRYPTASE [1131386814]
Electronically signed by **Selina Gierer, DO on 12/22/15 0937**
Ordering user  Selina Gierer, DO 12/22/15 0937      Ordering provider  Selina Gierer, DO
Authorized by:  Selina Gierer, DO
Diagnoses:
  Drug allergy [Z88 9]

## RESULTS

Resulted  12/23/15 2216, Result status: Final result

TRYPTASE [1131386814]

Ordering provider    Selina Gierer, DO  12/22/15 1023       Resulting lab    REFERENCE LAB
Specimen Information

| Type | Source | Collected On |
| --- | --- | --- |
|  | Blood | 12/22/15 1023 |

Components

| | Value | Ref range | Flag | Comment | Lab |
| --- | --- | --- | --- | --- | --- |
| Tryptase | 5 5 |  |  |  | REFERENCE |

AR 861

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Orders/Results

PARKER,CRAIG B
MRN: 1217965
DOB: ▓▓▓▓1961, Sex M
Acct #: 504170665
Adm. 12/22/2015, D/C  12/22/2015

Flowsheets (all recorded) (continued)

Resulted: 12/23/15 2216, Result status: Final result

**TRYPTASE [1131386814] (continued)**

| | | LAB |
|---|---|---|
| Comment | Reference range: <11 5<br>Unit. ng/mL<br>MAYO MEDICAL LABS | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 88 - REFERENCE LAB | REFERENCE LAB | Unknown | See results for address. | 12/14/12 1058 - Present |

**Order-Level Documents:**
There are no order-level documents

**Order**

ANTI-NEUT CYTO AB (ANCA/PANCA) [1131386816]
Electronically signed by.  **Selina Gierer, DO on 12/22/15 0948**
Ordering user. Selina Gierer, DO 12/22/15 0948          Ordering provider  Selina Gierer, DO
Authorized by.  Selina Gierer, DO
Diagnoses
  Recurrent sinusitis [J32 9]

# RESULTS

Resulted: 12/23/15 1401, Result status  Final result

**ANTI-NEUT CYTO AB (ANCA/PANCA) [1131386816]**

| Ordering provider. | Selina Gierer, DO  12/22/15 1023 | Resulting lab | KU MAIN LAB |
|---|---|---|---|

Specimen Information

| Type | Source<br>Blood | Collected On<br>12/22/15 1023 |
|---|---|---|

Components

| | Value | Ref range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| C-ANCA | <20,NEGATIVE | TITER | | - | KU MAIN LAB |
| P-ANCA | <20,NEGATIVE | TITER | | - | KU MAIN LAB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 9 - KU MAIN LAB | KU MAIN LAB | Janet Woodroof, MD | 3901 Rainbow Boulevard<br>Kansas City KS 66160 | 02/07/13 1252 - Present |

**Order-Level Documents:**
There are no order-level documents

**Order**

AR 862

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Orders/Results

PARKER,CRAIG B
MRN 1217965
DOB ███/1961, Sex M
Acct #: 504170665
Adm 12/22/2015, D/C 12/22/2015

Flowsheets (all recorded) (continued)

**Order (continued)**

MPO/PR-3 [1131386818]
Electronically signed by **Selina Gierer, DO on 12/22/15 0948**
Ordering user: Selina Gierer, DO 12/22/15 0948          Ordering provider: Selina Gierer, DO
Authorized by: Selina Gierer, DO
Diagnoses
    Recurrent sinusitis [J32.9]

## RESULTS

Resulted 12/23/15 1147, Result status Final
result

MPO/PR-3 [1131386818]
Ordering provider: Selina Gierer, DO 12/22/15 1023          Resulting lab    REFERENCE LAB
Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
|      | Blood  | 12/22/15 1023 |

Components

| | Value | Ref range | Flag | Comment | Lab |
|---|---|---|---|---|---|
| Myeloperoxidase AB | -- | | | - | REFERENCE LAB |
| Result | <0.2 <br> Reference range: <0.4 (Negative) <br> Unit: U <br> MAYO MEDICAL LABS | | | | |
| Serine Protease3 AB | -- | | | - | REFERENCE LAB |
| Result | <0.2 <br> Reference range: <0.4 (Negative) <br> Unit: U <br> MAYO MEDICAL LABS | | | | |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 88 - REFERENCE LAB | REFERENCE LAB | Unknown | See results for address | 12/14/12 1058 - Present |

Order-Level Documents:
    There are no order-level documents.

## END OF REPORT

AR 863

Patient chart - Patient: Craig Parker DOB █/1961 PRN: PC8 ..          https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

**PATIENT**
**Craig Parker**
DOB     █/1961
AGE     54 yrs
SEX     Male
PRN     PC853767

**FACILITY**
**Healthy Life Family Medicine**
T   (316) 641-3078
F   (316) 847-8007
654 N. Woodchuck
Wichita, KS 67212

## Patient identifying details and demographics

| FIRST NAME | Craig | SEX | Male | ETHNICITY | - |
| MIDDLE NAME | - | DATE OF BIRTH | █1961 | PREF. LANGUAGE | - |
| LAST NAME | Parker | DATE OF DEATH | - | RACE | - |
| SSN | - | PRN | PC853767 | STATUS | Active patient |

### CONTACT INFORMATION

| ADDRESS LINE 1 | █ | CONTACT BY | - | SEND VOICE | Yes |
| ADDRESS LINE 2 | - | EMAIL | cp-ap@swbell.net | NOTIFICATIONS | |
| CITY | Olathe | HOME PHONE | - | SEND TEXT | Yes |
| STATE | KS | MOBILE PHONE | (913) 829-9311 | NOTIFICATIONS | |
| ZIP CODE | 66061 | OFFICE PHONE | (913) 645-5285 | SEND EMAIL | Yes |
| | | OFFICE EXTENSION | - | NOTIFICATIONS | |

### FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S | - |
| RELATION TO PATIENT | - | MAIDEN NAME | |
| PHONE | - | | |
| ADDRESS | - | | |

## Insurance

### PAYMENT INFORMATION

| PAYMENT PREFERENCE | Self Pay | DATE OF BIRTH | - |
| GUARANTOR'S | | SEX | - |
| RELATIONSHIP TO PATIENT | | SOCIAL SECURITY NUMBER | - |
| GUARANTOR NAME | - | PRIMARY PHONE NUMBER | - |
| GUARANTOR ADDRESS | - | SECONDARY PHONE NUMBER | - |

[ * ]

3162609019    Performance Health    01 05 28 p m    12-08-2015    7 /19

Patient chart - Patient: Craig Parker DOB: ███/1961 PRN: PC8...    https://static.practicefusion com/apps/ehr/#/PF/charts/patients/50...

## Chronic Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| (294.9) Impaired cognition | 10/29/2015 | |
| ochra toxin infection | 10/29/2015 | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

## Acute Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| No active diagnoses | | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No environmental allergies recorded | | |

[ × ]

Patient chart - Patient. Craig Parker DOB: ▉/1961 PRN: PC8...        https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Cholecalciferol (Vitamin D3) 10000 UNIT Oral Capsule | | 08/31/15 - | - |
| Cod Liver Oil (Natural Cod Liver Oil) Oral Capsule | | 08/31/15 - | - |
| Colesevelam HCl (Welchol) 625 MG Oral Tablet | | 08/31/15 - | - |
| homocysteine lowering vitamins for homocystine of 10 | | 08/31/15 - | - |
| Menaquinone-7 (Vitamin K2) 100 MCG Oral Capsule | | 08/31/15 - | - |
| Probiotic Oral Capsule | | 08/31/15 - | - |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No historical medications recorded | | | |

## Immunizations

| DATE | VACCINE | SOURCE | LOT NUMBER | EXPIRES | COMMENT |
|---|---|---|---|---|---|
| No immunizations recorded for this patient. | | | | | |

## Smoking History

| STATUS | EFFECTIVE DATE |
|---|---|
| Never smoker | 10/29/2015 |

## Past medical history

### MAJOR EVENTS

Gallbladder surgery in 2012 Laminectomy scondary to stenosis, 2009

### ONGOING MEDICAL PROBLEMS

active ochratoxin infection

### FAMILY HEALTH HISTORY

Mother with history of arthritis, polymyalgia. Father with DMII. siblings are healthy. Children with food allergies.

