

## Fungisode

**Craig or Amy Parker <cp-ap@swbell.net>**
To: Michael Brown <drbrown@naturaespath com>

Fri, Sep 11, 2015 at 11:38 AM

Reminder to order Fungisode

Also, I was able to meet with another Lyme MD (although he has lost his license) in the area this week  He thinks mold is secondary problem, and is pretty sure I do have a stealth pathogen of some kind – probably tickborne since I am pos for RMSF and the ticks don't just carry one bug  No need to test any further because we won't find it  Best way to fight at this point is build immune strength and use broad spectrum herbals – he was impressed at what all you had done  Are you familiar with teasil root?  Testosterone is a huge component in this too – but in his experience, we won't get to high normal range with troche  He noted luteinizing hormone is low indicating my pituitary is not recognizing need for higher T  Suggests 2x shots of 70 mg weekly – and also 250 units of HCG to keep testicles from turning off their own production.  Doubts that high IGF-1 is due to anything that we can fix.

---

**From:** Craig or Amy Parker [mailto:cp-ap@swbell.net]
**Sent:** Tuesday, September 08, 2015 8:14 PM
**To:** Michael Brown (drbrown@naturaespath com)
**Subject:** Fungisode

[Quoted text hidden]



# f/u - craig parker

Created by: Michael Brown · Your response: ✓ Yes, I'm going

**Time**
2pm - 2:30pm (Central Time)

**Guests**
✓ Michael Brown
cp-ap@swbell.net

**Date**
Thu Oct 1, 2015

My Notes  F/U appt reveals ∘ pt has been working outside a lot but has asthma, saw endo - was not a pleasant experience. didn't like that Craig had 50 lb wt loss + onset of asthma - doing a endo work-up - looks @ all hormones from top down, he was concerned about carcinoid syndrome - so he will R/O via 24 hr urine; he will also chk thyroid levels #; has Neuroscience test drawn next week; Wichita doc - Dr Siebert → going to order, the whole list of CIRS/Shoemaker panel;

(P)  F/U x  1 wk

# f/u - craig parker

Created by: Michael Brown · Your response ✔ Yes, I'm going

02/11/2016  12:50

**Time**
2pm - 2:30pm (Central Time)

**Guests**
✔ Michael Brown
  cp-ap@swbell.net

**Date**
Thu Oct 8, 2015  8:10 -

**Where**
Leawood, KS, USA

My Notes  F/U reveals — asthma very flared — only @ night / ousing inhaler more, wakey up ~ 3-4AM wheezing : tries d线 Neuroscience "mystery test", sinuses curly well - longest stretch get bp consistently >> @ and maintining, mold tasks from than Wichita doctor. A-Scott - may have also triggered asthma flair. 31 has mucous cough, has not tried salmon oil yet — on shelco ; sleep — ok except asthma waky him up i not able to tolerate headways because, pt still able the health berries : '00 billion CFU of pediatric gd on shelco i parents huse not that bad per email

② F/U x l wk



## Coagulation Test

**Craig or Amy Parker <cp-ap@swbell.net>**                              Thu, Oct 8, 2015 at 8.34 PM
To. Michael Brown <drbrown@naturaespath.com>

Supposedly, the Immune System Activation of Coagulation (ISAC) test (see attached) is a more sensitive indication of hypercoagulation.  CD62P elevation (like my results) indicates chronic low level infection, CD62 + ADP indicates acute infection.   Supposedly, the result is thick blood that cannot squeeze through small capillaries resulting in hypoperfusion (as we saw in my brain).  And the resulting lack of blood to muscles causes spasms and muscle pain.  Similarly, lack of blood to small intestines causes malabsorption and GI upset   Olathe tick practitioner said I had no genetic problems with hypercoagulation, but that my infection was just starting to cause this problem   Enzymes supposedly help – will try restarting Vitalzymes too.  I know Dr. Crist in Columbia (Midwest Lyme specialist who is also an MD) also does this testing and uses low dose heparin.  I agree that mold is the primary issue, but I might follow-up with him anyway to see if I can get an MD determination of Lyme.

📎 **IMG.pdf**
1042K

02/11/2016   12:50

# f/u - craig parker

Created by: Michael Brown · Your response: ✔ Yes, I'm going

**Time**
2pm - 2:30pm (Central Time)

**Guests**
✔ Michael Brown
cp-ap@swbell.net

**Date**
Tue Oct 13, 2015   *2:10 –*

**Where**
Leawood, KS, USA

**My Notes**

F/U appt revals ; discussed 10-8-15 e.mail re hyperconjugation – we discussed using the enzyme to heal – "Vital-zyme" for biofilms + has restarted ; asthma really flared + back on achei + helps; asthma sx5 ; saw allergist this, diff – he rec staying on Xolair shots + using inhaler prn; endoc labs also showed elevated I GF-1 + not sure why but has ruled out pituitary adenoma ; still doing RIE ? sauna txs , no mold tests back yet from Wichita doctor ;

(1) Try cortef again - see @ Street
F/ux 1 wk

# f/u - craig parker
Created by Michael Brown · Your response · ✔ Yes, I'm going

**Time**
**2pm - 2:30pm (Central Time)**

**Guests**
✔ cp-ap@swbell.net
✔ Michael Brown

**Date**
**Tue Oct 27, 2015**  *2 -*

My Notes   F/U — overall doing a lot of work outside + doing ok but woke up today c̄ flu like sxs — nasea, muscle aches, no fever, GI issues; pt went ~ 2 weeks (minus today) where he felt >> the most of it; did hve some low E c̄ life tx this last weekend; asthma still flaired — doing two puffs/day to keep asthma under control; feels lung iritation/pain;

• this is the longest stretch he has gone w/ feeling good;

• exposed to paint/wall yesterday; just saw Dr LeCloire

FFU next wk



drbrown@naturaespath.com

2/11/2016   12:50

# f/u - craig parker

Created by: Michael Brown    Your response: ✔ Yes, I'm going

**Time**
2pm - 2:30pm (Central Time)

**Guests**
✔ cp-ap@swbell net
✔ Michael Brown

**Date**
Tue Nov 3, 2015  220-

**My Notes**

F/U appt reveals; results from Shoemaker/Seberger on mold testing dated 10/5/15; appt c̄ Seberger on Tues; doctor in Chicago- Bernstum —is a MD who specializes in mold + lymes pts; — pt is doing Marcons nasal swab test; pt had another round wt nasal/flu like sxs —over the weekend; deck - outside of home — was attent had lot of mold;

Ⓞ ddf

Ⓐ

Ⓟ  F/U x 1wk

GMI

## FW: CIRS Patient

**Craig or Amy Parker** <cp-ap@swbell.net>                    Mon, Nov 16, 2015 at 3:17 PM
To: Michael Brown <drbrown@naturaespath.com>

Just FYI from Chicago doc .. am going to try more charcoal and monolaurin  Can't recall if I sent the prelim sinus culture results - will attach.  See you tomorrow
Craig

-----Original Message-----
From  Keith Berndtson MD [mailto:keith@parkridgemultimed com]
Sent: Monday, November 16, 2015 1.06 PM
To: Craig or Amy Parker
Subject. Re. CIRS Patient

They can bind metals, not sure about biotoxins. No data. Consider activated charcoal caps  Can't give treatment advice to patients I haven;t seen.

Thanks for the kind words.

kb
> On Nov 16, 2015, at 11:50 AM, Craig or Amy Parker <cp-ap@swbell.net> wrote:
>
> Thank YOU for your pioneering work!  Very anxious to learn more
> One question in the meantime - does Glucomannan or modified citrus pectin bind toxins?  I sometimes take these after FIR sauna because Welchol is not tolerated well.
> Craig
>
> -----Original Message-----
> From: Keith Berndtson MD [mailto:keith@parkridgemultimed.com]
> Sent: Monday, November 16, 2015 10:04 AM
> To: Craig or Amy Parker
> Subject. Re: CIRS Patient
>
> Craig -
>
> Just returned from the Phoenix mold conferece which went very well. Thanks for your patience.
>
> Sinus polyps often correlate with high TGFbeta levels. You're on the right track.
>
> kb
>> On Nov 12, 2015, at 5.43 PM, Craig or Amy Parker <cp-ap@swbell.net> wrote:
>>
>> Just got the attached results from Microbiology DX.  The pieces of Dr
>> Shoemaker's puzzle are fitting together.  Wondering if this might
>> help explain why I am growing sinus polyps, required two sinus
>> surgeries, and suddenly have asthma?  I have to use steroid inhaler
>> and steroid in sinus rinse just to keep breathing, tasting, and
>> smelling   Trouble is, I have developed an intolerance of
>> antibiotics.  I have an appt with you in Jan - and am on cancellation list for sooner.
>> Thanks,
>> Craig Parker
>>
>> -----Original Message-----
>> From: Craig or Amy Parker [mailto:cp-ap@swbell.net]



## FW: MARCoNS

**Michael Brown** <drbrown@naturaespath com>                                    *Mon, Nov 16, 2015 at 3:19 PM*
To  Craig or Amy Parker <cp-ap@swbell.net>

I am certainly glad to hear things are starting to make sense!!!!

*Peace & gratitude - michael*


**Dr Michael Brown**
**Naturopathic Doctor**
**Functional Medicine Doctor**
**Defeat Autism Now! Certified Doctor (DAN)**

**Naturae's Path**
**5251 W. 116th Place**
**Suite 200**
**Leawood, Ks 66211**
913-333-8798
913-440-9294 - **fax**
www.naturaespath.com


On Thu, Nov 12, 2015 at 5:57 PM, Craig or Amy Parker <cp-ap@swbell net> wrote
Just got the attached preliminary results from Microbiology DX (still
waiting on fungus growth).  The pieces of Dr  Shoemaker's puzzle are fitting
together just like he says.  This probably explains why I am growing sinus
polyps, required two sinus surgeries, and suddenly have asthma?  I have to
use steroid inhaler and steroid in sinus rinse just to keep breathing,
tasting, and smelling.

# THE UNIVERSITY OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Notes Report

PARKER,CRAIG B
MRN: 1217965
DOB ███ 1961, Sex: M
Acct # 8339326
Enc Date: 12/22/15





THE UNIVERSITY
OF KANSAS HOSPITAL
3901 Rainbow Boulevard
Kansas City, Kansas 66160

Do not write in this box

Parker, Craig B  Sex M
1217965 ███ 1981 HAR 603818141
DOB ███ 5 CSN 1010317693
BCBS ███ REF CARE BLUE

Name Psych Eval

## Neuropsychology Clinic Report

| | | | |
|---|---|---|---|
| Name: | Parker, Craig | Gender: | Male |
| D.O.B. | ███/1961 | Handedness: | Right |
| Age: | 54 years | Referring Physician: | Stephen Waller, M.D. |
| Education: | 18 years | MRN: | 1217965 |
| Date of Evaluation: | 11/09/2015 | Date of Report: | 11/09/2015 |

Dear Dr. Waller,

Thank you for referring this patient for neuropsychological evaluation. The following report details my findings. If you have any questions, please contact me at (913) 588-6973. I appreciate being involved with your care of this patient.

**MEDICAL NECESSITY:** This patient was referred for a neuropsychological examination to obtain a quantitative assessment of current level of neurocognitive functioning, assist with differential diagnosis, and aid in the formulation of individualized rehabilitation and management strategies.

### PROCEDURES
Start time: 1.08      Stop time: 3:32      Total time
| | | |
|---|---|---|
| Neurobehavioral status exam | (96116) | 1 |
| Neuropsychological Testing | (96118) | 2 |
| Neuropsychological Testing | (96119) | 1 |

In addition to time spent directly with the patient, total time also includes time spent for record review, test selection, scoring of protocols, interpretation and integration of findings and report preparation

**HISTORY OF PRESENTING ILLNESS** The patient is a 54-year-old right-handed man with a history of dizziness, muscle aches, fatigue, and an abnormal brain SPECT who is here today for evaluation of his cognitive complaints. He is accompanied by his wife who helps relay a portion of the patient's history. The patient says he was largely in good health until about 4 years ago when he began to decline. He describes his troubles as "brain fog" and says he has had difficulty concentrating. He also began experiencing flu like symptoms regularly and says that he was experiencing double vision for a while. These problems have progressively worsened to the point where he has had to quit his job as an electric engineer this past year. He is still able to care for himself and he drives without difficulty – although he says sometimes when he is very symptomatic he'll ask his wife to drive.

3901 Rainbow Boulevard, 4051 Sudler | Kansas City, Kansas 66160 | Phone 913-588-6973 | Fax 913-588-6964 | kumed.com

AR 910

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Notes Report

PARKER,CRAIG B
MRN  1217965
DOB.    /1961, Sex  M
Acct # 8339326
Enc  Date  12/22/15

Dictated: 11/09/2015
Re  Parker, Craig

Page 2 of 5
MRN  1217965

The patient has been seen by Dr. Marilyn Rymer of neurology who noted him to have a normal Trails B performance and normal memory on an abbreviated (one story) WMS-R logical memory test. With that said, the patient did get a 25 of 30 on the MMSE with 0 of 3 on delayed recall. Dr Rymer also noted a mild nystagmus on right gaze that fatigues as well as brisk reflexes throughout At one point there was some concern that he was developing frontotemporal dementia based on his complaints. He had a SPECT for this that showed some decreased perfusion involving the frontal and bilateral temporal lobes; however, given his clinical presentation FTD has been largely ruled out. The patient does have a history of exposure to tics, which prompted a referral to Dr Stephen Waller of infectious disease. However, Dr. Waller felt this was unlikely to be the etiology of his complaints.

In addition to his cognitive complaints, flu like symptoms, and fatigue, the patient also complains of depression and anxiety. His wife says that he was never anxious prior to about 4 years ago His complaints appear to be generalized anxiety as he worries about nearly everything. He is especially anxious now that he quit his job about a year ago due to his fatigue and flu like symptoms It was about a year ago that he also started feeling depressed. He has apparently been tried on several antidepressants, but has not been able to tolerate them due to bowel symptoms.

The patient describes his sleep as fine, but says that about 2 or 3 nights out of the week he will have leg cramps that will keep him up. He does feel excessively drowsy on most days and complaints of fatigue. He does not snore  He does not act out his dreams at night, but does describe vivid dreams occasionally.

The patient has no known cardiovascular risk factors.

RELEVANT STUDIES: SPECT of brain as noted above

MEDICAL HISTORY: elevated IgE, anxiety

CURRENT MEDICATIONS: budesonide 0.25 mg/2 ml rinse q d., Advair 250/50 mg 1 puff b.i.d., Xolair injection 375 mg q. 2 weeks

Anticholinergic Cognitive Burden Score: 0

SURGICAL HISTORY: laminectomy 2009, cholecystectomy 2012

FAMILY HISTORY: negative for dementia

Mother, 79 years old, healthy
Father: 80 years old; diabetes

DEVELOPMENTAL/SOCIAL HISTORY: The patient was born full term with no pregnancy or delivery complications. Developmental milestones were met within normal limits. He reportedly completed 18 years of formal education, and denied a history of childhood learning difficulties

AR 911

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Notes Report

PARKER,CRAIG B
MRN. 1217965
DOB ███/1961, Sex: M
Acct #' 8339326
Enc. Date: 12/22/15

Dictated 11/09/2015
Re  Parker, Craig

Page 3 of 5
MRN. 1217965

Relationship status: married; lives with wife of many years
Occupation status: unemployed, previously worked as electrical engineer
Activities of daily living. independent
Driving: independent
Alcohol use. denied
Tobacco use: denied
Illicit substance use: denied

CURRENT SYMPTOMS: The patient reported current symptoms of forgetfulness, poor
concentration, word-finding difficulties, fatigue, excessive daytime drowsiness, anxiety,
depression; denied hallucinations, personality changes, incontinence, gait disturbance

NEUROBEHAVIORAL STATUS EXAMINATION: Unremarkable; the patient was alert and
oriented, speech fluent and articulate; comprehension intact; judgment and insight were
adequate; recent/remote memory intact; concentration normal; gross motor behavior intact;
visual fields full to confrontation; visual acuity grossly normal, no evidence of neglect;
constructional praxis adequate; no evidence of psychotic symptoms; affect normal; patient
cooperative

NEUROPSYCHOLOGICAL TESTS ADMINISTERED  Hopkins Adult Reading Test (form B),
Wechsler Adult Intelligence Scale-III (Digit Span), Hopkins Verbal Learning Test-Revised (form
1), Brief Visual Memory Test (form 1), CNNS Boston Naming Test-Short Form, CNNS Calibrated
Ideational Fluency Assessment (phonemic, semantic), Trail Making Test, Brief Test of Attention,
Modified Wisconsin Card Sorting Test, Rey-Osterrieth Complex Figure Test, Salthouse Perceptual
Comparison Test, Grooved Pegboard, Geriatric Depression Scale-15 item version, Epworth
Sleepiness Scale

NEUROPSYCHOLOGICAL TESTING: For a full psychometric summary of all findings please see
the attached appendix.

RESULTS. The patient performed in the mildly impaired range on tests of verbal fluency;
however, all other language tests were normal  All other cognitive domains, including learning
and memory were normal after correcting for his various demographics. He endorsed moderate
symptoms of depression on the GDS-15 and his Epworth Sleepiness Scale was also mildly
elevated at a raw score of 10

IMPRESSION: The patient's performance was largely unremarkable, except for some mild
relative impairment on tests of verbal fluency, which may or may not have any clinical
significance. His phonemic and semantic verbal fluency deficits do correlate with areas of
decreased uptake on SPECT, but these findings could also represent normal intraindividual
variability in performance as well. His symptom complaints sound to be attentional in nature and
are probably related to his moderate depression and anxiety. Somatoform disorder should also
be considered on the differential if all other potential etiologies for his symptoms are ruled out.
Otherwise, his complaints could be the result of physical symptoms such as fatigue, excessive
daytime drowsiness, etc. If his symptoms were to worsen or if he was to develop subtle language
deficits clinically, I think it would be important to have him re-tested.

AR 912

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd.
Kansas City KS 66160
Notes Report

PARKER,CRAIG B
MRN 1217965
DOB ███/1961, Sex M
Acct # 8339326
Enc Date 12/22/15

Dictated 11/09/2015
Re: Parker, Craig

Page 4 of 5
MRN. 1217965

I spoke to the patient at length about the effects of depression, anxiety, and excessive drowsiness on cognitive functioning and suggested he try increased physical activity as a way to relieve some of these symptoms. I also suggested a course of cognitive behavioral therapy may be helpful – especially since he has difficulty tolerating antidepressant medication. He was agreeable to this plan.

RECOMMENDATIONS. Following the examination I was able to discuss the test results in detail with the patient.

1. Follow up with Dr. Walter.
2. Increase physical activity (spoke to the patient about starting a walking routine).
3. Consider cognitive behavioral therapy through KU's psychiatry department if his depressive symptoms persist.

DIAGNOSES: verbal fluency deficit (R41 841)

Caleb M. Pearson, Psy.D., ABPP
Board Certified Clinical Neuropsychologist
Licensed Psychologist
Assistant Clinical Professor, Neurology
Assistant Clinical Professor, Psychiatry and Behavioral Sciences
*Center for Neuropsychology and Cognitive Neuroscience*

AR 913

THE UNIVERSITY
OF KANSAS HOSPITAL

3901 Rainbow Blvd
Kansas City KS 66160
Notes Report

PARKER, CRAIG B
MRN: 1217965
DOB ▮▮▮ 1961, Sex M
Acct # 8339326
Enc Date 12/22/15

02/11/2016  12:50

## Appendix

**Intelligence:**

| | |
|---|---|
| Hopkins Adult Reading Test (30) | IQ = 127 (subscript) |

**Motor Functioning:**

Grooved Pegboard
Dominant (67)(0 drops)          T = 49₁
Non-dominant (72) (0 drops)     T = 53₁

**Processing Speed:**

Trail Making Test
Trails A (25 seconds) (0 errors)     T = 49₁

Salthouse Perceptual Comparison
Letter (35)      T = 51₄
Design (41)      T = 46₁
Total (76)       T = 50₁

**Attention:**

WAIS-III Digit Span
Longest Span Forward (6)       T = 52₁
Longest Span Backward (7)      T = 58₁
Total Span (15)                T = 55₁

Brief Test of Attention
Total Score (19)               T = 60₄

**Executive Functioning**

Modified Wisconsin Card Sorting Test
Total Sorts (6)           T = 52₁
Total Errors (4)          T = 49₁
Perseverative Errors (0)  T = 50₁

Trail Making Test
Trails B (46 seconds) (0 errors)     T = 54₁

CIPA Verbal Fluency
Phonemic (20)             T = 30₁

**Language:**

CIPA Verbal Fluency
Semantic (39)             T = 39₁

CIPA Boston Naming Test (30)     T = 53₁

**Visuospatial Performance:**

Rey Osterrieth Complex Figure Test
Copy (35)                 T = 52₁

**Memory:**

Hopkins Verbal Learning Test
Trials 1-3 (6, 10, 12)    T = 51₁
Delayed Recall (11)       T = 43₁
Recognition (12/12)
False Positives (0)       T = 60₁

Brief Visual Memory Test
Trials 1-3 (8, 11, 11)    T = 56₄
Delayed Recall (12)       T = 62₁
Recognition (6/6)
False Positives (0)       T = 53₁

**Questionnaires**

Geriatric Depression Scale-15 (8)     moderately elevated

Epworth Sleepiness Scale (16)         mildly elevated

**Performance Validity:**

Reliable Digit Span                   normal

₁ age, education, gender, and ethnicity-corrected, ₂ age and gender-corrected, ₃ age corrected, ₄ age and education corrected, ₅ age, gender, and education corrected

## END OF REPORT

AR 914





**MYCOTOXIN PANEL REPORT FORM**
12/19/2014

**RealTime Laboratories, Inc**
4100 Fairway Drive, Ste 600
Carrollton, TX 75010
Phone 1-972-492-0419
Fax. 1-972-243-7759
Website. www realtimelab.com
Email info@realtimelab.com
CLIA # 45D1051736
CAP # 7210193
TaxId# 45-0669342

Patient: **Craig Parker**
Patient Date of Birth █████1961
Date of Receipt. **12/17/2014**
Date of Report. **12/19/2014**
Ordering Physician: **Diana Smith**
    Olathe LAD Clinic, LLC
    1948 E Santa Fe suite H, Olathe, KS 66062

Accession No. **137008**
MRN.
Date of Service: **12/15/2014**
Specimen **Urine**

Procedure Type

Ochratoxin A - Procedure by ELISA
*Aflatoxin Group - Procedure by ELISA*
Trichothecene Group - Procedure by ELISA

Results:

| Code | Test | Specimen | Value | Result | Negative if less than | Equivocal if between | Positive if greater or equal |
|------|------|----------|-------|--------|----------------------|---------------------|------------------------------|
| E8501 | Ochratoxin A | Urine | 3.49 ppb | Positive | 1 8 ppb | 1 8-2 0 ppb | 2.0 ppb |
| E8502 | Aflatoxin Group | Urine | 0 ppb | Negative | 0 8 ppb | 0 8-1 0 ppb | 1 0 ppb |
| E8503 | Trichothecene Group | Urine | 0.19 ppb | Equivocal | 0.18 ppb | 0.18-0.2 ppb | 0 2 ppb |



Director Signature _____

Tests such as this should be used only in conjunction with other medically established diagnostic elements (e g ,symptoms, history, clinical impressions, results from other tests, etc). Physicians should use all the information available to them to diagnose and determine appropriate treatment for their patients
Disclaimer. This test was developed and its performance characteristics determined by RealTime Lab It has not been cleared or approved by the U.S Food and Drug Administration The FDA has determined that such clearance or approval is not necessary This laboratory is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA-88) as qualified to perform high complexity clinical laboratory testing

IGeneX, Inc.                                    PAGE: 1
795 SAN ANTONIO ROAD
PALO ALTO, CA 94303
(800)832-3200

PATIENT: PARKER, CRAIG                    SAMPLE ID:      476663
DOB: ████/61   AGE:   SEX. M

MICHAEL D. BROWN, ND                      DRWN: 12/03/14
                                          RCVD: 12/04/14
5251 W 116TH PLACE #200                   PRNT: 12/20/14
LEAWOOD, KS
66211-Q                                   DIRECTOR: JYOTSNA SHAH, PhD

02/11/2016   12:50

---------------------------------------------------------------------
TEST NAME            RESULT                        UNITS
---------------------------------------------------------------------
IFA, B BURGDORFERI G/M/A      40
                        --------------------------REVISED 1/11/11
                        The Lyme Immunofluorescence Assay (IFA)
                        detects antibodies (IgG, IgM, IgA) against
                        B. burgdorferi. Seroconversion usually
                        occurs 2-3 weeks after infection and may
                        remain elevated in case of persistent disease.
                        Cross-reactions with other Borrelia and
                        other spirochetes occur.  A positive or
                        equivocal result is preliminary and should
                        be confirmed with IgG and IgM Western blot.

                        INTERPRETATION (TITER):

                        <40          NEGATIVE
                 →      40           EQUIVOCAL
                        = OR >80     POSITIVE

                        This test was developed and its performance
                        determined by IGeneX, Inc. It has not been
                        approved by the FDA. The FDA has determined
                        that such approval is not necessary. The test
                        is used for clinical purposes and should not
                        be regarded as investigational or for research.
                        IGeneX, Inc. is licensed by CMS and NYS to perform
                        high complexity clinical testing.
                        -----------------------------------------------------

Diagnosis should not be based on laboratory tests alone. Results should be
interpreted in conjunction with clinical symptoms and patient history.

Continued on next page

AR 916

IGeneX, Inc.                                          PAGE:
795 SAN ANTONIO ROAD
PALO ALTO, CA  94303
(800)832-3200

'ATIENT: PARKER, CRAIG                      SAMPLE ID:     476663
)OB:      /61   AGE:    SEX: M


MICHAEL D. BROWN, ND                        DRWN: 12/03/14
                                            RCVD: 12/04/14
5251 W 116TH PLACE #200                     PRNT: 12/20/14
LEAWOOD, KS
66211-Q                                     DIRECTOR: JYOTSNA SHAH, PhD

02/11/2016  12:50

```
-------------------------------------------------------------------
TEST NAME              RESULT                    UNITS
-------------------------------------------------------------------
```

LYME IgM WESTERN BLOT
11/10/2014: IGeneX interpretation is based on internal validation studies.  By
IGeneX criteria, IgM Western Blot is considered positive if two or more of the
double starred bands are present : 23-25, 31, 34, 39, 41 and 83-93 kDa bands.
EXCEPTION:
Negative:  If only bands 41 and 83-93 kDa are present

Indeterminate:  If only bands 31 and 41kDa OR 31 and 93kDa are present
Confirmation test #488 for Indeterminate WB result is recommended.

LIMITATION. A positive result for band 31 and/or 34kDa may be present in Lyme
vaccinated patients.  Some viral antibodies cross-react with 31, 41 & 83-93 kDa.

Positive result suggests exposure to B burgdorferi.

By CDC/NYS criteria, IgM WB is reported positive if 2 of the following bands are
present: 23-25, 39, and 41kDa.
Presence of only one double starred band or indeterminate double starred bands
may indicate clinical significance.  We recommend testing by another method such
as PCR or Lyme dot-blot or repeat testing 4-6 weeks later.
BAND INTENSITY:  NEG(-)= No band detected, IND = Band intensity < calibration
standard; POS (1+ to 4+) = Band intensity > or = to calibration standard.
=================================================================================
  IGENEX IGM RESULT            NEGATIVE
  CDC/NYS RESULT               NEGATIVE
              18 kDa.          -
         **23-25 kDa.          -
              28 kDa.          -
              30 kDa.          -
         **31 kDa.             -
         **34 kDa.             -
         **39 kDa.             -
         **41 kDa.            (IND)
              45 kDa.          -
              58 kDa.          -
              66 kDa.          -
         **83-93 kDa.          -

Diagnosis should not be based on laboratory tests alone. Results should be
interpreted in conjunction with clinical symptoms and patient history.

                    Continued on next page

AR 917

IGeneX, Inc.                                    PAGE:  3
795 SAN ANTONIO ROAD
PALO ALTO, CA  94303
(800)832-3200

PATIENT: PARKER, CRAIG                   SAMPLE ID:    476663
DOB:  ████/61   AGE:    SEX· M

    MICHAEL D. BROWN, ND                 DRWN: 12/03/14
                                         RCVD: 12/04/14
    5251 W 116TH PLACE #200              PRNT: 12/20/14
    LEAWOOD, KS
    66211-Q                              DIRECTOR: JYOTSNA SHAH, PhD

02/11/2016  12:50

--------------------------------------------------------------------------
TEST NAME              RESULT                    UNITS
--------------------------------------------------------------------------

LYME IgG WESTERN BLOT            .....
11/10/2014: IGeneX interpretation is based on internal validation studies.  By
IGeneX criteria, IgG Western Blot is considered positive if two or more of the
double starred bands are present : 23-25, 31, 34, 39, 41 and 83-93 kDa bands.
EXCEPTION:
Indeterminate:  If only bands 31 and 41kDa are present. Confirmation test #489
for Indeterminate WB result is recommended

LIMITATION: A positive result for band 31 and/or 34kDa may be present in Lyme
vaccinated patients. Some viral antibodies cross-react with 31 & 41 kDa.