[ × ]

Patient chart - Patient: Craig Parker DOB: ████ /1961 PRN: PC8...          https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

## Family health history

| DIAGNOSIS | ONSET DATE |
|---|---|
| No Family health history recorded | |

## Advanced Directive

| DIRECTIVE | RECORDED |
|---|---|
| No advanced directives recorded for this patient. | |

[ × ]

3162609019    Performance Health                    01.06:30 p m    12-08-2015    11 /19

Patient chart - Patient: Craig Parker DOB ███ 1961 PRN: PC8...    https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

**PATIENT**
**Craig Parker**
DOB    ███/1961
AGE    54 yrs
SEX    Male
PRN    PC853767

**FACILITY**
**Healthy Life Family Medicine**
T  (316) 641-3078
F  (316) 847-8007
654 N. Woodchuck
Wichita, KS 67212

## Patient identifying details and demographics

| FIRST NAME | Craig | SEX | Male | ETHNICITY | - |
| MIDDLE NAME | - | DATE OF BIRTH | ███/1961 | PREF. LANGUAGE | - |
| LAST NAME | Parker | DATE OF DEATH | - | RACE | - |
| SSN | - | PRN | PC853767 | STATUS | Active patient |

### CONTACT INFORMATION

| ADDRESS LINE 1 | ███████ | CONTACT BY | - | SEND VOICE NOTIFICATIONS | Yes |
| ADDRESS LINE 2 | - | EMAIL | cp-ap@swbell.net | | |
| CITY | Olathe | HOME PHONE | - | SEND TEXT NOTIFICATIONS | Yes |
| STATE | KS | MOBILE PHONE | (913) 829-9311 | | |
| ZIP CODE | 66061 | OFFICE PHONE | (913) 645-5285 | SEND EMAIL NOTIFICATIONS | Yes |
| | | OFFICE EXTENSION | | | |

### FAMILY INFORMATION

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

## Insurance

### PAYMENT INFORMATION

| PAYMENT PREFERENCE | Self Pay | DATE OF BIRTH | - |
| GUARANTOR'S RELATIONSHIP TO PATIENT | | SEX | - |
| | | SOCIAL SECURITY NUMBER | - |
| GUARANTOR NAME | - | PRIMARY PHONE NUMBER | - |
| GUARANTOR ADDRESS | - | SECONDARY PHONE NUMBER | - |

[ × ]

AR 868

Patient chart - Patient: Craig Parker DOB: ███/1961 PRN: PC8...     https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

## Chronic Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| (294.9) Impaired cognition | 10/29/2015 | |
| ochra toxin infection | 10/29/2015 | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

## Acute Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| No active diagnoses | | |

| HISTORICAL DIAGNOSES | START | STOP |
|---|---|---|
| No historical diagnoses | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No environmental allergies recorded | | |

Patient chart - Patient: Craig Parker DOB: ███ 1961 PRN: PC8...          https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50..

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Cholecalciferol (Vitamin D3) 10000 UNIT Oral Capsule | | 08/31/15 - | - |
| Cod Liver Oil (Natural Cod Liver Oil) Oral Capsule | | 08/31/15 - | - |
| Colesevelam HCl (Welchol) 625 MG Oral Tablet | | 08/31/15 - | - |
| homocysteine lowering vitamins for homocystine of 10 | | 08/31/15 - | - |
| Menaquinone-7 (Vitamin K2) 100 MCG Oral Capsule | | 08/31/15 - | - |
| Probiotic Oral Capsule | | 08/31/15 - | - |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No historical medications recorded | | | |

## Immunizations

| DATE | VACCINE | SOURCE | LOT NUMBER | EXPIRES | COMMENT |
|---|---|---|---|---|---|
| No immunizations recorded for this patient. | | | | | |

## Smoking History

| STATUS | EFFECTIVE DATE |
|---|---|
| Never smoker | 10/29/2015 |

## Past medical history

**MAJOR EVENTS**

Gallbladder surgery in 2012 Laminectomy scondary to stenosis, 2009

**ONGOING MEDICAL PROBLEMS**

active ochratoxin infection

**FAMILY HEALTH HISTORY**

Mother with history of arthritis, polymyalgia. Father with DMII. siblings are healthy. Children with food allergies.

[ × ]

3162609019          Performance Health                                01:07.11 p m    12—08—2015      14 /19

Patient chart - Patient: Craig Parker DOB: ███ /1961 PRN: PC8...          https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

## Family health history

| DIAGNOSIS | ONSET DATE |
|---|---|
| No Family health history recorded | |

## Advanced Directive

| DIRECTIVE | RECORDED |
|---|---|
| No advanced directives recorded for this patient. | |

Encounter - Office Visit Date of service: 08/31/15 Patient: Craig ...          https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

**PATIENT**
Craig Parker
DOB     ████/1961
AGE     54 yrs
SEX     Male
PRN     PC853767

**FACILITY**
Healthy Life Family Medicine
T   (316) 641-3078
F   (316) 847-8007
654 N. Woodchuck
Wichita, KS 67212

**ENCOUNTER**
NOTE TYPE SOAP Note
SEEN BY   James Seberger MD
DATE      08/31/2015
Electronically signed by James
Seberger MD at 08/31/2015 03:13 pm

### Chief complaint
No chief complaint recorded

---

### Patient identifying details and demographics

| FIRST NAME | Craig | SEX | Male | ETHNICITY | - |
| MIDDLE NAME | - | DATE OF BIRTH | ████1961 | PREF. LANGUAGE | - |
| LAST NAME | Parker | DATE OF DEATH | - | RACE | - |
| SSN | - | PRN | PC853767 | STATUS | Active patient |

**CONTACT INFORMATION**

| ADDRESS LINE 1 | ████████ | CONTACT BY | - | SEND VOICE NOTIFICATIONS | Yes |
| ADDRESS LINE 2 | - | EMAIL | cp-ap@swbell.net | | |
| CITY | Olathe | HOME PHONE | - | SEND TEXT NOTIFICATIONS | Yes |
| STATE | KS | MOBILE PHONE | (913) 829-9311 | | |
| ZIP CODE | 66061 | OFFICE PHONE | (913) 645-5285 | SEND EMAIL NOTIFICATIONS | Yes |
| | | OFFICE EXTENSION | | | |

**FAMILY INFORMATION**

| NEXT OF KIN | - | PATIENT'S MOTHER'S MAIDEN NAME | - |
| RELATION TO PATIENT | - | | |
| PHONE | - | | |
| ADDRESS | - | | |

---

### Insurance

**PAYMENT INFORMATION**

| PAYMENT PREFERENCE | Self Pay | DATE OF BIRTH | - |
| GUARANTOR'S RELATIONSHIP TO PATIENT | - | SEX | - |
| GUARANTOR NAME | - | SOCIAL SECURITY NUMBER | - |
| GUARANTOR ADDRESS | - | PRIMARY PHONE NUMBER | - |
| | | SECONDARY PHONE NUMBER | - |

---

### Vitals for this encounter
No vitals recorded

[ × ]

Encounter - Office Visit Date of service: 08/31/15 Patient: Craig ...     https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

## Chronic Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| (294.9) Impaired cognition | 10/29/2015 | |
| ochra toxin infection | 10/29/2015 | |
| HISTORICAL DIAGNOSES | START | STOP |
| No historical diagnoses | | |

## Acute Diagnoses

| ACTIVE DIAGNOSES | START | STOP |
|---|---|---|
| No active diagnoses | | |
| HISTORICAL DIAGNOSES | START | STOP |
| No historical diagnoses | | |