Positive result suggests exposure to B burgdorferi.

By CDC/NYS criteria, IgG WB is reported positive if 5 of the following bands are
present: 18, 23-25, 28, 30, 39, 41, 45, 58, 66, 83-93 kDa.
Presence of only one double starred band or indeterminate double starred bands
may indicate clinical significance.  We recommend testing by another method such
as PCR or Lyme dot-blot or repeat testing 4-6 weeks later.
BAND INTENSITY:  NEG(-)= No band detected; IND = Band intensity < calibration
standard; POS (1+ to 4+) = Band intensity > or = to calibration standard.
========================================================================
    IGENEX-IGG-RESULT              NEGATIVE
    CDC/NYS-RESULT                 NEGATIVE
              18 kDa        +   ← present but weak
          **23-25 kDa       -
              28 kDa        -
              30 kDa        -
          **31 kDa         IND  ← too weak to know
          **34 kDa          -
          **39 kDa         IND  ← too weak to know
          **41 kDa         ++   ← positive
              45 kDa        -
              58 kDa        +    ← present but weak
              66 kDa        -
          **83-93 kDa       -

Diagnosis should not be based on laboratory tests alone. Results should be
interpreted in conjunction with clinical symptoms and patient history.

Continued on next page

AR 918

TO:  **Olathe Lad Clinic**

**LabCorp**

LabCorp Dallas
7777 Forest Lane Suite C350
Dallas, TX 75230-2544

Phone: **972-598-6000**

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Route |
|---|---|---|---|---|---|
| **352-849-5451-0** | | ABP15006815 | 15006815 | 913-221-0750 | 00 |

Account Address

**Olathe Lad Clinic**

1948 E. Santa Fe #H
OLATHE KS 66062

| Patient Last Name | | |
|---|---|---|
| **PARKER** | | |
| Patient First Name | Patient Middle Name | |
| **CRAIG** | | |
| Patient SSN | Patient Phone | Total Volume |
| | | |
| Age (Y/M/D) | Date of Birth | Sex | Fasting |
| 53/07/07 | /61 | M | No |

| Patient Address | |
|---|---|
| OLATHE   KS   66061 | |

Additional Information

NFPLR 117006

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 12/18/14 12:00 | 12/18/14 | 12/31/14 15:07ET | SMITH   , D | 1902800600 | D SMITH |

Tests Ordered

CBC With Differential/Platelet; Comp. Metabolic Panel (14); HLA DRB1,3,4,5,DQB1 (IR); Ehrlichia Ab
Panel; MTHFR; Prothrombin Time (PT); Testosterone, Serum; Influenza A/B Ab, Quant; Thyroid
Antibodies; PTT, Activated; Anti-DNase B Strep Antibodies; Rocky Mtn Spotted Fev, IgG, Qn; Rocky
Mtn Spotted Fever, IgM; Thyroxine (T4) Free, Direct, S; TSH; Sedimentation Rate-Westergren;
C-Reactive Protein, Quant; Candida Antibodies, Qual; Creatine Kinase,Total,Serum; Antistreptolysin
O Ab; Triiodothyronine,Free,Serum; Request Problem

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 4.8 | | x10E3/uL | 3.4 - 10.8 | 01 |
| RBC | 5.05 | | x10E6/uL | 4.14 - 5.80 | 01 |
| Hemoglobin | 15.6 | | g/dL | 12.6 - 17.7 | 01 |
| Hematocrit | 48.7 | | % | 37.5 - 51.0 | 01 |
| MCV | 96 | | fL | 79 - 97 | 01 |
| MCH | 30.9 | | pg | 26.6 - 33.0 | 01 |
| MCHC | 32.0 | | g/dL | 31.5 - 35.7 | 01 |
| RDW | 14.1 | | % | 12.3 - 15.4 | 01 |
| Platelets | 190 | | x10E3/uL | 150 - 379 | 01 |
| Neutrophils | 57 | | % | | 01 |
| Lymphs | 25 | | % | | 01 |
| Monocytes | 12 | | % | | 01 |
| Eos | 6 | | % | | 01 |
| Basos | 0 | | % | | 01 |
| Neutrophils (Absolute) | 2.8 | | x10E3/uL | 1.4 - 7.0 | 01 |
| Lymphs (Absolute) | 1.2 | | x10E3/uL | 0.7 - 3.1 | 01 |
| Monocytes(Absolute) | 0.6 | | x10E3/uL | 0.1 - 0.9 | 01 |
| Eos (Absolute) | 0.3 | | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | 01 |
| Immature Granulocytes | 0 | | % | | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0 - 0.1 | 01 |
| | | | | | |
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose, Serum | 82 | | mg/dL | 65 - 99 | 01 |
| Abnormal results possibly due to prolonged exposure of serum to cells. | | | | | |
| BUN | 18 | | mg/dL | 6 - 24 | 01 |
| Creatinine, Serum | 0.97 | | mg/dL | 0.76 - 1.27 | 01 |
| eGFR If NonAfric Am | 89 | | mL/min/1.73 | >59 | 01 |
| eGFR If Afric Am | 103 | | mL/min/1.73 | >59 | 01 |

| PARKER, CRAIG | | 352-849-5451-0 | Seq # 0898 |
|---|---|---|---|

12/31/14 15:07 ET          **FINAL REPORT**          Page 1 of 7

This document contains private and confidential health information protected by state and federal law
If you have received this document in error, please call 800-457-1177

©2004-14 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOC1 Ver 1 49

AR 919

TO:                              **Olathe Lad Clinic**

# LabCorp

LabCorp Dallas
7777 Forest Lane Suite C350
Dallas, TX 75230-2544

Phone 972-598-6000

Specimen Number
**352-849-5451-0**

**PARKER, CRAIG**

| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Age Y/M/D | Date of Birth |
|---|---|---|---|---|---|---|---|
| 15006815 | | ABP15006815 | 12/18/14 12:00 | 12/31/14 | M | 53/07/07 | /61 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| BUN/Creatinine Ratio | 19 | | | 9 - 20 | |
| Sodium, Serum | 141 | | mmol/L | 134 - 144 | 01 |
| Potassium, Serum | 4.4 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 98 | | mmol/L | 97 - 108 | 01 |
| Carbon Dioxide, Total | 25 | | mmol/L | 18 - 29 | 01 |
| Calcium, Serum | 9.4 | | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total, Serum | 7.0 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 4.6 | | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 2.4 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.9 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.2 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase, S | 82 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 27 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 24 | | IU/L | 0 - 44 | 01 |

→ **HLA DRB1,3,4,5,DQB1 (IR)**   *Genetic Test*

| | | |
|---|---|---|
| DRB1 | | 02 |
| | DRB1*03:ABZWY   →717 | |
| DRB1 | | 02 |
| | DRB1*04:ABZXF | |
| Code Translation: | | |
| ABZWY | 03:01/03:45/03:55/03:56/03:59/03:61/03:62 /03:66/03:68N/03:72/03:83/03:93 | |
| ABZXF | 04:01/04:111/04:112/04:115/04:119N/04:123 /04:127/04:135/04:153/04:171 | |
| DRB3 | | 02 |
| | DRB3*01:XX   →52.9 | |
| DRB3 | | 02 |
| | DRB3*- | |
| DRB4 | | 02 |
| | DRB4*01:FVUU   →53 | |
| DRB4 | | 02 |
| | DRB4*- | |
| Code Translation: | | |
| FVUU | 01:01/01:02/01:03/01:03N/01:04/01:05/01:06 /01:07/01:08/02:01N/03:01N | |
| DRB5 | | 02 |
| | DRB5*- | |
| DRB5 | | 02 |
| | DRB5*- | |
| DQB1 Allele 1 | | 02 |
| | DQB1*02:ACFHN | |
| DQB1 Allele 2 | | 02 |
| | DQB1*03:ACBXS | |
| Code Translation: | | |
| ACFHN | 02:01/02:02/02:04/02:05/02:06/02:07/02:08 /02:09/02:10/02:11/02:12/02:13/02:14/02:15 /02:16/02:17/02:18N/02:19/02:20N/02:21 | |

| **PARKER, CRAIG** | | **352-849-5451-0** | Seq # 0898 |
|---|---|---|---|

12/31/14 15:07 ET          **FINAL REPORT**          Page 2 of 7

This document contains private and confidential health information protected by state and federal law
If you have received this document in error, please call 800-457-1177

©2004-14 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOC1 Ver 1 49

TO:
**Olathe Lad Clinic**

## LabCorp

LabCorp Dallas
7777 Forest Lane Suite C350
Dallas, TX 75230-2544

Phone: **972-598-6000**

| Patient Name | | | | | | Specimen Number |
|---|---|---|---|---|---|---|
| PARKER, CRAIG | | | | | | **352-849-5451-0** |

| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Age/Y/M/D | Date of Birth |
|---|---|---|---|---|---|---|---|
| 15006815 | | ABP15006815 | 12/18/14 12:00 | 12/31/14 | M | 53/07/07 | /61 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | /02:22/02:25/02:26/02:27/02:28/02:29/02:30 | | | | |
| | /02:33/02:34/02:35 | | | | |
| ACBXS | 03:02/03:08/03:14/03:32/03:37/03:45/03:62 | | | | |
| | /03:66N/03:67/03:68/03:70/03:81/03:85 | | | | |
| | /03:106/03:107 | | | | |

HLA allele interpretation for all loci based on IMGT/HLA
database version 3.15
HLA Lab CLIA ID Number 34D0954530

HLA Methodology                                                                                      02

HLA results were obtained using sequence based typing (SBT),
sequence specific oligonucleotide probes (SSOP), and/or sequence
specific primers (SSP) as needed to obtain the required resolution.
Please contact HLA Customer Service at 1-800-533-1037 if you have any
questions.

*17   02   52A  - Mold Sensitivity*

Director of HLA Laboratory          *04   03   53   - Multiple Sensitivity*
Dr George C Maha, PhD

**Ehrlichia Ab Panel**

| Test | Result | Reference | Lab |
|---|---|---|---|
| E. chaffeensis (HME) IgG Titer | Negative | Neg:<1:64 | 03 |
| E. chaffeensis (HME) IgM Titer | Negative | Neg:<1:20 | 03 |

IgG titers if 1:64 or greater indicate exposure or acute and
convalescent samples showing a four-fold increase, and/or the presence
of IgM indicate recent or current infection.

This test was developed and its performance characteristics determined
by LabCorp.  It has not been cleared or approved by the U.S. Food and
Drug Administration.

The FDA has determined that such clearance or approval is not
necessary. This test is used for clinical purposes.  It should not be
regarded as investigational or for research.

| HGE IgG Titer | Negative | Neg:<1:64 | 03 |
|---|---|---|---|

HGE IgG levels are detectable 7 to 10 days post infection and persist
approximately one year.

This test was developed and its performance characteristics determined
by LabCorp.  It has not been cleared or approved by the U.S. Food and
Drug Administration.

The FDA has determined that such clearance or approval is not
necessary.  This test is used for clinical purposes.  It should not be
regarded as investigational or for research.

| HGE IgM Titer | Negative | Neg:<1:20 | 03 |
|---|---|---|---|

| PARKER, CRAIG | | 352-849-5451-0 | Seq # 0898 |
|---|---|---|---|

12/31/14 15:07 ET          **FINAL REPORT**          Page 3 of 7

This document contains private and confidential health information protected by state and federal law
If you have received this document in error, please call 800-457-1177

©2004-14 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOC1 Ver 1 49

AR 921

TO:                                          Olathe Lad Clinic

## LabCorp

LabCorp Dallas
7777 Forest Lane Suite C350
Dallas, TX 75230-2544

Phone: **972-598-6000**

| | | | | Specimen Number | |
| PARKER, CRAIG | | | | **352-849-5451-0** | |
| Account Number | Patient ID | Control Number | Date and Time Collected | Date Reported | Sex | Age Y/M/D | Patient Birth | |
| 15006815 | | ABP15006815 | 12/18/14 12:00 | 12/31/14 | M | 53/07/07 | | 61 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |

IgM levels usually rise 3 to 5 days post infection and fall to normal
levels in approximately 30 to 60 days.

This test was developed and its performance characteristics determined
by LabCorp.  It has not been cleared or approved by the U.S. Food and
Drug Administration.

The FDA has determined that such clearance or approval is not
necessary. This test is used for clinical purposes.  It should not be
regarded as investigational or for research.

**MTHFR**
MTHFR, DNA Analysis                                                      04
     Result: C677T/A1298C

     Two mutations (C677T and A1298C) identified    *both heterozygous*

     Interpretation:
     This patient's sample was analyzed for the MTHFR mutations
     C677T and A1298C. One copy of the C677T mutation and one
     copy of the A1298C mutation were identified. Population
     data suggest these two mutations are not present on the
     same chromosome, although rare exceptions have been
     reported. The diagnosis of hyperhomocysteinemia can not
     rely on DNA testing alone but should take into
     consideration clinical findings and other studies, such as
     serum homocysteine levels. Because MTHFR mutations and
     their associated risks are inherited, genetic counseling
     and testing of at-risk family members should be considered.
Additional Information:                                                  04
     Genetic counselors are available to discuss these results with health
     care providers at 1-800-345-GENE.

     Methylenetetrahydrofolate reductase (MTHFR) is a key enzyme in the
     folate pathway and is responsible for the metabolism of homocysteine.
     There are two common variants in the MTHFR gene, c.655C>T
     (p.Ala222Val), referred to as C677T, and c.1286A>C (p.Glu429Ala),
     referred to as A1298C. Individuals homozygous for C677T (two copies
     of the variant), have decreased activity of the MTHFR enzyme and a
     predisposition to hyperhomocysteinemia, particularly when deficient in
     folate. Hyperhomocysteinemia is a risk factor for venous thrombosis
     and coronary artery disease and is associated with an increased risk
     of fetal open neural tube defects. The C677T variant does not
     independently increase risk of these conditions in the absence of
     hyperhomocysteinemia. The A1298C variant is not associated with
     elevated homocysteine levels unless a C677T variant is also present;
     however, the clinical significance of heterozygosity for both C677T

| PARKER, CRAIG | | 352-849-5451-0 | Seq # 0898 |

12/31/14 15:07 ET            **FINAL REPORT**            Page 4 of 7

This document contains private and confidential health information protected by state and federal law    ©2004-14 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call **800-457-1177**                                   All Rights Reserved
                                                                                                            DOCI Ver 1 49

**LabCorp**

LabCorp Dallas
7777 Forest Lane Suite C350
Dallas, TX 75230-2544

Phone: 972-598-6000

| PARKER, CRAIG | | | | | | Specimen Number 352-849-5451-0 |
|---|---|---|---|---|---|---|
| Account Number 15006815 | Patient ID | Control Number ABP15006815 | Date and Time Collected 12/18/14 12:00 | Date Reported 12/31/14 | Sex M | Age-Y(MTH) 53/07/07 | Date of Birth /61 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

and A1298C is controversial. Population data suggest that these two
variants are not present on the same chromosome, but rare exceptions
have been reported of triple variant MTHFR genotypes (ie. homozygous
for one variant and heterozygous for the other). Homozygosity for
C677T has an estimated frequency of 10% to 15% in Caucasians and 25%
in Hispanics.

Additional information:

Dietary folic acid, B6 and B12 supplementation has been suggested to
lower homocysteine levels in some people. Folic acid supplementation
has been shown to reduce the occurrence of neural tube defects.
Methodology:
DNA analysis of the MTHFR gene was performed by PCR
amplification followed by restriction analysis.  The
diagnostic sensitivity is >99% for both.  Molecular-based
testing is highly accurate, but as in any laboratory test,
rare diagnostic errors may occur.  All test results must be
combined with clinical information for the most accurate
interpretation.

References:                                                              04
    Botto LD, Yang Q. Am J Epidemiol 2000; 151(9):862-877.
    Eldibany MM, Caprini JA. Arch Pathol Lab Med 2007; 131(6):872-884.
    Frosst P et al. Nat Genet 1995; 10(1):111-113.
    Hickey SE et al. Genet Med 2013; 15(2):153-156.
    Lockwood C et al. Obstet Gynecol 2011; 118(3):730-740.
    Simone B et al. Eur J Epidemiol 2013; 28(8):621-647.

    Val V Zvereff, MD, PhD
    Alecia Willis, PhD
    Chevonne Eversley, PhD
    Suzette M Huguenin, PhD
    Dorothy Adcock, MD
    Annette K Taylor, MS, PhD

**Prothrombin Time (PT)**

| INR | 1.0 | | | 0.8 - 1.2 | 01 |
|---|---|---|---|---|---|

Reference interval is for non-anticoagulated patients.

Suggested INR therapeutic range for Vitamin K
antagonist therapy:
    Standard Dose (moderate intensity
                  therapeutic range):        2.0 - 3.0
    Higher intensity therapeutic range       2.5 - 3.5

| Prothrombin Time | 10.4 | | sec | 9.1 - 12.0 | 01 |
|---|---|---|---|---|---|

| PARKER, CRAIG | | 352-849-5451-0 | Seq # 0898 |
|---|---|---|---|

12/31/14 15:07 ET          **FINAL REPORT**                    Page 5 of 7

This document contains private and confidential health information protected by state and federal law    ©2004-14 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 800-457-1177                                      All Rights Reserved
                                                                                                          DOC1 Ver 1 49

AR 923

12/31/2014 3:07:29 PM    FROM: LABCORP LCLS BULK    TO: 9132210751    LABCORP    Page 6 of 7

TO:                                 Olathe Lad Clinic

*increased since Sept after starting Androgel in Dec.*

## LabCorp
Laboratory Corporation of America

LabCorp Dallas
7777 Forest Lane Suite C350
Dallas, TX 75230-2544
Phone: 972-598-6000

Specimen Number
352-849-5451-0

| Patient Name | | | | | | |
|---|---|---|---|---|---|---|
| PARKER, CRAIG | | | | | | |
| Account Number | Patient ID | Control Number | Specimen Time Collected | Date Reported | Sex | Age: Y/M/D | Date of Birth |
| 15006815 | | ABP15006815 | 12/18/14 12:00 | 12/31/14 | M | 53/07/07 | /61 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Testosterone, Serum** | | | | | |
| Testosterone, Serum | 237 | Low | ng/dL | 348 - 1197 | 01 |

Comment:
  Adult male reference interval is based on a population of lean males
  up to 40 years old.

| **Influenza A/B Ab, Quant** | | | | | |
|---|---|---|---|---|---|
| Influenza A Abs, CF | 1:64 | High | | Neg:<1:8 | 03 |
| Influenza B Abs, CF | 1:32 | High | | Neg:<1:8 | 03 |

| **Thyroid Antibodies** | | | | | |
|---|---|---|---|---|---|
| Thyroid Peroxidase (TPO) Ab | <6 | | IU/mL | 0 - 34 | 01 |
| Thyroglobulin, Antibody | <1.0 | | IU/mL | 0.0 - 0.9 | 01 |

Please Note:
  Low positive Thyroglobulin antibodies are seen in a portion of the
  asymptomatic populations.
  Antithyroglobulin antibodies measured by Beckman Coulter Methodology

| **PTT, Activated** | | | | | |
|---|---|---|---|---|---|
| aPTT | 28 | | sec | 24 - 33 | 01 |

  This test has not been validated for monitoring unfractionated heparin
  therapy. aPTT-based therapeutic ranges for unfractionated heparin
  therapy have not been established. For general guidelines on
  Heparin monitoring, refer to the LabCorp Directory of Services.

| **Anti-DNase B Strep Antibodies** | | | | | |
|---|---|---|---|---|---|
| | <78 | | U/mL | 0 - 120 | 03 |

  **Results verified by repeat testing**

| **Rocky Mtn Spotted Fev, IgG, Qn** | | | | | |
|---|---|---|---|---|---|
| RMSF, IgG, EIA | Positive | Abnormal | | Negative | 03 |
| RMSF, IgG, IFA | 1:256 | High | | Neg <1:64 | 03 |

|  |  |
|---|---|
| Negative | <1:64 |
| Positive | 1:64 |
| Recent/Active | >1:64 |

  Titers of 1:64 are suggestive of past or possible
  current infection. Titers >1:64 are suggestive of
  recent or active infection. Approximately 9% of
  specimens positive by EIA screen are negative by IFA.

| **Rocky Mtn Spotted Fever, IgM** | 0.27 | | index | 0.00 - 0.89 | 03 |
|---|---|---|---|---|---|

|  |  |
|---|---|
| Negative | <0.90 |
| Equivocal | 0.90 - 1.10 |
| Positive | >1.10 |

| PARKER, CRAIG | | 352-849-5451-0 | Seq # 0898 |
|---|---|---|---|

12/31/14 15:07 ET          **FINAL REPORT**          Page 6 of 7

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-457-1177

©2004-14 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOC1 Ver 1 49

# LabCorp

LabCorp Dallas
7777 Forest Lane Suite C350
Dallas, TX 75230-2544

Phone: 972-598-6000

| | Specimen Number |
|---|---|
| **PARKER, CRAIG** | **352-849-5451-0** |

| Account Number | Patient ID | Control Number | Date and Time Collected | Date Received | Sex | Age/YR-MO | Date of Birth |
|---|---|---|---|---|---|---|---|
| 15006815 | | ABP15006815 | 12/18/14 12:00 | 12/31/14 | M | 53/07/07 | /61 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Thyroxine (T4) Free, Direct, S** | | | | | |
| T4,Free(Direct) | 1.21 | | ng/dL | 0.82 - 1.77 | 01 |
| **TSH** | 1.340 | | uIU/mL | 0.450 - 4.500 | 01 |
| **Sedimentation Rate-Westergren** | | | | | |
| | 11 | | mm/hr | 0 - 30 | 01 |
| **C-Reactive Protein, Quant** | 0.4 | | mg/L | 0.0 - 4.9 | 01 |
| **Candida Antibodies, Qual** | Negative | | | Negative | 03 |
| **Creatine Kinase,Total,Serum** | 91 | | U/L | 24 - 204 | 01 |
| **Antistreptolysin O Ab** | 124.2 | | IU/mL | 0.0 - 200.0 | 01 |
| **Triiodothyronine,Free,Serum** | 3.0 | | pg/mL | 2.0 - 4.4 | 01 |
| **Request Problem** | | | | | 03 |

No frozen plasma received.
TEST:  117006  VEGF, Plasma

| 01 | DA | LabCorp Dallas | Dir: CN Etufugh, MD |
|---|---|---|---|
| | | 7777 Forest Lane Suite C350, Dallas, TX 75230-2544 | |
| 02 | 2Q | LabCorp Burlington  DNA | Dir: George Maha, PhD |
| | | 1440 York Court, Burlington, NC 27215-3361 | |
| 03 | BN | LabCorp Burlington | Dir: William F Hancock, MD |
| | | 1447 York Court, Burlington, NC 27215-3361 | |
| 04 | UY | Esoterix Coagulation Lab | Dir: Dorothy Adcock, MD |
| | | 8490 Upland Drive Ste 100, Englewood, CO 80112-7116 | |

For inquiries, the physician may contact Branch: 800-457-1177  Lab: 972-598-6000

| **PARKER, CRAIG** | | **352-849-5451-0** | Seq # 0898 |
|---|---|---|---|
| 12/31/14 15:07 ET | **FINAL REPORT** | | Page 7 of 7 |

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-457-1177

©2004-14 Laboratory Corporation of America ® Holdings
All Rights Reserved
DOCI Ver  1 49

AR 925

Gary Alpert/Harvard University/Bugwood.org

# Lyme disease–carrying ticks are now in half of all U.S. counties

By Claire Asher | Jan. 18, 2016

The ticks that transmit Lyme disease, a debilitating flulike illness caused by *Borrelia* bacteria, are spreading rapidly across the United States. A new study shows just how rapidly. Over the past 20 years, the two species known to spread the disease to humans have together advanced into half of all the counties in the United States.

Lyme disease cases have tripled in the United States over the last 2 decades, making it the most commonly reported vector-borne disease in the Northern Hemisphere. The disease now affects around 300,000 Americans each year. If diagnosed early—a rash commonly appears around the site of the tick bite—Lyme can be effectively treated with antibiotics, but longer term infections can produce more serious symptoms, including joint stiffness, brain inflammation, and nerve pain.

To get a comprehensive map of where the two species—the blacklegged tick (*Ixodes scapularis*) and the western blacklegged tick (*I. pacificus*)—were living, Rebecca Eisen and colleagues from the U.S. Centers for Disease Control and Prevention (CDC) in Fort Collins, Colorado, combined data from published papers with state and county tick surveillance data going back to 1996. They counted reports of tick sightings in each of the 3110 continental U.S. counties to determine whether those counties hosted an established population or just a few individuals. Ticks were considered "established" when sightings of at least six ticks, or two of the three life stages, had been reported in a year.

Their results, published in the *Journal of Medical Entomology*, show that the blacklegged tick has undergone a population explosion, doubling its established range in less than 2 decades. It is now reported in 45.7% of U.S. counties, up from 30% in 1998. Blacklegged ticks are found in 37 states across the eastern United States. The rarer western blacklegged tick, restricted to just six states, has shown only modest increases in established populations, from 3.4% to 3.6% of counties. Combined, these two Lyme disease vectors **are now found in half of all U.S. counties**.

"Since the late 1990s, the number of counties in the northeastern United States that are considered high-risk for Lyme disease has increased by more than 320%," Eisen says. "The tick is now established in areas where it was absent 20 years ago," she adds.

(Top to bottom): D. T. Dennis et al., J. Med. Entomol. (1998); R. J. Eisen et al., J. Med. Entomol. (2016)

Perhaps most worrying, the tick-dense northeast is where Lyme disease is most common. Although the blacklegged tick is found from Florida to Minnesota, 95% of confirmed cases come from just 14 states in the northeast and upper Midwest. "Although our map shows a wide distribution ... the risk of people getting Lyme disease is not equal across areas of the country," Eisen says.

A study published in *PLOS ONE* last year might hold the answer. Parasitologist Isis Arsnoe from Michigan State University in East Lansing and colleagues found that populations of blacklegged ticks behave differently in the north and the south of the United States. Nymphs of the blacklegged tick in the north are bolder and more active in seeking out hosts, a behavior known as questing. Arsnoe and her team found that that tick nymphs originating from Wisconsin and Rhode Island were **20 times more likely to emerge from leaf litter**, putting them in the path of passing humans, than nymphs from Tennessee and Florida. "Questing behavior is a key factor affecting the risk of tick bites," Arsnoe explains. "Ticks that stay buried in the leaves are not likely to have an opportunity to bite passing humans—and unless they bite they cannot transmit disease." Arsnoe is concerned that the ticks found in the north may also expand into southern states, taking their questing behavior with them.

But despite the wide distribution of the vectors, a tick's chances of coming into contact with a human are still relatively low. Avoiding areas of thick vegetation, using a strong repellent, and bathing after hiking are usually enough to avoid contact, CDC says. Eisen says that the most important thing now will be to carefully monitor the spread of the blacklegged tick, so that that people can educate themselves about the potential disease vectors in their area and take steps to protect themselves.

Posted in: **Health**

DOI: 10.1126/science.aae0246

**Claire Asher**

🐦 **Twitter**

# More from News



**New Mexico's American Indian population crashed 100 years after Europeans arrived**



The distribution of tick sightings across the United States between a) 1907–1996 and b) 1907–2015.