## Drug Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No drug allergies recorded | | |

## Food Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No food allergies recorded | | |

## Environmental Allergies

| ACTIVE ALLERGIES | SEVERITY/REACTIONS | ONSET |
|---|---|---|
| No environmental allergies recorded | | |

[ * ]

Encounter - Office Visit Date of service: 08/31/15 Patient: Craig ...          https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

## Active Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| Cholecalciferol (Vitamin D3) 10000 UNIT Oral Capsule | | 08/31/15 - | - |
| Cod Liver Oil (Natural Cod Liver Oil) Oral Capsule | | 08/31/15 - | - |
| Colesevelam HCl (Welchol) 625 MG Oral Tablet | | 08/31/15 - | - |
| homocysteine lowering vitamins for homocystine of 10 | | 08/31/15 - | - |
| Menaquinone-7 (Vitamin K2) 100 MCG Oral Capsule | | 08/31/15 - | - |
| Probiotic Oral Capsule | | 08/31/15 - | - |

## Historical Medications

| MEDICATION | SIG | START/STOP | ASSOCIATED DX |
|---|---|---|---|
| No historical medications recorded | | | |

## Immunizations

| DATE | VACCINE | SOURCE | LOT NUMBER | EXPIRES | COMMENT |
|---|---|---|---|---|---|
| No immunizations recorded for this patient. | | | | | |

## Family health history

| DIAGNOSIS | ONSET DATE |
|---|---|
| No Family health history recorded | |

## Advanced Directive

| DIRECTIVE | RECORDED |
|---|---|
| No advanced directives recorded for this patient. | |

## Subjective

Craig was going a long pretty well.  He is an electrical engineer by trade.  The first thing he noticed was a ,  a tick bite in 1992, and he developed flu like syptoms and took a month of doxycycline and everything was fine.  In 2009 he had back surgery from spinal stenosis, and then noticed some odd things.  He woke up with restless clinic, and then lost control of the flexer muscle in the left leg.  Then a couple of years later he noticed increased migraines and dizziness in response to

[ * ]

Encounter - Office Visit Date of service: 08/31/15 Patient: Craig . .    https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

a lot of foods.  He felt that he was going to pass out.  The first thing he did was get off ppi's for which he was on for years for chronic gastritis.  he found that by stopping these his symptoms improved.
Then he started noticing a recurrence of the symptoms and found that even more and more things progressed.  Now he cannot tolerate any medicines, antibiotics are causing asthma and airway constriction, and foods are doing the same, but less extreme, and he is having a strong allergic response to foods.  He is on a very limited diet.
Along with these symptoms over the last couple of years he has had a lot of muscle spasms, and esophageal spasms.
He gets flu like symptoms all of the time.  He has a lot of eye pain, with pain behind the eyes. It hurts to turn his eyes from side, and last summer he had fourth nerve palsy cause diplopia.
He has had a brain MRI and a detailed work up for tick borne illness.  He is not sure.  His IGENEX western blot was equivocal.
He has been on welchol and this helped initially.

He had a spect scan that showed inflammation in the temporal lobes. His ANA titers have been trending upward.
He is doing a transdermal glutathione, and a far infrared sauna, and he is doing this every other day.
He has a PON1 double snp which is very rare.  This is an ability to detox insecticide and herbicides.

He works for Garmin over the last 2-3 years, he can tell when there is mold in the vents.  He toured the old Mayo mansion and it had a very large mold problem.  At Garmin the buildings were new and he didn't notice the mold smell.  For his work he did electrical engineer team leader.  "It was the best job in the world that he had to walk away from"
He had a pile of magazines that had mold, in his den where he worked a lot, and he started noticing these symptoms of sinus congestion and dizziness.

When he takes prednisone all of the symptoms got worse.

He has always lived in houses next to wooded areas and he had walking trails out to the woods, and he keeps the overrowth down with roundup.  It was the concentrated one.  He started spraying in the mid 90's until 2012, about 15 years.  He didn't inhale a lot of it and he didn't wear gloves.   His testosterone has gone down over the mid 90's and has been

He takes metagenics ultraclear.  He has been taking for about a year.  After he started taking this his liver eznymes .normalized.  He had fatty liver.in 2012. He used to drink a liter of Dr. Pepper a day.  He had fatty liver then, but recent ultrasound shows this is not present.

## Objective

He has a positive RealTime ochratoxin test at 3.49 of 1.8.
He did the HLA DR test and was positive for this.

## Assessment

Chronic mold infection, with ochratoxin poisoning.

## Plan

Identify the functional food necessary for detoxification of PON1.

Continue with the far infrared sauna
Continue with the glutathione.

continue with the sulphur 30C
Continue with Zinc-carnitine
OReturn to welchol, 625mg a day.
Take vitamin D3, 10,000iu twice a day
Vitamin K2, 100 micrograms a day to balance the D3.

[ * ]

3162609019          Performance Health                          01 08.24 p.m   12-08-2015       19 /19

Encounter - Office Visit Date of service: 08/31/15 Patient: Craig ...          https://static.practicefusion.com/apps/ehr/#/PF/charts/patients/50...

consider carlson's cod liver oil, 1 tablespoon.

Consider amphotericin B, EDTA, and budenside nasal nebulizer x 1 month.

Continue with the probiotic.

consult allergist for mold shots.

For the high homocysteine, take magnesium 300mg a day, zinc, 20mg a day, copper 2 mg a day, B12 1000 micrograms a day, B6 100mg a day, and folate 800 micrograms a day, and trimethylglycine, 3.0 grams a day

Continue the eggs.
R

## Screenings/interventions/assessments

No screenings/interventions/assessments recorded.

[×]

AR 876

**HEAD & NECK SURGERY OF KANSAS CITY, P.A.**

Ear, Nose and Throat Care for Children and Adults

5370 College Boulevard, Overland Park, KS 66211  ~  Phone: (913) 599-4800  Fax: (913) 599-2992

**Robert F. Thompson, M.D., F.A.C.S.    Mark S. Walton, M.D., F.A.C.S.**
**Steven F. Ellis, M.D., F.A.C.S        Mitchell J. Challis, M.D.**

07/28/2015

RE: Craig B Parker      DOB ██ /1961

To:
Cynthia L Romito MD

Robert L Schuchardt MD
Robert L Schuchardt MD

Thank you very much for allowing me to participate in the care of your patient, Craig B Parker. He was seen at Head & Neck Surgery of Kansas City on 07/28/2015.

Please see my attached progress note and recommendations.

---

Craig B Parker                                    Patient #: 625460                        DOB. ██ 1961 (54 years)
Sunday, September 13, 2015                                                                              Page 1 / 3

# HISTORY AND PHYSICAL REPORT

Patient Name: Craig B Parker          DOB: ███/1961          Visit Date: 07/28/2015

## History of Present Illness

The patient is a 54 year old male who presents with sinusitis. Symptoms include nasal congestion. The patient describes this as moderate in severity and unchanged. Patient is not having any allergic symptoms.

Additional reasons for visit:

Smell/taste disturbance is described as the following:
Symptoms include hyposmia. The patient describes this as moderate in severity and unchanged. Patient cannot smell in the morning, but recovers as the day progresses.

Nasal polyps is described as the following:
The symptoms occur constantly. The patient describes this as moderate in severity and unchanged. Polyps are reemerging. He does not tolerate irrigation well, so uses saline wash.

Rhinitis is described as the following:
The symptoms occur occasionally. This is described as moderate in severity and unchanged. Patient is taking Zolair for asthma, which relieve his symptoms.