02/11/2016 12:51

**Craig Parker 61**

| Item | Doctor | Suggested Daily | Food | % RDU | Purpose | Waking (As of 1/15/15) | Breakfast | Mid AM | Lunch | Mid PM | Dinner | Bedtime |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Prescription meds** | | | | | | | | | | | | |
| Budesonide – 0.25 mg/2 ml | S. Ellis | 1 vial | | | Sinusitis/polyps | | | | | | | 1 ml in sinus rinse |
| Advair steroid diskus - 250 mcg | B. Pfletze | 2 puffs | | | Asthma | | | | | | | 1 puff |
| Xolair injection – 375 mg | B. Pfletze | bimonthly | | | Asthma | | | | | | | 3 shots |
| Glutathione transdermal cream - 250 mg/ml | M. Brown | 250 mg | | | Detox | | | | | | | 1 ml |
| Hydrocortisone - 5 mg | C. Crist | 2.5 mg | | | Hormone support | 2.5 mg | | | | | | |
| Fludrocortisone - 100 mcg | C. Crist | 50 mcg | | | Hormone support | 50 mcg MWF | | | | | | |
| Testosterone - 200 mg troche | C. Crist | 100 mg | | | Hormone support | | | 100 mg | | | | |
| **Vitamins/Minerals/Supplements** | | | | | | | | | | | | |
| Atomidyne | M. Brown | 1d to 3d to 1d | | | Endocrine support | | | | | | | |
| Metagenics UltraClear | M. Brown | 2 scoops | | | Detox/Vitamin/protein | | 1 scoop | | | | | |
| Renew Life Ultimate Flora Probiotic | M. Brown | 1 capsule | | | Probiotic | | 1 capsule | | | | | |
| Soy Lecithin Granules - 1 1/2 tbsp = 10g | M. Brown | 1 1/2 tbsp | Y | | Nervous system support | | 1 tbsp = $\frac{1}{2}$ | | | | | |
| Vitamin C powder - 1/2 tsp = 1000 mg | M. Brown | 1-4 tsp | | 1779 | Anti-oxidant | | 1 tsp = 2g | | | | | |
| Ground flax seed | M. Brown | 2 tbsp | | | Fiber and Omega 3 | | 2 tbsp | | | | | |
| Frozen raspberries/blueberries | | | | | Anti-oxidant | | 1/2 tbsp | | | | | |
| DHEA - 15 mg | M. Brown | 1 tablet | Y | | Adrenal/hormone support | | 1/2 tablet | | | | | |
| Stamina Power Pak Mineral Formula | M. Brown | 1 packet | | | Mineral/electrolyte balance | | | 1 packet | | 1 packet | | |
| Concentrace Trace Minerals | M. Brown | 40 drops (2.5 ml) | | | Mineral/electrolyte balance | | | 15 drops (1 ml) | | 15 drops (1 ml) | | |
| Vitalzyme systemic enzyme | M. Brown | 3 capsules | N | | Biofilm/blood thinner | | | 1 capsule | | 1 capsule | | |
| Cognitive Aminos -250 mGs x 4 amino acids | M. Brown | 2-4 capsules | N | | Cognitive support | | | | 1 capsule | | | |
| Vitamin B6 complex (with 5-MTHF) | M. Brown | 1 capsule | | | Vitamin B6 deficiency | | | | 1/2 capsule | | | |
| Vitamin A | M. Brown | 1 capsule | Y | 25000 | | | | | 1/2 capsule | | | |
| **Immune modulators** | | | | | | | | | | | | |
| Cell Forte Max3 | K. Berndtson | | | | Increase killer cell activity | | | | | | | |
| Transfer Factors Multi-immune | K. Berndtson | | | | Direct killer cells toward infection | | | | | | | |
| **Antimicrobials** | | | | | Antimicrobials | | | | | | | |
| Byron White A-BART | M. Brown | 10 drops | | | | | | 10 drops | | 10 drops | | |
| Byron White A-FNG | M. Brown | 10 drops | | | | | | 10 drops | | 10 drops | | |
| Humic Monolauren | M. Brown | 2 capsules | | | | | | | | | 1 capsule | |
| Biocidin LSF | M. Brown | 1-3 pumps daily | | | | | 1 capsule | | 1 capsule | | | |
| Salmon Oil - 1 tsp = 4 g | M. Brown | 1 tsp | Y | | Anti-inflammatory | | | | | | 1 tsp | |
| MCT Oil - 1 tsp = 4 g | | 1 tbsp | Y | | Anti-inflammatory | | | | | | 1 tsp | |
| Vitamin D3 oil - 1 drop = 1000 IU | M. Brown | 5 drops | | 5000 | Vitamin D deficiency | | | | | | 7 drops | |
| Vitamin K2 - 100 mcg | J. Seberger | 1 capsule | | | | | | | | | | |
| Activated charcoal - 500 mg | K. Berndtson | 2 capsules | | | | | | | | | | 2 capsules after sauna |
| Undefined = smoothie | | | | | | | | | | | | |



Sun Life Assurance
Company of Canada
SC 3208
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

1-800-247-6875

February 19, 2016

The Law Offices of Teresa M. Meagher
14 Corporate Woods
8717 W. 110th St., Suite 440
Overland Park, KS 66210

Re:    Policy No.:    231948 - Group Long Term Disability
       Claim No.:     091014-05930-00
       Client:              Craig Parker

Dear Attorney Meagher:

This letter is regarding the status of Mr. Parker's Long Term Disability appeal. We have received the following information:

- Letter from Keith Berndtson, MD

- Progress note from Keith Berndtson, MD

- Letter from P. James Seberger, MD, Ph.D.

- Medical records from Healthy Life Family Medicine

- Medical records from Performance Health

- Letter from Charles L. Crist, MD, PC

- Progress notes from unknown provider

- Problem list completed by Craig Parker

- Instructions for New Patients

- Recommendations and Observations from Questionnaires

- Options to help symptoms

- Doctor's notes and records from Charles L. Crist, M.D.

- Medical records from Kansas City Holistic Centre (Dr. Jude LaClaire, LCPC)
- Medical records from The University of

1

AR 930

Kansas Hospital

- Medical records from College Park IMG

- Office notes from Andrew Green, MD

- Copy of photo ID

- Copy of Insurance Card

- Medical records from LabCorp

- Medical records from KCIM – St. Joe

- Medical records from College Park Family Care Center, P.A.

- Office notes from Bruce L. Pfuetze, MD

- Head & Neck Surgery of Kansas City, P.A. office notes

- Medical records from The University of Kansas Physicians

- Office notes from Naturae's Path, LLC

- Office notes from Michael Brown

- Medical records from IGenex, Inc.

- Article titled 'Lyme disease – carrying ticks are now half of all U.S. counties' by Claire Asher – January 18, 2016

- Medication List

It is our understanding that no additional information is forthcoming; therefore we will proceed with the appeal review. We expect to complete our review by March 15, 2016, unless circumstances require an extension of time.

If we are unable to make a determination within the above stated 45-day time period, we may request a 45-day extension as permitted by U.S. Department of Labor regulations. You will be notified in writing of the extension prior to the expiration of the initial 45 day period.

Any request for an extension will specifically explain:

1. The standards on which entitlement to benefits is based;
2. The unresolved issues that prevent a decision on the claim;
3. The additional information needed to resolve those issues; and
4. The circumstances requiring the extension.

If you have any questions or concerns regarding the appeal, please feel free to contact me directly at 781-

2

446-1203.

Sincerely,

Jillian Croteau
Sr. Benefit Consultant
Appeals & Resolutions
SC 7190

AR 932

# FAX TRANSMISSION

### LAW OFFICE OF
### TERESA M. MEAGHER
14 Corporate Woods
8717 W. 110th St., Suite 440
Overland Park, Kansas  66210
(913) 649-1747
(913) 649-7751 (FAX)

| TO: Sun Life Financial<br>Attn: Jillian Croteau, Sr. Benefit Consultant | FAX: (781) 304-5537 |
|---|---|

From:  Teresa M. Meagher                    Date:  2/19/16

Pages: 2

Subject:  Craig Parker; Policy # 231948

MESSAGE: Jillian, I have recently received a statement from Dr. Michael Brown dated February 11, 2016, that I am including with this fax as further evidence in support of Mr. Parker's appeal. At this time, I have no additional medical evidence to submit and I request that the appeal proceed.

Hard Copy:    ☐ will follow        ☒ will not follow

CONFIDENTIALITY NOTICE: The information contained in this facsimile message may be protected by the attorney-client and/or the attorney-work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient, or his or her agent, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone to arrange for return of the forwarded documents to us. Thank you.

AR 933

Dr. Michael Brown, ND
Naturea's Path, LLC
5251 W. 116th Place
Suite 200
Leawood, Ks 66211
Phone: (913) 333-8798
Fax: (913) 440-9294
www.naturaespath.com
drbrown@naturaespath.com

February 11, 2016

To: Teresa Meagher

14 Corporate Woods
8717 West 110th St
Overland Park, Ks 66210

Dear Ms. Meagher,

As my records have indicated, Craig is suffering from a history of chronic and debilitating conditions which include but are not limited to:  CIRS, history of mold exposure, Lymes and/or potential other tick born vectors and concomitant infections.  These conditions have been diagnosed and repeatedly confirmed by multiple expert medical doctors from across the country.  As a result of these conditions, Craig suffers from associated symptoms including but not limited to:  severe fatigue and malaise, cognitive impairment, chronic sinus infection, visual processing issues, asthmatic and allergenic issues including severe reactions to many foods, Rx and OTC medications, chemicals, and airborne pollutants.  In addition, his condition is complicated by several systemic endocrine imbalances and deficiencies.  These issues, though varied from day to day in their severity, manifest as flu-like symptoms, allergic reactions, and debilitating muscle fatigue and/or spasms that often cause a great deal of pain and discomfort restricting him to bed rest.  This illness has also created significant cognitive processing issues, depression, and severe anxiety.  All of these symptoms significantly inhibit Craig from adequately carrying out the activities of daily living, let alone return to work or perform duties required from him in a work environment.

This broad spectrum of expert and specialized doctors continue to treat Craig for specific problems in their areas of specialty such as the lymes and associated tick born vectors, mold, CIRS, sinus infection, vision problems, asthma, and allergies.  He has also being treated by Dr Jude LeClaire, PhD psychologist, to help with his anxiety and depression.

Sincerely,

Dr Michael Brown

**Integrative Medicine Specialist**
**Functional Medicine Doctor**
**Naturopathic Doctor**
**Defeat Autism Now (DAN!) Doctor**

# Naturae's Path
## Navigating your way to health, fitness, & vitality
### www.naturaespath.com

AR 934



Sun Life Assurance
Company of Canada
SC 3208
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

1-800-247-6875

March 1, 2016

The Law Offices of Teresa M. Meagher
14 Corporate Woods
8717 W. 110th St., Suite 440
Overland Park, KS 66210

Re:    Policy No.:    231948 - Group Long Term Disability
       Claim No.:     091014-05930-00
       Client:            Craig Parker

Dear Attorney Meagher:

This letter is regarding the status of Mr. Parker's Long Term Disability appeal. We have received the following information:

- Statement from Michael Brown, MD dated February 1, 2016

Per your letter, no additional information is forthcoming; therefore we will proceed with the appeal review. We expect to complete our review by March 15, 2016, unless circumstances require an extension of time.

If we are unable to make a determination within the above stated 45-day time period, we may request a 45-day extension as permitted by U.S. Department of Labor regulations. You will be notified in writing of the extension prior to the expiration of the initial 45 day period.

Any request for an extension will specifically explain:

1. The standards on which entitlement to benefits is based;
2. The unresolved issues that prevent a decision on the claim;
3. The additional information needed to resolve those issues; and
4. The circumstances requiring the extension.

If you have any questions or concerns regarding the appeal, please feel free to contact me directly at 781-446-1203.

Sincerely,

AR 935

Jillian Croteau
Sr. Benefit Consultant
Appeals & Litigation
SC 7190

AR 936



Sun Life Assurance
Company of Canada
SC 4328
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699

1-800-247-6875
Fax: 1-781-304-5537

March

15, 2016

The Law Offices of Teresa M. Meagher
14 Corporate Woods
8717 W. 110th St., Suite 440
Overland Park, KS 66210

Re:    Policy No.:    231948 - Group Long Term Disability
       Claim No.:     091014-05930-00
       Employee:      Craig Parker

Dear Attorney Meagher:

We received your letter of appeal on October 1, 2015. The claim was tolled from October 12, 2015 through February 11, 2016 because additional information was forthcoming; which, has now been received. Therefore, the initial 45-day review period expires on March 15, 2016.

We have completed our initial review and at this time have referred Mr. Parker's file for an independent medical records assessment. Accordingly, we are writing to inform you that we need additional time to complete our review of that report, once available, and render a determination on the appeal.

We expect to be able to make a final decision within 45 days from the end of the initial review period, or by April 29, 2016. We will complete our review earlier, if possible.

If you have any questions or concerns, please feel free to contact me directly at 781-446-1203.

Sincerely,

Jillian Croteau
Sr. Benefit Consultant
Appeals & Litigation

AR 937



MLS Peer Review Services

Phone: 888.657.4634  |  Fax: 248.356.6757  |  www.mls-ime.com



March 28, 2016

Re:   Craig Parker
      Claim Number:          091014-05930-00

INDEPENDENT PEER REVIEW

To Whom It May Concern:

I had the opportunity of performing a medical record review for the purpose of an Occupational Medical Evaluation. This review was carried out for evaluation only. The claimant was not seen or examined. I accept the objective findings noted in the medical records, although I may not agree with the conclusions expressed in those records.

If more information becomes available at a later date, an additional service report and/or reconsideration may be requested. Such information may or may not change the opinions rendered in this evaluation.

LIST OF MEIDCAL DOCUMENTATION

All medical records submitted have been reviewed.

| Referral | | 12/08/14-03/07/16 |
|---|---|---|

AR 938

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 2

| Claim log | Case Notes | 11/05/14-11/16/15 |
|---|---|---|
| Progress notes | C M Pearson PSY.D ABPP | 11/09/15 |
| Progress notes | Sabates Eye Centers | 09/02/14 |
| Progress notes | Diana Smith APRN | 12/12/14-02/24/15 |
| Progress notes | C L Crist MD | 12/06/15-12/08/15 |
| Progress notes | K Berndtson MD | 01/06/16-01/07/16 |
| Progress notes | Kansas City-Holistic Center | 02/19/15-12/22/15 |
| Progress notes | Healthy Life Family Medicine | 08/31/15-01/22/16 |
| Progress notes | M Brown MD | 05/07/15-02/11/16 |
| Progress notes | S Waller MD | 08/19/15-08/20/15 |
| Progress notes | S  F Waller MD | 08/15/14-07/2815 |
| Progress notes | Head & Neck Surgery of Kansas City | 05/27/15-06/23/15 |
| Progress notes | The University of Kansas Physicians Internal Medicine | 04/20/15 |
| Progress notes | The University of Kansas Hospital | 08/19/15-12/22/15 |
| Progress notes | College Park Family Care Center | 03/24/14-10/29/15 |
| IME/IMO/FCE/PCE | M Doucette | 02/10/15 |
| UR Report | C  Fuhrmann MD | 07/25/15 |
| UR Report | B Drabkk RN | 12/29/14 |
| X-Ray | College Park ALC | 0/12/15 |
| MRI | Diagnostic Imaging | 05/16/15 |
| MRI | College Park Imaging | 05/16/14 |
| CT | Diagnostic Imaging | 08/01/14 |

AR 939

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 3

| | | |
|---|---|---|
| Lab | Surgical Pathology Report | 06/08/15 |
| EMG | College Park Family Care Center | 05/27/14 |
| Lab | Realtime Laboratory | 12/15/14 |
| Lab | Lab Quest Diagnostics | 04/15/14-01/27/15 |
| Lab | Mapl Mid America Laboratory | 08/21/14 |
| Lab | LabDaq | 09/29/15 |
| Lab | Labcorp | 05/29/14-10/02/15 |
| Lab | Igenex | 12/03/14 |
| Lab | Genova Diagnostics | 6/25/2014-09/14/14 |
| Lab | Esoterix Laboratory | 12/08/15 |
| Lab | Doctor's Data | 05/17/14-10/17/14 |
| Lab | College Park Family Care Center | 04/30/14-07/07/15 |
| Other Test | The University of Kansas Hospital | 12/22/14 |
| Other Test | College Park Family Care Center | 05/06/14 |
| Other Test | Spirometry Midmark Diagnostics | 05/12/15 |
| Other Test | College Park ALC | 06/25/15-08/06/15 |
| Other Test | C L Crist MD | 12/08/15 |
| Job | | 03/27/14-Undated |
| Misc | | 11/15/13-03/01/16 & Undated |
| ROI | | 09/29/14-09/28/15 |

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 4


SUMMARY OF MEDICAL DOCUMENTATION

Mr. Parker is a 54-year-old, right-hand-dominant man who ceased working as a Design Engineering Team Leader at Garmin International on or around 05/15/2014 due to daily flu-like symptoms, severe fatigue, double vision with pain on eye movement, intermittent stomach pain with nausea, recurrent sinusitis, intermittent "brain fog" and multiple chemical, prescription drug and food sensitivities and/or allergies. He was ultimately diagnosed with **chronic inflammatory response syndrome (CIRS) related to mold infection with mycotoxin poisoning, chronic disseminated Lyme disease with "neuroinflammation" and fibromyalgia**. It was noted in the records that he took a couple of weeks off from work in 04/2014 and then returned full-time through approximately 05/15/2014. He went back to work in 09/2014 for about two weeks after which he became sick again with a sinus infection.

Medical History:

His medical history is otherwise notable for seasonal allergies, gastroesophageal reflux disease (GERD), gastritis, irritable bowel syndrome, hyperlipidemia, obesity, metabolic syndrome, migraine headaches, mononucleosis and lumbar degenerative disc disease with chronic lower back pain.

His past operations included unspecified sinus surgery and septoplasty in 1999, L5-S1 lumbar laminectomy in 2008 and cholecystectomy in 05/2012.

Social History:

He is married with two children. He reported no history of tobacco or illicit drug use but he did report past alcohol use.


Educational and Occupational History:

At the time he ceased working due to purported disability, he was employed as a Design Engineering Team Leader at Garmin International. The physical requirements of this job were not included in the job description supplied by his employer. An occupational analysis conducted on 02/10/2015 concluded this to be a light exertion level occupation which requires exertion of up to 20 pounds of force occasionally and/or up to 10 pounds frequently and/or negligible force constantly to move objects. Sitting is required frequently and walking is required occasionally. It also requires frequent reaching, talking, handling, keyboarding, hearing, near acuity and depth perception and

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 5

occasional reaching upwards and downwards, fingering, sit/stand option, far acuity and accommodation.

Current Medications (as of 12/22/2015):

Xolair subcutaneous 375 mg every 14 days
Amino acids
Vitamins B6, B12, C, and D
Glutathione transdermal cream
Lactobacillus rhamnosus
Vitalzyme enzyme formula
Udo's 369 blend
UniFiber
MCT oil
Peptic Care
DHEA

Allergies:

He reported "allergies" and side effects from Prevacid which caused dizziness, Protonix which caused dizziness, Dexilant which caused pre-syncope, Lexapro which caused GI side effects and Zoloft which caused headache.

His naturopathic doctor indicated he was allergic to all prescription medications, most carbohydrates and sugar, chemicals in general, soy, dairy, wheat and yeast.

Mr. Parker reported allergies to grass pollen, mold, tree elm pollen and ragweed pollen.

Medical Summary provided by Mr. Parker:

Mr. Parker outlined his primary problems as of 12/2014 to include daily flu-like symptoms with chills but no fever, intermittent stomach pain, nausea and right flank pain; recurrent sinusitis with polyps, onset of asthma, feeling of pressure in head, ringing in ears, "passing out", intermittent brain fog, speech impairment, disorientation and panic.
He also reported paranoia and confusion; pain when moving eyes, blurred vision and double vision; intermittent muscle spasms and pain especially in neck and shoulders, joint pain especially in knuckles, "neuropathic pain" in his feet and forearms as well as intermittent tingling, cold and numbness in his hands and head; inability to tolerate

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 6

most medications especially antibiotics and antifungals; and sensitivity to foods and chemicals.

He claimed his current symptoms began in 10/2011 after he was treated with amoxicillin for a sinus infection. He then noticed a "fungal" smell in his sinuses in 12/2011. His symptoms worsened after courses of Keflex, doxycycline, levofloxacin and Ceftin over five months. In 2012, he developed "digestion issues" and weight loss. He was diagnosed with a fatty liver and his gallbladder was removed. An EGD in 06/2012 showed possible Candida esophagitis but this was not confirmed by culture or biopsy. He was diagnosed with borderline gastroesophageal reflux disease (GERD) in 08/2012 and Celiac disease was ruled out. He developed oral thrush, muscle spasms and twitching as well as right lower right flank pain in 09/2012. In 10/2012, he reported weight loss from 205 to 175 pounds. He developed worsening muscle spasms and anxiety. SSRI medication reportedly caused a "strong allergic reaction" with nausea and headache.

In 02/2013, he developed alternating bouts of constipation and diarrhea at which time "intestinal overgrowth" was suspected. A capsule endoscopy showed normal small bowel in 05/2013. By 06/2013, his weight was down to 155 pounds and he reported poor hair growth. He noticed mildly elevated liver enzymes in 07/2013 (ALT/AST of 64/63). He developed a sinus infection in 09/2013 which was treated with Ceftin. This improved his sinus infection but purportedly worsened his other symptoms. He had also been treated with rifaximin and Diflucan for his intestinal issues without success. He began seeing a naturopathic physician in 10/2013. In 11/2013, his rheumatologist informed him his ANA was positive at 1:80 and a dermatologist diagnosed him with angiokeratoma on his scrotum.

In 03/2014, he indicated an EGD showed mild gastritis; H. pylori was negative.

Medical Documentation:

The provided records began with an office note from family practice physician Robert Schuchardt, M.D. dated 03/24/2014 at which time Mr. Parker was being seen for a pruritic rash on his left wrist and follow-up for what Mr. Parker reported was fungal esophagitis. His medications at the time included Veramyst nasal spray and Pepcid. His examination revealed an erythematous vesicular rash over the left wrist. The remainder of his examination was completely unremarkable including musculoskeletal and neurological evaluations. Dr. Schuchardt's impression was **dyslipidemia**, **prediabetes**, **vitamin D deficiency** and **rash**, the latter which was treated with a topical steroid cream.

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 7

From 04/01/2014 to 04/15/2014, he returned to see Dr. Schuchardt on three occasions for a combination of **seasonal inhalant and food allergies**, **recurrent sinusitis** treated with Ceftin, Allegra and Flonase nasal spray and **purported fungal and bacterial intestinal overgrowth** which he started on probiotics. He also reported taking Nizoral which dramatically improved his symptoms of **Candida esophagitis** and/or **gastritis**. Dr. Schuchardt noted no confirmatory testing establishing the presence of actual food or environmental allergies. Mr. Parker also complained of increased fatigue for which he was referred to a neurologist. He was also referred back to his allergist. His examination showed clinical evidence of rhinosinusitis. Dr. Schuchardt also started him on a Ventolin HFA inhaler although no abnormal respiratory findings were noted on examination and no pulmonary function testing was conducted. Dr. Schuchardt also noted Mr. Parker brought FMLA paperwork to be completed.

A hepatic function panel from 04/15/2014 was notable for a mildly elevated AST of 61 and ALT of 70.

From 04/15/2014 to 02/11/2016, he treated with naturopathic doctor Michael Brown, N.D. who outlined his clinical course in a letter dated 02/11/2016. He purported that Mr. Parker was suffering from a history of chronic and debilitating conditions which included **CIRS**, **mold exposure**, **Lyme disease** and/or **other potential tick-borne infections**. As a result of these conditions, he believed Mr. Parker experienced severe fatigue and malaise, cognitive impairment, chronic sinus infections, visual processing issues, asthmatic and allergenic issues including severe reactions to many foods, prescription and over-the-counter medications, chemicals and airborne pollutants.

In addition, he felt that he suffered from several systemic endocrine imbalances and deficiencies which manifested as flu-like symptoms, allergic reactions and debilitating muscle fatigue and/or spasms that caused a great deal of pain and discomfort restricting him to bed rest. Dr. Brown also indicated his illness created significant cognitive processing issues, depression and severe anxiety. He opined that all of his symptoms significantly prohibited Mr. Parker from adequately carrying out his activities of daily living (ADLs) let alone returning to a work environment.

Review of the records from Dr. Brown revealed his prescribed treatment included activated charcoal, Epson salt baths, vitamin supplements, fish oil, bile salts, electrolytes, adrenal supplement, colloidal silver, organic licorice tea, cats claw tincture, digest ease, probiotics, Nizoral, Lamisil and Nystatin, fruits and vegetables, acupuncture, yoga and infrared sauna treatments. Dr. Brown also noted he was being seen by Jude LeClaire, PhD for anxiety and depression.

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 8

Dr. Brown completed Long-Term Disability (LTD) Attending Physician's Statements in which he noted the primary diagnoses were chronic fatigue syndrome (CFS), fibromyalgia, irritable bowel syndrome (IBS), allergies and adrenal insufficiency with secondary diagnoses of "other endocrine abnormalities, chronic sinusitis and diplopia". His subjective symptoms were said to include fatigue, weakness, focus issues, brain fog, GI issues, sinusitis and anxiety.

In a typical workday, Dr. Brown noted he would be capable of simple grasping, firm grasping, and fine manipulation with both hands. In addition, he could walk, sit, twist, push, pull, balance, kneel and reach above shoulder level continuously; stand and bend frequently; and squat and climb occasionally. He noted he could drive during a typical workday. He characterized Mr. Parker's physical impairment as "medium capacity" which included the ability to lift, carry, pull and push 20 pounds occasionally, 10-25 pounds frequently or up to 10 pounds constantly. He noted no cardiac limitations. He also noted his day to day abilities varied.

From 04/22/2014 to 05/13/2014, he saw Dr. Schuchardt on four occasions during which time he was treated for sinusitis with a course of oral antibiotics, Mucinex, use of a Nettie pot and nasal steroids. He was also treated for presumed Candida esophagitis and reflux symptoms with Lamisil and Pepcid. In addition, he was diagnosed with an uncomplicated **right inguinal hernia** and recurrent **hemorrhoids**.

He was also seen on 05/07/2014 by neurologist Laura Reilly, M.D. for evaluation and treatment of fatigue and weakness. She noted his history of L5-S1 lumbar laminectomy in 2008 followed by recurrent complaints. A repeat lumbar spine MRI reportedly showed no explanation for his symptoms which consisted of his left leg not moving as it should when going down stairs. He also shared his GI workup at the Mayo Clinic which was essentially unremarkable with his symptoms thought to possibly be related to stress.
She also noted he had seen a rheumatologist in 2013 for a positive ANA with a titer of 1:80 and speckled pattern. His other serology including anti-Smith, RNP and Sjögren antibodies were negative. His neurological examination showed diminished bulk in the left gastrocnemius muscle without fasciculations or measured weakness. His examination was otherwise completely unremarkable including mental status. Dr. Reilly's diagnostic impression was "nervous indigestion" for which she recommended cognitive behavioral therapy. She also noted subjective left leg weakness with muscle atrophy for which she recommended various exercises. Lastly, she recommended a supplement to help his energy level but had no explanation for his complaints of fatigue.

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 9

A **brain MRI** with and without contrast from 05/16/2014 showed no abnormality. This included the cranial nerves, leptomeninges and orbits. There was minimal maxillary and ethmoid sinus mucosal thickening and a tiny right maxillary sinus air-fluid level.

A comprehensive stool analysis from Doctors Data showed no ova or parasites. An immunoassay for Giardia and Cryptosporidium was negative. No yeasts were isolated.

DNA methylation pathway profile from Doctors Data showed various heterozygous mutations and a homozygous mutation in MAO A/R297R. Plasma testing was normal for methionine, cysteine, S-adenosylmethionine, S-adenosylhomocysteine, homocysteine and cystathionine.

On 05/27/2014, he returned to see Dr. Reilly for further evaluation of diplopia and generalized weakness. He reported seeing an optometrist who diagnosed him with a 4th nerve palsy but this was not confirmed by Dr. Reilly. An **EMG/NCV study** of the left upper extremity was normal. Stimulation of the facial nerve was also entirely normal. Dr. Reilly opined she found no evidence of pre- or post-synaptic repetitive stimulation abnormalities to suggest a neuromuscular junction disorder. She recommended increased hydration and fish intake. She noted he seemed to have something of a "morbid preoccupation with food.

Laboratory studies from 05/27/2014 showed negative anti-Ri, anti-Yo and anti-Hu antibodies (paraneoplastic antibodies); ANA with a titer of 1:40 (less than 1:40 is considered negative) and speckled pattern; low complement C3 and normal C4; borderline low vitamin D level of 29.2; normal lipid panel; normal C-reactive protein (CRP); normal ESR; normal comprehensive metabolic panel (CMP) including liver enzymes and hepatic function; normal hemoglobin A1C; normal TSH; normal PSA; normal urinalysis; and normal complete blood count (CBC).

From 05/30/3014 to 08/04/2014, he saw Dr. Schuchardt for a variety of issues including anxiety and depression. Dr. Schuchardt noted he had not seen a psychiatrist in the past and he was scheduled for neurocognitive testing per Dr. Reilly. Dr. Schuchardt noted he had normal cognitive function on examination. He noted Mr. Parker had been out of work secondary to diplopia from a 4th nerve palsy in the left eye although he had not yet seen an Ophthalmologist and no supporting findings were noted by Drs. Schuchardt and Reilly. He also reported being seen in the emergency department for reflux symptoms and he was given an intravenous (IV) proton pump inhibitor since he claimed to be unable to tolerate pills. Dr. Schuchardt prescribe Prevacid SoluTabs.

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 10

On 06/10/2014, he returned to see Dr. Reilly to whom he reported he had been taking vitamin B12 and folate per Dr. Brown and his double vision had improved and he didn't feel as weak. His neurological examination remained normal but curiously, Dr. Reilly did not test cranial nerves 3, 4 or 6. She opined his left 4th nerve palsy was probably nutritional in etiology as he reported ongoing GI issues such that he was not taking in adequate nutrition. His weight was down to 165 pounds from 205 pounds.

Laboratory studies from 06/11/2014 showed a normal CBC, normal CMP including albumin, total protein, calcium and liver enzymes. Serum folate and vitamin B12 were normal and vitamin D was low at 23. CRP and ESR continued to be normal. Subsequent studies from 06/18/2014 included normal serum copper and vitamin A levels. A zinc level was borderline elevated.

Laboratory studies from 07/04/2014 included negative serology for Lyme disease, Babesia, Ehrlichia and Anaplasma.

On 08/11/2014, he saw allergist Bruce Pfuetze, M.D. for evaluation of possible allergies and multiple food sensitivities. Dr. Pfuetze noted he had been seen at the Mayo Clinic where a gastrointestinal and nutritional evaluations were normal. He reported that anytime he ate anything, he developed nasal congestion, upper bronchial congestion, some wheezing, dizziness, tinnitus and eyes burning. He had never experienced an anaphylactic reaction. Other than "allergic shiners" and swollen nasal mucosa without purulent mucous or polyps, his examination was unremarkable. Dr. Pfuetze noted he had no specific food allergy but he avoided dairy products as well as sugar. He referred him for further testing.