## Review of Systems

**General:** Not Present- Appetite Loss, Chills, Excessive Perspiration, Fatigue, Feeling Sick, Fever, Night Sweats, Persistent Infections, Seasonal Allergies, Weight Gain and Weight Loss.
**Skin:** Not Present- Dryness, Itching, Nail Changes, Poor Wound Healing, Rash, Skin Color Changes and Ulcer.
**HEENT:** Present- Eye Pain, Ringing in the Ears and Nasal Congestion. Not Present- Blurred Vision, Double Vision, Decreased Hearing, Ear Discharge, Earache, Nose Bleed, Hoarseness, Sore Throat, Halos Around Lights, Eye Discharge, Vision Loss 1 Eye, Eye Irritation, Vision Loss Both and Light Sensitivity.
**Respiratory:** Not Present- Bloody sputum, Cough, Snoring, Sputum Production, Wheezing and Wakes up from Sleep Wheezing or Short of Breath.
**Cardiovascular:** Not Present- Chest Pain, Difficulty Breathing Lying Down, Difficulty Breathing On Exertion, Leg Cramps, Palpitations, Swelling of Extremities and Bluish Discoloration of Lips Nails.
**Gastrointestinal:** Present- Abdominal Pain, Indigestion and Nausea. Not Present- Black, Tarry Stool, Bloody Stool, Change in Bowel Habits, Constipation, Diarrhea, Difficulty Swallowing, Gas, Jaundice, Vomiting, Vomiting Blood and Excessive Appetite.
**Male Genitourinary:** Not Present- Blood in Urine, Frequency, Incontinence, Painful Urination, Urgency, Urinating at Night, Trouble Starting Urinary Stream, Pelvic Pain, Inability To Empty Bladder and Genital Sores.
**Musculoskeletal:** Present- Joint Pain, Muscle Cramps and Muscle Pain. Not Present- Back Pain, Joint Stiffness, Joint Swelling and Muscle Weakness.
**Neurological:** Present- Headaches. Not Present- Decreased Memory, Fainting, Incoordination, Numbness, Spinning Sensation, Tingling, Tremor, Weakness In Extremities, Falling Down and Poor Balance.
**Psychiatric:** Not Present- Anxiety, Depression and Inability to Concentrate.
**Endocrine:** Not Present- Cold Intolerance, Excessive Thirst, Excessive Urination, Heat Intolerance and Excessive Hunger.
**Hematology:** Not Present- Abnormal Bleeding, Easy Bruising, Enlarged Lymph Nodes, HIV Exposure and Skin Discoloration.

AR 878

**History**

**Allergy**
No Known Drug Allergies (08/15/2014)

**Past Medical**
NASAL POLYPS
CHRONIC SINUSITIS
MOUTH LESION
FATIGUE
MEDICATION ONLY
SMELL AND TASTE DISORDER
ALLERGIC RHINITIS, SEASONAL
CHRONIC LEFT MAXILLARY SINUSITIS
EXCESSIVE CERUMEN IN EAR CANAL, BILATERAL

**Other Medical History**
Severe allergy
Migraine Headache

**Past Surgical**
Straighten Nasal Septum
Low Back Disc Surgery
Gallbladder Surgery laporoscopic
Colon Polyp Removal - Colonoscopy
Sinus Surgery (08/21/2014)
Endoscopic Sinus Surgery (06/04/2015)

**Social**
HIV risk factors no
Tobacco / smoke exposure No
Alcohol use Never drinks.
Illicit drug use none
Seat Belt Use always
Exercise Does other exercise occasionally.
Sun Exposure occasionally
Tobacco use Never smoker: smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.

**Family**
Cancer
Diabetes Mellitus
Colon Cancer

**Assessment & Plan**
**NASAL POLYPS (471.9)**

- Started Budesonide 0.25MG/2ML, 1 (one) Repule two times daily, 60 Each, 30 days starting 09/08/2015, Ref. x12.

Steven F Ellis MD

Dictation Notice: ***Part of this note is generated using Dragon Voice Recognition Software. Please excuse if any uncorrected grammatical or typographical error is found. Thank you.***

# HEAD & NECK SURGERY OF KANSAS CITY, P.A.

Ear, Nose and Throat Care for Children and Adults

5370 College Boulevard, Overland Park, KS 66211  ~  Phone: (913) 599-4800  Fax: (913) 599-2992

**Robert F. Thompson, M.D., F.A.C.S.     Mark S. Walton, M.D., F.A.C.S.**
**Steven F. Ellis, M.D., F.A.C.S          Mitchell J. Challis, M.D.**

07/07/2015

RE: Craig B Parker     DOB █████/1961

To:
Cynthia L Romito MD

Robert L Schuchardt MD
Robert L Schuchardt MD

Thank you very much for allowing me to participate in the care of your patient, Craig B Parker. He was seen at Head & Neck Surgery of Kansas City on 07/07/2015.

Please see my attached progress note and recommendations.

Craig B Parker
Wednesday, July 8, 2015

Patient #: 625460

DOB █████1961 (54 years)
Page 1 / 4

AR 880

**HISTORY AND PHYSICAL REPORT**

Patient Name: Craig B Parker          DOB: ███/1961          Visit Date: 07/07/2015

**History of Present Illness**

    The patient is a 54 year old male presenting for a post-operative visit. The patient is status post endoscopic sinus surgery. The date of surgery was 6/4/2015. Patient's symptoms are improved compared to preoperative.

Additional reason for visit:

Laryngopharyngeal Reflux is described as the following:
The onset of the laryngopharyngeal reflux has been gradual. The laryngopharyngeal reflux has been occurring for days. The laryngopharyngeal reflux is described as being located in the esophagus. Patient will switch to Zantac from PPI.

**Review of Systems**
**General:** Present- Feeling Sick. Not Present- Appetite Loss, Chills, Excessive Perspiration, Fatigue, Fever, Night Sweats, Persistent Infections, Seasonal Allergies, Weight Gain and Weight Loss.
**Skin:** Not Present- Dryness, Itching, Nail Changes, Poor Wound Healing, Rash, Skin Color Changes and Ulcer.
**HEENT:** Present- Eye Pain and Ringing in the Ears. Not Present- Blurred Vision, Double Vision, Decreased Hearing, Ear Discharge, Earache, Nose Bleed, Nasal Congestion, Hoarseness, Sore Throat, Halos Around Lights, Eye Discharge, Vision Loss 1 Eye, Eye Irritation, Vision Loss Both and Light Sensitivity.
**Respiratory:** Not Present- Bloody sputum, Cough, Snoring, Sputum Production, Wheezing and Wakes up from Sleep Wheezing or Short of Breath.
**Cardiovascular:** Not Present- Chest Pain, Difficulty Breathing Lying Down, Difficulty Breathing On Exertion, Leg Cramps, Palpitations, Swelling of Extremities and Bluish Discoloration of Lips Nails.
**Gastrointestinal:** Present- Abdominal Pain and Nausea. Not Present- Black, Tarry Stool, Bloody Stool, Change in Bowel Habits, Constipation, Diarrhea, Difficulty Swallowing, Gas, Indigestion, Jaundice, Vomiting, Vomiting Blood and Excessive Appetite.
**Male Genitourinary:** Not Present- Blood in Urine, Frequency, Incontinence, Painful Urination, Urgency, Urinating at Night, Trouble Starting Urinary Stream, Pelvic Pain, Inability To Empty Bladder and Genital Sores.
**Musculoskeletal:** Present- Joint Pain, Muscle Cramps, Muscle Pain and Muscle Weakness. Not Present- Back Pain, Joint Stiffness and Joint Swelling.
**Neurological:** Present- Headaches. Not Present- Decreased Memory, Fainting, Incoordination, Numbness, Spinning Sensation, Tingling, Tremor, Weakness In Extremities, Falling Down and Poor Balance.
**Psychiatric:** Not Present- Anxiety, Depression and Inability to Concentrate.
**Endocrine:** Not Present- Cold Intolerance, Excessive Thirst, Excessive Urination, Heat Intolerance and Excessive Hunger.
**Hematology:** Not Present- Abnormal Bleeding, Easy Bruising, Enlarged Lymph Nodes, HIV Exposure and Skin Discoloration.