A **sinus CT** from 08/13/2014 showed extensive bilateral, ethmoid, frontal and maxillary sinus inflammatory disease as well as trace sphenoid sinus inflammatory change.

On 08/15/2014, he saw ENT specialist Steven Ellis, M.D. for evaluation of his chronic sinusitis. Of note, his examination revealed normal extraocular muscle function. The remainder of his examination was benign. Endoscopic sinus surgery was discussed. Maxillary sinus cultures were negative for fungi or yeast but showed growth of coagulase-negative Staphylococcus which was a likely normal colonizer.

On 08/21/201, Dr. Ellis performed **bilateral endoscopic maxillary antrotomy with tissue debridement, total ethmoidectomy, sphenoidectomy and frontal sinus duct exploration**.

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 11

A natural killer cell (HNK1 CD57) panel from 08/28/2014 was normal. A CBC and CMP were normal. A complement C4 level was normal. A serum estradiol level was low at 6.1 (reference range of 8-35) but serum free estradiol was normal. Estrone and progesterone levels were normal. Total serum testosterone was low at 133 (reference range 348-1197) and free testosterone was low at 0.8 (reference range 7.2-24). Hemoglobin A1C remained normal. DHEA sulfate was normal. A random AM serum cortisol level was borderline elevated at 19.9 (reference range 6.2-19.4). Androstenedione and homocysteine levels were normal. Sex hormone binding globulin was normal. Plasma histamine was normal.

On 09/02/2014, he saw ophthalmologist Bill Wallace, M.D. for evaluation of diplopia and eye pain with movement. He noted recent testing for myasthenia gravis was negative. His diagnostic impression was **hypertropia (strabismus) in the left eye** which he indicated was previously noted to have a pattern of left cranial nerve 4 palsy though it was improving to the point of minimal comitant phoria only. He was uncertain of the etiology but opined it was apparently self-limited. Dr. Wallace prescribed progressive lenses without a prism.

On 09/05/2014, Dr. Ellis performed **bilateral nasal endoscopy with debridement**. Postoperatively, he was given oral steroids and Levaquin as well as sinus rinses. He reported his sinus symptoms were improved.

Laboratory studies from 09/15/2014 showed normal pregnenolone and complement C4a levels. Random serum glucose, insulin and AM cortisol levels were also normal. A hepatic function panel from 10/10/2014 was normal. A vitamin D level from 10/15/2014 remained low at 24.9 and a vitamin B12 level was elevated. A CBC and calcitriol level were normal on 10/22/2014.

A Telephone Memo from Sun Life Assurance Company of Canada dated 11/05/2014 outlined Mr. Parker's primary diagnoses of CFS and fibromyalgia as well as recent sinus infection. He reported a plethora of symptoms already elucidated above in this report. He reported he could not drive because he would become dizzy at times but he could take care of his own ADLs. He did not required assistive devices, he could sit and lay down but he felt like he had the flu every day. It was noted that he took a couple of weeks off from work in 04/2014 and then returned full-time through mid-05/2014. He went back to work in 09/2014 for two weeks after which he became sick again with a sinus infection.

IFA testing for Lyme disease on 12/03/2014 was equivocal. Lyme IgM Western blot testing was negative and Lyme IgG Western blot was negative with a positive band at

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 12

41 kDa and weakly positive bands present at 18 and 58 kDa. **Overall, the results were negative for past or present infection**.
Ingenex testing from 12/03/2014 was **negative for Borrelia, Chlamydia, Babesia microti, Babesia duncani and Bartonella**.

A CBC and CMP from 12/18/2014 were normal. An Ehrlichia antibody panel was negative. MYHFR showed one copy each of the C677T and A1298C mutations (heterozygous). PT/PTT were normal. Serum total testosterone remained low at 237. Influenza A and B antibody titers were high. Thyroid antibodies were negative. Anti-DNase B Strep antibodies were negative. TSH, free T3, free T4, ESR and CRP were all normal. Candida albicans and anti-streptolysin antibodies were negative.

Rocky Mountain spotted fever (RMSF) IgG EIA from 12/18/2014 was positive and IgG IFA was positive with a titer of 1:256. RMSF IgM antibodies were negative. **These results did not establish an active infection**.

Fry Labs testing from 12/19/2014 was negative for Bartonella quintana and henselae. Protozoa PCR was negative. An EBV panel was positive for historical infection. Mycoplasma IgG was positive and IgM was negative. Bordetella pertussis IgG was positive and IgM was negative. CMV, HHV-6, West Nile virus, HIV, HSV 1 and 2, Chlamydia pneumonia and H. pylori serologies were all negative. PCR testing for syphilis, HSV1/2, Mycoplasma hominis, EBV, CMV, HHV-6 A and B, Dengue viruses 1-4, Coxsackie virus A and B, Mycoplasma fermentans/penetrans/pneumoniae, Toxoplasma gondii, Ureaplasma urealyticum, Francisella and Chlamydia trachomatis/pneumoniae/psittaci were negative.

Urine mycotoxin testing from RealTime Laboratories on 12/19/2014 was positive for Ochratoxin A at 3.49 ppb, negative for Aflatoxin group and equivocal for Trichothecene.

**Cerebral cortical SPECT perfusion mapping** on or around 12/22/2014 showed mildly decreased perfusion in the inferior frontal lobes and moderate to marked decreased perfusion in the bilateral temporal lobes, greater on the left.
A total serum IgE level from 01/26/2015 was elevated at 755 (reference range less than or equal to 114).

On 01/20/2015, he saw Diana Smith, LPC, APRN at the Olathe LAD (Lyme and Associated Diseases). The office note was handwritten and mostly illegible.

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 13


Laboratory studies from 02/17/2015 included a normal urinalysis, normal serum total and free testosterone, negative Candida antibodies, normal estradiol and serum DHEA levels and a normal vitamin D level.

Board Certified Internist and pulmonologist allergist Calvin Fuhrmann, M.D. authored a Memorandum on 02/27/2015 in which he noted the medical records supported limitations due to double vision which improved with vitamin therapy. He also noted that according to Mr. Parker's ophthalmologist Dr. Billi Wallace, this condition had cleared completely. He opined he had no objective evidence of food allergies and his GI issues were not limiting. He also noted the symptoms thought to be related to CFS and fibromyalgia consisted of subjective symptoms which were a limiting factor in terms of his ability to carry out full-time activities. He opined Mr. Parker's limitations/restrictions would include the opportunity to have periods of rest during the day and that a modified schedule, perhaps working from home, would be reasonable. He did not believe Mr. Parker was totally unable to carry out his full-time activities and this was confirmed by the Attending Physician's Statement completed by Dr. Brown.

On 03/31/2015, Dr. Jude LaClaire, LCPC noted Mr. Parker began counseling on 01/09/2015 at which time he reported poor appetite, low energy, fatigue, low esteem, poor concentration, difficulty making decisions, feelings of hopelessness, anxiety and excessive worry. Dr. LaClaire diagnosed him with **dysthymic disorder** and **chronic adjustment disorder with anxiety**. Dr. LaClaire did not mention any clinical evidence of cognitive dysfunction. Dr. LaClaire noted his mental health was improving but that he had permanent neurological damage that would keep him from functioning adequately in his job. Therefore, he was permanently disabled and unable to work full or part-time.

On 04/09/2015, Dr. Schuchardt treated him for sinusitis with Ceftin, Flonase and Mucinex.

On 04/15/2015, infectious disease specialist Stephen Waller, M.D. for evaluation of possible infectious etiologies responsible for his recent abnormal brain SPECT imaging study, short-term memory loss, anxiety, paranoia and lack of mental clarity. Dr. Waller reviewed his RMSF testing and he noted there was no preceding history of fevers, chills or night sweats. He noted a peripheral blood smear was also obtained which was negative for Babesiosis. He proceeded to outline Mr. Parker's medical history. He specifically noted his long-term memory was intact. Mr. Parker's examination was unremarkable. Dr. Waller noted no evidence of Lyme disease and he indicated the RMSF testing probably reflected cross-reactivity with other rickettsial species. He also noted Mr. Parker's mental status was essentially normal. He noted the abnormal brain

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 14

SPECT imaging was of unclear significance. He did not recommend a lumbar puncture or other workup for meningitis or encephalitis. He also opined Mr. Parker had no clinical evidence of tick-borne illness. He was concerned Mr. Parker had a component of anxiety or other psychological issues that might be contributing to his symptoms. He stated it was not clear that he was deriving any significant benefit from the 24 different supplements and vitamins he was currently taking. He recommended a neuropsychological evaluation.

On 05/12/2015 and 05/13/2015, he returned to see Dr. Pfuetze due to a worsening sinus condition. Other than appearing "weak and ill", Dr. Pfuetze noted no abnormal findings including pulmonary-related. **Sinus x-rays** showed mild maxillary sinusitis on the right and advanced maxillary sinusitis on the left. **Spirometry** was normal. An **exhaled nitric oxide level** was improved to 79 from 57. His previous high was 169 indicating significant small airway eosinophilic inflammation consistent with asthma. His assessment was **asthma** in addition to seasonal allergies and sinusitis. He prescribed Xolair injections.

Laboratory studies from 05/13/2015 included normal total serum IgM and IgA levels and an elevated IgE level of 642 (reference range 0-100). Vitamin D was normal. Tetanus antitoxoid and pneumococcal antibodies were present.

On 06/04/2015, Dr. Ellis performed **bilateral endoscopic total ethmoidectomy, bilateral maxillary antrotomy with tissue removal, bilateral sphenoidectomy and bilateral frontal sinus duct exploration**. Intraoperative cultures were negative for aerobic and anaerobic bacteria and fungi. AFB culture and smear was negative. Mr. Parker reported improved smell and taste following the procedure.

On 06/23/2015, Dr. Ellis performed bilateral endoscopic nasal debridement.

On 07/25/2015, Dr. Fuhrmann authored a second memorandum in which he opined the claimant had shown significant improvement in his overall central nervous system (CNS) issues with memory and other symptoms such as fatigue and weakness. He further noted that the claimant recently indicated his sinus symptoms had returned was inconsistent with the most recent examination conducted by Dr. Ellis who noted significant improvement in the claimant's overall symptomatology. He opined that Mr. Parker was capable of carrying out full-time sedentary activities. On 07/28/2015, he saw Dr. Ellis for congestion. He was not having any allergic symptoms. He was restarted on nasal steroids.

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 15

On 08/19/2015, he returned to see Dr. Waller to re-address his ongoing sinus problems. His examination was remarkable for only an erythematous rash on his arms which was consistent with contact dermatitis. Dr. Waller noted his recurrent rhinosinusitis with polyposis without evidence of ongoing infection. He was encouraged by his clinical response to nasal steroids as Mr. Parker reported significant improvement. Dr. Waller attributed his elevated serum IgE to his recurrent rhinosinusitis. He did not recommend any antimicrobial treatment. He was re-referred to neuropsychology as he had not yet had the recommended evaluation. Dr. Waller noted he had previous sleep studies which showed no evidence of obstructive sleep apnea but did show restless legs syndrome (RLS) which had since resolved. He recommended a regular aerobic exercise program.

On 08/31/2015, he saw family and environmental medicine physician James Seberger, M.D. at which time he reported a tick bite in 1992 after which he developed flu-like symptoms and took doxycycline. His symptoms resolved after treatment but in 2009, he started to notice "strange things" including loss of control in his left leg, increased migraines and dizziness in response to many foods and a feeling as if he was going to pass out. The remainder of his history was well chronicled above. Mr. Parker also reported possible mold exposure at work and to a pile of magazines that had mold in the den where he worked at home. He then started noticing symptoms of sinus congestion and dizziness. Dr. Seberger opined he had a **chronic mold infection with ochratoxin poisoning**. He prescribed continued infrared sauna treatments and glutathione, sulfur 30 C, Zinc-carnitine, Welchol, vitamin D3 and K2 in addition to other supplements.

On 09/08/2015, he saw Dr. Pfuetze who noted improvement in his asthma since starting Xolair injections to the point he was no longer taking Advair or an albuterol inhaler. He also reported his seasonal allergies and sinus problems were well controlled. However, he reported his food allergies continued to be a problem. **Spirometry** performed during this office visit was normal.

On 09/28/2015, he saw endocrinologist Andrew Green, M.D. for evaluation of low testosterone and elevated IGF-1. He noted Mr. Parker had been treated by Dr. Brown with a bioincidental troche containing testosterone. His weight was up to 173.4 pounds and his height was 72 inches. His examination was unremarkable. Dr. Green opined he was not clinically hypogonad and suspected the low testosterone levels could be due to weight loss and illness. The elevated IGF-1 level had to be confirmed but his brain MRI excluded anything larger than a very small pituitary tumor.

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 16

Laboratory studies from 09/29/2015 included a normal estradiol level, borderline elevated IGF-1 level of 210 (reference range 61-200), undetectable normal serum growth hormone level, normal total testosterone, low normal ferritin, normal FSH and LH, normal prolactin, normal 24 hour urine 5-HIAA level, normal CMP and normal CBC.

On 10/12/2015, he returned to see Dr. Green who noted he had a minimally elevated IGF-1 which could not explain his chronic flu-like symptoms and weight loss. Growth hormone was undetectable so there was no indication for OGTT for glucose suppression. His laboratory results were otherwise unremarkable and carcinoid syndrome was ruled out. He noted the results ruled out hypogonadism and any obvious endocrine dysfunction.

On 10/13/2015, he saw Dr. Pfuetze for increased problems with asthma requiring him to resume use of Advair and an albuterol inhaler. He had no indication of respiratory infection. His nasal polyps and sinus symptoms were well controlled.
His weight was holding steady and although he felt better, Mr. Parker indicated he was still far away from being able to return to full-time work. **Spirometry** was again normal. Dr. Pfuetze's impression was moderate persistent asthma.

On 12/22/2015, he saw allergy, immunology and rheumatology specialist Selina Gierer, D.O.  Most if not all of his laboratory testing results were outlined which is reflected above in this report. Additional results included: Skin testing from 05/20/1996 was positive for dust, dog, cat, trees, grasses, weeds, gerbil, hamster and molds in addition to egg, wheat, peanut, fish, corn, soy, tomato and negative for beef, mild orange, cottonseed, celery and chocolate. IgE testing on 08/05/2012 was negative for beta lactoglobulin, chocolate, egg white, orange, soy and whey. There were positive results for corn, milk, peanut and tomato. His examination was essentially remarkable for only pharyngeal cobblestoning. There was no sinus tenderness of other findings to suggest active rhinosinusitis. His mood, affect and mental status as well as cardiopulmonary, abdominopelvic, musculoskeletal and neurological examinations were normal. Laboratory studies from this office visit including C-ANCA, P-ANCA, Proteinase 3 and myeloperoxidase antibodies were negative and a tryptase level was normal.

**Dr. Gierer opined his chronic fatigue and malaise** certainly did not appear to be from an infectious, autoimmune, autonomic, hematologic, neurologic, nutritional or immunodeficiency mediated disease based on an extremely extensive evaluation by multiple physicians. Many of the tests were repeated without change.

With respect to his purported drug allergies, she opined the nature of his "reactions" were not typical of IgE-mediated reactions. With respect to his recurrent sinusitis, she

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 17

noted the procedures performed by Dr. Ellis resulted in improved breathing and sense of smell. She recommended he continued with budesonide nasal spray. She found no evidence of autoimmune vasculitis including granulomatosis with polyangiitis and other variants. She was not certain if additional "allergy shots" would be helpful but deferred to Dr. Pfuetze.

With respect to his reported food allergies and intolerances, she noted that up until four years ago, he had a broad diet. His food IgE and SPT testing had been intermittently positive and negative, even to the same foods. She was concerned with his nutritional status but he was unwilling to make any other changes to his diet, but acknowledging these were food intolerances as opposed to definite allergies.

With respect to his seasonal allergic rhinitis, she noted his report that antihistamines worsened his allergy symptoms. She advised he avoid any "triggering" chemicals. With respect to his GERD, she noted he was intolerant of PPIs and he was taking an H2 blocker as needed. She had no other recommendations in this regard.
There was no mention of asthma or other respiratory issues. She noted various laboratory testing from Genova including cytokine stimulation testing and other hormone levels which she was unable to interpret or know the clinical applicability of the results.

Lastly, she noted that "Unfortunately, given this extensive evaluation, medication/food intolerances, I feel that Mayo may be correct in saying 'he has adopted the stance that any medication that he takes causes an extreme reaction and that makes it difficult to thing about ways that we might treat him. At the end of the day, if all tests are turning up normal, he may want to consider a second opinion from one of our psychiatrists."

On 12/22/2015, Caleb Pearson, Psy.D. conducted a **neuropsychological evaluation** in which he opined Mr. Parker's performance was largely unremarkable except for some mild relative impairment on tests of verbal fluency which may or may not have any clinical significance. His phonetic and semantic verbal fluency deficits were felt to correlate with areas of decreased uptake on SPECT but those findings could have also represented normal intra-individual variability in performance as well.

He opined his complaints sounded to be attentional in nature and were probably related to his moderate depression and anxiety. He further opined that somatoform disorder should also be considered on the differential if all other potential etiologies for his symptoms were ruled out. Otherwise, his complaints could be the result of physical symptoms such as fatigue, excessive daytime drowsiness, etc. He recommended increased physical activity and consideration of cognitive behavioral therapy.

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 18

On 01/06/2016, he was evaluated by family medicine, integrative and holistic medicine physician Keith Berndtson, M.D. Review of his profile on his practice's website revealed claims that he was certified by Ritchie Shoemaker, M.D. to "help genetically susceptible patients address the chronic inflammatory response syndrome caused by mold toxins found in water-damaged buildings." His profile also indicated he had special training in Lyme disease and other tick-borne infections. In a letter dated 01/07/2016, he noted Mr. Parker had a history of multiple tick bites yet only the first one of those bites was followed by antibiotic treatment consisting of four weeks of doxycycline in 1992. He noted that Lyme bacteria were pleomorphic, existing in the active spirochete form or in dormant forms which are "known to reactivate in response to certain chemical signals." He opined that Mr. Parker met CDC criteria for Lyme disease but clinically, he presented with symptoms that were highly consistent with the late dissemination stage of Lyme disease. He further opined this was contributing to his current disability and his plan included a systemic treatment regimen for this condition once he stabilized his "cardiac dysrhythmia and chronic nausea."

He noted that in addition to untreated, disseminated Lyme disease, his multisymptom, multisystem illness included CIRS but he could not distinguish whether his abnormal innate immune system inflammation markers were driven by Lyme or by prior exposures to toxic mold, or both.

He opined that Mr. Parker has been and continued to be disabled by recurrent flu-like symptoms with flushing, chills and sweats; he gets headaches and bouts of tachycardia and irregular heart rhythms and that his anxiety and panic alone were disabling. He opined that both were driven by neuroinflammation and that they were nonresponsive to medications, psychological counselling and other methods. In summary, he opined that Mr. Parker remained totally and absolutely disabled by a complex combination of disseminated Lyme disease and CIRS and that he had to stop working on 05/15/2014 because of the severity of his various symptoms. Lastly, he opined these conditions were treatable and with approximately two years of aggressive treatment, Mr. Parker might be able to return to work.

In a letter from family medicine physician and purported Borreliosis specialist Charles Crist, M.D. dated 01/14/2016, he stated that Mr. Parker had an autoimmune disease based on his positive ANA test. He noted his aldosterone hormone level was insufficient, his lead level was high and his brain had decreased blood flow based on an abnormal SPECT scan. He also noted he had low metabolism, hypercoagulation, low testosterone levels and an elevated tiglyglycine level, the latter of which was purported to be a marker for mitochondrial dysfunction. He opined the multitude of his various diagnoses

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 19

could easily explain his ongoing symptoms which were organic in nature, thus it was reasonable for him to receive long-term disability benefits.

In a letter from Dr. Seberger to Mr. Parker's attorney dated 01/22/2016, he stated that Mr. Parker very clearly had one of the most extreme mold infections that he had ever seen with very definitive proof in his laboratory results of toxic levels of Ochratoxin detected in his urine. He further noted that his other laboratory values very clearly showed a high level of mold infection. In addition, he opined the mold infection was also in his brain based on the presence of hyperreflexia which indicated upper motor neuron damage. He noted that while "we are reducing the effects of this infection he continues to have symptoms related to this. Because mold is a slowly growing organism this process takes time. In addition, he may have infection and clearly does have cerebral effects from this infection, which will take a significant amount of time and treatment to overcome, if at all if they can be overcome." He did not believe Mr. Parker will be able to return to work even on a part-time basis for the foreseeable future, if at all.

PEER-TO-PEER DISCUSSION, KEITH BERNDTSON, M.D.

The first attempt to contact Dr. Berndtson was made on 03/23/2016 at 2:55 p.m. EST. A message was left with Sheri asking that Dr. Berndtson return the call. No call was received. A second attempt to contact him was made on 03/24/2016 at 10:50 a.m. EST. Sheri said Dr. Berndtson would return the call after 3:00 p.m. No call was received. A third attempt was made on 03/28/2016 at 1:50 p.m. EST. A message was left with Shari for De. Berndtson to return the call.

PEER-TO-PEER DISCUSSION JAMES SEBERGER, M.D.

The first attempt to contact Dr. Seberger was made on 03/23/2016 at 2:57 p.m. EST. A message was left with Natalie asking that Dr. Seberger return the call. No call was received. A second attempt was made on 03/24/2016 at 11:04 a.m. EST. Natalie said that Dr. Seberger was not in the office today. A third attempt was made on 03/28/2016 at 1:52 p.m. EST. Natalie said that Dr. Seberger was out of the office until Wednesday, March 30, 2016.

REVIEW OF IMAGING STUDIES:
*Brain*
1. **Brain MRI** with and without contrast from 05/16/2014 showed no intracranial abnormality. This included the cranial nerves, leptomeninges and orbits. There

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 20

was minimal maxillary and ethmoid sinus mucosal thickening and a tiny right maxillary sinus air-fluid level.

2. **Cerebral cortical SPECT perfusion mapping** on or around 12/22/2014 showed mildly decreased perfusion in the inferior frontal lobes and moderate to marked decreased perfusion in the bilateral temporal lobes, greater on the left.

*Sinuses*

1. **Sinus CT** from 08/13/2014 showed extensive bilateral, ethmoid, frontal and maxillary sinus inflammatory disease as well as trace sphenoid sinus inflammatory change.
2. **Sinus x-rays** from 05/12/2015 showed mild maxillary sinusitis on the right and advanced maxillary sinusitis on the left.

Diagnostic Studies:

*Pulmonary*

1. **Spirometry** from 05/12/2015, 09/08/2015 and 10/13/2015 was normal.
2. **Exhaled nitric oxide study** from 05/12/2015 showed evidence of significant small airway eosinophilic inflammation consistent with asthma.

*Neurological*

**EMG/NCV study** of the left upper extremity from 05/27/2014 was normal.

Operations:

1. Bilateral endoscopic maxillary antrotomy with debridement, total ethmoidectomy, sphenoidectomy and frontal sinus duct exploration on 08/21/2014.
2. Bilateral nasal endoscopy with debridement on 09/05/2014 and 06/23/2015.
3. Bilateral endoscopic total ethmoidectomy, maxillary antrotomy with tissue removal, sphenoidectomy and frontal sinus duct exploration on 06/04/2015.

Reported Diagnoses:

***Rheumatological/Immunological/Allergy***

1. Chronic inflammatory response syndrome (CIRS)/sick building syndrome
2. Chronic fatigue syndrome (CFS)
3. Fibromyalgia
4. Multiple chemical sensitivities (MCS)
5. Seasonal allergies

***Infectious Disease***

1. Chronic disseminated Lyme disease with neurological involvement
2. Chronic mold infection with ochratoxin poisoning

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 21

**Endocrine**
1. Metabolic syndrome pre-diabetes
2. Hypogonadism with low testosterone
3. Dyslipidemia
4. Adrenal and other unspecified endocrine insufficiency

**Gastrointestinal**
1. Irritable bowel syndrome (IBS)
2. Gastroesophageal reflux disease (GERD)
3. Candida esophagitis;
4. Fungal and bacterial intestinal overgrowth

**ENT**
Chronic recurrent polypoid rhinosinusitis

*Neurological*
1. Cognitive disorder
2. Migraine headaches
3. Hypertropia (strabismus) in the left eye suggestive of 4th cranial nerve palsy
4. Resolved restless legs syndrome (RLS)

**Pulmonary**
Asthma

**Mental Health**
1. Dysthymic disorder
2. Chronic adjustment disorder with anxiety.

DISCUSSION OF WATER DAMAGED BUILDING ILLNESS:

Humans are constantly exposed to fungi, or molds, usually without suffering harm to health. However, in some instances inhalation of sufficient numbers of mold spores can trigger symptoms of asthma, rhinitis or bronchitis [1]. Respiratory illness associated with the building environment is often referred to either as Sick Building Syndrome [SBS] (i.e. building related symptoms), Water Damaged Building sickness (WDB) or Building Related Illness (BRI) [1]. For many, the difference between SBS, BRI and WDB related illness is unclear and the entities overlap [1].

Several complaints, with many anecdotes have been offered regarding illnesses associated with these buildings. Several categories of these illnesses have been reported; such as specific illnesses; standard infectious diseases such as tuberculosis or legionellosis; allergic reactions to indoor allergens such as dust mites, plant products, or fungal products; irritation due to (volatile) chemicals released from the environment; carbon monoxide poisoning related to recirculation of cigarette smoke or exhaust fumes [1].

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 22

The non-specific illnesses are associated with a diverse group of work-related symptoms that include irritation of the skin, mucous membranes (mouth, nose, and throat), headache, fatigue, and difficulty concentrating. Furthermore, various risk factors have been associated with increased rates of these complaints: younger age, female sex, cigarette smoking, and type of work (e.g., working near a photocopier), level of office crowding, presence of carpets, and type/volume of ventilation [1].

SBS or WDB represents a poorly defined set of symptoms (often sensory) that are attributed to occupancy in a building. Investigation generally finds no specific cause for the complaints, but they may be attributed to fungal growth if it is found.

The potential role of building-associated exposure to molds and associated mycotoxins has been investigated, particularly in instances when *Stachybotrys chartarum (*aka *Stachybotrys atra)* was identified [2, 3, 4, and 5].

*Toxic Effects of Fungi*
Molds are common and important allergens. About 5% of individuals are predicted to have some allergic airway symptoms from molds over their lifetime [6, 7, 8,9,10, and 11].

However, it should be remembered that molds are not dominant allergens and that the outdoor molds, rather than indoor ones, are the most important [6, 7, 8, 9, 10, and 11]. Serious veterinary and human toxicity has been documented following ingestion of foods heavily overgrown with molds. In agricultural settings, inhalation exposure to high concentrations of mixed organic dusts — which include bacteria, fungi, endotoxins, glucans, and mycotoxins — is associated with organic dust toxic syndrome, an acute febrile illness [5, 6, 7, 8, 9].

The present concern in some quarters over human exposure to molds in the indoor environment derives from a belief that inhalation exposures to mycotoxins can cause numerous and varied, but generally nonspecific symptoms. Current scientific evidence does not support the proposition that human health has been adversely affected by inhaled mycotoxins in the home, school, or office environment [12].

*Biomarkers*
For biologic agents, few biomarkers of exposure or dose have been identified, and their validity for exposure assessment in the indoor environment is often unknown. Testing to determine the presence of immunoglobulin E (IgE) to specific fungi might be a useful

AR 959

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 23

component of a complete clinical evaluation in the diagnosis of illnesses (e.g., rhinitis and asthma) that can be caused by immediate hypersensitivity [13, 14, 15, and 16].

Testing is usually done by in vitro tests for serum specific IgE, or by skin prick or puncture tests. Detection of immunoglobulin G (IgG) to specific fungi has been used as a marker of exposure to agents that might cause illnesses such as hypersensitivity pneumonitis [14, 15 and 16]. However, the ubiquitous nature of many fungi and the lack of specificity of fungal antigens limit the usefulness of these types of tests in evaluating possible WDB and fungal exposure [15, 16, and 17]. Specific serologic tests (e.g., tests for cryptococcal antigen, Coccidioides antibody, and *Histoplasma* antigen) are useful in the diagnosis of some fungal infections.

The routine clinical use of immunoassays as a primary means of assessing environmental fungal exposure or health effects related to fungal exposure is not recommended [17]. Health-care providers whose patients express concern about the relation between symptoms and possible exposure to fungi are advised to use immunoassay results with care and only in combination with other clinical information, including history, physical findings, and other laboratory results [17].

*Complement Fragments C4a Marker*
The complement system is a group of plasma and membrane proteins sequentially activated via proteolytic cleavages to defend against microbial infections [18, 19].
*Detection of mycotoxins in humans*
Several chemical and biological detection systems exist for the determination of mycotoxins. Although these methods are useful for the determination of mycotoxin quantity, they lack specificity.  These methods include thin layer chromatography and immunological assays.  The presence of mycotoxins in the blood, serum, or urine does not necessarily reflect inhalation exposure and more often than not represent mycotoxins consumed in foodstuffs [69].