**History**
  **Allergy**
    No Known Drug Allergies (08/15/2014)
  **Past Medical**
    MEDICATION ONLY
    CHRONIC LEFT MAXILLARY SINUSITIS
    CHRONIC SINUSITIS
    EXCESSIVE CERUMEN IN EAR CANAL, BILATERAL
    SMELL AND TASTE DISORDER
    ALLERGIC RHINITIS, SEASONAL
    MOUTH LESION
    FATIGUE
    NASAL POLYPS
  **Other Medical History**
    Migraine Headache
    Severe allergy
  **Past Surgical**
    Gallbladder Surgery laporoscopic
    Colon Polyp Removal - Colonoscopy
    Low Back Disc Surgery
    Straighten Nasal Septum
    Sinus Surgery (08/21/2014)
    Endoscopic Sinus Surgery (06/04/2015)

  **Social**
    Illicit drug use none
    Seat Belt Use always
    Tobacco / smoke exposure No
    Alcohol use Never drinks.
    Tobacco use Never smoker: smokes 0 cigar(s) per week, uses 0 can(s) of smokeless tobacco per week.
    Exercise Does other exercise occasionally.
    Sun Exposure occasionally
    HIV risk factors no
  **Family**
    Cancer
    Colon Cancer
    Diabetes Mellitus

AR 881

**Physical Exam**
The physical exam findings are as follows:

## General
**Mental Status** - Alert. **General Appearance** - Not in acute distress.

## Head and Neck
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Face**
**Global Assessment** - Normal.
**Neck**
**Global Assessment** - no palpable mass on the right and no palpable mass on the left. No adenopathy or thyromegaly.
**Thyroid**
**Gland Characteristics** - normal size and consistency and no palpable nodules.

## Eye
**Eyeball - Left** - Extraocular muscles intact. **Bilateral** - Extraocular muscles intact. **Sclera/Conjunctiva - Left** - Normal. **Right** - Normal. **Pupil - Left** - Direct reaction to light normal, Equal and Round. **Right** - Direct reaction to light normal, Equal and Round.

## ENMT
**Ears**
**Pinna - Left** - no generalized tenderness observed. **Right** - no generalized tenderness observed. **External Auditory Canal - Left** - no bloody discharge noted, no cerumen impaction noted, no edema noted in EAC and no tenderness noted. **Right** - no bloody discharge noted, no cerumen impaction noted, no edema noted in EAC and no tenderness noted.
**Otoscopic Exam: Tympanic Membrane - Left** - Normal. **Right** - Normal.
**Nose and Sinuses**
External Inspection of the Nose - symmetric. Inspection of the nares - **Left** - Normal  **Right** - Normal. **Nasal Mucosa - Left** - no congestion observed. **Right** - no congestion observed.
**Nasal Septum: Bony Septum** - no perforation noted. **Cartilaginous Septum** - midline.
**Turbinates: Inferior - Left** - post-operative eschar. no hypertrophy and no inflammation noted. **Right** - post-operative eschar. no hypertrophy and no inflammation noted.
**Frontal Sinuses - Left** - no tenderness observed. **Right** - no tenderness observed. **Maxillary Sinuses - Left** - no overlying swelling palpable. **Right** - no overlying swelling palpable. **Bilateral** - Note: Patent antrotomies. **Ethmoid Sinuses - Bilateral** - Note: debris and granulation in the ethmoid cavity.
**Mouth and Throat**
**Lips: Upper Lip** - normal color, moist, no cracks or lesions. **Lower Lip** - normal color, moist, no cracks or lesions.
**Nasopharynx** - no swelling of pharyngeal mucosa.
**Oral Cavity/Oropharynx: Teeth** - no loose teeth. **Gingiva** - no bleeding observed. **Soft Palate** - no ulcers noted. **Tongue** - normal. no pallor noted and no white patches present. **Oral Mucosa** - no discoloration noted. **Oropharynx** - no uvular edema is observed and no edema of posterior pharyngeal walls observed.
**Tonsils: Characteristics - Left** - no hypertrophy. **Right** - no hypertrophy.
**Floor of Mouth** - not ulcerated.
**Salivary Glands: Submandibular Glands - Left** - no palpable swelling. **Right** - no palpable swelling. **Parotid Glands - Left** - normal  **Right** - normal.

## Neurologic
**Cranial Nerves:**
**VII Facial: - Left** - Normal Bilaterally.
**VIII Acoustic - Left** - Hearing normal. **Right** - Hearing normal. **IX Glossopharyngeal / X Vagus** - No impairment of swallowing.
**XII Hypoglossal - Left** - Normal. **Right** - Normal.

AR 882

**Assessment & Plan**
**CHRONIC SINUSITIS (473.9)**
**Today's Impression:** Significantly improved. Continue irrigation, start Cortef.

- P.O. NASAL DEBRIDEMENT (31237) Routine
  left Nasal endoscopy is performed in the office under 1% Neo-Synephrine and 4% topical lidocaine anesthesia. The nasal cavities are examined with a 30° nasal endoscope bilaterally. The debris that is present within affected sinuses is removed endoscopically utilizing suction. Any crusts presents on turbinates are also removed. The patient tolerates the procedure well with no significant
  Comments    complication.

Steven F Ellis MD

Dictation Notice:  *Part of this note is generated using Dragon Voice Recognition Software.  Please excuse if any uncorrected grammatical or typographical error is found.  Thank you.*

From: 13364365011    Page: 1/1    Date: 7/20/2015 12 21.16 PM

TO:DR ELLIS    ATTN:Overland Park Surgery Center

# LabCorp
Laboratory Corporation of America

LabCorp Dallas
7777 Forest Lane Suite C350
Dallas, TX 75230-2544
Phone: 972-598-6000

| Specimen Number | Patient ID | | Consult Number | Account Number | Account Phone Number | Route |
|---|---|---|---|---|---|---|
| 155-849-5150-0 | 37510 | | 00137176 | 15112845 | 913-894-7260 | 40 |

| Patient Last Name | | | Account Address |
|---|---|---|---|
| PARKER | | | Overland Park Surgery Center |

| Patient First Name | Patient Middle Name | | |
|---|---|---|---|
| CRAIG | B | | 10601 Quivira Road, Suite 100 |

| Patient SS# | Patient Phone | Total Volume | Overland Park KS  66215 |
|---|---|---|---|
| | 913-440-1423 | | |

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 54/00/24 | /61 | M | |

| Patient Address | Additional Information |
|---|---|
| OLATHE  KS  66061 | SRC: ETHMOID |
| | UPIN: G24944 |

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 06/04/15 00:00 | 06/04/15 | 07/17/15 14:14ET | ELLIS   , S | 1942354246 | S ELLIS |

Tests Ordered
Anaerobic and Aerobic Culture; Fungus (Mycology) Culture; AFB Culture and Smear,Broth

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Anaerobic and Aerobic Culture** | | | | | |
| Anaerobic Culture | Final Report | | | | 01 |
| Result 1 | | | | | |
|   No anaerobic growth in 72 hours. | | | | | 01 |
| Aerobic Culture | Final Report | | | | 01 |
| Result 1 | | | | | |
|   Routine respiratory flora | | | | | 01 |
| | | | | | |
| **Fungus (Mycology) Culture** | | | | | |
| Fungus (Mycology) Culture | Final Report | | | | 01 |
| Result 1 | | | | | 01 |
|   No yeast or mold isolated after 4 weeks. | | | | | |
| | | | | | |
| **AFB Culture and Smear,Broth** | | | | | |
| AFB Culture and Smear,Broth | Final Report | | | | 01 |
|   ***LabCorp is in the process of discontinuing test*** | | | | | |
|   182402 AFB Culture and Smear, Broth and expects to | | | | | |
|   finish this process in the second quarter of 2015. | | | | | |
|   *LabCorp offers order code 183753 Acid Fast Smear+Culture.* | | | | | |
| Result 1 | | | | | |
|   Fluorescent smear report: | | | | | 01 |
|   No acid fast bacilli observed on smear. | | | | | |
|   Culture report: | | | | | |
|   No acid fast bacilli isolated after six weeks. | | | | | |

| 01 | DA | LabCorp Dallas | Dir: CN Etufugh, MD |
|---|---|---|---|
| | | 7777 Forest Lane Suite C350, Dallas, TX 75230-2544 | |
| For inquiries, the physician may contact Branch: 800-457-1177 Lab: 972-598-6000 | | | |

| PARKER, CRAIG B | 37510 | 155-849-5150-0 | Seq # 0043 |
|---|---|---|---|

07/20/15 13:19 ET    **DUPLICATE FINAL REPORT**    Page 1 of 1

This document contains private and confidential health information protected by state and federal law.    ©2004-15 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 800-457-1177    All Rights Reserved
DOC1 Ver: 1.49