It has three critical physiologic activities: (i) defending against microbial infections by triggering the generation of a membrane complex (C5b9 complex) at the surface of the pathogen and C fragments (named opsonins, i.e., C1q, C3b and iC3b) which interact with C cell surface receptors (CR1, CR3 and CR4) to promote phagocytosis. Soluble C anaphylatoxins (C4a, C3a and C5a) greatly control the local pro-inflammatory response through the chemotaxis and activation of leukocytes; (ii) bridging innate and adaptive immunity (essentially through C receptor type 2, CR2, expressed by B cells) and (iii) disposing of immune complexes and the products of the inflammatory injury (toxic cell debris and apoptotic corpses) to ensure healing of the host [18].

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 24

*Visual Contrast Sensitivity*
This is a portable physiologic test, which measures the ability to visually discriminate among white, black, and gray." VCS abnormalities are so widespread and nonspecific as to have limited usefulness as a biomarker for any particular condition (especially in the absence of industrial hygiene or environmental documentation regarding the source of exposure); and b) there is no evidence that VCS deficits have been observed in persons with current active Possible Estuary-Associated Syndrome (PEAS) verified by accepted, objective tests [20, 21, 22].

Swinker and Burke concluded that the anecdotal and unsubstantiated nature of the reports in the paper by Shoemaker and Hudnell as well as the tremendous amount of medical research yet to be done before VCS as a biomarker can be advocated.

*Cholestyramine*
Cholestyramine helps reduce cholesterol (fatty acids) in the blood. High cholesterol is associated with an increased risk of heart disease and atherosclerosis (clogged arteries). Cholestyramine is used to lower high levels of cholesterol in the blood, especially low-density lipoprotein (LDL) ("bad" cholesterol).

*Claims with Alleged exposure to Water Damaged Building with Non- specific Causation*
Human health related complaints have been made regarding water damaged building from those occupying the buildings. These complaints have ranged in severity from odor, specific symptoms such as allergy, respiratory symptoms and non-neurotoxin symptoms have implicated molds and its toxins as potential causative agents. The application of scientific methods addressing causation is necessary to determine if these claims have any validity. This report will introduce used universally scientifically acceptable criteria that can be used by to assess causation in health claims involving potential exposure to biotoxins. Causation criteria including Koch's postulates, the Bradford Hill criteria, and concepts from risk assessment will be introduced and applied.

*Epidemiologic Causation*
A critical element in evaluating claims associated with alleged exposure to mold is whether the exposure caused the disease. Causation may be thought of as a chain of events that links an injury to toxic substance or pathogen exposure. This chain must not be broken for causation to be demonstrated. In evaluating for causation for a specific injury or illness, analysts usually, should start by evaluating the illness and then determining whether the subject was actually exposed to the agent of concern [23, 24]. The exposure analysis should be based on biomonitoring, dosimetry, environmental monitoring, mathematical modeling, questionnaires, or a combination of these methods.

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 25

Once it has been determined that exposure has occurred; toxicology, microbiology NS epidemiology review should be conducted to determine if a health hazard exists [23, 24, and 25]. The existence of a health hazard is then linked to the exposure through risk assessment concepts such as dose-response quantification.

Finally, confounding causes of the illness are investigated. Only when exposure has occurred at a level sufficient to elicit an adverse health effect that is not explainable by other causes can the exposure is causally linked to the disease. In 1965, Sir Bradford Hill developed the first general criteria for evaluating causation in epidemiologic studies [23]. Since then consensus criteria have evolved in the scientific literature [24], for evaluating claims of causation.

These criteria are summarized into these general principles for assessing causation in individuals:

_Hazard identified/qualitative toxicology_**:** Is a chemical (or microorganism) capable of causing the alleged disease in the person claiming damage?

Certain common molds can produce metabolites with a wide range of toxic activities such as antibiotic (e.g., Penicillium), immune-suppressive (e.g., cyclosporine), carcinogenic (e.g., Aflatoxins), emetic, and hallucinogenic (e.g., ergot alkaloids) [14, 26, 27, 28]. Mycotoxins are fungal metabolites that poison humans and animals.

Although ingestion is the most common route of exposure, inhalation and dermal contact also are exposures of concern [14, 26, 27, and 28]. Mycotoxin production is dependent not only on species and strain of mold, but also on environmental conditions (e.g., temperature, water activity, light) and growth substrate [26, 27]. Thus, the presence of toxin-producing mold species does not necessarily indicate whether mycotoxins are present. Some species of fungi, including some molds, are known to be capable of producing secondary metabolites, or mycotoxins, some of which find a valuable clinical use, e.g., penicillin, and cyclosporine. Almost all of the known effects of mycotoxin exposures are attributable to ingestion of contaminated food. Health effects from inhalational exposures to toxins are not well documented.

_Exposure and Dose Response_: Did the person claiming the disease contact the hazardous chemical (or pathogenic microorganism) at a sufficient level (duration, frequency, intensity) to result in an injury?

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 26

Exposure assessment is usually a critical step in determining whether persons are exposed to a hazard at a level that could have an adverse health effect. The mere presence of a chemical or biologic hazard in the environment is insufficient to create a public health hazard.

The contaminant must be present in an environmental medium (e.g. air, water, food, and dust) that allows it to come in contact with persons and move along a biologic pathway (e.g., inhalation, ingestion, and absorption). In addition, the concentration of the contaminant must be sufficient to create a biologic response that leads to an adverse health outcome. Mold and its spores exist in damp materials. Disturbing mold releases potentially hazardous particulates into the air, which can be inhaled. Although molds also might directly attack the skin or openings in the skin, the most common route of exposure is through the air and into the body by inhalation. Environmental sampling for molds has limited value [15].

Case studies of agricultural and remediation workers have described adverse health effects such as skin irritation, skin necrosis, cough, rhinitis, and nasal exudates after inhaling or touching materials with fungal contamination [29, 30, 31, 32].

Whether these effects resulted from exposure to mycotoxins or from a general overload of organic material are unknown. No commercial clinical diagnostic tools are available to determine whether a person's health effect is related to exposure to mycotoxins. Because of the lack of information about non-ingestion mycotoxin exposure and adverse health effects in humans, precautions should be taken when handling heavily contaminated building materials.

Recent critical reviews of the literature [33, 35, 26, 37, 38, 39, 40], concluded that indoor airborne levels of microorganisms are only weakly correlated with human disease or building-related symptoms and that a causal relationship has not been established between these complaints and indoor exposures to S. chartarum.

*Time course of disease:* Was exposure temporally related to the injury given appropriate considerations of disease latency?

Detection of immunoglobulin G (IgG) to specific fungi has been used as a marker of exposure to agents that might cause illnesses such as hypersensitivity pneumonitis [14, 17]. However, the ubiquitous nature of many fungi and the lack of specificity of fungal antigens limit the usefulness of these types of tests in evaluating possible building-related illness and fungal exposure [14, 17].

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 27

Specific serologic tests (e.g., tests for cryptococcal antigen, Coccidioides antibody, and *Histoplasma* antigen) are useful in the diagnosis of some fungal infections. The routine clinical use of immunoassays as a primary means of assessing environmental fungal exposure or health effects related to fungal exposure is not recommended. The use of immunoassay results should be done only in combination with other clinical information, including history, physical findings, and other laboratory results [17].

*Confounders/differential diagnosis:* Are there possible alternative causes for the disease?
Brauer, et al. (2008) concluded that there is a risk of reporting bias when assessing non-specific symptoms. Thus, many of the associations found in previous cross-sectional studies on SBS symptoms and indoor environment factors may possibly be explained by reporting bias [41]. According to CDC, *Stachybotrys chartarum* (*Stachybotrys atra*) and other molds may cause health symptoms that are nonspecific. At present there is no test that proves an association between *Stachybotrys chartarum* (*Stachybotrys atra*) and health symptoms [42].

*Analysis of scientific plausibility:* Do toxicological, epidemiologic, microbiological, chemical data present an internally consistent and coherent view of the disease?
Recent critical reviews of the literature [33, 35, 26, 37, 38, 39, 40], concluded that indoor airborne levels of microorganisms are only weakly correlated with human disease or building-related symptoms and that a causal relationship has not been established between these complaints and indoor exposures to *S. chartarum*.

According to American College of Occupational and Environmental Medicine (ACOEM) except for persons with severely impaired immune systems, indoor mold is not a source of fungal infections; scientific evidence does not support the proposition that health is adversely affected by inhaled mycotoxins. Review of literature of water damaged building illnesses by the Institute of Medicine (IOM) found inadequate evidence for a link between exposure to damp indoor environments and molds with a variety of conditions that have been attributed to toxicity [26].

Mold growth in the home, school, or office environment should not be tolerated because mold physically destroys the building materials on which it grows, mold growth is unsightly and may produce offensive odors, and mold is likely to sensitize and produce allergic responses in allergic individuals. Except for persons with severely impaired immune systems, indoor mold is not a source of fungal infections. Current scientific evidence does not support the proposition that human health has been adversely affected by inhaled mycotoxins [10].

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 28

**Clinical Associated Treatment of Patients with Alleged Water Damaged Building Illness**
Scientific claims require careful analysis, and some at times in the end turn out to be violations of logic or of common sense (e.g., contradiction, unwarranted conclusion or attribution of causation, inappropriate extrapolation, circular reasoning, and pursuit of a trivial question) rather than violations of abstruse principles. Many problems arise from failure to apply available, specific knowledge. The authors failed to apply relevant basic scientific principles, have not considered a likely methodological uncertainty, have failed to recognize confounding factors, have not considered appropriate statistical power.

In this report, we would be applying the National Institute of Health guidelines for evaluation of clinical research; the Evidence criteria developed by the U.S. Preventive Services Task Force (USPSTF); and the Agency for Healthcare Research and Quality (AHRQ) methodological assessment criteria for diagnostic interventions and American College of Occupational Medicine (ACOEM) practice guidelines [43, 44, and 45].

*Literature analysis*
- Use caution when interpreting past studies; consider study age, source, and quality, historical changes in test agents, background influences, participant characteristics and heterogeneity, and intervention adherence and frequency of its assessment.
- Acquire information from previous studies on product characterization, stability, and analytical methods used to determine product integrity.
- Use preclinical and epidemiological data only if they are predictive of human response in the proposed study population.
- Use data from studies that investigated products relevant to the proposed health outcome of interest.

Discussion Of Lyme Disease

Lyme disease (LD) is caused by a bacterium, Borrelia burgdorferi that is transmitted to a person through the bite of an infected deer tick (Ixodes scapularis). Symptoms of Lyme disease include the formation of a characteristic expanding rash known as bull's-eye rash (erythema migrans) at the site of a tick bite 3-30 days after exposure. This rash occurs in 80% of patients. Fever, headache, joint and muscle pains, and fatigue are also common during the first several weeks. Later features of Lyme disease can include arthritis in one or more joints (often the knee), Bell's palsy and other cranial nerve palsies, meningitis, and carditis (AV block). Lyme disease is rarely, if ever, fatal.

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 29

Many of the manifestations of this disease are caused by active infection by the spirochete; others may be driven by immunopathogenetic mechanisms. Although any part of the body can be affected, after entering the circulation, the organism shows a distinct tropism for the skin, heart, central nervous system (CNS), joints, and eyes. Spirochetes have also been demonstrated histologically in bone marrow, the spleen, lymph nodes, the liver, testes, and the placenta during early hematogenous dissemination.

The clinical manifestations generally follow 3 stages of disease progression: early localized, early disseminated, and chronic disseminated. All are potentially curable with antibiotic therapy. The infection progresses to disseminated disease in approximately 50% of untreated patients.

**Stage 1 of disease progression**
Once *B burgdorferi* is injected into the host, patients may clear the infection without developing any manifestations, as demonstrated by patients who are asymptomatic but seropositive.

Early localized Lyme disease refers to isolated erythema migrans and patients who present with an undifferentiated febrile illness.

Erythema migrans may be asymptomatic or it may itch or burn. It often occurs at or near the site of the tick bite, which may be an area not normally visualized by individuals, such as the axilla, groin, or popliteal areas. Most patients present with a characteristic expanding rash at the site of the tick bite 7-14 days after the tick is removed. The rash may not be observed until it is already full size.

**Stage 2 of disease progression**
*B burgdorferi* spreads throughout the body and produces symptoms by direct invasion (e.g., erythema migrans), particularly in the early stages of the disease. Because growing *B burgdorferi* is difficult, confirming that the organism is actually present in a specific organ that may be involved in Lyme disease is also difficult. The inflammatory response to *B burgdorferi* in the skin is probably the explanation for multiple lesions of erythema migrans, as almost all patients with multiple lesions are seropositive, regardless of duration.

Antibodies against spirochetal protein membrane epitopes have been shown to cross-react with neural and connective tissues. This molecular mimicry possibly generates an

AR 966

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 30

autoimmune inflammatory reaction. The pathophysiology of early versus late manifestations of the disease is similar to that seen with syphilis.

Early studies showed that in roughly 10% of patients with isolated erythema migrans and no systemic symptoms, *B burgdorferi* or its DNA, can be detected in the bloodstream. In addition, early in the course of disease and while erythema migrans still is present, spirochetal DNA has been detected in cerebrospinal fluid (CSF), indicating early CNS penetration. This can occur even in the absence of neurologic symptoms.
Importantly, one study found that if large-volume cultures (9 mL of plasma) were performed in early presenting patients with erythema migrans, 93 (43.7%) of 213 had spirochetemia. Some of these patients had only isolated erythema migrans and no systemic symptoms.

The organism also can persist in the skin for very long periods. Experimentally, the spirochete can penetrate human fibroblasts and live intracellularly, even when the extracellular medium contains ceftriaxone at concentrations well above bacteriocidal levels. Although intracellular organisms have never been demonstrated in vivo, this may be one mechanism by which the organism eludes host defense mechanisms. Clinically, *B burgdorferi* has been cultured from skin lesions of patients with acrodermatitis chronica atrophicans 10 years after initial infection.
Early disseminated disease refers to the secondary (usually hematogenously spread) skin lesions and to the extracutaneous manifestations that occur during the initial weeks to months of infection. Symptoms related to this stage occur in at least 50% of all untreated patients.
One or more organ systems become involved as hematologic or lymphatic spread disseminates spirochetes to distant sites. Musculoskeletal and neurologic symptoms are the most common; less common symptoms are cardiac disturbances such as dizziness, syncope, dyspnea, chest pain, and palpitations. Fibrinous pericarditis has also been described.

Intermittent inflammatory arthritis often begins as a migratory polyarticular process involving bursae, tendons, and joints, which evolves over 1-2 days into a monoarticular process involving the knee, ankle, and wrist, in decreasing frequency. When asked about their symptoms after they have resolved, patients with Lyme disease are less likely to remember those symptoms that occurred before the monoarthritis. Polyarticular episodes may also occur.

In two thirds of patients, the first episode occurs within 6 months of the erythema migrans lesion. Untreated, the episodes last approximately 1 week. Two thirds of patients have 3 recurrences approximately 2.5 months apart. The recurrences are more

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 31

likely to involve more than one joint than the initial event. With time, these episodes become less frequent and severe and involve fewer joints. Even without treatment, the recurrent episodes resolve over a 10-year period.

Some patients may present with intermittent joint pain without inflammatory findings. This is more common in Europe, where arthritis was not recognized as a manifestation of Lyme disease until the early reports from the United States.

Patients with Borrelia lymphocytoma report a bluish red nodular swelling that is almost always on the lobe of the ear or the areola of the nipple. Occasionally, Borrelia lymphocytoma lesions occur on the scrotum, nose, and extremities. Nipple lesions tend to be painful, possibly because of rubbing against clothing. Erythema migrans may occur simultaneously with Borrelia lymphocytoma, which indicates that Borrelia lymphocytoma can occur very early in the disease course.

Neurologic involvement, also known as Lyme neuroborreliosis, is reported in 5-20% of cases. In the United States, cranial neuropathy (usually of cranial nerve 7) is the most common manifestation of early neurologic Lyme disease. When meningitis is involved, symptoms usually occur 2-10 weeks following infection. Headache, neck pain or stiffness, and photophobia typically indicate meningeal irritation.
*Borrelia* encephalopathy most commonly manifests as a mild confusional state accompanied by disturbances in memory, concentration, mood, sleep, personality, and/or language occurring months to years after the infection. Depression and irritability are also common.

## Stage 3 of disease progression
*B burgdorferi* induces an immune response that may lead to symptoms in various organs, with little evidence of bacterial invasion. Studies of Lyme arthritis have shown that the arthritis is associated with certain immunologic factors, including the production of proinflammatory cytokines and the formation of immune complexes, and genetic factors, such as human leukocyte antigen (HLA)–DR4 and HLA-DR2.

Patients with HLA haplotype DR4 or DR2 and antibodies to OspA and OspB proteins in their joint fluid may be more susceptible to long-term arthritis than persons without these characteristics. The presence of these genes is related to the development of autoimmunity in the joint, which can lead to persistent inflammation even after the spirochete is apparently eradicated.

Animal studies have suggested a primary role of astrocytes and microglial cells in the pathogenesis of neuroborreliosis. Interleukin 6 (IL-6) production by astrocytes and

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 32

subsequent oligodendrocyte apoptosis have been proposed as mechanisms of cell injury.

Late or chronic Lyme disease refers to manifestations, primarily rheumatologic and neurologic, that occur months to years after the initial infection. The neurologic abnormalities are apparent in both the central (CNS) and peripheral (PNS) nervous systems. Typical presentations of late-stage neurologic Lyme disease include subacute encephalopathy, chronic progressive encephalomyelitis, and late axonal neuropathies, as well as symptoms consistent with fibromyalgia.

*Borrelia* encephalomyelitis is a rare but severe and slowly progressive syndrome that occurs in late disseminated disease. Symptoms can progress gradually or in a relapsing-remitting pattern, with partial improvement after the attacks. The most common clinical manifestations of *Borrelia* encephalomyelitis are hemiparesis, ataxia, seizures, cognitive impairment, bladder dysfunction, and hearing loss. Myelitis is present in 50% of patients with late neuroborreliosis. Progressive spastic paraparesis or quadriparesis is common.

Acrodermatitis chronica atrophicans also develops during this phase and females, especially older patients, tend to be more commonly affected. Unlike erythema migrans, acrodermatitis chronica atrophicans tends to occur acrally, especially on the dorsal surfaces of the hands, feet, knees, and elbows. Early on, a minimally symptomatic erythema tends to occur in these locations. Initially, there is discoloration and inflammation; later, severe atrophy is noted.
Other manifestations of the disease may coexist or may have occurred in the past. Thus, a history of Bell palsy, aseptic meningitis, arthritis, acral paresthesias or dysesthesias (from peripheral neuropathy), or cognitive dysfunction (from CNS involvement) may be diagnostically useful.

**Laboratory testing**

Diagnosis of Lyme disease is made based on a combination clinical manifestations and available testing. If the test is performed before an adequate antibody response develops, results may be false negative. In this case, repeat testing in 2-4 weeks is recommended.

The immunoglobulin M antibody response peaks 3-6 weeks after infection and thus may not be detected during the first 2 weeks of infection. Most patients have a positive result if a serum sample is obtained 2 weeks after the initial sample; however, immediate initial antibiotic treatment of a seronegative patient can prevent

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 33

seroconversion. Immunoglobulin G cannot be detected until after 4-6 weeks of infection. The immunoglobulin G response can sometimes continue to develop over several months and typically lasts for years. Other spirochetal disease (syphilis), autoimmune disease, or other infections such as HIV, Epstein-Barr virus, and *Helicobacter pylori* may cause false-positive results.

Several forms of laboratory testing for Lyme disease are available, some of which have not been adequately validated. Most recommended tests are blood tests that measure antibodies made in response to the infection. These tests may be falsely negative in patients with early disease, but they are quite reliable for diagnosing later stages of disease.

According to Centers for Disease Control (CDC), **serologic tests from some commercial labs have been found to be unreliable**; if possible, all serology from patients should be confirmed through the CDC. When serologic testing is indicated, CDC recommends testing initially with either an enzyme-linked immunosorbent assay (ELISA) or an indirect fluorescent antibody (IFA) test, followed by testing with the **more specific Western immunoblot (WB) test to corroborate equivocal or positive results obtained with the first test.**

Although antibiotic treatment in early-localized disease may blunt or abrogate the antibody response, patients with early disseminated or late-stage disease usually have strong serological reactivity and demonstrate expanded WB immunoglobulin G (IgG) banding patterns to diagnostic *B. burgdorferi* antigens. Antibodies often persist for months or years following successfully treated or untreated infection. Thus, seroreactivity alone cannot be used as a marker of active disease.

A two-test approach for active disease and for previous infection using a sensitive enzyme immunoassay (EIA) or immunofluorescent assay (IFA) followed by a Western immunoblot was the algorithm of choice. All specimens positive or equivocal by a sensitive EIA or IFA should be tested by a standardized Western immunoblot.

Specimens negative by a sensitive EIA or IFA need not be tested further. When Western immunoblot is used during the first 4 weeks of disease onset, then both immunoglobulin M (IgM) and immunoglobulin G (IgG) procedures should be performed.

**A positive IgM test result alone is not recommended for use in determining active disease in persons with illness greater than 1 month's duration because the likelihood of a false-positive test result for a current infection is high for these persons**. If a patient with suspected early LD has a negative serology, serologic evidence of infection is best obtained by testing of paired acute- and

AR 970

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 34

convalescent-phase serum samples. **Serum samples from persons with disseminated or late-stage LD almost always have a strong IgG response to Borrelia burgdorferi antigens**.

It was recommended that an IgM immunoblot be considered positive if two of the following three bands are present: **24 kDa (OspC)**, **39 kDa (BmpA)**, and **41 kDa (Fla)**. It was further recommended that an that IgG immunoblot be considered positive if five of the following 10 bands are present: 18 kDa, 21 kDa (OspC), 28 kDa, 30 kDa, 39 kDa (BmpA), 41 kDa (Fla), 45 kDa, 58 kDa (not GroEL), 66 kDa, and 93 kDa

Sometimes two types of Western blot are performed, "IgM" and "IgG." Patients who are positive by IgM but not IgG should have the test repeated a few weeks later if they remain ill. **If they are still positive only by IgM and have been ill longer than one month, this is likely a false positive**.

**CDC does not recommend testing blood by Western blot without first testing it by ELISA or IFA.** Doing so increases the potential for false positive results. Such results may lead to patients being treated for Lyme disease when they do not have it and not getting appropriate treatment for the true cause of their illness.

Generally, Lyme blood testing is helpful in a patient who has symptoms compatible with Lyme disease, who has a history of a tick bite at least a month prior, or who has unexplained disorders of the heart, joints, or nervous system that are characteristic of Lyme disease.

Because the serological findings vary widely and because antibodies (including those formed in the central nervous system) persist for a long time, serological follow-up testing is not a suitable method for judging the adequacy of treatment

**Neuro-Lyme disease / Neuroborreliosis**
Neurologic symptoms may consist of peripheral neuropathies, radiculoneuropathies, myelopathies, encephalitis, lymphocytic meningitis, pain syndromes, cerebellar signs, cognitive disorders, movement disorders, and cranial nerve palsies. The mechanism of the central nervous system involvement is not clearly understood; the possible pathophysiologic features include direct brain invasion, immunologic mechanisms, or vasculitic processes. The triad of neurologic manifestations of Lyme disease—meningitis, cranial neuritis, and radiculoneuritis—is characteristic. Facial palsy, including bilateral facial palsy, is common in neuro-Lyme disease and helps to differentiate it from other diseases.

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 35

Lyme encephalopathy is a rare neuropsychiatric disorder, predominantly affecting memory and concentration. Other associated symptoms and signs may include headache, mild depression, irritability, fatigue, or excessive daytime sleepiness. Although the neurological examination does not usually disclose focal neurological findings, and standard bedside memory tests may be unrevealing, **there is often objective evidence of memory impairment for verbal and, less commonly, visual information on formal neuropsychological testing**.

In an initial study, Halperin et al. reported clinical features and neuropsychological test results in 17 patients with Lyme encephalopathy. The patients had significant improvement in the California Verbal Memory Test (CVLT) and Wechsler memory scores after antibiotic treatment, but the diagnostic entrance criteria were not specified, the antibiotic regimen was not standardized, and the duration of follow-up was only 5–28 weeks. In a subsequent series of 65 patients with various neurological manifestations of Lyme disease, Halperin et al. also reported 21 patients with symptoms of encephalopathy who had abnormalities on the bedside Mini-Mental Status Examination. Almost all of the patients improved after treatment with intravenous (IV) ceftriaxone, but the parameters for measuring response were not spelled out.

Clinically suspected neuroborreliosis is confirmed by the demonstration of CSF pleocytosis and of intrathecally formed specific antibodies (antibody index). The Borrelia-specific antibody index (AI) is determined for both IgG and IgM. The Borrelia-specific antibody index (AI) can still be negative in early stages of the disease. The criterion for the activity of the inflammatory process in the central nervous system is CSF pleocytosis.

Cerebrospinal fluid (CSF) examination by use of polymerase chain reaction (PCR) may detect *B. burgdorferi* DNA, local production of antibody to *B. burgdorferi*, or the less specific finding of elevated protein, or the CSF may be normal. CSF pleocytosis, a frequent finding in early Lyme neuroborreliosis, is rarely found in Lyme encephalopathy. In addition, brain magnetic resonance imaging (MRI), even with gadolinium enhancement, is usually normal, although nonspecific white matter lesions are seen in some patients.

Researchers in several studies have evaluated the MR imaging findings in cases of Lyme disease. These studies have almost exclusively concerned the findings of white matter lesions. Halperin et al evaluated MR imaging studies of the brain in 33 patients. They found multiple white matter lesions, small in most cases, in 12 patients (age range, 7–50 years). The MR imaging findings of the other patients who presented with neurologic symptoms were normal.

AR 972

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 36

Agarwal and Sze retrospectively reviewed the MR imaging findings of all patients seen from 1993 to 2007 in whom neuro-Lyme disease was suspected and who were referred for MR imaging of the brain for the evaluation of neurologic symptoms. Of 392 patients suspected of having neuro-Lyme disease, 66 patients proved to have the disease on the basis of clinical criteria, serologic results, and response to treatment. Seven of these 66 patients showed foci of T2 prolongation in the cerebral white matter, one had an enhancing lesion with edema, and three demonstrated nerve-root or meningeal enhancement. Of the seven patients with foci of T2 prolongation in the white matter, three were an age at which white matter findings due to small-vessel disease are common.

Agarwal and Sze concluded that neuroimaging findings in MRI scans are usually focal lesions in the white matter of the brain or nerve root or meningeal enhancement. Unlike the results reported previously, they detected nerve-root or meningeal enhancement in a substantial percentage of patients who had positive MR imaging findings. The authors also remarked that when it is noted that many of the patients in the literature are an age at which incidental white matter lesions are common, and that three of their seven patients with white matter lesions were middle-aged, it became clear that meningeal and nerve-root manifestations of Lyme disease are probably as common as white matter lesions.

Logigian et al evaluated the efficacy of intravenous ceftriaxone, 2 g per day for 30 days, in a case series of 18 consecutive patients who met strict criteria for Lyme encephalopathy. Months to years after classic manifestations of Lyme disease, the 18 patients presented with memory difficulty, minor depression, somnolence, or headache. Sixteen (89%) had abnormal memory scores; 16 (89%) had cerebrospinal fluid (CSF) abnormalities, and all 7 patients tested had frontotemporal perfusion defects on single photon emission computed tomographic (SPECT) imaging. Six months after treatment, memory scores in the 15 patients who completed the study according to protocol were significantly improved. In the 10 patients who had follow-up CSF analyses, total protein levels were significantly lower. In the 7 patients who had SPECT imaging, post-treatment perfusion was significantly better. Twelve to 24 months after treatment, all 18 patients rated themselves as back to normal or improved.

The authors concluded that true Lyme encephalopathy can be treated successfully with ceftriaxone suggesting that it was caused by active infection with *B. burgdorferi.*

Other authors have come to the same conclusions as Logigian et al. Nau et al remarked that after appropriate antibiotic therapy, the outcome is favorable with approximately 95% of cases of neuroborreliosis being cured without long-term sequelae.

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 37

**Chronic Lyme disease or post-Lyme syndrome**
There is much confusion and disagreement about the diagnosis of Lyme encephalopathy. In particular, chronic fatigue syndrome, fibromyalgia, or somatoform disorders, which are much more common illnesses, may be mistaken for Lyme encephalopathy, neuropathy, or arthritis. This problem is compounded by the fact that a small percentage of patients may develop these pain or fatigue syndromes in association with, or soon after, Lyme disease, in which case the entity may be called "post–Lyme disease syndrome" or "chronic Lyme disease."

Lyme encephalopathy can usually be distinguished from these pain or fatigue syndromes. They are usually more disabling, and they are often associated with more generalized symptoms and more anxiety and depression. Although these patients often report memory problems, their neuropsychological tests of memory and CSF results are usually normal. Their affective symptoms, which are common in many chronic diseases, may predispose them to the perception of cognitive dysfunction. *Controlled studies have shown that symptoms of this kind do not seem to arise any more often in patients who have had definitively documented Lyme disease than they do in normal control individuals.*

Chronic, nonspecific symptoms accompanied by a positive Borrelia serology are sometimes thought to represent a form of Lyme disease. There is concern in such situations that chronic Lyme disease has arisen without the clinical signs of an acute infection ever having been observed previously.