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

AR 884

02/11/2016  12:50

**Naturae's Path, LLC**
5251 W. 116th Place
Suite 200
Leawood, Ks 66211

Craig Parker
Patient ID: 46552370    DOB: ████/1961    Sex: M    Account No.: 36723273
Encounter ID: 126496941    Encounter Date: 05/07/2015
Encounter Type: Office Visit

SUBJECTIVE:

| | |
|---|---|
| **Chief Complaint:** | CF/FM |
| | chronic sinusitis |
| | fatigue/malaise |
| | brain fog |
| | notes from WD OA need to be p/o and added to this |
| **History Of Present Illness:** | f/u appt reveals (60 out of 120 for may 2015), with the flowering of the trees - things are worse and another sinus infection, the SCD probiotic - took a full tsp and a HUGE rxn - took 2 days to taper off, can't tolerate mucus; back on the NAC - td version, has not talked to susan anschutz yet about hyperbaric, oral antibiotic was Rx - ceftin, hepatic profile all WNL, still trying to desensitize w/ Megan Brownly, still seeing Dr Jude LeClaire as well, |
| **Onset Date:** | 12/09/2014 |

OBJECTIVE:

**Physical Examination:** Constitutional. Pt is A+O to ppt; color is better but looks fatigued,

ASSESSMENT:

| | |
|---|---|
| **Diagnosis:** | ICD-9 Codes |
| | 1)78071, CHRONIC FATIGUE SYNDROME |
| | 2)2599; UNSPEC ENDOCRINE DISORDER |
| | 3)2699, UNSPEC NUTRITIONAL DEFICIENCY |
| | 4)9953; ALLERGY, UNSPEC, OTH |
| | 5)4739, UNSPEC SINUSITIS (CHRONIC) |

PLAN:

| | |
|---|---|
| **Procedures Notes:** | to do. |
| | cytokine testing - neuroscience? |
| | igf-1 - neuro?  Spectracell? |
| | male hormone profile thru - spectracell |
| | local md repeat  ige (total) |
| **Patient Instructions:** | at some point - let's start hydrastis and borrelial burgdafori homeopathic |
| | consider hyperbaric - susan anschutz, dc |
| | |
| | give christy marsh a call - 858-204-5107 - consider a medical intuit session |
| | check out the book - anatomy of the spirit (maybe soul) by caroline myss |
| | *** avoid all ige |
| | research high end commercial grade hepa/ozone machines |
| | keep me posted on ige blocker - zolair (?) |
| | see pulmonologist or dr fitzy about the zolair(?)/ige blocker |

_____  Date  _____

[Provider]  Michael Brown, ND

**Naturae's Path, LLC**
5251 W. 116th Place
Suite 200
Leawood, Ks 66211

**Craig Parker**
**Patient ID:** 46552370    **DOB:** ▮▮/1961    **Sex:** M    **Account No.:** 36723273
**Encounter ID:** 126921237    **Encounter Date:** 05/21/2015
**Encounter Type:** Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| **Chief Complaint:** | CF/FM<br>chronic sinusitis<br>fatigue/malaise<br>brain fog<br>notes from WD OA need to be p/o and added to this |
| **History Of Present Illness:** | f/u appt reveals 220 -  , sinus infxn still raging but starting to improve, reviewed new SNP testing - HMNT snp for breaking down histamine - has histamine overload signs and symptoms |
| **Onset Date:** | 12/09/2014 |

**OBJECTIVE:**

**Physical Examination:** Constitutional. Pt is A+O to ppt; color is better but looks fatigued,

**ASSESSMENT:**

| | |
|---|---|
| **Diagnosis:** | ICD-9 Codes<br>1)78071, CHRONIC FATIGUE SYNDROME<br>2)2599, UNSPEC ENDOCRINE DISORDER<br>3)2699, UNSPEC NUTRITIONAL DEFICIENCY<br>4)9953; ALLERGY, UNSPEC, OTH<br>5)4739, UNSPEC SINUSITIS (CHRONIC) |

**PLAN:**

| | |
|---|---|
| **Procedures Notes:** | to do.<br>cytokine testing - neuroscience?<br>igf-1 - neuro? Spectracell?<br>male hormone profile thru - spectracell<br>local md repeat· ige (total) |
| **Patient Instructions:** | consider: trying reishi mushroom formula - for its impact on histamine, glucans, and immune enhancing potential<br><br>give christy marsh a call - 858-204-5107 - consider a medical intuit session<br>check out the book - anatomy of the spirit (maybe soul) by caroline myss<br>*** avoid all ige<br>research high end commercial grade hepa/ozone machines<br>keep me posted on ige blocker - zolair (?)<br>see pulmonologist or dr fitzy about the zolair(?)/ige blocker |

_____ Date. _____

[Provider]: Michael Brown, ND

AR 886

13.10.15 12:38:23 Social Security Admin          HelpDesk#:8776974889  Page 2/6



## Missouri
DEPARTMENT OF ELEMENTARY & SECONDARY
## EDUCATION

C. Jeanne Loyd, Ed.D. • Assistant Commissioner

*Office of Adult Learning and
Rehabilitation Services*

**Section of Disability Determinations**
Alecia Ahart, Administrator

---

# THIS PAGE MUST BE ON TOP OF YOUR INFORMATION
# WHETHER YOU FAX OR MAIL IT.

---

October 13, 2015

**RETURN TO:**

S82 MO DDS KANSAS CITY
PO BOX 8904
LONDON KY 40742-9744

*Mail to here*

NATUREA'S PATH
5251 W 116TH PL
STE 200
LEAWOOD KS 66211



RQID:D1025745004551438K1_____  SITE:S82 DR:S
SSN:********  DOCTYPE:0001 RF:D CS:2413

---

**Fax your information toll-free to (866) 252 3474,
UNDERLINE USING THIS PAGE AS YOUR FAX COVER SHEET.**
**OR**
Mail your information by sliding this page into the envelope.
**THE RETURN ADDRESS MUST SHOW IN THE WINDOW.**

---

RE   CRAIG BARTON PARKER       DDS CASE NUMBER.  1025745
AKA·                           CONTRACT NUMBER   4551438
SSN
DOB·       1961                 COUNSELOR.  MATTHEW

\*\*\*\*\*\*\*\*\*\*\*Medical Providers: please also note new payment info on page 2\*\*\*\*\*\*\*\*\*\*\*

Health care providers accessing or transmitting paper records to respond to DDS requests must attest to
use of paper medical records if they wish to be paid the paper rate as specified in MO State Statute
191 227.  Please attest to your use of paper records by signing below

_____
Signature

Health care providers accessing off-site paper records to respond to DDS requests may request outside
storage retrieval fees as specified in MO State Statute 191 227  if accessing off-site paper storage was
required to respond to this request, please sign below

_____
Signature

MEF MD1 (3/12)

13.10.15 12:39:28 Social Security Admin    HelpDesk#:8776974889    Page 5/6

**WHOSE** *Records to be Disclosed*

Form Approved
OMB No. 0960-0623

NAME (First, Middle, Last, Suffix)
Grace Barton Parker

SSN ▪▪▪▪▪▪▪▪▪    Birthday (mm/dd/yy) ▪▪▪▪ 1961

# AUTHORIZATION TO DISCLOSE INFORMATION TO
# THE SOCIAL SECURITY ADMINISTRATION (SSA)

** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):
**OF WHAT** *All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:*

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including*, and *not limited to* :

   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)

2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.