If Borrelia antibody tests are positive and have been confirmed as positive by a reference laboratory, and if other causes have been excluded, then a single course of antibiotic treatment can be considered in individual cases. Failure of this empirical course of antibiotic treatment to relieve the patient's symptoms lastingly is evidence against the presence of chronic Lyme disease.

Assessment:
Based upon review of the history and physical examination, medical records and all enclosed documentation, the following opinions are offered with a reasonable degree of medical certainty. I have been asked to address the following in the context of the adjudication of a disability insurance claim:

CONCLUSION

**1.    Please note all diagnoses supported by the medical evidence**

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 38

The medical records reflected a plethora of symptoms and purported diagnoses. However, very few of these diagnoses were supported by the objective medical evidence. These include:

- Seasonal allergies
- Chronic recurrent polypoid rhinosinusitis
- Mild asthma
- Irritable bowel syndrome (IBS)
- Gastroesophageal reflux disease (GERD)
- Hypertropia (strabismus) in the left eye suggestive of 4th cranial nerve palsy
- Dysthymic disorder
- Chronic adjustment disorder with anxiety.

**2.      Which of these diagnoses are causing impairment?**

The supported diagnoses with associated impairment consisted of **hypertropia (strabismus) in the left eye** suggestive of 4th cranial nerve palsy. This condition was likely responsible for the claimant's reported diplopia. After a thorough diagnostic workup, the etiology of this condition could not be determined but his treating physicians felt it was related to his nutritional issues. By 06/10/2014, Mr. Parker reported his double vision had improved and when he was seen by ophthalmologist Bill Wallace, M.D. on 09/02/2014, this **condition had essentially resolved**.
An analysis of Mr. Parker's supported mental health conditions is deferred to an appropriate specialist. However, from the occupational and internal medicine standpoint, the records did not reveal an intensity of treatment or objective clinical findings which supported a level of impairment that would preclude him from working.

**3.      For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including anticipated duration of restrictions and limitations and prognosis for improvement. When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.**

Limitations and/or restrictions associated with the aforementioned hypertropia were supported from approximately 05/15/2014 to 09/02/2014. He was likely limited in his ability to perform most if not all of his essential work duties during that time. He would have been restricted from driving, operating hazardous machinery and working at unprotected heights. As previously noted, this condition had essentially resolved by 09/02/2014 after which no further limitations or restrictions were supported.

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 39

**4.    Mr. Parker has been diagnosed with Lyme Disease. Please outline the diagnosis criteria for this condition and indicate if the objective medical evidence supports the criteria for this diagnosis. Please explain.**

Please see the above discussion where the diagnostic criteria for Lyme disease were outlined among other related topics. Overall, the objective medical evidence completely failed to support this or any tick-borne illness. This is based on a combination of negative serological testing, PCR DNA analysis and lack of clinical evidence of tick-borne illness including Lyme disease. Furthermore, the allegation of neurological involvement was not supported; the brain MRI with and without contrast showed no evidence of parenchymal, leptomeningeal or cranial nerve involvement. A lumbar puncture was never obtained as Drs. Reilly and Waller had a very low index of suspicion for neurological involvement.

**5.    Mr. Parker has been diagnosed with CIRS. Please outline the diagnosis criteria for this condition and indicate if objective medical evidence supports the criteria for this diagnosis. Please explain.**

Please see the above discussion on mold-related illness/sick building syndrome.
From the perspective as an Occupational and Environmental Medicine Board Certified specialist, there is no scientific basis for some sort of chronic inflammatory response syndrome cascade event with common genetic markers and common pathways that would account for Mr. Parker's complaints. The purported condition of CIRS is based on unsubstantiated theories with no scientific basis.

The apparent basis for CIRS, which Drs. Berndtson and Seberger have undoubtedly based their opinions, comes from a series of publications from Dr. Shoemaker which describe "research" performed in self-selected nonrandomized study subjects with no control population. Dr. Shoemaker opined as to purported Sick Building Syndrome (SBS) or Water Damaged Building (WDB) syndrome and more generally to as to Chronic Inflammatory Response System (CIRS); none of these purported syndromes are regarded in the peer literature as accepted disease classifications. There were several flaws in design and no information was given regarding individuals who did not have symptoms.  In the absence of valid controls, there was no logical basis to conclude anything. The fact that he concluded there were biotoxins detrimental to human health was conjecture.

Dr. Shoemaker and other physicians purportedly specializing in mold-related illness have at various times offered the opinion that chronic fatigue syndrome, fibromyalgia,

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 40

multiple chemical sensitivity, repetitive stress injury, Gulf War syndrome and health effects of silicone breast implants were all disease processes in individuals sharing common abnormalities to the immune complex pathway and therefore could be grouped together for the purposes of diagnosis and treatment. These self-reported nonspecific symptoms do not have a scientific basis for such a grouping. Any conclusions derived are conjecture.

The supposition that Water Damaged Building syndrome causes a biotoxic cascade response is not supported by any scientific facts. There is no biotoxic measure demonstrated that would be the root cause of sick building syndrome or building-related illness. Because no biotoxin is available, Dr. Shoemaker and his followers have serendipitously "discovered" reportedly several other biomarkers that reflect biotoxicity. These include VIP, MMP9, TGFB1, MSH, C3a, C4 and VEGF. Some believe leptin and some heavy metals are also related. There is no scientific literature or mechanistic explanation that would support these contentions.

With specific regard to the alleged mold infection and/or mold allergy, neither was supported by the objective medical evidence. Mr. Parker's allergy testing did not reveal a mold-specific allergy and none of his infectious disease testing showed evidence of a mold infection, especially one as severe as alleged by Dr. Seberger.

With specific regard to his urine mycotoxin panel, such testing is considered experimental, unvalidated and is of unproven clinical significance. The CDC has emphasized that using unvalidated laboratory tests to diagnose work-related illness can lead to misinformation and fear in the workplace; incorrect diagnoses; unnecessary, inappropriate, and potentially harmful medical interventions; and unnecessary or inappropriate environmental and occupational evaluation.
Mycotoxins are metabolites of some fungi that can cause illness in humans and animals, primarily after ingestion of contaminated foods. Low levels of mycotoxins are found in many foods; therefore, mycotoxins are found in the urine of healthy persons. Mycotoxin levels that predict disease have not been established. Urine mycotoxin tests are not approved by FDA for accuracy or for clinical use. The CDC does not recommend biologic testing of persons who work or live in water-damaged buildings nor routine environmental sampling for mold.

**6.    Does the medical information provide clinical correlation for Mr. Parker`s reported fatigue and pain? Please explain and provide specific examples.**

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 41

No. Mr. Parker's reported level of fatigue and pain did not correlate with and was out of proportion to the objective clinical findings in the records. Repeated examination showed normal findings. A plethora of diagnostic studies failed to reveal the presence of a readily accepted disease entity potentially responsible for his subjective complaints. This was the basis of Dr. Gierer's opinion that the medical information did not support an infectious, autoimmune, autonomic, hematologic, neurologic, nutritional or immunodeficiency mediated disease that could explain his ongoing symptoms. She further noted this was based on an extremely extensive evaluation by multiple physicians. This seemed to be the general consensus among the M.D. /D.O physicians with the most recent exception of Drs. Berndtson, Seberger and Crist whose opinions were not supported by the peer-reviewed medical literature as well as the medical community as a whole.

**7.    Please review the treating providers` treatment plans.    Based on available medical records, please indicate whether or not it is consistent with the current standard of care.  Please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.**

In general, Mr. Parker has received inappropriate, unnecessary treatment for a number of unsupported conditions including antibiotics, anti-fungals, charcoal, glutathione and a variety of supplements. Most of these treatments, although not necessarily harmful, have no proven scientific efficacy in the treatment of these conditions if they were supported.

He did have evidence of B12 deficiency which resolved with appropriate treatment. He also had evidence of vitamin D deficiency for which he continues to take a supplement which is also appropriate.

His use of H2-blocking antacids was consistent with standard of care for GERD. His use of various antibiotics and antifungal agents was generally not supported as the records failed to reveal clear evidence of culture-proven infection of any sort. Instead, these agents were typically used on an empiric basis and may have contributed to some of his gastrointestinal issues.

**8.    Mr. Parker states he is unable to tolerate common medications that might be utilized to help control his symptoms. Does the available clinical evidence support this statement? If yes, please discuss the specific medications, the diagnosis or symptom the medication is prescribed for, date prescribed, and the side-effects of the medication.**

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 42

No. The medical evidence completely failed to establish an objective basis for his complaints related to his use of medications of widely varied pharmacological classes. This was the apparent opinion at the time of his evaluation at the Mayo Clinic as well as with Dr. Gierer. Overall, his alleged intolerance to medications has been based entirely on subjective reporting without confirmation from objective clinical findings and diagnostic testing.

**9.     Are there any barriers to improvement? Please explain.**

Of particular mention, the records reflected a pattern of going from one physician to the next until he was able to find one or more physicians who seemingly provided him with an explanation for his ongoing symptoms, especially one that was not based on mental illness. However, it should be abundantly clear at this point that his diagnosed CIRS related to mold exposure and infection as well as chronic disseminated Lyme disease are not supported. As long as he continues to operate under the mistaken belief that these conditions are actually present, his chances for improvement will be exceedingly low.

I certify that I have no Conflict of Interest with this review.  I attest to having no past or present relationship or affiliation with the beneficiary of this Independent Review or a significant past or present relationship with the attending provider and/or the treatment facility under review (if applicable).  I further certify that I have no familial or material, professional or business relationship with the referring entity or incentive to promote the use of a certain product or service associated with the review of this case.

I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.  I also attest to having the appropriate license/board certification for practitioners who typically manage the medical condition/procedure/treatment or issue that is the subject of this review as well as the knowledge and clinical experience to review this case including at least 5 years full-time equivalent experience providing direct clinical care to patients.

Sincerely,

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 43


Kevin Trangle, M.D., M.B.A.
Board Certified: American Board of Internal Medicine
Board Certified: American Board of Preventive Medicine, Occupational Medicine
American College of Occupational and Environmental Medicine
American Academy of Disability Evaluation Physicians
American Board of Independent Medical Examinations
Certified Independent Medical Examiner
Certified Medical Review Officer

REFERENCES FOR DISCUSSION ON MOLD AND SICK BUILDING SYNDROME:
1.    Anonymous. 2011. Adverse human health effects associated with molds in the indoor environment. American College of Occupational and Environmental Medicine (www.acoem.org), Arlington Heights, IL.
2.    Croft WA, Jarvis BB, Yatawara CS. Airborne outbreak of trichothecene toxicosis. Atmospheric Environment. 1986;20:549-52.
3.    Johanning E, Morey PR, Jarvis BB. Clinical-epidemiological investigation of health effects caused by Stachybotrys atra building contamination. Proceedings of Indoor Air '93: Health effects 1993;1:225-30.
4.    Bennett JE. Introduction to mycoses. In: Mandell, Bennett, and Dolin, eds. Principles and Practice of Infectious Diseases, 6th ed. Philadelphia: PA: Churchill Livingstone; 2005.
5.    American Conference of Governmental Industrial Hygienists. Bioaerosols assessment and control. Cincinnati, OH: American Conference of Governmental Industrial Hygienists; 1999.
6.    Bennett JW, Klich M. Mycotoxins. Clinical Microbiology Rev 2003;16:497-516.
7.    Kendrick B. The fifth kingdom, 2nd ed. Waterloo, Ontario, Canada: Mycologue Publications; 1992.
8.    Johanning E, et al. Health and immunology study following exposure to toxigenic fungi (Stachybotrys chartarum ) in a water-damaged office environment. Int Arch Occup Environ Health. 1996;68:207-18.
9.    Hodgson MJ, et al. Building-associated pulmonary disease from exposure to Stachybotrys chartarum and Aspergillus versicolor. JOEM. 1998;40:241-9.
10.    Hardin BD, Kelman BJ, Saxon A. Adverse human health effects associated with molds in the indoor environment. J Occup Environ Med. 2003;45(5):470-8.
11.    CDC. Mold Prevention Strategies and Possible Health Effects in the Aftermath of Hurricanes and Major Floods. June 9, 2006/55 (RR08):1-27.
12.    Institute of Medicine, Committee on Damp Indoor Spaces and Health. Damp indoor spaces and health. Washington, DC: The National Academies Press; 2004.

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 44

13.    Danna RP, Rudnick SA, Abels RI. Erythropoietin Therapy for the Anemia Associated with AIDS and AIDS Therapy and Cancer. In: MB Garnick, ed. Erythropoietin in Clinical Applications -An International Perspective. New York, NY: Marcel Dekker; 1990: 301-324.

14.    Katzenstein AL, Sale SR, Greenberger PA. Allergic Aspergillus sinusitis: a newly recognized form of sinusitis. J Allergy Clin Immunology1983;72:89-93.

15.    American Conference of Governmental Industrial Hygienists. Bioaerosols assessment and control. Cincinnati, OH: American Conference of Governmental Industrial Hygienists; 1999.

16.    Trout D, Seltzer JM, Page EH, et al. Use of immunoassays in assessing exposure to fungi and potential health effects related to fungal exposure. Ann Allergy Asthma Immunology 2004;2:483-92.

17.    Walsh TJ, Dixon DM. Nosocomial aspergillosis: environmental microbiology, hospital epidemiology, diagnosis and treatment. European J Epidemiology1989;5:131-42.

18.    Gasque P. (2004). Complement: a unique innate immune sensor for danger signals. Mol Immunology. 41(11):1089-98.

19.    Walport MJ. Complement-part I. New Engl J Med. 2001;344:1058–1066.

20.    Shoemaker RC, House DE. Sick building syndrome (SBS) and exposure to water-damaged buildings: time series study, clinical trial and mechanisms. Neurotoxicology Teratology. 2006 Sep-Oct;28(5):573-88.

21.    Turf E, Ingsrisawang L, Turf M, Ball JD, Statts M, Taylor J, Jenkins S. A cohort study to determine the epidemiology of estuary-associated syndrome. VA J Sci 1999; 50:299–310.

22.    Swinker M, Burke WA. Visual Contrast Sensitivity as a Diagnostic Tool. Environ Health Perspective. 2002; 110 (3); A120-123.

23.    Hill AB. (1965). The Environment and Disease: Association or Causation? Proc R Soc Med. 58295 -300).

24.    Doll, R.D. 1984. Occupational cancer: Problems in interpreting human evidence. Ann. Occup. Hygiene. 28:291-305.

25.    Checkoway, H. (2004). Case-crossover designs in occupational health. Journal of Occupational and Environmental Medicine. 61(12), (953 -954).

26.    Purokivi MK, et al. Changes in pro-inflammatory cytokines in association with exposure to moisture-damaged building microbes. Eur Respiratory J. 2001;18:951-8.

27.    California Department of Health Services, Environmental Health Investigations Branch: Misinterpretation of Stachybotrys serology, 2000.

28.    Hodgson MJ, et al. Building-associated pulmonary disease from exposure to Stachybotrys chartarum and Aspergillus versicolor. JOEM. 1998;40:241-9.

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 45

29.     Centers for Disease Control and Prevention (CDC). Availability of case definition for acute idiopathic pulmonary hemorrhage in infants. MMWR Morbidity Mortal Weekly Rep. 2001;50:494-95.

30.     Centers for Disease Control and Prevention (CDC). Update: pulmonary hemorrhage / hemosiderosis among infants – Cleveland, Ohio, 1993-1996. MMWR Morbidity Mortal Weekly Rep. 2000;49:180-84.

31.     Creasia DA, et al. Acute inhalation toxicity of T-2 mycotoxin in mice. Fundam Applied Toxicology. 1987;8:230-5.

32.     Creasia DA, et al. Acute inhalation toxicity of T-2 mycotoxin in the rat and guinea pig. Fundam Applied Toxicology. 1990;14:54-9.

33.     Andersen B, Nielsen KF, Jarvis BB. Characterization of Stachybotrys from water-damaged buildings based on morphology, growth, and metabolic production. Mycologia. 2002;94(3):392-403.

34.     Flannigan B, Miller JD. Health implications of fungi in indoor environments: an overview. In: Samson RA, et al, eds. Health Implications of Fungi in Indoor Environments. Amsterdam: Elsevier, 1994:3-28.

35.     Menzies D, Bourbeau J. Building-related illnesses. N Engl J Med. 1997;337:1524-31.

36.     Fung F, Clark R, Williams S. Stachybotrys, a mycotoxin-producing fungus of increasing toxicological importance. J Toxicology Clin Toxicology. 1998;36:79-86.

37.     Robbins CA, et al. Health effects of mycotoxins in indoor air: a critical review. Applied Occupational Environ Hyg.2000;15:773-84.

38.     Sudakin DL. Stachybotrys chartarum: current knowledge of its role in disease. Med Gen Med. 2000;E11.

39.     Page EH, Trout DB. The role of Stachybotrys mycotoxins in buildings related illness. American Industrial Hygiene Assoc J. 2001;62:644-8.

40.     Terr AI. Stachybotrys: relevance to human disease. Ann Allergy Asthma Immunology. 2001;87:57-63.

41.     CDC (2010), Facts about Stachybotrys chartarum and Other Molds. http://www.cdc.gov/mold/stachy.htm

42.     David Atkins et al., Systems for grading the quality of evidence and the strength of recommendations I: Critical appraisal of existing approaches The GRADE Working Group: US Preventive Service Task Force, a brief description of the USPSTF Approach by David Atkins. http://www.biomedcentral.com/content/supplementary/1472-6963-4-38-s5.doc

43.     Mulrow CD, Ramirez G, Cornell JE, et al. Defining and Managing Chronic Fatigue Syndrome. Evidence Report/Technology Assessment No. 42 (Prepared by San Antonio Evidence-based Practice Center at The University of Texas Health Science Center at San Antonio under Contract No. 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). AHRQ Publication

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 46

No. 02-E001. Rockville (MD): Agency for Healthcare Research and Quality; October 2001.

44.  Holland, JP. ACOEM Practice guidelines perspectives on their use in guiding clinical care and utilization management. Retrieved on 08/05/10 from http://www.dir.ca.gov/DWC/educonf12/MedTreatment_UtilizationReview/ACOEM.ppt

45.  Shoemaker RC, Hudnell HK. Possible estuary-associated syndrome: symptoms, vision, and treatment. Environ Health Perspective 109:539–545 (2001).

46.  Hudnell HK, House D, Schmid J, Koltai D, Stopford W, Wilkins J, Savitz DA, Swinker M, Music S. Human visual function in the North Carolina clinical study on possible estuary-associated syndrome. J Toxicology Environ Health 62:575–594 (2001).

47.  Shoemaker RC. Desperation Medicine. Baltimore, MD: Gateway Press, 2001.

48.  Shoemaker R. [OEM] Fw. Lymerix questions. Available: http://mailman.mc.duke.edu/pipermail/occ-env-medl/ 2001-March/016418.html

49.  Shoemaker RC. Residential and recreational acquisition of possible estuary-associated syndrome: a new approach to successful diagnosis and treatment. Environ Health Perspective 109(supplement 5):791–796 (2001).

50.  Hudnell HK Chronic Biotoxic-associated illness: multiple-system symptoms, a vision deficit, and effective treatment. Neurotoxicology Teratology. 2005 Sep-Oct;27(5):733-43.

51.  Shoemaker RC, House DE, A time-series study of sick building syndrome: chronic, Biotoxic-associated illness from exposure to water-damaged buildings. Neurotoxicology Teratology. 2005 Jan-Feb;27(1):29-46.

52.  American College of Occupational and Environmental Medicine. "ACOEM Evidence –based Statement. Adverse human health effects associated with molds in the indoor environment." J Occupational Environ Med. 2003; 45: 470-478.

53.  Cheung, C. International Center for Toxicology and Medicine Testimony by ICTM Before The Florida House of Representatives Committee Meeting Mold Workgroup, 404 House Office Building Tallahassee, Florida January 20, 2004. Retrieved on 08/08/2010 from http://atlanticlegal.org/pdfs/floridatestimony.pdf

54.  Page EH, Trout DB. "The role of Stachybotrys mycotoxins in building-related illness." Am Industrial Hygiene Assoc Journal 2001;62:644-648.

55.  Redd SC, Statement for the Record Before the Subcommittee on Oversight and Investigations and Housing and Community Opportunity Committee on Financial Services. US House of Representatives. "State of the Science on Molds and Human

56.  Vesper S, McKinstry C, Bradham K, Ashley P, Cox D, Dewalt G, and Lin KT. Screening tool estimate mold burdens. Occup Env Med. 2009 Jan; 51(1):80-6.

57.  Vesper S, McKinstry C, Haugland R, Neas L, Hudgens E, Heidenfelder B, and Gallagher J. Higher Environmental Relative Moldiness Index (ERMI) values measured

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 47

in Detroit homes of severely asthmatic children. Science Total Environ. 2008 May 1;394(1):192-6. Epub 2008 Feb 15.

58.    Vesper SJ. Developing the EPA Relative Moldness Index© based on mold specific quantitative PCR. Synergist 2006;2:39–42.

59.    Vesper S, McKinstry C, Cox D, Dewalt G. Correlation between ERMI values and other moisture and mold assessments of homes in the American Healthy Homes Survey. J Urban Health. 2009 Nov;86(6):850-60.

60.    United States Government Accountability Office (GAO) (September 2008) Report to the Chairman, Committee on Health, Education, Labor and Pensions, U.S. Senate INDOOR MOLD Better Coordination of Research on Health Effects and Consistent Guidance Improve Federal Efforts. GAO-08-980 Health Effects of Indoor Mold

61.    Vesper SJ, McKinstry C, Yang C, Haugland RA, Kercsmar CM, Yike I, Schluchter MD, Kirchner HL, Sobolewski J, Allan TM, Dearborn DG. Specific Molds Associated with Asthma. J Occupational Environ Med 2006;48:852–858.

62.    Vesper S, McKinstry C, Ashley P, Haugland R, Yeatts K, Bradham K, Svendsen E. Quantitative PCR analysis of molds in the dust from homes of asthmatic children in North Carolina. J Environ Monitor. 2007 Aug;9(8):826-30.

63.    Vesper S, McKinstry C, Haugland R, Wymer L, Bradham K, Ashley P, Cox D, Dewalt G, Friedman W. Development of an Environmental Relative Moldiness index for US homes. J Occupational Environ Med. 2007 Aug;49(8):829-33.

64.    Vesper SJ, McKinstry C, Haugland RA, Iossifova Y, Lemasters G, Levin L, Khurana Hershey GK, Villareal M, Bernstein DI, pubmed, Reponen T. Relative moldiness index as predictor of childhood respiratory illness. J Expo Science Environ Epidemiology. 2007 Jan;17(1):88-94.

65.    Vesper SJ, McKinstry C, Yang C, Haugland RA, Kercsmar CM, Yike I, Schluchter MD, Kirchner HL, Sobolewski J, Allan TM, Dearborn DG. Specific molds associated with asthma in water-damaged homes. J Occupational Environ Med. 2006 Aug;48(8):852-8.

66.    www.biotoxin.info/images/IRB_eop_protocol_8_6_06.pdf.    Erythropoietin lowers C4a, corrects refractory symptoms and normalizes selected abnormal brain chemistry in chronic fatigue syndrome.

67.    Shoemaker RC, Giclas PC, et al. Complement Split Products C3a and C4a are early markers of acute Lyme disease in tick bite patients in the United States. Int Arch Allergy Immunology 2008;146:255-261 (DOI: 10.1159/000116362).

68.    http://www.publichealthalert.org/Articles/scottforsgren/biotoxin%20pathay.html. Khaly Biotoxic pathway holds key pieces of puzzle in solving chronic illness by Scott A. Forsgren.

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 48

69.　　Muro-Cacho CA, Stedeford T, Banasik M, et al.  Mycotoxins: Mechanisms of toxicity and methods of detection for identifying exposed individuals.  J Land Use 2004;19(2):537-545.

REFERENCES FOR LYME DISEASE:

1. Agrawal R, Sze G. Neuro-Lyme Disease: MR Imaging Findings. Radiology 2009;253(1):167-173.
2. "Lyme Disease Statistics"; Division of Vector-borne Infectious Diseases Centers for Disease Control and Prevention; 7 April 2007 10 May 2007 http://www.cdc.gov/ncidod/dvbid/lyme/ld_statistics.htm.
3. CDC. Notice to Readers: Caution Regarding Testing for Lyme Disease MMWR 2005; 54:125. Available at: http://www.cdc.gov/mmwR/preview/mmwrhtml/mm5405a6.htm
4. CDC. Recommendations for test performance and interpretation from the Second National Conference on Serologic Diagnosis of Lyme Disease. MMWR 1995;44:590-1.
5. Fallon BA, Levin ES, Schweitzer PJ, et al. Inflammation and central nervous system Lyme disease. Neurobiol Dis 2009; Article in press.
6. Halperin JJ, Luft BJ, Anand AK, et al. Lyme neuroborreliosis: central nervous system manifestations. Neurology 1989;39:753–9.
7. Heymann, D.L. "Lyme Disease". Control of Communicable Diseases Manual. 19th Edition.  American Public Health Association. Pg. 365.
8. Logigian EL, Kaplan RF, Steere AC. Successful treatment of lyme encephalopathy with intravenous ceftriaxone. The Journal of Infectious Diseases 1999;180:377-383.
9. Marques AR, Brown MR, Fleisher TA. Natural killer cell counts are not different between patients with post-Lyme disease syndrome and controls. Clin Vaccine Immunol 2009;16(8):1249-1250.
10. Marques AR. Lyme Disease: A Review. Curr Allergy Asthma Rep 2010;10:13-20.
11. Masters EJ, Grigery CN, Masters RW. STARI or Masters Disease: Lone Star Tick – Vectored Lyme-like Illness. Infect Dis Clin N Am 2008;22:361-376.
12. Nau R, Christen HJ, Eiffert H. Lyme disease – current state of knowledge. Stsch Artebl Int 2009;106(5):72-78.
13. Stricker RB, EE Winger. Decreased CD57 lymphocyte subset in patients with chronic Lyme disease. Immunol Lett 2001;76:43–48.
14. Stricker RB, Burrascano JJ, Winger EE. Long-term decrease in the CD57 lymphocyte subset in a patient with chronic Lyme disease. Ann Agric Environ Med 2002;9:111-113.
15. Stricker RB, Winger EE. Natural killer cells in Lyme disease. Clin Vaccine Immunol 2009;16(11):1704-1706.

Craig Parker
Claim Number 091014-05930-00
Kevin Trangle, M.D.
March 28, 2016
Independent Peer Review - Page 49

16. Stricker RB, VR Savely, NC Motanya, et al. Complement split products C3a and C4a in chronic Lyme disease. Scand J Immunol 2009;69:64–69.
17. Wormser GP, Nadelman RB, Dattwyler RJ, et al. Practice guidelines for the treatment of Lyme disease (Guidelines from the Infectious Diseases Society of America). Clinical Infectious Diseases 2000;31(Suppl 1):S1-14.