3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.

4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**

- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed

Organization  NATUREA'S PATH
Vendor Address: 3251 W 116TH PL STE 200 LEAWOOD 66211
Outpatient Date. 5/2013-present
  Patient DOB: 05/11/61
Remarks

**TO WHOM**    The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services", Including contract copy services, and doctors or other professionals consulted during the process. (Also, for international claims, to the U.S. Department of State Foreign Service Post.)

**PURPOSE**    Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am capable of managing benefits ONLY  (check only if this applies)

**EXPIRES WHEN**    This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (excluding electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

**PLEASE SIGN USING BLUE OR BLACK INK ONLY** If not signed by subject of disclosure, specify basis for authority to sign

INDIVIDUAL authorizing disclosure    ☐ Parent of minor  ☐ Guardian  ☐ Other personal representative

SIGN ▶ *Grace B Parker*

(Parent/guardian/personal representative sign here if two signatures required by State law)    (explain)

Date Signed    9/23/15    $

Phone Number (with area code)    (913) 645-5285    City  Olathe    State  KS  ZIP  66061

**WITNESS**    *I know the person signing this form or am satisfied of this person's identity*    If needed, second witness sign here (e.g , if signed with "X" above)

SIGN ▶ *Laura L Schaes*    SIGN ▶

Phone Number (or Address)    (913) 649-1747    Phone Number (or Address)

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2, 38 U.S Code section 7332, 38 CFR 1.475; 20 U.S Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law

Form SSA-827 (11-2012) of (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted    Page 1 of 2

TOTAL P.002

13.10.15 12:39:03 Social Security Admin      HelpDesk#:8776974889  Page 4/6

CONTRACT NUMBER: 4551438        DDS CASE NUMBER  1025745

The Social Security administration has requested that we determine the eligibility of the individual named in this letter for the initiation or continuation of Social Security Disability Benefits. You were listed as a source of medical evidence. This is not an authorization for an examination. Please send us either copies of your records or send us a narrative report. In addition, we would appreciate the following information

***********************************************************

If you feel that a narrative description is necessary to best describe the severity of the impairment, your report should include the claimant history, recent signs, symptoms and lab findings as well as functional limitations. **If you choose to write a narrative report regarding a physical impairment, please address the claimant's ability to do work related activities such as sitting, standing, lifting, carrying, handling objects, hearing, speaking, traveling, etc. **For mental impairments, the ability to understand, remember, sustain concentration, interact socially, and make adaptations **For children's impairments, please assess functional limitations in learning motor functioning to performing self-care activities, communicating, socializing, completing tasks and responsiveness to stimuli, if appropriate

Upon receipt of your records or report, if we still need more information, would you perform an exam according to the guidelines and fee schedule of this agency? Yes_____ No_____

This request contains confidential personal information. Please process and then destroy this request in a manner consistent with HIPAA and the Privacy Act

Thank you for your assistance.

MATTHEW, Counselor
**DISABILITY DETERMINATIONS**
**TOLL FREE: (800) 584-4303**
 Local Call  (816) 251-0536

Enclosures

___ **THIS REQUEST IS BEING RETURNED. WE DO NOT HAVE THE INFORMATION REQUESTED.**

MFF MD1 (3/12)

AR 889

CONTRACT NUMBER. 4551438              DDS CASE NUMBER  1025745

**Missouri Sources:**  Per State Statute 191.227
We pay $23.94 plus $0.55 per page for paper records (if signed attestation
page accompanies records). We pay $23.94 plus $0.55 per page up to a maximum
of $104.91, whichever is less, for electronically stored and transmitted
records.  For microfilm, we pay $23.94 plus up to $1.00 per page.  We cannot
prepay.

**Please note: In addition to sending us your invoice and the medical records,
if you use paper records and wish to be paid the paper records fee for an
amount over $104.91, you must sign and return the attestation on the barcode
page   If the attestation is not signed, you will be paid the fees for
electronic records.**

**Authorization is required for paper and electronic records in excess of 100
pages if you are requesting reimbursement for over 100 pages of records.**
Please call this office for authorization.  Authorization is not guaranteed.
Payment will be made following receipt of your bill and the requested
information.  Your prompt response to this request is appreciated, as it will
allow us to assist your patient and provide a timely decision on their claim.
This authorization for payment is void if the records and bill are not
received within thirty days of the date on this letter.  If you have questions,
you may call me direct or at the toll free number listed below.

**NON-MISSOURI SOURCES:**

We will pay for records based on your state's established fee structure.

**ALL SOURCES:**

To process your bill we will need your federal Tax ID number and the address where payment is to be
mailed on your pre-printed invoice

**MAKE INVOICE OUT TO:**              **DISABILITY DETERMINATIONS**
                                      **777 NW BLUE PARKWAY STE 3020**
                                      **LEES SUMMIT, MO  64086**

*INCLUDE YOUR INVOICE WITH RECORDS AND FAX OR MAIL TO FAX NUMBER OR ADDRESS ON
THE FRONT PAGE.*

**Please return a copy of this letter with your response.**

MEF MD1 (3/12)

13.10.15 12:38:07 Social Security Admin        HelpDesk#:8776974889   Page 1/6



**Missouri**
DEPARTMENT OF ELEMENTARY & SECONDARY
**EDUCATION.**

C. Jeanne Loyd, Ed.D. ▪ Assistant Commissioner

*Office of Adult Learning and*
*Rehabilitation Services*

**Section of Disability Determinations**
Alecia Ahart, Administrator

# FAX COVER SHEET

DATE  October 13, 2015

TO·
   NATUREA'S PATH

*Mailing infon*
*on 10-28-15*

FAX NUMBER    (913) 440-9294

FROM·   MATTHEW                              RE   CRAIG BARTON PARKER
        Counselor                    DDS CASE NUMBER   1025745
        DISABILITY DETERMINATIONS    Contract Number·  4551438

REMARKS·

Number of Pages _____ Including Cover Sheet

**REQUEST FOR RECORDS**           PLEASE SEE ATTACHED

This facsimile contains information which may be LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR
OTHERWISE PROTECTED BY LAW FROM DISCLOSURE.  If you are not the intended recipient or the person
responsible for delivering this to the intended recipient, you are hereby notified that reading, copying or
distributing this facsimile is prohibited.  If you have received this facsimile in error, please telephone us
immediately and mail the facsimile back to us at the address listed on the request  Thank you

*Craig Parker*

AR 891

**History**
Symptoms  exercise intolerance, dyspnea, fatigue, seizure, dementia
Precipitating events: fasting, infection, cold exposure, stress, prolonged paralysis or sedation
Family history: SIDS, cardiomyopathy, dementia, premature stroke, retinopathy.

**Physical**
Weakness, ptosis, ophthalmoplegia, ataxia, dementia, hearing loss

**Laboratory Assessment**
Blood: pyruvate, lactate, alanine, acylcarnitine, carnitine
Urine (24 hour)  lactate, pyruvate, alanine, glucose, phosphate, aminoacids.

Normal laboratory values
Patient unable to undergo biopsy, or
suspicion for disease remains high

**Abnormal labs**

**Exercise Testing**
Increased RER, decreased $VO_{2max}$,
or altered anaerobic threshold
or
**$^{31}P$ NMR Spectroscopy**
Increased ADP, decreased
phosphocreatine (PCr) and prolonged
recovery of ADP and PCr after
exercise.