# *CURRICULUM VITAE*

**Kevin L. Trangle, MD, MBA,**
**FACOEM, FAADEP, BCIM, CIME, ABIME, CMRO**
**6150 Parkland Blvd., Suite 110**
**Mayfield Heights, OH 44124**
**(216) 504-0400 (telephone)**
**(216) 504-0404 (fax)**
**ktrangle@kevintrangleassociates.com**

| | |
|---|---|
| **Board Certifications:** | **Internal Medicine, Board Certified, 1981**<br>**Occupational and Environmental Medicine, Board Certified, 1988**<br>**Preventive Medicine/Occupational and Environmental Medicine, 1990**<br>**American College of Occupational and Environmental Medicine, Master Fellow**<br>**American College of Preventive Medicine, Fellow**<br>**American Academy of Disability Evaluating Physicians, Master Fellow** |
| **Education:** | **Case Western Reserve University               1989**<br>**Cleveland, Ohio                                          M.B.A**<br>**Master's Business Administration**<br>**Concentration in Health Care Management** |
| | **University of Washington                         1982**<br>**Seattle, Washington                                   M.H.A**<br>**Thesis Pending                                         Program**<br>**Master's in Health Administration** |
| | **University of Washington Hospitals           1981**<br>**Seattle, Washington                                   Board**<br>**Internal Medicine/Primary Care               Certified** |
| | **University of Minnesota Medical School      1978**<br>**Minneapolis, Minnesota                            M.D** |
| | **Massachusetts Institute of Technology       1972**<br>**Cambridge, Massachusetts                         B.S**<br>**Biology, Chemistry, Computer Science** |
| | **St. Louis Park Senior High School             1969**<br>**Pre-College Courses** |

AR 987

**Kevin L. Trangle, MD, MBA**
**Page 2**

**<u>Appointments:</u>**

**Case Western Reserve University**
**University Hospitals/Cleveland, Ohio**
**Senior Clinical Instructor**

**Euclid General Hospital**
**Euclid, Ohio**
**Associate Staff Member**

**Hillcrest Hospital**
**Mayfield Heights, Ohio**
**Staff Member**

**Mt. Sinai Medical Center**
**Cleveland, Ohio**
**Director of Employee Health**
**Director of Occupational Medicine**
**1991-1995**

**Health Care Advisory Council**
**Formed by HB107-appointed September 1, 1994 by**
**Governor Voinovich – stepped down 1998**

**Ohio State Medical Association**
**Appointed Northeast Ohio Representative - Workers'**
**Compensation Committee**

**Northern Ohio Medical Association – Board of Directors**
**(2002-2003), Nominating Committee, Medical Legal**
**Committee**

**Cleveland Academy of Medicine – Board of Directors 2003-**
**2005**

**Specialist Examiner -**       **Industrial Commission**
                                **Federal Employee Compensation**
                                **Bureau of Workers' Compensation**
                                **Social Security Administration**
                                **EPA**
                                **FAA (1987-2003)**
                                **Pension Funds**

**Medical Director for Millennium Chemical Corporation (1999- 2009); the**
**company became Lyondell Chemical Company (2005- 2008) and later Cristal**
**Global.**

**Kevin L. Trangle, MD, MBA**
**Page 3**

**Positions-**                    **American College of Occupational and Environmental**
                                   **Medicine:**
                                   **House of Delegates representative for Corporate**
                                   **Medicine Section**
                                   **Member- Work Fitness, International Medicine and**
                                   **Health Productivity Management (HPM)**
                                   **Certified HPM examiner of corporations**
                                   **President Corporate Medical Section**
                                   **Member OEM Council**

**Chemical Industry Experience-**
                                   **As noted below, my experience in dealing with the**
                                   **chemical industry stems from running an environmental**
                                   **consulting business, industrial hygiene consulting and a**
                                   **safety consulting business at the same time I ran an**
                                   **environmental laboratory. Often in that context the**
                                   **issues dealt not only with the environment and the**
                                   **workplace, but also with the individuals that were**
                                   **exposed at these different venues.**

                                   **I have been the Medical Director of several companies in**
                                   **addition to Millennium Chemical. These include**
                                   **Argotech, Textron, Marine Mechanical, FBI, LTV Steel,**
                                   **Neway Stamping and several others. Additionally, in the**
                                   **course of   consultations I have dealt with a variety of**
                                   **different issues surrounding chemical exposures. These**
                                   **include multiple chemical sensitivity, water quality,**
                                   **water chlorination, indoor air quality, fungal infections,**
                                   **organic and inorganic solvent exposure, styrene,**
                                   **asbestos, particulates and a host of other chemical**
                                   **exposures.**

                                   **As one of only two occupational doctors on staff at**
                                   **University Hospitals in Cleveland, I get a number of**
                                   **tertiary disease exposure related referrals, oncology**
                                   **related and other chemical exposures including**
                                   **respiratory exposures. I have written articles on dermal**
                                   **exposures as well as other exposures in the workplace**
                                   **and I have consulted with companies and other**
                                   **organizations in terms of chemical exposures.**

AR 989

**Kevin L. Trangle, MD, MBA**
**Page 4**

**Orthopedic Experience-**

I spent five years as an emergency room doctor garnering orthopedic experience in an acute care setting. Additionally, the majority of Occupational Medicine done in the outpatient practice at CHEC Medical Center in Seattle and for the many years he worked at University MedNet and at Mt. Sinai Medical Center was orthopedic in nature, which included all joints and spinal injuries. Furthermore, I spent two years working with Ohio City Orthopedics doing non-operative orthopedic management of injuries. Similarly, I worked at University Orthopedics at Chagrin Highlands for three years in 2004 through 2006 also managing non-operative patients and musculoskeletal problems.

My expertise in musculoskeletal injury care encompasses ordering of tests for the initial diagnosis, pharmaceutical treatment, overseeing rehabilitation and therapy as well as the requesting of various injections and pain management procedures as necessary. If the patient needed surgery, at that point in time the appropriate surgeon would be chosen. Following surgery the patient will be referred back for subsequent rehabilitation and a back-to-work reentry program.

My referral sources include claims attorneys, defense attorneys, companies, and the attorney general's office, BWC, TPA, MCO as well as other government agencies in terms of evaluating and offering treatment guidelines for injured workers and parties.

**Jobs, Study and Related Experience:**

Benefits Advisory Network (BAN) National Medical Director 4/2012 to present

BAN is an association of over 50 Health and Disability Insurance Agencies across the US covering in excess of 4000 companies advising the agencies on best approaches to design and implement health care and disability programs. As medical director, my responsibilities are to a) disability and absenteeism management systems; b) devising strategies for health care cost containment through early disease identification and intervention, wellness promotion; c) utilizing health insurance data analytics to review costs and redesign benefits' plans; and d) staff on site medical clinics at companies with nurses and doctors

**Kevin L. Trangle, MD, MBA**
**Page 5**

**Kevin Trangle & Associates**                    **9/00- present**
**(Formerly IMEx Associates)**
**6150 Parkland Blvd., Suite 110**
**Mayfield Heights, OH 44124**

**IMEx is an Occupational Medicine clinical specialty practice that devotes its resources and personnel to consultation services for industry and businesses; attorneys representing injured workers and individuals as well as attorneys representing companies and insurers; government agencies and other organizations. Consultative services include clinical advice, travel clinics, rehabilitation potential, return-to-work plans, treatment protocols, incidence response, and ADA compliance among others.  The company uses board certified specialists as needed, with the spectrum of expertise spanning several areas of medical training. Treatment of injured individuals and work related exposures is provided.**

**IMEx is involved in the setting up, staffing, and managing of corporate medical departments within companies, factories and organizations.**

**U.S. HealthWorks, Inc. (USHW), Regional Medical Director   3/97 – 9/00**
**20690 Lakeland Boulevard**
**Cleveland, Ohio 44119**

**USHW is a Physician Practice Management Company specializing in occupational health care through a medical network of occupational specialists and clinics.  Organization provides safety, ergonomic, audiology, industrial hygiene and regulatory compliance expertise.  Injury care and rehabilitation services offered.  Company is supported by multi-location clinics, appropriate clinical protocols and outcome measurements.  Medical legal consultation and deposition services are offered.  Full network of supporting health specialists and hospitals integrated into service offerings.**

**Kevin L. Trangle, M.D. & Associates, Inc.**                    **4/95 - 3/97**
**20690 Lakeland Boulevard**
**Cleveland, Ohio  44119**

**Trangle & Associates was an organization involved in the Occupational Medicine and Industrial Hygiene field in several areas.  It was staffed with occupational physicians, as well as other professionals in the Occupational Medicine field.  The company set-up in-plant medical facilities, performs medical-legal examinations and consultations for the insurance and legal industry.  In addition, the organization involved in clinical out patient facility treating workers with injuries and advising companies on clinically related medical problems.**

**Kevin L. Trangle, MD, MBA**
**Page 6**

**Business Health Network, Inc., President**                    **3/89 - 3/95**
**35000 Kaiser Court, Suite 300**
**Willoughby, Ohio 44094**

Business Health Network was an organization that is involved in the Occupational Medicine and Industrial Hygiene field in several areas. It was staffed with toxicologists, occupational nurses and physicians, as well as other professionals in the Occupational Medicine field. The company set-up in-plant medical facilities, performs medical-legal examinations and consultations for the insurance and legal industry and performed environmental sampling on air, land, soil and water resources. In addition, the organization ran clinical outpatient facilities treating workers with injuries and advised companies on clinically related medical problems. The company owned and ran an environmental testing laboratory specializing in testing of water, air, soil and indoor air quality environments.

**MEDNET, Partner**                    **5/84 - 3/89**
**Director, Occupational Medicine/Immediate Care & Ambulatory Services**
**Euclid Clinic Foundation**
**18599 Lake Shore Boulevard**
**Euclid, Ohio 44119**

Activities encompassed a broad range of the aspects involved in the practice of Occupational Medicine. Responsibilities included supervising staff, hiring and training, program development and implementation, marketing and sales, and most importantly, quality medical delivery. Personal schedule entailed seeing patients with on-the-job injuries, physical pre-placement and periodic examinations, back-to-work status exams, light-duty determinations and others. Much time was spent in specialty consultations and medical-legal determinations such as disability examinations.

**CHEC Medical Centers**                    **9/81-5/84**
**Seattle, Washington**

Founder and President of an ambulatory care center network in Seattle. The group of clinics handled a variety of patients at several clinics with over 50% occupational medicine utilization. Duties included treating patients for on-the-job injuries, as well as, routine screening examinations. I functioned as company physician for several hotel firms as well as large trucking firms. Set up Back Injury Program, CPR/First Aid classes and other wellness activities.

I was active in the medical-legal aspects of Workers' Compensation and a consultant to several attorneys.

**Kevin L. Trangle, MD, MBA**
**Page 7**

**Stevens Memorial Hospital**                                    **1/82-6/82**
**Edmonds, Washington**
**Emergency Room physician**

**Riverton General Hospital**                                    **2/81-1/82**
**Seattle, Washington**
**Full-time emergency department physician, which included work at other at**
**Overlake and Providence Hospitals**

**Medical Consultant Services**                                  **9/77-3/81**
**Minneapolis-St. Paul and Seattle Areas**
**This was a consultation practice with various attorneys in the areas.**

**Republic of Togalaise, West Africa**                           **3/78-5/78**
**Group Leader:  Arnold Andersen, M.D.**
**Founder, Children's Hospitals**
**Minneapolis, Minnesota**
**I was a leading member of a team of physicians establishing joint medical relations.**

**Hadassah Medical School**                                      **9/77-6/78**
**Harry Jacob, Chairman**
**University of Minnesota**
**Minneapolis, Minnesota**
**Research work supported with stipend from the Minnesota Medical Foundation**

**Swazi Government Hospital**                                    **9/76-1/77**
**Mbabane Swaziland, Africa**
**I performed as physician with full responsibilities for treating and managing**
**patients in hospital.  Designed, executed and correlated results into publications of**
**immunology research project.**

**National Institute of Health / Clinical Endocrine Program**    **9/75-1/76**
**National Heart-Lung Institute / Hypertension-Endocrine Unit**
**Bethesda, Maryland**

Kevin L. Trangle, MD, MBA
Page 8

**Publications:**

1.  D.S. Kemp, M. Trangle, and K. Trangle:  Anderson Test Assessment of Recemization for the Hydroxybenzotrizole-Dicyclohexylcabodimide Peptide Coupling Procedure.  Tetrahedron Letters

2.  K. Trangle:  Dietary Habits of Adolescents in Sharon, Mass.  This paper is part of the collection of surveys being coordinated in a citywide nutrition Assessment by M.I.T. Nutrition Department

3.  A.E. Rogers, B.J. Herdon, P.M. Newverne, et al:  Induction by Dimethyl-Hydrazide of Intestinal Carcinoma in Normal Rats and Rats Fed High and Low Levels of Vitamin A; Acknowledgment, Cancer Research 33:1003-9, May 1973.

4.  K. Trangle, D. Hamarschmidt, P. Craddock, and H. Jacobs:  Complement Activation of PMN Aggregation in Parasitic Infections.  Abstract, ASCO 5/17.

5.  K. Trangle, M. Goluska, M. O'Leary, S. Douglas:  Schistosomiasis, Blood Groups, and Secretor Status - Parasite Immunology, 1:133-140, 1979.

6.  N. Radfar, K. Trangle:  Dexamethasone Treatment for Congenital Adrenal Hyperplasia-National Institute of Health.

7.  Fallon Jr., L. Fleming, Awosika-Olumo, Adebowale; Trangle, Kevin L:  Case Study-Idiopathic Pulmonary Fibrosis (Cover story).  Journal of Controversial Medical Claims, Aug2004, Vol. 11 Issue 3: P1, 6p.

8.  Trangle, Kevin L, Fallon Jr., L. Fleming, Awosika-Olumo, A: Primary Multiple Drug-Resistant Tuberculosis:  A Case Report.  Journal of Controversial Medical Claims:  May2004 Vol. 11 Issue 2, P15, 5p.

9.  Trangle, Kevin L, Fallon Jr., L. Fleming, Awosika-Olumo, A: Deltoid Muscle Atrophy Secondary to Hepatitis B Injection?  A Case Report: Journal of Controversial Medical Claims.  Feb2004, Vol. 11, Issue 1, P9, 4p.

10.  Awosika-Olumo, Adebowale; Fallon Jr., L. Fleming: Crush Syndrome:  A Lesson in Risk Management: Journal of Controversial Medical Claims. Nov2002, Vol 9 Issue 4, P8, 4p, 2 charts

11.  Awosika-Olumo, Adebowale, Fallon Jr., L. Fleming, Trangle, Kevin L: The Connection between Stress and Peptic Ulcer Disease:  A Case of Mistaken Relationship: Journal of Controversial Medical Claims, Aug2002, Vol.9, Issue 3, P8, 5p.

12.  Fallon Jr., L. Fleming, Awosika-Olumo, Adebowale, Trangle, Kevin L: Reactive Airways Disease:  A Need for Caution in a Medico legal Case Review Brief: Journal of Controversial Medical Claims, May 2002, Vol. 9, Issue 2, p10, 5 p, 1 chart.

13.  Fallon, LF, Awosika-Olumo, A, Trangle, KL. (2005): Brucellosis in a Supermarket Neat Cutter. Journal of Controversial Medical Claims, 12(2), 1-5.

14.  Trangle Kevin L, Awosika-Olumo Adebowale, L. Fleming Fallon, Jr.: Occupational Exposures and Medical Treatments: An Example of Synergy: Journal of Controversial Medical Claims, August 2005, Vol. 12, No. 3, pgs. 1-6.

15.  Awosika-Olumo AI, Trangle KL. Post-traumatic fibromyalgia: a review. African Newsletter 3/1999 p.76-79

**Kevin L. Trangle, MD, MBA**
**Page 9**

**National Awards and Grants:**
      National Merit Scholarship
      National Science Foundation Scholarship
      Alpha Omega Alpha Scholarship Award
      Minnesota Medical Foundation Research Grant
      Schistosomiasis Research Grants

**Organizational Memberships:**
      American College of Occupational and Environmental Medicine
      American College of Physician Executives
      American Medical Association
      Cleveland Academy of Medicine
      Ohio State Medical Association
      American Academy of Disability Evaluation Physicians
      American College of Preventive Medicine
      American Society of Internal Medicine

**Presentations:**
- Ohio Bar Association 1994, American Disability Act.
- Cuyahoga Bar Association 1993, Substance Abuse in the Workplace.
- Ohio Association of Trial Attorneys 1992, Cumulative Trauma Disorders.
- Mt. Sinai Grand Rounds 1994, Lead Intoxication.
- TriState Occupational Medicine 1993, Scope of Occupational Medicine.
- American College of Occupational and Environmental Medicine 1992, Occupational Medicine in the Clinic Setting.
- Ohio Self-Insured Employer Annual Meeting, Cleveland 1993, Permanent Partial Impairment and Use of the AMA Guide.
- Industrial Commission/Attorney General - Workers' Compensation Division 1992-1993, Seminar Series on Medical Issues (monthly) for Lawyers and Hearing Officers.
- Cuyahoga Bar Association 1994, Cervical Spinal Injuries
- Presentation - Cervical Spine Disease, December 2, 1994
- Presentation - Workers Compensation, December 8, 1995
- Seminar - ADA Presentation, October 11, 1996
- Seminar - Managed Care Occupational Medicine Presentation, November 8, 1996
- Presentation – Workers' Compensation in Ohio, October, 1999
- Presentation- OSHA VPP Award for Millennium 2004
- Presentation- OSHA Best of Practices Award for Health Care Program 2004
- Carpal Tunnel Syndrome, First Energy and TPA Conference, November, 2005
- Reflex Sympathetic Dystrophy- DMEC Ohio, January, 2006-01-06
- Ohio Self Insured Associations presentation on Substantial Aggravation, June 2006
- Ohio Self Insured Association Presentation of Health Care Cost Containment, June 2006
- Presentation Attorney General and Hearing Officers on RSD and Substantial Aggravation, September 2007
- Central Ohio Self Insured Association Presentation on RSD, November 2007

**Kevin L. Trangle, MD, MBA**
**Page 10**

- **Reflex Sympathetic Dystrophy Presentation at Ohio Self Insured Association Day, January 2008**
- **Reflex Sympathetic Dystrophy Presentation for Annual Meeting of Case Managers in Ohio, April 2008**
- **Workers' Compensation Panel Presentation for Employers, May 2008**
- **Raising the Bar; Presentation on the IME in Workers Compensation Cases; Columbus, Ohio, April 29, 2010**
- **Nationwide Mock Trial and Deposition Training Seminar; Instructor and Presenter for Advanced Trial Attorney Seminar; Columbus, Ohio, July 26-28, 2010**
- **Expert Witness Skills Presentation for Progressive Attorneys Group; Cleveland, Ohio, April 15, 2011**
- **Peel Holland workshop on Preventive Medicine, Paducah, Kentucky; October 10, 2012**
- **BAN Wellness workshop: Scottsdale, Arizona; February 11, 2013**
- **BAN Data Analytics workshop; Scottsdale, Arizona; February 12, 2013**
- **Nationwide NITA Conference presenter; Advanced Trial Attorney Seminar; Columbus, Ohio, March 19, 2013**

**ROBERT P. ODGERS, PhD, ABPP**
*Diplomate in Clinical Neuropsychology,*
*American Board of Professional Psychology*

320 SE Florida Street
Stuart, FL 34994
772-287-0217
772-287-0906 (fax)

## NEUROPSYCHOLOGICAL FILE REVIEW

CLAIMANT:                          Craig Parker
CLAIMANT DATE OF BIRTH:            ███/1961
LAST DATE OF WORK:                 04/05/2014
REFERRAL SOURCE:                   Sun Life Financial
DATE OF REPORT:                    04/04/2016
INCIDENT/CLAIM NUMBER:             091014-05930-00
CASE NUMBER:                       85822SUNLIFE
BASIS OF EVALUATION:               Review of Medical Records
EXAMINER:                          Robert P. Odgers, PhD, ABPP
EXAMINER SPECIALTY:                Neuropsychology

REASON FOR REFERRAL

A record review was requested by the Claimant's insurance carrier, Sun Life Financial, to examine evidence for psychological and/or cognitive impairment and their functional implications, and the possible etiology if such exists. The opinions given are based solely on the records reviewed and are subject to change if additional information is provided. This file review does not constitute a psychological or psychiatric evaluation.

LIST OF MEDICAL RECORDS SUBMITTED FOR REVIEW

Physician Statements
File Reviews by Dr. Fuhrmann
Psychotherapy Summary Letters by Dr. LaClaire
Various Physician Letters
Office Notes from College Park Family Care Center (Drs. Schuchardt, Pfuetze, and Reilly)
Office Notes of Healthy Life Family Medicine (Dr. Seberger)
Office Notes of Dr. Brown
Office Notes of Dr. Ellis
Office Notes of Dr. Crist
Office Notes of Dr. Green
Office Notes of Dr. Berndtson
File Review by Dr. Tangle
University of Kansas Hospital Records (Drs. Waller, Gierer, and Pearson)
Sun Life Internal Reviews
Various Laboratory Reports
Attorney Letters
Job Description
Various Emails and Correspondence Between the Claimant and Sun Life Insurance

Page 2
Craig Parker

SUMMARY OF MEDICAL RECORDS SUBMITTED FOR REVIEW

Robert L. Schuchardt, MD (Family Practice) & Bruce L. Pfuetze, MD, (Allergist) Office notes from College Park Family Care Center dated 3/24/14 through 10/29/15 (some nurse practitioner notes are included). Diagnoses included Dyslipidemia, Prediabetes, Fatigue, Hemorrhoids, Gastritis, Candida Esophagitis, Seasonal Allergies, Sinusitis, Food Allergy, GERD, Double Vision, Fourth Nerve Palsy of the Left Eye, and Vitamin D Deficiency. All mental status exams noted the claimant to be "alert, oriented, and cognitive function intact." The note of 8/11/14 reported that the claimant had been to the Mayo Clinic and his gastrointestinal evaluation was normal. The claimant was treated mostly for allergy and sinus problems, and asthma.

Michael Brown, ND ("Naturopathic MD") – Office notes dated 4/15/14 through 11/3/15. Dr. Brown noted that the claimant was symptom free until he ate. Symptoms reported included abdominal pain, itchy skin, slimy coating in mouth, flu like feeling, pressure in the head, dizziness, tingling, tinnitus, blurred vision and painful bloodshot eyes, depression and fatigue, lowered body temperature, prostate pain, brain fog, and poor memory and concentration. Initial diagnoses included Disseminated Candidiasis, Unspecified Endocrine Disorder, Unspecified Anxiety State, and Chronic Fatigue Syndrome. Included are physician statements dated 9/26/? (date is difficult to read), 9/26/14, and 4/21/15, where Dr. Brown indicated that the claimant had chronic fatigue syndrome, fibromyalgia, "brain fog", stress, fatigue, 'GI issues", "IBS", anxiety, adrenal insufficiency, and an inability to focus and concentrate. Included is a letter dated 1/11/15 where Dr. Brown indicated that the claimant was suffering from chronic fatigue syndrome and fibromyalgia. The note of 1/22/15 indicated that a SPECT scan showed significant inflammation in the temporal lobes and mild inflammation in the inferior frontal lobes, felt to be consistent with Lyme disease. Included is a letter dated 2/11/16 where Dr. Brown reported that the claimant suffered from CIRS, history of mold exposure, and Lyme and/or other tick-borne infections that resulted in severe fatigue, malaise, cognitive impairment, chronic sinus infection, visual processing issues, asthmatic and allergic issues, endocrine imbalances, and reactions to many foods.

Laura G. Reilly, MD (Neurology) – Initial evaluation dated 5/7/14 and follow up notes dated 5/27/14 through 6/10/14. The claimant was seen for fatigue and weakness. Diagnoses included Nervous Indigestion, Leg Weakness, Fourth Nerve Palsy of Left Eye, and Weight Loss. MRI of the brain dated 5/16/14 was reported as normal.

Steven F. Ellis, MD (ENT) – Initial consultation dated 8/15/14. The claimant was seen for sinusitis, nasal congestion, cheek pain, and cheek pressure. On review of systems, headaches were noted, but no difficulties with memory. Diagnoses included Excessive Cerumen in Ear Canal, Chronic Sinusitis, Nasal Polyps, Smell and Taste Disorder, and Fatigue. There is a post-operative report dated 9/5/14 after the claimant had undergone sinus surgery and follow up notes dated 10/3/14 through 7/28/15. The note of 5/27/15 reported that depression and anxiety were present, but not inability to concentrate or poor memory. There is an operative report dated 6/4/15 regarding a second sinus surgery. The notes of 6/10/15, 7/7/15, and 7/28/15 indicated the absence of depression and anxiety, absence of concentration problems, and absence of memory problems.

Bill S. Wallace, MD (Ophthalmology) – Office note dated 9/2/14 and physician letters dated 9/2/14. The claimant was seen for blurred vision and eye pain. Diagnoses included left Hypertropia and Corneal Dystrophy.

Page 3
Craig Parker

Bethany Drabik, RN – Sun Life Internal Review dated 12/29/14. Ms. Drabik concluded that there were insufficient objective data to support disability.

Anita Bolster, RN – Sun Life Internal Review dated 2/10/15. Ms. Bolster indicated that the claimant was impaired from visual problems from May through July 2014, but there was no objective evidence to support any other impairment.

Calvin P. Fuhrmann, MD (Internal and Pulmonary Medicine) – Sun Life Internal File Review dated 2/27/15. Dr. Fuhrmann concluded that the claimant's complaints were consistent with fibromyalgia and chronic fatigue, which would limit his ability to carry out full time activities. Dr. Fuhrman opined that the claimant could work part time if given periods of rest. There is a second review dated 7/25/15 where Dr. Fuhrman reported that the claimant did not have Lyme disease and there was no evidence for cognitive dysfunction. However, neuropsychological testing had been recommended. It was concluded that the claimant was "fit for duty."

Jude LaClaire, PhD, LCPC – Letter dated 3/31/15 summarizing eight psychotherapy visits from 1/9/15 through 3/19/15 where Dr. LaClaire listed diagnoses of Dysthymic Disorder and Adjustment Disorder with Anxiety (Chronic). Dr. LaClaire noted that the claimant's physical complaints remained, but he was dealing with stress and anxiety more effectively. In a physician statement dated 4/18/15, Dr. LaClaire reported that the claimant was initially seen for depression, anxiety, poor concentration, fatigue, memory problems, and difficulty making decisions. Included is a letter dated 4/27/15 where Dr. LaClaire indicated that the findings seemed to indicate "quantitatively" that the claimant had a brain disease. There is another letter dated 4/27/15 summarizing 10 psychotherapy sessions dated 1/9/15 through 4/23/15. There is a letter dated 12/22/15 summarizing 17 psychotherapy sessions from 1/9/15 through 12/14/15. While it was felt that the claimant was handling stress better, Dr. LaClaire reported that he continued to experience depression, anxiety, and an inability to focus and concentrate. Dr. LaClaire reported that physical and mental health issues would keep him from functioning adequately in his job.

Lisa Jacobus, MSW – Internal Sun Life Review dated 5/14/15. Ms. Jacobus concluded that documentation did not support an incapacitating psychiatric disorder.

Stephen Waller, MD (Infectious Disease), University of Kansas Hospital – Records dated 4/15/15 and 8/19/15. Dr. Waller reported that the claimant had an abnormal SPECT scan in 2014 of unclear significance. The claimant was initially seen for cognitive problems and possible tick-borne illness. The second evaluation was primarily for recurrent sinusitis. On mental status exam, the claimant was reported to be oriented with normal mood and affect. Dr. Waller indicated that the claimant "did not appear to me to have any issues with memory given his ability to readily call specific fax (sic) and details regarding medical procedures." Nonetheless, a neuropsychological evaluation was recommended. Included is a letter dated 8/20/15 describing the findings from 8/19/15 consultation.

Selina Gierer, DO (Allergy, Immunology, and Rheumatology), University of Kansas Hospital. Records dated 12/22/15. The claimant was seen at the Allergy and Immunology clinic for chronic sinus problems, allergies, and abnormal sensitivities. Diagnoses included chronic fatigue/malaise, which Dr. Gierer did not feel could be attributed to any infectious, autoimmune, autonomic, hematologic, neurologic, nutritional, or immunodeficiency causes based on extremely intensive evaluation. Other diagnoses included multiple drug allergies, recurrent sinusitis, food allergies and intolerance, seasonal allergic rhinitis, GERD, and EGD gastritis. Dr. Gierer concluded that the claimant had adopted a stance that any medication he took caused an

Page 4
Craig Parker

extreme reaction, making it difficult to treat him.  Obtaining a psychiatric opinion was recommended.

Caleb Pearson, PsyD, ABPP, University of Kansas Hospital – Neuropsychological evaluation dated 12/9/15.  The claimant reported "brain fog" over several years, depression and anxiety, fatigue, flu-like symptoms, and an abnormal SPECT scan.  Dr. Pearson reported that findings were largely unremarkable with the exception of some mild relative impairment on verbal fluency tests.  Symptoms and complaints sounded attentional in nature and likely secondary to depression and anxiety, or possibly somatization disorder.

Andrew Green, MD (Endocrinology) – Office notes dated 9/28/15 and 10/12/15.  The claimant was evaluated for low testosterone and high IGF-1.  Dr. Green reported that IGF-1 was minimally elevated, but this could not explain the claimant's flu-like symptoms.  Other lab results were unremarkable.

Keith Berndtson, MD (Family Practice) – Office note dated 1/6/16 and a letter dated 1/7/16 where Dr. Berndtson concluded that the claimant had disseminated Lyme disease, as well as Chronic Inflammatory Response Syndrome, both of which were felt to be treatable.

Charles L. Crist, MD (Family Practice) – Office notes and evaluation dated 12/6/15 and 12/8/15. The claimant was seen for evaluation of Borreliosis.  Diagnoses included Lyme Borreliosis, Flu-Like Symptoms, Sinus Congestion, Asthma, Myalgia, Spasm of Muscle, Impaired Cognition, Joint Pain and Gluten-Sensitive Enteropathy.  Included is a letter dated 1/14/16 where Dr. Crist reported that the claimant had an autoimmune disease based on a positive ANA, insufficient aldosterone levels, high lead levels, low metabolism, hypercoagulation, low testosterone, high triglycerides, and abnormal brain blood flow based on a SPECT scan.

P. James Seberger, MD, PhD – Office note dated 8/31/15.  Diagnoses included Impaired Cognition and Ochra Toxin Infection.  Included is a letter dated 1/22/16 where Dr. Seberger reported that the claimant "very clearly has one of the most extreme mold infections that I have ever seen."  The infection was felt to also be within the claimant's brain.

Kevin Tangle, MD (Internal Medicine) – File Review dated 3/28/16.  Dr. Tangle concluded that the medical record supported diagnoses of Seasonal Allergies, Chronic Recurrent Polypoid Rhinosinusitis, Mild Asthma, Irritable Bowel Syndrome, GERD, Hypertropia in the Left Eye, Dysthymic Disorder, and Chronic Adjustment Disorder with Anxiety.  The claimant was felt to be limited for a brief period time secondary to his eye problems, which resolved in September 2014.  Dr. Tangle opined that there was no medical evidence to support diagnoses of Lyme disease, CIRS, and Mold Allergies.  He opined that the claimant's level of fatigue and pain did not correlate with and was out of proportion to objective clinical findings.  He opined that the claimant's alleged intolerance to medications was based entirely on subjective reporting without objective clinical findings.