**Abnormal Test
or
high suspicion
despite
negative tests.**

**Muscle Biopsy**
Ragged red fibers, paracrystalline
inclusions, lipid deposits
+/-
**Mitochondrial Enzymology**
Deficiencies in complexes I-V or
deficient pyruvate dehydrogenase.

For definitive diagnosis or if
clinical suspicion remains high
despite negative tests

**Leukocyte or Muscle Genetic Testing**
May detect frequent mutations responsible for
mitochondrial disease using insitu hybridization

In situ hybridization is negative.

**Sequence entire mitochondrial genome.**

**If clinical suspicion remains high, possible explanations for negative sequencing:**
1  Mutation not present in tissue used (repeat tests with different tissue).
2  Nuclear mutation possible.
3. New mtDNA mutation present (previously not described).

AR 892

drbrown@naturaespath.com

# f/u - craig parker

Created by. Michael Brown · Your response: ✓ Yes, I'm going

**Time**
2pm - 2:30pm (Central Time)

1:15 - 1:45

**Date**
Thu Jul 30, 2015

**Where**
Leawood, KS, USA

**Guests**
✓ cp-ap@swbell.net
✓ Michael Brown

**My Notes** · saw Jude - hopeful but has so many (-)
Thoughts; saw ENT - polyps are back



- 2 week)

| Phase I | · 5-HTP (50mg by theine) |

- ○ 5HTP · 50mg AM + AM - 2x/day in shake
- ○ 200mg of ZON  1 cap - 2x/day - in shake
- ○ V.t.C
- ○ B2 (25-50mg) - 1x/day
- ○ B3 (50-100mg) - 1x/day

| Phase II | - |

- ○ SAMe / TMG  - 1 pack
- ○ Cognitive Aminos) - 1 - 2x/day
- ○ HRF Thalamic  - 1 cap 2x/day

- ○ Ground flax seed in every
- ○ Sulphur 30c
  5 pellets 2x/day
  g.v.l
- ○ GI tincture
  90-120 drops
  2-4x/day

# f/u - craig parker

Created by: Michael Brown · Your response: ✔ Yes, I'm going

**Time**
## 10am - 10:30am (Central Time)

**Guests**
✔ Michael Brown
cp-ap@swbell.net

**Date**
## Tue Aug 4, 2015    *10:10 -*

**Where**
## Leawood, KS, USA

**My Notes** *[handwritten notes, partially illegible]*

*Flu appt - pt reactn ... g this - even
... ; polyqs buildg up in tissues ; ... Life
machine org... ... tolerate 5-HTP or B12 complex
more than a few days ; no rxn right now
... -gng up to more wine ~125/75 - cal.end's seem to
be do... , trad fuvrs - what seemed ... fourth
(Auvorine)
for Phase I - detox*

*[circled 1)] chelate B12 & 5-HTP
  · try BART - 4
  · try Bitters - inc...*

AR 894

02/11/2016  12:50

# fu - craig parker

Created by Michael Brown · Your response: ✓Yes, I'm going

**Time**
## 2pm - 2:30pm (Central Time)

**Guests**
✓ Michael Brown
cp-ap@swbell.net

**Date**
## Tue Aug 11, 2015  2:10—

My Notes   F/U reveals : dizzy >> last few days - smelly &
testing ; r/cd A-Bart tincture ; Google on 1/2 cap P.G
Comphy ; ends appt - end c/ sept

(P)    F/U  next week

AR 895



# f/u - craig parker

Created by: Michael Brown · Your response ✓Yes, I'm going

02/11/2016 12:50

**Time**
2pm - 2:30pm (Central Time)

**Guests**
✓ Michael Brown
cp-ap@swbell.net

**Date**
Tue Aug 18, 2015   2:15 -

**My Notes**

F/U appt reveals : has ranged up to right bid
Sat, Sun, Mon ; has small case of poison Ivy :
Bart-A — flaring poison Ivy & asthma; sleep =
not sleeping well since tckg Bart-A ; has been on
Bart-A since last week , on 1/2 cap B6 daily
c̄ Cognate Amins @ lunch ; stomach — nb a little >> ;
—stomach — always irritated/nauseated ; saw GI dc — did not
went to scope again ; mood — no real Δs ; late machine — feeling
night , ENT has been on steroid drops in nasal spray ; D.I. — needs MD ;
seizably appt c̄ MD in Wichita, KS ; intxz did doc appt scheduled
function — news psych testing , endo appt still ar 1 mnth away ,
o̅ still tckg allergy shots — no rxn ~~yet~~ thus far

⑧ email / re GI doc's rec fr stomach

F/U next week

02/11/2016   12:50

# f/u - craig parker

Created by: Michael Brown · Your response ✔Yes, I'm going

**Time**
2pm - 2:30pm (Central Time)

**Guests**
✔ cp-ap@swbell net
✔ Michael Brown

**Date**
Tue Aug 25, 2015    2:10 -

**My Notes**

*[Handwritten notes, partially legible:]*

FL/appt reveals: no real ∆s yet, nasal steroid helping him c̄ smell, breathing - but flaring asthma & ? I know c̄ he takes it; asthma + rash (poison ivy) much LL c̄ eating a food that he is intolerant tw; Best A - flaring poison ivy, by tue - had to step it; Bthrs Animals; Lecithin in shake = ok; back on Cognitine [?] Greens, B6 g 2-3 day; scary buckle byine [?] did on Monday; h/O SNPs that made (MLDR gene) him more susceptible to Lymes; mold - multiple sensitivity remove SNPs, Ritchie Shoemaker's work regarding mycotoxins al ka-hile acid binding resins like buckbut help this - ?? - Do people c/o CIRS - become more susceptible to mold/mycotoxins like potentially bile crawls-har/sequesters for removal - they aug a cleanse ?

Ⓟ    F/U next wk

# f/u - craig parker

Created by. Michael Brown · Your response: ✔ Yes, I'm going

**Time**
2pm - 2:30pm (Central Time)

**Guests**
✔ cp-ap@swbell.net
✔ Michael Brown

**Date**
Tue Sep 1, 2015    2:*u*~

**My Notes**

F/U reved) — went to Lyme MD yesterday in Wichita; very sick ō stay @ parents house again — has mold; doc in Wichita feels strongly it is mold — thinks that cyclg thru anti-fungals is very a good thing to do; he thinks that mold is the Key issue; he also agreed GSH very impt;

- anti-fungal
- activated charcoal
- anti Fungal
- Welchol
- anti Fungal
- Probiotics

① see 9-1-15    ② sleep

Right side list:
- OLE
- BA-A
- Cats Claw
- Biocidin
- Maralan.
- SF 722
- Caprylic A
- Firs isode

alternate
Rhus Tox 30
&
Sulphur 30c

02/11/2016 12:50

# f/u - craig parker

Created by: Michael Brown · Your response: ✓Yes, I'm going

Time
**2pm - 2:30pm (Central Time)**

Guests
✓ Michael Brown
cp-ap@swbell.net

Date
**Tue Sep 8, 2015**

My Notes F/U - orthostatic in AM → [illegible] [illegible]
during day → bedtime [illegible] [illegible] + TD-[illegible]
- doing the best he can; has a lot of [illegible]
by Dr. [illegible] - "[illegible] [illegible]" to see
APCP still run; sees MD PCP next
week + endoc @ end of month; [illegible] [illegible] [illegible]

1) [illegible] 2) mild [illegible]

3) F/U x 1wk

[illegible signature]

drbrown@naturaespath.com

2/11/2016  12:50

# f/u - craig parker

Created by. Michael Brown · Your response: ✔ Yes, I'm going

**Time**
1:30pm - 2pm (Central Time)

**Guests**
✔ cp-ap@swbell.net
✔ Michael Brown

**Date**
Tue Sep 15, 2015    1:30-

My Notes  *[handwritten notes, largely illegible]*