Craig Parker – Employee statement dated 9/29/14.  Included are various emails outlining his subjective symptoms and diagnoses.  Included is a detailed medical history

Teresa M. Meagher, Attorney – Representation letter dated 10/1/15.  Included is an appeal letter dated 2/1/16. Employer statement dated 11/4/14.

Page 5
Craig Parker

CASE FORMULATION

The claimant is a 54 year old Team Leading Engineer who stopped working in April 2014 due to progressive weakness and generalized fatigue. He reported being in generally good health until about 2011 when his health began to decline. He began experiencing flu-like symptoms, severe fatigue, double vision, eye pain, stomach pain with nausea, recurrent sinusitis, intermittent cognitive symptoms and "brain fog", and multiple drug and food sensitivities and allergies. He has had extensive medical work ups and been diagnosed with such things as fibromyalgia, chronic fatigue syndrome, chronic inflammatory response syndrome (CIRS), disseminated Lyme disease, and irritable bowel syndrome. Medical reviews have indicated that there is limited objective evidence to support these diagnoses. The claimant had an abnormal SPECT scan in 2014, which has been reported to be of unclear significance. Neuropsychological testing was done in December 2015 with unremarkable findings. Reported symptoms were felt to be secondary to either depression and anxiety, or somatization. The claimant has remained off work secondary to physical and cognitive complaints.

RESPONSES TO REFERRAL QUESTIONS:

1.    From a psychiatric/psychological perspective only, please respond individually to sections 1a through 1c below by describing this claimant's current abilities and limitations in his/her performance of daily tasks. Please pay particular attention to abilities and limitations in performing tasks that currently impact performance in the workplace. Describe current abilities and limitations in behavior from simple/routine/low stress activities to more difficult tasks.

Abilities and limitations in performing tasks secondary to psychological symptoms and abilities, as:

a) indicated by objective test data.

From a neuropsychological perspective, the only objective data available come from Dr. Pearson's neuropsychological evaluation done 12/9/15. Test scores across multiple cognitive domains, including attention and concentration, memory, and higher level processing of information, were normal. The only significant finding was relatively mild impairment on verbal fluency measures. While Dr. Pearson acknowledged that this could correlate with the decreased perfusion in the frontal lobes seen on the SPECT scan, he also suggested that this could easily reflect chance variability. Memory scores were normal and there was no correlation with the decreased perfusion in the temporal lobes as indicated by the SPECT scan. In my opinion, this is a normal cognitive profile and there is nothing in it to support the claimant's subjective cognitive complaints. As such, there are no objective data to support functional limitations. Dr. Pearson concluded that the claimant's complaints sounded attentional in nature, and were possibly psychiatric in nature. However, no objective personality measures were administered and there are no objective data to indicate limitations secondary to such things as depression or anxiety.

b) documented in the medical record.

The claimant reported "brain fog" and cognitive dysfunction to multiple physicians, but there is nothing in the record to support this other than his subjective reports. His primary care physician, Dr. Schuchardt, consistently noted in mental status examinations that the claimant was alert, oriented, and cognitively intact.

Page 6
Craig Parker

The claimant's ENT physician, Dr. Ellis, noted in mental status exams that concentration and memory were intact. Dr. Waller, an infectious disease physician at the University of Kansas Hospital, concluded that the examinee likely did not have memory problems based on his ability to recall his history in detail. The medical record does not support cognitive limitations.

The claimant has been followed by a therapist, Dr. LaClaire, and diagnosed with Dysthymia and Adjustment Disorder With Anxiety. Supporting symptoms included speaking in monotone, expressed feelings of hopelessness, poor appetite, low energy, fatigue, low self-esteem, poor concentration, difficulty making decisions, worry, nervousness, and anxious feelings. There is nothing to indicate the level of severity of these symptoms, and it is unlikely that they are functionally limiting. There is nothing in the record to indicate that the claimant was treated by a psychiatrist, nor were his physicians treating him with psychiatric medications. Based on the level of care, it is unlikely that his symptoms would be of sufficient severity to cause functional limitations. It is of interest to note that in a four page chronology of his medical symptoms, the claimant only once mentioned depression and anxiety in January 2015 as a response to losing his job. Based on his own description of his problems, it does not appear that he considered psychiatric problems as functionally limiting.

c) documented by other means, such as with your collateral interview(s).

N/A.

2. Please explain how your sources of evidence above are consistent or inconsistent with each other. For example, are the medical records consistent with each other and with collateral interviews?

The medical records consistently show subjective complaints of cognitive dysfunction, but without objective evidence to support the claimant's reports. There is an abnormal SPECT scan, which is of unclear significance as neuropsychological test findings generally did not correlate with the SPECT findings. Several of the treating physicians noted anxiety and depression, but the significance of this is difficult to determine. The claimant was not treated by a psychiatrist nor was he taking psychiatric medications. Psychotherapy sessions started out at a frequency of weekly, but were once every two to three weeks later in 2015. This level of care would not suggest that he was limited by psychiatric symptoms as suggested by his therapist.

3. What are your recommendations for treatment for psychological problems only? (e.g., specific medication change, frequency of sessions, type(s) of psychiatric/psychological therapy?)

Given the lack of objective evidence to support the claimant's somatic complaints, it appears highly likely that somatization is playing a significant role in his clinical presentation. As far as I can tell from the medical record, he has never had a psychiatric consultation, which is clearly indicated. The medical record indicates that he had adverse responses to antidepressant medications that were prescribed in the past, but these reactions appeared to have been relatively mild and to only a couple of medications. He needs ongoing psychiatric care and medication management.

From a psychotherapy standpoint, this claimant should be seen on a weekly basis to assist with coping strategies. A cognitive behavioral approach would likely be beneficial. There needs to be a decreased emphasis on his myriad of somatic complaints in an effort to minimize physician inducement of symptoms

Page 7
Craig Parker

(iatrogenic symptoms).  The approach should be goal directed with an ultimate goal of returning to work.

4.  If you have documented psychologically based impairment in this claimant's ability to perform tasks, what should the examinee do (from a psychological/psychiatric perspective only) to enhance success for improvement in his/her ability to carry out those tasks? (E.g., exercise, volunteer work, social activity, educational activity, etc. This question does NOT constitute a request for treatment suggestions).

There are no substantial data in the record to support psychologically or neuropsychologically based impairment in this claimant's ability to perform tasks.

Robert P. Odgers, PhD, ABPP
Clinical Neuropsychologist

AR 1003



Sun Life Assurance
Company of Canada
One Sun Life Executive Park
Wellesley Hills, MA 02481-5699
SC4328

April 11, 2016

The Law Offices of Teresa M. Meagher
14 Corporate Woods
8717 W. 110th St., Suite 440
Overland Park, KS 66210

Re:    Policy No.:    231948 - Group Long Term Disability
       Claim No.:     091014-05930-00
       Employee:      Craig Parker

Dear Attorney Meagher:

We have completed our review and have determined that the denial of Mr. Parker's claim for Long Term Disability (LTD) benefits effective March 31, 2015, was correct. Please read further for a detailed explanation of our decision.

The referenced policy states:

**All Eligible Salaried Exempt Employees**

**Total Disability or Totally Disabled** means the Employee, because of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation.

The loss of a professional or occupational license or the inability to obtain or qualify for a license for any reason does not, in itself, constitute Total Disability.

To qualify for benefits, the Employee must satisfy the Elimination Period with the required number of days of Total Disability, Partial Disability or a combination of days of Total and Partial Disability.

**Material and Substantial Duties** means, but is not limited to, the essential tasks, functions, skills or responsibilities required by employers for the performance of the Employee's Own Occupation. Material and Substantial Duties does not include any tasks, functions, skills or responsibilities that could be reasonably modified or omitted from the Employee's Own Occupation.

**Own Occupation** means the usual and customary employment, business, trade, profession or vocation that the Employee performed as it is generally recognized in the national economy immediately prior to the first date Total or Partial Disability began. Own Occupation is not limited to the job or position the Employee performed for the Employer or performed at any

1

specific location.

**Termination of Long Term Disability Benefits**

Total or Partial Disability Benefits will cease on the earliest of:

1.   the date the Employee is no longer Totally or Partially Disabled.

## APPEAL REVIEW

**Initial Claim Submission**

Mr. Parker's claim for Long Term Disability was received to Sun Life Assurance Company on or about October 9, 2014. On October 22, 2014, the Case Manager mailed Mr. Parker an acknowledgement letter outlining policy provisions that applied to the review of his claim.

As part of the initial claim review, our vocational consultant, Kristin Esposito reviewed Mr. Parker's job information a position titled Design Engineer Team Leader. Utilizing the Economic Research Institute (ERI) Occupational Assessor, Ms. Esposito opined that Mr. Parker's occupation corresponds to Design Engineering Supervisor (SVP 8), e/DOT# 019.137-042 and it typically exists in the national economy, according to ERI, at a Light exertion level.

On March 3, 2015, the Case Manager sent an approval letter to Mr. Parker.  Benefits were issued thereafter on a regular basis, and the Case Manager continued to remain in contact with Mr. Parker, requesting documentation for his file at times including updated medical records and forms. In addition, the file was reviewed by medical consultants regularly to confirm Mr. Parker continued to meet the definition of Total Disability.

The Case Manager sent a letter to Mr. Parker on April 8, 2015, requesting his treating physician complete an Attending Physician Statement. It was requested the treating physicians, physical and psychiatric, complete the appropriate sections. The Case Manager requested the form be completed and submitted to Sun Life no later than April 29, 2015.

On May 8, 2015, the Case Manager sent a letter to Mr. Parker informing him Sun Life Assurance Company had received the Attending Physician Statement signed by Dr. Brown on April 21, 2015. Dr. Brown indicated on the Attending Physician Statement that Mr. Parker was able to function at a medium level. It also noted that Mr. Parker's condition was unchanged and that his physical restrictions and limitations vary daily which is conducive with Fibromyalgia and Chronic Fatigue diagnoses. Sun Life Assurance Company received a Behavioral Attending Physician Statement signed by Dr. LaClaire on April 21, 2015. The Case Manager acknowledged the behavioral component of Mr. Parker's claim and its potential impact on his ability to function. The Case Manager's letter informed Mr. Parker that a medical consultant would review his behavioral component but benefits would be suspended as of March 31, 2015 because the information within his file at the time did not support Total Disability because Dr. Brown noted he had Medium capacity on the Attending Physician Statement and his own occupation was Light capacity.

On May 14, 2014, Lisa Jacobus, MSW, LICSW, reviewed the file documentation to determine if the

2

clinical information provided support for an incapacitating psychiatric disorder impacting Mr. Parker's ability to work. Ms. Jacobus opined that the file documentation did not provide support for an incapacitating psychiatric disorder impacting Mr. Parker's ability to work. The records did not contain sufficient clinical information such as comprehensive mental status exam results or information on limitations in day-to-day functioning to support an incapacitating psychiatric condition.

Calvin P. Fuhrmann, MD, Board Certified in Internal & Pulmonary Medicine reviewed the medical and file documentation to determine if there were physical conditions that continued to cause functional impairment. Dr. Fuhrmann opined in his report that Mr. Parker had shown significant improvement in his overall central nervous system issues with particular attention to his memory and that the other symptoms of muscle fatigue and weakness were not of the degree that would prevent him from carrying out his usual activities. In addition, Dr. Fuhrmann opined that Mr. Parker does not have evidence of chronic Lyme disease, his overall symptoms have improved from the point of view of his sinuses, and that there is nothing objective at the present time to corroborate his issues regarding cognitive dysfunction or so-called brain fog.

Upon review of the medical reports, the Case Manager determined that benefits were not payable beyond March 31, 2015 because Mr. Parker no longer met the definition of Total Disability.  A letter was sent to Mr. Parker on July 30, 2015, informing him of this decision.  He was informed of his right to appeal this decision if he disagreed.

**Appeal Submission**

Your letter dated October 1, 2015, requesting an appeal review of Mr. Parker's Long Term Disability claim denial was received to Sun Life Assurance Company on October 1, 2015. You submitted the following documentation for appeal review:

- Letter from Keith Berndtson, MD
- Progress note from Keith Berndtson, MD
- Letter from P. James Seberger, MD, Ph.D.
- Medical records from Healthy Life Family Medicine
- Medical records from Performance Health
- Letter from Charles L. Crist, MD, PC
- Progress notes from unknown provider
- Problem list completed by Craig Parker
- Instructions for New Patients
- Recommendations and Observations from Questionnaires
- Options to help symptoms
- Doctor's notes and records from Charles L. Crist, M.D.
- Medical records from Kansas City Holistic Centre (Dr. Jude LaClaire, LCPC)
- Medical records from The University of Kansas Hospital
- Medical records from College Park IMG
- Office notes from Andrew Green, MD
- Copy of photo ID
- Copy of Insurance Card
- Medical records from LabCorp
- Medical records from KCIM – St. Joe
- Medical records from College Park Family Care Center, P.A.

3

- Office notes from Bruce L. Pfuetze, MD
- Head & Neck Surgery of Kansas City, P.A. office notes
- Medical records from The University of Kansas Physicians
- Office notes from Naturae's Path, LLC
- Office notes from Michael Brown
- Medical records from IGenex, Inc.
- Article titled 'Lyme disease – carrying ticks are now half of all U.S. counties' by Claire Asher – January 18, 2016
- Medication List

- Statement from Michael Brown, MD dated February 1, 2016

**Medical Review**

As part of the appeal review process, we referred Mr. Parker's file for independent medical records assessments. The file was reviewed by Kevin Trangle, M.D., M.B.A, Board Certified: American Board of Internal Medicine and Board Certified: American Board of Preventive Medicine, Occupational Medicine and by Robert P. Odgers, PhD, ABPP, Clinical Neuropsychologist. I incorporate by reference both Dr. Trangle's and Dr. Odger's entire reports, portions of which are excerpted below.

**Physical Review – Dr. Trangle**

Dr. Trangle was asked if the medical documentation supported the presence of any functionally impairing condition(s). Dr. Trangle answered:

> The supported diagnoses with associated impairment consisted of **hypertropia (strabismus) in the left eye** suggestive of 4th cranial nerve palsy. This condition was likely responsible for the claimant's reported diplopia. After a thorough diagnostic workup, the etiology of this condition could not be determined but his treating physicians felt it was related to his nutritional issues. By 06/10/2014, Mr. Parker reported his double vision had improved and when he was seen by ophthalmologist Bill Wallace, M.D. on 09/02/2014, this **condition had essentially resolved**. An analysis of Mr. Parker's supported mental health conditions is deferred to an appropriate specialist. However, from the occupational and internal medicine standpoint, the records did not reveal an intensity of treatment or objective clinical findings which supported a level of impairment that would preclude him from working.

Dr. Trangle was asked for each impairing diagnosis supported by medical evidence, to outline reasonably supported restrictions and limitations, including anticipated duration of restrictions and limitations and prognosis for impairment. Dr. Trangle answered:

> Limitations and/or restrictions associated with the aforementioned hypertropia were supported from approximately 05/15/2014 to 09/02/2014. He was likely limited in his ability to perform most if not all of his essential work duties during that time. He would have been restricted from driving, operating hazardous machinery and working at unprotected heights. As previously noted, this condition had essentially resolved by 09/02/2014 after which no further limitations or restrictions were supported.

The file documentation states Mr. Parker has been diagnosed with Lyme disease. Dr. Trangle was asked

to outline the diagnosis criteria for Lyme disease and indicate if the objective medical evidence supports the criteria for the diagnosis. Dr. Trangle provided the following response:

> Please see the above discussion where the diagnostic criteria for Lyme disease were outlined among other related topics. Overall, the objective medical evidence completely failed to support this or any tick-borne illness. This is based on a combination of negative serological testing, PCR DNA analysis and lack of clinical evidence of tick-borne illness including Lyme disease. Furthermore, the allegation of neurological involvement was not supported; the brain MRI with and without contrast showed no evidence of parenchymal, leptomeningeal or cranial nerve involvement. A lumbar puncture was never obtained as Drs. Reilly and Waller had a very low index of suspicion for neurological involvement.

Mr. Parker's file documents that he has been diagnosed with CIRS. Dr. Trangle was asked to outline the diagnosis criteria for this condition and indicate if objective medical evidence supports the criteria for this diagnosis. Dr. Trangle answered:

> Please see the above discussion on mold-related illness/sick building syndrome.
> From the perspective as an Occupational and Environmental Medicine Board Certified specialist, there is no scientific basis for some sort of chronic inflammatory response syndrome cascade event with common genetic markers and common pathways that would account for Mr. Parker's complaints. The purported condition of CIRS is based on unsubstantiated theories with no scientific basis.
>
> The apparent basis for CIRS, which Drs. Berndtson and Seberger have undoubtedly based their opinions, comes from a series of publications from Dr. Shoemaker which describe ―research‖ performed in self-selected nonrandomized study subjects with no control population. Dr. Shoemaker opined as to purported Sick Building Syndrome (SBS) or Water Damaged Building (WDB) syndrome and more generally to as to Chronic Inflammatory Response System (CIRS); none of these purported syndromes are regarded in the peer literature as accepted disease classifications. There were several flaws in design and no information was given regarding individuals who did not have symptoms. In the absence of valid controls, there was no logical basis to conclude anything. The fact that he concluded there were biotoxins detrimental to human health was conjecture.
> Dr. Shoemaker and other physicians purportedly specializing in mold-related illness have at various times offered the opinion that chronic fatigue syndrome, fibromyalgia, multiple chemical sensitivity, repetitive stress injury, Gulf War syndrome and health effects of silicone breast implants were all disease processes in individuals sharing common abnormalities to the immune complex pathway and therefore could be grouped together for the purposes of diagnosis and treatment. These self-reported nonspecific symptoms do not have a scientific basis for such a grouping. Any conclusions derived are conjecture.
>
> The supposition that Water Damaged Building syndrome causes a biotoxic cascade response is not supported by any scientific facts. There is no biotoxic measure demonstrated that would be the root cause of sick building syndrome or building-related illness. Because no biotoxin is available, Dr. Shoemaker and his followers have serendipitously ―discovered‖ reportedly several other biomarkers that reflect biotoxicity. These include VIP, MMP9, TGFB1, MSH, C3a, C4 and VEGF. Some believe leptin and some heavy metals are also related. There is no scientific literature or mechanistic explanation that would support these contentions.

5

With specific regard to the alleged mold infection and/or mold allergy, neither was supported by the objective medical evidence. Mr. Parker's allergy testing did not reveal a mold-specific allergy and none of his infectious disease testing showed evidence of a mold infection, especially one as severe as alleged by Dr. Seberger.

With specific regard to his urine mycotoxin panel, such testing is considered experimental, unvalidated and is of unproven clinical significance. The CDC has emphasized that using unvalidated laboratory tests to diagnose work-related illness can lead to misinformation and fear in the workplace; incorrect diagnoses; unnecessary, inappropriate, and potentially harmful medical interventions; and unnecessary or inappropriate environmental and occupational evaluation.

Mycotoxins are metabolites of some fungi that can cause illness in humans and animals, primarily after ingestion of contaminated foods. Low levels of mycotoxins are found in many foods; therefore, mycotoxins are found in the urine of healthy persons. Mycotoxin levels that predict disease have not been established. Urine mycotoxin tests are not approved by FDA for accuracy or for clinical use. The CDC does not recommend biologic testing of persons who work or live in water-damaged buildings nor routine environmental sampling for mold.

Dr. Schulman's report concluded that there are no physical conditions supported by the medical evidence that are functionally impairing. Dr. Schulman notes that your prescribed medications do have side effects, like sedation; therefore, you should not operate any heavy machinery or do any heavy lifting of greater than 10 pounds.

Dr. Trangle was asked if the medical information provides clinical correlation for Mr. Parker's reported fatigue and pain. Dr. Trangle answered:

No. Mr. Parker's reported level of fatigue and pain did not correlate with and was out of proportion to the objective clinical findings in the records. Repeated examination showed normal findings. A plethora of diagnostic studies failed to reveal the presence of a readily accepted disease entity potentially responsible for his subjective complaints. This was the basis of Dr. Gierer's opinion that the medical information did not support an infectious, autoimmune, autonomic, hematologic, neurologic, nutritional or immunodeficiency mediated disease that could explain his ongoing symptoms. She further noted this was based on an extremely extensive evaluation by multiple physicians. This seemed to be the general consensus among the M.D./D.O physicians with the most recent exception of Drs. Berndtson, Seberger and Crist whose opinions were not supported by the peer-reviewed medical literature as well as the medical community as a whole.

Mr. Parker states he is unable to tolerate common medications that might be utilized to help control his symptoms. Dr. Trangle was asked if the available clinical evidence supports this statement. Dr. Trangle provided the following response:

No. The medical evidence completely failed to establish an objective basis for his complaints related to his use of medications of widely varied pharmacological classes. This was the apparent opinion at the time of his evaluation at the Mayo Clinic as well as with Dr. Gierer. Overall, his alleged intolerance to medications has been based entirely on subjective reporting without confirmation from objective clinical findings and diagnostic testing.

6

**Neuropsychology Review – Dr. Odgers**

Dr. Odgers was asked from a psychiatric/psychological perspective only to describe Mr. Parker's abilities and limitations in performing tasks secondary to psychological symptoms and abilities as indicated by the objective test data. Dr. Odgers answered:

> From a neuropsychological perspective, the only objective data available come from Dr. Pearson's neuropsychological evaluation done 12/9/15. Test scores across multiple cognitive domains, including attention and concentration, memory, and higher level processing of information were normal. The only significant finding was relatively mild impairment on verbal fluency measures. While Dr. Pearson acknowledged that this could correlate with the decreased perfusion in the frontal lobes seen on the SPECT scan, he also suggested that this could easily reflect chance variability. Memory scores were normal and there was no correlation with the decreased perfusion in the temporal lobes as indicated by the SPECT scan. In my opinion, this is a normal cognitive profile and there is nothing in it to support the claimant's subjective cognitive complaints. As such, there are no objective data to support functional limitations. Dr. Pearson concluded that the claimant's complaints sounded attentional in nature, and were possibly psychiatric in nature. However, no objective personality measures were administered and there are no objective data to indicate limitations secondary to such things as depression or anxiety.

Dr. Odgers was asked from a psychiatric/psychological perspective only to describe Mr. Parker's abilities and limitations in performing tasks secondary to psychological symptoms and abilities as documented in the medical record. Dr. Odgers answered:

> The claimant reported "brain fog" and cognitive dysfunction to multiple physicians, but there is nothing in the record to support this other than his subjective reports. His primary care physician, Dr. Schuchardt, consistently noted in mental status examinations that the claimant was alert, oriented, and cognitively intact.

> The claimant's ENT physician, Dr. Ellis, noted in mental status exams that concentration and memory were intact. Dr. Waller, an infectious disease physician at the University of Kansas Hospital, concluded that the examinee likely did not have memory problems based on his ability to recall his history in detail. The medical record does not support cognitive limitations.

> The claimant has been followed by a therapist, Dr. LaClaire, and diagnosed with Dysthymia and Adjustment Disorder With Anxiety. Supporting symptoms included speaking in monotone, expressed feelings of hopelessness, poor appetite, low energy, fatigue, low self-esteem, poor concentration, difficulty making decisions, worry, nervousness, and anxious feelings. There is nothing to indicate the level of severity of these symptoms, and it is unlikely that they are functionally limiting. There is nothing in the records to indicate that the claimant was treated by a psychiatrist, nor were his physicians treating him with psychiatric medications. Based on the level of care, it is unlikely that his symptoms would be of sufficient severity to cause functional limitations. It is of interest to note that in a four page chronology of his medical symptoms, the claimant only once mentioned depression and anxiety in January 2015 as a response to losing his job. Based on his own description of his problems, it does not appear that he considered psychiatric problems as functionally limiting.

Dr. Odgers was asked to explain how the sources of evidence above are consistent or inconsistent with

7

each other. Dr. Odgers provided the following answer:

> The medical records consistently show subjective complaints of cognitive dysfunction, but without objective evidence to support the claimant's reports. There is an abnormal SPECT scan, which is of unclear significance as neuropsychological test findings generally did not correlate with the SPECT findings. Several of the treating physicians noted anxiety and depression, but the significance of this is difficult to determine. The claimant was not treated by a psychiatrist nor was he taking psychiatric medications. Psychotherapy sessions started out at a frequency of weekly, but once every two to three weeks later in 2015. This level of care would not suggest that he was limited by psychiatric symptoms as suggested by his therapist.

**Conclusion**

Your letter of February 1, 2016, states that our initial decision failed to address Mr. Parker's inability to tolerate common medications that might be utilized to control his symptoms. On appeal, we asked Dr. Trangle if the clinical evidence supported this statement. Dr. Trangle opined that Mr. Parker's alleged intolerance to medications has been based entirely on subjective reporting without confirmation from objective clinical findings and diagnostic testing. Therefore, there is no evidence to support that Mr. Parker cannot tolerate common medications.

Your letter also stated Mr. Parker has Lyme Disease in combination with Chronic Inflammatory Response Syndrome caused by mold toxicity. Your letter states Dr. Berndtson, nationally recognized expert in both mold and Lyme Disease, provided these diagnoses. Our reviewing physician, Dr. Trangle was asked to outline the diagnosis criteria for these conditions and indicate if objective medical evidence supports the criteria for these diagnoses.

Dr. Trangle who is Board Certified: American Board of Internal Medicine and Board Certified: American Board of Preventive Medicine, Occupational Medicine opined that the medical evidence failed to support Lyme Disease or any tick-borne illness. He notes there are combinations of negative serological testing, PCR DNA analysis, and lack of clinical evidence of tick-borne illness including Lyme disease. In addition, the allegation of neurological involvement was not supported; the brain MRI with and without contrast showed no evidence of parenchymal, leptomeningeal or cranial nerve involvement. A lumbar puncture was never obtained as Drs. Reilly and Waller had a very low index of suspicion for neurological involvement. In summary, Mr. Parker's diagnosis of Lyme Disease is not supported by the available clinical evidence.

Dr. Trangle also opined that there is no scientific basis for the diagnosis of CIRS. Dr. Trangle opines that Dr. Berndtson's diagnosis for CIRS, was based on opinion and comes from a series of publications from Dr. Shoemaker. However, Dr. Shoemaker's opines as to purported Sick Building Syndrome (SBS) or Water Damaged Building (WDB) syndrome and more generally Chronic Inflammatory Response System (CIRS), are not purported syndromes regarded in the peer literature as accepted disease classifications. Please see Dr. Trangle's full explanation above regarding CIRS diagnosis criteria and peer review literature.

Dr. Odgers reviewed the medical evidence and opined from a psychiatric/psychological perspective that the objective test data and medical records did not support functional impairment. Dr. Odger's report recognizes that Mr. Parker is followed Dr. LaClaire, therapist, and she has diagnosed him with Dysthymia and Adjustment Disorder with Anxiety. However, Dr. Odger's states there is nothing in the medical evidence to indicate the severity of his symptoms; therefore, it is unlikely they are functionally

8

limiting. In addition, the records do not indicate that Mr. Parker was treated by a psychiatrist, nor were his physicians treating him with psychiatric medications. Based on the level of care, it is unlikely that Mr. Parker's symptoms would be of sufficient severity to cause functional limitations.

In addition, Mr. Parker's four page letter, which outlines the chronology of his medical symptoms, he only once mentions depression and anxiety; he mentions it in January 2015 as a response to losing his job. Based on Mr. Parker's own description of his problems, it does not appear that he considered psychiatric problems as functionally limiting.

The medical documentation does not support the conclusion that Mr. Parker meets the Policy definition of Total Disability beyond March 31, 2015. Sun Life Assurance Company recognizes that Mr. Parker has multiple symptoms; however, these symptoms would not cause functional impairment and impact his ability to function and/or work as a Design Engineer. Therefore, based upon our review of the entire file, including the independent medical records assessments, the decision to deny benefits effective March 31, 2015, was correct and is reaffirmed.

Upon request and free of charge, Mr. Parker has the right to receive access to, and copies of, all documents, records, and other information relevant to his claim for benefits.

All administrative remedies have been exhausted. Mr. Parker may have the right to bring a civil action under the Employee Retirement Income Security Act of 1974 (ERISA), §502(a). He and his plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact the local U.S. Department of Labor Office and State Insurance regulatory agency.

If you have any questions or concerns regarding this decision, please feel free to contact me at 781-446-1203.

Sincerely,

Jillian Croteau

Jillian Croteau
Sr. Benefit Consultant
Appeals & Litigation

9

# FAX TRANSMISSION

**LAW OFFICE OF**
**TERESA M. MEAGHER**
14 Corporate Woods
8717 W. 110th St., Suite 440
Overland Park, Kansas 66210
(913) 649-1747
(913) 649-7751 (FAX)

| TO: Sun Life Financial<br>Attn: Appeals Unit | FAX: (781) 304-5537 |
|---|---|

**From:** Teresa M. Meagher                    **Date:** 4/20/16

**Pages:** 2

**Subject:** Carig Parker; Policy # 231948; Control # 091014-05930-00

**MESSAGE:** See letter requesting copy of post-denial claim file.

**Hard Copy:**   ☒ will follow          ☐ will not follow

CONFIDENTIALITY NOTICE: The Information contained in this facsimile message may be protected by the attorney-client and/or the attorney-work product privilege. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient, or his or her agent, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone to arrange for return of the forwarded documents to us. Thank you.